HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

FILED
CLERK, U.S. DISTRICT COURT
June 22, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO SEAL DOCUMENTS AND FOR REDACTIONS** |

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>                Defendants. |

10  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

11         Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal
12  Protection Rangers, Inc.'s Application for Leave to Seal Documents and For
13  Redactions is hereby GRANTED.  The Court orders as follows:
14         1.    All filings made with the Court that use N.F.'s full name as of the
15  date of this Order must be sealed and redacted to remove reference to the
16  minor Defendant's full name.  Parties must review their filings closely.  The
17  party responsible for initiating such original filing(s) must promptly submit a
18  redacted version of the filing(s) to the Court, in accordance with Federal
19  Rule of Civil Procedure 5.2 and Local Rule 79-5. The filings that must be
20  sealed and redacted include the following:

| Docket No. | Title |
|---|---|
| 1 | CLASS ACTION COMPLAINT AND JURY DEMAND |
| 3 | SUMMONS IN A CIVIL ACTION (Request for Clerk to Issue Summons on Complaint) |
| 8 | SUMMONS IN A CIVIL ACTION (Request for Clerk to Issue Summons on Complaint) |
| 11 | SUMMONS IN A CIVIL ACTION (Request for Clerk to Issue Summons on Complaint) |
| 13 | SUMMONS IN A CIVIL ACTION (Request for Clerk to Issue Summons on Complaint) |

| Docket No. | Title |
|---|---|
| 14 | SUMMONS IN A CIVIL ACTION (Summons Issued) |
| 15 | PROOF OF SERVICE UPON DEFENDANT BRANT BLAKEMAN |
| 16 | PROOF OF SERVICE UPON DEFENDANT ANGELO FERRARA |
| 17 | PROOF OF SERVICE UPON DEFENDANT CHIEF OF POLICE JEFF KEPLEY |
| 18 | PROOF OF SERVICE UPON DEFENDANT CITY OF PALOS VERDES |
| 19 | PROOF OF SERVICE UPON DEFENDANT ALAN JOHNSTON |
| 20 | FIRST STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT AS TO JEFF KEPLEY ANSWER NOW DUE 5/14/2016; CITY OF PALOS VERDES ESTATES ANSWER NOW DUE 5/14/2016 |
| 21 | FIRST STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AS TO COMPLAINT |
| 23 | JOINT STIPULATION TO CONTINUE EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS TO JUNE 3, 2016 |
| 25 | STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT AS TO ALAN JOHNSTON ANSWER NOW DUE 6/16/2016, |
| 26 | SECOND STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT AS TO BRANT BLAKEMAN ANSWER NOW DUE 6/6/2016 |
| 27 | STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT AS TO MICHAEL RAE PAPAYANS ANSWER NOW DUE 6/17/2016 |
| 28 | JOINT STIPULATION TO AMEND PLAINTIFFS' DEADLINE TO FILE CLASS CERTIFICATION MOTION |
| 28-1 | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND PLAINTIFFS' DEADLINE TO FILE CLASS CERTIFICATION MOTION |

| Docket No. | Title |
|---|---|
| 29 | ORDER GRANTING JOINT STIPULATION TO AMEND PLAINTIFFS' DEADLINE TO FILE CLASS CERTIFICATION MOTION |
| 30 | NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS JEFF KEPLEY, CITY OF PALOS VERDES ESTATES |
| 30-1 | DECLARATION OF EDWIN J RICHARDS IN SUPPORT OF MOTION TO DISMISS |
| 30-2 | [PROPOSED] ORDER RE CITY DEFENDANTS MOTION TO DISMISS |
| 31 | REQUEST FOR JUDICIAL NOTICE RE NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS JEFF KEPLEY, CITY OF PALOS VERDES ESTATES |
| 32 | THIRD STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO 06/17/16 RE COMPLAINT |
| 32-1 | [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |
| 33 | ORDER GRANTING STIPULATION THAT, DEFENDANT BRANT BLAKEMAN TIME TO RESPOND TO COMPLAINT IS EXTENDED TO 6/17/2016 BY JUDGE S. JAMES OTERO |
| 34 | PETITION BY MINOR DEFENDANT N.F. FOR APPOINTMENT OF PETITIONER'S MOTHER LEONORA FERRARA AS HIS GUARDIAN AD LITEM |
| 35 | STIPULATION TO EXTEND TIME FOR DEFENDANTS ANGELO FERRARA AND N.F. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS |
| 35-1 | [PROPOSED] ORDER GRANTING PETITION BY MINOR DEFENDANT N.F. FOR APPOINTMENT OF PETITIONER'S MOTHER LEONORA FERRARA AS HIS GUARDIAN AD LITEM |
| 36 | NOTICE OF ERRATA AND RELODGING OF ORDER |
| 36-1 | [PROPOSED] ORDER GRANTING PETITION BY MINOR DEFENDANT N.F. FOR APPOINTMENT OF PETITIONER'S MOTHER LEONORA FERRARA AS HIS GUARDIAN AD LITEM |

| Docket No. | Title |
|---|---|
| 37 | JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS PALOS VERDES ESTATES AND CHIEF OF POLICE KEPLEY'S MOTION TO DISMISS AND EXTENSION OF TIME TO RESPOND |
| 37-1 | DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS PALOS VERDES ESTATES AND CHIEF OF POLICE KEPLEY'S MOTION TO DISMISS AND EXTENSION OF TIME TO RESPOND |
| 37-2 | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS PALOS VERDES ESTATES AND CHIEF OF POLICE KEPLEY'S MOTION TO DISMISS AND EXTENSION OF TIME TO RESPOND |
| 50 | DEFENDANT BRANT BLAKEMAN'S NOTICE OF INTERESTED PARTIES |

2. All subsequent filings shall refer to the minor Defendant as "N.F."

IT IS SO ORDERED.

June 22, 2016

Dated: _____      _____
                                  HON. S. JAMES OTERO
                                  UNITED STATES DISTRICT JUDGE