Mark C. Fields (#100668)
Law Offices of Mark C. Fields, APC
333 So. Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 617-5225
Fax: (213)629-4520
Email: fields@markfieldslaw.com

Attorneys for Defendants Angelo Ferrara and N.F. (appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara)

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:16-CV-2129-SJO-RAO<br><br>Assigned to Courtroom 1;<br>The Hon. S. James Otero<br><br>**PETITION BY MINOR DEFENDANT N.F. FOR APPOINTMENT OF PETITIONER'S MOTHER LEONORA FERRARA AS HIS GUARDIAN AD LITEM** |

Petitioner and Defendant N.F. ("Petitioner", and incorrectly named as "N.F."), by and through his counsel Mark C. Fields, Esq. of Law Offices Of Mark C. Fields, APC, pursuant to Federal Rule Of Civil Procedure 17(c)(2) and Local Rule 17-1.1, hereby files this Petition seeking the appointment of

---
1

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

Petitioner's mother, Leonora Ferrara, as Petitioner's Guardian Ad Litem with respect to the above-captioned case, and respectfully states as follows.

1. Petitioner is a Defendant in the above-captioned case, which seeks as to Petitioner relief on the following Causes of Action: First Cause of Action (Violation of Bane Act); Second Cause of Action (Public Nuisance); Fifth Cause of Action (Violation of California Coastal Act); Sixth Cause of Action (Assault); Seventh Cause of Action (Battery); and, Eighth Cause of Action (Negligence).

2. Petitioner is a Minor over the age of 14 and under the age of 18, and thus files pursuant to Local Rule 17-1.1 on Petitioner's own behalf this Petition for a Guardian Ad Litem. Petitioner was born on May 18, 1999.

3. Petitioner seeks to have Petitioner's mother, Leonora Ferrara, to serve as Petitioner's Guardian Ad Litem with respect to the above-captioned case.

4. By her signature set forth below, Petitioner's mother agrees to accept her appointment as Petitioner's Guardian Ad Litem:

Dated: May 23, 2016        /s/ N.F.
                           N.F.

Dated: May 23, 2016        /s/ Leonora Ferrara
                           Leonora Ferrara

Dated: May 23, 2016        LAW OFFICES OF MARK C. FIELDS, APC

                           By_____
                           Mark C. Fields
                           Attorneys for Defendants Angelo Ferrara and
                           N.F. (appearing through [Proposed]
                           Guardian Ad Litem, Leonora Ferrara)

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM