Mark C. Fields (#100668)
Law Offices of Mark C. Fields, APC
333 So. Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 617-5225
Fax: (213) 629-4520
Email: fields@markfieldslaw.com

Attorneys for Defendants Angelo Ferrara and N.F. (appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara)

Attorney for Defendants
Angelo Ferrara and N.F.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>Plaintiffs,<br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>Defendants. | Case No. 2:16-cv-2129<br>Assigned to Courtroom: 1<br>The Hon. S. James Otero<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS ANGELO FERRARA AND N.F. TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>[Fed. Rules Civ. Proc., Rule 12(b)(1)]<br><br>[Concurrently lodged: Declaration of Mark C. Fields; Notice of Interested Parties; Proposed Order]<br><br>Date:  August 1, 2016<br>Time:  10:00 a.m.<br>Place: Courtroom No. 1<br>           Second Floor<br>           312 North Spring Street<br>           Los Angeles, California 90012<br><br>Action Commenced:  3/29/16 |

MOTION BY ANGELEO FERRARA AND N.F.
TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on August 1, 2016, at 10:00 a.m., or as soon
3  thereafter as the matter may be heard by the Hon. S. James Otero, United States
4  District Court Judge, in Courtroom No. 1 of the above-indicated United States
5  District Court, located at 312 North Spring Street, Second Floor, Los Angeles,
6  California 90012, Defendants Angelo Ferrara and N.F. will and hereby do move the
7  Court to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil
8  Procedure due to lack of subject matter jurisdiction.

9      This Motion is made on the same grounds as previously set forth in the
10 Motions To Dismiss previously filed by all the other Individual Defendants who
11 have been served with the Summons and Complaint in this action: Michael Ray
12 Papayans; Alan Johnston, aka Jalian Johnston; and, Brant Blakeman.

13     For the sake of the rainforests and of judicial economy, this Motion and
14 following Memorandum will not repeat the arguments set forth in the three
15 previously filed Motions to Dismiss, but rather joins in and incorporates such
16 arguments. *Vasquez . Central States Joint Bd.*, 447 F. Supp.2d 833, 867 (N.D. Ill.
17 2008).

18     This Motion is made following the conference of counsel pursuant to Local
19 Rule 7-3 which took place on June 17, 2016.

20     This Motion is based upon and supported by this Notice, the attached
21 Memorandum of Points and Authorities, the concurrently lodged proposed Order,
22 complete pleadings and records on file herein, including the Complaint and the three
23 prior Motions to Dismiss by Individual Defendants, and on such other evidence or
24 argument as may be presented at or before the hearing.

25 / / /
26 / / /
27
28

Dated: June 24, 2016         LAW OFFICES OF MARK C. FIELDS, APC

By: /s/ Mark C. Fields
Mark C. Fields
Attorneys for Defendants Angelo Ferrara and N.F. (appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara)

## MEMORANDUM OF POINTS AND AUTHORITIES

For purposes of this Motion To Dismiss For Lack Of Subject Matter Jurisdiction (which assumes the truth of the allegations of the Complaint), Defendants Angelo Ferrara and N.F. stand in the same factual and legal position as the three Individual Defendants who have previously filed three separate Motions To Dismiss. For that reason, Defendants Angelo Ferrara and N.F. rather than repeat such facts and present such arguments, hereby incorporates the arguments set forth in such previously filed Motions To Dismiss and joins in such Motions To Dismiss. *Vasquez . Central States Joint Bd.*, 447 F. Supp.2d 833, 867 (N.D. Ill. 2008).

Dated: June 24, 2016

LAW OFFICES OF MARK C. FIELDS, APC

By _____
Mark C. Fields
Attorneys for Defendants Angelo Ferrara and N.F. (appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara)