HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' STATEMENT IN OPPOSITION TO MOTIONS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1) OF DEFENDANTS BRANT BLAKEMAN, ANGELO FERRARA, AND N.F.** |

| | |
|---|---|
| LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>  Defendants. | Judge: Hon. S. James Otero<br>Date: August 1, 2016<br>Time: 10:00 a.m.<br>Place: Ctrm. 1<br>  Second Floor<br>  312 North Spring Street<br>  Los Angeles CA 90012 |

# STATEMENT OF OPPOSITION

On June 17, 2016, Defendant Brant Blakeman ("Blakeman") filed his motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of federal subject matter jurisdiction. (Dkt. No. 41). Blakeman's motion recites, essentially verbatim, identical arguments presented in the motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of federal subject matter jurisdiction filed by Defendant Alan Johnston on June 16, 2016. (Dkt. No. 41).

On June 24, 2016, Defendants Angelo Ferrara and N.F. (appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara) filed another motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of federal subject matter jurisdiction. (Dkt. No. 72). Defendants Ferrara and N.F. bring their motion "on the same grounds as previously set forth in the Motions to Dismiss previously filed by . . . Michael Ray Papayans, Alan Johnston, aka Jalian Johnston; and, Brant Blakeman." (Dkt. No. 72 at 2:9-12).

Neither Blakeman nor Ferrara/N.F. raise any new issues or arguments in their respective motions to dismiss not previously raised in the motions to dismiss of Defendants Papayans and Johnston. Thus, Plaintiffs assert in response to the motions to dismiss of Defendants Blakeman, Ferrara, and N.F. that, for all of the reasons set forth in Plaintiff's Opposition to Motions to Dismiss for Lack of Subject Matter Jurisdiction of Defendants Alan Johnston and Michael R. Papayans filed on June 1, 2016 (Dkt. No. 80), this Court has jurisdiction over all of the individual Defendants (including Defendants Blakeman, Ferrara, and N.F.) and the Lunada Bay Boys based on admiralty jurisdiction and based on supplemental jurisdiction. For all of the same reasons set forth in Plaintiff's previously filed Opposition brief (Dkt. No. 80), the Complaint alleges a proper basis for federal jurisdiction as to all claims

against Defendants Blakeman, Ferrara, and N.F., and those Defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) should therefore also be denied.

Plaintiffs further note that the motions to dismiss of Defendants Blakeman, Ferrara, and N.F. were all noticed for hearing before this Court on August 1, 2016, one week after the hearing date noticed by Defendants Papayans and Johnston for their respective motions to dismiss. Should this Court determine that oral argument on these motions to dismiss is required for any reason, Plaintiffs would request that the hearing on the four separately filed motions to dismiss, which are all based on identical issues and arguments, be consolidated into a single hearing, to be held on August 1, 2016 or at such time thereafter as this Court shall hear the matter.

DATED: July 8. 2016     HANSON BRIDGETT LLP

By: /s/ *Landon D. Bailey*
KURT A. FRANKLIN
SAMANTHA D. WOLFF
CAROLINE ELIZABETH LEE
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS. INC.