UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-02129 SJO (RAOx) | Date: | November 14, 2016 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | CS-11/14/2016 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Jennifer Aniko Foldvary | John P. Worgul |
| Kurt A. Franklin | Robert S. Cooper |
| Victor Otten | Richard P. Dieffenbach |
| Samantha Wolff | Peter H. Crossin |
| | Daniel M. Crowley |
| | Peter T. Haven |
| | Mark Fields |
| | Laura Bell |
| | Tera Lutz |
| | Jacob Song |

**Proceedings:**   (In Chambers) **ORDER RE: EX PARTE APPLICATION FOR PROTECTIVE ORDER FOR STAY OF DEPOSITION OF DEFENDANT BLAKEMAN [136]**

   Before the Court is Defendant Blakeman's Ex Parte Application for a Protective Order to Stay his deposition ("Ex Parte Application"), filed on November 8, 2016. (ECF 136.) Plaintiffs filed an opposition to the Ex Parte Application on November 9, 2016. (ECF 138.) On November 9, 2016, the Court issued an order staying the deposition, which was scheduled to take place on November 10, 2016, pending resolution of the Ex Parte Application. (ECF 139.)

   On November 14, 2016, the Court held a telephonic status conference on the Ex Parte Application. For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Ex Parte Application is **DENIED**. The temporary stay of the deposition is lifted. **IT IS FURTHER ORDERED that Defendant Blakeman's deposition be re-scheduled to Monday, November 21, 2016**. As stated on the record during the telephonic conference, if good cause exists why Defendant Blakeman's deposition cannot proceed on November 21, 2016, counsel for Mr. Blakeman may apply to the Court for a new date.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 16-02129 SJO (RAOx)                                    Date:  November 14, 2016
Title:        Cory Spencer, et al. v. Lunada Bay Boys, et al.

**IT IS SO ORDERED.**

|  | : | 22 |
|---|---|---|
| Initials of Preparer | | gr |