```
 1  HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
 2  kfranklin@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
 3  swolff@hansonbridgett.com
    CAROLINE LEE, SBN 293297
 4  clee@hansonbridgett.com
    425 Market Street, 26th Floor
 5  San Francisco, California 94105
    Telephone: (415) 777-3200
 6  Facsimile:  (415) 541-9366

 7  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
 8  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
 9  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
10  Torrance, California 90505
    Telephone: (310) 378-8533
11  Facsimile:  (310) 347-4225

12  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
13  REED, and COASTAL PROTECTION
    RANGERS, INC.
14
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Hon. Rozella A. Oliver<br><br>**NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>[Filed concurrently With: Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents; Declaration of Victor Otten]<br><br>Hearing Date: December 7, 2016<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom F, 9th Floor<br><br>Discovery Cutoff: August 7, 2017<br>Pretrial Conference: October 23, 2017<br>Trial: November 7, 2017 |

| | |
|---|---|
| 1 | AKA JALIAN JOHNSTON, |
| 2 | MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK |
| 3 | FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS |
| 4 | VERDES ESTATES; CHIEF OF |
| 5 | POLICE JEFF KEPLEY, in his representative capacity; and DOES |
| 6 | 1-10, |
| 7 | |
| 8 | Defendants. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on at 10:00 a.m., in the courtroom of the Honorable Rozella A. Oliver, located at 312 North Spring Street, Los Angeles, California, 90012, in Courtroom F, 9th floor, Plaintiff Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers will and hereby does move pursuant to Fed. R. Civ. P. 37(a) for an order compelling Defendant Alan Johnston aka Julian Johnston to permit inspection by Plaintiffs of documents and electronically stored information. Plaintiffs further request that this Court order Mr. Johnston and his attorney to pay Plaintiffs' counsel's fees and costs incurred because of his refusal to respond to Plaintiffs' document requests. There is no justification for his failure to produce any documents in response to Plaintiffs' requests. Accordingly, Plaintiffs are entitled to recover their reasonable expenses. Fed. R. Civ. P. 37(a)(5).

Prior to filing this Motion, the parties have met and conferred pursuant to L. R. 37-1, and made a good faith attempt to resolve this dispute but were unable to do so.

This Motion to Compel is based upon this Notice, the concurrently filed

Joint Stipulation Regarding Plaintiff's Motion to Compel documents, the declaration of Victor Otten attached as **Exhibit 1** to the Joint Stipulation, the pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

DATED: November 15, 2016         HANSON BRIDGETT LLP

By: /s/ Kurt A. Franklin
KURT A. FRANKLIN
SAMANTHA D. WOLFF
CAROLINE ELIZABETH LEE
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

DATED: November 15, 2016         OTTEN LAW, PC

By: /s/ Victor Otten
VICTOR OTTEN
KAVITA TEKCHANDANI
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party of this action. I am employed in the county of Los Angeles, State of California. My business Address is 20550 Earl Street, #200, Torrance CA 90503.

On November 15, 2016, I served true copies of the following document(s)
Described as NOTICE OF MOTION on the interested parties in this action as follows:

| | |
|---|---|
| J. Patrick Carey, Esq. | Peter Haven, Esq. |
| LAW OFFICES OF J. PATRICK CAREY | HAVEN LAW |
| 1230 Rosecrans Avenue, Suite 300 | 1230 Rosecrans Avenue, Suite 300 |
| Manhattan Beach, CA  90266 | Manhattan Beach, CA  90266 |

X _____ BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with J Patrick Carey's practice for collecting and processing correspondence for mailing. On the same day that correspondence is places for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

X   BY PERSONAL SERVICE: I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on November 15, 2016 at Torrance, California.

_Keith Weaver_ (signature)
Keith Weaver

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party of this action. I am employed in the county of Los Angeles, State of California. My business Address is 3620 Pacific Coast Highway, Suite 100, Torrance CA 90505.

On November 15, 2016, I served true copies of the following document(s)
Described as **NOTICE OF MOTION** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ X ] BY MAIL: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is places for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] BY PERSONAL SERVICE: I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] BY EMAIIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent form e-mail address _____ to the personas at the email addresses listed in the Service List. The document(s) were transmitted at approximately 8:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

   Executed on November 15, 2016, at Torrance, California.

