Patrick Au, State Bar No. 174327
pau@bremerwhyte.com
Laura L. Bell, State Bar No. 134276
lbell@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Boulevard
Suite 110
Woodland Hills, California 91367
Telephone: (818) 712-9800
Facsimile: (818) 712-9900

Attorneys for Defendants,
FRANK FERRARA; CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; COASTAL PROTECTION RANGERS, INC. et al,<br><br>Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, et al,<br><br>Defendants. | Case No. 2:16-cv-2129<br><br>Judge: Hon. S. James Ontero<br>Dept: 1<br><br>**RULE 26(A) INITIAL DISCLOSURES BY DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants, FRANK FERRARA and CHARLIE FERRARA ("Defendants") submit the following initial disclosures:

1. **Witnesses**. The name and, if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

H:\1178\176\CF\Initial Disclosures (Frank).docx

Defendants have denied the factual allegations in the Complaint. Based on present information reasonably available, Defendants initially disclose:

| Name of Individual | Contact Information | Subject Matter |
|---|---|---|
| Frank Ferrara | Contacted through counsel | Factual allegations |
| Charlie Ferrara | Contracted through counsel | Factual allegations |

2. **Documents**. A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Defendants have denied the factual allegations in the Complaint. Based on present information reasonably available, Defendants initially disclose:

| Category | Location |
|---|---|
| No documents at this time. | |

Pursuant to Rule 26(e), Defendants will supplement this disclosure as necessary.

Dated: November 29, 2016

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Laura L. Bell
Patrick Au, Esq.
Laura L. Bell, Esq.
Attorneys for Defendants,
FRANK FERRARA; CHARLIE FERRARA

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

2

H:\1178\176\CF\Initial Disclosures (Frank).docx

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21271 Burbank Boulevard, Suite 110, Woodland Hills, California 91367.

On November 29, 2016, I served the within document(s) described as: **DEFENDANT, FRANK FERRARA AND CHARLIE FERRERA'S RULE 26(A) INITIAL DISCLOSURES BY DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA** on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (BY ELECTRONIC MAIL SERVICE) Based on OCSC Local Rule 352 and CRC Rule 2.251(c)(2) or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address indicated on the attached mailing list.

Executed on November 29, 2016, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Shawn Reutter | *Shawn Reutter* |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

1

H:\1178\176\PROOF OF SERVICE (Mail & E-Mail).docx

<u>Cory Spencer v. Lunada Bay Boys et al.,</u>

Case No. 2:16-cv-2129-SJO

BWB&O CLIENT:     Frank and Charlie Ferrara
BWB&O FILE NO.:   1178.176

### SERVICE LIST

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 526-2237 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON** | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields:markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
21271 Durbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

2

H:\1178\176\PROOF OF SERVICE (Mail & E-Mail).docx

| | | |
|---|---|---|
| Robert S. Cooper, Esq.<br>**BUCHALTER NEMER, APC**<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017<br>(213) 891-5230<br>(213) 896-0400 Fax<br>Attorneys for **BRANT BLAKEMAN**<br><br>rcooper@buchalter.com | Peter Crossin, Esq.<br>**VEATCH CARLSON, LLP.**<br>1055 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90017<br>(213) 381-2681<br>(213) 383-6370<br>Attorneys for **BRANT BLAKEMAN**<br><br>pcrossin@veatchfirm.com | Daniel M. Crowley, Esq.<br>**BOOTH MITCHELL & STRANGE, LLP**<br>707 Wilshire Boulevard<br>Suite 4450<br>Los Angeles, CA 90017<br>(213) 738-0100<br>(213) 380-3308 Fax<br>Attorneys for **SANG LEE**<br><br>dmcrowley@boothmitchel.com |

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

3

H:\1178\176\PROOF OF SERVICE (Mail & E-Mail).docx