J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel:  (310) 526-2237
Fax: (424) 456-3131
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>               Plaintiffs,<br>     v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>               Defendants. | Case No. 2:16-cv-02129-SJO (RAOx)<br><br>Hon. Rozella A. Oliver<br><br>DECLARATION OF ATTORNEY J. PATRICK CAREY RE SERVICE OF SUPPLEMENTAL RESPONSES AND DOCUMENTS IN RESPONSE TO PLAINTIFF COREY SPENCER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT ALAN JOHNSTON<br><br>Hearing Date:  December 7, 2016<br>Hearing Time:  10:00 a.m.<br>Location:  Courtroom F, 9th Floor |

I, J. Patrick Carey, hereby state and declare:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am the attorney of record for Defendant Alan Johnston. I have personal knowledge of the matters set forth herein such that I could and would competently state as follows under oath.

2. On November 29, 2016, I e-mail served all counsel in this matter with Supplemental Responses (without objections) to Plaintiff's First Request for Production of Documents, and along with that e-mail service, I also served all counsel with 101 pages of my client's cell phone records and a page of text messages. Attached hereto as Exhibit 1 are true and correct copies of my emails to all counsel and the Supplemental Responses.

3. On October 20, 2016, I had a meeting with Plaintiff's counsel, Victor Otten, regarding these discovery issues. I indicated to him my desire that all parties enter into a stipulated protective order prior to turning over these documents, but the parties were not able to reach a stipulated order.

4. The cell phone records date back to June of 2015 and contain information regarding hundreds, if not thousands, of third parties.

5. After the October 20, 2016 meeting, I became engaged in a lengthy criminal jury trial, in which my client was facing a potential life sentence. That trial consumed my time and did not end until November 28, 2016, when my client was acquitted.

6. Hours after the trial concluded on November 28th, I worked on the Supplemental Responses, and as I indicated above, I produced those Supplemental Responses and documents on November 29th.

7. Preparing the documents for production took some time. Mr. Johnston's records were part of a joint account held by Mr. Johnston's parents. Mr. Otten had no issue with me redacting out Mr. Johnston's

parent's information, which took some time.

8. I have now produced all documents that I have been given responsive to the Plaintiff's document requests.

9. I believe this matter is now resolved and I respectfully request that no sanctions be issued. As indicated above, I had hoped that all parties in this action would enter into a stipulated protective order regarding discovery, but that did not happen, then I became involved in a lengthy life-sentence criminal trial which only recently ended, and I needed to prepare these documents for production. I served the Supplemental Responses, without objections, and produced all responsive documents that I have immediately thereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2016, at Manhattan Beach, California.

*/s/ J. Patrick Carey*
J. Patrick Carey
Attorney for Defendant Johnston

<u>*Spencer v. Lunada Bay Boys, et. al.*</u>

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 1**



Pat Carey <pat@patcareylaw.com>

## Spencer et al - Defendant Johnston Supplemental Response

**Pat Carey** <pat@patcareylaw.com>   Tue, Nov 29, 2016 at 2:12 PM
To: "Hewitt, Antoinette P." <Antoinette.hewitt@kutakrock.com>, Caroline Lee <clee@hansonbridgett.com>, Dana Alden Fox <dana.fox@lewisbrisbois.com>, dmcrowley@boothmichel.com, "Richards, Edwin J." <Ed.richards@kutakrock.com>, "Edward Ward, Jr." <Edward.ward@lewisbrisbois.com>, Eric Kizirian <eric.kizirian@lewisbrisbois.com>, "Song, Jacob" <Jacob.song@kutakrock.com>, John Worgul <jworgul@veatchfirm.com>, Kavita Tekchandan <kavita@ottenlawpc.com>, "Kurt A. Franklin" <kfranklin@hansonbridgett.com>, "Landon D. Bailey" <lbailey@hansonbridgett.com>, "Laura L. Bell" <lbell@bremerwhyte.com>, "Mark C. Fields" <fields@markfieldslaw.com>, Patrick Au <pau@bremerwhyte.com>, Peter Crossin <pcrossin@veatchfirm.com>, Peter Haven <Peter@havenlaw.com>, "Richard P. Dieffenbach" <rdieffenbach@veatchfirm.com>, "Wilson, Rebecca L." <Rebecca.wilson@kutakrock.com>, Rob Mackey <rmackey@veatchfirm.com>, "Cooper, Robert S." <rcooper@buchalter.com>, Samantha Wolff <swolff@hansonbridgett.com>, Tera Lutz <tera.lutz@lewisbrisbois.com>, "Thomas M. Phillips" <tphillips@thephillipsfirm.com>, Tyson Shower <tshower@hansonbridgett.com>, Victor Otten <vic@ottenlawpc.com>

Dear Mr. Otten, Mr. Franklin, and Ms. Wolff:

Attached are supplemental responses to Plaintiff's first request for production of documents to Defendant Johnston. Also attached are the responsive documents which include 101 pages of cell phone records as well as one page depicting text messages.

I apologize for any delay as I was engaged in a criminal jury trial where my client was looking at life in prison. The trial began Nov. 9th and concluded yesterday, Nov. 28th.

I have cc'd all counsel of record on this email.

Thank you,

Pat Carey

_____

J. Patrick Carey
Law Offices of J. Patrick Carey
Manhattan Towers
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
310-526-2237

*California State Bar Board Certified Criminal Law Specialist*

www.southbaydefenselawyer.com



THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, or distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and promptly delete the message.  Thank you.

📄 **Johnston Cell Records.pdf**

**2 attachments**

**Johnston Supplemental Reply to Plaintiff Document Demands.pdf**
224K

**Johnston Text Messages.pdf**
193K