J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel:  (310) 526-2237
Fax: (424) 456-3131
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-02129-SJO (RAOx)<br><br>Hon. Rozella A. Oliver<br><br>SUPPLEMENTAL DECLARATION OF ATTORNEY J. PATRICK CAREY RE SERVICE OF SUPPLEMENTAL RESPONSES AND DOCUMENTS IN RESPONSE TO PLAINTIFF COREY SPENCER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT ALAN JOHNSTON<br><br>Hearing Date:  December 7, 2016<br>Hearing Time:  10:00 a.m.<br>Location:  Courtroom F, 9th Floor |

1
SUPPLEMENTAL DECLARATION OF ATTORNEY J. PATRICK CAREY RE MOTION TO COMPEL

I, J. Patrick Carey, hereby state and declare:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am the attorney of record for Defendant Alan Johnston. I have personal knowledge of the matters set forth herein such that I could and would competently state as follows under oath.

2. On November 30, 2016, I filed a declaration regarding service of supplemental responses and documents, however I neglected to attach the actual supplemental responses to my original declaration.

3. The supplemental responses referenced are attached to this supplemental declaration as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2016 at Manhattan Beach, California.

*/s/ J. Patrick Carey*
J. Patrick Carey
Attorney for Defendant Johnston

*Spencer v. Lunada Bay Boys, et. al.*

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 1**

J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel: (310) 526-2237
Fax: (424) 456-3131
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>DEFENDANT JOHNSTON'S SUPPLEMENTAL RESPONSES TO PLAINTIFF COREY SPENCER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

1
DEFENDANT JOHNSTON'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR DOCUMENTS

# DEFENDANT JOHNSTON'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

After meeting and conferring with Plaintiff's counsel, Defendant Johnston ("Defendant"), by and through his attorney, hereby supplements Defendant's prior document production responses.

DEMAND NO. 10: "Any and all texts amongst anyone who surfs, or has surfed, Lunada Bay referring or related to efforts to keep anyone from surfing at Lunada Bay."

SUPPLEMENTAL RESPONSE:  Defendant hereby complies with this request by producing copies of texts regarding this lawsuit, which lawsuit alleges such efforts.

DEMAND NO. 12: "Any and all photos of Lunada Bay."

SUPPLEMENTAL RESPONSE:  With the understanding from Plaintiff's counsel during the meet and confer that Plaintiff is not seeking production of scenic photos that do not depict people, property, cars, or other things that could be used to identify people, Defendant responds that Defendant has no responsive documents.

DEMAND NO. 13: "Any and all videos of Lunada Bay."

SUPPLEMENTAL RESPONSE:  With the understanding from Plaintiff's counsel during the meet and confer that Plaintiff is not seeking production of scenic videos that do not depict people, property, cars, or other things that could be used to identify people, Defendant responds that Defendant has no responsive documents.

DEMAND NO. 15: "Any and all texts or records of phone calls with Frank Ponce."

SUPPLEMENTAL RESPONSE: To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

DEMAND NO. 16: "Your cell phone bills since January 1, 2013."

SUPPLEMENTAL RESPONSE: Defendant hereby complies by producing the cell phone records that Defendant has, which are the attached records from approximately June 2015 through September 2016.

DEMAND NO. 22: "Any and all texts or records of any phone calls with Hank Harper."

SUPPLEMENTAL RESPONSE: To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

DEMAND NO. 24: "Any and all texts or records of any phone calls with Frank Ponce."

SUPPLEMENTAL RESPONSE: To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

1  <u>DEMAND NO. 26</u>: "Any and all texts or records of any phone calls with David Melo."

<u>SUPPLEMENTAL RESPONSE</u>:  To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

<u>DEMAND NO. 28</u>: "Any texts or records of any phone calls with Mark Griep."

<u>SUPPLEMENTAL RESPONSE</u>:  To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

<u>DEMAND NO. 30</u>: "Any and all texts or records of phone calls with Peter Babros."

<u>SUPPLEMENTAL RESPONSE</u>:   To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

<u>DEMAND NO. 32</u>: "Any and all texts or records of any phone calls with Charles Thomas Mowatt."

<u>SUPPLEMENTAL RESPONSE</u>: To the extent Defendant has such records, they would be contained in the attached documents, which include Defendant's cell records from approximately June 2015 through September 2016.

4
DEFENDANT JOHNSTON'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUEST FOR DOCUMENTS

1 | DATED: November 29, 2016     LAW OFFICES OF J. PATRICK CAREY

2

3 | By: */s/ J. Patrick Carey*
     J. Patrick Carey
4    Attorney for Defendant
     ALAN JOHNSTON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY E-MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am self employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action. My business address is 1230 Rosecrans Avenue, Suite 300, Manhattan Beach, California 90266.

On November 29, 2016, I served by E-Mail the foregoing document described as

DEFENDANT JOHNSTON'S SUPPLEMENTAL RESPONSES TO PLAINTIFF COREY SPENCER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS on the following counsel of record in this action as follows:

| | |
|---|---|
| Kurt A. Franklin<br>kfranklin@hansonbridgett.com | Edwin J. Richards,<br>Ed.Richards@kutakrock.com |
| Samantha Wolff<br>SWolff@hansonbridgett.com | Jacob Song<br>jacob.song@kutakrock.com |
| Victor Otten<br>vic@ottenlawpc.com | Richard P. Dieffenbach<br>RDieffenbach@veatchfirm.com |
| Mark C. Fields<br>fields@markfieldslaw.com | John Worgul<br>JWorgul@veatchfirm.com |
| Thomas M. Phillips<br>tphillips@thephillipsfirm.com | Edward Ward<br>Edward.Ward@lewisbrisbois.com |
| Aaron Miller<br>amiller@thephillipsfirm.com | |

☒ BY E-MAIL. I E-Mailed a PDF copy of the document to all of the addressees' E-Mail addresses indicated above.

Executed on November 29, 2016, at Los Angeles, California.

☒ (Federal) I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

J. Patrick Carey