# Exhibit 3



**Charlie Moet:** My source tells me that a that a class action lawsuit is in the works against the "bay boys" and the city of PVE. Probably that Diana bitch. Watch out for subpoenas. Great time to be on the ultra down-low.

http://www.theinertia.com/surf/surfers-file-a-federal-class-action-suit-against-lunada-bay-surf-gang/

**Me:** Super gay!! How'd they get the names?

+1 (310) 291-5981

Total joke of a lawsuit will fail. Call Dan Dunbar. No "gang" exists. There is no group that meets the definition. There is hopefully no evidence that those named barred the plaintiffs from going surfing and no proof of any physical or economic damage.

**Charlie Moet:** On a happier note. Four day Masters Golf party open house at my place April 7-10. Bring food and booze. Stop by anytime. No Fred!

Thu, Mar 31, 1:24 AM
+1 (310) 480-3207

News van at the bay...looks like we'll be on TV again...