1 | **VEATCH CARLSON, LLP** (SPACE BELOW FOR FILING STAMP ONLY)
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
2 | 1055 Wilshire Boulevard, 11th Floor
3 | LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370
4
5 | **ROBERT T. MACKEY, State Bar No. 210810**
rmackey@veatchfirm.com
6 | **RICHARD P. DIEFFENBACH, State Bar No. 102663**
rdieffenbach@veatchfirm.com
7 | **JOHN P. WORGUL, State Bar No. 259150**
jworgul@veatchfirm.com
8 | **PETER H. CROSSIN, State Bar No. 163189**
pcrossin@veatchfirm.com
9
Attorneys for Defendant, **BRANT BLAKEMAN**
10
11 | **UNITED STATES DISTRICT COURT**
12 | **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br>    Plaintiffs, <br>v. <br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and NICOLAS FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br>    Defendants. | **Case No.: 2:16-CV-2129-SJO-RAO** <br> Assigned to Courtroom: 10C <br> The Honorable S. James Otero <br><br> Magistrate Judge: <br> Hon. Rozella A. Oliver <br><br> **NOTICE OF MOTION AND MOTION OF DEFENDANT BRANT BLAKEMAN TO COMPEL DISCOVERY RESPONSES; JOINT STIPULATION RE: DISCOVERY PROPOUNDED BY DEFENDANT BRANT BLAKEMAN TO PLAINTIFFS [L.R.37-2.1]; DECLARATIONS OF JOHN P. WORGUL, RICHARD P. DIEFFENBACH, PETER H. CROSSIN, AND VICTOR OTTEN; AND REQUEST FOR SANCTIONS IN THE AMOUNT OF $6,800** <br><br> Date: January 4, 2017 <br> Time: 10:00a.m. <br> Courtroom: F <br> United States Courthouse <br> 312 N. Spring St <br> Los Angeles, CA, 90012 <br><br> Discovery Cut-Off <br> Date:   8/7/17 |

1
**NOTICE OF MOTION AND MOTION OF DEFENDANT BRANT BLAKEMAN
TO COMPEL DISCOVERY RESPONSES;** *etc.*

**Pretrial Conf. Date: 10/23/17**
**Trial Date: 11/7/17**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 4, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant BRANT BLAKEMAN will bring on for hearing the within Motion to Compel Responses to Discovery and for sanctions in the amount of $6,800, before United States Magistrate Judge Rozella A. Oliver, in Courtroom F of the United States Courthouse located at 312 N. Spring Street, Los Angeles, CA.

This motion is made pursuant to Federal Rules of Civil Procedure R. 37 and Local Rules 37-1, *et seq.*, on the grounds that Plaintiffs CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC. (Plaintiffs), have failed to disclose, answer and/or respond to interrogatories and requests for production properly propounded by Defendant BRANT BLAKEMAN. In addition, sanctions against Plaintiffs and their counsel-of-record, jointly and severally, are appropriate for Plaintiffs' and their counsel's abuse of the discovery process and failure to comply with L.R. 37-1, *et seq.*

This Motion is based on this notice; the attached Joint Stipulation re: Discovery Propounded by Defendant BRANT BLAKEMAN, filed herewith; the Declarations of John P. Worgul, Richard P. Dieffenbach, Peter H. Crossin, and Victor Otten, filed herewith; and the pleadings proceedings heretofore had herein.

///

## CERTIFICATION

Pursuant to Fed. R. Civ. P. 37(a)(1) and L.R. 37-1, counsel for Defendant BRANT BLAKEMAN met and conferred with Plaintiffs' counsel in a good-faith effort to resolve the discovery matters that are the subject of this motion.

Respectfully submitted,

DATED: December 7, 2016　　　　　　　　**VEATCH CARLSON, LLP**

　　　　　　　　　　　　　　　　By:　/s/ Peter H. Crossin
　　　　　　　　　　　　　　　　　　　ROBERT T. MACKEY
　　　　　　　　　　　　　　　　　　　RICHARD P. DIEFFENBACH
　　　　　　　　　　　　　　　　　　　PETER H. CROSSIN
　　　　　　　　　　　　　　　　　　　JOHN P. WORGUL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**NOTICE OF MOTION AND MOTION OF DEFENDANT BRANT BLAKEMAN
TO COMPEL DISCOVERY RESPONSES;** *etc.*