HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

CASE NO. 2:16-cv-02129-SJO (RAOx)

**DECLARATION OF JASON GERSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Judge: Hon. S. James Otero
Date: February 21, 2017
Time: 10:00 a.m.
Crtrm.: 10C

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Complaint Filed: March 29, 2016
Trial Date: November 7, 2017

I, Jason Gersch, declare as follows:

1. I live in San Pedro with my wife and two children. I work for the City of Torrance as a senior welder. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I learned to surf in Torrance, California. I graduated from North High School in Torrance in 1995. Growing up, I primarily surfed an area called “the Avenues” in Redondo Beach. As my surfing progressed, I started to hear about different spots in Palos Verdes and how good they were. We could see these places from where we surfed in Torrance and Redondo Beach. I also used to surf 2nd street in Hermosa Beach. I heard that Lunada Bay was localized and that outsiders should avoid going there. Visitors could expect taunts, physical threats, dangerous activity in the

water, and/or damage to your property.

3. Around 1992 or 1993, my friend Sean and I decided to check out Lunada Bay. We drove to the Bay and parked on Paseo Del Mar. There was no surf so we left without incident.

4. On another occasion around the winter of 1993, my friend Sean and I went to check the surf at Lunda Bay. We parked on Paseo Del Mar, but far down the street from what is knowns as the "goat trail." We were worried about the car being vandalized so we took care to park away from the trails leading to the beach. Attached as **Exhibit 1** is true and correct copy of an aerial photograph of the area. I have put an “X” where we generally parked. On this particular day, we were approached by two local Bay Boys named Peter McCollum and Brant Blakeman. Attached as **Exhibit 2** is a true and correct photograph of Mr. Blakeman. He is the individual holding the camera. Attached as **Exhibit 3** is a photo of Mr. McCullum.

5. A few months later, my friends Sean, Matt and I attempted to surf Lunada Bay. We parked on Paseo Del Mar and got into our wetsuits on the top of the bluff and proceeded down the goat trial. About half way down, the locals started throwing rocks and dirt clods at us. We attempted to protect our heads by using our surfboards as shields. Fearing for our safety, we turned around and headed back to the car. The people who were throwing the rocks and dirt clods were gone by the time we reached the car. At this point, I was done trying to surf Lunada Bay. It was not worth the hassle.

6. On November 5, 1995, I attended an event organized by Geoff Hagins called “Take Back Our Public Beaches Day -- Surf Lunada Bay Peaceful Protest,” a public protest of localism in Palos Verdes. I met Geoff that summer. He was upset because the PVE police never responded to the

localism issue. He felt the police were corrupt. The focus of the protest was to demand equal access for everyone who wanted to surf Lunada Bay. There was a large turnout; somewhere around a hundred people. However, someone called in a bomb threat and the police made the protestors and other spectators on the shoreline leave the beach. Attached as **Exhibit 4** to this declaration is a true and correct screen shot from a local television news cast where I can be seen. I was interviewed by several news stations and was vocal about my experiences with the Lunada Bay Locals and the PVE Police.

7. One evening in the summer 1996, I was checking the surf with some friends at the top of Bluff Cove in Palos Verdes Estates and we were approached by a PVE police officer. It was around 5:00 pm. The officer asked what we were doing. I responded by stating “checking the surf,” and the officer demanded to see our drivers’ licenses. The officer then stated “you are a long way from home” and “it’s getting late so you need to leave.”

8. After I appeared on television at another Lunada Bay protest organized by Geoff Hagins in 1996, I was detained by PVE police while attending a house party in Lunada Bay. I think this was in the summer of 1996. I was held at the Police Station but not charged. I was released after a couple hours and told him to “walk towards Torrance.” I was not permitted to use a phone.

9. Having experienced localism at Lunada Bay over the years, I am frustrated and discouraged by the way the City of Palos Verdes Estates and the police have handled it. Until just recently, City officials have publicly stated that the Bay Boys and localism were an “urban legend.” I would like to be able to visit Lunada Bay to surf without fear of physical and verbal attack or the hassle of dealing with the Bay Boy bullies. I would like to be able to visit the Lunada Bay bluff, shoreline, and water to explore and surf

without fear of having my car vandalized. I want the Bay Boys and other locals to be barred from using this beach for sufficient time to change attitudes and to give access to the beach back to the public.

10. I want the City of Palos Verdes Estates to enforce its ordinances fairly and for it to provide signage so people will know Lunada Bay is a public beach. I want the City of Palos Verdes Estates to improve amenities in a fashion that makes it safer, provides improved access to all beachgoers, and is both consistent with this rural spot, the California Coastal Act, and state and federal law. For example, access trails to the shoreline should be clearly marked to make it safer for people visiting to navigate down to the shoreline. And no person should be allowed to block the access trails or to intimidate visitors on the bluff top, on the shoreline, or in the water. I want Palos Verdes Estates police to be available to help when people are unlawfully excluded. In short, I want to be able to visit Lunada Bay without being harassed. And if I am harassed, I want the City of Palos Verdes Estates police to take my complaints seriously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Torrance, California on December 28, 2016.

Jason Gersch

JASON GERSCH

# Exhibit 1

N
W
E
S
Esri, HERE, DeLorme, MapmyIndia, © OpenStreetMap contributors, and the GIS user community

# Exhibit 2



# Exhibit 3

ΔπEXHIBIT 110
Deponent Angela Riviera
Date 12/15/16 Rptr. AS
WWW.DEPOBOOK.COM



110

# Exhibit 4



LUNADA BAY in PALOS VERDES CALIF 1995/96 Surf localism News Stories