HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF BLAKE WILL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:         November 7, 2017 |

|  |  |
|---|---|
| Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge: Hon. S. James Otero<br>Date: February 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C<br>First Street Courthouse |

I, Blake Will, declare as follows:

1. I grew up in Palos Verdes and lived there from the age of 5 to 18. I attended Miraleste High School and the University of Southern California. After I graduated from college, I moved to Manhattan Beach, where I lived until I was 25 years old. I currently reside near Hartford, Connecticut. I own a marketing agency that builds websites. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently as to its contents.

2. I started surfing when I was a teenager. There are many good places to surf in Palos Verdes Estates, like Haggerty's and Indicator, but in my opinion none of them are as special as Lunada Bay. Lunada Bay does not compare to other surf locations because Lunada Bay is primarily a right hand point break that can handle any size swell when the conditions are right. Haggerty's and Indicator break left and are not as sheltered so they

not are protected from the wind.  Lunada Bay is also just a nice pleasant bay.

3. Despite growing up in Palos Verdes, I was not allowed to surf Lunada Bay.  I suspect this was in part because I did not go to Palos Verdes High School.  It seemed that people from Miraleste High School, were not allowed to set foot in Lunada Bay because we were considered outsiders.

4. When I was growing up, it was known that Lunada Bay was ruled by the Lunada Bay Boys.  The Bay Boys would threaten, harass, and beat up all outsiders, and would vandalize their cars.  They ruled with an iron fist.  To my knowledge, there is no place in the world where the local surfers display the kind of hostility, aggression, or exclusionary attitude that the Lunada Bay Boys display.

5. The Bay Boys are very exclusive then and I believe they still are to this day.  They treat Lunada Bay like it is their private property.  They believe that it is their God-given right to own and protect Lunada Bay.  It is my understanding that about 70 to 90 men are in the Lunada Bay Boys.  This tight-knit group is comprised of older guys and their kids who are carrying on the legacy of exclusion.  Only those who are in the group of Lunada Bay Boys are allowed to surf Lunada Bay.  Outsiders are unable to simply "join" the Bay Boys.  I could beg, plead, and offer money to the Bay Boys to be allowed to surf at the Bay, but they still would not allow me to join their ranks.

6. In my early twenties, I lifeguarded at city-owned pools in Watts, a rough town where well-known gangs like the Bloods and the Crips lived.  I saw firsthand that Watts was a very dangerous place due to the gang violence.  Nonetheless, I would feel safer playing a basketball game in Watts amidst the Bloods and Crips than I would trying to surf at Lunada Bay.

7. Although I knew that I would be hassled if I tried to surf Lunada

Bay, I attempted to surf there five or six times when I was a teenager and in my early twenties. During these occasions, I would get dropped off by friends so that my car would not be vandalized while I tried to surf. I did this because my friends' cars had been vandalized when they tried to surf at Lunada Bay. I also did not bring any belongings with me, like a backpack or even surf wax, because I knew that my belongings would be stolen or vandalized while I was surfing. On the walk down to the beach, the Bay Boys would verbally and physically abuse me and would get in my face. As a teenager, I was terrified to be bullied by men in their twenties and thirties. Once I got down to the beach and paddled out, I was threatened so severely that I stopped surfing before I was finished.

8. On one of the times I tried to surf Lunada Bay, I was harassed by one of the Bay Boys named Kelly Logan and his buddies. Logan was known as one of the "enforcers" who ruled Lunada Bay through fear, intimidation, and violence. Logan paddled up to me, got in my face, and yelled profanities like, "get the fuck out of here," "we'll beat your ass," "don't ever come back," and "you don't belong here." Logan also told me he was going to kill me. This intimidation scared me and convinced me not to try to surf Lunada Bay again.

9. I visit Palos Verdes every year because my mother still lives there. On one of my visits with my son about 10 years ago, I let my son ride one of my father's classic Harley Davidson motorcycles. Because my son was unfamiliar with the neighborhood, I followed him in my car so I could help him navigate around Palos Verdes. My son rode out to Lunada Bay, and was stopped by a Palos Verdes Estates police officer. The police asked my son if he was lost and if he knew where he was going. It was clear to me that the police only pulled over my son because he looked like a hardcore biker who did not belong in Palos Verdes Estates. When I got out

of my car to see what was going on, the police officer put his hand on his gun and asked me who I was and what business I had being in Palos Verdes. This was just one of the many examples I have heard about in which the Palos Verdes police participate in the intimidation of the Bay Boys. The Palos Verdes police officers help the Bay Boys kick out the "riffraff," which in this instance, included my harmless son.

10. To my knowledge, the aggression and intimidation that I experienced thirty years ago and that my son and I experienced ten years ago is still ongoing. Although I visit my mother frequently, I do not visit Lunada Bay because it is unsafe for outsiders like us to go there. This angers me because I still surf all over, including in other parts of Palos Verdes, as well as in Hawaii and Mexico. The only way Lunada Bay would be a safe place would be to keep the Lunada Bay Boys away from it.

19. Lunada Bay is a public beach, and I hope to be able to visit it to surf without fear of physical and verbal attack as to me and my property. I want the aggressive Bay Boys and other locals to be barred from using this beach for sufficient time to change attitudes, and return this beach back to the public. In short, I want to be able to visit Lunada Bay without being harassed and to be safe in my person and property. And if I am harassed, I want the City of Palos Verdes Estates police to take my complaints seriously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _____Ashford_____, Connecticut on December 27, 2016.

_____
BLAKE WILL