1   HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
2   kfranklin@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
3   swolff@hansonbridgett.com
    CAROLINE LEE, SBN 293297
4   clee@hansonbridgett.com
    JENNIFER ANIKO FOLDVARY, SBN 292216
5   jfoldvary@hansonbridgett.com
    425 Market Street, 26th Floor
6   San Francisco, California 94105
    Telephone: (415) 777-3200
7   Facsimile:  (415) 541-9366

8   HANSON BRIDGETT LLP
    TYSON M. SHOWER, SBN 190375
9   tshower@hansonbridgett.com
    LANDON D. BAILEY, SBN 240236
10  lbailey@hansonbridgett.com
    500 Capitol Mall, Suite 1500
11  Sacramento, California 95814
    Telephone: (916) 442-3333
12  Facsimile:  (916) 442-2348

13  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
14  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
15  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
16  Torrance, California 90505
    Telephone: (310) 378-8533
17  Facsimile:  (310) 347-4225

18  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
19  REED, and COASTAL PROTECTION
    RANGERS, INC.

20

21              UNITED STATES DISTRICT COURT

22      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

23

24  CORY SPENCER, an individual;          CASE NO. 2:16-cv-02129-SJO (RAOx)
    DIANA MILENA REED, an
25  individual; and COASTAL              **DECLARATION OF KENNETH
                                         CLAYPOOL IN SUPPORT OF**
26  PROTECTION RANGERS, INC., a          **PLAINTIFFS' MOTION FOR CLASS
    California non-profit public benefit  CERTIFICATION**
27  corporation,
                                         Judge: Hon. S. James Otero
28                                       Date:  February 21, 2017

12901142.1
                                    -1-                    2:16-cv-02129-SJO (RAOx)
    DECL. CLAYPOOL SUPP. PLS.' MOT. FOR CLASS CERT.

Plaintiffs,

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS
VERDES ESTATES; CHIEF OF
POLICE JEFF KEPLEY, in his
representative capacity; and DOES
1-10,

Defendants.

Time:  10:00 a.m.
Crtrm.:10C

Complaint Filed:   March 29, 2016
Trial Date:        November 7, 2017

I, Kenneth Claypool, declare as follows:

1. My wife and I have lived in the City of Lomita for the last sixteen years. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. My love for the ocean and passion for surfing began at the age of nine when our family moved from Culver City to Torrance.  Moving to a surfing community changed the lives of my brother Chris and me forever. We spent countless hours of our youth at the beach, and until my experiences described in this declaration that involve the Bay Boys and the City of Palos Verdes Estates, surfing was always an activity that filled my life with joy.

3. I went to Torrance High School and took surfing classes until my

DECL. CLAYPOOL SUPP. PLS.' MOT. FOR CLASS CERT.

graduation in 1982. My friends and I primarily surfed the "Avenues"  in the City of Redondo Beach.  In the winter, you could see the big swells roll into Palos Verdes Estates at spots like Haggerty's, the Cove, and Indicator from our local beaches.  Occasionally, we would drive to Palos Verdes Estates simply to watch the surf. Seeing those perfect pointbreaks created a lifelong obsession with wanting to surf Palos Verdes Estates and other areas of the Peninsula.  But it was well known in the surfing community that the spots in Palos Verdes Estates were extremely localized.  I remember first hearing this from the older guys where I surfed.  Lunada Bay was known as an incredible big wave spot but a place where outsiders could not venture. There were articles in the local papers and surfing publications that confirmed the reports that I had heard from other surfers about Palos Verdes Estates and Lunada Bay specifically.  Still, as a teenager, I dreamed of surfing Lunada Bay.  It did not seem right that locals could claim a public beach as their own.  I became determined to surf Lunada Bay.

4.     After I graduated from high school, I worked for a couple different tile contractors.  I worked hard until eventually I obtained a contractor's license and started my own business.  To this day, high-end tile installation provides me great satisfaction in that I can see the results of my labor and it allows me the time to surf.

5.     While I still understood Lunada Bay and Palos Verdes Estates' localism to be a problem, my desire to surf the waves in Palos Verdes Estates got the better of me in the mid-to-late 1990s.  My friends Keith McKormick, Tom Wolley and a man named Mitch and I ventured to a spot immediately next to Lunada Bay called "Wally's."  The surf was huge that day.  At the bottom of the trail, the harassment from the local surfers commenced.  I cannot recall exactly what the locals said to us but their comments were laced with profanities and they essentially told us that  "if

you don't live here you can't surf here."  When we paddled out, the locals did not follow the normal rules of surfing and dangerously dropped in on waves that my friends and I were surfing.  Normal rules require surfers to wait their turn to ride a wave one at a time.  But in this case, despite waiting our turn, the local surfers would paddle into a wave that one of us was already surfing, "drop in" on the wave, and nearly hit us.  It was incredibly dangerous and careless.

