HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF RICARDO G. PASTOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero<br>Date:   February 21, 2017<br>Time:   10:00 a.m.<br>Crtrm.: 10C |

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

I, Ricardo G. Pastor, declare as follows:

1. I grew up and live in Manhattan Beach, California. I have always had an address in Manhattan Beach although I traveled as a telecom technician for 15 years during the 1980s and 1990s. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently as to its contents.

2. I graduated from Aviation High School in Redondo Beach in 1975 and attended some classes at El Camino College in Torrance. I worked at LAX airport as a contractor and then as a telecom technician for phone companies. I am now semi-retired.

3. I learned how to surf when I was 7 years old, and I have been surfing ever since. I enjoy the peaceful feeling out on the water, and I surfed at Malibu, Ventura County, and San Onofre State Beach.

4. I decided to visit Lunada Bay to go surfing in 1982 or 1983. I

had parked my van at a gas station nearby because I had heard that people who parked their vehicles at Lunada Bay had their tires flattened and their windshields broken. As I was walking towards the trail to access the water at Lunada Bay, one man tried to stare me down. I tried to be friendly and continued to walk down the trail. When I got about one third of the way down the trail, I felt and saw rocks raining down on me from above. One rock hit my head; other rocks hit my surfboard. When I got to the beach, three men there told me to go back to the bluff. I said, "Forget that," and ran for the water.

5. Later, when I was in the water, I paddled into the lineup to take my turn at the waves. The other surfers gave me hard looks and told me to leave. They called me "kook" or "gook" and other insults. One of them said, "Get your fucking brown ass out of here. You're going to attract sharks. You're bleeding, man." I noticed I was bleeding from my head where the rock had hit me. I saw a crowd beginning to grow on the bluff and decided to leave to avoid further conflict. Attached as **Exhibit 1** is a true and correct copy of a photograph, which I took on or around November 20, 2016, of the scar on my head that I still have from this incident.

6. I paddled north to avoid going back up the trail at Lunada Bay. When I got to the top of the bluff, I went to the gas station where I had parked my van and called the police from a pay phone. A Palos Verdes Estates police officer arrived in a patrol car. I saw him pull something off his chest and put it into his pocket; I believe he was removing his name tag. When the police officer reached me, he asked me where I was from. I told him I was from Manhattan Beach and asked what that had to do with anything. The police officer responded, "Maybe you shouldn't be surfing here." He then said he did not want to help me make a report because, "We're not required to carry stationary."

7. I never went back to Lunada Bay to go surfing. Later, in 1989 or 1990, I went fishing out in Lunada Bay. People from the shore, perhaps 400 yards away, threw rocks at me. Since the people on the shore were so far away, their rocks couldn't reach me, but I understood this activity as intimidation.

8. I am informed and believe that visitors to Lunada Bay also have their vehicles vandalized. I have heard that they returned to their parked vehicles to find tires flattened, dog feces smeared on their vehicles, door panels kicked in, windshields scored, paint damaged by keys, rocks, or a board with a nail in it, and mirrors broken.

9. If it were safe for me to visit Lunada Bay and I were not hassled, I would like to be able to go surfing there again.

10. Because of the actions by the Lunada Bay Boys and the City of Palos Verdes Estates, I am denied access to Lunada Bay.

///
///
///

11. I want the aggressive Bay Boys that engage in unlawful activity to be barred from using this beach for sufficient time to change attitudes and for this beach to be returned to the public. I want the City of Palos Verdes Estates to enforce its ordinances fairly, for it to provide signage so people will know Lunada Bay is a public beach, for it to provide signage marking the safest trails to the shoreline, and for the police to take complaints by visiting beachgoers seriously and be available to help in case non-local beachgoers are assaulted or otherwise unlawfully excluded from Lunada Bay. I want to be able to visit Palos Verdes Estates beaches, specifically Lunada Bay, without being intimidated and to be safe in my person and property. And if I am harassed, I want the City of Palos Verdes Estates police to take my complaints seriously, instead of simply telling me to get along with the locals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in MANHATTAN BEACH, California on December 16, 2016.

_Ricardo G. Pastor_
RICARDO G. PASTOR

# EXHIBIT 1

