```
HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF CHRIS CLAYPOOL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero<br>Date:  February 21, 2017 |

|  |  |
|---|---|
| Plaintiffs, | Time: 10:00 a.m.<br>Crtrm.:10C |
| v. | Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | |
| Defendants. | |

I, Chris Claypool, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently as to its contents.

2. I recently moved to Marina Del Rey, California. I surf two to three times per week, mostly at a beach called El Porto in Manhattan Beach.

3. I learned to surf in Torrance, California. I graduated from South High School in Torrance in 1997. Growing up, I primarily surfed the avenues in Redondo Beach, often with my older brother Ken. My brother and I always wanted to surf Palos Verdes. We wanted to surf a spot called Lunada Bay, but everyone knew not to go there because of the localism. I went to high school with John Hagins who, along with his uncle and several others, were assaulted at Lunada Bay by Peter McCullom. I remember watching the incident on the news. I also remember an incident where a teacher tried to

surf Lunada Bay and was beaten up by the locals – supposedly he suffered a broken pelvis. The rumors were that the Bay Boys knew all the police.

4. After high school, I started working for my brother installing tile. Many of the job sites were in Palos Verdes, and we would check out the surf at Lunada Bay and other spots. In 2011, I stopped working for my brother and started school for audio engineering. I have been employed an audio professional since 2007. I have worked for major recording artists such as John Mayer, Lady Gaga, Motor Head, Billy Gibbens and numerous other major acts.

5. In 2014 my brother told me about a guy named Chris Taloa who was involved in an effort to end localism at Lunada Bay. He was using social media to organize large surfing groups to plan trips to Lunada Bay. There was a Facebook page called Aloha Point where people were could post information about Lunada Bay.

6. On March 11, 2014, my brother Ken and a friend of his named Tom Wolley surfed Lunada Bay. My brother told me that he had been hassled, but was still excited about the experience. He talked about one wave that he caught and wanted to surf Lunada Bay again with me. He was hoping that the Aloha Point movement could make that possible. In the months that followed, my brother became more determined to fulfill his dream of surfing Lunada Bay again.

7. In January 2015, my brother, a guy named Jordan Wright and I decided to surf Lunada Bay. We agreed to meet at Haggerty's (a spot north of Lunada Bay). This was the first time I met Jordan. The plan was to have a group of approximately ten people for safety reasons, but only the three of us showed up. We figured the others were afraid which is, of course is understandable. We followed Jordan to Lunada Bay and parked on a street approximately ½ mile away from the trail so our cars would not be noticed.

We got our gear together and headed down the Southern trail.

8.      My brother informed me that the Southern trail provides an easier to access the beach. He had an incident going down the more dangerous goat trial. Our strategy was not to respond or engage in any way to the negative attacks. No acknowledgement whatsoever. The waves were good that morning, around 12 to 15 foot faces. There were only five locals in the water and more than enough waves for everyone.

9.      We made it to the bottom of the trail at 5:00 am. We changed into our wetsuits and paddled out across the bay. As we approached the lineup, a Bay Boy said "Don't you think you should leave? There are not enough waves for all of us." Jordan was wearing a helmet and the same Bay Boy looked at him and said "You look like you are ready to surf Waima Bay. You kook!" We were then approached by Brant Blakeman who was yelling "Try and catch a wave and see what happens. There is no fucking way you are getting a wave. Just go in. Just go. You better not cut me off."  Blakeman was riding a green kneeboard.

10.     Blakeman looked possessed or possibly on drugs. His behavior got more bizarre throughout the morning. He seemed to be paddling for every wave that he could physically push himself into, perhaps to make a point, but he was wiping out a lot and falling down the face and tumbling across the rock reef. Blakeman looked dangerous to himself. When Blakeman would actually catch and ride wave in, he would paddle back to where my brother and I were sitting, and continue his insane rant. On one occasion, Blakeman came less than 12 inches from my ear and was screaming. It was so loud, I had to put my fingers in my ear to protect them from being damaged. I am a sound engineer and to put this in perspective, a rock concert creates about 120 decibels of noise - this was louder; a jet engine create about 150 decibels.

11. At one point Blakeman caught a wave and drew a line aiming right at me. Another Bay Boy tried the same thing and said "mother fucker" as he narrowly missed my head. I watched as Blakeman intentionally dropped in on Jordan at least twice. It seemed obvious to me that they were jealous of his superior surfing ability and wanted to make sure none of us were having fun. Because this was getting dangerous, we decided to leave.

12. When we got out of water, we saw people gathering on top of the cliff. Jordan remained in the water. One person was videotaping us from the top of the cliff; it was clear to me that he was doing this to try and intimidate us. The people were watching them from the cliff. I later learned that Jordan broke his board on one of the waves that he was dropped in on.

13. Having watched the localism issue over the years, I am extremely disappointed in the way the City of Palos Verdes Estates and the Police have handled it. Until just recently, City officials have publicly stated that the Bay Boys and localism were urban legend. I would like to be able to visit Lunada Bay to surf without fear of physical and verbal attack or the hassle of dealing with the Bay Boy bullies. I would like to be able to visit Lunada Bay to surf without fear of having my car vandalized. I want the Bay Boys and other locals to be barred from using this beach for sufficient time to change attitudes, and to give access to the beach back to the public. I want the City of Palos Verdes Estates to enforce its ordinances fairly and for it to provide signage so people will know Lunada Bay is a public beach. I want the City of Palos Verdes Estates to improve amenities in a fashion that makes it safer, provides improved access to all beachgoers, and is both consistent with this rural spot, the California Coastal Act and state and federal law. For example, access trails to the shoreline should be clearly

///

///

marked to make access safer. I want Palos Verdes Estates police to be available to help when people are unlawfully excluded. In short, I want to be able to visit Lunada Bay without being harassed. And if I am harassed, I want the City of Palos Verdes Estates police to take my complaints seriously.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in MARINA DEL REY, California on December 29, 2016.

_____
CHRIS CLAYPOOL