1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
3  swolff@hansonbridgett.com
   JENNIFER ANIKO FOLDVARY, SBN 292216
4  jfoldvary@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone: (415) 777-3200
6  Facsimile:  (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone: (916) 442-3333
11 Facsimile:  (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone: (310) 378-8533
16 Facsimile:  (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.
19

20              **UNITED STATES DISTRICT COURT**

21    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

22

23 CORY SPENCER, an individual;         CASE NO. 2:16-cv-02129-SJO (RAOx)
24 DIANA MILENA REED, an
   individual; and COASTAL              **DECLARATION OF DANIEL
25 PROTECTION RANGERS, INC., a          JONGEWARD IN SUPPORT OF
                                        PLAINTIFFS' MOTION FOR CLASS
26 California non-profit public benefit CERTIFICATION**
   corporation,
27                                      Judge: Hon. S. James Otero
                                        Date:  February 21, 2017
28              Plaintiffs,             Time:  10:00 a.m.
                                        Crtrm.:10C. 1st Street Courthouse

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS
VERDES ESTATES; CHIEF OF
POLICE JEFF KEPLEY, in his
representative capacity; and DOES
1-10,

Defendants.

Complaint Filed:    March 29, 2016
Trial Date:         November 7, 2017

I, Daniel Jongeward, declare as follows:

1.    I am a Southern California native and reside in Brawley, California in Imperial County. I currently work as a Licensed Marriage and Family Therapist ("LMFT") and a psychotherapist.  I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently as to its contents.

2.    When I am not working, I enjoy spending time outdoors and at the beach.  I started surfing at the age of 9 or 10.  I surfed competitively during my military service from 1972 to 1976 as a member of the U.S. Navy Marine Surfing Team.  In the 1980s and 1990s, I surfed nearly every day. And although it is less convenient to do so now due to where I live, I still surf every few months.

3.    In the early 1980s, I was what one would call a "big wave chaser."  There were no online services like www.surfline.com to tell you

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  where the big waves were.  Instead, a surfer would check the weather

2  reports and try to predict where the big waves would hit.  On a day in early

3  1980, I was on the Redondo Beach breakwater when a fellow surfer told me

4  that I should visit Lunada Bay because it had a lot of great waves.  Although

5  I did not have a surfboard with me, I decided to drive over to Lunada Bay to

6  scout out the location.

7      4.    When I arrived at Lunada Bay, at least three men stopped me

8  and asked, "Who are you, and what are you doing here?"  I was familiar with

9  the concept of localism and had heard from members of the surfing

10  community that the locals at Lunada Bay could be pretty hostile.  I said to

11  them, "I'm just hiking."  I told them that I had heard they had big waves at

12  Lunada Bay.  They became quite defensive when I said that I had heard

13  they had big waves.  The men then said, "As long as you are not surfing,

14  you are fine."  The men left me alone for the remainder of the time that I was

15  at Lunada Bay that day.

16      5.    After that first visit, I went on to surf at Lunada Bay roughly five

17  times over the next four years, between 1980 and 1984.  Because I had

18  already visited Lunada Bay once before, I knew how to get there and access

19  the trail that led to the beach.  My strategy was to get to Lunada Bay early in

20  the morning before the sun came up so I could get a few good waves before

21  the locals got there.  I could enjoy myself when I was alone during the early

22  morning surfs.  However, by the time I exited the water, if the locals had

23  arrived, then there was always trouble.

24      6.    During those four years, every time I went to Lunada Bay, I was

25  hassled.  Men I believed to be locals threw rocks and dirt clods at me.  I

26  would purposely carry my surfboard over my head to try to avoid getting hit

27  by the rocks.  One time I returned to my car after surfing and found the

28  locals had used surfboard wax all over my car windows and windshield so I

-3-

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1  could not see out of my windows.  Fortunately, it wiped off easily and did not
2  cause any permanent damage.

3      7.    After the surf wax incident, I began parking my car in the
4  residential neighborhoods rather than at the beach access point.  Even
5  though parking in the residential neighborhood forced me to hike more than
6  a quarter mile away while carrying all of my surf gear, it was the only way I
7  could be sure that my tires would not get slashed and my car would not get
8  damaged by the locals while I was in the water.

9      8.    The local men at Lunada Bay were just as hostile in the water as
10  they were on the trail.  The men would scream and yell, "Get out of the
11  water!" to threaten me and make my experience uncomfortable.  The men
12  would give non-resident beachgoers dirty looks any time they tried to come
13  in or out of the water.  If a non-resident came through the inside of a big
14  wave, the local men would try to "snake" or drop in on him which means to
15  take off in front of the surfer who is already riding the wave and is closest to
16  the curl.  This can be really dangerous for a surfer.

17      9.    When the locals at Lunada Bay harassed me and told me to
18  leave, I would walk down the trail to the beach with an attitude as if I owned
19  the place.  I learned martial arts when I was in the military, and I do not fear
20  people.  I also know that bullies often act out because they are often just
21  scared themselves.  However, there was something about this group of men
22  that went beyond typical localism and bullying.  The behavior by the locals at
23  Lunada Bay was unique because they tried to keep everyone—even the
24  people who could surf—out of the water if they were not from there.  These
25  men were set on causing trouble.  They were genuine bullies: Their actions
26  were planned to keep outsiders away from what they considered their
27  beach.  I did not agree with their actions or the way they treated visitors to
28  Lunada Bay.  And although the majority of my sons surf, sadly, because of

12837284.3

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1   the actions by the locals, I never took them to Lunada Bay when they were
2   young because I did not think it was safe to bring them there.

3        10.   By the late 1980s, I chose not to surf at Lunada Bay anymore.  I
4   would only go to Lunada Bay to see it, but it was no longer safe to get in the
5   water.  I personally grew tired of surfing at Lunada Bay because I was
6   hassled every time I entered or exited the water.  Even though surfers could
7   get big waves at Lunada Bay, the consensus amongst my friends and me
8   was that we didn't want to do it, no matter how good the waves were.  There
9   were other places to surf that were further away and not nearly as beautiful
10  as Lunada Bay, but it was too much trouble to go to Lunada Bay and
11  contend with the hostility of the locals.

12       11.   My hope today is that people will be able to go to Lunada Bay
13  and not have to worry about their personal safety.  I believe these local men
14  are genuinely dangerous.  If these men persist in this behavior, I am afraid
15  somebody is going to get seriously hurt.  It could be a visitor who gets hurt in
16  the water or on the trail by a Bay Boy.  Or one of those Bay Boys may get
17  hurt when he finally encounters a non-resident beachgoer who is not going
18  to tolerate their antics.

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION

1    12.    I would like to see Lunada Bay opened up to the visiting public
2  again. I think Lunada Bay is absolutely gorgeous, and it should be free for
3  all citizens to go down there and enjoy it. I would love to do a mass surf-in
4  with 15 or 20 men at Lunada Bay. It is sad that it cannot happen now
5  because of the threat from the men out there.

6

7    I declare under penalty of perjury under the laws of the United States
8  of America that the foregoing is true and correct.

9

10    Executed in Brawley, California on December 23, 2016.

11

12

13  DANIEL JONGEWARD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12837284.3                                                    2:16-cv-02129-SJO (RAOx)

DECLARATION OF DANIEL JONGEWARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION