HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CORY SPENCER, an individual;
DIANA MILENA REED, an
individual; and COASTAL
PROTECTION RANGERS, INC., a
California non-profit public benefit
corporation,

CASE NO. 2:16-cv-02129-SJO (RAOx)

**DECLARATION OF JOHN
GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

**Date**:   February 21, 2017
**Time**:   10:00 a.m.

|  | |
|---|---|
| Plaintiffs, | **Judge**: Honorable S. James Otero |
| v. | **Ctrm**.:   10C |
|  | 1st Street Courthouse |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | Complaint Filed:   March 29, 2016<br>Trial Date:   November 7, 2017 |
| Defendants. | |

I, Geoff Hagins, declare as follows:

1.      I am a 61-year-old, recently retired correctional officer, living in Missouri.  I grew up in the Hollywood Riviera neighborhood of Torrance, California.  I am a longtime surfer, and surfed regularly in the South Bay until I moved away in 1997.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      In 1969, I went to Lunada Bay as a teenager to surf accompanied by my friend Mark Koehler, a Lunada Bay local.  Even though Mark was from Lunada Bay, the local surfers attacked us and we were caught on the side of the cliff for 20 minutes as they threw rocks at us. This

-2-                                                2:16-cv-02129-SJO (RAOx)
DECLARATION OF JOHN GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

was my first experience with violent localism. In fact, this is the only place that I have ever experienced any localism like this anywhere.

3.     After my sister died unexpectedly of a heart attack in 1990, I stepped in to raise her two sons – who had also lost their father three years prior.  Both boys are talented surfers, especially my older nephew, Hagan Kelly, who grew up in Hawaii.  Hagan attempted to surf Lunada Bay when he was around 12, but he told me that the locals threatened to beat him up and threw rocks at him.  Hagan returned to Lunada Bay a few more times after, and we began receiving harassing phone calls at both my house and my parents' house, threatening to kill us.  I reported these phone calls to the Palos Verdes Estates Police Department, but to my knowledge the police did not follow up aside from sending a form letter response.

4.     Around Fall of 1992/93, Hagan and his friend Ryan Page went to Indicator's in Palos Verdes to surf.  Hagan told me that as he and Ryan entered the water, about 20 local kids surrounded them and threatened them with violence.  As soon as I learned of this incident later that day, I took my nephew to the Palos Verdes Estates police station to report the incident. I cannot recall which specific police officer I spoke with, but the police did not seem to take our complaint seriously, and no discernable action was taken nor was a police report filed.  Around this same time my son John Hagen Jr. and Hagin had the same experience at the surf spot called Haggerty's in Palos Verdes Estates. We went to the PVE police station and filed a report. We provided the police the names of the people who harassed my son and nephew but they never did anything.

5.     Around November 23, 1993, I wrote a letter to the then principal of Palos Verdes Peninsula High School, Kelly Johnson, attached herein as **Exhibit 1**.  I informed Mr. Johnson that his school's surf team members

1  were among those harassing non-locals and preventing them from surfing

2  Lunada Bay.  I included a list of names and incidents, and asked Mr.

3  Johnson for his help.

4       6.     On or around January 19, 1995, I wrote a letter to the then

5  Mayor of Palos Verdes Estates, James Nyman, attached herein as **Exhibit**

6  **2**.  The letter was to inform Mayor Nyman of the harassment suffered by

7  non-locals at the hands of the local surfers at Lunada Bay, and to plead for

8  the city to make the beach accessible to the public.  In the letter, I informed

9  Mayor Nyman that I intended to file suit against the city of Palos Verdes

10  Estates and whoever else that failed to take action against the violent locals.

11       7.     Around March of 1995, I contacted Channel 13 about the

12  localism problem at Lunada Bay and the station agreed to film a news story.

13  On March 13, 1995, a news crew accompanied myself and six other

14  individuals to Lunada Bay and filmed the events that transpired.  When we

15  arrived, one of the people that I was with, Mike Bernard, recognized a Bay

16  Boy who was on the bluff named Kelly Logan, who said we got a pass that

17  day because they knew each other. As we were coming back up the trail,

18  Bay Boy Peter McCollum approached me, screaming, "Don't surf on the hill."

19  He was pounding his fists very close to my face as he told me, "This is what

20  will happen to you if I see you again."  He continued to yell numerous things,

21  including, "Come back and you will be killed."  He then assaulted me, all of

22  which was caught on camera.

