HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF CARL MARSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero<br>Date:  February 21, 2017<br>Time:  10:00 a.m.<br>Crtrm.: 10C. 1st Street Courthouse |

|  |  |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

I, Carl Marsch, declare as follows:

1. I am a long-time Southern California resident. I grew up in Redondo Beach, California, and currently reside in San Pedro, California, which is about 11 miles from Lunada Bay. I have lived in San Pedro for the past 25 years. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently as to its contents.

2. I started surfing in 1959, before the sport was as popular as it is today. At that time, Lunada Bay was open to anyone who wanted to surf. Lunada Bay was a mecca for wonderful waves in the winter. Whereas other locations like Hermosa Beach might only get swells as high as 6 or 7 feet, Lunada Bay could get waves as high as 10 to 12 feet. I surfed in the area routinely, enjoying its pristine beauty and powerful waves.

3. In the winter of 1995, I was verbally assaulted by one of the

locals when I attempted to surf at Lunada Bay.  I was about 52 years old at the time and had paddled out into the ocean to catch a few waves.  I was waiting "outside of the line-up," which means that I was not in position to catch the next wave.  The line-up is where surfers sit and wait for the next set of waves to begin to break.  The larger the wave, the farther out it will break.  As I waited patiently outside of the line-up for one of the larger waves, a man in his 20s from Lunada Bay paddled up and began verbally harassing me for no reason.  He told me, "You belong at the Cove with the slow waves," and yelled at me to "Get the fuck out of here."  I tried to ignore the man, but he persisted in verbally attacking me.  The man then threatened me, saying "I'm not going to kick your ass because you're too old."  At that point, fearing for my safety, I exited the water.

4.     I was so angry when I got out of the water that I climbed the trail closest to the water, rather than using the standard trail which allows for a much safer ascent.  Even though the nearest trail is steeper and much more treacherous than the standard trail, I wanted to leave the area as quickly as possible because I felt threatened.  Not surprisingly, I almost injured myself when trying to climb up the steep trail while carrying my long board.

5.     I have not returned to surf at Lunada Bay since the verbal assault in 1995.  The men at Lunada Bay showed such disregard for the safety of other surfers, both in and out of the water, that I no longer felt safe surfing there.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. I would love to see Lunada Bay opened up to the public again, where people could enjoy the beach and surf freely without fear of verbal or physical attack. That is how Lunada Bay used to be back in the 1960s, and I would like to see it go back to that again. If it were safe to visit, I would likely visit at least two to three times per year. But unless I could be assured that the harassment and intimidation would stop, it is unlikely that I will ever return to Lunada Bay to surf again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Pedro, California on December __, 2016.

_____

CARL MARSCH

1    6.    I would love to see Lunada Bay opened up to the public again, where people could enjoy the beach and surf freely without fear of verbal or physical attack.  That is how Lunada Bay used to be back in the 1960s, and I would like to see it go back to that again.  If it were safe to visit, I would likely visit at least two to three times per year.  But unless I could be assured that the harassment and intimidation would stop, it is unlikely that I will ever return to Lunada Bay to surf again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Pedro, California on December 28, 2016.

_____
CARL MARSCH