HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS CORY SPENCER, DIANA MILENA REED, AND THE COASTAL PROTECTION RANGERS, INC.'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

|  | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Date: February 21, 2017<br>Time: 10:00 a.m.<br>Judge: Honorable S. James Otero<br>Ctrm.: 10C<br>       1st Street Courthouse<br><br>Complaint Filed: March 29, 2016<br>Trial Date:      November 7, 2017 |

In accordance with this Court's Initial Standing Order, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") respectfully submit this Statement of Undisputed Facts in support of their Motion for Class Certification.

| | **Undisputed Fact** | **Supporting Evidence** |
|---|---|---|
| 1. | Lunada Bay is owned by the City of Palos Verdes Estates and is a public beach. | Decl. Otten, Exs. 16 at 106:22-107:5 & at 21:18-24. |
| 2. | The City of Palos Verdes Estates was designed as a master planned community in 1923, with covenants intended to maintain property values and to keep it exclusive and this remains true today. | Decls. P. Neushal, ¶ 7; Akhavan, ¶ 15; Otten, Ex. 22; Slatten, ¶ 9. |
| 3. | The City of Palos Verdes Estates is home to about | 2010 U.S. Census data, available at: http://www.census.gov/2010census/p |

| | | |
|---|---|---|
| | 14,000 people. | opmap/ipmtext.php?fl=06:0655380 |
| 4. | The City of Palos Verdes Estates has its own police department. | Decl. Otten, Ex. 1 at 121:5-6. |
| 5. | Lunada Bay is a unique, world-class surfing site, and offers many recreational opportunities. | Decls. P. Neushul, ¶¶ 13, 17; King, ¶¶ 15-17. |
| 6. | For more than 40 years, Lunada Bay has had a reputation for being localized, meaning visitors faced harassment by the Lunada Bay Boys if they attempted to surf or recreate in Lunada Bay. | Decls. P. Neushul, ¶¶ 14, 17; Sisson, ¶ 4; Will, ¶ 4; Claypool, ¶ 3; Carpenter, ¶ 5. |
| 7. | Fewer than 100 surfers regularly recreate at Lunada Bay. | Decl. King, ¶ 10. |
| 8. | Individual Defendants are members of the Lunada Bay Boys and recreate at Lunada Bay. | Decls. Reed, Exs. 5, 6; Otten, Exs. 3-9; Spencer, ¶¶ 12-14; Taloa, ¶¶ 18, 20; S. Neushul, ¶¶ 9, 11; Pastor, ¶ 5; Jongeward, ¶ 8; Wright, ¶¶ 9, 11, 12, 18; Young, ¶¶ 7-8; K. Claypool, ¶¶ 5, 9, 13, 23-24; MacHarg, ¶¶ 6-7; Will, ¶ 8; Carpenter, ¶ 8; Slatten, ¶ 9; Hagins, ¶ 15 & Ex. 6. |
| 9. | The Lunada Bay Boys, including the Individual Defendants, conspire to exclude visitors through harassment, intimidation, violence, vandalism, and threats. | Decls. Otten, Exs. 3-7, 9, 17, 18, 19, 1 at 70-74, 77-79, 194:13-195:13; Hagins, Ex. 6; Reed, ¶¶ 8-9, 19-21 & Exs. 5, 6; Spencer, ¶¶ 10-11, 21-22; K. Claypool, ¶¶ 6, 18, 25, 28; Taloa, ¶¶ 19-20; Reed, ¶ 8; Bacon, ¶¶ 4-5, 7; Gero, ¶¶ 6, 9-11; Innis, ¶ 4; Jongeward, ¶¶ 4, 6; Carpenter, ¶ 9; Young, ¶¶ 6, 11; Pastor, ¶¶ 4, 8; Wright, ¶¶ 8, 18; Will, ¶ 7; Akhavan, ¶¶ 9, 12; C. Claypool, ¶ 12; Conn, ¶ 7; S. Neushul, ¶ 8; Gersch, ¶ 5; Krell ¶¶ 2-4. |

| | | |
|---|---|---|
| 10. | Because of the Bay Boys' unlawful behavior, visitors have been excluded from enjoying Lunada Bay since the 1970s. | Decls. P. Neushul, ¶¶ 18-19; Jongeward, ¶ 10; Perez, ¶ 8; Wright, ¶ 16.; Innis, ¶ 7; Sisson, ¶ 9; Lanning, ¶ 4; Conn, ¶ 5; S. Neushul, ¶ 15; King, ¶¶ 11, 17; Gersch, ¶ 9. |
| 11. | There are more than 1,000,000 surfers in Southern California. | Decl. King, ¶ 8. |
| 12. | If it were not for the Lunada Bay Boys and their conspiracy to exclude visitors, it is expected that thousands of surfers and other beachgoers could recreate in Lunada Bay. | Decl. King, ¶ 17-19. |
| 13. | Plaintiffs Cory Spencer, Diana Milena Reed, and members of the Coastal Protection Rangers have been harassed at Lunada Bay by the Lunada Bay Boys. | Decls. Spencer, ¶ 11-13, 16, 17, 21-23 Reed, ¶¶ 7-9, 11-14, 18-19, 21, 22, 24 |
| 14. | The Coastal Protection Rangers, Inc. is a nonprofit dedicated to ensuring beach access for the public and environmental justice.  CPR believes all visitors should be able to visit Lunada Bay without fear of attack or vandalism. | Decl. Slatten, ¶¶ 6, 10, 12. |
| 15. | The City and Chief Kepley are complicit in the Bay Boys' unlawful exclusion. | Decls. Reed, ¶¶ 11-14, 13, 27-31; Otten, Exs. 1 at 42-43, 61:16-19, 62-65, 86:4-87:1, 10, 12, 13, 14, 15 at 15:9-13, 243-244, 16 at 139-141, 17& 20; Sisson, ¶ 8; Young, ¶ 12; Conn, ¶ 8; Innis, ¶ 6;  Bacon, ¶ 10; Carpenter, ¶ 15; Gero, ¶ 12; Wright, ¶ 22; Pastor, ¶ 6; Spencer, ¶ 24; MacHarg, Ex. 1; Gersch, ¶¶ 7-8; Carpenter, ¶ 15; Will, ¶ 9; Krell, ¶ 5-6, 8. |
| 16. | Plaintiffs suffer the same incidental monetary damages | Decl. King, ¶ 19. |

| | | |
|---|---|---|
| 1 2 3 | | as the class, which can be calculated on a non-individualized basis. | |
| 3 4 5 6 7 | 17. | Plaintiffs' counsel have substantial experience litigating complex class actions, subject-matter expertise, and have the resources necessary to pursue this case. | Decls. Franklin, ¶¶ 2-5, 7; Otten, ¶ 1. |

DATED: December 29, 2016  HANSON BRIDGETT LLP

By: ___/s/ Kurt A. Franklin___
KURT A. FRANKLIN
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.