HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF LODGING**<br><br>**[Pursuant to L.R. 11-5.1]**<br><br>Date: February 21, 2017<br>Time: 10:00 a.m.<br>Judge: Honorable S. James Otero<br>Ctrm.: 10C<br>1st Street Courthouse |

Case No. 2:16-cv-02129-SJO (RAOx)

12979534.1

NOTICE OF LODGING

|   |   |
|---|---|
| 1 | v. |
| 2 |   |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |
| 13 | Defendants. |

15  TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

16  PLEASE TAKE NOTICE that Plaintiffs Cory Spencer, Diana Milena

17  Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") hereby lodge

18  the following non-paper physical exhibits:

19  <u>Declaration of Diana Reed in Support of Plaintiffs' Motion for Class

20  Certification</u>:

| Exhibit No. | Description |
|---|---|
| 2 | Video footage taken on February 13, 2016 by Brant Blakeman, Bates labeled DFT.BB.000081.MTS |
| 3 | Video footage taken on February 13, 2016 by Brant Blakeman, Bates labeled DFT.BB.000082.MTS |
| 5 | Audio recording of conversation with Charlie Ferrara, Bates labeled PLTF002027.MOV |

27  / / /

28  / / /

<u>Declaration of Victor Otten in Support of Plaintiffs' Motion for Class Certification</u>:

| Exhibit No. | Description |
| --- | --- |
| 12 | Video footage taken by The Guardian, Bates labeled PLTF002054.mp4. |

DATED: December 28, 2016

HANSON BRIDGETT LLP

By:  <u>   /s/ Kurt A. Franklin         </u>
KURT A. FRANKLIN
SAMANTHA D. WOLFF
JENNIFER ANIKO FOLDVARY
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.