```
 1  HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
 2  kfranklin@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
 3  swolff@hansonbridgett.com
    JENNIFER ANIKO FOLDVARY, SBN 292216
 4  jfoldvary@hansonbridgett.com
    425 Market Street, 26th Floor
 5  San Francisco, California 94105
    Telephone: (415) 777-3200
 6  Facsimile:  (415) 541-9366

 7  HANSON BRIDGETT LLP
    TYSON M. SHOWER, SBN 190375
 8  tshower@hansonbridgett.com
    LANDON D. BAILEY, SBN 240236
 9  lbailey@hansonbridgett.com
    500 Capitol Mall, Suite 1500
10  Sacramento, California 95814
    Telephone: (916) 442-3333
11  Facsimile:  (916) 442-2348

12  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
13  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
14  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
15  Torrance, California 90505
    Telephone: (310) 378-8533
16  Facsimile:  (310) 347-4225

17  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
18  REED, and COASTAL PROTECTION
    RANGERS, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS CORY SPENCER, DIANA MILENA REED, AND THE COASTAL PROTECTION RANGERS, INC.'S NOTICE OF ERRATA AND ERRATA TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  February 21, 2017<br>Time:  10:00 a.m. |

|   |   |   |
|---|---|---|
| 1 | v. | Judge: Honorable S. James Otero |
| 2 |   | Ctrm.: 10C |
|   |   | 1st Street Courthouse |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |   |
| 13 | Defendants. |   |

**PLEASE TAKE NOTICE THAT** Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. (Plaintiffs) file this Notice of Errata and Errata to correct the following errors contained in two separate documents that were filed on December 29, 2017 in support of Plaintiffs' Motion for Class Certification:

1.   The Declaration of Peter Neushul (Dock. No. 159-8) referenced his *curriculum vitae* as Exhibit 1, however Plaintiffs inadvertently omitted the exhibit from their filing.  Plaintiffs therefore reattach Mr. Neushul's declaration, which now includes Exhibit 1, to this errata.

2.   The Declaration of Philip King (Dock. No. 159-7) referenced his *curriculum vitae* as Exhibit 1, however Plaintiffs inadvertently omitted the exhibit from their filing.  Plaintiffs therefore reattach Mr. King's declaration, which now includes Exhibit 1, to this errata.

/ / /

| | | |
|---|---|---|
| 1 | DATED: January 5, 2017 | HANSON BRIDGETT LLP |

By: _/s/ Samantha D. Wolff_
KURT A. FRANKLIN
SAMANTHA D. WOLFF
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

12995429.2

-3-
PLFS.' NOT. OF ERRATA AND ERRATA TO MOT. FOR CLASS CERTIFICATION
Case No. 2:16-cv-02129-SJO (RAOx)