EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
JACOB SONG (SBN 265371)
Email: Jacob.Song@kutakrock.com
REBECCA L. WILSON (SBN 257613)
Email: Rebecca.Wilson@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:    (949) 417-5394

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No.  2:16-cv-02129-SJO-RAO<br><br>Assigned to<br>District Judge:  Hon. S. James Otero<br>Courtroom: 10C @ 350 W. First Street, Los Angeles, CA  90012<br><br>Assigned Discovery:<br>Magistrate Judge:  Hon. Rozella A. Oliver<br><br>**DECLARATION OF EDWIN J. RICHARDS IN SUPPORT OF THE CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with Opposition to Plaintiffs' Motion; Objections to Evidence and Opposition to Separate Statement]<br><br>Complaint Filed:    March 29, 2016<br>Trial:                      November 7, 2017 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4813-5776-3648.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

DECLARATION OF EDWIN J. RICHARDS

**DECLARATION OF EDWIN J. RICHARDS**

I, EDWIN J. RICHARDS, hereby declare as follows:

1.     I am an attorney duly admitted to practice before the United States District Court, Central District of California.  I am a partner with the law firm of Kutak Rock LLP, counsel of record for Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley (collectively the "City") in the above-entitled matter.  The facts set forth herein are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Christopher Taloa.

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Plaintiff Diana Milena Reed.

4.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Plaintiff Cory Spencer.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 13, 2017 at Irvine, California.


*/s/ Edwin J. Richards*

EDWIN J. RICHARDS

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4813-5776-3648.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

DECLARATION OF EDWIN J. RICHARDS

# Exhibit "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Cory Spencer, et al.,

          Plaintiffs,

      vs.             Case No.
                       2:16-CV-02129-SJO
Lunada Bay Boys, et al.,   (RAOx)

          Defendants.
_____

VIDEOTAPED DEPOSITION OF CHRISTOPHER TALOA

January 5, 2017

10:03 a.m.

1055 Wilshire Boulevard, 11th Floor

Los Angeles, California

REPORTED BY:

Angela M. Schubert

CSR No. 12027, CSR

Exhibit "A" Page 4 of 25

Christopher Taloa
January 05, 2017

```
 1  then he went all the way to the beach.  He just went

 2  in.

 3      Q.  Okay.

 4      A.  And he couldn't get nothing.

 5      Q.  So you talked to the officer and then kind of

 6  had some bad experiences in the water?

 7      A.  Yeah.  It wasn't.  He had no idea it was going

 8  to be like that.  I actually felt pretty bad for him.

 9  God, I wish I had his name.

10          MR. OTTEN:  Jacob, do you want a name?  I

11  think I remember reading an article that he's talking

12  about.  At the break, I could look for it.

13          MR. SONG:  Yeah.  Maybe during the break.

14  That would be nice.  Thanks.

15          MR. OTTEN:  Okay.

16          MR. SONG:  Okay.

17  BY MR. SONG:

18      Q.  And kind of relating to this whole MLK Day

19  incident and I think I recall you saying that the

20  police asked you at one point if you wanted to press

21  charges?

22      A.  Yes.

23      Q.  Is that correct?

24      A.  Yes.

25      Q.  Okay.  And what did you elect to do?
```

Christopher Taloa
January 05, 2017

1     A.   No.  I didn't get physically hurt.  That's the

2   most important thing.  If I can go home without the

3   stitches, I don't want to go to the cop shop and do all

4   that.  These are young cops and I sent them over to my

5   friend's house, my friend's restaurant, and my aunt --

6   she's not my real aunt but a friend of mine to go there

7   and stuff your face.  Go there and stuff your face.

8   She really liked them up there.

9     Q.   Okay.  So the police officers approached you

10  asked if you wanted to press charges?

11    A.   Officer Gonzales.  I thought you'd like that.

12    Q.   Officer Gonzales approached you, asked you

13  based on anything that happened that day if you wanted

14  to move forward with any sort of law enforcement action

15  and you declined?

