**VEATCH CARLSON, LLP**
A Partnership Including Professional Corporations
1055 Wilshire Blvd., 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

**ROBERT T. MACKEY, State Bar No. 210810**
*rmackey@veatchfirm.com*
**RICHARD P. DIEFFENBACH, State Bar No. 102663**
*rdieffenbach@veatchfirm.com*
**JOHN P. WORGUL, State Bar No. 259150**
*jworgul@veatchfirm.com*
**JOHN E. STOBART, State Bar No. 248741**
*jstobart@veatchfirm.com*

**Attorneys for Defendant,
BRANT BLAKEMAN**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | **CASE NO.: 2:16-CV-2129-SJO-RAO**<br>**Hon. S. James Otero, Ctrm. 10C**<br><br>**DECLARATION OF RICHARD P. DIEFFENBACH IN SUPPORT OF DEFENDANT BRANT BLAKEMAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:  February 21, 2017<br>TIME:   10:00 a.m.<br>CTRM:  10C<br>1st Street Courthouse<br><br>**Action Commenced:** 3/29/2016<br>**Discovery Cutoff:** 8/17/17<br>**Pretrial Conf.:** 10/23/17<br>**Trial Date:** 11/7/2017 |

---

1
**DECLARATION OF RICHARD DIEFFENBACH**

I, Richard P. Dieffenbach, declare and state:

1.      I am a Senior Trial Attorney with Veatch Carlson LLP, counsel for Defendant Brant Blakeman, in this matter.  The following information is personally known to me and if called as a witness I could and would competently so testify.

2.      Since its filing this action has been brought to the public's attention through multiple media reports, social media outreach efforts, websites, and the California Coastal Commission's own website, soliciting public involvement.

3. Plaintiffs' counsel Hanson Bridgett posts a link on its website to a questionnaire purporting to be on behalf of the California Coastal Commission, at the link: https://www.hansonbridgett.com/Pubs/lb/lunadabay.html.   A true and correct copy of a screen shot of that entry is attached as Exhibit A, and a copy of the Questionnaire is attached as Exhibit B.

4.      Plaintiff Diana Milena Reed (full name Diana Milena Gabrielle Sophia Beatrice Sharon Ada Grace Helen Smoluchowska-Miernik) has  publicized the action on Facebook under her pseudonym Diana Milena Sophia Gabriella.  A true and correct copy of a screen shot of that entry is attached as Exhibit C.

5.      Numerous news stories about the lawsuit and Plaintiffs' efforts have been posted by the Los Angeles Times and the Daily Breeze, and can be found using "Lunada Bay Boys" as the entry in any search engine.

6.      Plaintiff  The "Coastal Protection Rangers", has publicized the action on its Facebook and Twitter postings along with its donation requests.   True and correct copies of  screen shots of those entries are attached as Exhibits D and E.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and personally known to me and if called as a witness I could and would competently so testify.

Executed January 12, 2017, at Los Angeles, California.

By:   /s/ Richard P. Dieffenbach
      RICHARD P. DIEFFENBACH

2
**DECLARATION OF RICHARD DIEFFENBACH**

# EXHIBIT A

## Spencer v. Lunada Bay Boys, and the City of Palos Verdes Estates:

The ocean is not exclusive, as it does not know race, color, religion, gender, sexual orientation, zip code, or income.

On March 29, 2016, Hanson Bridgett filed *Spencer v. Lunada Bay Boys et al* – a class action civil rights lawsuit where we are fighting for open access to a public Southern California beach. Consistent with our efforts, on Friday, December 2, the California Coastal Commission initiated a survey of California beachgoers. Visit the Coastal Commission website to view their Public Access Questionnaire for Lunada Bay, and read on if:

- You have ever tried to access Lunada Bay or anywhere else in Palos Verdes Estates' 4.5 miles of shoreline, but were discouraged by the locals and/or the City and its police department; or
- You have avoided visiting Lunada Bay because of its reputation for localism or the City's response to outsiders' complaints.

### Background

Lunada Bay is a public shoreline and beach, owned by the wealthy City of Palos Verdes Estates. Even though Lunada Bay is a public beach, it has earned a reputation as one of the surfing world's best-known areas for localism. Its trails are hidden, signage is sparse, and amenities to indicate it is a public beach are nonexistent. And for the last 40 years the primarily wealthy, middle-aged Lunada Bay locals (aka, Lunada Bay Boys, or Lunada Pirates) have threatened and injured any "outsiders" who attempt to access the City-owned shoreline and beach. They refer to non-Palos Verdes Estates residents as "riffraff," "trolls," "unlocals," "kooks," and "herms." Shockingly, during a recent Martin Luther King Day paddle out organized by visitors, some locals wore blackface and told visiting beachgoers "you don't make enough money to be here." (Torrance Daily Breeze)

Next, unlike most beaches, at Lunada Bay beachgoers dont even get a chance to make it to the water before they're hassled, threatened, harassed, or physically harmed. When visitors have complained, the local police department hasn't taken the complaints seriously. Overt discrimination exists too (read an account of a Lunada Bay local justifying his group's illegal action in the Torrance Daily Breeze).

