J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel: (310) 526-2237
Fax: (424) 456-3131
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Hon. S. James Otero<br><br>**OPPOSITION AND JOINDER IN OPPOSITIONS BY DEFENDANT ALLEN JOHNSTON TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:　　February 21, 2017<br>Time:　　10:00am<br>Place:　　Courtroom No. 10C<br>　　　　　1st Street Courthouse |

# I.
# JOINDER IN ALL OTHER DEFENSE CLASS-CERTIFICATION OPPOSITIONS

Defendant Johnston opposes the plaintiffs' request for class certification. Defendant Johnston joins in the class-certification Oppositions filed by all other Defendants. *See Vazquez v. Central States Joint Bd.*, 547 F.Supp.2d 833, 867. (N.D.Ill. 2008) ("It is permissible for a party to adopt the motion of another party when the facts between the parties are essentially the same and the adoption would promote judicial efficiency.").

# II.
# CONCLUSION

For all of the factual and legal arguments set forth in all of the class-certification Oppositions, the Court should deny the Plaintiffs' request for certification.

DATED: January 13, 2017        LAW OFFICES OF J. PATRICK CAREY


                               By: */s/ J. Patrick Carey*
                                   J. Patrick Carey
                                   Attorney for Defendant
                                   ALAN JOHNSTON