Patrick Au, State Bar No. 174327
pau@bremerwhyte.com
Laura L. Bell, State Bar No. 134276
lbell@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Boulevard
Suite 110
Woodland Hills, California 91367
Telephone: (818) 712-9800
Facsimile: (818) 712-9900

Attorneys for Defendants, FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; COASTAL PROTECTION RANGERS, INC. et al, <br><br> Plaintiff, <br><br> vs. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, et al, <br><br> Defendants. | Case No. 2:16-CV-2129 <br><br> Judge: Hon. S. James Otero <br> Courtroom: 10C <br><br> **DEFENDANTS, CHARLIE FERRARA AND FRANK FERRARA'S JOINDER IN OPPOSITIONS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> DATE: February 21, 2017 <br> TIME: 10:00 a.m. <br> PLACE: Courtroom 10C |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants, CHARLIE FERRARA and FRANK FERRARA hereby joins in the Oppositions, Statements, Objections and other papers filed by all other Defendants to Plaintiffs' Motion for Class Certification. See *Vazquez v. Central States Joint Bd.*, 547 F.Supp2d 833, 867 (N.D.Ill. 2008) ("It is permissible for a

///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

DEFENDANTS, CHARLIE FERRARA AND FRANK FERRARA'S JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

H:\1178\176\CF\Joinder to Opposition to Motion for Class Certification.docx

party to adopt the motion of another party when the facts between the parties are essentially the same and the adoption would promote judicial efficiency.").

Dated: January 13, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Patrick Au, Esq.
Laura L. Bell, Esq.
Attorneys for Defendants, FRANK FERRARA and CHARLIE FERRARA

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

2

DEFENDANTS, CHARLIE FERRARA AND FRANK FERRARA'S JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

H:\1178\176\CF\Joinder to Opposition to Motion for Class Certification.docx

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21271 Burbank Boulevard, Suite 110, Woodland Hills, California 91367.

On January 13, 2017, I served the within document(s) described as: **DEFENDANT, CHARLIE FERRARA AND FRANK FERRARA'S JOINDER IN OPPOSITIONS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the United States District Court for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the filing receipt page will be maintained with the original document(s) in our office.

Executed on January 13, 2017, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Shawn Reutter_____      _/s/ Shawn Reutter_
(Type or print name)                (Signature)

BREMER WHYTE BROWN &
O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

1

H:\1178\176\PROOF OF SERVICE.docx

<u>Cory Spencer v. Lunada Bay Boys et al.,</u>

Case No. 2:16-cv-2129-SJO

BWB&O CLIENT: Frank and Charlie Ferrara
BWB&O FILE NO.: 1178.176

## SERVICE LIST

| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
|---|---|---|
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 526-2237 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON** | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields:markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
21271 Burbank Blvd.
Suite 110
Woodland Hills, CA 91367
(818) 712-9800

2

H:\1178\176\PROOF OF SERVICE.docx