## VEATCH CARLSON, LLP

(SPACE BELOW FOR FILING STAMP ONLY)

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 Wilshire Boulevard, 11ᵗʰ Floor
LOS ANGELES, CALIFORNIA  90017
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

**ROBERT T. MACKEY, State Bar No. 210810**
rmackey@veatchfirm.com
**RICHARD P. DIEFFENBACH, State Bar No. 102663**
rdieffenbach@veatchfirm.com
**JOHN P. WORGUL, State Bar No. 259150**
jworgul@veatchfirm.com
**PETER H. CROSSIN, State Bar No. 163189**
pcrossin@veatchfirm.com

Attorneys for Defendant, **BRANT BLAKEMAN**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an  individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs , <br><br> v. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE  PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and NICOLAS FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br> Defendants. | **Case No.: 2:16-CV-2129-SJO-RAO** <br> Assigned to Courtroom: 10C <br> The Honorable S. James Otero <br><br> Magistrate Judge: <br> Hon. Rozella A. Oliver <br><br> **NOTICE OF ERRATA RE EXHIBIT B TO DOCKET NUMBER 200 DEFENDANT BLAKEMAN'S JOINT REPORT TO MAGISTRATE** <br><br> **Discovery Cut-Off Date:  8/7/17** <br> **Pretrial Conf. Date:  10/23/17** <br> **Trial Date: 11/7/17** |

**NOTICE OF ERRATA RE EXHIBIT B TO DEFENDANT BLAKEMAN'S
JOINT REPORT TO MAGISTRATE**

1    TO THE COURT AND TO ALL PARTIES:  PLEASE TAKE NOTICE that

2

3  Exhibit B as attached to Docket number 200 was incomplete. A complete copy of

4  the Exhibit is attached hereto.

5  DATED: January 18, 2017          **VEATCH CARLSON, LLP**

6                          By:  _____

7                               ROBERT T. MACKEY
                                RICHARD P. DIEFFENBACH
8                               JOHN P. WORGUL
                                Attorneys for BRANT BLAKEMAN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
     **NOTICE OF ERRATA RE EXHIBIT B TO DEFENDANT BLAKEMAN'S**
                **JOINT REPORT TO MAGISTRATE**

# EXHIBIT B

## Richard P. Dieffenbach

**From:**   Richard P. Dieffenbach
**Sent:**   Wednesday, January 04, 2017 6:19 PM
**To:**   'Victor Otten'
**Cc:**   'rcooper@buchalter.com'; Rob Mackey; John E. Stobart; John Worgul
**Subject:** 3005978020-1-3-3 Spencer v Lunada Meet and confer of Januuary 4

Mr. Otten

This email is sent following our meeting this morning relating to Mr. Blakeman's discovery to plaintiffs and our motion to compel further responses.

We discussed the three issues raised by the order:

1.   Any developments or progress regarding the discovery disputes since the filing of the motion;

2.   Which disputes, if any, were resolved at the conference; and

3.   For any remaining disputes, how each party proposed to resolve the dispute at the conference.

Taking these in order, it was agreed between counsel for plaintiffs and for Mr. Blakeman:

1.   Since the motion was filed we met and conferred January 4 in my office. Plaintiffs' Motion for Class certification was filed December 29, and a motion by Plaintiffs to compel discovery from Mr. Blakeman was in the process of being filed January 4. These events resulted in an agreement by Plaintiffs to provide, within seven days (i.e., received in our office by close of business January 10, 2017) further answers to the pending discovery from Blakeman, not waiving their objections, but providing factual information in response to the discovery "in conformance" with the declarations and other information contained in Plaintiff's recent filings and declarations.

2.   The main dispute which was at least potentially resolved at the meeting today was that Plaintiffs agreed to provide factual information in response to the discovery. Defendant's counsel agreed to review the updated responses and then decide after consideration of the updated responses whether further hearing is needed.

3.   Plaintiffs did not agree the interrogatories were proper and still contend that the interrogatories were premature contention interrogatories; Mr. Blakeman's counsel did not agree that the interrogatories are premature or improper in form. Nevertheless, to try to resolve the dispute the parties agreed that once Plaintiffs' responses are revised they will be reviewed and Mr. Blakeman's counsel will then notify Plaintiffs' counsel and the court whether further hearing is required.

Per the Magistrate Judge's order a joint report setting for the above will be prepared. The foregoing is suggested without prejudice to amendment or revision. Should you wish to revise the above or add to it or state it differently please provide a proposed response/replacement/plaintiffs' version and we can either incorporate the two as a single statement or present a Plaintiffs' and a defendant's version for the court if necessary.

Thank you for meeting us this morning. If there are any questions please call or email.


Richard P. Dieffenbach, Esq.

Veatch Carlson, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax
rdieffenbach@veatchfirm.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic
Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged
information, and (c) are for the sole use of the intended recipient named above. If you have received this
electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying,
distribution, or use of the contents of the information received in error is strictly prohibited.

## Richard P. Dieffenbach

| | |
|---|---|
| **From:** | Richard P. Dieffenbach |
| **Sent:** | Thursday, January 12, 2017 6:51 PM |
| **To:** | 'Victor Otten' |
| **Cc:** | Robert Cooper; Rob Mackey; John Worgul; John E. Stobart |
| **Subject:** | Joint Statement for Discovery motion |

**Attachments:** PLD-joint report re magistrates minute order re Blakeman's mtc.doc

Mr. Otten

Attached is the Defendant's portion of the Joint Statement relating to Mr. Blakeman's Motion to Compel. Please provide Plaintiffs' portion and any supplemental memorandum and return it to me tomorrow so we can file it with the court in keeping with the time requirements. Thank you.

Richard P. Dieffenbach, Esq.

Veatch Carlson, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax
rdieffenbach@veatchfirm.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.