# EXHIBIT 1

# Victor Otten

| | |
|---|---|
| **From:** | Richard P. Dieffenbach <RDieffenbach@veatchfirm.com> |
| **Sent:** | Thursday, January 12, 2017 6:51 PM |
| **To:** | Victor Otten |
| **Cc:** | Robert Cooper; Rob Mackey; John Worgul; John E. Stobart |
| **Subject:** | Joint Statement for Discovery motion |
| **Attachments:** | PLD-joint report re magistrates minute order re Blakeman's mtc.doc |

Mr. Otten

Attached is the Defendant's portion of the Joint Statement relating to Mr. Blakeman's Motion to Compel.  Please provide Plaintiffs' portion and any supplemental memorandum and return it to me tomorrow so we can file it with the court in keeping with the time requirements.  Thank you.


Richard P. Dieffenbach, Esq.

Veatch Carlson, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax
rdieffenbach@veatchfirm.com

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.