# EXHIBIT 5

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT T. MACKEY, State Bar No. 210810**
rmackey@veatchfirm.com
**PETER H. CROSSIN, State Bar No. 163189**
pcrossin@veatchfirm.com
**RICHARD P. DIEFFENBACH, State Bar No. 102663**
rdieffenbach@veatchfirm.com

Attorneys for Defendant, **BRANT BLAKEMAN**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:16-CV-2129-SJO-RAO<br>Assigned to Courtroom: 1<br>The Hon. S. James Otero<br><br><br>**DEFENDANT BRANT BLAKEMAN'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** |

/ / /

/ / /

- 1 -

DEFENDANT'S BRANT BLAKEMAN'S INITIAL DISCLOSURES

## BRANT BLAKEMAN'S INITIAL DISCLOSURES

Now comes Defendant Brant Blakeman and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure makes these initial disclosure

1.     The following persons are likely to have discoverable information that Defendant Brant Blakeman may use in support of his defenses:

(a)     **Brant Blakeman**

Brant Blakeman is a named defendant in this matter.  He resides in Palos Verdes Estates and can be contacted through counsel.  He is expected to testify regarding his relationship and interactions with the plaintiffs, his relationship and interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes Estates.  He will further testify as to the events on February 13, 2016 and February 29, 2016 when plaintiff Diana Milena Reed and Defendant Alan Johnston were in his presence on the beach at Lunada Bay.

(b)     **Alan Johnston**

Alan Johnston is a named defendant in this matter.   He resides in Palos Verdes Estates.  It is believed Mr. Johnston can be contacted through his counsel.  He is expected to testify regarding his relationship and interactions with the plaintiffs, his relationship and interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes Estates.   He is expected to testify as the events on February 13, 2016 when plaintiff Diana Milena Reed and Brant Blakeman were in his presence on the beach at Lunda Bay.

(c)     **Sang Lee**

Sang Lee is a named defendant.  It is believed he can be contacted through his counsel.  He is expected to testify regarding his relationship and interactions with the plaintiffs, his relationship and interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes Estates.

(d)     **Michael Rae Papayans**

Michael Rae Papayans is a named defendant.  It is believed he can be

1  contacted through his counsel. He is expected to testify regarding his relationship and

2  interactions with the plaintiffs, his relationship and interactions with the defendants,

3  and his experiences at Lunada Bay and Palos Verdes Estates.

4          (e)   **Angelo Ferrara**

5          Angelo Ferrara is a named defendant. It is believed he can be contacted

6  through his counsel. He is expected to testify regarding his relationship and

7  interactions with the plaintiffs, his relationship and interactions with the defendants,

8  and his experiences at Lunada Bay and Palos Verdes Estates.

9          (f)   **N.F.**

10          N.F. is a minor and a named defendant. It is believed he can be

11  contacted through his counsel. He is expected to testify regarding his relationship and

12  interactions with the plaintiffs, his relationship and interactions with the defendants,

13  and his experiences at Lunada Bay and Palos Verdes Estates.

14          (f)   **Frank Ferrara**

15          Frank Ferrara is a named defendant. His residence and contact

16  information are unknown at this time or not available. He is expected to testify

17  regarding his relationship and interactions with the plaintiffs, his relationship and

18  interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes

19  Estates.

20          (g)   **Charlie Ferrara**

21          Charlie Ferrara is a named defendant. His residence and contact

22  information are unknown at this time or not available. He is expected to testify

23  regarding his relationship and interactions with the plaintiffs, his relationship and

24  interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes

25  Estates.

26          (h)   **The City of Palos Verdes Estates Rule 30(b)(6) witnesses**

27          The City of Palos Verdes is a named defendant in this matter. It is

28  believed it can be contacted through its counsel. It is anticipated that a the City of

- 3 -

Palos Verdes will designate one or more persons to testify on its behalf regarding the City's relationship and interactions with the plaintiffs, the City's relationship and interactions with the defendants, and the City's knowledge of Lunada Bay and Palos Verdes Estates.

