# EXHIBIT 7

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**ORDER PLAINTIFFS' MOTION TO COMPEL DEMAND FOR PRODUCTION OF DOCUMENTS SET NO. 1** |

2:16-cv-02129-SJO (RAOx)

[PROPOSED] ORDER

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |

Having considered Plaintiff Cory Spencer's Motion to Compel Production of Documents Set 1 brought against Defendant Alan Johnston aka Jalian Johnston and finding good cause therefore, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED THAT that Mr. Johnston overnight his cell phone(s), both his old, water damaged phone and his current phone to his counsel. Mr. Carey is directed to hand over the cell phone(s) to Todd Stefan at Setec Investigations, 8391 Beverly Blvd #167, Los Angeles, CA 90048, the party chosen by Plaintiffs to conduct the examination of the phone.

Mr. Otten and Mr. Carey shall ~~reasonably cooperate to~~ agree upon a set of search parameters to guide Mr. Stefan's forensic investigation of the phone(s), including text messages, contacts, photographs, and videos **by December 14, 2016. If the parties cannot agree upon a set of search parameters, they shall submit their proposed search parameters to the Court by December 14, 2016. (RAO)** Mr. Johnston is ordered to cooperate as necessary with Mr. Stefan with respect to passwords. Defendant Alan Johnston is ordered to pay the cost of the forensic investigation within 10 days of his attorney being sent a statement.

After Mr. Stefan recovers information from the phone(s) responsive to the agreed-upon set of search parameters (or to be set by the Court if it is necessary ~~for the Court to get involved at that level of granularity if counsel cannot agree on search parameters to provide to Mr. Stefan~~) (**RAO**), Mr. Stefan is directed to provide the information to Mr. Carey.

Next, from the information recovered by Mr. Stefan, ~~the~~ (**RAO**) Mr.

1  Carey shall designate the information formally copied and produced that is
2  responsive to the Request for Production of Documents.  Then, Mr.
3  Johnston may review the production and designate information
4  "CONFIDENTIAL" pursuant to the Court's Protective Order.  This
5  designation shall take place within one (1) day of receipt of the designated
6  production.  All parties are prohibited from providing any of the data
7  recovered from the cell phone(s) until after Mr. Johnston has the
8  opportunity to designate the information "CONFIDENTIAL" under the
9  Court's Protective Order.
10
11 Dated:     December 12, 2016
12
13 Signed:   _____Rozella A. Oli_____
14                  Hon. Rozella A. Oliver