**VEATCH CARLSON, LLP**
A Partnership Including Professional Corporations
1055 Wilshire Blvd., 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
RICHARD P. DIEFFENBACH, State Bar No. 102663
*rdieffenbach@veatchfirm.com*
JOHN P. WORGUL, State Bar No. 259150
*jworgul@veatchfirm.com*

Attorneys for Defendant,
BRANT BLAKEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br> Defendants. | **CASE NO.: 2:16-CV-02129-SJO-RAO** <br> **Hon. S. James Otero, Ctrm. 10C** <br><br> **Magistrate Judge:** <br> **Hon. Rozella A. Oliver** <br><br> **DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE:DEFENDANT BLAKEMAN'S MOTION TO COMPEL ANSWERS TO DISCOVERY** <br><br> DATE: January 25, 2017 <br> TIME: 10:00 a.m. <br> CTRM: F <br><br> **Action Commenced:**   **3/29/2016** <br> **Discovery Cutoff:**   **8/17/17** <br> **Pretrial Conf.:**   **10/23/17** <br> **Trial Date:**   **11/7/2017** |

---

1
**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

I, Richard P. Dieffenbach, declare and say:

1.  I am an attorney at law licensed by the State of California, a member of the bar of this court, and am a Senior Trial Attorney with Veatch Carlson LLP, attorneys for Defendant Brant Blakeman in this action.

2.  On Saturday January 21, 2017 at about 10:27 PM Mr. Otten filed a document that was listed as:

> **NOTICE OF MOTION AND MOTION for Hearing response motion to compel, re: Text Only Scheduling Notice, [203], filed by Plaintiff Coastal Protection Rangers, Inc.. Motion set for hearing on 1/25/2017 at 10:00 AM before Magistrate Judge Rozella A. Oliver. (Attachments: # (1) Exhibit 1, # (2) Exhibit Exhibit 2, # (3) Exhibit 3, # (4) Exhibit Exhibit 4, # (5) Exhibit Exhibit 5, # (6) Exhibit Exhibit 6, # (7) Exhibit Exhibit 7)(Otten, Victor)**

3.  Docket number 208 was actually a declaration filed by Plaintiff's counsel Victor Otten. The declaration is in reference to Defendant Brant Blakeman's motion to compel Plaintiffs to respond to interrogatories and production requests.  Despite the Court Ordering the parties to file a Joint Status Update by both parties counsel no later than January 18, 2017 (See Dkt. 158),  and Mr. Otten being unwilling to provide a portion of any such status update to be jointly filed, it is appears this is his attempt to belatedly comply with the Court's order.

4.  This declaration responds to the statements made in the declaration of Mr. Otten filed with the court January 21, 2017 and is provided to clarify the truth of the circumstances, which Mr. Otten mischaracterizes.

5.  On January 4, 2017 a meet and confer session, as ordered by the Court was scheduled by email.  (See Exhibits 1 & 2 that comprise email chains where Mr. Otten agreed to attend.)  Other counsel sought to attend as there were potential issues that would be similar in nature to disputes they may have with plaintiff.  (See Exhibit 3 that comprises and email chain providing a conference call number to counsel and Mr. Fields, counsel to Defendant Angelo          Ferrara and N.F. requesting to attend.).

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

6. Mr. Otten expressly disagreed with the participation of any other counsel in the meet and confer session. (See Exhibit 4 comprising an email chain where Mr. Otten states "The only thing being discussed this morning is the court ordered meet and confer related to Mr. Blakeman's discovery motion. I am not engaging in discussions with any counsel other attorneys for Mr. Blakeman regarding the motion we are conferring about.") This is despite the obvious fact that Mr. Blakeman's discovery request and the issues presented by this discovery dispute would have broad application to other counsel and one would expect resolution of this dispute may affect many other parties who may also pursue similar discovery to determine the witnesses and documents that support Plaintiffs' various claims against them.

7. The meeting was attended by myself, John Worgul, Robert Cooper, Laura Bell (telephonically), Mark Fields (telephonically) and Victor Otten. Mr. Otten's colleagues were provided the call in the number and were welcome to attend if they desired. As typical with discovery disputes, only Mr. Otten attended or addressed the issues in the meet and confer process.

8. At paragraph 6, page 3, lines 12-13, Mr. Otten misstates what he represented at the meet and confer session of January 4: He did not say he would "try" to supplement the responses by January 11, he said he would supplement them within a week of our January 4 meeting. I confirmed with him we would have the responses in hand by January 10, 2017. Written confirmation of the agreement was done by email the same day, January 4, 2017, at 6:19 PM. (See Dkt. 201, p. 3.) Mr. Otten never disputed receipt of this email or the contents of it documenting the agreement reached at the meet and confer session and despite being aware of this Court's Order that a Joint Status Update be filed by January 18, 2017.

9. Defendant Blakeman's attorneys had sought to have the supplemental responses in hand by January 10, 2017 to determine if a dispute still remained and to reasonably comply with the Court's Order requiring a Joint Status Update being filed by January

3

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

18, 2017.  If responses were received by that time Defendant Blakeman would have had the benefit of analyzing the responses to see if a dispute still remained or not in advance of filing the Court Ordered Joint Status Update.  No responses were sent before January 10, 2017 let alone in a manner to be received in advance of the filing of the Joint Status Update.

