UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | CV 16-2129-SJO-RAO | Date: January 30, 2017 |
| Title: | Cory Spencer et al v. Lunada Bay Boys et al | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **RE CALL-IN INFORMATION–TELEPHONIC CONFERENCE**

**A Telephonic conference** has been scheduled for **Wednesday, February 1, 2017 at 11:30am**.

The following is the call-in information:

| | |
|---|---|
| Call-in Number: | **(213) 894- 0800** |
| Meeting ID: | **1112#** |
| User Password: | **7547#** |

*Note:* The lines will open 15 minutes before & 15 minutes after

*To mute the Hold Music, the first participant in the conference should enter *99 after entering the meeting and hearing the music. As participants enter the meeting they will be announced as usual.*

*If you have any problems connecting to this call, please contact the Space & Facilities Help Desk at 213.894.1400.*

| | : |
|---|---|
| | Initials of Preparer   gr |