```
 1  HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
 2  kfranklin@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
 3  swolff@hansonbridgett.com
    CAROLINE LEE, SBN 293297
 4  clee@hansonbridgett.com
    JENNIFER ANIKO FOLDVARY, SBN 292216
 5  jfoldvary@hansonbridgett.com
    425 Market Street, 26th Floor
 6  San Francisco, California 94105
    Telephone: (415) 777-3200
 7  Facsimile:  (415) 541-9366

 8  HANSON BRIDGETT LLP
    TYSON M. SHOWER, SBN 190375
 9  tshower@hansonbridgett.com
    LANDON D. BAILEY, SBN 240236
10  lbailey@hansonbridgett.com
    500 Capitol Mall, Suite 1500
11  Sacramento, California 95814
    Telephone: (916) 442-3333
12  Facsimile:  (916) 442-2348

13  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
14  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
15  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
16  Torrance, California 90505
    Telephone: (310) 378-8533
17  Facsimile:  (310) 347-4225

18  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
19  REED, and COASTAL PROTECTION
    RANGERS, INC.

20
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF PLAINTIFFS' RESPONSE TO BLAKEMAN'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. S. James Otero |


Case 2:16-cv-02129-SJO-RAO   Document 214-1   Filed 01/31/17   Page 2 of 3   Page ID #:4375

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Date: February 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.:10C |

I, Samantha Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, and my firm, along with Otten Law PC, is counsel of record for Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. in this matter. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit A** is a true and correct copy of relevant excerpts from the deposition of Plaintiff Diana Milena Reed, taken October 24-25, 2016 in Santa Monica, California. The relevant excerpts are from the second day of testimony, on October 25, 2016, and appear in Volume II of the deposition transcript.


13085349.1

-2-    Case No. 2:16-cv-02129-SJO (RAOx)
DECL. WOLFF SUPP. PLTF.'S RESP. TO BLAKEMAN'S REQ. FOR JUDICIAL NOT.

1     I declare under penalty of perjury under the laws of the United States
2 of America that the foregoing is true and correct.
3     Executed January 31, 2017, at Walnut Creek, California.
4
5                                              */s/ Samantha D. Wolff*
6                                              Samantha D. Wolff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28