# Exhibit A

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                        WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA  )
     MILENA REED, an individual; and     )
 6   COASTAL PROTECTION RANGERS, INC., a )
     California non-profit public benefit)
 7   corporation,                        ) Case No.
                                         ) 2:16-cv-02129-SJO-RAO
 8              Plaintiffs,              )
                                         )
 9         vs.                           )
                                         )
10   LUNADA BAY BOYS, et al.,            )
                                         )
11              Defendants.              )
     _____)
12
13
14
15
16
17
18      VIDEOTAPED DEPOSITION OF DIANA MILENA REED
19                        VOLUME II
20               Santa Monica, California
21              Tuesday, October 25, 2016
22
23
24   REPORTED BY:
     Jimmy S. Rodriguez
25   CSR No. 13464
```

Page 187

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA  )
     MILENA REED, an individual; and     )
 6   COASTAL PROTECTION RANGERS, INC., a )
     California non-profit public benefit)
 7   corporation,                        ) Case No.
                                         ) 2:16-cv-02129-SJO-RAO
 8                  Plaintiffs,          )
                                         )
 9             vs.                       )
                                         )
10   LUNADA BAY BOYS, et al.,            )
                                         )
11                  Defendants.          )
     _____)
12
13
14
15
16
17
18        Videotaped deposition of DIANA MILENA REED, Volume II,
19   taken before Jimmy Rodriguez, a Certified Shorthand
20   Reporter for the State of California, with principal
21   office in the County of Orange, commencing at 9:24 a.m.,
22   Tuesday, October 25, 2016 at Premier Business Centers -
23   The Water Garden, 2425 Olympic Boulevard, Suite 4000,
24   Santa Monica, California.
25
```

Page 188

```
 1    company or not.  I was 18 and I was just out of high      09:29
 2    school, so it's hard for me to remember.                   09:29
 3         Q    As you sit here today, do you have any           09:29
 4    recollection of acting in any -- any production of        09:29
 5    Visual Inspiration?                                        09:30
 6         A    Possibly, yeah, I mean, I don't really           09:30
 7    remember, you know.                                        09:30
 8         Q    As you sit here today, you don't have a          09:30
 9    recollection; is that correct?                             09:30
10         A    Yeah, I don't remember.                          09:30
11         Q    Putting aside Visual Inspiration, have you       09:30
12    acted in any -- in any movie -- large, small,              09:30
13    homemade, anything like that?                              09:30
14         A    Yeah, I have.                                    09:30
15         Q    How many times?                                  09:30
16         A    I don't remember.  I mean, nothing large.        09:30
17    Mostly just my own little projects or things I did         09:30
18    with my friends.  Yeah, not anything significant           09:30
19    that I can think of.  Student films.                       09:30
20         Q    Student films?                                   09:30
21         A    As well.                                         09:30
22         Q    Have you ever acted in anything that was         09:30
23    distributed in any fashion for sale?                       09:30
24         A    Not that I would know of.                        09:30
25         Q    **Have you ever been sued for fraud?**           09:30
```

Page 198

| | | | |
|---|---|---|---|
| 1 | A | Not that I know of, no. | 09:31 |
| 2 | Q | Have you ever had a judgment entered | 09:31 |
| 3 | | against you with regard to a lawsuit in which you | 09:31 |
| 4 | | were sued for fraud? | 09:31 |
| 5 | A | Not that I'm aware of, no. | 09:31 |
| 6 | Q | Have you ever been served with a judgment | 09:31 |
| 7 | | in which -- judgment in a case in which you were | 09:31 |
| 8 | | sued for fraud? | 09:31 |
| 9 | A | Not to my knowledge. | 09:31 |
| 10 | Q | Have you ever been sued by a person by the | 09:31 |
| 11 | | last name of Rubin, R-u-b-i-n? | 09:31 |
| 12 | A | I haven't heard of that person, no. | 09:31 |
| 13 | Q | Have you ever been sued by the entity | 09:31 |
| 14 | | called Superfin, S-u-p-e-r-f-i-n, for fraud in the | 09:31 |
| 15 | | L.A. Superior Court? | 09:31 |
| 16 | A | Not that I know of, no. | 09:31 |
| 17 | Q | Have you ever -- let me ask you this: Do | 09:31 |
| 18 | | you recall an entity called Superfin? | 09:31 |
| 19 | A | I do not, no. | 09:31 |
| 20 | Q | Have you ever had a judgment entered | 09:31 |
| 21 | | against you by the Berger Trust in Santa Monica | 09:31 |
| 22 | | Municipal Court? | 09:32 |
| 23 | A | Not that I know of. | 09:32 |
| 24 | Q | Have you ever had a judgment entered | 09:32 |
| 25 | | against you in Santa Monica Municipal Court? | 09:32 |

