HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE KEPLEY'S MOTION TO STRIKE DECLARATION OF DR. PHILIP KING** |

|  |  |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge: Hon. S. James Otero<br>Date: February 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C |

I, Samantha Wolff, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, and my firm, along with Otten Law PC, is counsel of record for Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. in this matter. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On December 20, 2016, Plaintiffs retained Dr. Philip King for the purpose of performing a preliminary analysis with respect to the estimated number of expected beachgoers at Lunada Bay and the estimated range of monetary damages suffered by beachgoers who were prevented from accessing Lunada Bay. Dr. King agreed to prepare a declaration in support

of Plaintiffs' class certification motion describing the results of his preliminary analysis.

3. On January 12, 2017 at 11:51 a.m., I received an e-mail from Jacob Song, advising that the City "intends to bring a motion to strike portions of the Declarations of Peter King" and asking to meet and confer that afternoon or the following day in accordance with Local Rule 7-3. I responded to Mr. Song within two hours, advising that Mr. Franklin and I would be available at 3:00 p.m. that afternoon. I also requested that Mr. Song clarify whether the City was proposing to strike portions of the declaration of Philip King. A true and correct copy of the above-described email exchange between myself and Mr. Song is attached as **Exhibit A.**

4. Mr. Franklin and I spoke with Mr. Song at 3:00 p.m. that same day. Mr. Song requested that Plaintiffs agree to withdraw Dr. King's declaration, which we declined to do. He advised that the City would be filing its motion to strike Dr. King's declaration the following week due to the Local Rule's requirement that a moving party meet and confer at least one week prior to filing its motion.

5. Within an hour after our meet and confer call concluded, I emailed Mr. Song and stated that although Plaintiffs disagreed that Dr. King's declaration failed to specify his methodology, "in the interest of meeting and conferring under Local Rule 7-3 and avoiding an unncessary motion, we would agree to provide a supplemental declaration." I further suggested that "[i]f there is a particular paragraph or lines in Dr. King's declaration that causes the City pause, we could explore it specifically." Mr. Song replied to my email and explained that because the City's opposition brief was due the following day, the City was "not in a position to agree to [Plaintiffs'] proposal." A true and correct copy of Mr. Song's email is attached as **Exhibit B.**

1 | I declare under penalty of perjury under the laws of the United States
2 | of America that the foregoing is true and correct.
3 |     Executed February 3, 2017, at San Francisco, California.

*/s/ Samantha D. Wolff*
Samantha D. Wolff

# Exhibit A

# Samantha Wolff

| | |
|---|---|
| **From:** | Samantha Wolff |
| **Sent:** | Thursday, January 12, 2017 1:39 PM |
| **To:** | Song, Jacob; Kurt A. Franklin; vic@ottenlawpc.com |
| **Cc:** | Hewitt, Antoinette P. |
| **Subject:** | RE: Spencer, et al. v. Lunada Bay Boys, et al. - request for L.R. 7-3 conference of counsel |

We are available at 3pm today.  Let us know what number to call.  And to clarify, do you mean the declaration of Philip King?

---

**From:** Song, Jacob [mailto:Jacob.Song@KutakRock.com]
**Sent:** Thursday, January 12, 2017 11:51 AM
**To:** Samantha Wolff <SWolff@hansonbridgett.com>; Kurt A. Franklin <kfranklin@hansonbridgett.com>; vic@ottenlawpc.com
**Cc:** Hewitt, Antoinette P. <Antoinette.Hewitt@KutakRock.com>
**Subject:** Spencer, et al. v. Lunada Bay Boys, et al. - request for L.R. 7-3 conference of counsel

Counsel:

The City intends to bring a motion to strike portions of the Declaration of Peter King filed by Plaintiffs in support of their class certification motion.  Please advise if you are available this afternoon or tomorrow to conduct the L.R. 7-3 conference of counsel.

Sincerely,

**Jacob Song** | Associate | **Kutak Rock LLP**
5 Park Plaza, Suite 1500, Irvine, CA 92614-8595
**D** (949) 417-0979 | **O** (949) 417-0999
jacob.song@kutakrock.com | www.KutakRock.com

---

This E-mail message is confidential, is intended only for the named recipients above and may contain information
that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.

# Exhibit B

# Samantha Wolff

| | |
|---|---|
| **From:** | Song, Jacob <Jacob.Song@KutakRock.com> |
| **Sent:** | Thursday, January 12, 2017 5:06 PM |
| **To:** | Samantha Wolff |
| **Cc:** | Kurt A. Franklin; Hewitt, Antoinette P.; Richards, Edwin J. |
| **Subject:** | RE: Lunada - Declaration of Philip King |

Samantha,

Thank you for the continued meet and confer efforts. The City's opposition is due in less than 24 hours, and we have and continue to prepare that opposition based upon the state of Plaintiffs' class certification papers as of the December 29, 2016 filing date. Therefore, we are not in a position to agree to your proposal.

Sincerely,

Jacob

---

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Thursday, January 12, 2017 4:09 PM
**To:** Song, Jacob
**Cc:** Kurt A. Franklin
**Subject:** Lunada - Declaration of Philip King

Jacob,

Following up on our call today, while we disagree that Philip King's declaration fails to adequately specify his methodology, in the interest of meeting and conferring under Local Rule 7-3 and avoiding an unnecessary motion, we would agree to provide a supplemental declaration. If there is a particular paragraph or lines in Dr. King's declaration that causes the City pause, we could explore it specifically. Please let me know if the City would like to explore this as a way to address its concerns.

Sincerely,
Samantha

---

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com



 

---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

This E-mail message is confidential, is intended only for the named recipients above and may contain information
that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.

2