UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-02129-SJO (RAO) | Date: | February 1, 2017 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | CS-02/01/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha D. Wolff | John P. Worgul |
| Victor J. Otten | Tera A. Lutz |
| | Jacob Song |
| | Patrick Au |

**Proceedings:**   (In Chambers) **MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances. After a discussion about the number of depositions to be allowed to each side, counsel for plaintiffs and defendants stipulated to 15 depositions per side. The stipulation does not prevent the parties from stipulating among themselves to additional depositions, nor does the stipulation prevent a party from applying for leave of court to take additional depositions pursuant to Federal Rules of Civil Procedure 30 and 26(b)(2).

**IT IS SO ORDERED.**

|  |  : | 34 |
|---|---|---|
|  | Initials of Preparer | gr |