G-120 (3/16)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order | Sabrina Gridley | |
| 1b. Attorney Name (if different) | John P. Worgul | |
| 2a. Contact Phone Number | (213)381-2861 | |
| 2b. Attorney Phone Number | (213)404-1141 | |
| 3a. Contact E-mail Address | sgridley@veatchfirm.com | |
| 3b. Attorney E-mail Address | jworgul@veatch.com | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Veatch Carlson LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017

**5. Name & Role of Party Represented:** Defendant, BRANT BLAKEMAN

**6. Case Name:** CORY SPENCER v. LUNADA BAY BOYS, et al.

**7a. District Court Case Number:** 2:16-CV-02129-SJO-RAO
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** (*choose only one per form*):
☒ DIGITALLY RECORDED    ☐ TRANSCRIBED BY A COURT REPORTER, NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☐ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov).

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g. witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | b. SELECT FORMAT(S) | | | | (CM/ECF access included with purchase of transcript.) | c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*) | d. DELIVERY TYPE (*One per line, but check with court reporter before choosing any type but "ordinary."*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | |
| 01/25/2017 | R. A. Oliver | motions | ● | ○ | ○ | ● | ● | ○ | ● | HOURLY (2 hrs) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).
This is a rush and we are facing a deadline.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 2/13/2017    Signature: x /s/ [signature]