HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUNADA BAY BOYS; THE | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' PROPOSED PROTECTIVE ORDER AND PROPOSED STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY DEFENDANT BRANT BLAKEMAN**<br><br>Hon. Rozella A. Oliver<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

| | |
|---|---|
| | INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |
| | Defendants. |

In compliance with this Court's January 25, 2017, Plaintiffs met and conferred with counsel for Defendant Blakeman in an attempt to reach consensus regarding a protective order and proposed protocol for the review of data responsive to Plaintiffs' request for production of documents.

While the parties differ in their proposed review protocol, it appears their protective orders are substantially similar. Prior to this filing, Plaintiffs had accepted Defendant Blakeman's proposed protective order and suggested minor non-substantive changes due to grammatical or spelling errors and spacing modifications in the version proposed by Defendant Blakeman. For reasons unknown at the time of this filing, Defendant Blakeman rejected Plaintiffs' proposed minor modifications. Plaintiffs therefore submit their proposed protective order and proposed review protocol for this Court's consideration.

/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1  DATED: February 24, 2017 | HANSON BRIDGETT LLP |

By: _/s/ Samantha D. Wolff_
KURT A. FRANKLIN
SAMANTHA D. WOLFF
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.