# EXHIBIT A

```
 1  HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
 2  kfranklin@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
 3  swolff@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone: (415) 777-3200
 5  Facsimile:  (415) 541-9366

 6  HANSON BRIDGETT LLP
    TYSON M. SHOWER, SBN 190375
 7  tshower@hansonbridgett.com
    LANDON D. BAILEY, SBN 240236
 8  lbailey@hansonbridgett.com
    500 Capitol Mall, Suite 1500
 9  Sacramento, California 95814
    Telephone: (916) 442-3333
10  Facsimile:  (916) 442-2348

11  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
12  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
13  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
14  Torrance, California 90505
    Telephone: (310) 378-8533
15  Facsimile:  (310) 347-4225

16  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION
17  RANGERS, INC.
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION BY DEFENDANT BRANT BLAKEMAN**<br><br>Hon. Rozella A. Oliver<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:          November 7, 2017 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>                    Defendants. |

12  On January 25, 2017, in conjunction with Plaintiffs' motion to compel
13 production by Defendant Brant Blakeman, this Court ordered the parties to
14 submit a joint proposed order identifying the third-party forensic expert and
15 setting forth a review protocol pertaining to the review and production of
16 Defendant Blakeman's videos that are responsive to Document Request
17 Nos. 12, 13, 39 and 40.  Accordingly, the Parties stipulate and the Court
18 orders as follows:
19       1.    Defendant Blakeman has selected San Diego Digital Forensics
20 as the third-party forensic expert.  Plaintiffs do not oppose Defendant's
21 selection.  The parties agree that San Diego Digital Forensics shall execute
22 Exhibit A to the Court's Protective Order.
23       2.    The review protocol will proceed as follows:
24          a)    Defendant Blakeman or his counsel will provide all memory
25 cards that may contain responsive data to San Diego Digital Forensics
26 within three (3) business days of the date this order is signed.  San Diego
27 Digital Forensics shall create at least two (2) forensically-sound copies of the
28 photographs and videos and return the original memory cards to counsel for

Defendant Blakeman.  Defendant Blakeman and his counsel agree not to access or open data on any of the memory cards until such time as San Diego Digital Forensics creates forensically-sound copies of the memory cards and preserves existing metadata.

        b)     Defendant Blakeman agrees to cooperate as necessary with San Diego Digital Forensics to the extent reasonably necessary to retrieve the relevant data.

        c)     After all videos and photographs are recovered from the memory cards and two (2) forensically-sound copies are created by San Diego Digital Forensics, San Diego Digital Forensics will provide all extracted photographs and videos to Defendant Blakeman's counsel in a reviewable format consistent with Fed. R. Civ. P. 34(a)(1)(A) and Fed. R. Civ. P. 34(b)(2)(E)(ii) so that the photographs and videos are produced in a "reasonably useable form."

        d)     Defendant Blakeman's counsel will have ten (10) business days to review the information and designate information as responsive to Request for Production Nos. 12, 13, 39 and 40 according to the date and location restrictions indicated in this Court's January 25, 2017 Order.

        e)     Defendant Blakeman's counsel will then inform San Diego Digital Forensics of his responsive designations and San Diego Digital Forensics will have two (2) business days to return a forensically sound copy of the designated information which shall only include photographs and videos and no other data, to counsel for Defendant Blakeman, who will then review the production and designate information "CONFIDENTIAL" pursuant to the Court's Protective Order.  This designation shall take place within two (2) business days of receipt of the designated production.  Defendant Blakeman's counsel will conduct this review and designation in a forensically sound manner that preserves the evidentiary integrity of the photographs

1 and videos to be produced.

2     f) Defendant Blakeman's counsel will then produce the responsive photographs and videos, including metadata, to Plaintiffs' counsel in reasonably useable form the following business day.

5    3. The parties agree not have ex parte communications with the vendor regarding Defendant Blakeman's data at any time.

7    4. Defendant Blakeman will bear the cost of the third party vendor.

IT IS SO STIPULATED.

DATED: February ___, 2017     HANSON BRIDGETT LLP

By:_____
KURT A. FRANKLIN
SAMANTHA D. WOLFF
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

DATED: February ___, 2017     VEATCH CARLSON, LLP

By:_____
RICHARD P. DIEFFENBACH
JOHN P. WORGUL
Attorneys for Defendant
BRANT BLAKEMAN

DATED: February ___, 2017     BUCHALTER NEMER

By:_____
ROBERT S. COOPER
Attorneys for Defendant
BRANT BLAKEMAN

26 / / /
27 / / /
28 / / /

1  IT IS SO ORDERED.

2

3  DATED:_____           _____
4                                     HON. ROZELLA A. OLIVER
                                      United States Magistrate Judge
5