UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 16-2129-SJO-RAO                                    Date:  March 2, 2017
Title:     Cory Spencer et al v. Lunada Bay Boys et al

Present:     The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**  (In Chambers) **RE CALL-IN INFORMATION–TELEPHONIC CONFERENCE**

   A **Telephonic conference** has been scheduled for **Friday, March 3, 2017 at 11:00 am**.
   The following is the call-in information:

   Call-in Number:   **(213) 894- 0800**
   Meeting ID:       **7002#**
   User Password:    **7266#**

*Note:*  The lines will open 15 minutes before & 15 minutes after

*To mute the Hold Music, the first participant in the conference should enter *99 after entering the meeting and hearing the music.  As participants enter the meeting they will be announced as usual.*

*If you have any problems connecting to this call, please contact the Space & Facilities Help Desk at 213.894.1400.*

                                                                        :
                                                      Initials of Preparer      gr