1 | HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
2 | kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
3 | swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
4 | jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
5 | San Francisco, California 94105
Telephone: (415) 777-3200
6 | Facsimile:  (415) 541-9366

7 | HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
8 | tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
9 | lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
10 | Sacramento, California 95814
Telephone: (916) 442-3333
11 | Facsimile:  (916) 442-2348

12 | OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
13 | vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
14 | kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
15 | Torrance, California 90505
Telephone: (310) 378-8533
16 | Facsimile:  (310) 347-4225

17 | Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
18 | REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

CASE NO. 2:16-cv-02129-SJO (RAOx)

**DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY DEFENDANT BLAKEMAN**

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS
VERDES ESTATES; CHIEF OF
POLICE JEFF KEPLEY, in his
representative capacity; and DOES
1-10,

        Defendants.

I, VICTOR OTTEN, declare as follows:

1.    I am attorney licensed to practice under the laws of the State of California and am duly admitted to practice before this court.  I am an attorney of record for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2.  This is a hearing that probably could have been avoided. It certainly could have waited until next week; as demonstrated in Plaintiffs' attempt to meet and confer, I was set to start a jury trial, Mr. Blakeman has not been prejudiced and we have tried to be accommodating.  Attempting to avoid another court hearing, early this week I wrote to Mr. Blakeman's counsel:

-2-

DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY
DEFENDANT BLAKEMAN

Mr. Worgul,

I have reviewed the order and agree Plaintiffs **agree** to address the deficiencies in the responses.  We will serve the revised discovery responses **before** Friday.  **You can certainly set a date/time with the Magistrate so that it is available in the event that you have any problems with our revised responses**, and also because we would like to address Mr. Blakeman's response to Plaintiffs' interrogatory requesting his telephone number (Samantha emailed you about this yesterday). **I am starting a jury trial tomorrow** in Torrance so my availability for a for a telephonic hearing on Friday at 2:00 PM is questionable. Should my case not proceed to trial, that time will work but I am told that it is starting. **In that case, anytime next week during the lunch hours of 12:00-1:30**.

Thanks,

Vic

(emphasis added)

3. Attached as Exhibit "1" to this declaration are the various emails detailing the meet and confers regarding the discovery issues should the Court want to read them. The major issues are set forth below.

4. <u>Witness information</u>. The attorneys for Mr. Blakeman argue that the Court's order, among other things, requires the following: "Plaintiffs are ordered to identify witnesses in response to Interrogatory Numbers 1 through 12. For each interrogatory, Plaintiffs shall identify the responsive witnesses by name. For each witness, Plaintiffs shall specify whether that

DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY DEFENDANT BLAKEMAN

1  witness is represented by Plaintiffs' counsel, or, if Plaintiffs know, by other

2  counsel. For each witness, Plaintiffs shall provide contact information for that

3  witness or state unambiguously that Plaintiffs do not have contact

4  information for that witness."

5       The interrogatory responses clearly identified which witnesses were

6  represented by Hanson Bridgett LLP and Otten Law PC: Chris Taloa, Chris

7  Claypool, Ken Claypool, Geoff Hagins, Jordan Wright, Jason Gersch and

8  John MacHarg.  All have agreed to let our offices accept service of process

9  on their behalf, as we have advised counsel for Mr. Blakeman.

10      5. In reviewing the responses that we provided as part of the meet

11  and confer process, there were additional witnesses who plaintiffs identified

12  but did not provide contact information for. This was an oversight on my part

13  which has now been remedied.  As we obtained additional information since

14  the original responses were served, we included that information in the

15  supplemental responses even though not required by the Court's Order.

16  This information consisted primarily of names of people included in email or

17  phone communications of other defendants that surf Lunada Bay that was

18  obtained in discovery from other defendants.

19      6. Mr. Worgul also raised problems with Plaintiffs' responses to

20  Requests for Production of Documents.  As mentioned in my email from

21  Tuesday, I agreed with many of his issues and agreed to address them

22  immediately.  The main issue: "plaintiffs shall provide bates number ranges

23  or otherwise identify with particularity the documents that are responsive to

24  that request, including any documents that may have already been produced

25  to Defendant."  I believe that this issue has been resolved except for

26  identifying which of Defendant Alan Johnston's phone records support

27  Plaintiffs' responses.  However, Plaintiffs are unable to provide the specific

28  page numbers of relevant phone records because Mr. Blakeman's attorneys

DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY
DEFENDANT BLAKEMAN

1   are refusing to turn over their client's cell phone number, claiming it is

2   privileged under the California Constitution.  While Plaintiffs have strong

3   reason to believe that Defendants Blakeman and Johnston have been in

4   contact, without Defendant Blakeman's cell phone number Plaintiffs are

5   unable to provide the specific entries in Defendant Johnston's phone records

6   that reference Defendant Blakeman.[1]  Accordingly, Plaintiffs cannot comply

7   with Defendant Blakeman's request unless and until he provides his cell

8   phone number.  Attached as Exhibit "2" to this declaration are the various

9   emails detailing the attempt to meet and confer over the issue of Mr.

10  Blakeman's phone number.

11        7.  So there is no doubt that Plaintiffs' responses are now complete,

12  attached as Exhibits "3" and "4", are Plaintiffs' Supplemental Responses to

13  Interrogatories and Request for Production of Documents, which I served

14  electronically late Thursday, March 2, 2017.

15        8.  Finally, Plaintiffs have now served Supplemental Disclosures

16  which are attached as Exhibit "5".

17        I declare under penalty of perjury under the laws of the State of

18  California that the foregoing is true and correct.  Executed March 2, 2017, in

19  Torrance, California.

20

21

22  _____

23  [1] Mr. Blakeman was asked at his deposition to state his cell phone number
    and he indicated that he had difficulty remembering it.  He provided what he
24  believed to be his number, but was unsure.  Notably, his attorneys did not
    object to this question.  Mr. Blakeman's phone number also appears in co-
25  Defendant Sang Lee's privilege log, though his number that appears in Mr.
    Lee's privilege log differs by one digit from the number Mr. Blakeman
26  provided at his deposition.  For this reason, Plaintiffs requested that Mr.
    Blakeman provide his cell phone number, but to no avail.
27

28

DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY
DEFENDANT BLAKEMAN

1

2          _/s/ Victor Otten_____
            Victor Otten
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF VICTOR OTTEN RE: DISCOVERY TELEPHONE CONFERENCE REQUESTED BY
DEFENDANT BLAKEMAN