# EXHIBIT 5

1    HANSON BRIDGETT LLP
     KURT A. FRANKLIN, SBN 172715
2    kfranklin@hansonbridgett.com
     SAMANTHA WOLFF, SBN 240280
3    swolff@hansonbridgett.com
     CAROLINE LEE, SBN 293297
4    clee@hansonbridgett.com
     425 Market Street, 26th Floor
5    San Francisco, California 94105
     Telephone: (415) 777-3200
6    Facsimile:  (415) 541-9366

7    HANSON BRIDGETT LLP
     TYSON M. SHOWER, SBN 190375
8    tshower@hansonbridgett.com
     LANDON D. BAILEY, SBN 240236
9    lbailey@hansonbridgett.com
     500 Capitol Mall, Suite 1500
10   Sacramento, California 95814
     Telephone: (916) 442-3333
11   Facsimile:  (916) 442-2348

12   OTTEN LAW, PC
     VICTOR OTTEN, SBN 165800
13   vic@ottenlawpc.com
     KAVITA TEKCHANDANI, SBN 234873
14   kavita@ottenlawpc.com
     3620 Pacific Coast Highway, #100
15   Torrance, California 90505
     Telephone: (310) 378-8533
16   Facsimile:  (310) 347-4225

17   Attorneys for Plaintiffs
     CORY SPENCER, DIANA MILENA
18   REED, and COASTAL PROTECTION
     RANGERS, INC.

19

20                  **UNITED STATES DISTRICT COURT**

21   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

22

23   CORY SPENCER, an individual;        CASE NO. 2:16-cv-02129-SJO (RAOx)

24   DIANA MILENA REED, an               **PLAINTIFFS' SUPPLEMENTAL**
     individual; and COASTAL             **DISCLOSURES**
25   PROTECTION RANGERS, INC., a

26   California non-profit public benefit

     corporation,
27

28                  Plaintiffs.

1

2          v.

3   LUNADA BAY BOYS; THE
    INDIVIDUAL MEMBERS OF THE
4   LUNADA BAY BOYS, including but
    not limited to SANG LEE, BRANT
5   BLAKEMAN, ALAN JOHNSTON
    AKA JALIAN JOHNSTON,
6   MICHAEL RAE PAPAYANS,
7   ANGELO FERRARA, FRANK
    FERRARA, CHARLIE FERRARA,
8   and N.F.; CITY OF PALOS
    VERDES ESTATES; CHIEF OF
9   POLICE JEFF KEPLEY, in his
10  representative capacity; and DOES
    1-10,
11

12

13                Defendants.

14

15         Plaintiffs CORY SPENCER, DIANA MILENA REED, and COASTAL

16  PROTECTION RANGERS, INC. (collectively, "Plaintiffs") make the following

17  supplemental initial disclosures pursuant to F.R.C.P. 26(a)(1).  As permitted

18  under Rule 26(e)(1), Plaintiffs reserve the right to clarify, amend, modify or

19  further supplement the information contained in these Supplemental

20  Disclosures if they obtain additional supplemental information.  In addition,

21  Plaintiffs may rely on any persons or documents identified by any party as

22  part of their disclosures or during discovery.

23         Plaintiffs' Supplemental Disclosures are made without waiver of, or

24  prejudice to, any objections Plaintiffs may assert or have previously

25  asserted.  Plaintiffs expressly reserve all objections, including, but not limited

26  to: (a) attorney-client privilege; (b) work-product doctrine; and (c) any other

27  applicable privilege or protection under federal or state law.  Plaintiffs

28  reserve the right to retract any inadvertent disclosures of information or

documents that are protected by the attorney-client privilege, the work product doctrine, or any other applicable protection.

Without waiving any objections, Plaintiffs make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**A.  Witnesses**

Plaintiffs are in the process of identifying witnesses who are likely to have discoverable information. However, at this early stage, Plaintiffs identify the following person(s) they may use to support their claims:

1)  Plaintiff class representative, Cory Spencer, who may be reached via counsel for Plaintiffs, on the subjects set forth in the Complaint, to which he was a percipient witness.

2)  Plaintiff class representative, Diana Milena Reed, who may be reached via counsel for Plaintiffs, on the subjects set forth in the Complaint, to which she was a percipient witness.

3)  Defendant, Sang Lee, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

4)  Defendant, Brant Blakeman, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

5)  Defendant, Michael Rae Papayans, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

6)  Defendant, Angelo Ferrara, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

7)   Defendant, Charlie Ferrara, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

8)   Defendant, N.F., on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

9)   Defendant Frank Ferrara, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

10)  Defendant, Chief of Police, Jeff Kepley, on the allegations set forth in the Complaint related to Defendant City of Palos Verdes Estates, Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

11)  David Melo. Defendant in the state court action, Los Angeles Superior Court Case No. BC629596, David Melo, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

12)  Mark Griep. Defendant in the state court action, Los Angeles Superior Court Case No. BC629596, Mark Griep, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

13)  Tim Browne, address unknown, on the allegations set forth in the Complaint related to Defendant City of Palos Verdes Estates, Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.

14)  Joe Bark. Full address unknown; (310) 429-2463,

1   Joe@joebark.com  on the allegations set forth in the

2   Complaint related to Defendant Lunada Bay Boys and the

3   Individual Members of the Lunada Bay Boys. Plaintiffs are

4   informed and believe that Mr. Bark is a long time Lunada Bay

5   Local and serves in a leadership capacity of the Bay Boys.

6   Plaintiffs are further informed and believe that: 1) Mr. Bark

7   has been involved in forming policy and strategy to keep

8   Lunada Bay localized, 2) Mr. Bark is included in key email

9   communications between Defendant Sang Lee and others

10  that describe Bay Boy tactics to keep outsiders and non-

11  locals from surfing Lunada Bay including emails dated

12  1/7/2011,1/8/2011,1/17/2011, 3) Mr. Bark has held meetings

13  to discuss strategy to keep Lunada Bay localized, 4) Mr. Bark

14  has knowledge of the inner workings of the Lunada Bay Boys

15  and the methods used to keep non-locals from the beach, 5)

16  Mr. Bark has knowledge of the illegal activities at Lunada Bay.

17  Mr. Bark is being listed as a potential percipient witness and

18  possible defendant.

19  15)   Zen Del Rio, contact information unknown, on the allegations

20  set forth in the Complaint related to Defendant Lunada Bay

21  Boys and the Individual Members of the Lunada Bay Boys.

22  Plaintiffs are informed and believe that Mr. Del Rio is a long

23  time Lunada Bay Local and serves in a leadership capacity of

24  the Bay Boys. Plaintiffs are further informed and believe that:

25  1) Mr. Del Rio has been involved in forming policy and

26  strategy to keep Lunada Bay localized, 2) Mr. Del Rio is

27  included in key email communications from Defendant Sang

28  Lee that describe Bay Boy tactics to keep outsiders and non-

locals from surfing Lunada Bay including an email dated 1/16/2014 where the Bay Boys conspired to harass, intimidate and disrupt MLK 2014 Lunada Bay Celebration, 3) Mr. Del Rio has knowledge of the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 4) Mr. Bark has knowledge of the illegal activities at Lunada Bay. Mr. Del Rio is being listed as a potential percipient witness and possible defendant.

16)   John Camplin. Contact information believed to be: 2504 Via Campesnia, Palos Verdes Estates, CA 90274 (714) 240-5102, jc2332@aol.com.  Plaintiffs are informed and believed that Mr. Camplin is a longtime resident of Palos Verdes Estates, who plaintiffs expect can offer testimony on the allegations on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys including the following: 1) Mr. Camplin is included in key email communications from Defendant Sang Lee and other Lunada Bay locals that describe Bay Boy tactics to keep outsiders and non-locals from surfing Lunada Bay. Defendant Lee credits Mr. Camplin and those of his generation with making up the rules of engagement that govern the Bay Boys; 2) Danny Day Celebrations; 3) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, and has knowledge of the illegal activities at Lunada Bay. Mr. Camplin is being listed as a potential percipient witness and possible defendant.

///

17)  Charles Thomas Mowat aka "Chach." Contact info believed to be: 2337 Via Rivera, Palos Verdes Peninsula, CA 90274; (310) 375-6600, cmowat@gmail.com. Chach is a longtime resident of Palos Verdes Estates, who plaintiffs expect can offer testimony on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys, the Individual Members of the Lunada Bay Boys and communications with Defendant City of Palos Verdes Estates. Plaintiffs are informed and believe that Mr. Mowat holds a high leadership role in the Lunada Bay Boys and is a shot caller and expect that he can offer testimony about the following: 1) emails dated January 16 and 17, 2014 that he sent to Defendant Sang Lee and other Lunada Bay locals regarding plans to harass Chris Taloa and visiting surfers at the MLK event in 2014, 2) a 2/5/2016 February 5, 2016 text message plaintiffs are informed and believe that Mr. Mowatt sent to Defendant Brant Blakeman, Tom Sullivan, David Yoakley, Andy Patch, Defendant Michael Papayans and several others that said "There are 5 kooks standing on the bluff taking pictures...I think that same Taloa guy. Things could get ugly."  A Los Angeles Times photographer captured a pictured of Defendant Blakeman of the bluff filming plaintiffs on the bluff, 3) an 2/5/2016 email Mr. Mowat sent to City Manager and other City official complaining about Chief Kepley's attempts to stop localism at Lunada Bay,  4) a text message that Mr. Mowat sent on 3/29/2016,  to Defendant Alan Johnston aka Jalian Johnston, Michael Thiel, David Hilton and eight other people which states: "My source tells me that a class action

1    lawsuit is in the works against the 'bay boys' and the city of

2    PVE. Probably that Diana bitch. Watch out for subpoenas.

3    Great time to be on the ultra-down-low;" Plaintiffs are

4    informed and believe that Mr. Mowat has been involved in

5    forming policy and strategy to keep Lunada Bay localized, has

6    knowledge of the inner workings of the Lunada Bay Boys and

7    the methods to keep non-locals from the beach, and has

8    knowledge of the illegal activities at Lunada Bay. Mr. Mowat is

9    being listed as a potential percipient witness and possible

10   defendant.

