UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 16-02129-SJO (RAO)                           Date:   March 3, 2017
Title:       Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present:        The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | CS-3/3/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha D. Wolff | John P. Worgul |
| Victor J. Otten | Robert Cooper |
| Kurt A. Franklin | Mark Field |
| | Eileen Gaisford |
| | Tera A. Lutz |
| | Jacob Song |

**Proceedings:**          (In Chambers) **MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances.  A telephonic hearing was held for the issues raised in Docket Numbers 233 and 234.

By **March 8, 2017**, Plaintiffs' counsel is ordered to provide a list of the witnesses that Plaintiffs were ordered to identify in the Court's January 25, 2017 Order.[1]  At the hearing, the parties agreed to file a stipulated protective order regarding confidentiality protections for contact information, particularly phone numbers, of the parties or any witnesses.  The confidentiality of the witness list shall be governed by the anticipated protective order.

**IT IS SO ORDERED.**

                                                                                        :    36
                                                        Initials of Preparer          gr

---

[1] The list shall include the names of the witness, whether each witness is represented by Plaintiffs' counsel, and contact information for those witnesses who are not represented by Plaintiffs' counsel.  If Plaintiffs do not have contact information for a witness, the list shall state this fact unambiguously and succinctly.  The list shall be produced to Defendant Blakeman's counsel electronically, and Plaintiffs' counsel shall promptly notify Defendant Blakeman's counsel if there are issues with compliance with the deadline or electronic production.

---