UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 16-02129-SJO (RAO)                    Date:   May 17, 2017
Title:      Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present:        The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha D. Wolff | John P. Worgul |
| | Robert Cooper |
| | Mark Fields |
| | Peter Haven |
| | Tera A. Lutz |
| | Daniel Crowley |
| | Jacob Song |
| | Tiffany Bacon |

**Proceedings:**  (In Chambers) **MINUTE ORDER RE: TELEPHONIC HEARING**

        The case was called and counsel for the parties entered their appearances.  The parties discussed proposed dates for the deposition of Defendant Sang Lee.  Counsel for Mr. Lee is directed to provide available deposition dates to Plaintiffs' attorneys by no later than noon on Thursday, May 18, 2017.

        **IT IS SO ORDERED.**

                                                                        :    18
                                          Initials of Preparer        gr