UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-02129-SJO (RAOx)     Date: June 8, 2017
Title: Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha D. Wolff | Edwin J. Richards |
| Kurt A. Franklin | Jacob Song |
| | Tera A. Lutz |
| | Daniel Crowley |
| | Robert Cooper |
| | Mark Fields |
| | Tiffany Bacon |

**Proceedings:** (In Chambers) **MINUTE ORDER RE: TELEPHONIC HEARING AND FURTHER PROCEEDINGS**

The case was called and counsel for the parties entered their appearances.

The parties and the Court discussed the pending dispute between Plaintiffs and Defendants City of Palos Verdes Estates and Jeff Kepley (collectively, "City Defendants") regarding a report by a third-party investigator retained by the City Attorney on an investigation into the source of a leak of a Palos Verdes Estates Police Department undercover operation ("Report"). Plaintiffs request production of the Report and the City Defendants assert the Report is protected by the attorney-client privilege and the work-product doctrine.

///
///
///
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   CV 16-02129-SJO (RAOx)                               Date:   June 8, 2017
Title:          Cory Spencer, et al. v. Lunada Bay Boys, et al.

      The Court deems it appropriate to order further briefing on this dispute. Plaintiffs and the City Defendants shall file a joint brief addressing the dispute by **July 6, 2017**. The Court will schedule a telephonic hearing on the matter soon thereafter.[1]

**IT IS SO ORDERED.**

                                                                                                           :    26
                                                     Initials of Preparer       slb

---

[1] Plaintiffs raised a concern during the hearing that the City Defendants may file a motion for summary judgment prior to a ruling on the pending dispute regarding the Report. Plaintiffs and the City Defendants agreed to meet and confer regarding this concern.