UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-02129-SJO (RAOx) | Date: | June 13, 2017 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | CS6/13/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha D. Wolff | John Worgul |
| Lisa Pooley | Matthew Voss |
| | Tera A. Lutz |
| | Jacob Song |

**Proceedings: MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances. The parties and the Court discussed the pending dispute between Plaintiffs and Defendant Brant Blakeman ("Defendant") regarding supplemental responses to interrogatories propounded by Defendant. As stated on the record, Plaintiffs are ordered to serve their supplemental responses electronically by the close of business on **June 19, 2017**.

**The parties are directed to meet and confer in good faith to attempt to resolve any further discovery disputes. If the parties are unable to reach a resolution about any disputes, they are directed to contact the Court's Courtroom Deputy Clerk to schedule a telephonic conference.**

IT IS SO ORDERED.

| | : | 53 |
|---|---|---|
| Initials of Preparer | | slb |