EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>    Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[Exempt From Filing Fees Pursuant To Government Code § 6103]**<br><br>**JOINT NOTICE** |

**PLEASE TAKE NOTICE** that the discovery dispute (Dkt. Nos. 245, 246) between Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers ("Plaintiffs") and Defendants City of Palos Verdes Estates and Chief Jeff Kepley ("City Defendants") has been informally resolved by the City Defendants' production of the investigation report that was the subject of the dispute. Therefore, the briefing ordered by the Court (Dkt. No. 246) is no longer necessary, and may be vacated.

DATED: June 16, 2017            KUTAK ROCK LLP

                                By: */s/ Jacob Song*
                                EDWIN J. RICHARDS
                                ANTOINETTE P. HEWITT
                                JACOB SONG
                                Attorneys for Defendants
                                CITY OF PALOS VERDES and CHIEF
                                OF POLICE JEFF KEPLEY

DATED: June 16, 2017            HANSON BRIDGETT LLP

                                By: */s/ Samantha D. Wolff*
                                KURT A. FRANKLIN
                                SAMANTHA D. WOLFF
                                TYSON M. SHOWER
                                LANDON D. BAILEY
                                Attorneys for Plaintiffs
                                CORY SPENCER, DIANA MILENA
                                REED, and COASTAL PROTECTION
                                RANGERS, INC.