UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  CV 16-02129-SJO (RAOx)                              Date:  June 19, 2017
Title:        Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present:       The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

|  Sandra L. Butler  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiff(s):  |  Attorneys Present for Defendant(s):  |
|---|---|
|  N/A  |  N/A  |

**Proceedings:**        (In Chambers) **MINUTE ORDER RE: DISCOVERY DISPUTE**

The Court is in receipt of the Joint Notice signed by Defendants City of Palos Verdes Estates and Jeff Kepley and Plaintiffs regarding the informal resolution of the discovery dispute addressed at June 8, 2017 hearing. Dkt. No. 250. The Court hereby vacates the briefing schedule set by the June 8, 2017 minute order. Dkt. No. 246.

**IT IS SO ORDERED.**

                                                                                                           :
                                                                                         slb
                                                              Initials of Preparer