UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-02129-SJO (RAOx) | Date: | June 26, 2017 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | | |

Present:   The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **MINUTE ORDER RE: DISCOVERY DISPUTE**

Plaintiffs and Defendant Alan Johnston ("Defendant") have informed the Court that they have been unable to resolve their dispute regarding the scheduling of a deposition of Defendant. The Court previously held a telephonic hearing regarding this dispute on June 15, 2017.

The parties are directed to meet and confer one more time regarding this dispute. If the parties are unable to resolve the dispute, they shall file separate letter briefs, no longer than five (5) pages, by **June 30, 2017**. The letter briefs shall include a statement of how each party proposed to resolve the dispute at the final meet and confer. If it appears necessary, the Court will schedule a telephonic hearing. Otherwise, the Court will take the matter under submission upon filing of the letter briefs.

**IT IS SO ORDERED.**

:
Initials of Preparer   slb