J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 270
Manhattan Beach, California 90266
Tel: (310) 526-2237
Fax: (424) 456-3131
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>Plaintiffs,<br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>**DEFENDANT ALAN JOHNSTON'S LETTER BRIEF REGARDING SCHEDULING OF DEPOSITION** |

LAW OFFICES
# J. PATRICK CAREY
ATTORNEY AT LAW
*CERTIFIED CRIMINAL LAW SPECIALIST
CALIFORNIA STATE BAR BOARD OF LEGAL SPECIALIZATION
WWW.JPATRICKCAREY.COM

1230 ROSECRANS AVENUE, SUITE 270　　　　　　　　　OFFICE 310.526.2237　FAX 310.356.3671
MANHATTAN BEACH, CALIFORNIA 90266　　　　　　　　　　　　PAT@PATCAREYLAW.COM

June 29, 2017

The Honorable Rozella A. Oliver
United States District Court - Central District of California
Courtroom F, 9th Floor
312 N. Spring Street
Los Angeles, CA 90012

Re:　*Spencer et al v. Lunada Bay Boys, et al.*

Dear Judge Oliver,

At the outset of this lawsuit, I advised Plaintiffs' counsel that Mr. Johnston lives and travels internationally most of the year as required by his sponsor, VAST, Inc. On December 12, 2016, I emailed Plaintiff's counsel that Mr. Johnston would be "home for the next three weeks or so and would love to get a deposition date on calendar if that is possible with you guys. Ideally for my schedule is December 20th as we discussed several weeks ago, but I can be flexible."

On February 7, 2017, I followed up with an email request to "set a date for his deposition given [Mr. Johnston's] upcoming international travel. If so, here are some available dates: Feb. 27, March 8, 9, 10, 14, 16, 20."

For over 6 months, Mr. Johnston made himself available for deposition. In June of 2017, after not receiving a date, Mr. Johnston left the country for his pre-arranged obligations for VAST. Just four days after leaving the country, Plaintiffs requested to schedule his deposition.

Mr. Johnston is available for deposition on July 28, 2017. This date is less than 30 days from the originally noticed deposition date and is before the close of discovery. Plaintiffs have noticed several depositions at this late juncture, including for three Ferrara defendants on July 6, 7, and 8, and Defendant Papayans on July 18.

We thank the court for its consideration and submit that there is currently no need for sanctions.

Sincerely,

LAW OFFICES OF J. PATRICK CAREY

J. Patrick Carey
Attorney for Defendant Allen Johnston