# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Cory Spencer, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | LA16CV2129 SJO (RAOx) |
| v. | |
| Lunada Bay Boys, et al., | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/3/2017 | 259 | Application for Order |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☑ The document is stricken and counsel is ordered to file an amended or corrected document by 7/7/2017              .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: 7/5/2017                    By: Sandra L. Butler
                                       Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge