# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY SPENCER, et al., <br>     Plaintiff, <br> vs. <br> LUNADA BAY BOYS, et al. <br>     Defendants | Case No.: 2:16-cv-02129-SJO (RAOx) <br><br> ORDER TO RELEASE CELL PHONE <br><br> Hon. Rozella A. Oliver <br><br> Complaint Filed: March 29, 2016 <br> Trial Date: November 7, 2017 |

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

    The Los Angeles Police Department Release the cell phone of Michael Papayans, which is part of the investigation file DR #15-1100891, evidence item 16, to Meridian Discovery, care of Arman Gungor (hereafter "Meridian"), located at 611 Wilshire Blvd, Ste 315, Los Angeles, CA 90017.

    Mr. Papayans shall cooperate as necessary with Meridian with respect to passwords, and shall pay Meridian's costs as well as the costs of production.

Meridian is to forensically extract all available data from Mr. Papayans' phone including, without limitation:

- Call History (including voice mail)
- Text Message History
- Email history
- Photos & Videos
- Contacts & Calendar
- Maps
- Notes
- Web history
- Geolocation (GPS/Cell Tower) data.

The information extracted should include date and time stamps, to the extent available, as well as any other forensic information that can be attributed to each item.

Text Message history should include both SMS and MMS text as well as any other messaging applications found on the phone. Data should include active content as well as deleted but recoverable content. In addition to call activity, server and other connection logs including backup logs should be extracted to the extent available.

Once preservation is complete, using parameters and instructions agreed upon by the parties and provided to Meridian by Papayans' counsel, Peter Haven, Meridian will perform search and filtering to locate potentially responsive documents in the extracted data. These documents will be provided to Mr. Haven for review.

Upon receipt of the information from Meridian, Mr. Haven and his client shall have 5 days to review the information, assert any appropriate objections and/or any appropriate "CONFIDENTIAL" designation under the Protective Order, and produce non-objectionable data or documents that are responsive to the

Request for Production of Documents.

Upon completion, Meridian shall return the phone to the Los Angeles Police Department.

Date: July 12, 2017

*Rozella A. Oliver*

HON. ROZELLA A. OLIVER
United States Magistrate Judge