UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-02129-SJO (RAOx) | Date: | July 13, 2017 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | CS7/13/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Samantha Wolff          Daniel Crowley
Victor Otten          Jackie Vu
          Tiffany Bacon
          Jacob Song

**Proceedings:**          **MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances. The parties and the Court discussed the pending discovery disputes between Plaintiffs and Defendants Sang Lee, Frank Ferrara and Charlie Ferrara.

With respect to the discovery dispute between Plaintiffs and Defendant Lee, counsel for the parties are directed to contact the Court's Courtroom Deputy Clerk to schedule a further telephonic conference regarding the dispute. **The parties are also directed to file any meet and confer letters regarding the dispute and the privilege log served by Defendant Lee at least 24 hours before the next telephonic hearing.** The parties will be heard at the telephonic hearing and shall not file any other briefing.

With respect to the discovery dispute between Plaintiffs and Defendants Frank Ferrara and Charlie Ferrara, as stated on the record, Defendants are ordered to produce responsive documents from the cell phone imaging and responsive cell phone bills and records by **5 p.m. on Monday, July 17, 2017**.

///
///
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-02129-SJO (RAOx)                         Date: July 13, 2017
Title: Cory Spencer, et al. v. Lunada Bay Boys, et al.

      **The parties are directed to meet and confer in good faith to attempt to resolve any further discovery disputes. If the parties are unable to reach a resolution about any disputes, they are directed to contact the Court's Courtroom Deputy Clerk to schedule a telephonic conference.**

      **IT IS SO ORDERED.**

                                                                                               : 30
                                                      Initials of Preparer    slb