EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:    (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA  90012<br><br>Assigned Discovery:<br>Magistrate Judge:  Hon. Rozella A. Oliver<br><br>**[Exempt From Filing Fees Pursuant To Government Code § 6103]**<br><br>**CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S NOTICE OF LODGING PROPOSED JUDGMENT**<br><br>[Filed concurrently with Notice, Motion, Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts/Evidence; Declarations of Christopher D. Glos and Vickie Kroneberger; Notice of Lodging; [Proposed] Statement of Uncontroverted Facts/Conclusions of Law lodged herewith]<br><br>[FRCP Rule 56]<br><br>Date:　　August 21, 2017<br>Time:　　10:00 a.m.<br>Ctrm.:　　10C; Hon. S. JAMES OTERO<br><br>Complaint Filed: March 29, 2016<br>Trial:　　　　　November 7, 2017 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4815-3223-8923.1
11317-242

2:16-cv-02129-SJO-RAO

NOTICE OF LODGING PROPOSED JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants City of Palos Verdes Estates (the "City") and Chief of Police Jeff Kepley ("Chief Kepley") will and hereby do lodge the [Proposed] Judgment.

Dated: July 14, 2017   KUTAK ROCK LLP

By: /s/ *Christopher D. Glos*
    Edwin J. Richards
    Antoinette P. Hewitt
    Christopher D. Glos
    Attorneys for Defendants
    CITY OF PALOS VERDES ESTATES
    and CHIEF OF POLICE JEFF KEPLEY

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4815-3223-8923.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

NOTICE OF LODGING PROPOSED JUDGMENT

1
2
3
4
5
6
7 [Proposed] JUDGMENT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4815-3223-8923.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

NOTICE OF LODGING PROPOSED JUDGMENT

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | | |
|---|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C<br>@ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[PROPOSED] JUDGMENT RE**<br>**CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Notice, Motion, Points and Authorities for Summary Judgment/Adjudication; Separate Statement of Uncontroverted Facts/Supporting Evidence; Declarations of Christopher D. Glos and Vickie Kroneberger; [Proposed] Statement/Conclusions of Law<br><br>[FRCP Rule 56]<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 10C; Hon. S. JAMES OTERO<br><br>Complaint Filed: March 29, 2016<br>Trial: November 7, 2017 |

4820-5750-5867.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

[PROPOSED] JUDGMENT

The issues in Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, as to Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc.'s Third Cause of Action entitled 42 U.S.C. § 1983 – Equal Protection, having been fully briefed, the evidence having been fully presented and considered, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion is granted against Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc.; that Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. take nothing by way of their Complaint against Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley, that the action against Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley be dismissed on the merits and that Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley recover their costs.

Dated: _____

_____
Hon. S. JAMES OTERO, Judge of the
UNITED STATES DISTRICT COURT