EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
REBECCA L. WILSON (SBN 257613)
Email: Rebecca.Wilson@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>    Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**<br><br>**DECLARATION OF VICKIE KRONEBERGER IN SUPPORT OF CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Notice, Motion, Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts/Evidence; Declaration of Christopher D. Glos; Notices of Lodging; [Proposed] Statement of Uncontroverted Facts/Conclusions of Law; [Proposed] Judgment lodged herewith] |

4834-2537-7608.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

DECL. OF VICKIE KRONEBERGER ISO MOTION FOR SUMMARY JUDGMENT

[FRCP Rule 56]

Date: August 21, 2017
Time: 10:00 a.m.
Ctrm.: 10C
Judge: S. JAMES OTERO

Complaint Filed: March 29, 2016
Trial: November 7, 2017

# DECLARATION OF VICKIE KRONEBERGER

I, Vickie Kroneberger, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I am employed by the City of Palos Verdes Estates ("City") as the City Clerk and Executive Assistant. I am a duly authorized and designated Custodian of Records of the City, which is located at 340 Palos Verdes Drive West, Palos Verdes Estates, California, 90274.

3. I have authority to certify that the records identified in this Declaration were prepared by City personnel or persons acting under its control, in the ordinary course of business at or near the time of the act, condition or event.

///
///
///
///
///
///
///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4834-2537-7608.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

DECL. OF VICKIE KRONEBERGER ISO MOTION FOR SUMMARY JUDGMENT

4. A true and correct certified copy of Ordinance 12-701, with Chapter 9.16 (sections 9.16.010 and 9.16.030 included), which recodified Ordinance 02-640 is attached hereto as Exhibit A. Based on my review and knowledge of the records I have determined that the City initially approved and adopted Ordinance 02-640 in 2002 and recodified the aforementioned sections in 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of May, 2017 at Palos Verdes Estates, California.

*[signature]*

Vickie Kroneberger

Kutak Rock LLP
Attorneys At Law
Irvine

4834-2537-7608.1
11317-242

- 3 -

2:16-cv-02129-SJO-RAO

DECL. OF VICKIE KRONEBERGER ISO MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

EXHIBIT A

## ORDINANCE NO. 12-701

### AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF PALOS VERDES ESTATES, CALIFORNIA AMENDING AND READOPTING TITLES 1, 2, 3, 5, 6, 8, 9, 10, 12, 13, 15 AND 19 OF THE PALOS VERDES ESTATES MUNICIPAL CODE

The City Council of the City of Palos Verdes Estates does ordain as follows:

SECTION 1: Findings. The City Council finds as follows:

    A.    The amendments proposed by this Ordinance are intended to update Titles 1, 2, 3, 5, 6, 8, 9, 10, 12, 13 and 15 of the Palos Verdes Estates Municipal Code ("PVEMC"), to comply with recent changes in state law; increase transparency; and update certain regulations to reflect changes in technology and City administrative policies.

    B.    The City Council hereby finds, determines and declares that the amendments to Titles 1, 2, 3, 5, 6, 8, 9, 10, 12, 13 and 15 described herein have been processed in accordance with state law and City ordinances and regulations, and that said amendments are in the public interest and consistent with the General Plan and will not be detrimental to the public health, safety and welfare.

SECTION 2: Titles 1, 2, 3, 5, 6, 8, 9, 10, 12, 13, 15 and 19 of the PVEMC are amended and readopted as provided in Exhibit 1, attached hereto and incorporated herein by reference.

SECTION 3: Ordinance No. 432 adopted by reference Title 32 of the Los Angeles County Code ("County Code"); Ordinance No. 609 adopted by reference Title 11 and a portion of Title 8 of the County Code; and Ordinance No. 698 adopted by reference the California Building Code and related model codes. The titles of the Municipal Code adopted herein reflect that adoption and are amended only to the extent expressly amended in Exhibit 1.

SECTION 4: This ordinance is exempt from review under the California Environmental Quality Act (California Public Resources Code §§ 21000, *et seq.*, "CEQA") and CEQA regulations (14 California Code of Regulations §§ 15000, *et seq.*) because it establishes rules and procedures to permit operation of existing facilities; consists only of minor revisions and clarifications to existing regulations and specification of procedures related thereto; and consists of actions taken to assure the maintenance, protection and enhancement of the environment. This ordinance, therefore, does not have the potential to cause significant effects on the environment. Consequently, it is categorically exempt from further CEQA review under 14 Cal. Code Regs. §§ 15301, 15305, and 15308.

SECTION 5: *Construction.* This Ordinance must be broadly construed in order to achieve the purposes stated in this Ordinance. It is the City Council's intent that the provisions of this Ordinance be interpreted or implemented by the City and others in a manner that facilitates the purposes set forth in this Ordinance.

