EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C<br>@ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[Exempt From Filing Fees Pursuant To Government Code § 6103]**<br><br>**DECLARATION OF CHRISTOPHER D. GLOS IN SUPPORT OF CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Notice, Motion, Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts/Evidence; Declaration of Vicki Kroneberger; Notices of Lodging; [Proposed] Statement of Uncontroverted Facts/Conclusions of Law; and [Proposed] Judgment lodged herewith]<br><br>[FRCP Rule 56]<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 10C; Hon. S. JAMES OTERO<br><br>Complaint Filed: March 29, 2016<br>Trial: November 7, 2017 |

4825-9432-9930.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

DECL. OF CHRISTOPHER D. GLOS ISO MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF CHRISTOPHER D. GLOS

I, Christopher D. Glos, declare as follows:

1. I am a partner with the law firm Kutak Rock, LLP, counsel of record for Defendants City of Palos Verdes Estates (the "City") and Chief of Police Jeff Kepley ("Kepley") in the above captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. Please find attached hereto as Exhibit "A" true and correct copies of select excerpts from Plaintiff Diana Milena Reed's October 24, 2016 Deposition.

3. Please find attached hereto as Exhibit "B" true and correct copies of select excerpts from Plaintiff Diana Milena Reed's October 25, 2016 Deposition.

4. Please find attached hereto as Exhibit "C" true and correct copies of select excerpts and exhibits from Plaintiff Cory Eldon Spencer's October 11, 2016 Deposition.

5. Please find attached hereto as Exhibit "D" true and correct copies of select excerpts from Christopher Taloa's January 5, 2017 Deposition.

6. Please find attached hereto as Exhibit "E" true and correct copies of select excerpts and exhibits from Jeff Kepley's October 10, 2016 Deposition.

7. Please find attached hereto as Exhibit "F" true and correct copies of select excerpts from Anton Dahlerbruch's November 18, 2016 Deposition.

8. Please find attached hereto as Exhibit "G" a true and correct copy of the United States Court of Appeals for the Ninth Circuit denying Plaintiffs' Petition for Permission to Appeal.

9. Please find attached hereto as Exhibit "H" a true and correct copy of the Declaration of Mark Slatten filed with the Court as Docket no. 159-6 on December 29, 2016.

///

4825-9432-9930.1
11317-242
Kutak Rock LLP
Attorneys At Law
Irvine
- 1 -   2:16-cv-02129-SJO-RAO
DECL. OF CHRISTOPHER D. GLOS ISO MOTION FOR SUMMARY JUDGMENT

10. Pursuant to Local Rule 7-3, on June 5, 2017, Jacob Song, an Associate in my office, and I telephonically discussed the substance of this motion and any potential resolution with Plaintiffs' counsel Kurt Franklin and Samantha Wolff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July 2017 at Irvine, California.

                                          s/ *Christopher D. Glos*
                                              Christopher D. Glos

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4825-9432-9930.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO MOTION FOR SUMMARY JUDGMENT