EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4

 5   CORY SPENCER, an individual; DIANA   )
     MILENA REED, an individual; and      )
 6   COASTAL PROTECTION RANGERS, INC., a  )
     California non-profit public benefit )
 7   corporation,                         ) Case No.
                                          ) 2:16-cv-02129-SJO-RAO
 8                    Plaintiffs,         )
                                          )
 9             vs.                        )
                                          )
10   LUNADA BAY BOYS, et al.,             )
                                          )
11                    Defendants.         )
     _____)

12

13

14

15

16

17

18        Videotaped deposition of DIANA MILENA REED, taken

19    before Jimmy Rodriguez, a Certified Shorthand Reporter for

20    the State of California, with principal office in the

21    County of Orange, commencing at 9:12 a.m., Monday,

22    October 24, 2016 at the Premier Business Centers - Santa

23    Monica, 401 Wilshire Boulevard, 12th Floor, Santa Monica,

24    California.

25
```

Page 2

Exhibit A, page 4

```
 1      APPEARANCES OF COUNSEL:
 2      FOR PLAINTIFFS:
 3              HANSON BRIDGETT, LLP
                BY:  KURT A. FRANKLIN, Esq.
 4              425 Market Street
                26th Floor
 5              San Francisco, CA 94105
                TEL:  (415) 777-3200
 6              FAX:  (415) 541-9366
                Kfranklin@hansonbridgett.com
 7
 8      FOR DEFENDANTS, City of Palos Verdes Estates and Chief of
        Police Jeff Kepley:
 9
                KUTAK ROCK, LLP
10              BY:  ANTOINETTE P. HEWITT, Esq.
                5 Park Plaza
11              Suite 1500
                Irvine, CA 92614
12              TEL:  (949) 417-0999
                FAX:  (949) 417-5394
13              Antoinette.hewitt@kutakrock.com
14
        FOR DEFENDANT, Brant Blakeman:
15
                VEATCH CARLSON, LLP
16              BY:  RICHARD P. DIEFFENBACH, Esq.
                1055 Wilshire Boulevard
17              11th Floor
                Los Angeles, CA 90017
18              TEL:  (213) 381-2861
                FAX:  (213) 383-6370
19              Rdieffenbach@veatchfirm.com
20              BUCHALTER NEMER
                BY:  ROBERT S. COOPER, Esq.
21              1000 Wilshire Boulevard
                Suite 1500
22              Los Angeles, CA 90017
                TEL:  (213) 891-0700
23              FAX:  (213) 630-5609
                Rcooper@buchalter.com
24
25
```

Page 3

Exhibit A, page 5

```
 1      APPEARANCES OF COUNSEL (Continued):
 2      FOR DEFENDANT, Alan Johnston aka Jalian Johnston:
 3            LAW OFFICES OF J. PATRICK CAREY
              BY:  J. PATRICK CAREY, Esq.
 4            1230 Rosecrans Avenue
              Suite 300
 5            Manhattan Beach, CA 90266
              TEL:  (310) 526-2237
 6            Pat@patcareylaw.com
 7
        FOR DEFENDANT, Angelo Ferrara and N.F.:
 8
              LAW OFFICES OF MARK C. FIELDS, APC
 9            BY:  MARK C. FIELDS, Esq.
                  (Via Telephone)
10            333 South Hope Street
              35th Floor
11            Los Angeles, CA 90071
              TEL:  (213) 617-5225
12            FAX:  (213) 629-4520
              Fields@markfieldslaw.com
13
14      FOR DEFENDANT, Sang Lee:
15            LEWIS BRISBOIS BISGAARD & SMITH
              BY:  TERA A. LUTZ, Esq.
16            633 West 5th Street
              Suite 4000
17            Los Angeles, CA 90071
              TEL:  (213) 250-1800
18            FAX:  (213) 250-7900
              Tera.lutz@lewisbrisbois.com
19
20      FOR DEFENDANT, Sang Lee:
21            BOOTH MITCHEL & STRANGE, LLP
              BY:  DANIEL M. CROWLEY, Esq.
22            707 Wilshire Boulevard
              Suite 3000
23            Los Angeles, CA 90017
              TEL:  (213) 738-0100
24            FAX:  (213) 380-3308
              Dmcrowley@boothmitchel.com
25
```

Page 4

Exhibit A, page 6

```
 1      APPEARANCES OF COUNSEL (Continued):

 2      FOR DEFENDANT, Michael Ray Papayans:

 3              HAVEN LAW
                BY:   PETER T. HAVEN, Esq.

 4              1230 Rosecrans Avenue
                Suite 300

 5              Manhattan Beach, CA 90266
                TEL:  (213) 842-4617

 6              FAX:  (213) 477-2137
                Peter@havenlaw.com

 7

 8      Also Present:

 9              MARNIE LEVY, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 5
```

| | | |
|---|---|---|
| 1 | Monday, October 24, 2016, 9:12 a.m. | |
| 2 | Santa Monica, California | |
| 3 | | 09:12 |
| 4 | THE VIDEOGRAPHER:  Good morning.  We are | 09:12 |
| 5 | on the record at 9:12 a.m. on Monday, October 24, | 09:12 |
| 6 | 2016.  This is the video recorded deposition of | 09:13 |
| 7 | Ms. Diana Milena Reed.  My name is Marnie Levy, | 09:13 |
| 8 | certified legal video specialist here with our court | 09:13 |
| 9 | reporter Jim Rodriguez.  We are here from Veritext | 09:13 |
| 10 | Legal Solutions, and we are here representing the | 09:13 |
| 11 | defendants. | 09:13 |
| 12 | This deposition is being held at 401 | 09:13 |
| 13 | Wilshire Boulevard, 12th floor, in Santa Monica, | 09:13 |
| 14 | California.  The caption of this case is Cory | 09:13 |
| 15 | Spencer, et al., versus Lunada Bay Boys, case number | 09:13 |
| 16 | 2:16-cv-02129-SJO-RAO. | 09:13 |
| 17 | Please note that audio and video recording | 09:13 |
| 18 | will take place unless all parties agree to go off | 09:13 |
| 19 | the record.  I am not related to any party in this | 09:13 |
| 20 | action nor am I financially interested in the | 09:13 |
| 21 | outcome in any way. | 09:14 |
| 22 | If there are any objections to proceeding, | 09:14 |
| 23 | please state them at the time of your appearance | 09:14 |
| 24 | beginning with the noticing attorney. | 09:14 |
| 25 | Thank you, the witness will be sworn in | 09:14 |

Page 7

Exhibit A, page 8

```
1            and counsel may begin the examination.        09:14

2                                                          09:14

3                    DIANA MILENA REED,

4       produced as a witness and having been first duly

5       sworn by the Certified Shorthand Reporter, was

6       examined and testified as follows:

