EXHIBIT B

```
 1                   UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                        WESTERN DIVISION
 4
 5    CORY SPENCER, an individual; DIANA  )
      MILENA REED, an individual; and     )
 6    COASTAL PROTECTION RANGERS, INC., a )
      California non-profit public benefit)
 7    corporation,                        ) Case No.
                                          ) 2:16-cv-02129-SJO-RAO
 8                     Plaintiffs,        )
                                          )
 9            vs.                         )
                                          )
10    LUNADA BAY BOYS, et al.,            )
                                          )
11                     Defendants.        )
      _____)
12
13
14
15
16
17
18           VIDEOTAPED DEPOSITION OF DIANA MILENA REED
19                          VOLUME II
20                    Santa Monica, California
21                   Tuesday, October 25, 2016
22
23
24       REPORTED BY:
         Jimmy S. Rodriguez
25       CSR No. 13464
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit B, page 48

```
1                    UNITED STATES DISTRICT COURT
2                   CENTRAL DISTRICT OF CALIFORNIA
3                        WESTERN DIVISION
4
5    CORY SPENCER, an individual; DIANA  )
     MILENA REED, an individual; and     )
6    COASTAL PROTECTION RANGERS, INC., a )
     California non-profit public benefit)
7    corporation,                        ) Case No.
                                         ) 2:16-cv-02129-SJO-RAO
8                      Plaintiffs,        )
                                         )
9            vs.                         )
                                         )
10   LUNADA BAY BOYS, et al.,            )
                                         )
11                    Defendants.         )
     _____)
12
13
14
15
16
17
18        Videotaped deposition of DIANA MILENA REED, Volume II,
19     taken before Jimmy Rodriguez, a Certified Shorthand
20     Reporter for the State of California, with principal
21     office in the County of Orange, commencing at 9:24 a.m.,
22     Tuesday, October 25, 2016 at Premier Business Centers -
23     The Water Garden, 2425 Olympic Boulevard, Suite 4000,
24     Santa Monica, California.
25
                                              Page 188
```

```
 1      APPEARANCES OF COUNSEL:
 2      FOR PLAINTIFFS:
 3              HANSON BRIDGETT, LLP
                BY:  KURT A. FRANKLIN, Esq.
 4              425 Market Street
                26th Floor
 5              San Francisco, CA 94105
                TEL:  (415) 777-3200
 6              FAX:  (415) 541-9366
                Kfranklin@hansonbridgett.com
 7
 8      FOR DEFENDANTS, City of Palos Verdes Estates and Chief of
        Police Jeff Kepley:
 9
                KUTAK ROCK, LLP
10              BY:  ANTOINETTE P. HEWITT, Esq.
                5 Park Plaza
11              Suite 1500
                Irvine, CA 92614
12              TEL:  (949) 417-0999
                FAX:  (949) 417-5394
13              Antoinette.hewitt@kutakrock.com
14
        FOR DEFENDANT, Brant Blakeman:
15
                VEATCH CARLSON, LLP
16              BY:  RICHARD P. DIEFFENBACH, Esq.
                1055 Wilshire Boulevard
17              11th Floor
                Los Angeles, CA 90017
18              TEL:  (213) 381-2861
                FAX:  (213) 383-6370
19              Rdieffenbach@veatchfirm.com
20
21
22
23
24
25

                                             Page 189
```

Exhibit B, page 50

```
 1      APPEARANCES OF COUNSEL (Continued):
 2      FOR DEFENDANT, Alan Johnston aka Jalian Johnston:
 3              LAW OFFICES OF J. PATRICK CAREY
                BY:  J. PATRICK CAREY, Esq.
 4              1230 Rosecrans Avenue
                Suite 300
 5              Manhattan Beach, CA 90266
                TEL:  (310) 526-2237
 6              Pat@patcareylaw.com
 7
        FOR DEFENDANT, Angelo Ferrara and N.F.:
 8
                LAW OFFICES OF MARK C. FIELDS, APC
 9              BY:  MARK C. FIELDS, Esq.
                333 South Hope Street
10              35th Floor
                Los Angeles, CA 90071
11              TEL:  (213) 617-5225
                FAX:  (213) 629-4520
12              Fields@markfieldslaw.com
13
        FOR DEFENDANT, Sang Lee:
14
                LEWIS BRISBOIS BISGAARD & SMITH
15              BY:  TERA A. LUTZ, Esq.
                633 West 5th Street
16              Suite 4000
                Los Angeles, CA 90071
17              TEL:  (213) 250-1800
                FAX:  (213) 250-7900
18              Tera.lutz@lewisbrisbois.com
19
        FOR DEFENDANT, Sang Lee:
20
                BOOTH MITCHEL & STRANGE, LLP
21              BY:  JACKIE K. VU, Esq.
                707 Wilshire Boulevard
22              Suite 3000
                Los Angeles, CA 90017
23              TEL:  (213) 738-0100
                FAX:  (213) 380-3308
24              Jkvu@boothmitchel.com
25
```

Page 190

```
1        APPEARANCES OF COUNSEL (Continued):
2        FOR DEFENDANT, Michael Ray Papayans:
3                HAVEN LAW
                 BY:  PETER T. HAVEN, Esq.
4                1230 Rosecrans Avenue
                 Suite 300
5                Manhattan Beach, CA 90266
                 TEL:  (213) 842-4617
6                FAX:  (213) 477-2137
                 Peter@havenlaw.com
7
8        Also Present:
9                JAMES KORALEK, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page 191
```

```
 1              Tuesday, October 25, 2016, 9:24 a.m.