_____
Vanessa Marquez

List of Counsel in *Spencer, et al. v. Lunada Bay Boys, et al.*
U.S.D.C. for the Central District of California, Western Division
Case #2:16-cv-02129-SJO (RAOx)

| | | |
|---|---|---|
| Plaintiffs CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC. | Kurt A. Franklin, Esq.<br>Samantha Wolff, Esq.<br>Caroline Lee, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 | kfranklin@hansonbridgett.com<br>swolff@hansonbridgett.com<br>clee@hansonbridgett.com |
| | Tyson M. Shower, Esq.<br>Landon Bailey, Esq.<br>HANSON BRIDGETT LLP<br>500 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>Telephone: (916) 442-3333<br>Facsimile: (916) 442-2348 | tshower@hansonbridgett.com<br>lbailey@hansonbridgett.com |
| | Victor Otten, Esq.<br>Kavita Tekchandani, Esq.<br>OTTEN LAW, PC<br>3620 Pacific Coast Highway, #100<br>Torrance, CA 90505<br>Telephone: (310) 378-8533<br>Facsimile: (310) 347-4225 | vic@ottenlawpc.com<br>kavita@ottenlawpc.com |
| Defendant LUNADA BAY BOYS | | |

12391436.1

**List of Counsel in *Spencer, et al. v. Lunada Bay Boys, et al.*
U.S.D.C. for the Central District of California, Western Division
Case #2:16-cv-02129-SJO (RAOx)**

| | | |
|---|---|---|
| Defendant SANG LEE | Dana Alden Fox, Esq.<br>Edward E. Ward, Jr., Esq.<br>Eric Y. Kizirian, Esq.<br>Tera Lutz, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone:  (213) 580-3858<br>Facsimile:  (213) 250-7900 | dana.fox@lewisbrisbois.com<br>edward.ward@lewisbrisbois.com<br>eric.kizirian@lewisbrisbois.com<br>tera.lutz@lewisbrisbois.com |
| Defendant BRANT BLAKEMAN | Daniel M. Crowley, Esq.[1]<br>BOOTH, MITCHEL & STRANGE LLP<br>707 Wilshire Boulevard, Suite 4450<br>Los Angeles, CA 90017<br>Telephone:  (213) 738-0100<br>Facsimile:  (213) 380-3308 | dmcrowley@boothmitchel.com |
| | Robert T. Mackey, Esq.[2]<br>Peter H. Crossin, Esq.<br>Richard P. Dieffenbach, Esq.<br>John P. Worgul, Esq.<br>VEATCH CARLSON, LLP<br>1055 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 381-2861<br>Facsimile:  (213) 383-6370 | rmackey@veatchfirm.com<br>pcrossin@veatchfirm.com<br>rdieffenbach@veatchfirm.com<br>jworgul@veatchfirm.com |

12391436.1

List of Counsel in *Spencer, et al. v. Lunada Bay Boys, et al.*
U.S.D.C. for the Central District of California, Western Division
Case #2:16-cv-02129-SJO (RAOx)

| | | |
|---|---|---|
| Defendant ALAN JOHNSTON a/k/a JALIAN JOHNSTON | J. Patrick Carey, Esq.<br>LAW OFFICES OF J. PATRICK CAREY<br>1230 Rosecrans Avenue, Suite 300<br>Manhattan Beach, CA 90266<br>Telephone: (310) 526-2237<br>Facsimile: (424) 456-3131 | pat@patcareylaw.com |
| Defendant MICHAEL RAY PAPAYANS | Peter T. Haven, Esq.<br>HAVEN LAW<br>1230 Rosecrans Avenue, Suite 300<br>Manhattan Beach, CA 90266<br>Telephone: (213) 842-4617<br>Facsimile: (213) 477-2137 | peter@havenlaw.com |
| Defendant ANGELO FERRARA | Mark C. Fields, Esq.<br>LAW OFFICES OF MARK C. FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 617-5225<br>Facsimile: (213) 629-4520 | fields@markfieldslaw.com |
| | Thomas M. Phillips, Esq.<br>Aaron G. Miller, Esq.<br>THE PHILLIPS FIRM<br>800 Wilshire Boulevard, Suite 1550<br>Los Angeles, CA 90017<br>Telephone: (213) 244-9913<br>Facsimile: (213) 244-9915 | tphillips@thephillipsfirm.com<br>amiller@thephillipsfirm.com |

List of Counsel in *Spencer, et al. v. Lunada Bay Boys, et al.*
U.S.D.C. for the Central District of California, Western Division
Case #2:16-cv-02129-SJO (RAOx)

| | | |
|---|---|---|
| Defendant N.F. [Petitioner's Mother Leonora Ferrara As His Guardian Ad Litem] | Mark C. Fields, Esq.[3] <br> LAW OFFICES OF MARK C. FIELDS, APC <br> 333 South Hope Street, 35th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 617-5225 <br> Facsimile: (213) 629-4520 | fields@markfieldslaw.com |
| Defendants CHARLIE FERRARA and FRANK FERRARA | Patrick Au, Esq. <br> Laura L. Bell, Esq.[4] <br> BREMER WHYTE BROWN & O'MEARA, LLP <br> 21271 Burbank Blvd. Suite 110 <br> Woodland Hills, CA 91367 <br> Telephone: (818) 712-9800 <br> Facsimile: (818) 712-9900 | pau@bremerwhyte.com <br> lbell@bremerwhyte.com |
| Defendants CITY OF PALOS VERDES and CHIEF OF POLICE JEFF KEPLEY | Edwin J. Richards, Esq. <br> Antoinette P. Hewitt, Esq. <br> Rebecca L. Wilson, Esq. <br> Jacob Song, Esq. <br> Christopher D. Glos, Esq.[5] <br> KUTAK ROCK LLP <br> 5 Park Plaza, Suite 1500 <br> Irvine, CA 92614-8595 <br> Telephone: (949) 417-0999 <br> Facsimile: (949) 417-5394 | ed.richards@kutakrock.com <br> antoinette.hewitt@kutakrock.com <br> rebecca.wilson@kutakrock.com <br> jacob.song@kutakrock.com <br> christopher.glos@kutakrock.com |

12391436.1