6.     When we had enough of the harassment, we made our way back up the trail to our cars.  While we were surfing, other locals had flattened all the tires on both cars and someone had written the word "cooks" on the windshields with surf wax. Whoever vandalized our cars did not know the correct spelling of the word "kook."

7.     In the mid-1990s, my wife and I purchased a 15-foot motor boat. At that time, my primary desire was to explore the California coast and fulfill my dream of surfing Hollister Ranch in Santa Barbara County (known as "the Ranch").  I understand the Ranch is a 14,000-acre working cattle ranch and private beach community that is gate-guarded 24-hours per day.  In the surfing community, however, the Ranch is known for its 8.5 miles of coast and several great surfing spots.  If you want to surf the Ranch, you need to either know someone with property rights in the wealthy community who will personally escort you onto the property, or you can access the Ranch by boat from the ocean.  Like Palos Verdes Estates, the Ranch has tremendous waves.

8.     My new boat proved to be the next step in my evolution as a surfer and waterman by helping to increase my comfort in the ocean and allowing me to access new areas to fish, dive and enjoy the coast.  From King Harbor in Redondo Beach, it was 20 minutes to Palos Verdes and 90 minutes to Catalina.  My wife and I took our new boat on excursions to Palos

Verdes to practice for trips to the Ranch.

9.     On numerous occasions, we took our boat and attempted to watch the surf at Lunada Bay from the sea.  But even from the water, the local surfers harassed us. They would scream curse words from the shore and water in an effort to intimidate us.  There was a time that the local Lunada Bay surfers had a 10-to-12-foot dory-style row boat they would use to police the surfing line-up and harass outsiders.  On more than one occasion, they used their boat to circle us and block our movement.  They have threatened us from that row boat.   Attached to this declaration as **Exhibits "1-2"** are pictures of that row boat that I took from my boat.

10.     Around March 1995, I was watching a local news station broadcast involving a surfer named Geoff Hagins, his nephew, and several others who were assaulted at Lunada Bay by Peter McCullom. This incident became big news and I continued to follow the story. The story angered me. I remember that McCullom, who appeared to be a large man, had threatened several young boys who looked like they were barely old enough to be in high school.  Despite his large stature, I recall he puffed his chest to appear even larger and threatened the boys by saying something like: "you won't come around here again."  Simply put, McCollum and other Lunada Bay local surfers were bullying others.

11.     On November 5, 1995, I attended "Take Back Our Public Beaches Day -- Surf Lunada Bay Peaceful Protest," a public protest of localism in Palos Verdes which was organized by Geoff Hagins.  There were people on each side yelling at each other and lots of screaming.  But a few Lunada Bay locals were becoming extra aggressive.  It was out of control with the Bay Boys screaming and demonstrating physically threatening behavior. It seemed like the locals wanted to start a fight and it became close to a brawl.  But someone called in bomb threat and the police made

the visitors and others on the shoreline leave the beach.  Attached as **Exhibit "3"** to this declaration is a screen shot taken of a news clip show me at the demonstration. I am the person on the left wearing the sunglasses.

12.    The first time that I surfed Lunada Bay was with my friend Brandon Doland.  From what I recall, it was around 2002.  We took the boat on a big swell and surfed the break called Avalanches on the south end of the bay, and is not the popular break.  It was a big swell and while people were surfing the main point to the north, no one was surfing Avalanches. We caught a few good waves and were not hassled.  I surfed Avalanches on one other occasion after that when my wife and I took the boat out and was not hassled.

13.    The first time that I attempted to surf the right point where the Lunada Bay locals primarily surf, however, was quite a different experience. There were three boats in our group that day.  It was windy and the conditions were not good for surfing.  But since there was only one person in the water, I figured it would be a good time to give it a try.  As soon as I reached the lineup, the person began to hassle me.  He paddled over and stated: "So you are bringing the whole circus?"  He was about 45 years old. Even though it was not crowded, this person purposefully and dangerously proceeded to drop in on me on about five waves.  I am confident he was attempting to discourage me from returning by trying to make my experience that day completely miserable.