23       8.     Before I went to Lunada Bay with the Channel 13 crew on March

24  13, 1995, I called Palos Verdes Estates Police Lieutenant Ed Jaakola earlier

25  that day and informed him of our plans to come film.  I told him based on our

26  past experiences we would likely have problems with the locals, so a police

27  presence would help ease any potential conflicts.  He told me, "Call us if you

28

DECLARATION OF JOHN GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  have any problems." The only police present that day was an officer patrol

2  car which drove by as we first arrived and never came back.

3      9.    On March 16, 1995, I met with Sergeant Blee at the Palos

4  Verdes Estates police station.  My nephew and sons were with me, and

5  Sergeant Blee asked everyone but me to leave the room.  Sergeant Blee

6  showed me a lineup of photos, and I identified Peter McCollum as the

7  person who had assaulted me.  Sergeant Blee told me, "every letter [I wrote]

8  ends up on his desk," and that the police could not help me on this case if I

9  did not stop writing letters.

10     10.   On November 5, 1995, I organized "Take Back Our Public

11 Beaches Day -- Surf Lunada Bay Peaceful Protest," a public protest of

12 localism in Palos Verdes.  The focus of the protest was to demand equal

13 access for everyone who wanted to surf Lunada Bay.  It had a large turnout;

14 somewhere around a hundred people.  However, someone called in a bomb

15 threat and the police made the protestors and other spectators on the

16 shoreline leave the beach. Attached as **Exhibit 3** is a copy of a flyer that

17 was used to promote that event. **Exhibit 4** is a photograph taken of the

18 event showing the turnout.

19     11.   In 1995, I contacted attorney Mike Sisson and told him we had

20 footage and documentation of the harassment and illegal conduct of the

21 locals in Lunada Bay.  With Sisson's help, I filed a lawsuit against the city of

22 Palos Verdes Estates for failing to do anything about the localism problem in

23 Lunada Bay.  We eventually reached a settlement agreement with the city,

24 in which Palos Verdes Estates agreed to take action against the localism

25 problem and make the beach accessible to the public.  To my knowledge,

26 the city did not follow up on its end of the deal.

27

28

DECLARATION OF JOHN GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1     12.    In 1996, Peter McCollum was arrested on misdemeanor assault

2   charges for the March 13, 1995 incident.  McCollum was convicted, fined

3   $15,000, and given two years' probation.

4     13.    On January 19, 1999, I drafted a letter to Daily Breeze after the

5   Palos Verdes Estates police towed my son's car for expired tags.  My son

6   told me that the police watched as he put on his wetsuit and went into the

7   water before towing the car. I believe the towing was in retaliation for

8   bringing my lawsuit.

9     14.    I watched a video on surfer localism, *The Swell Life*, that had an

10  interview with former Palos Verdes Estates Police Chief Tim Brown where

11  he discussed the March 13, 1995 incident involving myself and Peter

12  McCollum.  I was disappointed because he was blaming us for what

13  happened, which is surprising considering his own police department

14  arrested McCollum.  Therefore, I believe the city is still part of the problem

15  and always has been.  In the video, Tim Brown says about Lunada Bay,

16  "People here do not like outsiders in general…I mean, they pay a price to

17  live here.  They have beautiful views of the ocean from most of the homes in

18  the city…so they are protective of their community as a whole, surfers or

19  non-surfers.  The people that live in and around that area that surf there do

20  not want pictures taken because it is a gem.  They don't want people to

21  know specifically where it is.  If everybody knows where it is, they have all 8

22  million surfers from Los Angeles there in that tiny little cove…there is a

23  sense of this ownership that's really connected to their feelings about it." In

24  response to that interview, I sent a letter to Chief Browne. A copy of that

25  letter is attached as **Exhibit 5**.

26    15.    Several of the Bay Boys have actually defend the localism

27  practiced at Lunada Bay in the surfing publications and other media.