16    A.   Yes.

17    Q.   That's correct?

18    A.   Yes.

19    Q.   Okay.  And how did you feel about the police

20  presence during the MLK paddle out?

21    A.   Every time I come in and said anything about

22  the cops up there -- I said everything that had

23  happened and they have been nothing but good to me.

24  They have been there for us and I am so thankful and

25  grateful on that aspect in that manner.

Christopher Taloa
January 05, 2017

1    Are you talking about Papayans senior?

2              THE WITNESS:  Junior

3         MR. CAREY:  Junior told you.

4         MR. SONG:  Okay.

5    BY MR. SONG:

6         Q.  Moving on to paragraph 19, you describe an

7    incident involving Michael Ray Papayans and can you

8    read the last sentence of that to me.

9         A.  The last paragraph?

10        Q.  The last paragraph?

11        A.  The locals and media saw us on the cliff and

12   said, oh, we had notified the police prior to arriving?

13        Q.  Actually, I'll just read it real quick.  So

14   paragraph 19 of the declaration says, "After what

15   seemed like several minutes of him trying to provoke me

16   into an altercation, I called the police."

17        A.  Yes.

18        Q.  Do you recall that?

19        A.  Oh, yeah.

20        Q.  Okay.

21        A.  I got it on video for you if you want to see

22   all the video.

23        Q.  And do you know who you spoke to at the -- did

24   someone pick up the phone?

25        A.  Yeah.

Christopher Taloa
January 05, 2017

1      Q.  In this statement and who did you speak to if

2  you know?

3      A.  A woman.  I think it was a woman.  I think --

4  yeah.  I want to say it was a woman.

5      Q.  And what did you tell her?

6      A.  To the best of my knowledge, I told her I got

7  this guy over here and he's going off and I'm shaking

8  and I know what this means, which means it's about to

9  get violent and I don't want to be a violent person and

10  I'm calling you because that's what you do when you

11  feel uncomfortable.

12      Q.  Okay.  And did the police dispatch anyone?

13      A.  They were on it like hawks.  They came down.

14  As soon as I put the camera away, he ran to his truck

15  and bolted so I couldn't get his license plate.

16      Q.  And then that instance, do you feel like the

17  police there protected you?

18      A.  Yeah.  I felt like -- from that point right

19  there, I felt secure that they're like watching over us

20  and we're not going to have people going off on us.

21  And at the same time, I'll be honest with you.  I felt

22  very bad.  I know it's their job but I also hear that

23  cops don't like to be called for all of these little

24  things.  They have other bigger things to do.  I felt

25  pretty bad about that going on.  I tried to keep them

Christopher Taloa
January 05, 2017

1      Q.   Do you know the date of that incident?

2      A.   Oh, man, I wish I did.   I know it was after

3   maybe the third time that I went.   I didn't even go out

4   in the water.   The waves were big but it wasn't what I

5   wanted to do so I didn't go out.   The officer was going

6   to ask me if I was going to go surfing, and no, I'm

7   good.   Asked me if I was going to go anywhere else and

8   I said nope.   I have no interest.   I just want to surf

9   this wave and I'm going to leave your neighborhood now

10   and that was it.

11      Q.   Moving onto the next paragraph.   Paragraph 20,

12   talking about January 16, your visit with Cory Spencer

13   to Lunada Bay.   There's a sentence that says, "We had

14   notified the police prior to arriving."   Did you notify

15   the police?

16      A.   I didn't notify the police.   Cory did.   I had

17   no idea.

18      Q.   And I believe I recall and correct me if I'm

19   wrong and said you notified the police before going to

20   the beach several times?

21      A.   Well, he did.

22      Q.   Okay.

23      A.   They did.   Yeah.   I always have somebody else

24   call into the cops to let them know that we're coming

25   because I feel guilty about me being the guy calling.