### Change Has Started

Since Hanson Bridgett filed the lawsuit on behalf of public beachgoers, the City (1) has taken action authorizing $50,000 in

**For more information, please contact the Lunada Bay team:**

Kurt A. Franklin
Samantha Wolf
Tyson Shower
Landon Bailey
Caroline Lee
Jennifer Foldvary
Candice Shih
Laurel O'Connor
Jerri Kay-Phillips

Lunada Bay Team Email
1-877-342-6766

**Coastal Commission Links**

Coastal Commission Website

Public Access Questionnaire for Lunada Bay ← LINK TO QUESTIONNAIRE

Documents Supporting Motion for Class Certification

**3**

# EXHIBIT B

# California Coastal Commission User Group Study and Public Access Questionnaire for Lunada Bay in Palos Verdes Estates, Los Angeles County

The Coastal Commission is researching the experiences of visitors to the bluff top park, shoreline, and coastal area at Lunada Bay in Palos Verdes Estates, Los Angeles County. The purpose of the research is to gather information about the personal experiences of visitors who have accessed or attempted to access Lunada Bay and use that information to help address alleged threatening behavior and actions of individuals, so-called "locals", allegedly intended to interfere with, discourage or prevent broad public access to this area of the coast. If you have ever used any portion of the Lunada Bay bluff top park, shoreline or coastal area and experienced or witnessed such behavior or activity, or you have heard that Lunada Bay has a reputation as a place where visitors often experience threatening behavior, please take a few moments to complete the questionnaire.

Please note that Coastal Commission staff or representatives of visitors to Lunada Bay who have experienced harassment while accessing the coast may contact you directly for more information.

Name



Street Address, City, State, Zip

4

Mailing Address (if different)

Telephone (Home) (Work)

Email Address

Occupation

Age

1. Please describe the areas of your use: if needed, please reference the enclosed photograph.

Aerial view of Lunada Bay



5

2. Please describe the uses you have made of bluff top, shoreline, or coastal area. If you have multiple uses, add them in the Other column. For example, did you use the area for:

ocean viewing

swimming

fishing

socializing

kayaking

surfing

snorkeling

beach walking

Other:

3. Approximately how many times have you accessed the coast at Lunada Bay?

4. Did anyone ever interfere in any way with your use of the area? Or otherwise seek to discourage or prevent your use of the area? If so, please describe the incident or incidents:

5. Have you ever felt threatened accessing Lunada Bay? What lead you to feel threatened and why?

6

6. Have you observed individuals interfering with other visitors' use of the area?

7. Do you possess or know of the existence and/or whereabouts of items such as photographs, logs, diaries, notebooks, letters, etc. relating to behavior or activities of individuals intended to interfere with, discourage, or prevent use of Lunada Bay by visitors? Is so, please describe the items and list the locations where such items can be found:

8. Whether or not you have been to Lunada Bay, have you ever avoided visiting the Lunada Bay bluff top, shoreline, or coastal area because you had heard that it has a reputation as a place where visitors may be subjected to threatening behavior by "locals" or others? If so, (a) what did you hear, (b) when did you first hear about the threatening behavior, and (c) from whom did you learn this information?

The information contained in this questionnaire is subject to public disclosure and will not be kept confidential unless requested by the signatory in writing. For more information about this questionnaire, please contact the South Coast District Office of the Coastal Commission at (562) 590-5071. Thank you for your participation in this Questionnaire and your interest in preserving public access to the California coast.

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Additional Terms

Google Forms

# EXHIBIT C



# EXHIBIT D





Coastal Protection Rangers

@CoastalProtectionRangers

Home
About
Photos
Events
Reviews
Likes

👍 Like   🔖 Follow   ↗ Share   ⋯ More ▾

**Coastal Protection Rangers**
January 5 at 11:12pm

http://www.scpr.org/.../court-documents-reveal-foiled-sting-.../



Court documents reveal foiled sting operation on Lunada Bay Boys

Locals only! Never has that phrase been more appropriate than in Lunada Bay on the Palos Verdes Peninsula.

SCPR.ORG | BY SOUTHERN CALIFORNIA PUBLIC RADIO

10

# EXHIBIT E



11