### (i) Jeff Kepley

Jeff Kepley is the Chief of Police of Palos Verdes Estates. His residence is unknown and it is believed he can be contacted through his counsel. He is expected to testify regarding his relationship and interactions with the plaintiffs, his relationship and interactions with the defendants, and his experiences at Lunada Bay and Palos Verdes Estates. He is expected to testify regarding the City of Palos Verdes Estates Police Departments history, interactions and relationship with the plaintiffs, defendants, surfers, and beach goers. He is expected to testify as to issues related to enforcement of the laws within his jurisdiction in the Lunada Bay and Palos Verdes area.

### (j) Diana Milena Reed

Diana Milena Reed is named plaintiff in this action. Her residence and contact information are unknown although it is believed he may be contacted through her counsel. She is expected to testify regarding her relationship and interactions with the named plaintiffs, her relationship and interactions with the named defendants, and her specific experience at Lunada Bay and Palos Verdes Estates. She is expected to testify as the events on February 13, 2016 and her interactions with Alan Johnston and Brant Blakeman. She is expected to testify as to events on February 29, 2016 and her interactions with Brant Blakeman.

### (k) Cory Spencer

Cory Spencer is a named plaintiff in this action. His residence and contact information are unknown although it is believed he may be contacted through his counsel. He is expected to testify regarding his relationship and interactions with the plaintiffs, his relationship and interactions with the defendants, and his

- 4 -

Case 2:16-cv-02129-SJO-RAO   Document 208-5   Filed 01/21/17   Page 6 of 12   Page ID
#:4258

1 experiences at Lunada Bay and Palos Verdes Estates.

2        (l)   **Coastal Protection Rangers Rule 30(b)(6) witnesses**

3        Costal Protection Rangers is a named plaintiff in this matter. It is

4 believed it can be contacted through its counsel. It is anticipated that a the Costal

5 Protection Rangers will designate one or more persons to testify on its behalf

6 regarding it's relationship and interactions with the plaintiffs, it's relationship and

7 interactions with the defendants, and the it's knowledge of Lunada Bay and Palos

8 Verdes Estates.

9        (m)   **Victor Otten**

10        Victor Otten is an attorney who's legal practice is located in Torrance,

11 California. His residence information is unknown and his contact information can be

12 found on plaintiffs' pleadings. He is expected to testify regarding his relationship and

13 interactions with the plaintiffs, his relationship and interactions with the defendants,

14 his relationship and interactions with witnesses, and his experiences at Lunada Bay

15 and Palos Verdes Estates.

16

17     2.   The following documents in the possession, custody, or control of Brant

18 Blakeman may be used in support of his defenses.

19        (a)   February 13, 2016 video camera footage files showing interactions

20            with plaintiff Diana Milena Reed.

21        (b)   February 29, 2016 video camera footage files showing interactions

22            with plaintiff Diana Milena Reed.

23

24     3.   Defendant Brant Blakeman currently does not seek any damages from

25 plaintiffs. In so stating, Brant Blakeman does not waive the right to seek costs,

26 attorneys' fees, or other amounts to which he may be entitled or may become entitled

27 in the course of this litigation.

28 / / /

4.      Defendant Brant Blakeman identifies the following insurance agreements that may satisfy all or part of a possible judgment or indemnify ir reimburse payment for judgment:

      (a)     Farmers Insurance Next Generation Homeowners Policy, Policy Number 93998-80-99

      (b)     Farmers Insurance Personal Umbrella Policy, Policy Number 60599-58-95.

The insurance polices will be produced to all parties upon the issuance of an appropriate protective order.

DATED:  August 22, 2016                    **VEATCH CARLSON, LLP**


By:   /s/ Richard P. Dieffenbach
      **ROBERT T. MACKEY**
      **PETER H. CROSSIN**
      **RICHARD P. DIEFFENBACH**
      Attorneys for **Defendant BRANT BLAKEMAN**

I:\WP\01008018\DISC-Initial Disclosures BB.wpd

DEFENDANT'S BRANT BLAKEMAN'S INITIAL DISCLOSURES

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, 11th Floor, Los Angeles, California 90017-2444.