10.Regarding my email to Mr. Otten, on January 12, 2017 providing a draft Joint Status update he complains that this email was not sent to his colleagues.  This ignores that the meet and confer session was requested by me, to all counsel, and a call in number was provided to any who wished to participate.  On Plaintiffs' behalf only Mr. Otten responded, and only he showed up or otherwise participated.  He was the person who would respond for Plaintiffs.  He was the person who made the agreement to do so. He was the appropriate person to whom the confirming email was sent as well as the proposed Joint Status Update.  There was no need to send anyone else the documentation.  It's notable that this Court ordered a Joint Status Update by both parties' counsels and Mr. Otten, or any other of Plaintiffs' counsel, offers no reason, excuse, or justification for not providing input or information to be provided for the Joint Status Update to be filed by January 18, 2017.

11. Mr. Otten makes reference to being engaged in trial for January 18, 2017 in paragraph 8 of his declaration and to my knowledge of such circumstances.  This is false as he never had informed me of a trial he was engaged in.  If Mr. Otten was aware he would be engaged in trial preparation at a time that would conflict with his abilities to address the Court's Order he  could engage the help of the one of more than 150 attorneys at his co-counsels office at the firm of Hanson and Bridget, or the help of his own associate at his firm.  I note there is no reference to a case name, number, or court for the trial he claims interfered with his ability to perform his agreed supplementation. Such information is typically provided to substantiate a trial attorney's excuse for neglecting his responsibilities in another      matter.

4

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

12.  Mr. Otten complains that he is from a small firm of two attorneys working on this case for a pro bono circumstances.  Presumably Mr. Otten will deny in open court on the record any interest he may have in the Plaintiffs' claims for damages in excess of $50,000,000.00 being sought against the various defendants or attorneys fees he may seek in the matter.

13.  Mr. Otten offered evidence of his ability to serve as counsel  (See Dkt. 159-3, para. 1 and 25) yet he does not offer any evidence that he attempted to comply with this Court's Order for the parties to submit a Joint Status Update.  He offers nothing he did to try comply with this Court's Order.  Ignoring the order is unexcused.

14.  Mr. Otten's statement that "I had never seen this email" (See Dkt. 208 p.3 ln. 21-22.)  only indicates he does not read his emails.  The motion was filed December 7, 2016 the email did not exist until more than month later.  This also does not relieve Mr. Otten of the Court Order this Court provided all parties notice of to have a Joint Status Update filed by January 18, 2017.

15. Regarding the supplementation itself, the post mark indicates Plaintiff Cory Spencer and Costal Protection Rangers responses were marked on January 14, 2017.  This was the Saturday before the Martin Luther King, Jr. Holiday, which was celebrated on January 16, 2017.  Plaintiff Reed's responses were overnight mailed on January 19, 2017.  (See Exhibit 4 and 5.)  The responses were not received in our office until January 20, 2017 when they were routed through mailing and provided to the attorneys working on this matter.  Mr. Otten's representations are at odds with the facts as to how the responses were sent and the date of the Martin Luther King Jr. holiday.  (See Dkt. 208 p.3 ln 4-7.)

16.  The methods plaintiffs employed in sending the supplemental responses did not comport with acting in good faith to resolve or narrow this discovery dispute.  Plaintiffs' counsels' actions continue to be wrought with gamesmanship and delay.

17. The responses Mr. Otten references   were late, incomplete (notably no contact

5

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

information is provided any witness and no documents were produced), and still awaiting further analysis by my office (which may have been done if they were received on January 10, 2017 as Mr. Otten agreed to do).  To the extent they have been reviewed, they include unsubstantiated allegations and vague speculative references, such as, in response to the specific question request to identify witnesses to the nefarious charge of the complaint of Mr. Blakeman selling drugs, the only witness is someone named "the Weasel".(!) What the responses lack in substance they make up for in duplication and pagination, being over 90 pages of repetition.

18.  Mr. Otten's discussion of Alan Johnston's cell phone as a means of distracting from the issues raised in this motion is a sleight of hand maneuver by which he attempts to create some conspiracy theory argument from whole cloth.  Mr. Johnston's cell phone is irrelevant to the Blakeman motion or to Mr. Otten's and his clients' failure to provide discovery.  Plaintiffs' discovery obligations are not contingent in some way on their contentions as to what any other party does or does not do.

19.  Mr. Otten's suggestion that Blakeman's Rule 26 disclosures disclosing the documents Blakeman possessed was somehow lacking is also not pertinent to this motion.  The documents were identified as required by Rule 26.  Had Plaintiffs wanted them to be produced a request for production would be the means of seeking them.  Plaintiffs' delay in making that request is surely not defendants' fault.  Once requested though, the documents were produced.

20.  As anticipated, Plaintiffs delayed supplementing their discovery despite Mr. Otten's promise to do so.  The delay deprived Blakeman and his counsel of responses which further illuminate the absence of any actual basis to support the Plaintiffs' motion for class certification.  The delay occurred despite Blakeman's counsel's efforts to resolve the issues informally and in a timely manner.  Regrettably, the prejudice to Mr. Blakeman and to the full ventilation of the class certification issues caused by the unapologetic delay necessitated the            court's involvement.

6

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

21.  I request that the Court rule on the motion and provide appropriate relief.  In doing so it should be noted that Rule 56 motions will likely be sought based on the nature of the discovery requests and the relief this Court provides.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and personally known to me and if called as a witness I could and would competently so testify.

Executed this January 23, 2017, at Los Angeles, California.

By:        /s/ Richard P. Dieffenbach
           Richard P. Dieffenbach
           Declaran

**DECLARATION OF RICHARD P. DIEFFENBACH IN REPLY TO DECLARATION OF VICTOR OTTEN RE: DEFENDANT BLAKEMAN'S MOTON TO COMPEL ANSWERS TO DISCOVERY**

# EXHIBIT 1

## John Worgul

**From:** Richard P. Dieffenbach

**Sent:** Tuesday, January 03, 2017 3:00 PM

**To:** Samantha Wolff; Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob

**Cc:** Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson

**Subject:** RE: Spencer v. Lunada Bay Boys

Will we see you at 11 tomorrow in our office for the court ordered meet and confer?