| | | | |
|---|---|---|---|
| 1 | A | Not that I know of. I think my -- if it's | 09:32 |
| 2 | | related to my divorce, I think that was filed in | 09:32 |
| 3 | | L.A., I'm not sure. | 09:32 |
| 4 | Q | Have you ever been sued for breach of | 09:32 |
| 5 | | contract? | 09:32 |
| 6 | A | Not that I know of, no. | 09:32 |
| 7 | Q | Have you ever been sued for negligent | 09:32 |
| 8 | | misrepresentation? | 09:32 |
| 9 | A | No, not that I know of. | 09:32 |
| 10 | Q | Did your -- are you aware that your | 09:32 |
| 11 | | soon-to-be ex-husband has been sued several times? | 09:32 |
| 12 | A | I have read the press articles about him | 09:32 |
| 13 | | recently, and, you know, it was very surprising for | 09:32 |
| 14 | | me to hear. And, you know, I don't really know what | 09:32 |
| 15 | | the truth is behind his business because I wasn't | 09:32 |
| 16 | | actively involved in his proceedings. | 09:32 |
| 17 | Q | Would you be surprised to hear that you | 09:32 |
| 18 | | had been sued for fraud in court with regard to any | 09:33 |
| 19 | | of your dealings with your soon-to-be ex-husband's | 09:33 |
| 20 | | business? | 09:33 |
| 21 | | MR. FRANKLIN: Objection, argumentative. | 09:33 |
| 22 | | THE WITNESS: I would be surprised if it | 09:33 |
| 23 | | included my name, yes, I would be very surprised. | 09:33 |
| 24 | | BY MS. HEWITT: | 09:33 |
| 25 | Q | Yes, okay. | 09:33 |

Hahn & Bowersock, A Veritext Company
800.660.3187

```
 1                          ***
 2
 3
 4         I, DIANA MILENA REED, do solemnly declare
 5    under penalty of perjury that the foregoing is my
 6    deposition under oath; that these are the questions
 7    asked of me and my answers thereto; that I have read
 8    same and have made the necessary corrections,
 9    additions, or changes to my answers that I deem
10    necessary.
11         It witness thereof, I hereby subscribe my
12    name this day of _____, 2016.
13
14
15
16
17
18
19                          _____
20                                    WITNESS SIGNATURE
21
22
23
24
25
```

Page 374

```
 1                  Certification of Court Reporter
 2                           Federal Jurat
 3
 4           I, the undersigned, a Certified Shorthand
 5     Reporter of the State of California do hereby
 6     certify:
 7           That the foregoing proceedings were taken
 8     before me at the time and place herein set forth;
 9     that any witnesses in the foregoing proceedings,
10     prior to testifying, were placed under oath; that a
11     verbatim record of the proceedings was made by me
12     using machine shorthand which was thereafter
13     transcribed under my direction; further, that the
14     foregoing is an accurate transcription thereof.
15           That before completion of the deposition, a
16     review of the transcript [x] was [ ] was not
17     requested.  I further certify that I am neither
18     financially interested in the action nor a relative
19     or employee of any attorney of any of the parties.
20           IN WITNESS WHEREOF, I have this date
21     subscribed my name.
22     Dated:  November 7, 2016
23
24
               Jimmy Rodriguez, RPR
25             Certificate Number 13464
```

Page 375