11   18)   Michael S. Papayans, aka "Paps." Contact info believed to be:

12   1528 Paseo Del Mar, Palos Verdes Peninsula, CA 90274,

13   (310) 373-7978, michaelpapayans@bellsouth.net. Paps is a

14   longtime resident of Palos Verdes Estates who plaintiffs

15   expect can offer testimony on the allegations set forth in the

16   Complaint related to Defendant Lunada Bay Boys, the

17   Individual Members of the Lunada Bay Boys and

18   communications with Defendant City of Palos Verdes Estates.

19   Plaintiffs are informed and believe that he is the uncle of

20   Defendant Michael Rae Papayans. Plaintiffs are informed and

21   believe that Mr. Mowat holds a high leadership role in the

22   Lunada Bay Boys and is a shot caller and expect that he can

23   offer testimony about the following: This witness surfs Lunada

24   Bay on a regular basis. It is anticipated that this witness has

25   information regarding: 1) a meeting at his house in the mid-

26   1990s after a surfing related incident that was grabbing the

27   media attention.  Peter McCollum and several other Lunada

28   Bay Boys were captured on film assaulting Geoff Hagins by a

1    Ch 13 News Crew. There were several core Lunada Bay
2    locals at Paps house including Bill Kaemerle, Charlie Mowatt
3    and others.  The locals were discussing how to keep people
4    away from Lunada Bay. Paps said they had first amendment
5    rights to say things like: "It's dangerous out there". "You are
6    going to get hurt." The intention was to act aggressively
7    towards outsiders at Lunada Bay, as a way to get them to
8    leave and discourage them from returning, 2) a protest
9    arranged by Mr. Hagins where Paps was filmed grabbing a
10   news camera and telling the media to leave, 3) a meeting that
11   he had with Chris Taloa in 2014 arranged by a mutual friend
12   whereby Taloa was seeking his permission to surf Lunada
13   Bay,  4) the inner workings of the Lunada Bay Boys and the
14   methods to keep non-locals from the beach, 5) illegal
15   activities at Lunada Bay, 6) Plaintiffs believe that Mr.
16   Papayans is a Lunada Bay Local and is being listed as a
17   potential percipient witness and possible defendant.

18   19)   Steve Fairbrother. Contact info believed to be:
19          ssfairbro@gmail.com on the allegations set forth in the
20          Complaint related to Defendant Lunada Bay Boys and
21          Individual Members of the Lunada Bay Boys. Mr.  Fairbrother
22          surfs and hangs out at Lunada Bay on a regular basis.
23          Plaintiffs are informed and believe that Mr. Fairbrother holds a
24          high leadership role in the Lunada Bay Boys and is a shot
25          caller and expect that he can offer testimony about the
26          following: Mr. Fairbrother is included in key email
27          communications from Mowat and others including a January
28          16, 2014 email circulated regarding plans to harass Chris

1    Taloa and visiting surfers at the MLK event in 2014. It is

2    anticipated that this witness has information regarding: 1) the

3    inner workings of the Lunada Bay Boys and the methods to

4    keep non-locals from the beach, 2) illegal activities at Lunada

5    Bay. Mr. Fairbrother is a Lunada Bay Local and is being listed

6    as a potential percipient witness and possible defendant.

7    20)   Eric Binz. Contact information believed to be:

8    ericbinz@cox.net, on the allegations set forth in the Complaint

9    related to Defendant Lunada Bay Boys and Individual

10   Members of the Lunada Bay Boys. Plaintiffs are informed and

11   believe that Binz is a former resident of Palos Verdes Estates

12   that maintains strong ties to the community and a local surfer

13   at Lunada Bay. Binz surfs and hangs out at Lunada Bay on a

14   regular basis. A close trusted friend to Michael S. Papayans.

15   Plaintiffs are informed and believe a former enforcer. Binz is

16   included in key email communications from Defendant Sang

17   Lee that describe Bay Boy tactics to keep outsiders and non-

18   locals from surfing Lunada Bay. It is anticipated that this

19   witness has information regarding: 1) the inner workings of

20   the Lunada Bay Boys and the methods to keep non-locals

21   from the beach, 2) illegal activities at Lunada Bay. Binz is a

22   Lunada Bay Local and is being listed as a potential percipient

23   witness and possible defendant.

24   21)   Caldwell Stephen Lewis aka "Reno." Contact info believed to

25   be: 629 S. Catalina Ave, Redondo Beach 90277, 310-316-

26   1104, renocaldwell@yahoo.com, on the allegations set forth

27   in the Complaint related to Defendant Lunada Bay Boys and

28   Individual Members of the Lunada Bay Boys. Plaintiffs are

1   informed and believe that Reno is a former resident of Palos

2   Verdes Estates that maintains strong ties to the community

3   and a local surfer at Lunada Bay. Reno surfs and hangs out

4   at Lunada Bay on a regular basis. Reno is included in key

5   email communications from Defendant Sang Lee that

6   describe Bay Boy tactics to keep outsiders and non-locals

7   from surfing Lunada Bay. Plaintiffs are informed believe that

8   Reno covers his face to conceal his identity when surfing

9   Lunada Bay. It is anticipated that this witness has information

10   regarding: 1) the inner workings of the Lunada Bay Boys and

11   the methods to keep non-locals from the beach, 2) illegal

12   activities at Lunada Bay. Caldwell is a Lunada Bay Local and

13   is being listed as a potential percipient witness and possible

14   defendant.

15   22)   Thomas J. Sullivan Jr.  Contact info believed to be: 617

16   Paseo Lunado, Palos Verdes Estates, CA 90274, (310) 947-

17   0087, sully@fire-usa.com, on the allegations set forth in the

18   Complaint related to Defendant Lunada Bay Boys and

19   Individual Members of the Lunada Bay Boys.  Mr. Sullivan

20   surfs and hangs out at Lunada Bay on a regular basis.

21   Plaintiffs' believe that Sullivan has a role in the Lunada Bay

22   Boys an enforcer and expect that he can offer testimony

23   about the following: 1) Mr. Sullivan is included and/or

24   forwarding email communications encouraging Bay Boys to

25   harass non-local surfers.  Plaintiffs are informed and believed

26   that he is the person referenced in police report DR-031009. It

27   is anticipated that this witness has information regarding: 2)

28   Mr. Sullivan is included in communications with other

1    enforcers such as Defendant Alan Johnston; 2) the inner

2    workings of the Lunada Bay Boys and the methods to keep

3    non-locals from the beach, 3) illegal activities at Lunada Bay.

4    Mr. Sullivan is a Lunada Bay Local and is being listed as a

5    potential percipient witness and possible defendant.

6    23)    Andrew William Patch. Contact info believed to be: (310) 213-

7    1505, patchman@socal.rr.com, on the allegations set forth in

8    the Complaint related to Defendant Lunada Bay Boys and

9    Individual Members of the Lunada Bay Boys. Mr. Patch surfs

10    and hangs out at Lunada Bay on a regular basis. Mr. Patch is

11    one of the people that used to hang out at the patio structure

12    where illegal activities often took place. Mr. Patch is included

13    in key email communications from Mowat and others including

14    a January 16, 2014 email circulated regarding plans to harass

15    Chris Taloa and visiting surfers at the MLK event in 2014.It is

16    anticipated that this witness has information regarding: 1) the

17    inner workings of the Lunada Bay Boys and the methods to

18    keep non-locals from the beach, 2) illegal activities at Lunada

19    Bay. Mr. Babros is a Lunada Bay Local and is being listed as

20    a potential percipient witness and possible defendant.

21    24)    Geoff D'Sena. Contact information believed to be:

22    geoff.dsena@turelk.com, on the allegations set forth in the

23    Complaint related to Defendant Lunada Bay Boys and

24    Individual Members of the Lunada Bay Boys. Mr. Desena is

25    included in key email communications from Mowat and others

26    including a January 16, 2014 email circulated regarding plans

27    to harass Chris Taloa and visiting surfers at the MLK event in

28    2014.It is anticipated that this witness has information

1   regarding: 1) the inner workings of the Lunada Bay Boys and

2   the methods to keep non-locals from the beach, 2) illegal

3   activities at Lunada Bay. Mr. Desena is a Lunada Bay Local

4   and is being listed as a potential percipient witness and

5   possible defendant.