SECTION 6: *Enforceability*. Repeal of any provision of the PVEMC does not affect any penalty, forfeiture, or liability incurred before, or preclude prosecution and imposition of penalties for any violation occurring before this Ordinance's effective date. Any such repealed part will remain in full force and effect for sustaining action or prosecuting violations occurring before the effective date of this Ordinance.

SECTION 7: *Severability*. If any part of this Ordinance or its application is deemed invalid by a court of competent jurisdiction, the City Council intends that such invalidity will not affect the effectiveness of the remaining provisions and applications and, to this end, the provisions of this Ordinance are severable.

SECTION 8: The City Clerk is directed to certify the passage and adoption of this Ordinance; cause it to be entered into the City of Palos Verdes Estates' book of original ordinances; make a note of the passage and adoption in the records of this meeting; and, within fifteen (15) days after the passage and adoption of this Ordinance, cause it to be published or posted in accordance with California law.

SECTION 9: This Ordinance will take effect on the 31st day following its final passage and adoption.

    PASSED, APPROVED, AND ADOPTED this __28th__ day of February, 2012.

                                                 JOHN REA, Mayor

ATTEST:

JUDY SMITH, City Clerk

APPROVED AS TO FORM:

CHRISTI HOGIN, City Attorney

Any action challenging the final decision of the City made as a result of the public hearing on this application must be filed within the applicable time limits set forth in the Palos Verdes Estates Municipal Code and Code of Civil Procedure.

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES        ) SS:
CITY OF PALOS VERDES ESTATES )

I, Vickie Kroneberger, Executive Assistant/Deputy City Clerk for the City of Palos Verdes Estates, California, do hereby certify that the foregoing Ordinance **12-701** was regularly introduced and placed upon its first reading at a regular meeting of the City Council on the 14th day of February, 2012, and that thereafter, said Ordinance was duly and regularly adopted and passed by the City Council of the City of Palos Verdes Estates at its regular meeting of the City Council on the 28th day of February, 2012, by the following vote, to wit:

AYES:    COUNCILMEMBERS:    Rea, Bird, Goodhart, Perkins, and Humphrey

NOES:    COUNCILMEMBERS:    None

ABSENT:  COUNCILMEMBERS:    None

*Vickie Kroneberger,*
Executive Assistant/Deputy City Clerk

EXHIBIT A, page 7

| | |
|---|---|
| STATE OF CALIFORNIA            )<br>COUNTY OF LOS ANGELES     )<br>CITY OF PALOS VERDES ESTATES   ) | ss:  AFFIDAVIT OF POSTING |

In compliance with State laws of the State of California, and on the 29th day of **February, 2012**, the following:

### ORDINANCE 12-701

was posted by <u>Vickie Kroneberger,</u> in three places in the City of Palos Verdes Estates to wit:

    The City of Palos Verdes Estates City Hall Outside Bulletin Board

    The City of Palos Verdes Estates City Hall Council Chambers Bulletin Board

    The Malaga Cove Library

SUBSCRIBED AND SWORN TO before me this __29th__ day of __February, 2012__.

*(signed)* Vickie Kroneberger
Vickie Kroneberger,
Executive Assistant/Deputy City Clerk

Notice No.:   N12-09
POSTED:      February 29, 2012

EXHIBIT A, page 8

# Chapter 9.16

## USE OF BEACHES

**Sections:**

| | |
|---|---|
| 9.16.010 | Surf-riding. |
| 9.16.020 | Obedience to peace officers. |
| 9.16.030 | Blocking access to beach. |

**9.16.010**

**Surf-riding.**

Every person engaged in the operation, manipulation, or handling of any boat, surfboard, paddleboard, kayak, or other surf- or wave-riding device or equipment in or upon any beach within the city, or in or upon the waters adjacent to any beach within the city, shall at all times while engaged in such activity have due regard for the safety of other persons near or in his or her vicinity. Due regard shall be deemed to require, but not be limited to, the following actions: (1) maintaining within a person's control the surf- or wave-riding device or equipment he or she is using, to the extent compatible with its use for the purposes intended, and (2) accommodating other persons utilizing the beach and/or water to the extent feasible. (Ord. 640 § 1 (part), 2002)

**9.16.020**

**Obedience to peace officers.**

It shall be unlawful for any person to fail or refuse to obey any command, order, instruction, or direction of any peace officer given in connection with or with reference to the safety of any person in the use, operation, manipulation, or handling of any boat, surfboard, paddleboard, kayak, or other surf- or wave-riding device or equipment. (Ord. 640 § 1 (part), 2002)

**9.16.030**

**Blocking access to beach.**

A. No person shall stand, sit, lie, or congregate on any path, trail, or other way providing access to or from any beach in such a manner as to interfere with or impede the free flow of travel along such access way.