7

8                MS. HEWITT:  Before we begin, may I have   09:14

9       all counsel state their appearances on the record  09:14

10      please, and I'll begin with myself.                09:14

11               Antoinette Hewitt from Kutak Rock for the  09:14

12      City of Palos Verdes Estates and Police            09:14

13      Chief Kepley.                                       09:14

14               MR. HAVEN:  Good morning, Peter Haven for  09:14

15      defendant Michael Papayans.                        09:14

16               MS. LUTZ:  Good morning, Tera Lutz for     09:14

17      Defendant Sang Lee.                                 09:14

18               MR. CAREY:  Good morning, Pat Carey for    09:14

19      defendant Alan Johnston.                            09:14

20               MR. DIEFFENBACH:  Richard Dieffenbach for  09:14

21      Brant Blakeman, defendant.                         09:14

22               MR. CROWLEY:  Daniel Crowley for Sang Lee. 09:14

23               MR. FRANKLIN:  Kurt Franklin on behalf of  09:14

24      Ms. Diana Milena Reed and the other plaintiffs in  09:14

25      this matter and the putative class.                09:15
```

Page 8

Exhibit A, page 9

| | | |
|---|---|---|
| 1 | the complaint. | 11:47 |
| 2 | MR. FRANKLIN:  Vague and ambiguous. | 11:47 |
| 3 | THE WITNESS:  In the complaint I say that | 11:47 |
| 4 | I'm an aspiring big wave surfer. | 11:47 |
| 5 | BY MS. HEWITT: | 11:47 |
| 6 | Q    Right. | 11:47 |
| 7 | A    What that means to me is it's something | 11:47 |
| 8 | that I would like to do. | 11:47 |
| 9 | Q    Had you ever been big wave surfing before | 11:47 |
| 10 | January 29, 2016? | 11:47 |
| 11 | A    I'm an aspiring big wave surfer and I | 11:47 |
| 12 | don't consider myself a big wave surfer.  I consider | 11:47 |
| 13 | it a goal. | 11:47 |
| 14 | Q    Does that mean, no, you've never been big | 11:47 |
| 15 | wave surfing before January 29, 2016? | 11:47 |
| 16 | MR. FRANKLIN:  Vague and ambiguous. | 11:47 |
| 17 | THE WITNESS:  It just depends what you | 11:47 |
| 18 | mean by big wave surfing.  It's hard for me to | 11:47 |
| 19 | answer your question because I don't know what | 11:47 |
| 20 | you're asking me exactly. | 11:47 |
| 21 | BY MS. HEWITT: | 11:47 |
| 22 | Q    Okay.  It says in your complaint that you | 11:47 |
| 23 | are an aspiring big wave surfer on January 29, 2016. | 11:47 |
| 24 | I'm an aspiring marathon runner, I haven't | 11:47 |
| 25 | quite gotten there, but I've done a half. | 11:47 |

Page 101

Exhibit A, page 10

```
 1              Had you ever done anything you would          11:47

 2      consider to be big wave surfing before January 29th,  11:47

 3      2016?  Had you even attempted it once in your mind    11:47

 4      whatever is big wave surfing?                         11:48

 5         A     I've surfed waves that were challenging to   11:48

 6      me and, you know, were way over my head, and I've     11:48

 7      been in conditions that definitely challenged me      11:48

 8      both mentally and physically, but I'm not a big wave  11:48

 9      surfer and that's something that I would -- I would   11:48

10      love to do down the line.                             11:48

11         Q     So have you ever surfed a big wave up to     11:48

12      this point right now?                                 11:48

13              MR. FRANKLIN:  Vague and ambiguous.           11:48

14              THE WITNESS:  It just depends what you        11:48

15      mean by a big wave.  A wave that's big to me right    11:48

16      now might be really small to Laird Hamilton.          11:48

17      There's all kinds of waves.  There's waves that are   11:48

18      80 feet, there's waves that are eight feet.  Someone  11:48

19      might think that an eight-foot wave is big and        11:48

20      someone else might think it's small, so it's very     11:48

21      hard for me to answer that question.                  11:48

22      BY MS. HEWITT:                                        11:48

23         Q     Are you still an aspiring big wave surfer?   11:48

24         A     Yes, I am.                                   11:48

25         Q     All right.  And the next part of that        11:49
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 11

| | | |
|---|---|---|
| 1 | sentence it says you wanted to paddle out to | 11:49 |
| 2 | experience the large waves found off Lunada Bay. | 11:49 |
| 3 | In this sentence in your complaint here, | 11:49 |
| 4 | did you mean that you wanted to go out and try to | 11:49 |
| 5 | surf or you just wanted to paddle off to -- paddle | 11:49 |
| 6 | out to see what the waves looked like? | 11:49 |
| 7 | MR. FRANKLIN:  Vague and ambiguous. | 11:49 |
| 8 | THE WITNESS:  I wanted to paddle out to | 11:49 |
| 9 | surf. | 11:49 |
| 10 | BY MS. HEWITT: | 11:49 |
| 11 | Q    Did you intend to surf? | 11:49 |
| 12 | A    I did intend to surf, yes. | 11:49 |
| 13 | Q    Did you feel prepared that day to catch a | 11:49 |
| 14 | big wave, whatever you thought was a big wave that | 11:49 |
| 15 | day? | 11:49 |
| 16 | A    I felt prepared that day to attempt to | 11:49 |
| 17 | catch some of the waves on the inside for the | 11:49 |
| 18 | conditions that were out that day. | 11:49 |
| 19 | Q    How did you decide to go to Lunada Bay | 11:49 |
| 20 | that day? | 11:49 |
| 21 | A    I don't remember specifically how I | 11:49 |
| 22 | decided to go to Lunada Bay that day.  I would | 11:50 |
| 23 | assume that the swell -- there was a good swell and | 11:50 |
| 24 | it wasn't, you know, too big, you know, and it was a | 11:50 |
| 25 | size that was something that I could try and | 11:50 |

Page 103

Exhibit A, page 12

```
1      attempt.                                          11:50

2          Q    I think earlier we decided that we weren't   11:50

3      sure whether or not you'd been to Lunada Bay before  11:50

4      that day.                                        11:50

5          A    I didn't say that.                      11:50

6          Q    My fault.                               11:50

7               Had you been to Lunada Bay before       11:50

8      January 29, 2016?                                11:50

9          A    I had been to the top of the bluff.     11:50

10         Q    Top of the bluff, okay.                 11:50

11              Do you remember -- is it like towards the   11:50

12     beginning of January, middle of January?         11:50

13         A    It was towards the beginning of January.   11:50

14     I think that it was around the 6th of January    11:50

15     approximately.                                   11:50

16         Q    And before that time on approximately the   11:50

17     6th of January, had you ever been to the top of the   11:50

18     bluff at Lunada Bay before?                      11:50

19         A    I don't think so.  I may have at one point   11:51

20     driven up the coast looking at the coast, but I  11:51

21     don't know if I stopped at Lunada Bay or not.  And   11:51

22     that wasn't for surfing.  It was for scenic reasons.   11:51

23         Q    Okay.  Just to be clear so I don't get it   11:51

24     wrong again:  Before January 6, 2016, had you ever   11:51

25     been down to the beach at Lunada Bay?            11:51
```

                                                      Page 104

Exhibit A, page 13

```
 1        A      I didn't go down to the beach on           11:51

 2   January 6th.                                           11:51

 3        Q      I understand that, I'm just making sure     11:51

 4   before that date you had never gone to the beach        11:51

 5   there?                                                  11:51

 6        A      No.                                         11:51

 7        Q      And had you ever stopped at Lunada Bay at   11:51

 8   all before January 6, 2016?                             11:51

 9             MR. FRANKLIN:  Asked and answered.            11:52

10             THE WITNESS:  Yeah, I may have when I was     11:52

11   looking at the coast, I don't know.                     11:52

12   BY MS. HEWITT:                                          11:52

13        Q      Okay.  So in January 6, 2016, where did     11:52

14   you stop on the bluff?                                  11:52

15        A      I went there to watch my friend surf.       11:52

16        Q      Who was that?                               11:52

17        A      It was a big day.  Much too big for me.     11:52

18             So I just went there to watch.                11:52

19        Q      Who was your friend?                        11:52

20        A      Well, my friend Jordan Wright, boyfriend,   11:52

21   and his friends.                                        11:52

22        Q      Who was his friends that you went to        11:52

23   watch?                                                  11:52

24        A      One of them was my friend Preston, I don't  11:52

25   remember his last name.  A friend of Jordan's called   11:52
```