 2                   Santa Monica, California

 3                                                      09:20

 4              THE VIDEOGRAPHER:  Good morning, we are on  09:24

 5    the record at 9:24 a.m. on October 25th, 2016.  This  09:24

 6    is the video recorded deposition of Diana Milena      09:24

 7    Reed, Volume 2.  My name is James Koralek here with   09:24

 8    our court reporter, Jimmy Rodriguez, we are here      09:24

 9    from Veritext Legal Solutions by the request of the   09:24

10    defendant.                                           09:25

11          This deposition is being held at Premier       09:25

12    Business Center, 2425 Olympic Boulevard, Suite 4000,  09:25

13    in Santa Monica, 90404.  The caption of the case is   09:25

14    Spencer, et al., versus Lunada Bay Boys, et al.       09:25

15    Case number 2:16-CV-02129-SJO-RAO.                   09:25

16          Please note that audio and video recording     09:25

17    will take place unless all parties agree to go off    09:25

18    the record.                                          09:25

19          Microphones are sensitive and may pick up      09:25

20    whispers and private conversations and cellular       09:25

21    interference.  I'm not authorized to administer an    09:25

22    oath, I'm not related to any party in this action,    09:25

23    nor am I financially interested in the outcome in     09:25

24    any way.                                             09:25

25          If there are any objections to proceeding,     09:25
```

Page 193

```
 1        please state them at the time of your appearance      09:26
 2        beginning with the noticing attorney.                 09:26
 3                                                               09:26
 4                          EXAMINATION                          09:26
 5        BY MS. HEWITT:                                         09:26
 6           Q     Ms. Reed, do you understand that you're       09:26
 7        still under oath today?                                09:26
 8           A     Yes.                                          09:26
 9                 MS. HEWITT:  All right.  Let's get a quick    09:26
10        rundown of who's here today.                           09:26
11                 Antoinette Hewitt for the City and for        09:26
12        Chief Kepley.                                          09:26
13                 MR. DIEFFENBACH:  Richard Dieffenbach for     09:26
14        Brant Blakeman, defendant.                             09:26
15                 MS. VU:  Jackie Vu for Defendant Sang Lee.    09:26
16                 MS. LUTZ:  Tera Lutz for Defendant            09:26
17        Sang Lee.                                              09:26
18                 MR. FIELDS:  Mark Fields for Angelo           09:26
19        Ferrara and NF.                                        09:26
20                 MR. HAVEN:  Peter Haven for Michael           09:26
21        Papayans.                                              09:26
22                 MR. CAREY:  Pat Carey for Defendant Alan      09:26
23        Johnston.                                              09:26
24                 MR. FRANKLIN:  Kurt Franklin on behalf of     09:26
25        Diana Milena Reed and the other plaintiffs in this     09:26
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit B, page 54

| | | |
|---|---|---|
| 1 | other people in there including Jen, do you recall | 09:35 |
| 2 | Jen? | 09:35 |
| 3 | A    Yes, which date are we referring to? | 09:36 |
| 4 | Q    February 13th. | 09:36 |
| 5 | A    Okay. | 09:36 |
| 6 | Q    All right? | 09:36 |
| 7 | I think you told me yesterday that you | 09:36 |
| 8 | wanted to call the police but that you got no cell | 09:36 |
| 9 | signal; is that correct? | 09:36 |
| 10 | A    Hmm-mm. | 09:36 |
| 11 | Q    Yes? | 09:36 |
| 12 | A    Yes. | 09:36 |
| 13 | Q    Why were you trying to call the police? | 09:36 |
| 14 | A    I wanted to call the police because I was, | 09:36 |
| 15 | you know, I felt threatened and scared and I mean, I | 09:36 |
| 16 | felt like anything could happen.  I was extremely | 09:36 |
| 17 | uncomfortable in the situation. | 09:36 |
| 18 | Q    If you had gotten through to the police, | 09:36 |
| 19 | what did you intend to tell them? | 09:36 |
| 20 | A    I just intended to tell them, you know, | 09:36 |
| 21 | what had happened. | 09:36 |
| 22 | Q    Were you going to ask for help? | 09:36 |
| 23 | A    Yes. | 09:36 |
| 24 | Q    What kind of help would you ask for? | 09:36 |
| 25 | A    For them to -- to come down to the fort | 09:36 |