14.    Also in 2002, localism in Palos Verdes Estates was being discussed in the papers and the internet.  A father and his son had been beaten up by surfers belonging to what was known as the "Dirty Underwear Gang" at a spot called Indicator, north of Lunada Bay in Palos Verdes Estates.  The Surfrider Foundation and the Chief of Police for Palos Verdes Estates publicly discussing the issue of localism.  By this time, I had enough.

1  My dream of surfing Palos Verdes Estates was not worth getting beaten up
2  over.

3       15.    Twelve years later, sometime in 2014, however, I heard about
4  the Aloha Point Facebook page and a movement started by Christopher
5  Taloa to end localism at Lunada Bay.  From what I understood, the idea
6  behind the movement was to use social media to organize large surfing
7  groups to plan trips to Lunada Bay by ensuring safety in numbers.  The
8  police would be informed in advance when people were going to surf.  It is
9  my understanding that the first peaceful protest organized against localism
10 by Mr. Taloa was a paddle out on Martin Luther King's birthday in January
11 2014. Unfortunately, I was not able to attend that event.

12      16.    Eventually, I met Mr. Taloa at one of the planned gatherings at
13 Lunada Bay.  I was really excited to meet him.  He is a former professional
14 bodyboarder and one of the actors in the film Blue Crush.  Ironically, he
15 played the role of a local surfer in that film.  Mr. Taloa was talking to a police
16 officer when I arrived at Lunada Bay.  There were approximately twenty
17 locals watching.  I made it a point to ensure the locals noticed me speaking
18 with Mr. Taloa.  It felt empowering. This might seem silly for a man in his 50s
19 say such a thing but it is true.  Mr. Taloa was not afraid of those thugs and it
20 felt good to finally be a part of something that could end years of unfair
21 exclusion in Palos Verdes Estates.  Some of the locals knew me, including
22 Angelo Ferrara, and I wanted them to know I was ready to stand my ground.

23      17.    The movement started by Mr. Taloa led to a lot of chatter on
24 social media. There were many people talking on Facebook about meeting
25 at Lunada Bay to surf but no one would show up.  I suspect this is because
26 they were afraid.

27      18.    One morning in February 2014, I went to surf Lunada Bay and
28 arrived at 4:45 am.  I walked to an area of the cliff north of the trail to check

DECL. CLAYPOOL SUPP. PLS.' MOT. FOR CLASS CERT.

the waves.  Suddenly two guys walked up to me - one on each side.  They stood unusually close to me, particularly since I did not know them, and stared at me trying to intimidate me.  I was so frightened that I walked back to my truck but the two men followed me. The guy on my left was large with sandy blond hair and looked middle aged. The guy on my right and had brown or black hair and was thinner and younger.  I did not feel safe so I got in my car and left.

19.    March 11, 2014 was the first time that I surfed Lunada Bay since that windy day many years before.  I drove there with my friend Tom Wolley who stayed on the top of the bluff with a camera and cell phone.  As I walked down the "goat trial" nearest the point in front of the Rock Fort, a teenager passed me and turned around.  I think it was Angelo Ferrara's son. Slowly walking backwards, the teenager said: "You are the one posting on Facebook.  You shouldn't be here.  Kook.  You are starting shit on FB." Around this time, people were posting things on the Aloha Point Facebook to encourage outsiders to surf at Lunada Bay.  I guess this kid thought I had something to do with it.

20.    I then attempted to make my way down the goat trail to the water, but because I had never used the trail before and because it is not marked, I accidentally took a turn down a wrong extension and could have fallen.  It was extremely frightening.  When I eventually made it to the bottom and started putting on my wetsuit, one of the local surfers immediately got in my face.  He was about 5'10 and wearing faded jeans.  He was within inches of my face yelling how stupid I was and that I had no business being down there.  I could feel spit from his mouth hit my face as he screamed: "Go out in the water and see what happens. You should just go now. Get out of here now. You're lucky you did not have to be rescued."  After that guy left, another local came over and made similar comments.  One after

another, still more locals would come over and say the same thing: "You shouldn't be here – you are not going to catch a wave," "go out there and see what happens."  I ended up paddling out but never went to the peak in an effort to avoid them.  I caught a few smaller waves while sitting in the water away from the locals.  Attached as **Exhibit "4"** to this declaration is a picture of me in the surf that morning which was taken by Tom Wolley.