28

DECLARATION OF JOHN GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Attached as **Exhibit 6** is an interview Bay Boy Frank Ferrara gave to Surfer Magazine in 1991 with writer Ben Marcus. In the interview Ferrara talks about localism at Lunada Bay. Page two of this exhibit is a letter a reader, Don Boller, sent into the magazine the following month in response to the interview; Mr. Ferrara's response is on page three and he refers to himself as a "Protector of Palos Verdes" and states that "It is protected by the Pirates that live here. That's why there are no kooks like you." Attached as **Exhibit 7** to this declaration is an article published on May 5, 1995 in the Easy Reader where a long time Lunada Bay local named Jim Russi, who worked for Surfer Magazine, is interviewed regarding localism. In the article, Russi admits to harassing people at Lunada Bay when he was younger. Russi blames me and my nephew for what McCullum did and justifies the actions of the localism as follows: "We don't want to see a lot of inner city gang stuff going on here." Finally, attached as **Exhibit 8** to this declaration is a letter that I sent to Chief Tim Brown on February 1, 2003 which informs him of all the publications that Bay Boys had made statements about Lunada Bay and localism. A partial list of names includes: Bill Kaemerle, Mark Griep, Angelo Ferrara, John Rall, Peter McCollum, David Hilton and Zen Del Rio.

16.    To this day, I still receive threats from people who either surf Lunada Bay or are associated with people who surf Lunada Bay on social media. I suffered emotionally because what I went through. I simply wanted to enjoy a public beach and was put through hell by a bunch of thugs.

17.    On or around December 11, 2015, I wrote a letter to Palos Verdes Estates Police Department Police Chief Jeff Kepley.  I wrote about the harassment I experienced at the hands of the Lunada Bay locals, and

1 | the Lunada Bay locals, and again pleaded for the police department to take
2 | action against the localism problem.

3 |     18.    I believe that the Bay Boys will continue to harass, attack, and
4 | intimidate anyone who attempts to surf Lunada Bay as long as their behavior
5 | goes unchecked.  The city of Palos Verdes Estates and its police
6 | department have been fully aware of the Bay Boys illegal conduct but have
7 | blatantly ignored it. I want all surfers to be able to safely surf at Lunada Bay
8 | and have access to the beach as a public resource without fear of
9 | harassment or intimidation.  I believe that as a public beach, all should be
10 | able to enjoy it. I believe that the City should be forced to comply with the
11 | Coastal Act and at a minimum, put signs up that show the public how to get
12 | to the beach are, improve the trails to the beach and make them safe, have
13 | video cameras monitor activity and ban the Bay Boys from accessing the
14 | beach for a period of 3 to 5 years.

15 |     I declare under penalty of perjury under the laws of the United States
16 | of America that the foregoing is true and correct.

17 |     Executed on this _29_ day of December, 2016, at _CITY_, KANSAS, MISSOURI.

18 |
19 |                                    _John Geoffrey Hagins_
                                        JOHN GEOFFREY HAGINS

12966332.1

DECLARATION OF JOHN GEOFFREY HAGINS IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# Exhibit 1

November 23, 1993


Geoff Hagins
10060 Sunset Blvd
LA CA 90077
(310) 273-97.9

PVPHS
27118 Silver Spur Road
Rolling Hills Estates, CA 90274
(310) 377-4888


RE: PV Peninsula High Surfers who terrorize the hill spots.


Mr. Kelly Johnson;

This letter is in regards to a long standing problem of PV Surfers
who, antagonize anyone who surfs up in PV, they do not approve of.
Now, that you have a Surf Class and Team, that practices, at the local
beach breaks, this is even more insane than it ever was.

I am the co-coach of South High Schools team and a long time surfer
who has never understood this mentality, especially when these guys
have always Surfed year round at the beach breaks when the hill does
not break or when they are learning.

My nephew and son have been long targets of kids at your schools
wrath because they are jealous and hateful. Now that you have a
program, things must change. After four years of this harrassment,
enough is enough. On Nov. 21 kids from your school called my 11
year old son who was home alone, threatening to kill his brother
and him . These same guys used to call my dads home telling my
nephew who just lost his parents that "they killed his Mom" or
that they were glad his parents were dead".

Recently on Oct. 26 about 10 kids on your surf program surrounded
two guys from ours and told them they "Would be beaten up if they
paddled out". You might ask how I know its guys from your school?
Because I have Surfed actively I have actually heard and been a
eyeball witness to some incidents. I know who is largely respon-
sible, and have listed names and incidents on the next page.

The Police were notified on several occasions, reports were filed.
Because I know the local surf scene so well, I hold your Jr. & Sr.
class    much to blame. Many kids up there while not actively par
ticipating, know this goes on and condone it. If you hang with
a Nazi, you are just as bad.

Hope you can help.

Sincerely,
Geoff Hagins

Exhibit 2

1-19-95


Geoff Hagins
21325 Samuel St.
Torrance CA 90505
(310) 373-9057  hm.