Christopher Taloa
January 05, 2017

```
 1       Q.  And was Officer Gonzales one of those people
 2   that was present at any of those instances?
 3       A.  Officer Gonzales showed up twice and he's
 4   always shown up with younger police officers, young
 5   guys, and they all look like they're ready.  They look
 6   like they're ready for anything.  They're
 7   nonjudgmental.  If I'm acting up, I'm going to jail.
 8   If they're acting up, they're going to jail.  There is
 9   no ifs about it.  Be respectful in the neighborhood.
10   If you act up, you're going down.
11       Q.  Just keeping everybody in check?
12       A.  Keep them all in line.  That's beautiful.
13       Q.  Okay.  Makes sense to me.  So I know that
14   you -- other than what we've talked about those
15   instances when you interacted with the police, have you
16   ever interacted with any city employees at any time,
17   anyone who works for the city of Palos Verdes Estates?
18       A.  I can speculate that I did but I'm not sure if
19   that's who it was.  He might be on that news channel
20   the first day we did the protest.
21       Q.  Okay.  But effectively, pretty much all of
22   your --
23       A.  The facts remaining, no.
24       Q.  Okay.  So every time you've interacted with
25   the city, it's really been with a police officer from
```

Exhibit "A" Page 10 of 25    312

Christopher Taloa
January 05, 2017

1    home.  I can make my money now or later.  It's going to

2    happen.

3        Q.  Okay.  Going back to Exhibit 214, one of the

4    Facebook posts that Mr. Worgul brought up.  I'm going

5    to quote part of this to you.  "Boy, you clowns really

6    forked some bucks into the police department to stop

7    one boogie boarder from surfing on his boog better than

8    you can walk down a cliff."  So again, the implications

9    seems to be that you're saying that the police

10   department is --

11       A.  Not implying that the cops -- no.  Not

12   implying that the cops were out but the gang must have

13   forked some money out to have all that.  I mean there's

14   a helicopter.  I've never seen anything like that.

15   That was like a fiasco.  It was like a carnival,

16   parade, and a circus all at one time.  I had never seen

17   that before.  I couldn't -- I mean from a Facebook

18   post.  I'm going to go surf blah, blah, blah, and

19   goofing around to like what the heck.  I had no idea.

20   I mean there were news stations.  I'd never seen

21   anything like that before in my life.  I had never even

22   expected it to be such a big fiasco to go surf at this

23   place.  I was just blown away by the whole thing.

24       Q.  When you say you forked some big bucks into

25   the police department to stop one boogie boarder, are

Christopher Taloa
January 05, 2017

1  you implying that -- I'm trying to get at what you

2  meant by --

3       A.  I mean that whole thing, it costs money to do

4  that and they didn't have to do that.  Like come on,

5  man, I can't believe you.  Not you but I can't believe

6  that they were so wigged out about me going to the

7  beach.  That all this stuff showed up.  I couldn't -- I

8  was baffled.  I was literally baffled that they -- that

9  it would go like that.  I mean usually, you know, a

10  little protest, a couple of guys, what are you doing.

11  I didn't expect the helicopter and boat and seeing all

12  these SUVs, flying around in cop cars or going surfing.

13       Q.  So you're saying at the MLK 2014 paddle out,

14  there were a lot of resources that were spent?

15       A.  Dear Lord, for me to go surfing, come on, man,

16  there's better things to do.

17       Q.  So you're saying it must have cost the city a

18  lot of money to provide all that extra patrol?

19       A.  Yeah.  For nothing.  I just went to -- my God,

20  I just went to the beach.  It made no sense.

21       Q.  Okay.  Can we go off the record?

22            (Recess)