On August 22, 2016, I served the foregoing document described as **DEFENDANT BRANT BLAKEMAN'S INITIAL DISCLOSURES** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Kurt A. Franklin
kfranklin@hansonbridgett.com

Samantha Wolff
SWolff@hansonbridgett.com

Victor Otten
vic@ottenlawpc.com

Mark C. Fields
fields@markfieldslaw.com

Thomas M. Phillips
tphillips@thephillipsfirm.com

Aaron Miller
amiller@thephillipsfirm.com

Edwin J. Richards,
Ed.Richards@kutakrock.com

Jacob Song
jacob.song@kutakrock.com

Edward Ward
Edward.Ward@lewisbrisbois.com

Peter Haven
peter@havenlaw.com

J. Patrick Carey
pat@patcareylaw.com

__X__    **ELECTRONIC MAIL SERVICE** I served the above documents by electronic mail in the United States during normal business hours by causing the within document to be transmitted to the attorneys of record for the parties herein at the email address(es) of said attorney(s) as indicated above. The electronic service was in compliance with CRC Rule 2.251 and the transmission was reported as complete and without error. I am readily familiar with Veatch Carlson, LLP business practices for electronic service.

__X__    **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2016 at Los Angeles, California.

/s/ Andrea Dona

I:\WP\01008018\DISC-Initial Disclosures BB.wpd

- 7 -

DEFENDANT'S BRANT BLAKEMAN'S INITIAL DISCLOSURES

**Andrea Dona**

| | |
|---|---|
| **From:** | Andrea Dona |
| **Sent:** | Monday, August 22, 2016 4:09 PM |
| **To:** | 'peter@havenlaw.com'; 'swolff@hansonbridgett.com'; 'jacob.song@kutakrock.com'; 'tphillips@thephillipsfirm.com'; 'Edward.Ward@lewisbrisbois.com'; 'kfranklin@hansonbridgett.com'; 'vic@ottenlawpc.com' |
| **Cc:** | Richard P. Dieffenbach; John Worgul |
| **Subject:** | Spencer v. Lunada Bay Boys; Brant Blakeman's Initial Disclosures |

**Attachments:** DISC-B. Blakeman's Initial Disclosures.PDF

Attached please find Defendant Brant Blakeman's Initial Disclosures Pursuant to Rule 26(a)(1).

*Andrea (Andi) Doña*
Legal Assistant to James E. Siepler
and Richard P. Dieffenbach
*Veatch Carlson, LLP*
1055 Wilshire Boulevard, 11th Floor
Los Angeles, California 90017
Telephone: (213) 381-2861 x1130
Facsimile: (213)383-6370
adona@veatchfirm.com

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, 11th Floor, Los Angeles, California 90017-2444.

On 8/24/16, I served the foregoing document described as **DEFENDANT BRANT BLAKEMAN'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

__X__     **BY MAIL** (C.C.P. §§ 1013a, *et seq.*): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__     **ELECTRONIC MAIL SERVICE** I served the above documents by electronic mail in the United States during normal business hours by causing the within document to be transmitted to the attorneys of record for the parties herein at the email address(es) of said attorney(s) as indicated above. The electronic service was in compliance with CRC Rule 2.251 and the transmission was reported as complete and without error. I am readily familiar with Veatch Carlson, LLP business practices for electronic service. :

_____     **BY PERSONAL SERVICE** (C.C.P. §§ 1011, *et seq.*): I delivered such envelope(s) by hand to the offices of the addressee(s).

_____     **BY FACSIMILE TRANSMISSION** from Facsimile No. (213) 383-6370 to the fax numbers listed below. The facsimile machine I used complied with Court Rule 2.306. Pursuant to Rule 2.306, I caused the machine to print a transmission confirmation report that showed the document was transmitted complete and without error and a copy is attached.

_____     **BY EXPRESS MAIL** (C.C.P. §§ 1013(c)(d), *et seq.*): I caused said document(s) to be deposited with an express service carrier in a sealed envelope designed by the carrier as an express mail envelope, with fees and postage prepaid.

_____     **BY REGISTERED MAIL** (C.C.P. §§ 1020, *et seq.*): I caused said document(s) to be deposited with the United States Mail, postage prepaid, return receipt requested, signed by the addressee that said documents were received.