---

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]

**Sent:** Tuesday, January 03, 2017 1:31 PM

**To:** Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob

**Cc:** Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson

**Subject:** RE: Spencer v. Lunada Bay Boys

Mark (and all),

Our apologies for the oversight. Attached are both experts' CVs. We will also be filing an errata to correct this error.

Sincerely,
Samantha

---

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]

**Sent:** Monday, January 2, 2017 5:42 PM

**To:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>

**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>

**Subject:** Spencer v. Lunada Bay Boys

Dear Plaintiffs' Counsel:

The Declarations of Philip King (Dkt. # 159-7) and Peter Neushul (Dkt. # 159-8) both reference that their curriculum vitae is attached as Exhibit 1.  However, neither Declaration attaches an Exhibit 1.  Please forward the curriculum vitaes for those individuals at your earliest convenience.

Regards, Mark Fields


Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note:  The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please immediately return the original transmission to us at the email address above.  Thank you.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]

**Sent:** Friday, December 23, 2016 8:44 AM

**To:** John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark C. Fields <fields@MARKFIELDSLAW.COM>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>

**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>

**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Please forward a copy of the proof of service from your process server.

Mr. Taloa will rearrange his travel plans to accommodate your office.  But please note that we did not set his

deposition initially and it was not our obligation to consult with your office as to your availability for a deposition that was noticed by your co-counsel. We expect counsel for all defendants to coordinate amongst yourselves in that regard.

Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 4:27 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Ms. Wolf:

We appreciate your below email. A copy of the subpoena is attached although it is only the copy that was provided to our process server. I do not have a copy of the fees at this time and I understand Mr.Taloa was served this morning.

While we appreciate Mr. Taloa is allegedly traveling on January 5, 2017 my client also has very serious allegations that have been levied against him and there is a class certification motion that is upcoming. I also appreciate that you *may* make Mr. Taloa available for deposition but it is also my understanding that the City has been seeking his deposition since October and plaintiffs failed to provide dates for his deposition until recently. As you may be aware an attorney accepting a subpoena does not necessarily make a subpoena enforceable and in fact subpoenas typically only are enforceable when personally served upon a third party.

Please further note that no person ever consulted with our office if December 29, 2016 was a date that was available for us. I do not know if you even consulted with any other defendant other than the City as to the availability of this date. That date is notably not available for us and we cannot accommodate it. Mr. Taloa, per my understanding, was also not under subpoena for that date either and the City is agreeable to proceeding on January 5, 2016.

Should Mr. Taloa fail to appear for deposition on January 5, 2016 we will seek that he be compelled to appear for deposition and also seek the exclusion of any evidence Mr. Taloa may provide in support of plaintiffs' case. There may be alternative ways to address Mr. Taloa's location and availability during that time or potentially another date during that week or the next that we may be able to accommodate. If you desire to change the dates or potentially some other way to accommodate Mr. Taloa *that does not prejudice my client's defense* I am open to listening to your suggestions. Unless we have reached an agreement to proceed in some other manner though we expect Mr. Taloa to appear for his deposition and will proceed as stated.

Sincerely,

John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II
(18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended
recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic
message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Thursday, December 15, 2016 3:54 PM
**To:** John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward
Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E.
Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Mark Fields; Patrick Au; Peter
Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips;
Tyson M. Shower; Victor Otten; Song, Jacob
**Cc:** Arlene Black; Christina Rodriguez
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Mr. Taloa is traveling the first week of January and is not available for a deposition on January 5th.  He remains
available for deposition on December 29th or we can look for alternative dates after January 9th if you'd prefer.

In the future, we would appreciate it if you would consult with us regarding the convenience of deposition
dates—as we've done in this matter and as the City had done in noticing Mr. Taloa's deposition for December
29—before serving any notices or subpoenas.  If you had done so, we would have advised you regarding Mr.
Taloa's unavailability and also would have agreed to accept service of the subpoena on his behalf since, as you
know, we represent him.  In that regard, please provide us with a copy of the subpoena, as well as any fees
tendered, which was served on Mr. Taloa's home early this morning.

Sincerely,
Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 11:43 AM
**To:** Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline
Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian
<Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey
<pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary
<JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani
<kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey
<LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark Fields
<fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>;
Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert

Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Samantha Wolff
<SWolff@hansonbridgett.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Counsel:

Please be advised that Mr. Taloa was served with a subpoena for appearance at deposition for the date of
January 5, 2017, at my office.  Attached is the deposition notice associated with that date and time.  The notice
will be served by mail today.

Please advise if you intend to attend and if your appearance will be in person or telephonically.  Please also
include Ms. Black and Ms. Rodriguez on any replies to this email.

Sincerely,

John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II
(18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended
recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic
message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

# EXHIBIT 2

## John Worgul

**From:**   Richard P. Dieffenbach

**Sent:**   Tuesday, January 03, 2017 4:14 PM

**To:**   Victor Otten

**Cc:**   Samantha Wolff; Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson

**Subject:** RE: Spencer v. Lunada Bay Boys

Thanks

---

**From:** Victor Otten [mailto:vic@ottenlawpc.com]
**Sent:** Tuesday, January 03, 2017 4:13 PM
**To:** Richard P. Dieffenbach
**Cc:** Samantha Wolff; Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
**Subject:** Re: Spencer v. Lunada Bay Boys

Tomorrow at 11 is fine

Sent from my iPhone

On Jan 3, 2017, at 3:00 PM, Richard P. Dieffenbach <RDieffenbach@veatchfirm.com> wrote:

> Will we see you at 11 tomorrow in our office for the court ordered meet and confer?