6   25)   Brandon Sean Vandine aka "Cobber." Contact info believed to

7   be: 2132 Paseo Del Mar, Palos Verdes Estates, CA 90274,

8   on the allegations set forth in the Complaint related to

9   Defendant Lunada Bay Boys and Individual Members of the

10   Lunada Bay Boys. Mr. Vandine surfs and hangs out at

11   Lunada Bay on a regular basis. Mr. Vandine is one of the

12   people that used to hang out at the patio structure where

13   illegal activities often took place. Plaintiffs' believe that

14   Vandine has a role in the Lunada Bay Boys an enforcer and

15   expect that he can offer testimony about the following: 1) an

16   incident that occurred on October 10, 2015 which is

17   documented in Officer Report for Incident 15-12058 where he

18   attacked Jason Buck; 2) the inner workings of the Lunada Bay

19   Boys and the methods to keep non-locals from the beach, 3)

20   illegal activities at Lunada Bay. Vandine is a Lunada Bay

21   Local and is being listed as a potential percipient witness and

22   possible defendant.

23   26)   Peter Babros. Contact info believed to be:  316 Via Pasqual,

24   Redondo Beach, CA 90277, (310) 292-1179,

25   peterb@remed.com, on the allegations set forth in the

26   Complaint related to Defendant Lunada Bay Boys and

27   Individual Members of the Lunada Bay Boys. Plaintiffs are

28   informed and believe that Mr. Babros is a former resident of

1    the City of Palos Verdes Estates having graduated PV High
2    School in 1988 and maintains strong connections to the
3    community. Mr. Babros surfs and hangs out at Lunada Bay on
4    a regular basis. Mr. Babros is included in key email
5    communications from Defendant Sang Lee that describe Bay
6    Boy tactics to keep outsiders and non-locals from surfing
7    Lunada Bay. It is anticipated that this witness has information
8    regarding: 1) the inner workings of the Lunada Bay Boys and
9    the methods to keep non-locals from the beach, 2) illegal
10   activities at Lunada Bay. Mr. Babros is a Lunada Bay Local
11   and is being listed as a potential percipient witness and
12   possible defendant.

13   27)   Brad Ring aka "Ringer." Contact information unknown.  On
14         the allegations set forth in the Complaint related to Defendant
15         Lunada Bay Boys and Individual Members of the Lunada Bay
16         Boys. Plaintiffs are informed and believe that Ring is a former
17         resident of Palos Verdes Estates that maintains strong ties to
18         the community and a local surfer at Lunada Bay. Ring is
19         included in key email communications from Defendant Sang
20         Lee that describe Bay Boy tactics to keep outsiders and non-
21         locals from surfing Lunada Bay. It is anticipated that this
22         witness has information regarding: 1) the inner workings of
23         the Lunada Bay Boys and the methods to keep non-locals
24         from the beach, 2) illegal activities at Lunada Bay. Ring is a
25         Lunada Bay Local and is being listed as a potential percipient
26         witness and possible defendant.

27   28)   Charley Beukema. Contact information unknown.  On the
28         allegations set forth in the Complaint related to Defendant

1   Lunada Bay Boys and Individual Members of the Lunada Bay

2   Boys. Plaintiffs are informed and believe that Beukema is a

3   former resident of Palos Verdes Estates that maintains strong

4   ties to the community and a local surfer at Lunada Bay.

5   Beukema is included in key email communications from

6   Defendant Sang Lee that describe Bay Boy tactics to keep

7   outsiders and non-locals from surfing Lunada Bay. It is

8   anticipated that this witness has information regarding: 1) the

9   inner workings of the Lunada Bay Boys and the methods to

10   keep non-locals from the beach, 2) illegal activities at Lunada

11   Bay. Beukema is a Lunada Bay Local and is being listed as a

12   potential percipient witness and possible defendant.

13   29)   David Yoakley. Contact info believed to be: 2850 Winlock Rd.,

14   Torrance, CA, 310-963-6889, on the allegations set forth in

15   the Complaint related to Defendant Lunada Bay Boys and

16   Individual Members of the Lunada Bay Boys. Plaintiffs are

17   informed and believe that Yoakley is a former resident of

18   Palos Verdes Estates that maintains strong ties to the

19   community and a local surfer at Lunada Bay. Yoakley is

20   included in key email communications from Defendant Sang

21   Lee that describe Bay Boy tactics to keep outsiders and non-

22   locals from surfing Lunada Bay. It is anticipated that this

23   witness has information regarding: 1) the inner workings of

24   the Lunada Bay Boys and the methods to keep non-locals

25   from the beach, 2) illegal activities at Lunada Bay. Yoakley is

26   a Lunada Bay Local and is being listed as a potential

27   percipient witness and possible defendant.

28   ///

30) Bill Kaemerle. Contact information unknown, on the allegations set forth in the Complaint related to Defendant City of Palos Verdes Estates, Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Mr. Kaemerle surfs and hangs out at Lunada Bay on a regular basis. Plaintiffs are informed and believe that Mr. Kaemerle previously was one of the primary enforcers at Lunada Bay. Defendant Angelo Ferraro testified at his deposition that Mr. Kaemerle dressed in blakeface at the MLK 2014 celebration at Lunada Bay. It is anticipated that this witness has information regarding: (a) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, and (b) illegal activities at Lunada Bay. Mr. Kaemerle is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

31) Eric Michael Lamers. Contact info believed to be: 2337 Palos Verdes Drive West, 310-985-4999, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Mr. Lamers surfs and hangs out at Lunada Bay on a regular basis. Mr. Lamers is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

32) Jason Stafford. Contact info believed to be: 717 Palos Verdes Dr. West, Palos Verdes Estates, CA 90274, (310) 944-5005, jason.stafford@cox.net, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. It is anticipated that this witness has information regarding: 1) the inner

workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 2) illegal activities at Lunada Bay. Stafford is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

33) Zach Stafford**.** Contact info believed to be: 717 Palos Verdes Dr. West, Palos Verdes Estates, CA 90274. Mr. Stafford surfs and hangs out at Lunada Bay on a regular basis. Mr. Stafford is included and/or forwarding email communications encouraging Bay Boys to harass non-local surfers. Plaintiffs and informed and believe that Mr. Stafford. Stafford is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

34) Evan Todd Levy. Contact info believed to be:1077 W. 10th Street, San Pedro, Ca. Mr. Levy surfs and hangs out at Lunada Bay on a regular basis. It is anticipated that this witness has information regarding: 1) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 2) illegal activities at Lunada Bay. Caldwell is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

35) Lewis Latimer, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Mr. Latimer has surfed Lunada Bay and witnessed Defendant Alan Johnston harassing John MacHarg. Latimer is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

36)   Alex Gray, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Mr. Gray surfs and hangs out at Lunada Bay on a regular basis. Plaintiffs are informed and believe that Mr. Gray can testify regarding: 1) a conversation with Chris Taloa which occurred on the North Shore of HI, 2) defendant Brant Blakeman and other Lunada Bay Boys' methods to keep non-locals from the beach, 3) the illegal conduct of defendant Brant Blakeman and others at Lunada Bay. Mr. Gray's name is being listed only as a potential percipient witness.

37)   Robert Bacon, contact information unknown, 4bacons@cox.net, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.  Plaintiffs are informed and believe that Mr. Bacon graduated PV High School in 1978.  Mr. Bacon surfs and hangs out at Lunada Bay on a regular basis. Mr. Bacon is included in key email communications from Defendant Sang Lee that describe Bay Boy tactics to keep outsiders and non-locals from surfing Lunada Bay. It is anticipated that this witness has information regarding: 1) Josh Berstein harassing people visiting Lunada Bay including an incident captured on video in 2016, 2) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 3) illegal activities at Lunada Bay. Mr. Berstein is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

38)   Josh Berstein, (310) 351-8004, 2633 Palos Verdes Drive

West, Palos Verdes Estates, CA 90274., on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Mr. Berstain surfs and hangs out at Lunda Bay on a regular basis and is often involved in the harassment of outsiders. It is anticipated that Mr. Berstein will tesify regarding: 1) a declaration he submitted to the California Coastal Commission regarding trail access; 2) October 29, 2016 incident where he and Lunada Bay Local Robert Bacon harassed Ken Claypool as he drove by; 3) numerous incidents where he and Angelo Ferrara verbally harassed visiting surfers; 4) The inner workings of the Lunada Bay Boys and the methods used to keep non-locals from the beach; 5) illegal activities at Lunada Bay. Mr. Berstein is being listed as a potential percipient witness and possible defendant.

39) Beukema Cassidy Rose. Contact information believed to be: 2817 Palos Verdes Drive West, Palos Verdes Estates, CA, 90274, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Ms. Beukema is the stepdaughter to Defendant Angelo Ferraro and stepsister to defendant N.F. Plaintiffs anticipate that this witness has information related to: 1) her involvement with Devon Demaria in the harassment of visiting surfers, including Ken Claypool and Chris Taloa, on MLK Day 2017 which was caught on tape, 2) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 3) illegal activities at Lunada Bay including the selling of narcotics and

1    drugs, 4) Plaintiffs' believe that Ms. Beukema is a member of
2    the Lunada Bay Boys. Mr. Beukema is being listed as a
3    potential percipient witness and possible defendant.

4    40)   Devon Demaria. Contact information believed to be: (310)
5          753-5658. Plaintiffs are informed and believe that Ms.
6          Demaris is dating Defendant Alan Johnston. Plaintiffs
7          anticipate that this witness has information related to: 1) her
8          involvement with Cassidy Beukema in the harassment of
9          visiting surfers, including Ken Claypool and Chris Taloa, on
10         MLK Day 2017 which was caught on tape,   2) the inner
11         workings of the Lunada Bay Boys and the methods to keep
12         non-locals from the beach, 3) illegal activities at Lunada Bay,
13         4) Plaintiffs' believe that Ms. Demaria  is a member of the
14         Lunada Bay Boys. Ms. Demaria  is being listed as a potential
15         percipient witness and possible defendant.