B. Unless the prior consent of the city is first received, no person shall place, throw, leave, keep or maintain any object of any type upon any path, trail, or other way which provides access to or from any beach. (Ord. 640 § 1 (part), 2002)

EXHIBIT A, page 9

I hereby certify that the foregoing document is a full, true and correct copy of _ORD. 12-701 – Chap. 9.16 (9.16.010 – 9.16.030)_ on file in the office of the City Clerk of the City of Palos Verdes Estates.

DATE 5/18/2017     by: _[signature]_ CITY CLERK / DEPUTY

(5 pages)

ORDINANCE NO. 02-640 

AN ORDINANCE OF THE CITY COUNCIL
OF THE CITY OF PALOS VERDES ESTATES, CALIFORNIA,
ADDING CHAPTER 9.20 TO THE PALOS VERDES ESTATES MUNICIPAL CODE
PERTAINING TO USE OF BEACHES

The City Council of the City of Palos Verdes Estates hereby ordains as follows:

SECTION 1. Chapter 9.20 is hereby added to the Palos Verdes Municipal Code to read as follows:

9.20  USE OF BEACHES

9.20.010  Surf-riding
9.20.020  Obedience to Peace Officers
9.20.030  Blocking Access to Beach
9.20.040  Penalty

9.20.010  Surf-riding

Every person engaged in the operation, manipulation, or handling of any boat, surfboard, paddleboard, kayak, or other surf- or wave-riding device or equipment in or upon any beach within the City, or in or upon the waters adjacent to any beach within the City, shall at all times while engaged in such activity have due regard for the safety of other persons near or in his or her vicinity. Due regard shall be deemed to require, but not be limited to, the following actions: (1) maintaining within a person's control the surf- or wave-riding device or equipment he or she is using, to the extent compatible with its use for the purposes intended, and (2) accommodating other persons utilizing the beach and/or water to the extent feasible.

9.20.020  Obedience to Peace Officers

It shall be unlawful for any person to fail or refuse to obey any command, order, instruction, or direction of any peace officer given in connection with or with reference to the safety of any person in the use, operation, manipulation, or handling of any boat, surfboard, paddleboard, kayak, or other surf- or wave-riding device or equipment.

9.20.030  Blocking Access to Beach

A.  No person shall stand, sit, lie, or congregate on any path, trail, or other way providing access to or from any beach in such a manner

      as to interfere with or impede the free flow of travel along such access way.

  B.  Unless the prior consent of the City is first received, no person shall place, throw, leave, keep or maintain any object of any type upon any path, trail, or other way which provides access to or from any beach.

**9.20.040  Penalty**

Violation of any of the provisions of this Chapter shall be a misdemeanor, punishable by a fine of not more than one thousand dollars ($1,000), or by imprisonment not to exceed six (6) months, or by both such fine and imprisonment.

  SECTION 2. The City Clerk shall certify to the passage of this ordinance and shall cause the same to be published as required by law.

  PASSED, APPROVED and ADOPTED this 8th day of October, 2002.

               ROSEMARY HUMPHREY, Mayor

ATTEST:

JUDY SMITH, City Clerk

APPROVED AS TO FORM:

STEPHANIE R. SCHER, City Attorney

EXHIBIT A, page 11

STATE OF CALIFORNIA         )
COUNTY OF LOS ANGELES       ) SS:
CITY OF PALOS VERDES ESTATES )

      I, Vickie Kroneberger, Deputy City Clerk for the City of Palos Verdes Estates, California, do hereby certify that the foregoing Ordinance **02-640** was duly and regularly approved and adopted by the City Council of the City of Palos Verdes Estates at its regular meeting of the City Council on the 8th day of October, 2002 by the following vote:

AYES:     COUNCILMEMBERS:     Humphrey, Mackenbach
                              Sherwood, Turner and Flood

NOES:     COUNCILMEMBERS:     None

ABSENT:   COUNCILMEMBERS:     None

Vickie Kroneberger,
Deputy City Clerk

EXHIBIT A, page 12

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| COUNTY OF LOS ANGELES | ) | ss: AFFIDAVIT OF POSTING |
| CITY OF PALOS VERDES ESTATES | ) | |

In compliance with State laws of the State of California, and on the **9th** day of **October, 2002**, the following:

### ORDINANCE 02-640

was posted by <u>Vickie Kroneberger,</u> in three places in the City of Palos Verdes Estates to wit:

    The City of Palos Verdes Estates City Hall Outside Bulletin Board

    The City of Palos Verdes Estates City Hall Council Chambers Bulletin Board

    The Malaga Cove Library

SUBSCRIBED AND SWORN TO before me this __9th__ day of __October__.

                                                       */s/ Vickie Kroneberger*
                                                 Vickie Kroneberger, Deputy City Clerk

Notice No.:    N02-35
POSTED:     October 9, 2002

EXHIBIT A, page 13