                                                       Page 105

```
 1      if I had hesitance or not.  I wasn't surfing so      11:55

 2      there wasn't as much pressure on me.                 11:55

 3      BY MS. HEWITT:                                       11:55

 4          Q      Before you went to Lunada Bay on          11:55

 5      January 6th, had you heard about Lunada Bay?         11:55

 6          A      I have heard about Lunada Bay from the    11:56

 7      surf community, yes.                                 11:56

 8          Q      What had you heard?                       11:56

 9          A      I heard that it's the best and one of the 11:56

10      only true deep water big wave spots in              11:56

11      Southern California.                                 11:56

12          Q      And when you were there on January 6th,   11:56

13      how long were you there?                             11:56

14          A      It's hard for me to know approximately how 11:56

15      long we were there.  But I think from the time that 11:56

16      we pulled up to the time that we left, I mean, it   11:56

17      was a span of at least two hours I would think.     11:56

18          Q      Okay.  Is there anything specifically you 11:56

19      recall about that visit to Lunada Bay?              11:56

20          A      Yeah, what specifically would you like to 11:56

21      know?                                                11:56

22          Q      Did you come into contact with anybody who 11:56

23      harassed you that day or intimidated you?           11:56

24          A      It was raining that day and very muddy and 11:56

25      there wasn't anyone out that day.                    11:57
```

Page 108

```
 1        Q     So you didn't come in contact with anybody      11:57

 2    who harassed or intimidated you that day; is that         11:57

 3    correct?                                                   11:57

 4        A     No, because there was no individuals out        11:57

 5    that I can remember.                                       11:57

 6        Q     So yes, that's correct?                         11:57

 7             MR. FRANKLIN:  Asked and answered.               11:57

 8             THE WITNESS:  It's correct that me -- that       11:57

 9    I was one of the only people out there along with my      11:57

10    friend who was photographing, and there weren't           11:57

11    people there to talk to us so we were not harassed        11:57

12    since we were the only people there that I could          11:57

13    see.                                                       11:57

14    BY MS. HEWITT:                                             11:57

15        Q     Okay.  And same question for intimidation?      11:57

16        A     Yes.                                             11:57

17        Q     And did you experience any vandalism that       11:57

18    day?                                                       11:57

19        A     No, we did not.                                 11:57

20        Q     All right.  Now, during that visit did you      11:57

21    talk with anybody who was present about any negative      11:57

22    experience at Lunada Bay?                                  11:57

23             MR. FRANKLIN:  Vague and ambiguous.             11:57

24             THE WITNESS:  I don't remember if I             11:57

25    specifically discussed that.                              11:58
```

Page 109

Exhibit A, page 16

```
 1      there together.                                      12:10

 2          Q      And after you heard maybe Cory's          12:10

 3      conversation with somebody else, did it cause you   12:10

 4      any concern?                                         12:10

 5          A      I'm sure it did.                          12:10

 6          Q      As you sit here today, do you remember any 12:10

 7      particular concern it caused you?                    12:10

 8          A      I don't remember specifically, no.        12:10

 9          Q      All right.  Once you went to look at the  12:11

10      conditions --                                        12:11

11          A      Sorry if I'm a little bit distracted.  My 12:11

12      baby is kicking like crazy now.                      12:11

13          Q      Sure.                                     12:11

14                 When you went to go look at the           12:11

15      conditions, did you speak to anybody, anybody talk  12:11

16      to you?                                              12:11

17          A      Yeah, I mean, like I said, I had some     12:11

18      conversations with some people on the bluff, but I  12:11

19      kind of, I guess, get in the zone when I'm watching  12:11

20      the surf, and I was just trying to really watch and 12:11

21      gain an understanding of the conditions that day.   12:11

22                 And I did have conversations with people,  12:11

23      it's just it's hard for me to remember at the moment 12:11

24      specifically what was said.                          12:11

25          Q      So at some point did you experience any   12:11
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 17

| | | |
|---|---|---|
| 1 | harassment or intimidation when you were there on | 12:11 |
| 2 | January 29th? | 12:11 |
| 3 | A     Yes. | 12:11 |
| 4 | Q     What was that? | 12:11 |
| 5 | A     From what I recall when, you know, from | 12:11 |
| 6 | the moment that we arrived we were experiencing | 12:12 |
| 7 | harassment. | 12:12 |
| 8 | Q     Okay.  Can you describe what the | 12:12 |
| 9 | harassment was? | 12:12 |
| 10 | A     I remember that people were circling | 12:12 |
| 11 | around the car when we parked and, you know, some | 12:12 |
| 12 | people yelled at us and said that we're kooks.  And | 12:12 |
| 13 | there were other people, other bay boys on the bluff | 12:12 |
| 14 | that were looking at us and there were people | 12:12 |
| 15 | recording us. | 12:12 |
| 16 |         So the situation there seemed very tense. | 12:12 |
| 17 | Q     Let's start with the people circling your | 12:12 |
| 18 | car, how many people circled your car? | 12:12 |
| 19 | A     I don't remember how many people, but I | 12:12 |
| 20 | remember, you know -- I remember a car driving by, I | 12:12 |
| 21 | remember a car driving by and having people yell at | 12:12 |
| 22 | us also. | 12:12 |
| 23 | Q     Okay.  How many cars drove by and yelled | 12:12 |
| 24 | things at you? | 12:13 |
| 25 | A     I remember one car that yelled things at | 12:13 |

Page 120

Exhibit A, page 18