Page 203

```
 1    didn't tell him?                                    09:50

 2         A    I think I was just too upset to talk, I   09:50

 3    don't remember.                                     09:50

 4         Q    Were you with him at any time between the 09:50

 5    time in the fort and the time that you spoke to the 09:50

 6    police officer?                                     09:50

 7         A    I don't remember, I don't remember how I  09:50

 8    got up the hill.  I don't remember that part.  I    09:50

 9    just remember that he was done surfing, I remember  09:50

10    him paddling in, and I remember at some point after 09:50

11    that Jalian paddled out and left and I felt like it 09:51

12    was safe to go back up the hill.  Whether Jordan was 09:51

13    with me or not as I was going up the hill, I don't  09:51

14    remember.                                           09:51

15         Q    Do you have any recollection of Jordan    09:51

16    saying, Hey, what's wrong, you seem upset, or       09:51

17    anything like that?                                 09:51

18         A    No, I don't remember that part           09:51

19    unfortunately.                                      09:51

20         Q    When you found the officer, was it just  09:51

21    one officer in a police car, was it a police car?  09:51

22         A    Yeah, from what I remember it was a just 09:51

23    one officer in the car, but I don't know, there may 09:51

24    have been two, but I remember -- my memory right now 09:51

25    is speaking to one officer.                         09:51
```

Page 216

```
1              So yes, all I can ask you is what you do      09:53
2     remember.  I can't ask you to tell me what you don't   09:53
3     remember.  So tell me what you do remember telling     09:53
4     the officer in that conversation.                       09:53
5        A     Okay.  I remember -- you know, again, it's    09:53
6     hard for me because I don't remember the                09:53
7     conversation with the officer word-for-word at this    09:53
8     time.  I can tell you what I remember at this time      09:53
9     from the event.                                         09:53
10       Q     As opposed to telling me what you remember    09:53
11    about the conversation?                                 09:53
12       A     Well, I mean, I do remember telling him       09:53
13    about the two individuals whose names I didn't know    09:53
14    at the time.                                            09:53
15       Q     What did you tell him about the two           09:53
16    individuals?                                            09:53
17       A     I know that I described them entering the     09:53
18    fort and I described them spraying the beer on my      09:54
19    arm and my camera and attempting to, you know,         09:54
20    intimidate me and destroy the camera and attempting   09:54
21    to harass me, being intimidating, you know,           09:54
22    basically the stuff that's written in the complaint.  09:54
23             I know that they asked for descriptions so   09:54
24    I remember providing them with descriptions to the    09:54
25    best of my knowledge.  Time frames I think they       09:54
```

Page 218

```
 1      asked me, which I gave them.  And yeah, I don't        09:54

 2      know, I tried to describe the incident as best as I    09:54

 3      could, I was extremely shaken up and upset, so.        09:55

 4          Q      When you say you told them that you were    09:55

 5      harassed, did you say you were harassed or did you     09:55

 6      describe any harassment?                               09:55

 7          A      Yeah, I described the specific events that   09:55

 8      made me believe that I was harassed.                   09:55

 9          Q      You told me that you described -- their     09:55

10      entering into the fort, spraying beer on your arm      09:55

11      and your camera, attempting to intimidate you.         09:55

12              What did you say about how they attempted      09:55

13      to intimidate you?                                     09:55

14          A      I don't remember, again, specifically what  09:55

15      I told the policeman at this time.  I remember them    09:55

16      trying to intimidate me by holding the camera right    09:55

17      up to my face, you know, two feet from my face and,    09:55

18      you know, chugging beer and throwing it on the         09:55

19      ground, yelling, moaning, saying sexual comments; I    09:55

20      mean, there was a bunch of behavior that happened      09:56

21      there that was pretty disturbing to me.                09:56

22          Q      Is it correct, though, you're not certain   09:56

23      whether you told the police officers any of that       09:56

24      specifically right now, that right now you don't       09:56

25      recollect that?                                        09:56
```

Exhibit B, page 58

```
 1              MR. FRANKLIN:  Misstates prior testimony.    09:56
 2              THE WITNESS:  I know that I described the     09:56
 3      event as best that I could at the time to the        09:56
 4      police.                                              09:56
 5      BY MS. HEWITT:                                        09:56
 6         Q    Okay.  Is that the extent of your            09:56
 7      recollection of that conversation with the police?   09:56
 8              MR. FRANKLIN:  Asked and answered.           09:56
 9              THE WITNESS:  At this time, yes.             09:56
10      BY MS. HEWITT:                                        09:56
11         Q    Is there anything that you think that        09:56
12      you'd be able to do that would refresh my memory at  09:56
13      all?                                                 09:56
14         A    I mean, I think if I wasn't dealing with     09:56
15      nine months of pregnancy and not being able to       09:56
16      remember anything and not sleeping and not dealing   09:56
17      with depression, I think I could remember a lot      09:56
18      more.                                                09:56
19         Q    Okay.  And I understand --                   09:56
20         A    So I mean, it's just -- it's tough.          09:57
21         Q    I understand.  This is my only opportunity   09:57
22      to ask you what happened in that conversation so I'm 09:57
23      sure you understand that as well.                    09:57
24         A    Yeah, I'm doing my best but it's just I --   09:57
25      I can barely remember to bring a snack and water     09:57
```