21.    After I first introduced myself to Mr. Taloa in front of those Lunada Bay locals, strange things started happening.  My main work territory for my tile business stretches from Hermosa Beach through Palos Verdes.  I have done tile work on approximately twenty houses in Lunada Bay.  But I started to notice that young men, whom I believe are associated with Lunada Bay, would walk by my job sites and just stare at me and not say a word.  Another man showed up at Daltile, a place where customers purchase tile that I install, and mentioned Lunada Bay.  I also got spit on in Lomita by someone in a car that I recognized from Lunada Bay.  On two separate occasions, more young men who appeared to be surfers showed up in front of my house and stared. This all occurred in approximately a two-month period.  I believe these are the Lunada Bay locals who are attempting to intimidate me.

22.    I began experiencing serious emotional problems at this point.  It seemed that these people were now threatening me outside of Lunada Bay.  My wife was also upset.  Lunada Bay localism really disturbed me and caused me great distress.  I could not understand how people could be so mean, and I also did not understand how I could be denied access to a public beach.

23.    Still undeterred, in January 2015, my brother Chris Claypool, Jordan Wright and I decided to surf Lunada Bay.  We made it to the bottom of the Southern trail and were on the rocks around 5:00 am.  This is an

DECL. CLAYPOOL SUPP. PLS.' MOT. FOR CLASS CERT.

easier trail to access the beach. It was still dark, and our strategy was not to respond or engage in any way to the negative attacks; no acknowledgement whatsoever.  The waves were good sized, around 12 to 15 foot faces. There were about five Lunada Bay locals in the water and more than enough waves for everyone.  As we paddled out, one guy who I later learned was Brant Blakeman, paddle over to us and said "Try and catch a wave and see what happens.  There is no fucking way you are getting a wave.  Just go in. Just go.  You better not cut me off."  Blakeman was riding a green kneeboard.  Attached as **Exhibit "5"** is a photo of Brant Blakeman (person changing) and the green kneeboard that he was riding that morning.

24.    Blakeman then paddled over towards my brother and continued with his rant.  "Get the fuck out of here.  You are dangerous.  Stay the fuck away from me."  My brother just put his fingers in his ears and tried to ignore him.  At one point, Blakeman caught a wave and intentionally aimed his board straight at my brother Chris, just barely missing him by a few feet.  I watched as Blakeman intentionally dropped in on Jordan Wright at least twice.  This was extremely dangerous; Other Lunada Bay locals also purposefully dropped in on Jordan.  I later learned that Jordan broke his board on one of the waves that he was dropped in on.  It was clear that Brant Blakeman and the other Lunada Bay locals were threatening me, Jordan Wright, and my brother to discourage our use of Lunada Bay and to prevent us from enjoying the beauty of the shoreline and ocean.  Another local, dropped into a wave and tried to run over my brother Chris.

25.    When my brother and I got out of water, we saw people gathering on top of the bluff near the two trailheads – impeding access and movement.  The people on top of the bluff appeared to know each other, and were videotaping my brother and me as we were leaving.  I believe the people on top of the bluff were locals and part of the Bay Boys and their

1  videotaping of us on the bluff was an effort to intimidate my brother and me.

2  I believe the activities by Blakeman and the others on that day were

3  designed to discourage my brother and me and to intimidate us so we would

4  not return.   Jordan Wright remained in the water during that time.

5       26.    Because my car had previously been vandalized, I purchased a

6  video camera that can be mounted on the dashboard of my truck.  On

7  February 10, 2015, I drove to Lunada Bay to check the surf.  My video

8  camera was running.  I parked behind a black pickup truck in a location that

9  was convenient to view the waves.  There was a guy talking to someone in a

10  blue van and watching the surf. I subsequently learned that his name was

11  Joshua Berstein.  I also learned that a local named Robert Bacon owns the

12  blue van. When I started to drive away and passed the blue van, Berstein

13  turned towards me and called me a "kook" in an effort to intimidate me. I

14  have seen Mr. Berstein and the Blue Van at Lunada Bay on numerous

15  occasions.  Attached as **Exhibit "6"** is a photo of the Mr. Berstein and the

16  Blue van.

17       27.    This is not the first run-in that I have had with Mr. Berstein. Early

18  2014 while checking the surf, I parked at Lunada Bay behind his black

19  Toyota pickup. A few minutes later, he returned to the truck and pulled a

20  camera out and took pictures of my license plate and began making

21  statements like: "you are the reason that this is all happening," "every time

22  you guys from Facebook show up is when all the trouble starts," "Why don't

23  you just go away".