PV  City of
340 PV DR. W.
PV Estates CA 90274
(310) 378-9383


RE: Criminal Activity of PV Surfers


Mr. Mayor James Nyman;

This letter is to inform you that the beachs on Paseo Del Mar
known as Lunada Bay and Indicator Point are supposed to be open
to the public and have public access. As you may know you have a
group of Surfers up there who for years have committed crimes
against anyone they consider a outsider. It is not safe to go to
these areas. My family has been subject to five years of harrassment.
The police never seem to catch these people. This letter is to
let you know that I intend to file a Suit against your city and
whoever else fails to protect the public from these people.

My father taught at PV High from its opening to end and I have
lived around here for over thirty five years. There are many like
me who are very sick of this activity. These same indiviuals aslo
go down and surf the local beach breaks or whereever they like.
Your city needs to protect the public. I will take whatever steps
needed to win this fight. If you would like I will detail many,
many instances of this type of criminal activity. I hope you can
possibly return with ideas that may prevent me from going to court.
I have five kids and I want to protect my family.


Best Regards

Geoff Hagins


P.S. Enclosed is a story that underscores the problem.

# Exhibit 3

# Join Us In Taking Back
# Our Public Beaches!

# Surf
# Lunada Bay
# Day

Take a stand against the terrorist-like activities of Lunada Bay surfers, who have blocked access to this public beach, vandalized vehicles, delivered physical and verbal abuse and denied citizens of their civil rights for more than 20 years.

This will be a PEACEFUL/NONVIOLENT surfing session at Lunada Bay.

## Sunday
## November 5, 1995
## 2:00 p.m.
## Torrance Beach Parking Lot

Meet at the South End of Torrance Beach Parking Lot at 2:00 p.m.
Then we will go as a group to Lunada Bay.

Lunada Bay is located at the 2000 – 2600 Block of Paseo Del Mar, Palos Verdes

# Exhibit 4



1995 LUNADA BAY SURF PROTEST

Exhibit 5

8/23/02


Palos Verdes Police Dept,
Palos Verdes Estates, Calif


Police Chief Timm Browne;

Recently it has come to my attention that, YOU were interviewed
for a USC students documentary film on Surf Localism. In that
interview which was filmed you made the statement that, There was
a incident that was provoked a few years ago, The incident you were
referring to was, when I took the channel 13 News crew to Lunada Bay
on March 13, 1995.
This outraged me! And is further proof of why the problem got to be
so bad. Heres a High Ranking Palos Verdes Police official all but
saying that locals were justified!
As a Policeman here are some facts you ought to know before you
run your mouth:
1. Why would Mike Bernard Sr, and I risk getting our kids and thier
friends beat up by 6'4". 200 lb Idiots?
2, We filmed with Channel 13 at Torrance Beach for 45 minutes before
we went to Lunada Bay. Why did no people hassle us at Torrance Beach?
Because it is a true public beach. Where no one cares if you bring a
group or cameras,
3. When we started for Lunada Bay, I first called Lt. Ed Jaakola and
told him we were on our way with a News crew and we might have some
problems. He did nothing and knowing the history of the place he should
have!
4, When we got to Lunada Bay we never tried to speak to any Locals.
We just went surfing,
5. From 1990 to 1995 my nephew Hagan Kelley was harrassed at Haggertys
and the Cove, My parents had two Torrance Police phone traps due to
threatening calls from PVE Surfers, My parents and sister Rachel all
took many death threat calls from PV Surfers between 1990 and 1995, I
made numerous reports to the PV Police when my nephews and sons each
got attacked. My nephew Hagan Kelley and a friend were run out off
Indicators, That night in 1993 I went to the PV Police and got nothing
done, I then around dark drove to Indicators and then Lunada Bay. When
I got to Lunada Bay there were over 100 surf locals standing on the
cliff, They were drinking and celebrating the first big swell of the
season, It was then that I realized that the whole city was in on it!
6. I was first attacked at Lunada Bay since 1970. Because these guys have
provoked us. According to YOU I am justified in what ever I do Back?

Cont page 2

Exhibit 6



# SuRf

photo: jim russi.

photo: steve tadin.

**Frankie Ferrara**
**34**
**Palos Verdes, CA**

*How long have you lived in Palos Verdes?*
I've been here since 1968, living on the Peninsula.

*What is your local spot?*
Just call it...secret spot.