23  BY MR. SONG:

24       Q.  Mr. Taloa, we previously detailed extra

25  patrols and kind of some positive or at least your

Christopher Taloa
January 05, 2017

```
1                    REPORTER'S CERTIFICATE

2              I, Angela Schubert, CSR No. 12027, Certified

3    Shorthand Reporter, certify:

4              That the foregoing proceedings were taken

5    before me at the time and place therein set forth, at

6    which time the witness was put under oath by me;

7              That the testimony of the witness, the

8    questions propounded, and all objections and statements

9    made at the time of the examination were recorded

10   stenographically by me and were thereafter transcribed;

11             That a review of the transcript by the

12   deponent was required;

13             That the foregoing is a true and correct

14   transcript of my shorthand notes so taken.

15             I further certify that I am not a relative or

16   employee of any attorney of the parties, nor

17   financially interested in the action.

18             I declare under penalty of perjury under the

19   laws of California that the foregoing is true and

20   correct.

21

22   Dated this 9th day of 2017

23   Angela Schubert

24   _____

25   ANGELA SCHUBERT, CSR NO. 12027
```

# Exhibit "B"

187:1                    UNITED STATES DISTRICT COURT

187:2                   CENTRAL DISTRICT OF CALIFORNIA

187:3                          WESTERN DIVISION

187:4

187:5     CORY SPENCER, an individual; DIANA   )
          MILENA REED, an individual; and      )

187:6     COASTAL PROTECTION RANGERS, INC., a )
          California non-profit public benefit)

187:7     corporation,                         ) Case No.
                                               ) 2:16-cv-02129-SJO-RAO

187:8                    Plaintiffs,           )
                                               )

187:9              vs.                         )
                                               )

187:10    LUNADA BAY BOYS, et al.,             )
                                               )

187:11                   Defendants.           )
          _____ )

187:12

187:13

187:14

187:15

187:16

187:17

187:18         VIDEOTAPED DEPOSITION OF DIANA MILENA REED

187:19                          VOLUME II

187:20                  Santa Monica, California

187:21                 Tuesday, October 25, 2016

187:22

187:23

187:24     REPORTED BY:
           Jimmy S. Rodriguez

187:25       CSR No. 13464

| | | |
|---|---|---|
| 215:1 | unaware of the events? | 09:49 |
| 215:2 | A    Well, I know that because he told me that | 09:49 |
| 215:3 | he was unaware of anything that had happened to me. | 09:49 |
| 215:4 | Q    So was the police officer a man or woman? | 09:49 |
| 215:5 | A    It was a man. | 09:49 |
| 215:6 | Q    All right.  What's the first thing you | 09:49 |
| 215:7 | said to that police officer? | 09:49 |
| 215:8 | A    I don't remember the first thing that I | 09:49 |
| 215:9 | said but I remember that I was very upset and I was | 09:49 |
| 215:10 | in tears and I just tried to tell him as best I | 09:50 |
| 215:11 | could as to what happened.  But how I said it, I | 09:50 |
| 215:12 | don't know. | 09:50 |
| 215:13 | Q    Was Jordan with you? | 09:50 |
| 215:14 | A    I don't think so, no. | 09:50 |
| 215:15 | Q    Was Jordan still surfing? | 09:50 |
| 215:16 | A    Jordan wasn't surfing anymore.  Jordan had | 09:50 |
| 215:17 | come in, and -- but I don't think he walked up to | 09:50 |
| 215:18 | the police car with me, I don't know if he was | 09:50 |
| 215:19 | behind me or not. | 09:50 |
| 215:20 | Q    Sometime between the time of the incidents | 09:50 |
| 215:21 | in the fort and the time you talked to the police | 09:50 |
| 215:22 | officer, did you tell Jordan what had happened to | 09:50 |
| 215:23 | you? | 09:50 |
| 215:24 | A    I don't know, I don't think so. | 09:50 |
| 215:25 | Q    Is there a reason you recall why you | 09:50 |