_____     **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__     **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 24, 2016 at Los Angeles, California.

_Andrea Dona_
ANDREA DONA

**SERVICE LIST**
*Cory Spencer, et al v. Lunada Bay Boys, et al.*
**USDC, Central District, Western Division Case No.: 2:16-cv-02129-SJO (RAOx)**

| | |
|---|---|
| Kurt A. Franklin, Esq.<br>Samantha Wolff, Esq.<br>Caroline Lee, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Attorneys for **PLAINTIFFS**<br><br>Telephone: (415) 442-3200<br>Facsimile: (415) 541-9366<br><br>Email: kfranklin@hansonbridgett.com<br>Email: swolff@hansonbridgett.com<br>Email: clee@hansonbridgett.com |
| Tyson M. Shower, Esq.<br>Landon D. Bailey, Esq.<br>HANSON BRIDGETT LLP<br>500 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 | Attorneys for **PLAINTIFFS**<br><br>Telephone: (916) 442-3333<br>Facsimile: (916) 442-2348<br><br>Email: tshower@hansonbridgett.com |
| Victor Otten, Esq.<br>Kavita Tekchandani, Esq.<br>OTTEN LAW PC<br>3620 Pacific Coast Highway, #100<br>Torrance, CA 90505 | Attorneys for **PLAINTIFFS**<br><br>Telephone: (310) 378-8533<br>Facsimile: (310) 347-4225<br><br>Email: vic@ottenlawpc.com<br>Email: kavita@ottenlawpc.com |
| Edwin J. Richards, Esq.<br>KUTAK ROCK LLP<br>5 Park Plaza, Suite 1500<br>Irvine, CA 992614-8595 | Attorneys for Defendants<br>**CITY OF PALOS VERDES ESTATES and CHIEF OF POLICE JEFF KEPLY**<br><br>Telephone: (949) 417-0999<br>Facsimile: (949) 417-5394<br><br>Email: ed.richards@kutakrock.com<br>Email: jacob.song@kutakrock.com |
| J. Patrick Carey, Esq.<br>LAW OFFICES OF J. PATRICK CAREY<br>1230 Rosecrans Avenue, Suite 300<br>Manhattan Beach, CA 90266 | Attorney for Defendant<br>**ALAN JOHNSTON aka JALIAN JOHNSTON**<br><br>Telephone: (310) 526-2237<br>Facsimile: (310) 526-2237<br><br>Email: pat@patcareylaw.com<br>Email Used by ECF:<br>pat@southbaydefenselawyer.com |
| Peter R. Haven, Esq.<br>HAVEN LAW<br>1230 Rosecrans Avenue, Suite 300<br>Manhattan Beach, CA 90266 | Attorney for Defendant<br>**MICHAEL RAY PAPAYANS**<br><br>Telephone: (310) 272-5353<br>Facsimile: (213) 477-2137<br><br>Email: peter@hblwfirm.us<br>Email: peter@havenlaw.com |

| Mark C. Fields<br>LAW OFFICES OF MARK C. FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | Attorney for Defendants<br>**ANGELO FERRARA; N.F. appearing through [Proposed] Guardian Ad Litem, Leonora Ferrara Attorney for Petitioner**<br><br>Telephone: (213) 948-2349<br><br>Email: fields@markfieldslaw.com |
|---|---|
| Thomas M. Phillips, Esq.<br>Aaron G. Miller<br>THE PHILLIPS FIRM<br>800 Wilshire Boulevard, Suite 1550<br>Los Angeles, CA 90017 | Attorney for Defendant<br>**ANGELO FERRARA**<br><br>Telephone: (213) 244-9913<br>Facsimile: (213) 244-9915<br><br>Email: tphillips@thephillipsfirm.com |
| Dana Alden Fox, Esq.<br>Edward E. Ward, Jr., Esq.<br>Eric Y. Kizirian, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | Attorney for Defendant<br>**SANG LEE**<br><br>Telephone: (213) 580-3858<br>Facsimile: (213) 250-7900<br><br>Email: Dana.Fox@lewisbrisbois.com<br>Email: Edward.Ward@lewisbrisbois.com<br>Email: Eric.Kizirian@lewisbrisbois.com |