> ---

> **From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
> **Sent:** Tuesday, January 03, 2017 1:31 PM
> **To:** Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
> **Cc:** Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
> **Subject:** RE: Spencer v. Lunada Bay Boys

> Mark (and all),

> Our apologies for the oversight.  Attached are both experts' CVs.  We will also be filing an errata to correct this error.

> Sincerely,
> Samantha

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Monday, January 2, 2017 5:42 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul <JWorgul@veatchfirm.com>;
Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>;
Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel
M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr.
<Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray
<HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt)
<pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John
E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A.
Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura
Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin
<PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Plaintiffs' Counsel:

The Declarations of Philip King (Dkt. # 159-7) and Peter Neushul (Dkt. # 159-8)
both reference that their curriculum vitae is attached as Exhibit 1. However, neither
Declaration attaches an Exhibit 1. Please forward the curriculum vitaes for those
individuals at your earliest convenience.

Regards, Mark Fields

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note: The information contained in this transmission is legally
privileged and confidential information intended only for the use of the individual or
entity named above. If the reader of this transmission is not the intended recipient,
you are hereby notified that any use, dissemination, distribution or copying of this
transmission is strictly prohibited. If you have received this transmission in error,
please immediately return the original transmission to us at the email address
above. Thank you.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Friday, December 23, 2016 8:44 AM
**To:** John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E.
<Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee
<CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley

14

<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric
Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick
Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer
A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita
Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>;
Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark C.
Fields <fields@MARKFIELDSLAW.COM>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin
<PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Please forward a copy of the proof of service from your process server.

Mr. Taloa will rearrange his travel plans to accommodate your office.  But please note that we did
not set his deposition initially and it was not our obligation to consult with your office as to your
availability for a deposition that was noticed by your co-counsel.  We expect counsel for all
defendants to coordinate amongst yourselves in that regard.

Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 4:27 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Reeves, Danielle E.
<Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee
<CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric
Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick
Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer
A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita
Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>;
Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark
Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin
<PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Ms. Wolf:

We appreciate your below email.  A copy of the subpoena is attached although it is only the copy
that was provided to our process server.  I do not have a copy of the fees at this time and I

understand Mr.Taloa was served this morning.

While we appreciate Mr. Taloa is allegedly traveling on January 5, 2017 my client also has very serious allegations that have been levied against him and there is a class certification motion that is upcoming. I also appreciate that you *may* make Mr. Taloa available for deposition but it is also my understanding that the City has been seeking his deposition since October and plaintiffs failed to provide dates for his deposition until recently. As you may be aware an attorney accepting a subpoena does not necessarily make a subpoena enforceable and in fact subpoenas typically only are enforceable when personally served upon a third party.

Please further note that no person ever consulted with our office if December 29, 2016 was a date that was available for us. I do not know if you even consulted with any other defendant other than the City as to the availability of this date. That date is notably not available for us and we cannot accommodate it. Mr. Taloa, per my understanding, was also not under subpoena for that date either and the City is agreeable to proceeding on January 5, 2016.

Should Mr. Taloa fail to appear for deposition on January 5, 2016 we will seek that he be compelled to appear for deposition and also seek the exclusion of any evidence Mr. Taloa may provide in support of plaintiffs' case. There may be alternative ways to address Mr. Taloa's location and availability during that time or potentially another date during that week or the next that we may be able to accommodate. If you desire to change the dates or potentially some other way to accommodate Mr. Taloa *that does not prejudice my client's defense* I am open to listening to your suggestions. Unless we have reached an agreement to proceed in some other manner though we expect Mr. Taloa to appear for his deposition and will proceed as stated.

Sincerely,


John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Thursday, December 15, 2016 3:54 PM
**To:** John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Mark Fields; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
**Cc:** Arlene Black; Christina Rodriguez
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Mr. Taloa is traveling the first week of January and is not available for a deposition on January 5th. He remains available for deposition on December 29th or we can look for alternative dates after

January 9th if you'd prefer.

In the future, we would appreciate it if you would consult with us regarding the convenience of deposition dates—as we've done in this matter and as the City had done in noticing Mr. Taloa's deposition for December 29—before serving any notices or subpoenas. If you had done so, we would have advised you regarding Mr. Taloa's unavailability and also would have agreed to accept service of the subpoena on his behalf since, as you know, we represent him. In that regard, please provide us with a copy of the subpoena, as well as any fees tendered, which was served on Mr. Taloa's home early this morning.

Sincerely,
Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 11:43 AM
**To:** Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Counsel:

Please be advised that Mr. Taloa was served with a subpoena for appearance at deposition for the date of January 5, 2017, at my office. Attached is the deposition notice associated with that date and time. The notice will be served by mail today.

Please advise if you intend to attend and if your appearance will be in person or telephonically. Please also include Ms. Black and Ms. Rodriguez on any replies to this email.

Sincerely,

John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications

Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

18

# EXHIBIT 3

## John Worgul

**From:** Richard P. Dieffenbach

**Sent:** Wednesday, January 04, 2017 10:36 AM

**To:** Mark C. Fields; Victor Otten

**Cc:** Samantha Wolff; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson

**Subject:** RE: Spencer v. Lunada Bay Boys

The conference call in for this is:

213-404-1177 and then conference ID number is 1154#

If you don't get connected call the main number 213-381-2861 and we will figure it out.

Call at 11 a.m.

Thanks.