16   41)   Eric Rigler. Contact info believed to be: on the allegations set
17         forth in the Complaint related to Defendant Lunada Bay Boys
18         and Individual Members of the Lunada Bay Boys. Mr. Rigler
19         surfs and hangs out at Lunada Bay on a regular basis. Mr.
20         Rigler is included in key email communications from
21         Defendant Sang Lee that describe Bay Boy tactics to keep
22         outsiders and non-locals from surfing Lunada Bay. Mr. Rigler
23         attended and was a key participant in many of the Danny Day
24         Celebrations. It is anticipated that this witness has information
25         regarding: 1) the inner workings of the Lunada Bay Boys and
26         the methods to keep non-locals from the beach, 2) illegal
27         activities at Lunada Bay. Mr. Rigler is a Lunada Bay Local
28         and is being listed as a potential percipient witness and

1    possible defendant.

2    42)   Derek Debraal. derek.debraal@sbcglobal.net, on the

3          allegations set forth in the Complaint related to Defendant

4          Lunada Bay Boys and Individual Members of the Lunada Bay

5          Boys. Mr. Debraal is included in key email communications

6          from Defendant Sang Lee that describe Bay Boy tactics to

7          keep outsiders and non-locals from surfing Lunada Bay. It is

8          anticipated that this witness has information regarding: 1) the

9          inner workings of the Lunada Bay Boys and the methods to

10         keep non-locals from the beach, 2) illegal activities at Lunada

11         Bay. Mr. Debraal is a Lunada Bay Local and is being listed as

12         a potential percipient witness and possible defendant.

13   43)   Daryll Stolz. Contact information not known, on the

14         allegations set forth in the Complaint related to Defendant

15         Lunada Bay Boys and Individual Members of the Lunada Bay

16         Boys. Mr. Rigler surfs and hangs out at Lunada Bay on a

17         regular basis. Mr. Stolz is included in key email

18         communications from Defendant Sang Lee that describe Bay

19         Boy tactics to keep outsiders and non-locals from surfing

20         Lunada Bay. It is anticipated that this witness has information

21         regarding: 1) the inner workings of the Lunada Bay Boys and

22         the methods to keep non-locals from the beach, 2) illegal

23         activities at Lunada Bay. Mr. Stolz is a Lunada Bay Local and

24         is being listed as a potential percipient witness and possible

25         defendant.

26   44)   Jay Dutson. Contact info believed to be:

27         jayduston@sbcglobal.net, on the allegations set forth in the

28         Complaint related to Defendant Lunada Bay Boys and

1    Individual Members of the Lunada Bay Boys. Mr. Dutson is
2    included in key email communications from Defendant Sang
3    Lee that describe Bay Boy tactics to keep outsiders and non-
4    locals from surfing Lunada Bay. It is anticipated that this
5    witness has information regarding: 1) the inner workings of
6    the Lunada Bay Boys and the methods to keep non-locals
7    from the beach, 2) illegal activities at Lunada Bay. Mr. Rigler
8    is a Lunada Bay Local and is being listed as a potential
9    percipient witness and possible defendant.

10   45)   Leo Ferrara, 2817 Palos Verdes Drive West, Palos Verdes
11   Estates, CA, on the allegations set forth in the Complaint
12   related to Defendant Lunada Bay Boys and Individual
13   Members of the Lunada Bay Boys.  Plaintiffs are informed
14   and believe that Mr. Ferrara is the son of Defendant Angelo
15   Ferraro and brother to Defendant N.F.  Plaintiffs anticipate
16   that this witness has information related to (a) the inner
17   workings of the Lunada Bay Boys and the methods to keep
18   non-locals from the beach, (b) illegal activities at Lunada Bay.
19   Mr. Ferrara is being listed as a potential percipient witness.

20   46)   Fred Strater, contact information unknown, on the allegations
21   set forth in the Complaint related to Defendant Lunada Bay
22   Boys and the Individual Members of the Lunada Bay Boys.
23   Mr. Strater is a former resident of the City of Palos Verdes
24   Estates and maintains strong connections to the community.
25   Plaintiffs believe that Mr. Strater is a Lunada Bay Local.
26   Specifically, it is anticipated that Mr. Strater's testimony will
27   include but not be limited to the following: (a) information
28   regarding his former roommate, Charles Mowat, as an

1    enforcer and one of the worst Lunada Bay Locals; (b)

2    information regarding the relationship between Michael S.

3    Papayans, Charles Mowatt and the people "running the bay;"

4    (c) tactics used to keep non-locals from coming to Lunada

5    Bay; (d) conversations with John Lessing; (e) other illegal

6    activities. Mr. Strater is being listed as a potential percipient

7    witness.

8    47)    Bruce Turner. Contact info believed to be:

9           bruce@turnerbuilt.com, on the allegations set forth in the

10          Complaint related to Defendant Lunada Bay Boys and

11          Individual Members of the Lunada Bay Boys. Mr. Turner is

12          included in key email communications from Defendant Sang

13          Lee that describe Bay Boy tactics to keep outsiders and non-

14          locals from surfing Lunada Bay. Mr. Turner attended and was

15          a key participant in many of the Danny Day Celebrations. It is

16          anticipated that this witness has information regarding: 1) the

17          inner workings of the Lunada Bay Boys and the methods to

18          keep non-locals from the beach, 2) illegal activities at Lunada

19          Bay. Mr. Turner is a Lunada Bay Local and is being listed as

20          a potential percipient witness and possible defendant.

21   48)    David Jessup. Contact info believed to be:

22          dj90274@yahoo.com, on the allegations set forth in the

23          Complaint related to Defendant Lunada Bay Boys and

24          Individual Members of the Lunada Bay Boys. Mr. Jessup is

25          included in key email communications from Defendant Sang

26          Lee that describe Bay Boy tactics to keep outsiders and non-

27          locals from surfing Lunada Bay. It is anticipated that this

28          witness has information regarding: 1) the inner workings of

1    the Lunada Bay Boys and the methods to keep non-locals

2    from the beach, 2) illegal activities at Lunada Bay. Mr. Jessup

3    is a Lunada Bay Local and is being listed as a potential

4    percipient witness and possible defendant.

5    49)   Tony Pazanowski, contact information unknown, on the

6    allegations set forth in the Complaint related to Defendant

7    Lunada Bay Boys and the Individual Members of the Lunada

8    Bay Boys. Plaintiffs are informed and believe that Mr.

9    Pazanowski was a former resident of the City of Palos Verdes

10   Estates having graduated PV High School and maintains

11   strong connections to the community. Several people have

12   reported that this witness surfs the Bay and has posted

13   comments on social media supporting Lunada Bay localism.

14   Plaintiffs are listing Mr. Pazanowski as a potential percipient

15   witness.

16   50)   Robert Friedman. Contact info believed to be:

17   rwfriedman@yahoo.com, on the allegations set forth in the

18   Complaint related to Defendant Lunada Bay Boys and

19   Individual Members of the Lunada Bay Boys. Mr. Friedman is

20   included in key email communications from Defendant Sang

21   Lee that describe Bay Boy tactics to keep outsiders and non-

22   locals from surfing Lunada Bay. It is anticipated that this

23   witness has information regarding: 1) the inner workings of

24   the Lunada Bay Boys and the methods to keep non-locals

25   from the beach, 2) illegal activities at Lunada Bay. Mr.

26   Friedman is a Lunada Bay Local and is being listed as a

27   potential percipient witness and possible defendant.

28   51)   Bruce Vail Rory. Contact info unknown, on the allegations set

forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Mr. Rorty is an attorney licensed to practice law in the State of California. Plaintiffs are informed believe that this witness has information regarding: 1) an incident where he harassed an attorney named Joe Cardella at Lunada Bay, 2) Michael S. Papayans brought Mr. Cardella by Mr. Rortys home to make sure Rorty did not bother Cardella again, 3) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 4) illegal activities at Lunada Bay. Mr. Rortys is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

52) Brookes Bennett. Contact info unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Mr. Bennett is a Lunada Bay Local. It is anticipated that this witness has information regarding: 1) the inner workings of the Lunada Bay Boys and the methods to keep non-locals from the beach, 2) illegal activities at Lunada Bay. Mr. Bennett is being listed as a potential percipient witness and possible defendant.

53) David Hilton, a longtime resident of Palos Verdes Estates, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys, the Individual Members of the Lunada Bay Boys and communications with Defendant City of Palos Verdes Estates. Plaintiffs are informed and believe that this witness is a long time surfer of Lunada Bay. It is anticipated that Mr. Hilton has information regarding illegal activities by

the Bay Boys to keep non-locals away from Lunada Bay

including: (a) January 22, 1995 incident where a surfer from

Brazil (documented in Incident Report 95-0062) went to

Lunada Bay to surf and was confronted by Mr. Hilton and

several other Bay Boys who made threats of violence against

him causing him to reasonably believe that if he exercised his

right surf at a public beach, Hilton and/or the Lunada Bay

Boys would commit violence against him or his car and that

Hilton and/or the Lunada Bay Boys with him had the apparent

ability to carry out the threats; (b) the inner workings of the

Lunada Bay Boys and the methods to keep non-locals from

the beach.  Plaintiffs are informed and believe that Mr. Hilton

is one of the participants in a text message conversation

started by Charlie Mowat on March 30, 2016 (the day after

this action was filed) to Defendant Alan Johnston, David

Hilton, Michael Thiel and others. In that that text message

conversation, Hilton states: "Total joke of a lawsuit wil

fail…There is hopefully no evidence that those named barred

the plaintiffs from going surfing…" Mr. Hilton is being listed as

a potential percipient witness and possible defendant.