```
 1    us.                                                    12:13

 2         Q    Going back to the circling, is it people    12:13

 3    or cars that circled your car?                         12:13

 4         A    I know it was cars.  Whether or not people   12:13

 5    did that, there may have been people on bikes that     12:13

 6    did that, I don't remember at the moment.              12:13

 7         Q    What were people shouting at you?            12:13

 8         A    They shouted that we were kooks.             12:13

 9         Q    What else?                                   12:13

10         A    I remember at some point people telling us   12:13

11    that we can't surf there.                              12:13

12         Q    Is this all at the same time these things    12:13

13    are being shouted at you?                              12:13

14         A    I don't remember if it was at the same       12:13

15    time or not.                                           12:13

16         Q    Where were you specifically at this          12:13

17    particular time when these things were being shouted   12:13

18    at you?                                                12:13

19         A    Well, I specifically remember when they      12:13

20    shouted that they were kooks, I remember that we       12:14

21    were either just getting out of the car or just        12:14

22    pulling up, I don't remember specifically, but...      12:14

23         Q    Did you say anything back to them?           12:14

24         A    No, I didn't.                                12:14

25         Q    How about Jordan?                            12:14
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 19

```
 1              But going back to Santa Cruz -- yeah, I      12:36

 2     don't know, I surfed at a lot of secret spots in      12:36

 3     Santa Cruz with my coach that I don't even remember   12:36

 4     the names of.  Where else did I surf?  I don't know,  12:36

 5     I've surfed at a lot of spots.                         12:36

 6     BY MS. HEWITT:                                         12:36

 7         Q     It sounds like it.                           12:36

 8         A     Morro Bay.  Morro Bay is interesting.  And   12:36

 9     I've surfed -- there's a spot north of Morro Bay,      12:36

10     it's a beach break, I don't remember the name of it,  12:36

11     but I've surfed there, too.                            12:36

12         Q     Going back to the complaint here.  Where     12:36

13     it says here, "Reed and Wright encountered members    12:36

14     of the Lunada Bay Boys," who were the Lunada Bay       12:36

15     Boys as you reference here in the complaint?           12:36

16         A     I don't know the specific names of the       12:36

17     individuals.                                           12:37

18         Q     Are you able to describe who it was that     12:37

19     screamed profanities at you on January 29, 2016?       12:37

20         A     I'm not able to describe the specific        12:37

21     person that screamed profanities because I didn't      12:37

22     get to see their face for long enough, and at the      12:37

23     moment I don't remember, my memory is not very good.   12:37

24         Q     Did anybody else scream profanities at you   12:37

25     other than the people in the car?                      12:37
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 20

| | | | |
|---|---|---|---|
| 1 | A | At what point? | 12:37 |
| 2 | Q | At any point on January 29, 2016. | 12:37 |
| 3 | A | The entire day? | 12:37 |
| 4 | Q | Yes. | 12:37 |
| 5 | A | Yes, there were several instances. | 12:37 |
| 6 | Q | Okay.  So we went through the ones in the | 12:37 |
| 7 | | car. | 12:37 |
| 8 | | Let's go through the other times that | 12:37 |
| 9 | | people screamed profanities at you on January 29, | 12:37 |
| 10 | | 2016, what was the next instance of those? | 12:37 |
| 11 | A | I believe there was an instance of people | 12:37 |
| 12 | | telling us that we can't surf there while we were on | 12:37 |
| 13 | | the bluff.  There was the constant harassment of | 12:37 |
| 14 | | video cameras everywhere, recording everything. | 12:38 |
| 15 | | What else is the question asking?  I'm | 12:38 |
| 16 | | sorry. | 12:38 |
| 17 | Q | I wanted to go through the different | 12:38 |
| 18 | | instances that day when people specifically screamed | 12:38 |
| 19 | | profanities at you.  For instance, in the complaint | 12:38 |
| 20 | | a man called you a whore.  When did that occur on | 12:38 |
| 21 | | January 29th? | 12:38 |
| 22 | A | Right, that's the words that I heard him | 12:38 |
| 23 | | scream.  That was once we were at the bottom of the | 12:38 |
| 24 | | hill when we were on the rocky beach walking to the | 12:38 |
| 25 | | spot where we would paddle out. | 12:38 |

Page 130

```
 1        A     I just don't remember.                  12:42

 2        Q     Had you contacted any media prior to your  12:42

 3    visit on January 29th?                             12:42

 4        A     I had not contacted any media.           12:42

 5        Q     After the man came back, then what       12:42

 6    happened?                                          12:42

 7        A     I just remember him, you know, yelling at  12:42

 8    us more, screaming profanities.  And at one point I  12:42

 9    think -- he went away and I told Jordan that I     12:43

10    wanted to talk to the police.  The police were     12:43

11    standing in the fort and witnessed the incident.   12:43

12    And then they ended up walking over because they saw  12:43

13    what happened, so I didn't have to go to them.     12:43

14        Q     Okay.  So the police came to you; right?  12:43

15        A     Yes.                                     12:43

16        Q     Then what happened when the police came?  12:43

17        A     The police asked us what was going on and  12:43

18    we described what had happened.  And they -- I think  12:43

19    that they asked us if we wanted to file a report.  12:43

20    And I know that I wanted to file one, and so we    12:43

21    proceeded to go up the hill to file a report.      12:43

22        Q     So did you, in fact, file a report with  12:44

23    the police?                                        12:44

24        A     We did file a report with the police, yes.  12:44

25        Q     All right.  Do you remember -- withdraw.  12:44
```

                                                    Page 134

Exhibit A, page 22

| | | |
|---|---|---|
| 1 | Are you able to describe the man who was | 12:44 |
| 2 | yelling at you? | 12:44 |
| 3 | A    Yes. | 12:44 |
| 4 | Q    Can you please describe him? | 12:44 |
| 5 | A    I remember he was pretty short in height, | 12:44 |
| 6 | middle-aged, brown hair, I believe. | 12:44 |
| 7 | Q    Anything else that you can remember in | 12:44 |
| 8 | describing him? | 12:44 |
| 9 | A    That's all I can remember in describing | 12:44 |
| 10 | him. | 12:44 |
| 11 | Q    When you went up the hill and -- were you | 12:44 |
| 12 | walking up with Jordan and the police? | 12:44 |
| 13 | A    I think so. | 12:44 |
| 14 | Q    And when you got to the top of the hill, | 12:44 |
| 15 | what did you do? | 12:44 |
| 16 | A    I remember at one point there was more | 12:44 |
| 17 | police that came, and so I don't remember who filed | 12:44 |
| 18 | the report specifically.  I don't remember if it was | 12:45 |
| 19 | the police that witnessed the incident or if it was | 12:45 |
| 20 | the police that came.  But I remember that they -- | 12:45 |
| 21 | they detained the suspect and they -- but they -- | 12:45 |
| 22 | even though that they witnessed the incident they | 12:45 |
| 23 | did not want to arrest him because they were saying | 12:45 |
| 24 | they didn't hear what he said specifically even | 12:45 |
| 25 | though they heard him yelling. | 12:45 |

Page 135

| 1 | And they told me that I could file a | 12:45 |
| 2 | citizen's arrest but that if I do file a citizen's | 12:45 |
| 3 | arrest I'm at risk of getting sued because people at | 12:45 |
| 4 | Lunada Bay have a lot of money and can hire good | 12:45 |
| 5 | lawyers and that will put me at risk of getting into | 12:45 |
| 6 | a lawsuit, and so it's not a good idea to file a | 12:45 |
| 7 | citizen's arrest because it will, you know, because | 12:45 |
| 8 | I don't need to be in a lawsuit and it's not a good | 12:45 |
| 9 | idea. | 12:46 |
| 10 | So, they dissuaded me from filing a | 12:46 |
| 11 | citizen's arrest. | 12:46 |
| 12 | Q    Okay.  And then you filed -- so then | 12:46 |
| 13 | you -- | 12:46 |
| 14 | A    So they told me to go ahead and write a | 12:46 |
| 15 | report instead because it would be the same outcome | 12:46 |
| 16 | and that way I don't have the liability of filing a | 12:46 |
| 17 | citizen's arrest. | 12:46 |
| 18 | Q    When you came up -- rather, when the | 12:46 |
| 19 | officers came from the fort, how many were there? | 12:46 |
| 20 | A    I don't know how many there were.  I | 12:46 |
| 21 | remember -- I definitely remember there was one | 12:46 |
| 22 | person, I don't know if there was one or two. | 12:46 |
| 23 | Q    Officers, you don't remember how many came | 12:46 |
| 24 | to you and walked up the bluff with you? | 12:46 |
| 25 | A    No. | 12:46 |

Page 136

| 1 | Oh, that's not important, we don't want to write | 12:47 |
| 2 | that down; anything like that? | 12:47 |
| 3 | A    I don't remember if that happened. | 12:47 |
| 4 | Q    Did you -- how long did you talk to the | 12:47 |
| 5 | police that day? | 12:47 |
| 6 | A    It's hard for me to say how long I spoke | 12:47 |
| 7 | to them for.  I can guess maybe 30 minutes, I don't | 12:48 |
| 8 | know. | 12:48 |
| 9 | Q    What profanities did you tell the police | 12:48 |
| 10 | were screamed at you? | 12:48 |
| 11 | A    I remember something that sounded like | 12:48 |
| 12 | "whore," so I did tell them that.  At this time, I | 12:48 |
| 13 | don't remember specifically what profanities were | 12:48 |
| 14 | screamed at.  Like I said, my memory is not good and | 12:48 |
| 15 | I try to limit profanities in my life.  But I do | 12:48 |
| 16 | remember, you know, being -- being very frightened | 12:48 |
| 17 | because I hadn't been yelled at in that manner | 12:48 |
| 18 | before by anyone. | 12:48 |
| 19 | Q    Did the police ask you when you were down | 12:49 |
| 20 | on the beach, did they ask you where you were from? | 12:49 |
| 21 | A    I don't know if they asked me that or not. | 12:49 |
| 22 | Q    Do you remember them asking you where you | 12:49 |
| 23 | were from at any time? | 12:49 |
| 24 | A    From what I remember when they filed the | 12:49 |
| 25 | report, they write down your address from your | 12:49 |

Page 138

Exhibit A, page 25

| | | |
|---|---|---|
| 1 | driver's license.  Whether they asked me that or | 12:49 |
| 2 | wrote it down from my driver's license, I don't | 12:49 |
| 3 | remember. | 12:49 |
| 4 |     Q    All right.  Did they take your driver's | 12:49 |
| 5 | license at the point in time when they were starting | 12:49 |
| 6 | to write their report or sometime before that? | 12:49 |
| 7 |     A    I think they took it from me when they | 12:49 |
| 8 | were writing the report. | 12:49 |
| 9 |     Q    Had they given -- excuse me. | 12:49 |
| 10 |     Had they taken your driver's license at | 12:49 |
| 11 | the time you were talking about a citizen's arrest? | 12:49 |
| 12 |     A    I don't know. | 12:49 |
| 13 |     Q    Did any of your other friends tell you | 12:49 |
| 14 | that they saw the incident with the man screaming at | 12:50 |
| 15 | you and Jordan? | 12:50 |
| 16 |     A    Not that I recall.  I don't think so. | 12:50 |
| 17 |     Q    All right.  Did David eventually paddle | 12:50 |
| 18 | in? | 12:50 |
| 19 |     A    I would assume that he did, yeah, I don't | 12:50 |
| 20 | know what he ended up doing. | 12:50 |
| 21 |     Q    Did you tell David what happened? | 12:50 |
| 22 |     A    I think I did. | 12:50 |
| 23 |     Q    What did he say? | 12:50 |
| 24 |     A    You know, I don't remember the | 12:50 |
| 25 | conversation with David, so, I would assume I told | 12:50 |

Page 139

Exhibit A, page 26