                                                    Page 220

```
 1    bottle and tie my shoes, so it's not easy.           09:57
 2         Q     Let's move on to Paragraph 27 for now,    09:57
 3    maybe we'll circle back to that.  Paragraph 27 says, 09:57
 4    "Palos Verdes Estates initially attempted to         09:57
 5    investigate the incident"; do you see that?          09:57
 6         A     Yes.                                       09:57
 7         Q     If we skip down to Line 18 it says, "The  09:57
 8    Palos Verdes Estates police officer then offered to  09:57
 9    allow Reed to identify the other men from photos      09:57
10    that the police kept on all members of Lunada Bay     09:57
11    Boys.  But ultimately Palos Verdes Estates police     09:57
12    showed no interest or ability in following up on      09:57
13    Reed's complaint"; do you see that?                   09:57
14         A     Yes.                                       09:57
15         Q     That's not true, is it?                    09:57
16              MR. FRANKLIN:  Argumentative.               09:57
17              THE WITNESS:  Why do you say that?          09:57
18    BY MS. HEWITT:                                        09:57
19         Q     Did you eventually have an opportunity to 09:57
20    review a photo lineup?                                09:58
21              MR. FRANKLIN:  Lacks foundation.           09:58
22              THE WITNESS:  Yes, but that's not what is  09:58
23    written here.                                         09:58
24    BY MS. HEWITT:                                        09:58
25         Q     That ultimately they showed no interest or 09:58
```

Page 221

Exhibit B, page 60

```
1    ability in following up on Reed's complaint.  At the    09:58
2    time of this complaint, had you seen a photo lineup     09:58
3    yet?                                                     09:58
4         A     I don't know at what point I saw the photo   09:58
5    lineup.  But I think this is referring to a book        09:58
6    that they told me about.  They told me that they        09:58
7    know all the people that frequent the area, this is     09:58
8    what the policeman told me that I was speaking to       09:58
9    when I filed the report.                                09:58
10        Q     Okay.  So you have a specific recollection   09:58
11   of that; right?                                         09:58
12        A     Yes, I do, of the book.                      09:58
13        Q     That specific conversation, tell me          09:58
14   everything you remember with specificity just like      09:58
15   you gave me right now.                                  09:58
16        A     I remember -- the problem was I didn't       09:58
17   know the names of the individuals that did this to      09:58
18   me, and so I had to describe them.  And I was upset     09:58
19   that they were filming me and, you know, in the heat    09:58
20   of the moment in the fear that I was in, I wasn't       09:59
21   thinking straight but I should have pulled out my       09:59
22   phone or something and taken a photo of them so they    09:59
23   could identify them.                                    09:59
24        But anyway, so I couldn't identify them,          09:59
25   and the policeman that I was speaking to -- and I       09:59
```

Page 222

```
 1      don't know if this was the same one that I wrote the    09:59
 2      report with or not because I don't know if -- there     09:59
 3      was more than one -- but if there was just one, then     09:59
 4      it was the same one.                                     09:59
 5           He told me that they have photos of all            09:59
 6      the individuals that frequent Lunada Bay, that they     09:59
 7      have a book of photos and that it won't be a problem    09:59
 8      to identify the individuals because they know the       09:59
 9      people that frequent the area.                           09:59
10      Q     Okay.  At some point, were you -- did you         09:59
11      feel like you were not given the opportunity to try     09:59
12      to identify the individuals from any photos that the    09:59
13      PVE Police Department may have had?                      10:00
14      A     I do feel like that because he had made me        10:00
15      feel that it would be very simple to do because         10:00
16      there was a book that I could look through, and he      10:00
17      made me feel that it would be easy to find a photo      10:00
18      of this individual.                                      10:00
19      Q     What did he say specifically that made you        10:00
20      feel that it would be simple?                            10:00
21      A     He seemed very assuring that they knew            10:00
22      pretty much everyone that frequents the area or         10:00
23      surfs down there.  And he seemed assuring that it       10:00
24      would be simple to look through this book and           10:00
25      identify him.                                            10:00
```