24       28.    The last time that I surfed Lunada Bay was on February 5, 2016.

25  I was with Chris Taloa and Jordan Wright.  Because the police had been

26  informed that we were coming and there was a photographer from the Los

27  Angeles Times that was going to be there, I felt that it would be safe. Also in

28  attendance was Cory Spencer and Diana Reed.  Cory was there to watch

the cars.  Attached as **Exhibit "7"** to this declaration is a photograph taken that day by Allen Schaben. Jordan and I are wearing wetsuits heading to go surfing. You can see from the photograph that Blakeman is on the right and was videotaping us attempting to intimidate us.

29.    On November 28, 2016, I drove to Lunada Bay to view the destruction of the fort structure.  It was impressive. The company that the City had contracted with was using a helicopter to lower workers and equipment onto the beach; because access to Lunada Bay is so limited, they chose to use a helicopter. There was news media covering the event. My dash mounted video camera was running because even with the media present I would be away from my truck so I wanted to take precautions. The City had an Easy-Up Canopy for information about the project. There were two police officers and two women who worked for the City. I walked up to the booth, and the older woman introduced herself and said that she was pleased that the City was to able to beautify the coastline and restore to its natural state. She then asked if I had any questions about the work that was being done. I responded by asking what the City was doing to deal with the localism issue. At that point, the woman said she would have to excuse herself and walked away. I could tell that she was very uncomfortable.

30.    A or two later, I learned that on the evening of November 28, 2016 some people who I believe were Bay Boys, burned a generator, keyed the door of a contractor's truck, scratched other construction vehicles and tampered with the ignition of a tractor-trailer parked on the blufftop. I immediately reviewed the video on my dash mounted video camera and discovered that there was an individual lurking around my truck the day that I was there with his face covered by a ski mask and hooded sweatshirt. Attached as **Exhibit "8"** to this declaration screen shoots of the video.

31.    My brother and I returned to Lunada Bay on November 29, 2016.

We were approached by a man who introduced himself as Hank.  He stated "Are you guys vandalizing equipment to make us look bad?" He continued by stating  "Although I don't condone violence, just because the fort is done does not mean that it is going to be safe to surf out here." I subsequently learned that this persons last name was Harper. Shortly thereafter, the person in the video from my dash cam walked up the trail carrying a surfboard. He looked at us and walked by. He said something but I could not understand what it was.

32.    Having watched the localism issue over the years, I am frustrated and discouraged by the way the City of Palos Verdes Estates and the police have handled it.  Until just recently, City officials have publicly stated that the Bay Boys and localism were an "urban legend."  I would like to be able to visit Lunada Bay to surf without fear of physical and verbal attack or the hassle of dealing with the Bay Boy bullies.  I would like to be able to visit the Lunada Bay bluff, shoreline, and water to explore and surf without fear of having my car vandalized.  I want the Bay Boys and other locals to be barred from using this beach for sufficient time to change attitudes and to give access to the beach back to the public.

33.    I want the City of Palos Verdes Estates to enforce its ordinances fairly and for it to provide signage so people will know Lunada Bay is a public beach.  I want the City of Palos Verdes Estates to improve amenities in a fashion that makes it safer, provides improved access to all beachgoers, and is both consistent with this rural spot, the California Coastal Act, and state and federal law.  For example, access trails to the shoreline should be clearly marked to make it safer for people visiting to navigate down to the shoreline.  And no person should be allowed to block the access trails or to intimidate visitors on the bluff top, on the shoreline, or in the water.  I want Palos Verdes Estates police to be available to help when people are

1  unlawfully excluded.  In short, I want to be able to visit Lunada Bay without

2  being harassed.  And if I am harassed, I want the City of Palos Verdes

3  Estates police to take my complaints seriously.

4      I declare under penalty of perjury under the laws of the United States

5  of America that the foregoing is true and correct.

6      Executed in Torrance, California on December 27, 2016.

7

8

9  KENNETH CLAYPOOL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1



# Exhibit 2



# Exhibit 3



LUNADA BAY in PALOS VERDES CALIF 1995/96 Surf localism News
Stories

# Exhibit 4

•••• AT&T 🔋   11:53 AM   🔋 30% ▬

< **Photo** ↻

 **southbayloco** •••



♡  ◯  ↗

♥ **cwclaypool** and **1 others**

    

# Exhibit 5



# Exhibit 6



# Exhibit 7



# Exhibit 8