*There was an article a few months ago in the L.A. Times that called the Palos Verdes surfers a bunch of elitist gangsters. As a P.V. guy, what do you think of that?*
I think Palos Verdes is a beautiful surfing spot and that some of the people who have come up there in the past haven't really respected it. If they would give some respect and understand the guy farther back or the guy next in line has the wave, it wouldn't be so bad.

*But the complaint from visitors is they're not even given a chance to prove themselves. They're run out or hit with rocks just trying to get to the beach.*
Look what happened to Malibu, Trestles, Rincon; there's five or six guys on every wave. The guy's who surf out in the Palos Verdes area—guys who've been there 20 years—they've seen what happens. One guy comes and surfs it, and then he brings two or three guys and they bring three or four of their friends and it snowballs and gets out of hand. That's exactly why we want to protect it.

*As far as the pecking order goes at Palos Verdes, are you on the upper rung?*
There are some older guys that surf there, but we're still fanatics. I keep my surfboards in my truck, and if the surf's good when I'm driving to work, I stop. I'll surf for two or three hours then go to work, then go surfing again for two or three hours that evening. When the bell rings we all just go surfing.

*Who would you list in the Palos Verdes Hall of Fame?*
Oh God. What a question... I'll tell you something, there's so many good surfers out there. I'd name my brother Angelo Ferrara, Danny and John Camplin, and, are you ready for this name? Slade Fester. That's his name, the guy rips. Uncle Fester. Another guy who hasn't surfed up there in a while, but he'll blow out if he gets his name in there, is Jeff Summerall.

*You guys don't feel the need for exposure?*
No, we don't. It's been so nice, and we want to keep it that way. I've got two little boys who are seven and five and I hope one day they'll be out there shralping and tearing it

**TEACH THE CHILDREN WELL** This letter is to Frankie Ferrara, a so-called "protector" of Palos Verdes ["People Who Surf," December 1991]. I used to think that most of the local jerks left in California were kids who really didn't know any better, but you're 34, for God's sake! When are you going to wise up? Let me clue you into something: Nobody owns the surf or the beach. And although you may have lived in the area for more than 20 years, you have absolutely no right to claim anything. I hope you don't travel, Mr. Ferrara. If you do, I hope the locals throw rocks and spit on you. After all, how can you expect to be treated any differently than you treat others?

I think it's nice that you're going to show your sons uncrowded waves, but it's too bad you won't show them something far more important: the difference between right and wrong.

Don Boller

Long Beach, CA

**TODAY'S LESSON: DON'T BE A KOOK** Responding to the "Teach the Children Well" letter [February 1992] by the kook Don Boller of Long Beach, California. I know there is no surf in Long Beach, Don, so now I know why you have to travel to surf. That's your problem, not mine.

I am a protector of Palos Verdes. It's also protected by the pirates who surf there. That's why there are no kooks like you! As for traveling, I've done plenty, but have never been spit on or had rocks thrown at me. As for owning the ocean, see your local Coastal Commission. Maybe they can help. Concerning the teaching of right and wrong, sounds like you should grow up, be responsible, and judge your own life. Not mine.

Don't be a kook.

Frank Ferrara

Lunada Bay, California

x

Exhibit 7

# A Bay Boy explains localism:
## "A great sense of community here"

by David Hunt

Jim Russi is a local. He grew up on the hill and lives in Lunada Bay. He surfs there too.

To Russi, the localism at Lunada Bay is a natural part of surf culture. As a photographer for Surfer magazine, Russi travels all over the world. And he's seen similar situations in Hawaii, Brazil and Australia.

"I don't think it's right," he said in an interview Monday. "But I think it's human nature to be territorial."

On a worldwide scale, Russi doesn't think Lunada is that bad. He cites Hollywood by the Sea in Ventura County as the worst place in Southern California for localism.

Russi said he harassed surfers at Lunada Bay when he was younger. "But that was so long ago, I don't even remember when," he added.

He said the harassment stems from a desire by locals to preserve the beach for their own use, especially during the winter when the surf is exceptional.

"We feel a great sense of community here and we need to protect it. I can tell you about places that get overrun by outsiders," he said.

"The waves are Lunada are very prized," Russi said. "Now, even with just the local surfing, I may only get four or five waves on a good day. But those waves are unreal."

Russi said residents in the neighborhood support localism because "surfing attracts an element of undesirables" and the locals keep these undesirables away.

"We don't want to see a lot of inner city gang stuff going on here. We don't want a bunch of people coming to cause trouble."