217:1      Q      What did you tell the officer?                    09:51

217:2      A      As best as I could, I described what had          09:51

217:3   happened to me.                                             09:51

217:4      Q      What is it that you told him?                     09:51

217:5      A      I told him what had happened to me in the         09:52

217:6   fort regarding the incident with Mr. Blakeman and          09:52

217:7   Jalian and the beer and everything else that               09:52

217:8   happened down there.                                        09:52

217:9      Q      Okay.  And as best you can right now, tell        09:52

217:10  me everything that you told the officer in that            09:52

217:11  conversation.                                               09:52

217:12         MR. FRANKLIN:  Calls for a narrative.                09:52

217:13         THE WITNESS:  First of all, I was                    09:52

217:14  extremely upset at the time so I couldn't even, you        09:52

217:15  know -- there's no way I remember that conversation        09:52

217:16  word-for-word and it was also very traumatic, so           09:52

217:17  I've blocked a lot of that out.  So I can describe         09:52

217:18  to you what I remember that happened to me.                09:52

217:19  BY MS. HEWITT:                                              09:52

217:20     Q      That's all I'm asking.                            09:52

217:21     A      But I can't specifically describe the            09:52

217:22  conversation that I had with the policeman other          09:52

217:23  than I remember telling him what happened to me and       09:53

217:24  why I was upset.                                            09:53

217:25     Q      And I understand, I understand that.             09:53

```
375:1                 Certification of Court Reporter

375:2                       Federal Jurat

375:3

375:4           I, the undersigned, a Certified Shorthand

375:5     Reporter of the State of California do hereby

375:6     certify:

375:7           That the foregoing proceedings were taken

375:8     before me at the time and place herein set forth;

375:9     that any witnesses in the foregoing proceedings,

375:10    prior to testifying, were placed under oath; that a

375:11    verbatim record of the proceedings was made by me

375:12    using machine shorthand which was thereafter

375:13    transcribed under my direction; further, that the

375:14    foregoing is an accurate transcription thereof.

375:15          That before completion of the deposition, a

375:16    review of the transcript [x] was [ ] was not

375:17    requested.  I further certify that I am neither

375:18    financially interested in the action nor a relative

375:19    or employee of any attorney of any of the parties.

375:20          IN WITNESS WHEREOF, I have this date

375:21    subscribed my name.

375:22    Dated:  November 7, 2016

375:23

375:24

                      Jimmy Rodriguez, RPR

375:25              Certificate Number 13464
```

# Exhibit "C"

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4
 5   CORY SPENCER, an individual;  )  Case No.
     DIANA MILENA REED, an         )  2:16-cv-02129-SJO-RAO
 6   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a    )
 7   California non-profit public   )
     benefit corporation,          )
 8                                  )
                       Plaintiffs,  )
 9                                  )
           v.                       )
10                                  )
     LUNADA BAY BOYS; THE           )
11   INDIVIDUAL MEMBERS OF THE      )
     LUNADA BAY BOYS, including     )
12   but not limited to SANG LEE,   )
     BRANT BLAKEMAN, ALAN JOHNSTON  )
13   aka JALIAN JOHNSTON, MICHAEL   )
     RAE PAPAYANS, ANGELO FERRARA,  )
14   FRANK FERRARA, CHARLIE         )
     FERRARA and N.F.; CITY OF      )
15   PALOS VERDES ESTATES;          )
     CHIEF OF POLICE JEFF KEPLEY,   )
16   in his representative          )
     capacity; and DOES 1-10,       )
17                                  )
                       Defendants.  )
18   _____ )
19            DEPOSITION OF CORY ELDON SPENCER
20                 Los Angeles, California
21                Tuesday, October 11, 2016
22
23   Reported by:
24   Carmen R. Sanchez
25   CSR No. 5060
```

                                              Page 1

Exhibit "C" Page 20 of 25

```
 1                    Los Angeles, California

 2             Tuesday, October 11, 2016, 1:42 p.m.

 3                            -oOo-

 4

 5             A F T E R N O O N   S E S S I O N

 6

 7             (All appearances remain as heretofore

 8          noted in addition to Mark C. Fields, Esq.,

 9          who has joined the proceedings.)

10

11                    EXAMINATION (CONTINUED)

12   BY MS. HEWITT:

13          Q     Going back on the record, Mr. Spencer,

14   welcome back.

15          A     Thank you.

16          Q     We were talking about the January 29,

17   2016 visit to Lunada Bay, and the police presence that

18   you're describing.  I think -- I looked at the court

19   reporter's screen.  I think you said that there were

20   two to three police officers there, including a

21   sergeant; is that right?