---

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Wednesday, January 04, 2017 10:14 AM
**To:** Richard P. Dieffenbach; Victor Otten
**Cc:** Samantha Wolff; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
**Subject:** RE: Spencer v. Lunada Bay Boys

Richard,

Please remember to circulate the dial-in #.

Thanks, Mark

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note:  The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please immediately return the original transmission to us at

19

the email address above.  Thank you.

**From:** Richard P. Dieffenbach [mailto:RDieffenbach@veatchfirm.com]
**Sent:** Tuesday, January 03, 2017 4:23 PM
**To:** Mark C. Fields <fields@MARKFIELDSLAW.COM>; Victor Otten <vic@ottenlawpc.com>
**Cc:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle
E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee
<CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian
<Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey
<pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary
<JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandan
<kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey
<LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>;
Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Robert Cooper
<rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz
<Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower
<TShower@hansonbridgett.com>; Song, Jacob <Jacob.Song@KutakRock.com>; Arlene Black
<ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>; Ann D. Ghiorso
<aghiorso@hansonbridgett.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

No problem.  We can have a conference call number set up and will notify all of the conference call info  tomorrow
morning.

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Tuesday, January 03, 2017 4:20 PM
**To:** Victor Otten; Richard P. Dieffenbach
**Cc:** Samantha Wolff; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M.
Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A.
Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter
Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song,
Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
**Subject:** RE: Spencer v. Lunada Bay Boys

Richard:

My understanding is that the parties who are required to meet and confer are counsel for
Blakeman and counsel for the Plaintiffs.  However, since there are likely to be similar discovery
issues involving other Defendants, I would like to also attend.  Since the Order doesn't require
my attendance, I would like to attend telephonically.  Would you mind if myself and other
defense counsel attended  telephonically?

Regards, Mark

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com

1/23/2017                                                    20

Skype: markfields777

Confidentiality Note:  The information contained in this transmission is legally privileged and
confidential information intended only for the use of the individual or entity named above.  If the
reader of this transmission is not the intended recipient, you are hereby notified that any use,
dissemination, distribution or copying of this transmission is strictly prohibited.  If you have
received this transmission in error, please immediately return the original transmission to us at
the email address above.  Thank you.

**From:** Victor Otten [mailto:vic@ottenlawpc.com]
**Sent:** Tuesday, January 03, 2017 4:13 PM
**To:** Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>
**Cc:** Samantha Wolff <SWolff@hansonbridgett.com>; Mark C. Fields <fields@MARKFIELDSLAW.COM>; John
Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen
<aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox
<Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr.
<Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray
<HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt)
<pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart
<JStobart@veatchfirm.com>; Kavita Tekchandan <kavita@ottenlawpc.com>; Kurt A. Franklin
<kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell
<lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>;
Peter Haven (Alt) <peter@havenlaw.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Song, Jacob
<Jacob.Song@KutakRock.Com>; Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez
<crodriguez@veatchfirm.com>; Ann D. Ghiorso <aghiorso@hansonbridgett.com>; Ambra S. Jackson
<AJackson@hansonbridgett.com>
**Subject:** Re: Spencer v. Lunada Bay Boys

Tomorrow at 11 is fine

Sent from my iPhone

On Jan 3, 2017, at 3:00 PM, Richard P. Dieffenbach <RDieffenbach@veatchfirm.com> wrote:

> Will we see you at 11 tomorrow in our office for the court ordered meet and confer?

> **From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
> **Sent:** Tuesday, January 03, 2017 1:31 PM
> **To:** Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox;
> Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey
> (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey;
> Laura Bell ; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper;
> Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
> **Cc:** Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
> **Subject:** RE: Spencer v. Lunada Bay Boys

> Mark (and all),

> Our apologies for the oversight.  Attached are both experts' CVs.  We will also be filing an errata to

correct this error.

Sincerely,
Samantha

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Monday, January 2, 2017 5:42 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Plaintiffs' Counsel:

The Declarations of Philip King (Dkt. # 159-7) and Peter Neushul (Dkt. # 159-8) both reference that their curriculum vitae is attached as Exhibit 1. However, neither Declaration attaches an Exhibit 1. Please forward the curriculum vitaes for those individuals at your earliest convenience.

Regards, Mark Fields

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note: The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately return the original transmission to us at the email address above. Thank you.

22

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Friday, December 23, 2016 8:44 AM
**To:** John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E.
<Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee
<CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric
Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick
Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer
A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita
Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>;
Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark C.
Fields <fields@MARKFIELDSLAW.COM>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin
<PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.Com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Please forward a copy of the proof of service from your process server.

Mr. Taloa will rearrange his travel plans to accommodate your office. But please note that we did
not set his deposition initially and it was not our obligation to consult with your office as to your
availability for a deposition that was noticed by your co-counsel. We expect counsel for all
defendants to coordinate amongst yourselves in that regard.

Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 4:27 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Reeves, Danielle E.
<Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee
<CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric
Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick
Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer
A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita
Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>;
Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark
Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin
<PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten
<vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.Com>

23

**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Ms. Wolf:

We appreciate your below email.  A copy of the subpoena is attached although it is only the copy that was provided to our process server.  I do not have a copy of the fees at this time and I understand Mr.Taloa was served this morning.

While we appreciate Mr. Taloa is allegedly traveling on January 5, 2017 my client also has very serious allegations that have been levied against him and there is a class certification motion that is upcoming.  I also appreciate that you *may* make Mr. Taloa available for deposition but it is also my understanding that the City has been seeking his deposition since October and plaintiffs failed to provide dates for his deposition until recently.  As you may be aware an attorney accepting a subpoena does not necessarily make a subpoena enforceable and in fact subpoenas typically only are enforceable when personally served upon a third party.