54) Daniel Dreiling, contact information unknown, on the

allegations set forth in the Complaint related to Defendant

City of Palos Verdes Estates, Defendant Lunada Bay Boys

and Individual Members of the Lunada Bay Boys.

55) Paul Hugoboom. Contact info unknown, on the allegations set

forth in the Complaint related to Defendant Lunada Bay Boys

and Individual Members of the Lunada Bay Boys. Mr.

Hugoboom is a Lunada Bay Local. It is anticipated that this

1    witness has information regarding: 1) the inner workings of

2    the Lunada Bay Boys and the methods to keep non-locals

3    from the beach, 2) illegal activities at Lunada Bay. Mr.

4    Hugoboom is being listed as a potential percipient witness

5    and possible defendant.

6    56)   Brad Travers.  (310)701-1810 Plaintiffs are informed and

7    believe that after the incident Defendant Johnston started

8    calling and/or texting other Lunada Bay locals to check for

9    police to plan a getaway. At around 1:00 pm Brad Travers

10    (Travers Tree Service) texted Johnston: "Don't see any cops

11    at the top."

12    57)   Chuck Becker, contact information unknown, on the

13    allegations set forth in the Complaint related to Defendant

14    Lunada Bay Boys and Individual Members of the Lunada Bay

15    Boys.  Plaintiffs are informed and believe that Chuck Becker

16    is a local lifetime South Bay surfer, who has surfed Lunada

17    Bay.  Plaintiffs anticipate that this witness has information

18    related to an incident wherein Mr. Becker's tires were slashed

19    while he surfed at Lunada Bay.

20    58)   Ron Bornstein, contact information unknown, on the

21    allegations set forth in the Complaint related to Defendant

22    Lunada Bay Boys and Individual Members of the Lunada Bay

23    Boys.  Plaintiffs are informed and believe that Mr. Bornstein is

24    a former resident of the City of Palos Verdes Estates.

25    Plaintiffs are informed and believe that Mr. Bornstein or

26    "Borno" is a graduate of PV High School who used to surf

27    Lunada Bay. Mr. Bornstein is being listed as a potential

28    percipient witness.

59) Joel Milam, 30571 Rue De La Pierre, Rancho Palos Verdes, CA 90275, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Mr. Milam was a former resident of the City of Palos Verdes Estates and graduate of PV High School. Mr. Milam surfs Lunada Bay regularly and has been identified by Charlie Ferrara as one of the main Bay Boys.  Mr. Milam is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

60) James Reinhardt, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and Individual Members of the Lunada Bay Boys.  Plaintiffs are informed and believe that Mr. Reinhardt is a longtime resident of the City of Palos Verdes Estates having graduated from Palos Verdes High School in 1978. Plaintiffs believe that Mr. Reinhardt is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

61) Mark Bonney, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Mr. Bonney is a former resident of the City of Palos Verdes Estates and graduate of PV High School and maintains strong connections to the community. Plaintiffs are informed and believe that Mr. Bonney has information regarding the activities of the Lunada Bay Boys by comments made on

1  social media defending the actions of the Lunada Bay Locals.

2  Mr. Bonney is being listed as a potential percipient witness

3  and possible defendant.

4  62)  Eric Hilton, contact information unknown, on the allegations

5  set forth in the Complaint related to Defendant Lunada Bay

6  Boys, the Individual Members of the Lunada Bay Boys and

7  communications with Defendant City of Palos Verdes Estates.

8  Plaintiffs are informed and believe that this witness is a

9  longtime surfer of Lunada Bay and resident of Palos Verdes

10  Estates. It is anticipated that this witness has information

11  regarding: (a) the inner workings of the Lunada Bay Boys and

12  the methods to keep non-locals from the beach; (b) illegal

13  activities at Lunada Bay. Mr. Hilton is being listed as a

14  potential percipient witness and possible defendant.

15  63)  Kelly Logan, 714 Angelus Pl, Venus, CA 90291-4919, on the

16  allegations set forth in the Complaint related to Defendant

17  Lunada Bay Boys and the Individual Members of the Lunada

18  Bay Boys. Plaintiffs are informed and believe that Mr. Logan

19  is a former resident of the City of Palos Verdes Estates and

20  maintains strong connections to the community. Plaintiffs are

21  informed and believe that Mr. Logan was involved in the

22  assault by Peter McCollum against Geoff Hagins and several

23  others reflected in Incident Report 95-0381. Plaintiffs believe

24  that Mr. Logan is a Lunada Bay Local and is being listed as a

25  potential percipient witness and possible defendant.

26  64)  John Rall, contact information unknown, on the allegations set

27  forth in the Complaint related to Defendant Lunada Bay Boys

28  and the Individual Members of the Lunada Bay Boys.

Plaintiffs are informed and believe that Mr. Rall graduated PV High School in 1991 and maintains strong connections to the community. Plaintiffs believe that Mr. Rall is a Lunada Bay Local and is being listed as a potential percipient witness and possible defendant.

65) Jim Russi, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Mr. Russi is a former resident of the City of Palos Verdes Estates and maintains strong connections to the community – possibly still owning a home on the cliffs above Lunada Bay. Plaintiffs are informed and believe and on that basis allege that this witness has information regarding the illegal activities of the Lunada Bay Boys including the Ferraras. While this witness claims to have moved from the area years ago, he has publicly defended the actions of the Lunada Bay Boys. Plaintiffs believe that Mr. Russi is a Lunada Bay Local and is being listed as a potential percipient witness.

66) Chelsea Griep, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.  Ms. Griep is the daughter of Defendant in the state court action, Los Angeles Superior Court Case No. BC629596, Mark Griep.  Plaintiffs are informed and believe that this witness has information regarding the activities of the Lunada Bay Boys by comments made on social media supporting the exclusion of all non-locals from Lunada Bay.

67)   Carlos Anorga, 4040 Spencer St., Suite J, Torrance, CA 90503; (310) 371-7762, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs are informed and believe that Mr. Anorga is a longtime Lunda Bay local surfer and is listed as a possible percipient witness.

68)   Mark Koehler, address unknown, (808) 639-1668, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs believe that Mr. Koehler is a Lunada Bay Local and is being listed as a potential percipient witness.

69)   Chad Beatty, 1104 S. Juanita Ave., Redondo Beach, CA 90277, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs believe Mr. Beatty has been surfing Lunada Bay for years and is listed as a possible percipient witness. At this time, Plaintiffs do not have any specific information regarding this witness.

70)   Jason Buck, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. This person has been surfing Lunada Bay for years and is listed as a possible percipient witness. This percipient witness has information regarding: (a) An incident involving that occurred on October 10, 2015 documented in Officer Report for Incident 15-12058. Plaintiffs believe that Mr. Buck is a Lunada Bay Local and is being listed as a potential percipient witness.

71) Derek Daigneault, contact information unknown, on the
allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. Plaintiffs are listing Mr. Daigneault as a potential
percipient witness.

72) Daniel Dreiling Jr., contact information unknown, on the
allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. Plaintiffs are informed and believe that this witness
is the son of the former Chief of Police for Palos Verdes
Estates and because of his father's job was permitted to surf
Lunada Bay. Plaintiffs are informed and believe that Mr.
Dreiling built at least one knee board for Defendant Brant
Blakeman. Mr. Dreiling is being listed as a potential percipient
witness.

73) Danny Ecker, contact information unknown, on the allegations
set forth in the Complaint related to Defendant Lunada Bay
Boys and the Individual Members of the Lunada Bay Boys.
Plaintiffs are informed and believe that this person grew up in
Palos Verdes Estates and surfed Lunada Bay for years and is
listed as a possible percipient witness. At this time, Plaintiffs
do not have any specific information regarding this witness.
Plaintiffs believe that Mr. Ecker is being listed as a potential
percipient witness.

74) Pat Ecker, contact information unknown, on the allegations
set forth in the Complaint related to Defendant Lunada Bay
Boys and the Individual Members of the Lunada Bay Boys.
This person has been surfing Lunada Bay for years and is

1   listed as a possible percipient witness. At this time, Plaintiffs

2   do not have any specific information regarding this witness.

3   Plaintiffs believe that Mr. Ecker is being listed as a potential

4   percipient witness.

5   75)   Greg Cahill, contact information unknown, on the allegations

6   set forth in the Complaint related to Defendant Lunada Bay

7   Boys and the Individual Members of the Lunada Bay Boys.

8   Plaintiffs were contacted by a witness that stated that Mr.

9   Cahill was one of a group of Bay Boys that approached him

10   on top of the bluff while he was attempting to surf Lunada Bay

11   and threatened him with violence and damage to his car when

12   if he went down the trail. Mr. Cahill is being listed as a

13   percipient witness and possible defendant.

14   76)   Alex Hooks, contact information unknown, on the allegations

15   set forth in the Complaint related to Defendant Lunada Bay

16   Boys and the Individual Members of the Lunada Bay Boys. At

17   this time, Plaintiffs do not have any specific information

18   regarding this witness. Plaintiffs believe that Mr. Hooks may

19   surf the bay and is being listed as a potential percipient

20   witness.