```
 1        a lawsuit; is that what they told you?              12:51

 2            A     They told me that it puts liability on me. 12:51

 3            Q     No matter what happens, that definitely    12:51

 4        puts liability on you, is that what they told you?   12:51

 5                  MR. FRANKLIN:  Calls for legal conclusion. 12:51

 6                  THE WITNESS:  From my understanding, what  12:51

 7        they told me is that it would put me at a liability 12:51

 8        for a lawsuit if it was found to be, you know -- if 12:52

 9        it was found to be incorrect -- it puts me at       12:52

10        liability, but if I don't file it as a citizen's    12:52

11        arrest, then I'm not a liability.                   12:52

12        BY MS. HEWITT:                                       12:52

13            Q     Okay.  So did you understand that you      12:52

14        could file a citizen's arrest; the outcome could be 12:52

15        that if it was found to not be justified that you   12:52

16        could incur liability at a later date?              12:52

17                  MR. FRANKLIN:  Objection, calls for legal  12:52

18        conclusion --                                        12:52

19                  THE WITNESS:  Um --                        12:52

20                  MR. FRANKLIN:  Objection, calls for legal  12:52

21        conclusion, it's also an incomplete hypothetical.    12:52

22                  THE WITNESS:  Yeah, I don't really know.   12:52

23        I mean, I don't understand.  I'm not a lawyer so     12:52

24        it's hard for me to answer that question.  I just    12:52

25        know that they dissuaded me from filing a citizen's  12:52
```

                                                    Page 141

Exhibit A, page 27

| | | |
|---|---|---|
| 1 | Q    Okay.  So in June, would you have been | 12:57 |
| 2 | about four and a half months pregnant or so? | 12:57 |
| 3 | A    I don't know.  I would have to calculate | 12:57 |
| 4 | it, I don't remember. | 12:57 |
| 5 | Q    Do you remember being pregnant when you | 12:57 |
| 6 | were surfing in June, though? | 12:57 |
| 7 | A    Yes, hmm-mm. | 12:57 |
| 8 | Q    When was the last time you've been | 12:57 |
| 9 | surfing? | 12:57 |
| 10 | A    That was about the last time. | 12:57 |
| 11 | Q    All right.  So, going back to February 5, | 12:57 |
| 12 | 2016, I believe you told me that you went to | 12:58 |
| 13 | Lunada Bay to take photos of Jordan; is that | 12:58 |
| 14 | correct? | 12:58 |
| 15 | A    Yes. | 12:58 |
| 16 | Q    What made Jordan decide to go that day, to | 12:58 |
| 17 | go surf? | 12:58 |
| 18 | A    You know, I don't remember what his reason | 12:58 |
| 19 | was to go that day.  I just remember accompanying | 12:58 |
| 20 | him to take photos. | 12:58 |
| 21 | Q    Did you talk to anybody at the L.A. Times | 12:58 |
| 22 | before February 5, 2016? | 12:58 |
| 23 | A    I don't think so, no. | 12:58 |
| 24 | Q    Do you have any idea as you sit here today | 12:58 |
| 25 | how the writer and photographer from the | 12:58 |

Page 146

Exhibit A, page 28

| | | |
|---|---|---|
| 1 | at home from anybody at the L.A. Times? | 13:07 |
| 2 | A    I have an e-mail with the photos from the | 13:07 |
| 3 | photographer. | 13:07 |
| 4 | Q    And does that e-mail have any text in it? | 13:07 |
| 5 | A    I would assume it has some text in it. | 13:07 |
| 6 | Q    Have you given it to your attorneys? | 13:07 |
| 7 | A    I don't know.  I think so. | 13:07 |
| 8 | Q    Do you have any e-mails at home from any | 13:07 |
| 9 | other media organizations either online or print or | 13:07 |
| 10 | anything like that? | 13:07 |
| 11 | A    I've been in several articles and don't | 13:07 |
| 12 | several interviews, so a bunch of media have reached | 13:08 |
| 13 | out to me, so I have e-mails.  And then I also have, | 13:08 |
| 14 | you know, my attorneys also arranged some of it. | 13:08 |
| 15 | Q    Have you ever been -- withdraw. | 13:08 |
| 16 | Okay.  With regard to the February 5th | 13:08 |
| 17 | visit, did you contact the City of Palos Verdes | 13:08 |
| 18 | Estates or the police department to tell them that | 13:08 |
| 19 | you were going to visit that day? | 13:08 |
| 20 | A    I think that Jordan may have done that. | 13:08 |
| 21 | Q    And do you know if Jordan asked for extra | 13:08 |
| 22 | patrols that day? | 13:08 |
| 23 | A    I don't know if he asked for it that day. | 13:08 |
| 24 | Q    Do you recall seeing Palos Verdes Estates | 13:08 |
| 25 | police there that day? | 13:08 |

Page 154

Exhibit A, page 29