                                                    Page  223

```
 1        Q      Is that what he told you, or is that what   10:00
 2   you felt about the conversation?                        10:00
 3        A      He told me something along those lines,     10:00
 4   but I don't remember his specific wording.              10:00
 5        Q      When was this conversation?                 10:00
 6        A      This conversation was after the incident    10:01
 7   on February 13th.                                       10:01
 8        Q      When you say "after," do you mean it        10:01
 9   happened on February 13th but after the incident or     10:01
10   some other day?                                         10:01
11        A      It happened on February 13th after the     10:01
12   incident after I had walked up to the top of the        10:01
13   bluff.                                                  10:01
14        Q      Okay.  All right.  So this is -- is your   10:01
15   memory being jogged now as you're remembering           10:01
16   additional things about the conversation?               10:01
17        A      Well, you had asked me previously what I   10:01
18   had told him about the incident.                        10:01
19        Q      True, good point.                          10:01
20        A      So, I mean, this is a separate memory for  10:01
21   me.                                                     10:01
22        Q      Good point.                                10:01
23             So if there's anything else that you         10:01
24   discussed with the police officer, I'd appreciate it    10:01
25   if you can tell me that so we'll go through the         10:01
```

                                              Page 224

```
 1    photo part here.                                    10:01

 2           Tell me any memories you have of anything    10:01

 3    specific that the police officer told you about the 10:01

 4    photos.                                             10:01

 5           MR. FRANKLIN:  Vague and ambiguous.          10:01

 6           THE WITNESS:  I think that he told me that   10:01

 7    they're driver's license photos from what I recall, 10:02

 8    or some kind of mug shot.  And that there's a book  10:02

 9    with photos of the individuals that surf down there 10:02

10    and frequent the area.                              10:02

11           And, you know, he also told me that they     10:02

12    know a lot of them if not most of them, and so that 10:02

13    it wouldn't be hard to find out who this person is. 10:02

14    So the fact that I didn't take a photo of them or   10:02

15    have any way to show a photo of the face that that  10:02

16    wasn't a problem because I would be able to identify 10:02

17    them in an easy way because they had this           10:02

18    information available.                              10:02

19    BY MS. HEWITT:                                      10:02

20       Q    So he said that to you, that it was no      10:02

21    problem that you hadn't taken a photo because it    10:02

22    would be easy to identify them?                     10:02

23       A    He didn't say that word-for-word, but that  10:02

24    is the, you know -- that's what he expressed to me. 10:02

25       Q    Okay.  All right.  So in the conversation   10:03
```

                                            Page 225

Exhibit B, page 64

```
 1      to try to reach the detectives so I could schedule a    10:15

 2      time to come in and identify the suspect.               10:15

 3      BY MS. HEWITT:                                          10:15

 4          Q     Okay.  So you called to try and reach a       10:15

 5      detective, did you leave a message?                     10:15

 6          A     I don't know.  I may have left a message.     10:15

 7          Q     You're not sure?                              10:15

 8          A     I'm not sure.                                 10:15

 9          Q     Which detective were you trying to reach?     10:15

10          A     Detective Venegas.                            10:15

11          Q     When was the next time you tried to           10:15

12      contact the police?                                     10:15

13          A     Well, I don't think I gave you an exact       10:15

14      date for that one because I don't remember the exact    10:15

15      date.                                                   10:15

16          Q     I know, I agree.  When was -- regardless      10:15

17      of when the date of that was when you called and        10:16

18      maybe left a message, maybe not; the next time after    10:16

19      that, what was the next time?                           10:16

20          A     I don't remember, I just remember I called    10:16

21      them a few times but I don't remember the exact         10:16

22      dates, exact time frame.                                10:16

23          Q     Okay.  Do you remember if you left a          10:16

24      message during any of those subsequent times?          10:16

25          A     I don't, no.                                  10:16
```

Page 237

```
 1        Q    When you would call to try to get ahold of    10:17
 2   Detective Venegas, what would you say to the person     10:17
 3   who answered the phone?                                 10:17
 4        A    I don't remember specifically what I would    10:18
 5   say at this time, but I would assume that I asked        10:18
 6   for him or I would explain, you know, that I'm           10:18
 7   trying to reach someone to help me identify the          10:18
 8   suspects related to the incident.                        10:18
 9        Q    At some point -- so let's make sure we get     10:18
10   all these there.                                         10:18
11             If you were to give me an estimate of how      10:18
12   many times you called the department between             10:18
13   February 13th and the time you came in for the           10:18
14   lineup, what would that be?                              10:18
15        A    Well, I probably called maybe three times,     10:18
16   and, you know, I remember then eventually I              10:18
17   proceeded to retain my attorneys because I felt like     10:18
18   that was the only course of action I could take          10:18
19   because the police weren't helping me.                   10:18
20        Q    That's why you retained your attorneys?        10:18
21        A    That was one of the reasons why.               10:18
22        Q    When you say that you felt that was the        10:18
23   only course of action that you could take, what do       10:18
24   you mean by that?                                        10:18
25        A    That that was the only way that I could        10:18
```