Russi said he was angry that 16-year-old surfing champion Hagen Kelley, his uncle Geoff Hagins, and a group of friends came to Lunada Bay in March to surf. The group was turned away by locals, despite the presence of a news crew from channel 13. (The incident resulted in the arrest of local Peter McCollum on charges of assault and battery.)

"Hagins is a real troublemaker," Russi said. "He's a bully. He came down with a gang of kids, including a Boogie boarder. There's never been a Boogie boarder at Lunada Bay."

Russi said that there are certain rules in surfing that pertain to local surfing spots. "If you ►13

# A non-local responds:
## "Lunada is the worst"

by David Hunt

Geoff Hagins is not a resident of Palos Verdes Estates. But he wants to have the right to surf Lunada Bay whenever he feels like it.

He doesn't want to "pay his dues" or "play by the rules" in order to earn the right to surf.

Hagins believes he has that right already. Hagins is a "troublemaker," according to at least one local.

In an interview Monday, Hagins said he's surprised that some people try to justify that harassment at Lunada Bay as a part of surf culture.

"It's against the law," he said.

"We shouldn't have to argue about it."

Hagins finds it ridiculous that the locals think they own the beach. "The law says that everyone has a civil right to use that beach. They're just a bunch of spoiled rich guys who think that laws don't apply to them," he said.

He reacted strongly to remarks by one local that the beach should be protected for use by loca only.

"Are you telling me that M Bernard, a Vietnam vet fought for this country, can at Lunada Bay?" he aske

at the annual meeting of the Com-
munity Associations of the Penin-
sula (CAP) last week.

Borks was honored with the 1995 Agnes R. Moss Volunteer Award for her years of involvement with CAP programs. She has served on the board of trustees as secretary and financial secretary and chaired numerous committees.

The award is named for the founder and first president of CAP and is presented annually.
►13

---

## Russi
◄12

choose not to play by the rules, then you suffer the consequences. That's part of the game. It's the way it is," Russi explained.

Russi said it may be possible for a non-local to surf at Lunada, if they handle themselves properly.

"You can't just come down in a big group and think you're going to take over," he said.

His advice to surfers who want to surf Lunada? "I tell my friends to go on a big day, take a big board, and call me up to go with you." ER

## Hagins
◄12

Hagins laughed at a suggestion that the locals keep the area clean and safe. "There must be a thousand beer cans littering that beach," he said.

He also disputed the idea that localism was common throughout California. "Lunada is the worst," he said.

Hagins criticized the city for failing to solve the problem. "All they need to do is have a foot patrol at the beach in the winter

# Exhibit 8

2/1/03


Palos Verdes Police


Police Chief Timm Brown;

Things have calmed down with the Terrorist surf locals at Palos Verdes Estates
spots like Indicators and Lunada Bay? You could probably expect they would lie
low this winter and then slowly get back to business as usual in the furure. If
you want to really keep it calm, the enclosed interview with Palos Verdes Bay Boy
leader Frank Ferrara could be of use. This interview was from Surfer Magazine in
1991 with writer Ben Marcus. If you take the time to read this interview, you will
see that this is the kind of older mentor PV Local that causes your problems. This
is no stupid kid! This is a Adult with children? Also listed here are names of other
Palos Verdes Locals who have been quoted in the press, stating similiar views.

Mark Griep L.A. Times article 7/5/91
John Givens L.A. Times article 7/5/91
Bill Kermerle L.A. Times article 7/5/91
John Rall L.A. TImes article 7/5/91
Peter MCCollum L.A. Times Article 7/5/91

Angelo Ferrara Daily Breeze article 5/28/87
Steve Alden Daily Breeze article 5/28/87

Surfing magazine letter 1971
Richard Schmidt

Surfing Magazine article on PV surf localism 1992
Tom Turner
Bruce Turner
Zen Del Rio
Slade Fester

Easy Reader article Hamburger Hill 4/28/94
Chris Brederson
Vince Kirby
Timm Hall
Easy Reader Article 2/2/95
David Hilton
Easy Reader article 5/4/95
Jim Russi

Easy Reader article 4/23/95.L.A. Times 1996. LA Magazine 1996
Peter MCCollum
LA Magazine article 1996
Teresa Gamboa
Paul Hugaboom
Kelly Logan

*SURFER MAG 1991*
*PEOPLE WHO SURF*
*FRANK FERRARA*

*Thanks*