22          A     Not in January.

23          Q     Not in January.  Okay.  Some other time.

24   Okay.  In January, can you describe to me -- can you

25   tell me how many Palos Verdes Estates police officers

                                           Page 130
```

1   were there?

2        A    I can't give you a for sure number, but

3   it was over the -- over the three that we just talked

4   about.  I would say up to five or six.

5        Q    Okay.  And did you see any police cars?

6        A    Yes.

7        Q    Okay.

8             Did you see any other police-type

9   vehicles?

10        A    Yes.

11        Q    What were those?

12        A    There was a motorcycle, and I don't know

13   what they call it, but it's equivalent to like we have

14   cadets; so and they -- I'm pretty sure they were in a

15   different color uniform.  They weren't officers.

16        Q    Like an explorer?

17        A    Either parking -- not explorer, but they

18   were either a cadet, a police service officer, or like

19   a parking -- I don't recall.

20        Q    Okay.  And were the police service/cadet

21   people, are those included in the three to five to six

22   that you saw?

23        A    Yes.

24        Q    Okay.

25             How many police cars did you see?

Page 131

```
 1              A       Yes.

 2              Q       And "ops" is operations?

 3              A       Yes.

 4              Q       Okay.  And the first sentence says

 5      (as read):

 6                      "Sir, first of all, I'd like

 7              to thank you and your dept. for the

 8              response in extra patrols down at

 9              Lunada Bay."

10              A       Correct.

11              Q       All right.

12                      Did you feel thankful for extra patrols

13      down at Lunada Bay?

14              A       Of course.

15              Q       All right.

16                      Next, you say (as read):

17                      "I am active law enforcement

18              (ESPD) and have been emailing

19              Capt. Velez every time we (Aloha point

20              Facebook group - a group of non-locals)

21              venture out to the bay on a big swell day."

22                      "ESPD," was that El Segundo Police

23      Department?

24              A       Yes.

25              Q       All right.  And was it correct that you
```

Page 159

```
 1    had been E-mailing Captain Velez every time you were

 2    venturing out on a big swell day?

 3              A       On those two days, yes.

 4              Q       Okay.  So, you were referring to those

 5    two days, January and February of 2016?

 6              A       Correct.

 7              Q       All right.  So, each time you E-mailed

 8    them, is it correct that you witnessed extra patrols

 9    being provided?

10              A       Yes.  In my opinion, that's what they

11    were.  The officers were there because, hopefully, in

12    response to my E-mail.

13              Q       All right.

14                      You go on to write (as read):

15                      "He has been kind enough to

16              respond, and we've been encouraged to

17              see PV officers."

18                      Was that accurate?

19              A       Correct.

20              Q       The next paragraph states (as read):

21                      "Anyway, several years ago

22              (around 02' or 03') the then chief of

23              PV asked several surrounding agencies to

24              see if officers who surfed would be willing

25              to paddle out 'on duty-undercover.'"
```

Page 160

```
 1                 Certification of Court Reporter

 2                         Federal Jurat

 3

 4          I, the undersigned, a Certified Shorthand

 5    Reporter of the State of California do hereby certify:

 6          That the foregoing proceedings were taken

 7    before me at the time and place herein set forth;

 8    that any witnesses in the foregoing proceedings, prior

 9    to testifying, were placed under oath; that a verbatim

10    record of the proceedings was made by me using machine

11    shorthand which was thereafter transcribed under my

12    direction; further, that the foregoing is an accurate

13    transcription thereof.

14          That before completion of the deposition, a

15    review of the transcript [X] was [ ] was not requested.

16          I further certify that I am neither

17    financially interested in the action nor a relative or

18    employee of any attorney of any of the parties.

19          IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21    Dated:   October 21, 2016

22

23

24                 Carmen R. Sanchez

25                 CSR No. 5060
```

                                                        Page 349

Exhibit "C" Page 25 of 25