Please further note that no person ever consulted with our office if December 29, 2016 was a date that was available for us.  I do not know if you even consulted with any other defendant other than the City as to the availability of this date.  That date is notably not available for us and we cannot accommodate it. Mr. Taloa, per my understanding, was also not under subpoena for that date either and the City is agreeable to proceeding on January 5, 2016.

Should Mr. Taloa fail to appear for deposition on January 5, 2016 we will seek that he be compelled to appear for deposition  and also seek the exclusion of any evidence Mr. Taloa may provide in support of plaintiffs' case.  There may be alternative ways to address Mr. Taloa's location and availability during that time or potentially another date during that week or the next that we may be able to accommodate.  If you desire to change the dates or potentially some other way to accommodate Mr. Taloa *that does not prejudice my client's defense* I am open to listening to your suggestions.  Unless we have reached an agreement to proceed in some other manner though we expect Mr. Taloa to appear for his deposition and will proceed as stated.

Sincerely,


John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Thursday, December 15, 2016 3:54 PM
**To:** John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Mark Fields; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
**Cc:** Arlene Black; Christina Rodriguez

24

**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Mr. Taloa is traveling the first week of January and is not available for a deposition on January 5th. He remains available for deposition on December 29th or we can look for alternative dates after January 9th if you'd prefer.

In the future, we would appreciate it if you would consult with us regarding the convenience of deposition dates—as we've done in this matter and as the City had done in noticing Mr. Taloa's deposition for December 29—before serving any notices or subpoenas. If you had done so, we would have advised you regarding Mr. Taloa's unavailability and also would have agreed to accept service of the subpoena on his behalf since, as you know, we represent him. In that regard, please provide us with a copy of the subpoena, as well as any fees tendered, which was served on Mr. Taloa's home early this morning.

Sincerely,
Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 11:43 AM
**To:** Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Counsel:

Please be advised that Mr. Taloa was served with a subpoena for appearance at deposition for the date of January 5, 2017, at my office. Attached is the deposition notice associated with that date and time. The notice will be served by mail today.

Please advise if you intend to attend and if your appearance will be in person or telephonically. Please also include Ms. Black and Ms. Rodriguez on any replies to this email.

Sincerely,

John P. Worgul, Esq.

Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

## John Worgul

**From:** Victor Otten [vic@ottenlawpc.com]

**Sent:** Wednesday, January 04, 2017 11:05 AM

**To:** John Worgul

**Cc:** Laura L. Bell; Mark C. Fields; Richard P. Dieffenbach; Samantha Wolff; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson

**Subject:** Re: Spencer v. Lunada Bay Boys

II am not sure the purpose of the call in number. The only thing being discussed this morning is the court ordered meet and confer related to Mr. Blakemans discovery motion. I am not engaging in discussion with any counsel other attorneys for Mr. Blakeman regarding the motion we are conferring about.

Sent from my iPhone

On Jan 4, 2017, at 10:31 AM, John Worgul <JWorgul@veatchfirm.com> wrote:

Dial in: 213-404-1177
Conference ID is 1154#

John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Laura L. Bell [mailto:lbell@bremerwhyte.com]
**Sent:** Wednesday, January 04, 2017 10:16 AM
**To:** Mark C. Fields
**Cc:** Richard P. Dieffenbach; Victor Otten; Samantha Wolff; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
**Subject:** Re: Spencer v. Lunada Bay Boys

27

What is the dial in #?

Sent from my iPhone

On Jan 4, 2017, at 10:13 AM, Mark C. Fields <fields@MARKFIELDSLAW.COM> wrote:

Richard,

Please remember to circulate the dial-in #.

Thanks, Mark

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note:  The information contained in this transmission is
legally privileged and confidential information intended only for the use
of the individual or entity named above.  If the reader of this
transmission is not the intended recipient, you are hereby notified that
any use, dissemination, distribution or copying of this transmission is
strictly prohibited.  If you have received this transmission in error, please
immediately return the original transmission to us at the email address
above.  Thank you.

**From:** Richard P. Dieffenbach [mailto:RDieffenbach@veatchfirm.com]
**Sent:** Tuesday, January 03, 2017 4:23 PM
**To:** Mark C. Fields <fields@MARKFIELDSLAW.COM>; Victor Otten
<vic@ottenlawpc.com>
**Cc:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul
<JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>;
Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>;
Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr.
<Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>;
Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J.
Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary
<JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>;
Kavita Tekchandan <kavita@ottenlawpc.com>; Kurt A. Franklin
<kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>;
Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter
Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>;
Robert Cooper <rcooper@buchalter.com>; Rob Mackey
<RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M.
Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower
<TShower@hansonbridgett.com>; Song, Jacob <Jacob.Song@KutakRock.com>;

Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>; Ann D. Ghiorso <aghiorso@hansonbridgett.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

No problem.  We can have a conference call number set up and will notify all of the conference call info  tomorrow morning.

---

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Tuesday, January 03, 2017 4:20 PM
**To:** Victor Otten; Richard P. Dieffenbach
**Cc:** Samantha Wolff; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr.; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandan; Kurt A. Franklin; Landon D. Bailey; Laura Bell; Patrick Au; Peter Crossin; Peter Haven (Alt); Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Song, Jacob; Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
**Subject:** RE: Spencer v. Lunada Bay Boys

Richard:

My understanding is that the parties who are required to meet and confer are counsel for Blakeman and counsel for the Plaintiffs. However, since there are likely to be similar discovery issues involving other Defendants, I would like to also attend.  Since the Order doesn't require my attendance, I would like to attend telephonically.  Would you mind if myself and other defense counsel attended  telephonically?