21   77)   Derek Ellis. contact information unknown, on the allegations

22   set forth in the Complaint related to Defendant Lunada Bay

23   Boys and the Individual Members of the Lunada Bay Boys.

24   78)   Leonora Beukema, 2817 Palos Verdes Dr., Palos Verdes

25   Estates, CA 90274, on the allegations set forth in the

26   Complaint related to Defendant Lunada Bay Boys and the

27   Individual Members of the Lunada Bay Boys. Plaintiffs are

28   informed and believe that Ms. Beukema is married to

1   Defendant Angelo Ferrara and anticipate that she will testify

2   related to the following: 1) the inner workings of the Lunada

3   Bay Boys and the methods to keep non-locals from the

4   beach; 2) her son, Anthony Beukema's, activities in the

5   Lunada Bay Boys; 2) illegal activities at Lunada Bay; 3)

6   statements she made to the Daily Breeze regarding the

7   January 20, 2014 incident, at a public surfing event at Lunada

8   on Martin Luther King, Jr. Day, where a Lunada Bay Boy that

9   had his face painted in black makeup and wore a black Afro

10  wig left her house to go to the event.  Plaintiffs' list this

11  witness as a percipient witness.

OTHER

13  79)  Jordan Wright, can be contacted through Plaintiffs' counsel,

14       on the subjects set forth in the Complaint, to which he was a

15       percipient witness. Specifically, Mr. Wright is expected to

16       testify regarding several incidents that he has had with

17       Individual members of the Lunada Bay Boys over the 2 – 3

18       years that he has attempted surf the break, including but not

19       limited to the following: (a) being assaulted on January 29,

20       2016 by David Melo; (b) February 13, 2016 incident with

21       Plaintiff Diana Reed; (c) other incidents when he attempted to

22       surf Lunada Bay.

23  80)  Nick Borgens, contact information unknown, on the

24       allegations set forth in the Complaint related to Defendant

25       Lunada Bay Boys and the Individual Members of the Lunada

26       Bay Boys. Plaintiffs are informed and believe that Mr. Borgens

27       has attempted to surf Lunada Bay and has been subjected to

28       harassment by the Bay Boys.

81) Tommy Allen. Contact information not known. Mr. Allen is the grandson for a former Superior Court Judge who wrote an article describing harassment he received at the hands of PVE locals.

82) Gavin Heaney. on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. It is anticipated that Mr. Heaney will testify that he was denied entrance to Lunada Bay on top of the bluff while attempting to surf there by six or more Bay Boys who threatened him with violence and damage to his property if he went down the trail. Fearing for his safety, he quickly left the area. It is further anticipated this witness will testify that Greg Cahill was one of the people who threatened him.

83) Tyler Canali. on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Canali will testify that he is not from Palos Verdes Estates. It is anticipated that he will testify that he was harassed by the Lunada Bay Boys. They kept telling him "Don't bother going out, you're not going to get a wave." He will state that the Individual Bay Boys cut him off on every wave. He will further testify that Individual Bay Boys surrounded him in the water in an effort to intimidate him. They were as close as they could be, no one saying a word, just staring him down. Eventually Canali made his way to shore, where more hecklers awaited. They called him a "kook" told him to leave.

84) Jimmy Conn. on the allegations set forth in the Complaint

related to Defendant Lunada Bay Boys and the Individual
Members of the Lunada Bay Boys. Specifically, it is
anticipated that this witness will testify that he started surfing
Lunada Bay around 1976 on really big swells. Because most
of the locals are not good surfers, they would not be in the
water when he surfed but would still threaten, harass and
throw rocks at him. On one occasion, he was hit by a rock and
needed 17 stiches in his lip. He still has the scar.

85)   Daniel Dorn, can be contacted through Plaintiffs' counsel, on
the allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. It is anticipated that Mr. Dorn will testify that he is a
semiprofessional body boarder from Redondo Beach and that
he had never surfed Lunada Bay for fear of violence. He
attended one of Taloa's surfing events at Lunada Bay
because he felt it would be safe. It is anticipated that he will
testify even though the police where present they would not
tell him if it was safe. Upon greeting the pack with a hello, he
was assailed by profanities and threats. He will testify that a
Bay Boy in a kayak told him to leave and threatened him. It is
anticipated that Mr. Dorn will testify that Individual Bay Boys
dropped in on him and tried to run him over with their
surfboards until he left.

86)   Geoff Hagins, can be contacted through Plaintiffs' counsel, on
the allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. Plaintiffs anticipate that Mr. Hagins will testify that
himself, John Hagins, Mike Bernard, Mike Bernard, Jr, Charlie

1   Rigano and Doug Disanti were accosted by Peter McCollum
2   and several other Bay Boys as reflected in Incident Report
3   95-0381.

4   87)   John Hagins, contact information unknown, on the allegations
5   set forth in the Complaint related to Defendant Lunada Bay
6   Boys and the Individual Members of the Lunada Bay Boys.
7   Plaintiffs anticipate that Mr. Hagins will testify that himself,
8   Geoff Hagins, Mike Bernard, Mike Bernard, Jr, Charlie Rigano
9   and Doug Disanti were accosted by Peter McCollum and
10   several other Bay Boys as reflected in Incident Report 95-
11   0381.

12   88)   Mike Bernard, contact information unknown, on the
13   allegations set forth in the Complaint related to Defendant
14   Lunada Bay Boys and the Individual Members of the Lunada
15   Bay Boys. Plaintiffs anticipate that Mr. Bernard will testify that
16   himself, Geoff Hagins, John Hagins. Mike Bernard, Jr, Charlie
17   Rigano and Doug Disanti were accosted by Peter McCollum
18   and several other Bay Boys as reflected in Incident Report
19   95-0381.

20   89)   Mike Bernard, Jr. contact information unknown, on the
21   allegations set forth in the Complaint related to Defendant
22   Lunada Bay Boys and the Individual Members of the Lunada
23   Bay Boys. Plaintiffs anticipate that Mr. Bernard, Jr. will testify
24   that himself, Geoff Hagins, John Hagins, Mike Bernard,
25   Charlie Rigano and Doug Disanti were accosted by Peter
26   McCollum and several other Bay Boys as reflected in Incident
27   Report 95-0381.

28   90)   Charlie Rigano, contact information unknown, on the

1    allegations set forth in the Complaint related to Defendant

2    Lunada Bay Boys and the Individual Members of the Lunada

3    Bay Boys. Plaintiffs anticipate that Mr. Rigano will testify that

4    himself, Geoff Hagins, John Hagins, Mike Bernard, Mike

5    Bernard, Jr, and Doug Disanti were accosted by Peter

6    McCollum and several other Bay Boys as reflected in Incident

7    Report 95-0381.

8    91)   Doug Disanti, contact information unknown, on the allegations

9          set forth in the Complaint related to Defendant Lunada Bay

10         Boys and the Individual Members of the Lunada Bay Boys.

11         Plaintiffs anticipate that Mr. Disanti will testify that himself,

12         Geoff Hagins, John Hagin, Mike Bernard, Mike Bernard, Jr,

13         and Charlie Rigano were accosted by Peter McCollum and

14         several other Bay Boys as reflected in Incident Report 95-

15         0381.

16   92)   Kurt Stanphenhorst, contact information unknown, on the

17         allegations set forth in the Complaint related to Defendant

18         Lunada Bay Boys and the Individual Members of the Lunada

19         Bay Boys. It is anticipated that this witness will testify that he

20         was shot at with a pellet gun by an Individual Bay Boy.

21   93)   Randy Clark, contact information unknown, on the allegations

22         set forth in the Complaint related to Defendant Lunada Bay

23         Boys and the Individual Members of the Lunada Bay Boys.

24   94)   John Innis, can be contracted through Plaintiffs' counsel, on

25         the allegations set forth in the Complaint related to Defendant

26         Lunada Bay Boys and the Individual Members of the Lunada

27         Bay Boys. This witness will testify that he was harassed by

28         Individual Bay Boys while trying to take photographs and that

1    he filed a police report but nothing came of it.

2    95)    Trish Laurie, contact information unknown, on the allegations

3    set forth in the Complaint related to Defendant Lunada Bay

4    Boys and the Individual Members of the Lunada Bay Boys. It

5    is anticipated that Ms. Laurie will testify that she was sexually

6    harassed/assaulted at Lunada Bay.  It is anticipated that she

7    will say that certain individuals dropped "dropped their towels

8    and jerked off to her."  Ms. Laurie is being listed as a possible

9    percipient witness.