```
 1        A    I don't remember if I saw them there that      13:08

 2    day or not.                                             13:09

 3        Q    And at that point in time, you'd broken        13:09

 4    your arm so you could not surf; is that correct?        13:09

 5        A    That's correct.  I had just broken it, I'm     13:09

 6    sure it was still pretty painful so it wasn't            13:09

 7    possible that time.                                     13:09

 8        Q    Did Jordan surf without incident as far as     13:09

 9    you know?                                               13:09

10        A    Jordan did surf without incident because      13:09

11    he was the only person out there surfing.               13:09

12        Q    And is it correct that neither you or         13:09

13    Jordan were intimidated that day?                       13:09

14             MR. FRANKLIN:  Vague and ambiguous.            13:09

15             THE WITNESS:  I don't know.  I don't           13:09

16    remember if we encountered anyone on top of the         13:09

17    bluff or not.  I just remember that there was no one    13:09

18    in the water.                                           13:09

19    BY MS. HEWITT:                                          13:09

20        Q    Do you have a recollection of encountering    13:09

21    anybody on the bluff that intimidated you?              13:09

22        A    At this time, I just -- I don't remember      13:09

23    what we did on top of the bluff, and if there was       13:09

24    anyone there or not.                                    13:09

25        Q    Okay.                                          13:09
```

Page 155

Exhibit A, page 30

```
 1        A      So I can't say one way or the other.        13:10

 2        Q      I'm not asking you to say one way or the    13:10

 3   other.  I'm asking you to state if right now you        13:10

 4   have a memory of being intimidated by someone on top    13:10

 5   of the bluff.                                            13:10

 6               MR. FRANKLIN:  Vague and ambiguous.          13:10

 7               THE WITNESS:  I would have to think about    13:10

 8   it more, I just don't know.                             13:10

 9   BY MS. HEWITT:                                           13:10

10        Q      Do you remember that right now?             13:10

11               MR. FRANKLIN:  Vague and ambiguous.          13:10

12               THE WITNESS:  Right now, I don't remember    13:10

13   what happened on top of the bluff much, so it would     13:10

14   be hard for me to make that -- sorry.                   13:10

15   BY MS. HEWITT:                                           13:10

16        Q      Do you recall any vandalism that day?       13:10

17        A      I don't recall vandalism on February 5th.   13:10

18        Q      Did the police escort you down the bluff    13:10

19   that day?                                                13:10

20        A      I don't know.                               13:10

21        Q      You don't remember?                         13:10

22        A      I don't remember.                           13:10

23        Q      Okay.  Going to February 13th, as           13:10

24   described in your complaint, why did you decide to      13:11

25   go to Lunada Bay on February 13th?                      13:11
```

Page 156

Exhibit A, page 31

```
 1        A     You know, I don't remember the specific      13:11
 2   reasons, but I think that Jordan wanted to go surf      13:11
 3   that day and I couldn't surf; so like I said, if I'm    13:11
 4   not surfing I like to take photos so it was my          13:11
 5   reason for going.                                       13:11
 6        Q     Has Jordan as far as you know ever wanted    13:11
 7   to go surf at Lunada Bay and has decided not to         13:11
 8   because of any localism there?                          13:11
 9             MR. FRANKLIN:  Vague and ambiguous, calls     13:11
10   for speculation.                                        13:11
11             THE WITNESS:  Well, I was with him on         13:11
12   January 29, 2016, when we decided not to surf.          13:11
13   BY MS. HEWITT:                                          13:11
14        Q     Prior to going on a particular day did you   13:11
15   decide to stay home because of any localism issues?     13:11
16             MR. FRANKLIN:  Vague and ambiguous.           13:11
17             THE WITNESS:  Well, I mean if there wasn't    13:11
18   localism there I would have been surfing there all      13:11
19   winter as often as I surf in Malibu and Ventura and     13:12
20   other places, so yeah, I would be there as often as     13:12
21   it was good.                                            13:12
22   BY MS. HEWITT:                                          13:12
23        Q     Jordan specifically -- sorry, that was my    13:12
24   fault for a vague question.                             13:12
25             Do you have any recollection of instances     13:12
```

                                                    Page 157

```
 1    parking the car.                                    13:38

 2    BY MS. HEWITT:                                      13:38

 3         Q    Okay.  Fair enough.  Do you remember      13:38

 4    anybody yelling any profanities at you that day?    13:38

 5              MR. FRANKLIN:  Vague and ambiguous.        13:38

 6              THE WITNESS:  During what part of the day? 13:38

 7    BY MS. HEWITT:                                      13:38

 8         Q    Any part of the day that you were there.  13:38

 9         A    Yes.                                      13:38

10         Q    Okay.  Tell me what you recall being      13:38

11    yelled at you as far as profanities?               13:38

12              MR. FRANKLIN:  Vague and ambiguous.        13:38

13              THE WITNESS:  You know, I don't remember   13:38

14    the specific insults, the specific words of the    13:38

15    insults that were yelled.  I mean, I just -- I     13:38

16    remember various profanities of various instances. 13:39

17    I remember when we were preparing to walk down the 13:39

18    trail, there was a man, middle-aged blond haired   13:39

19    man, and a teenage boy that were filming us and they 13:39

20    were attempting to block the pathway, and they were 13:39

21    telling us that we were done, whatever that means.  13:39

22              I do remember some people yelling at us    13:39

23    when we were on the bluff, and I don't remember much 13:39

24    of the detail at this time.                        13:39

25              I remember once we were at the bottom of   13:39
```

                                                    Page 167

Exhibit A, page 33

| | | |
|---|---|---|
| 1 | the hill on the beach, I remember, you know, people | 13:39 |
| 2 | yelling at us, yeah, everyone seemed pretty hostile. | 13:40 |
| 3 | BY MS. HEWITT: | 13:40 |
| 4 | Q    When you say down to the beach, you mean | 13:40 |
| 5 | after you came down the bluff; right? | 13:40 |
| 6 | A    Yes, after we came down the trail. | 13:40 |
| 7 | Q    Down the trail, okay. | 13:40 |
| 8 | Did you see any police there at all | 13:40 |
| 9 | anytime during the day? | 13:40 |
| 10 | MR. FRANKLIN:  Vague and ambiguous. | 13:40 |
| 11 | THE WITNESS:  Yeah, I don't remember what | 13:40 |
| 12 | the situation was with the police when we arrived. | 13:40 |
| 13 | BY MS. HEWITT: | 13:40 |
| 14 | Q    Okay.  Were you aware that Cory Spencer | 13:40 |
| 15 | had asked for additional patrols to be provided by | 13:40 |
| 16 | the PVE P.D. for that day? | 13:40 |
| 17 | MR. FRANKLIN:  Vague and ambiguous, lacks | 13:40 |
| 18 | foundation. | 13:40 |
| 19 | THE WITNESS:  I don't know, I don't | 13:40 |
| 20 | remember at the time if I was aware of that or not. | 13:40 |
| 21 | BY MS. HEWITT: | 13:40 |
| 22 | Q    Were you aware that he had asked for extra | 13:40 |
| 23 | patrols be provided before the January 29th visit? | 13:41 |
| 24 | MR. FRANKLIN:  Vague and ambiguous, lacks | 13:41 |
| 25 | foundation. | 13:41 |

Page 168

Exhibit A, page 34