Page 239

```
1    it was for TV, I don't remember what channel it was    10:47
2    for, though.                                           10:47
3         Q    Okay.                                        10:47
4         A    But I remember there were two separate       10:47
5    reporters that were working together as a team to do   10:47
6    like two different stories.                            10:47
7         Q    Okay.                                        10:47
8         A    And they were like both recording me at      10:47
9    the same time.  So I remember that.                    10:47
10              I remember that some members of the          10:47
11   Bay Boys came out as well and they were recording me   10:48
12   with their cameras, and that was uncomfortable.        10:48
13        Q    How many times have you been back to --      10:48
14   how many times have you attempted to surf at           10:48
15   Lunada Bay since February 13th?                        10:48
16        A    I have not attempted to surf at Lunada Bay   10:48
17   since then because of my injury, I broke my arm        10:48
18   snowboarding so I didn't have that opportunity.        10:48
19        Q    Have you attempted to engage in any other    10:48
20   water sports at Lunada Bay since February 13th?        10:48
21        A    No, I have not.                              10:48
22        Q    Have you gone to Lunada Bay to try to take   10:48
23   pictures since February 13th?                          10:48
24        A    Yes, I have.                                 10:48
25        Q    Okay.  How many times?                       10:48
```

Page 247

Exhibit B, page 67

```
 1        A     I don't remember how many times.  I'm sure    10:48
 2   more than twice.  But I would have to think about it     10:49
 3   a little bit more.  I don't remember the exact           10:49
 4   amount of time.                                          10:49
 5        Q     Those times that you were taking             10:49
 6   photographs, were you harassed or intimidated?          10:49
 7        A     Yeah, unfortunately, I was harassed every    10:49
 8   time I was there.                                        10:49
 9        Q     What was the day of the first time you       10:49
10   went back to take photographs after February 13th?      10:49
11        A     Well, like I said, I don't remember          10:49
12   specifically how many times I've been back, so it       10:49
13   would be hard for me to give you a date as of the       10:49
14   first time since the 13th, I don't know if there's      10:49
15   anything I could do to refresh my memory, but...        10:49
16        Q     Let's just break it down.  I think you       10:49
17   told me that you've been back twice to take             10:49
18   photographs, so let's just take one --                   10:49
19             MR. FRANKLIN:  Misstates prior testimony.     10:49
20             THE WITNESS:  Yeah, at least twice.           10:49
21   BY MS. HEWITT:                                           10:49
22        Q     At least twice, okay.  At least twice,       10:49
23   that's what you told me, at least twice.                10:49
24             Let's look at the first one.  The first      10:49
25   one that you remember when you went back to take        10:49
```

Page 248

Exhibit B, page 68

```
 1    BY MS. HEWITT:                                      10:56

 2         Q     So just focusing on instances when you    10:56

 3    went back to take photographs after February 13th,  10:56

 4    what harassment or intimidation did you experience?  10:57

 5         A     Sure.                                      10:57

 6              I remember being constantly photographed    10:57

 7    and recorded on cameras.  I remember instances, you  10:57

 8    know, of people on the bluff doing that.  I remember 10:57

 9    walking down the trail and people telling me that I  10:57

10    shouldn't be there, and that I should leave and, Oh, 10:57

11    no, you're coming here again, no one wants you here, 10:57

12    what are you doing here.  And, you know, I tell       10:57

13    them, well, it's beautiful, public beach, and I'm    10:57

14    allowed to be here.                                   10:57

15              They would say offensive things to me.      10:57

16    They would, you know, call me a bitch, and they      10:57

17    would say stuff to me after I had passed -- if I was 10:57

18    with a friend, then they would, you know, say        10:57

19    insults about me to my friend.                        10:58

20              They -- yeah, they kept basically telling   10:58

21    me that I shouldn't be there and that I'm not         10:58

22    welcome.  And I also remember talking to Charlie a    10:58

23    few times and he approached me.  I feel like maybe   10:58

24    he felt bad that he didn't do anything regarding the 10:58

25    beer incident to help, so maybe it was his way of    10:58
```

                                                  Page 251

Exhibit B, page 69

| | | |
|---|---|---|
| 1 | saying sorry to kind of try to talk to me and | 10:58 |
| 2 | explain who the Bay Boys are and how they work | 10:58 |
| 3 | and -- I don't know, so I've had various discussions | 10:58 |
| 4 | with him.  I had discussions with people in the fort | 10:58 |
| 5 | and, you know, I also unfortunately experienced | 10:59 |
| 6 | harassment in the way that I was told I'm not | 10:59 |
| 7 | welcomed there. | 10:59 |
| 8 |     Q    All right.  During any of these incidents, | 10:59 |
| 9 | were you ever alone? | 10:59 |
| 10 |     A    I don't know.  I don't recall ever being | 10:59 |
| 11 | completely alone.  I think I always brought someone | 10:59 |
| 12 | with me. | 10:59 |
| 13 |     Q    Did Jordan ever go with you during any of | 10:59 |
| 14 | these instances? | 10:59 |
| 15 |     A    The only time Jordan went with me was when | 10:59 |
| 16 | he was surfing and I don't remember if he surfed | 10:59 |
| 17 | since February 13th.  If he did, then he would have | 10:59 |
| 18 | been there. | 10:59 |
| 19 |     Q    Do you have a recollection of you | 10:59 |
| 20 | experiencing harassment while Jordan was out | 10:59 |
| 21 | surfing? | 10:59 |
| 22 |         MR. FRANKLIN:  Vague and ambiguous. | 10:59 |
| 23 | BY MS. HEWITT: | 10:59 |
| 24 |     Q    Since February 13th? | 10:59 |
| 25 |     A    Right, since February 13th, I don't have a | 10:59 |