Regards, Mark


Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com
Skype: markfields777

Confidentiality Note:  The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please immediately return the original transmission to us at the email address above.  Thank you.

---

**From:** Victor Otten [mailto:vic@ottenlawpc.com]
**Sent:** Tuesday, January 03, 2017 4:13 PM
**To:** Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>

29

**Cc:** Samantha Wolff <SWolff@hansonbridgett.com>; Mark C. Fields <fields@MARKFIELDSLAW.COM>; John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandan <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Song, Jacob <Jacob.Song@KutakRock.com>; Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>; Ann D. Ghiorso <aghiorso@hansonbridgett.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>
**Subject:** Re: Spencer v. Lunada Bay Boys

Tomorrow at 11 is fine

Sent from my iPhone

On Jan 3, 2017, at 3:00 PM, Richard P. Dieffenbach <RDieffenbach@veatchfirm.com> wrote:

> Will we see you at 11 tomorrow in our office for the court ordered meet and confer?

> **From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
> **Sent:** Tuesday, January 03, 2017 1:31 PM
> **To:** Mark C. Fields; John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
> **Cc:** Arlene Black; Christina Rodriguez; Ann D. Ghiorso; Ambra S. Jackson
> **Subject:** RE: Spencer v. Lunada Bay Boys

> Mark (and all),

> Our apologies for the oversight. Attached are both experts' CVs. We will also be filing an errata to correct this error.

> Sincerely,

30

Samantha

**From:** Mark C. Fields [mailto:fields@MARKFIELDSLAW.COM]
**Sent:** Monday, January 2, 2017 5:42 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Plaintiffs' Counsel:

The Declarations of Philip King (Dkt. # 159-7) and Peter Neushul (Dkt. # 159-8) both reference that their curriculum vitae is attached as Exhibit 1. However, neither Declaration attaches an Exhibit 1. Please forward the curriculum vitaes for those individuals at your earliest convenience.

Regards, Mark Fields

Mark C. Fields
Law Offices of Mark C. Fields, APC
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071
Voice: 213.617.5225  Fax: 213.629.4520
E-Mail: fields@markfieldslaw.com

31

Skype: markfields777

Confidentiality Note: The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately return the original transmission to us at the email address above. Thank you.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Friday, December 23, 2016 8:44 AM
**To:** John Worgul <JWorgul@veatchfirm.com>; Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark C. Fields <fields@MARKFIELDSLAW.COM>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Please forward a copy of the proof of service from your process server.

Mr. Taloa will rearrange his travel plans to accommodate your office. But please note that we did not set his deposition initially and it was not our obligation to consult with your office as to your availability for a deposition that was noticed by your co-counsel. We expect counsel for all defendants to coordinate amongst yourselves in that regard.

32

Samantha

---

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 4:27 PM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Reeves, Danielle E.
<Danielle.Reeves@KutakRock.Com>; Audrey Olsen
<aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>;
Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley
<dmcrowley@boothmitchel.com>; Edward Ward, Jr.
<Edward.Ward@lewisbrisbois.com>; Eric Kizirian
<Eric.Kizirian@lewisbrisbois.com>; Heather Gray
<HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J.
Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A.
Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart
<JStobart@veatchfirm.com>; Kavita Tekchandani
<kavita@ottenlawpc.com>; Kurt A. Franklin
<kfranklin@hansonbridgett.com>; Landon D. Bailey
<LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>;
Mark Fields <fields@markfieldslaw.com>; Patrick Au
<pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>;
Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach
<RDieffenbach@veatchfirm.com>; Robert Cooper
<rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>;
Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips
<tphillips@thephillipsfirm.com>; Tyson M. Shower
<TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>;
Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez
<crodriguez@veatchfirm.com>
**Subject:** RE: Spencer v. Lunada Bay Boys

Ms. Wolf:

We appreciate your below email. A copy of the subpoena is attached
although it is only the copy that was provided to our process server. I do
not have a copy of the fees at this time and I understand Mr.Taloa was
served this morning.

While we appreciate Mr. Taloa is allegedly traveling on January 5, 2017
my client also has very serious allegations that have been levied against
him and there is a class certification motion that is upcoming. I also
appreciate that you *may* make Mr. Taloa available for deposition but it is
also my understanding that the City has been seeking his deposition
since October and plaintiffs failed to provide dates for his deposition until
recently. As you may be aware an attorney accepting a subpoena does
not necessarily make a subpoena enforceable and in fact subpoenas
typically only are enforceable when personally served upon a third party.

Please further note that no person ever consulted with our office if
December 29, 2016 was a date that was available for us. I do not know
if you even consulted with any other defendant other than the City as to
the availability of this date. That date is notably not available for us and

33

we cannot accommodate it. Mr. Taloa, per my understanding, was also not under subpoena for that date either and the City is agreeable to proceeding on January 5, 2016.

Should Mr. Taloa fail to appear for deposition on January 5, 2016 we will seek that he be compelled to appear for deposition  and also seek the exclusion of any evidence Mr. Taloa may provide in support of plaintiffs' case.  There may be alternative ways to address Mr. Taloa's location and availability during that time or potentially another date during that week or the next that we may be able to accommodate.  If you desire to change the dates or potentially some other way to accommodate Mr. Taloa *that does not prejudice my client's defense* I am open to listening to your suggestions.  Unless we have reached an agreement to proceed in some other manner though we expect Mr. Taloa to appear for his deposition and will proceed as stated.