10   96)    Ken Claypool, can be contacted through Plaintiffs' counsel, on

11   the allegations set forth in the Complaint related to Defendant

12   Lunada Bay Boys and the Individual Members of the Lunada

13   Bay Boys. This witness will testify about several incidents of

14   harassment at Lunada Bay involving Individuals such as

15   Brant Blakeman and possibly one or more of the Ferraras.

16   97)    Tom Wilson, contact information unknown, on the allegations

17   set forth in the Complaint related to Defendant Lunada Bay

18   Boys and the Individual Members of the Lunada Bay Boys.

19   98)    Martin Tueling, contact information unknown, on the

20   allegations set forth in the Complaint related to Defendant

21   Lunada Bay Boys and the Individual Members of the Lunada

22   Bay Boys.

23   99)    Bernie Mann, contact information unknown, on the allegations

24   set forth in the Complaint related to Defendant Lunada Bay

25   Boys and the Individual Members of the Lunada Bay Boys.

26   100)   Dr. Stephen Young, can be contacted through Plaintiffs'

27   counsel, on the allegations set forth in the Complaint related

28   to Defendant Lunada Bay Boys and the Individual Members

of the Lunada Bay Boys. It is anticipated that Dr. Young will
testify that while attending medical school he tried many times
to enjoy the break at Lunada Bay and on every occasion was
bullied to leave the area. He will testify that his vehicle was
damaged many times, including slashed tires, scratches on
the painted surfaces and broken windows. He will testify that
there was a few occasions that he feared for his life. He will
state that he filed a police report but nothing was done.

101) Hagan Kelly, contact information unknown, on the allegations
set forth in the Complaint related to Defendant Lunada Bay
Boys and the Individual Members of the Lunada Bay Boys.

102) Sef Krell, may be contacted through Plaintiffs' counsel, on the
allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. Specifically, Mr. Krell has information related to the
incident that occurred on or around November 15, 2014.

103) Alan Haven, can be contacted through Plaintiffs' counsel, on
the allegations set forth in the Complaint related to Defendant
Lunada Bay Boys and the Individual Members of the Lunada
Bay Boys. Mr. Haven is a resident of Palos Verdes Estates
and will testify regarding the video of an assault that he took
on October 10, 2015.

104) Daniel R. Jongeward, can be contacted through Plaintiffs'
counsel, on the allegations set forth in the Complaint related
to Defendant Lunada Bay Boys and the Individual Members
of the Lunada Bay Boys. Specifically, it is anticipated that Mr.
Jongewad will testify that: (a) he is not a resident of Palos
Verdes Estates; (b) he was a big wave surfer but rides

longboards and guns; (c) he has attempted to surf Lunada Bay on several occasions. Because of the reputation, he went alone and early in the morning. He has had dirt clods and rocks thrown at him. He has been physically threatened. People threatened to vandalize his car. Because he believes that the Lunada Bay Boys have the ability to physically harm him and his property he made the decision not to return.

105) Patrick Landon, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

106) Frank Netto, can be contacted through Plaintiffs' counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.

107) Randy Miestrell, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. This witness has been quoted in numerus articles over the years and is listed as a possible percipient witness.

108) Sharlean Perez, can be contacted through Plaintiffs' counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. It is anticipated that this witness will testify that she and her boyfriend tried to hike down the trail to Lunada Bay and people started throwing glass bottles "near" and "around" them.  She and her boyfriend at the time were not from PVE.

109) Charles Michael Pinkerton, can be contacted through Plaintiffs' counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. It is anticipated that Mr. Pinkerton will testify that he is an aerospace engineer with a Master's Degree who has made several attempts to surf Lunada Bay. He will state that he has been verbally harassed, threatened with violence, and had his things thrown in the water. He has had all four tires flattened, his windows waxed; and his backpack thrown in the water while he was out surfing.

110) Mike Purpus, contact information unknown, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of The Lunada Bay Boys. This witness is a former professional surfer who has written articles about localism at Lunada Bay and is listed as a possible percipient witness.

111) Mike Stevens, Los Angeles County District Attorney's Office, 210 West Temple Street, Los Angeles, CA 90012, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs have been informed that Mr. Stevens is an investigator with the Los Angeles District Attorney's Office and that he was hassled by the Bay Boys when attempting to surf Lunada Bay. Neither Plaintiffs nor their attorneys have spoken directly with Mr. Stevens. He is listed as a possible percipient witness.

112) Christopher Taloa, can be contacted through Plaintiffs'

counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Specifically, it is anticipated that Mr. Taloa will testify regarding several incidents.

113) John MacHarg, can be contacted through Plaintiffs' counsel. Plaintiffs anticipate that Mr. MacHarg will testify that while visiting Lunada Bay on January  29, 2016 he was standing just under the patio on the rocks when Defendant Sang Lee (local surfer/enforcer) who was standing on top of the patio poured out a portion of the beer he was holding on to his head.  This happened right in front two officers that were standing 6 feet to his right.

114) Andy MacHarg, can be contacted through Plaintiffs' counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys.  Plaintiffs anticipate Mr. MacHarg will testify about being harassed while attempting to surf at Lunada Bay.

115) Jason Gersch, can be contacted through plaintiffs counsel, on the allegations set forth in the Complaint related to Defendant Lunada Bay Boys and the Individual Members of the Lunada Bay Boys. Plaintiffs anticipate Mr. Gersch will testify about being harassed while attempting to surf at Lunada Bay.

116) Jim Light, 603 S. Broadway, Redondo Beach, 540-8934 (home) or 348-6339 (work) President of the Surf Rider Foundation 2002 on issue of localism and working with City of PVE - recommendation of the Surf Rider Foundation and ask the City staff to prepare an ordinance that we can review with

1      the intent of adoption similar to what Redondo Beach has and

2      perhaps expand it to include addressing the issue of blocking

3      access to the beach and see that the "patios" be dismantled

4      and removed.

5      117)  Tim Tindall, can be contacted through Plaintiffs' counsel, on

6            the allegations set forth in the Complaint related to Defendant

7            Lunada Bay Boys and the Individual Members of the Lunada

8            Bay Boys. It is anticipated that Mr. Tindell will testify about

9            being harassed while attempting to body board Wally's.

10     118)  Rory Carroll, contact information unknown, on the allegations

11           set forth in the Complaint related to Defendant Lunada Bay

12           Boys and the Individual Members of the Lunada Bay Boys.

13           Specifically, Mr. Carroll is expected to testify regarding the

14           contents of this

15           video:https://www.theguardian.com/travel/video/2015/may/18/

16           california-surf-wars-lunada-bay-localism-video

17     119)  Noah Smith, contact information unknown, on the allegations

18           set forth in the Complaint related to Defendant Lunada Bay

19           Boys and the Individual Members of the Lunada Bay Boys.

20           Specifically, Mr. Carroll is expected to testify regarding the

21           contents of this video:

22           https://www.theguardian.com/travel/video/2015/may/18/califor

23           nia-surf-wars-lunada-bay-localism-video

24     120)  Karl R. Bingemann, contact information unknown, on the

25           subject of the declaration submitted to the California Coastal

26           Commission regarding trail access.

27     121)  William C. Brand, contact information unknown, on the subject

28           of the declaration submitted to the California Coastal

1    Commission regarding trail access.

2    122)  Kurt Buettgenbach, contact information unknown, on the

3    subject of the declaration submitted to the California Coastal

4    Commission regarding trail access.

5    123)  Sean Criss, contact information unknown, on the subject of

6    the declaration submitted to the California Coastal

7    Commission regarding trail access.

8    124)  Douglas Leach, contact information unknown, on the subject

9    of the declaration submitted to the California Coastal

10    Commission regarding trail access.

11    125)  Ian McDonald, contact information unknown, on the subject of

12    the declaration submitted to the California Coastal

13    Commission regarding trail access.

14    126)  John R. McGrath, Jr., contact information unknown, on the

15    subject of the declaration submitted to the California Coastal

16    Commission regarding trail access.

17    127)  Colin McNany, contact information unknown, on the subject of

18    the declaration submitted to the California Coastal

19    Commission regarding trail access.

20    128)  Bruce V. Rorty, contact information unknown, on the subject

21    of the declaration submitted to the California Coastal

22    Commission regarding trail access.

23    129)  Officer Charles H. Avington, presumably can be contacted

24    through counsel for the City on the subject regarding Officer

25    Report for Incident DR 010008.

26    130)  Officer Kenneth Ackert Badge # 725 / Patrice Ann Santucci /

27    Margaret A, Doherty, presumably can be contacted through

28    counsel for the City, on the subject regarding Officer Report

1    for Incident DR 010864.

2    131)   Officers R. Castro / C. Simon, presumably can be contacted
3           through counsel for the City, on the subject regarding Officer
4           Report for Incident 12-11606.

5    132)   Officers Helinga / Wulf, presumably can be contacted through
6           counsel for the City, on the subject regarding Officer Report
7           for Incident 11-10919.

8    133)   Officer Shinowsky, presumably can be contacted through
9           counsel for the City, on the subject regarding Officer Report
10          for Incident 95-0297.

11   134)   Officer Belcher, presumably can be contacted through
12          counsel for the City, on the subject regarding Officer Report
13          for Incidents 95-0281, 95-0381.

14   135)   Officers Velez / John C. Eberhard / Denise L. Allen,
15          presumably can be contacted counsel for the City, on the
16          subject regarding Officer Report(s) for Incidents 95-0418 and
17          97-0042.

18   136)   Officers Denice L. Allen / John C. Eberhard / Steven N.
19          Barber, presumably can be contacted through counsel for the
20          City, on the subject regarding Officer Report for Incident 97-
21          0047.

22   137)   Officers Richard J. Delmont / Patrick L. Hite, can presumably
23          be contacted through counsel for the City, on the subject
24          regarding Officer Report for Incident 98-0301.

25   138)   Officers Cecilia T. Nguyen / Mark A. Velez / Valerie S. Hite,
26          can presumably be contacted through counsel for the City, on
27          the subject regarding Officer Report for Incident 99-0042.