```
 1              MR. FRANKLIN:  Vague and ambiguous.        13:42

 2              THE WITNESS:  Specifically, what would you  13:42

 3    like to know?                                        13:42

 4    BY MS. HEWITT:                                       13:42

 5       Q     Specifically, my question is about:  Do     13:42

 6    you remember being approached by individual          13:42

 7    defendants with a case of beer?                      13:42

 8       A     Yes.                                        13:42

 9       Q     What do you remember about being            13:42

10    approached by individual defendants with a case of   13:42

11    beer?                                                13:42

12       A     I remember that they approached me very     13:42

13    rapidly and I was caught by surprise.  I remember    13:42

14    that they rushed towards me in a hostile manner.  I  13:42

15    remember, you know, declining that I wanted to drink 13:43

16    beer.  I remember being videotaped by                13:43

17    Brant Blakeman.  I remember there were times when I  13:43

18    was being videotaped very close to my face and it    13:43

19    felt very intimidating and definitely felt like I    13:43

20    was being harassed.  And I think that I asked them,  13:43

21    you know, why they're videotaping me because it made 13:43

22    me very uncomfortable.                               13:43

23              I remember Mr. Johnston opening the can of 13:43

24    beer in a way that sprayed my arm and my camera.  I  13:43

25    remember him chucking beer and throwing beer cans on 13:44
```

Page 170

Exhibit A, page 35

| | | |
|---|---|---|
| 1 | the floor.  I remember him being very loud and very | 13:44 |
| 2 | scary, very intimidating, and acting in a sexual | 13:44 |
| 3 | manner. | 13:44 |
| 4 | Q     Where did this take place? | 13:44 |
| 5 | A     These events took place in the fort. | 13:44 |
| 6 | Q     Okay.  When -- why did you go to the fort | 13:44 |
| 7 | initially? | 13:44 |
| 8 | A     I initially went to the fort to take | 13:44 |
| 9 | photographs of Jordan, as he was surfing. | 13:44 |
| 10 | Q     Okay.  When you went to the fort, were | 13:44 |
| 11 | there already people in the fort? | 13:44 |
| 12 | A     I don't remember if there was already | 13:44 |
| 13 | someone in the fort or not when I first went into | 13:44 |
| 14 | the fort. | 13:44 |
| 15 | Q     Do you have any recollection of there | 13:44 |
| 16 | being anybody in the -- in the fort area when you | 13:45 |
| 17 | went to the fort? | 13:45 |
| 18 | MR. FRANKLIN:  Vague, ambiguous. | 13:45 |
| 19 | THE WITNESS:  I don't remember if there | 13:45 |
| 20 | was someone as I was walking into the fort.  I do | 13:45 |
| 21 | remember having conversations with a certain man in | 13:45 |
| 22 | the fort prior to these two individuals, but whether | 13:45 |
| 23 | he was there as I was walking up the steps I don't | 13:45 |
| 24 | remember that detail. | 13:45 |
| 25 | /// | |

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 36

```
 1    BY MS. HEWITT:                                    13:45

 2        Q     Okay.  And the man who you said you had a  13:45

 3    conversation with, can you describe that man?    13:45

 4        A     It's hard for me to remember the details  13:45

 5    specifically, but I remember that he was a man,  13:45

 6    middle-aged man, from what I recall, dark hair, he  13:45

 7    did not appear to be intoxicated.  Just, you know,  13:45

 8    ordinary-looking middle-aged man, nothing unusual  13:46

 9    about him.                                        13:46

10        Q     Okay.  And what was the conversation you  13:46

11    had with him?                                     13:46

12        A     He started asking me a lot of questions  13:46

13    and it was a little bit uncomfortable because I felt  13:46

14    as though I was being interrogated and I didn't  13:46

15    quite understand why because I was just there to  13:46

16    enjoy the beach and take photos.                  13:46

17        Q     About how long did that conversation last?  13:46

18        A     It's hard for me to say how long it     13:46

19    lasted.  I would say it lasted maybe ten minutes,  13:46

20    probably not more than 30.  I don't remember      13:46

21    specifically how long it took.                    13:46

22        Q     What was Jordan doing at this time?     13:46

23        A     I think Jordan was already surfing.  I'm  13:47

24    not sure if he was already surfing, but I know that  13:47

25    he was paddling out and he might have been sitting  13:47
```

Page 172

Exhibit A, page 37

| | | |
|---|---|---|
| 1 | and waiting for waves, I don't remember. | 13:47 |
| 2 | Q    Were you alone? | 13:47 |
| 3 | A    From what I remember, I think so.  I think | 13:47 |
| 4 | that -- I think that I would be the only person | 13:47 |
| 5 | there with him, I'm not -- I'm not sure. | 13:47 |
| 6 | Q    Was anybody else surfing at the time? | 13:47 |
| 7 | A    I don't know, I don't remember that.  I | 13:47 |
| 8 | know that, you know, there were people changing as I | 13:47 |
| 9 | was walking there, but who was in the water I don't | 13:47 |
| 10 | remember at this time. | 13:47 |
| 11 | Q    With regard to the man -- sorry, the | 13:47 |
| 12 | individual defendants who approached you with a case | 13:47 |
| 13 | of beer, do you know who those individual defendants | 13:47 |
| 14 | were? | 13:47 |
| 15 | A    I know who they are now. | 13:47 |
| 16 | Q    Okay.  Who are they? | 13:47 |
| 17 | A    Brant Blakeman and Jalian Johnston. | 13:47 |
| 18 | Q    Did they discuss the L.A. Times article at | 13:48 |
| 19 | all with you? | 13:48 |
| 20 | A    They made statements related to the | 13:48 |
| 21 | L.A. Times article, yes. | 13:48 |
| 22 | MR. CAREY:  Objection, vague as to "they." | 13:48 |
| 23 | BY MS. HEWITT: | 13:48 |
| 24 | Q    Do you remember who it was that made | 13:48 |
| 25 | statements to you about the L.A. Times article? | 13:48 |

Page 173

Exhibit A, page 38

```
 1            THE WITNESS:  I'm having trouble        13:49
 2     understanding to when you're asking me specifically.  13:49
 3     BY MS. HEWITT:                                 13:49
 4        Q     How long were you in the fort after you  13:49
 5     were approached with the case of beer?        13:49
 6        A     I don't remember.  It's hard for me to  13:49
 7     pinpoint exact amount of time.                 13:50
 8        Q     Do you recall trying to leave the fort and  13:50
 9     being unable to do so because you were blocked?  13:50
10            MR. FRANKLIN:  Vague and ambiguous.    13:50
11            THE WITNESS:  I recall them standing in  13:50
12     front of me, and the way to leave would be to go,  13:50
13     you know, to get close to them.  And I do recall  13:50
14     attempting to call the police but not having cell  13:50
15     phone service.                                 13:50
16     BY MS. HEWITT:                                 13:50
17        Q     Okay.  In your complaint you say that  13:50
18     Johnston poured beer on your arm.  Is that separate  13:50
19     from what you told me earlier where that he sprayed  13:50
20     your arm and your camera with beer?            13:50
21        A     No, that's the same.                  13:50
22        Q     Same thing?                           13:50
23        A     Hmm-mm.                               13:50
24        Q     So he didn't separately pour beer on your  13:50
25     arm as opposed to spraying your arm and your camera?  13:50
```

Page 175

Exhibit A, page 39

| | | |
|---|---|---|
| 1 | filming me with his camera. | 13:52 |
| 2 | Q    Okay.  Okay.  At any point, did you walk | 13:52 |
| 3 | away when they were making the, I think you said, | 13:52 |
| 4 | sexual references to you; were you able to walk away | 13:52 |
| 5 | at that point and exit the fort? | 13:52 |
| 6 | MR. FRANKLIN:  Vague and ambiguous. | 13:52 |
| 7 | THE WITNESS:  I was not able to exit the | 13:52 |
| 8 | fort, I was frozen in fear. | 13:52 |
| 9 | BY MS. HEWITT: | 13:52 |
| 10 | Q    All right.  At some point, were you able | 13:52 |
| 11 | to leave the fort? | 13:53 |
| 12 | A    I was able to leave the fort at some | 13:53 |
| 13 | point, yes. | 13:53 |
| 14 | Q    Can you tell me what the sexual comments | 13:53 |
| 15 | were that were made to you that you referenced | 13:53 |
| 16 | earlier? | 13:53 |
| 17 | A    I don't remember all of them. | 13:53 |
| 18 | Q    I understand. | 13:53 |
| 19 | A    I do remember asking, you know, why I was | 13:53 |
| 20 | being filmed and, you know, being told that they're | 13:53 |
| 21 | filming me because I'm sexy.  I remember | 13:53 |
| 22 | Mr. Johnston saying that he's big enough to get the | 13:53 |
| 23 | job done while, you know, also, you know, he was | 13:53 |
| 24 | also grunting and making -- making moans and noises | 13:53 |
| 25 | resembling, you know, an orgasm.  He was, you know, | 13:54 |

Page 177

Exhibit A, page 40