Page 252

Exhibit B, page 70

```
 1          Q     Okay.  So since the complaint was filed      11:06
 2    you have not been back to Lunada Bay except with        11:06
 3    reporters or media?                                     11:06
 4          A     Hmm-mm.                                      11:06
 5          Q     Yes?                                         11:06
 6          A     Yes, yes, hmm-mm.                            11:06
 7          Q     All right.  With the instances of           11:06
 8    harassment or intimidation that you described to me     11:06
 9    that occurred since February 13th when you went to      11:06
10    Lunada Bay, did you report any of that to the           11:07
11    police?                                                 11:07
12          A     I don't know, I don't remember.  I may      11:07
13    have told them, you know, the people were harassing     11:07
14    me on my way down there.                                11:07
15          Q     Do you have a recollection right now of     11:07
16    contacting the police and telling them about those     11:07
17    instances we just discussed?                            11:07
18          A     I don't have that recollection right now.   11:07
19          Q     Have you been to Lunada Bay since           11:07
20    February 13th at any time and not experienced any       11:07
21    physical or verbal harassment?                          11:07
22          A     Not that I can remember.                    11:07
23          Q     So each time you've been back since --      11:07
24          A     Well, I take that back because there was a  11:07
25    time with reporters that I believe that we weren't      11:07
```

                                                    Page 259

```
 1    harassed because I don't think anyone was out -- I      11:07

 2    think that was with -- I'm remembering now -- I        11:07

 3    think that was when we were doing a radio interview,   11:07

 4    I believe, with NPR, NPR or one of those stations.     11:07

 5           I think that by that point there were no,       11:07

 6    you know, there were no locals out so I don't think    11:08

 7    anyone harassed us then.                               11:08

 8        Q    Was that the only instance that you can      11:08

 9    remember when you were not harassed since              11:08

10    February 13th when you were at Lunada Bay?             11:08

11        A    This time, yes.                               11:08

12        Q    Have you seen any communications between     11:08

13    Cory Spencer and the City in which Spencer thanks      11:08

14    Chief Kepley for what Chief Kepley has done to help    11:08

15    out the situation at Lunada Bay?                       11:08

16           MR. FRANKLIN:  Vague and ambiguous.            11:08

17           THE WITNESS:  I have not seen that, no.        11:08

18    BY MS. HEWITT:                                         11:08

19        Q    Have you seen any communications in which    11:08

20    Cory Spencer thanks Chief Kepley for providing extra  11:08

21    patrols whenever Spencer had asked for them?          11:08

22           MR. FRANKLIN:  Vague and ambiguous.            11:08

23           THE WITNESS:   I don't remember him showing    11:08

24    me any kind of communication.                          11:08

25    ///
```

Page 260

| | | |
|---|---|---|
| 1 | A    Not that I know of, no. | 13:48 |
| 2 | THE VIDEOGRAPHER:  15 minutes. | 13:48 |
| 3 | MR. CAREY:  I'll move quick. | 13:48 |
| 4 | BY MR. CAREY: | 13:48 |
| 5 | Q    And how about any communication with | 13:48 |
| 6 | Chris Taloa as to why you should go to Lunada Bay on | 13:48 |
| 7 | February 13th? | 13:48 |
| 8 | A    I don't think I had any direct | 13:48 |
| 9 | communication with him at that point. | 13:48 |
| 10 | Q    "Him" meaning Chris Taloa? | 13:48 |
| 11 | A    Yes. | 13:48 |
| 12 | Q    Okay.  Now, the -- we've questioned you a | 13:48 |
| 13 | lot -- or they've questioned you a lot about the | 13:48 |
| 14 | exact details, I'm not going to go through that all | 13:48 |
| 15 | over again in the interest of time.  I do want to | 13:48 |
| 16 | ask about you some specifics. | 13:48 |
| 17 | A    Okay. | 13:48 |
| 18 | Q    You just stated at the end of your | 13:48 |
| 19 | questioning with prior counsel for the first time | 13:48 |
| 20 | that my client exposed himself to you during that | 13:48 |
| 21 | incident.  Describe exactly what happened. | 13:48 |
| 22 | A    It's hard for me to remember all the | 13:48 |
| 23 | details but what I do remember is that while he had | 13:48 |
| 24 | a towel on himself there was a moment when it seemed | 13:48 |
| 25 | that he intentionally exposed his penis to me while | 13:49 |