Sincerely,


John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Thursday, December 15, 2016 3:54 PM
**To:** John Worgul; Reeves, Danielle E.; Audrey Olsen; Caroline Lee; Dana Alden Fox; Daniel M. Crowley; Edward Ward, Jr. ; Eric Kizirian; Heather Gray; J. Patrick Carey; J. Patrick Carey (Alt); Jennifer A. Foldvary; John E. Stobart; Kavita Tekchandani; Kurt A. Franklin; Landon D. Bailey; Laura Bell ; Mark Fields; Patrick Au; Peter Crossin; Peter Haven (Alt); Richard P. Dieffenbach; Robert Cooper; Rob Mackey; Tera Lutz; Thomas M. Phillips; Tyson M. Shower; Victor Otten; Song, Jacob
**Cc:** Arlene Black; Christina Rodriguez
**Subject:** RE: Spencer v. Lunada Bay Boys

Counsel,

Mr. Taloa is traveling the first week of January and is not available for a deposition on January 5th.  He remains available for deposition on December 29th or we can look for alternative dates after January 9th if you'd prefer.

In the future, we would appreciate it if you would consult with us regarding the convenience of deposition dates—as we've done in this

matter and as the City had done in noticing Mr. Taloa's deposition for December 29—before serving any notices or subpoenas. If you had done so, we would have advised you regarding Mr. Taloa's unavailability and also would have agreed to accept service of the subpoena on his behalf since, as you know, we represent him. In that regard, please provide us with a copy of the subpoena, as well as any fees tendered, which was served on Mr. Taloa's home early this morning.

Sincerely,
Samantha

**From:** John Worgul [mailto:JWorgul@veatchfirm.com]
**Sent:** Thursday, December 15, 2016 11:43 AM
**To:** Reeves, Danielle E. <Danielle.Reeves@KutakRock.Com>; Audrey Olsen <aolson@buchalter.com>; Caroline Lee <CLee@hansonbridgett.com>; Dana Alden Fox <Dana.Fox@lewisbrisbois.com>; Daniel M. Crowley <dmcrowley@boothmitchel.com>; Edward Ward, Jr. <Edward.Ward@lewisbrisbois.com>; Eric Kizirian <Eric.Kizirian@lewisbrisbois.com>; Heather Gray <HGray@veatchfirm.com>; J. Patrick Carey <pat@patcareylaw.com>; J. Patrick Carey (Alt) <pat@southbaydefenselawyer.com>; Jennifer A. Foldvary <JFoldvary@hansonbridgett.com>; John E. Stobart <JStobart@veatchfirm.com>; Kavita Tekchandani <kavita@ottenlawpc.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; Landon D. Bailey <LBailey@hansonbridgett.com>; Laura Bell <lbell@bremerwhyte.com>; Mark Fields <fields@markfieldslaw.com>; Patrick Au <pau@bremerwhyte.com>; Peter Crossin <PCrossin@veatchfirm.com>; Peter Haven (Alt) <peter@havenlaw.com>; Richard P. Dieffenbach <RDieffenbach@veatchfirm.com>; Robert Cooper <rcooper@buchalter.com>; Rob Mackey <RMackey@veatchfirm.com>; Samantha Wolff <SWolff@hansonbridgett.com>; Tera Lutz <Tera.Lutz@lewisbrisbois.com>; Thomas M. Phillips <tphillips@thephillipsfirm.com>; Tyson M. Shower <TShower@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Song, Jacob <Jacob.Song@KutakRock.com>
**Cc:** Arlene Black <ABlack@veatchfirm.com>; Christina Rodriguez <crodriguez@veatchfirm.com>
**Subject:** Spencer v. Lunada Bay Boys

Dear Counsel:

Please be advised that Mr. Taloa was served with a subpoena for appearance at deposition for the date of January 5, 2017, at my office. Attached is the deposition notice associated with that date and time. The notice will be served by mail today.

Please advise if you intend to attend and if your appearance will be in person or telephonically. Please also include Ms. Black and Ms. Rodriguez on any replies to this email.

Sincerely,

John P. Worgul, Esq.
Associate Attorney
Veatch Carlson, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
(213) 381-2861 Office
(213) 383-6370 Fax

This electronic transmission, and any documents attached hereto, (a) are protected by
the Electronic Communications Privacy Act Title II (18 U.S.C. §§ 2701-12), (b) may contain
confidential and/or legally privileged information, and (c) are for the sole use of the
intended recipient named above. If you have received this electronic message in error,
please notify the sender and delete the electronic message. Any disclosure, copying,
distribution, or use of the contents of the information received in error is strictly prohibited.

# EXHIBIT 4

**Hanson Bridgett LLP**
425 Market Street, 26th Floor
San Francisco, CA  94105

HansonBridgett

Robert T. Mackey
Peter H. Crossin
Richard P. Dieffenbach
John P. Worgul
John E. Stobart
VEATCH CARLSON, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA  90017



Los Angeles DPAG 00052
SAT 14 JAN 2017    PM

37

# EXHIBIT 5



**UNITED STATES POSTAL SERVICE®**

For Domestic and International Use    Label 107R, May 2014



RECEIVED
JAN 2 - 2017
BY:

Robert T. Mackey, Esq.
Peter H. Crossin, Esq.
Richard P. Dieffenbach, Esq.
John P. Worgul, Esq.
**YEATCH CARLSON, LLP**
1055 Wilshire boulevard, 11th Floor
Los Angeles, Ca 90017

**UNITED STATES POSTAL SERVICE.**

*Retail*

**P**

**US POSTAGE PAID**
**$6.45**

Origin: 90505
Destination: SC017
1 Lb 130 Oz
Jan 19, 17
0578720393-02

1005

**PRIORITY MAIL ®1-Day**

Expected Delivery Day: 01/20/2017    C002

**USPS TRACKING NUMBER**



9505 5161 9527 7019 0855 64

38