28   139)   Officers E. Gaunt / C. Reed, presumably can be contacted

1    through counsel for the City, on the subject regarding Officer

2    Report for Incident 09-00575.

3    140)   Officers E. Gaunt / C. Reed, presumably can be contacted

4    through counsel for the City, on the subject regarding Officer

5    Report for Incident 09-00562.

6    141)   Officers B. Hernandez / R. Venegas, presumably can be

7    contacted through counsel for the City, on the subject

8    regarding Officer Report for Incident 09-00693.

9    142)   Officer B. Hernandez, presumably can be contacted through

10   counsel for the City, on the subject regarding Officer

11   Report for Incident 09-10183.

12   143)   Officers L. Tejada / R. Delmont, presumably can be contacted

13   through counsel for the City, on the subject regarding Officer

14   Report for Incident 09-08872.

15   144)   Officers C. Eberhard / S. Tomlins, presumably can be

16   contacted through counsel for the City, on the subject

17   regarding Officer Report for Incident 10-00265.

18   145)   Officers B. Hernandez / C. Reed, presumably can be

19   contacted through counsel for the City, on the subject

20   regarding Officer Report for Incident 10-02408.

21   **B.   Documents**

22   In accordance with F.R.C.P. 26(a)(1)(A)(ii), Plaintiffs identify the

23   following categories of documents in their possession, custody or control:

24   Police Reports:

25   1.   Palos Verdes Estates Police Department, Officer Report for

26   Incident 16-01360, dated 1/22/95.

27   2.   Palos Verdes Estates Police Department, Officer Report for

28   Incident 95-0219/0381, dated 3/13/95.

3.     Palos Verdes Estates Police Department, Officer Report for Incident 95-0297, dated 4/5/95.

4.     Palos Verdes Estates Police Department, Officer Report for Incident 95-0381, dated 4/26/95.

5.     Palos Verdes Estates Police Department, Officer Report for Incident 95-0381, dated 3/14/95.

6.     Palos Verdes Estates Police Department, Officer Report for Incident 95-0418, dated 5/7/95.

7.     Palos Verdes Estates Police Department, Officer Report for Incident 96-1037, dated 12/18/96.

8.     Palos Verdes Estates Police Department, Officer Report for Incident 97-0002, dated 1/1/97.

9.     Palos Verdes Estates Police Department, Officer Report for Incident 97-0042, dated 1/18/97.

10.    Palos Verdes Estates Police Department, Officer Report for Incident 97-0047, dated 1/19/97.

11.    Palos Verdes Estates Police Department, Officer Report for Incident 98-0301, dated 5/02/98.

12.    Palos Verdes Estates Police Department, Officer Report for Incident 99-0042, dated 1/16/99.

13.    Palos Verdes Estates Police Department, Officer Report for Incident 99-0077, dated 1/24/99.

14.    Palos Verdes Estates Police Department, Officer Report for Incident 09-00562, dated 1/19/09.

15.    Palos Verdes Estates Police Department, Officer Report for Incident 09-00693, dated 1/24/09.

16.    Palos Verdes Estates Police Department, Officer Report for Incident 09-08872, dated 10/15/09.

17. Palos Verdes Estates Police Department, Officer Report for Incident 09-10183, dated 11/28/09. – Sang Lee

18. Palos Verdes Estates Police Department, Officer Report for Incident 10-00265, dated 1/10/10.

19. Palos Verdes Estates Police Department, Officer Report for Incident 10-02408, dated 3/23/10.

20. Palos Verdes Estates Police Department, Officer Report for Incident 11-10919, dated 12/25/11.

21. Palos Verdes Estates Police Department, Officer Report for Incident 12-11606, dated 11/03/12.

22. Palos Verdes Estates Police Department, Officer Report for Incident 16-0136, dated 1/29/16.

23. Palos Verdes Estates Police Department, Officer Report for Incident 16-02164, dated 2/13/16.

24. Palos Verdes Estates Police Department, Officer Report for Incident DR # 17-00587.

Photos:

25. All photos attached as exhibits to the Complaint.

26. All photos attached as exhibits to the State Action BC629596.

27. Photographs of Lunada Bay taken in August 2015 and provided to Plaintiffs by City of Palos Verdes Estates in response to Public Records Act Request, Bates Nos. 1128-1151,1267-1300.

Correspondence/Other:

28. Letter undated from Jim Russi to Ed Jaakola.

29. Letter dated January 21, 2016, from Jordan Sanchez of the California Coastal Commission to Jeff Kepley of the Palos Verdes Police Department.

30. Letter dated June 6, 2016, from Mr. Sanchez of the California

1      Coastal Commission to City Manager Anton Dahlerbruch.

2   31.   Letter dated June 7, 2016, from City Manager Dahlerbruch to Mr.

3      Sanchez.

4   32.   July 12, 2016 Sheri Repp-Loadsmann, Deputy City

5      Manager/Planning and Building Director issued a Memorandum

6      to the City's Mayor and City Council.

7   33.   Email chain dated April 4, 2016 between John MacHarg and

8      Mark Velez.

9   34.   Memo dated 12/31/15 from Chief Jeff Kepley' re PVE Surfing

10      Localism in The Media This Week.

11   35.   Memorandum from Anton Dahlerbruch to Honorable Mayor and

12      City Council dated January 22, 2016, Subject City Managers

13      Report for January 18- January 22, 2016.

14   36.   Memorandum from Anton Dahlerbruch to Honorable Mayor and

15      City Council dated January 29, 2016, Subject City Managers

16      Report for January 25- January 29, 2016.

17   37.   Memorandum from Anton Dahlerbruch to Honorable Mayor and

18      City Council dated March 25, 2016, Subject City Managers

19      Report for March 21 - March 25, 2016.

20   38.   Letter dated January 12, 2016 from Resident to Jeff Kepley.

21   39.   New Coastal Commission letters?

22   40.   Text message from Charles Mowatt

23   41.   Cell phone records of Alan Johnston

24   42.   Emails from Sang Lee

25   Videos:

26   43.   Defendant Sang Lee and other Bay Boys caught on video.

27      https://www.theguardian.com/travel/video/2015/may/18/california

28      -surf-wars-lunada-bay-localism-video

44. Peter McCollum assaults Jeff Hagins, John Hagins, Vietnam combat vet Mike Bernard and his son for surfing the public beach telling them, among other things, "you won't come back here again boy".

https://www.youtube.com/watch?v=J1Ms0ktOaZs

45. Defendant Michael Papayans - blocking access to the public beach: https://vimeo.com/88394493

46. MLK harassment - https://vimeo.com/85025465

47. Video of David Melo harassing Diana Milena Reed and Jordan Wright and attempting to block their access to public beach taken on 1/29/16.

48. Video of Hank Harper attempting to intimidate Diana Milena Reed and her attorney while being interviewed by the media.

49. The Swell Life, (2001), interview of former Chief of Police Tim Browne.

50. Video taken by Alan Haven on 10-10-16 of Sean Van Dine punching Jason Buck on the cliff's edge that overlooks Lunada Bay.

51. Camplin Memorial Video part 1 believed to be filmed by Mark Griep.

52. Camplin Memorial Video part 2 believed to be filmed by Mark Griep.

53. Camplin Memorial Video part 3 believed to be filmed by Mark Griep.

54. Video of Cassidy B. and Devon Demaria harassing suffers at the 2017 MLK event.

55. Video taken by Chelsea Griep

**C.     Damages**

A Computation of Damages Claimed by Plaintiff Under Fed. R. Civ. P. 26(a)(1)(A)(iii)

This case is primarily about broad, class-wide injunctive and declaratory relief necessary to redress group-wide injury to visiting beachgoers whom Defendants are denying access to Lunada Bay, whereby a single injunction or declaratory judgment will provide relief to each member of the class.  In addition to equitable relief, on behalf of themselves and the putative class, Plaintiffs Cory Spencer and Diana Milena Read seek uniform and formulaic damages that are incidental to the requested equitable relief. This includes damages under Civil Code section 52 and 52.1(b). Plaintiffs do not have sufficient information at this time to provide an accurate estimate of the incidental damages, however, such amount is to be determined at trial.

Plaintiffs also seek attorneys' fees, costs, and interest pursuant to Cal. Civ. Code §§ 52.1 and 1021.5, 42 U.S.C. § 1983, and any other statute or rule of law authorizing such an award.

At this early stage of discovery, however, Plaintiffs are unable to provide a full computation of damages they will be seeking.

**D.     Insurance**

Not applicable.

**E.     Certification**

To the best of my knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

1   DATED: March 2. 2017                         HANSON BRIDGETT LLP

2

3                                        By: */s/ Kurt A. Franklin*
                                              KURT A. FRANKLIN
4                                             SAMANTHA D. WOLFF
                                              CAROLINE ELIZABETH LEE
5                                             TYSON M. SHOWER
                                              LANDON D. BAILEY
6                                             Attorneys for Plaintiffs
                                              CORY SPENCER, DIANA MILENA
7                                             REED, and COASTAL PROTECTION
                                              RANGERS. INC.
8

9                                             OTTEN LAW, PC

10  DATED:  March 2, 2017

11

12                                       By:  */s/Victor Otten*
                                              VICTOR OTTEN
13                                            KAVITA TEKCHANDANI
                                              Attorneys for Plaintiffs
14                                            CORY SPENCER, DIANA MILENA
                                              REED, and COASTAL PROTECTION
15                                            RANGERS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28