```
 1    thrusting and rubbing his torso in a sexual manner,   13:54

 2    just acting in a very -- very frightening way.        13:54

 3         Q    Was there anybody else in the fort or fort  13:54

 4    area during this time who wasn't part of the group    13:54

 5    of men?                                                13:54

 6         A    What do you mean by the group of men?        13:54

 7         Q    Were there any women down there as well?     13:54

 8         A    Yes, there was a woman down there.           13:54

 9         Q    Who was that?                                13:54

10         A    Woman named Jen.                             13:54

11         Q    Was she a friend of yours?                   13:54

12         A    No.                                          13:54

13         Q    Did you just meet her that day?              13:54

14         A    Yes, sir.                                    13:54

15         Q    How did you meet Jen that day?               13:54

16         A    Jen walked into the fort when we were        13:54

17    there.                                                 13:54

18         Q    Did she walk into the fort while the men     13:54

19    were talking to you?                                   13:54

20         A    Which men?                                   13:54

21         Q    Any of the men.                              13:54

22         A    Which men specifically?  I don't know, I     13:54

23    was approached by many men.                            13:54

24         Q    Okay.  Did you -- did Jen walk into the      13:54

25    fort prior to you being approached by the             13:55
```

Page 178

Exhibit A, page 41

```
 1          A    I was too scared to do anything.              13:57

 2          Q    Okay.  At some point did you get in touch     13:57

 3      with any police that were at the beach or the bluff    13:57

 4      in order to get a police escort down to the beach?     13:57

 5              MR. FRANKLIN:  Lacks foundation.               13:57

 6              THE WITNESS:  At what point?  I'm having        13:57

 7      trouble understanding the question.                    13:57

 8      BY MS. HEWITT:                                         13:57

 9          Q    At any time, on February 13th, did you        13:57

10      talk to the police at all that day about assisting     13:57

11      you with regard to any harassment at Lunada Bay?       13:57

12              MR. FRANKLIN:  Vague and ambiguous.            13:57

13              THE WITNESS:  Can you be more specific          13:57

14      please?                                                13:57

15      BY MS. HEWITT:                                         13:57

16          Q    Did you talk to the police at all that        13:57

17      day?                                                   13:57

18              MR. FRANKLIN:  Vague and ambiguous.            13:57

19              THE WITNESS:  I spoke to the police on          13:57

20      February 13th, yes.                                    13:57

21      BY MS. HEWITT:                                         13:57

22          Q    So when did you speak to them?                13:57

23          A    I, you know, after I made it up the trail,    13:57

24      I saw a police car parked on the bluff and I           13:58

25      approached them immediately, I was in tears, and I     13:58

                                                    Page 181
```

```
 1       told them what had happened down there.        13:58

 2            Q     Okay.  And what did the police officer do?  13:58

 3            A     He -- he listened to what I had to say   13:58

 4       and, you know, I don't remember the exact sequence  13:58

 5       of events.  I know he eventually took a report.  I  13:58

 6       don't know if he took the report or if someone else  13:58

 7       took a report but I know a report was taken, and I  13:58

 8       know that at one point a police officer escorted me  13:58

 9       back down the trail to try and see if those    13:58

10       individuals were still down there and try to   13:58

11       identify them.                                 13:58

12            Q     Do you remember how many police officers  13:58

13       there were?                                    13:58

14            A     I don't, no.                         13:58

15            Q     Do you remember at some point there being  13:59

16       three or four?                                 13:59

17            A     I don't remember the amount.         13:59

18            Q     All right.  Did you ask the police officer  13:59

19       to do anything specific?                       13:59

20            A     What I remember is I remember telling them  13:59

21       what happened and I remember filing the report and I  13:59

22       remember going down there to try and identify the  13:59

23       individual.                                    13:59

24            Q     And were you able to -- I'm sorry I   13:59

25       interrupted you?                               13:59
```

                                                    Page 182

Exhibit A, page 43

```
 1        A     No, no problem.                              13:59

 2              He wasn't down there when we went down       13:59

 3     there; all we found was a broken board that           13:59

 4     resembled the board that I had seen him use.          13:59

 5        Q     Did you go back down to the fort?            13:59

 6        A     I went back down there with the police.      13:59

 7        Q     Were there people in the fort still?         13:59

 8        A     There were some people in the fort,          13:59

 9     Charlie was down there as well.                       13:59

10        Q     How do you know that was Charlie?            13:59

11        A     Because the police said, "Hi, Charlie" and  13:59

12     apparently the police said that he knew him.          14:00

13        Q     Okay.                                        14:00

14              MS. HEWITT:  What time is it?  Where are     14:00

15     we at?  Are we at 3:30?                               14:00

16              MR. FRANKLIN:  I have 3:31, but --           14:00

17              THE VIDEOGRAPHER:  Yes, that's probably      14:00

18     it.                                                   14:00

19              MS. HEWITT:  We're concluding.               14:00

20              THE VIDEOGRAPHER:  Okay.  This concludes     14:00

21     Volume 1 deposition of Ms. Diana Milena Reed, we are  14:00

22     off the record at 2:00 o'clock.                       14:00

23              (Whereupon the deposition was concluded at

24     2:00 p.m.)

25
```

Page 183

Exhibit A, page 44

```
1                              * * *

2

3

4            I, DIANA MILENA REED, do solemnly declare

5       under penalty of perjury that the foregoing is my

6       deposition under oath; that these are the questions

7       asked of me and my answers thereto; that I have read

8       same and have made the necessary corrections,

9       additions, or changes to my answers that I deem

10      necessary.

11           It witness thereof, I hereby subscribe my

12      name this day of _____, 2016.

13

14

15

16

17

18

19                    _____

20                              WITNESS SIGNATURE

21

22

23

24

25

                                            Page 185
```

Exhibit A, page 45

```
 1                 Certification of Court Reporter

 2                       Federal Jurat

 3

 4            I, the undersigned, a Certified Shorthand

 5      Reporter of the State of California do hereby

 6      certify:

 7            That the foregoing proceedings were taken

 8      before me at the time and place herein set forth;

 9      that any witnesses in the foregoing proceedings,

10      prior to testifying, were placed under oath; that a

11      verbatim record of the proceedings was made by me

12      using machine shorthand which was thereafter

13      transcribed under my direction; further, that the

14      foregoing is an accurate transcription thereof.

15            That before completion of the deposition, a

16      review of the transcript [x] was [ ] was not

17      requested.  I further certify that I am neither

18      financially interested in the action nor a relative

19      or employee of any attorney of any of the parties.

20            IN WITNESS WHEREOF, I have this date

21      subscribed my name.

22      Dated:   November 3, 2016

23

24

                Jimmy Rodriguez, RPR

25              Certificate Number 13464


                                      Page 186
```

Exhibit A, page 46