Page 358

```
 1    he was changing.                                        13:49
 2         Q    So he was changing into his wetsuit?           13:49
 3         A    He was in the process of doing that.           13:49
 4         Q    And he had a towel around his waist?           13:49
 5         A    I believe so; yes.                             13:49
 6         Q    Have you changed in a wetsuit on a beach       13:49
 7    before?                                                  13:49
 8         A    I've changed many times.                       13:49
 9         Q    What's the purpose of putting a towel          13:49
10    around you on the beach while changing into your        13:49
11    wetsuit?                                                 13:49
12         A    To cover yourself up.                          13:49
13         Q    The -- you said you believe that he           13:49
14    intentionally flashed himself at you -- I'm sorry I     13:49
15    used the word "flash" but you didn't use that word,    13:49
16    but can you describe exactly what you saw?              13:49
17         A    I mean, I remember -- I think he was          13:49
18    facing me which is odd because usually when people      13:49
19    change in their wetsuits, they try to face away from   13:49
20    you.  And, again, it seemed like it happened very       13:50
21    quickly and combined with, you know, the yelling and   13:50
22    the comments and the moaning, you know, I remember      13:50
23    there was a moment when he seemed like he               13:50
24    purposefully removed his towel in order to expose       13:50
25    himself.                                                13:50
```

Page 359

```
 1        Q    So he completely removed his towel is your   13:50
 2   testimony?                                             13:50
 3        A    No, I'm not saying that.                     13:50
 4        Q    Okay.  So what specifically did he do to     13:50
 5   expose himself if you can describe his action;         13:50
 6   meaning, did he open the towel briefly and then        13:50
 7   close it, what exactly happened?                       13:50
 8        A    It's hard for me to remember but I do        13:50
 9   remember, you know, his towel being open in a way      13:50
10   where I could see what was underneath.                 13:50
11        Q    In your experience, is that an unusual       13:50
12   occurrence for someone to be partially exposed while   13:50
13   changing into their wetsuit prior to surfing?          13:50
14             MR. FRANKLIN:  Misstates testimony.          13:51
15             THE WITNESS:  It's unusual for someone to    13:51
16   expose their penis while they're changing into a       13:51
17   wetsuit by opening their towel, yes.                   13:51
18   BY MR. CAREY:                                          13:51
19        Q    So you are saying that he opened his towel   13:51
20   to flash himself at you?                               13:51
21        A    There was a moment of time where his towel   13:51
22   appeared to be open and that's when I saw what I       13:51
23   saw.                                                   13:51
24        Q    The -- I want to ask you about the police    13:51
25   report.                                                13:51
```

                                                    Page 360

```
 1          video, but I think forgot to just mark what you gave    14:04

 2          to us.                                                   14:04

 3                  Can I just mark it as Exhibit -- whatever        14:04

 4          is next in order, that and the flash drive.             14:04

 5                  (Deposition Exhibit 53, documents and

 6                  flash drive, was marked for

 7                  identification.)

 8

 9                  (Whereupon the deposition was concluded at

10          2:04 p.m.)

11

12                  (DECLARATION UNDER PENALTY OF PERJURY ON

13          THE FOLLOWING PAGE HEREOF.)

14

15

16

17

18

19

20

21

22

23

24

25

                                                         Page 373
```

```
 1                              * * *

 2

 3

 4            I, DIANA MILENA REED, do solemnly declare

 5     under penalty of perjury that the foregoing is my

 6     deposition under oath; that these are the questions

 7     asked of me and my answers thereto; that I have read

 8     same and have made the necessary corrections,

 9     additions, or changes to my answers that I deem

10     necessary.

11            It witness thereof, I hereby subscribe my

12     name this day of _____, 2016.

13

14

15

16

17

18

19            _____

20                              WITNESS SIGNATURE

21

22

23

24

25

                                        Page 374
```

```
 1              Certification of Court Reporter

 2                     Federal Jurat

 3

 4         I, the undersigned, a Certified Shorthand

 5    Reporter of the State of California do hereby

 6    certify:

 7         That the foregoing proceedings were taken

 8    before me at the time and place herein set forth;

 9    that any witnesses in the foregoing proceedings,

10    prior to testifying, were placed under oath; that a

11    verbatim record of the proceedings was made by me

12    using machine shorthand which was thereafter

13    transcribed under my direction; further, that the

14    foregoing is an accurate transcription thereof.

15         That before completion of the deposition, a

16    review of the transcript [x] was [ ] was not

17    requested.  I further certify that I am neither

18    financially interested in the action nor a relative

19    or employee of any attorney of any of the parties.

20         IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22    Dated:  November 7, 2016

23

24

                Jimmy Rodriguez, RPR

25              Certificate Number 13464


                                      Page 375
```