# EXHIBIT D

Christopher Taloa
January 05, 2017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Cory Spencer, et al.,

       Plaintiffs,

   vs.               Case No.
                          2:16-CV-02129-SJO
Lunada Bay Boys, et al.,   (RAOx)

       Defendants.

VIDEOTAPED DEPOSITION OF CHRISTOPHER TALOA

January 5, 2017

10:03 a.m.

1055 Wilshire Boulevard, 11th Floor

Los Angeles, California

REPORTED BY:

Angela M. Schubert

CSR No. 12027, CSR

Christopher Taloa
January 05, 2017

```
 1  APPEARANCES:

 2

 3           For Plaintiffs:

 4               LAW OFFICE OF VICTOR OTTEN
                 VICTOR OTTEN
 5               3620 Pacific Coast Highway
                 Suite 100
 6               Torrance, California  90505
                 310.378.8533
 7               310.347.4225  fax
                 Vic@OttenLawPC.com
 8

 9           For Defendant Brant Blakeman:

10               VEATCH CARLSON
                 JOHN P. WORGUL
11               1055 Wilshire Boulevard, 11th Floor
                 Los Angeles, California  90017
12               213.381.2861
                 213.383.6370  fax
13               JWorgul@VeatchFirm.com

14
             For Defendant Sang Lee:
15
                 BOOTH, MITCHEL & STRANGE
16               JACKIE K. VU
                 707 Wilshire Boulevard, Suite 3000
17               Los Angeles, California  90017
                 213.738.0100
18               213.380.3308 fax
                 JKVu@BoothMitchel.com
19

20           For Defendant Angelo Ferrara and NF:

21               LAW OFFICE OF MARK C. FIELDS
                 MARK C. FIELDS
22               333 South Hope Street, 35th Floor
                 Los Angeles, California  90071
23               213.617.5225
                 213.629.4520 fax
24               Fields@MarkFieldsLaw.com

25
```

Christopher Taloa
January 05, 2017

```
 1  APPEARANCES: (Cont.)

 2
            For Defendant Sang Lee:
 3
                LEWIS, BRISBOIS, BISGAARD & SMITH
 4              TERA A. LUTZ
                633 West 5th Street, Suite 4000
 5              Los Angeles, California  90071
                213.680.5004
 6              213.250.7900 fax
                Tera.Lutz@LewisBrisbois.com
 7

 8          For Defendants Alan Johnston aka Jalian
            Johnston:
 9
                LAW OFFICE OF J. PATRICK CAREY
10              J. PATRICK CAREY
                1230 Rosecrans Avenue, Suite 300
11              Manhattan Beach, California  90266
                310.526.2237
12              310.526.2237 fax
                Pat@PatCareyLaw.com
13

14          For Defendants City of Palos Verdes
            Estates and Chief of Police Jeff Kepley:
15
                KUTAK ROCK, LLP
16              JACOB SONG
                5 Park Plaza, Suite 1500
17              Irvine, California  92614
                949.417.0999
18              949.417.0979 fax
                Jacob.Song@KutakRock.com
19

20          For Defendant Michael Ray Papayans:

21              HAVEN LAW
                PETER T. HAVEN
22              1230 Rosecrans Avenue, Suite 300
                Manhattan Beach, California  90266
23              213.842.4617
                213.477.2137  fax
24              Peter@HavenLaw.com

25
```

Christopher Taloa
January 05, 2017

```
 1  APPEARANCES:   (Cont.)

 2
            For Defendants Frank Ferrara and Charlie
 3          Ferrara:

 4              BREMER, WHYTE, BROWN & O'MEARA
                LAURA L. BELL
 5              21271 Burbank Boulevard, Suite 100
                Woodland Hills, California  91367
 6              818.712.9800
                818.712.9900  fax
 7              LBell@BremerWhyte.com

 8
            For Defendant Brant Blakeman: (Telephonic
 9          appearance)

10              BUCHALTER NEMER
                ROBERT S. COOPER
11              1000 Wilshire Boulevard, Suite 1500
                Los Angeles, California  90017
12              213.891.5230
                213.630.5609  fax
13              RCooper@Buchalter.com

14
            Also Present:
15
                STAN BEVERLY, Videographer
16

17

18

19

20

21

22

23

24

25
```

Christopher Taloa
January 05, 2017

```
 1              LOS ANGELES, CALIFORNIA;
 2         THURSDAY, JANUARY 5, 2017, 10:03 A.M.
 3
 4                  CHRISTOPHER TALOA,
 5      having been first duly sworn, was examined and
 6                  testified as follows:
 7
 8                     EXAMINATION
 9
10   BY MR. WORGUL:
11       Q.  Mr. Taloa, could you tell me your full legal
12   name?
13       A.  Christopher Bachmann Taloa.
14       Q.  Could you spell that for us?
15       A.  Christopher, C-h-r-i-s-t-o-p-h-e-r, Bachmann,
16   B-a-c-h-m-a-n-n, Taloa, T-a-l-o-a.
17       Q.  Okay.  What I'm going to do is attach as
18   Exhibit 190 the deposition notice for you to be here
19   today and Exhibit 191 is a copy of the subpoena with
20   the attached proof of service for here today.
21           (Exhibits 190 and 191 marked)
22           MR. WORGUL:  Do you need the notice, Victor?
23           MR. OTTEN:  I'm okay.
24   BY MR. WORGUL:
25       Q.  Mr. Taloa, I'm going to place those exhibits
```

Christopher Taloa
January 05, 2017

1    A.   No.  I didn't get physically hurt.  That's the
2 most important thing.  If I can go home without the
3 stitches, I don't want to go to the cop shop and do all
4 that.  These are young cops and I sent them over to my
5 friend's house, my friend's restaurant, and my aunt --
6 she's not my real aunt but a friend of mine to go there
7 and stuff your face.  Go there and stuff your face.
8 She really liked them up there.
9    Q.   Okay.  So the police officers approached you
10 asked if you wanted to press charges?
11    A.   Officer Gonzales.  I thought you'd like that.
12    Q.   Officer Gonzales approached you, asked you
13 based on anything that happened that day if you wanted
14 to move forward with any sort of law enforcement action
15 and you declined?
16    A.   Yes.
17    Q.   That's correct?
18    A.   Yes.
19    Q.   Okay.  And how did you feel about the police
20 presence during the MLK paddle out?
21    A.   Every time I come in and said anything about
22 the cops up there -- I said everything that had
23 happened and they have been nothing but good to me.
24 They have been there for us and I am so thankful and
25 grateful on that aspect in that manner.

Christopher Taloa
January 05, 2017

1  because of the older incident with the guy -- that guy
2  getting beat up by the Venice guys on the North Shore.
3      Q.  So when he made that comment to you, you
4  thought he thought you were someone else?
5      A.  Totally.
6      Q.  Thank you.  All done.
7          MR. OTTEN:  We reserve our right.  We want to
8  review it.
9          MR. WORGUL:  We're done.
10         MS. REPORTER:  Stip?
11         MR. HAVEN:  There's no stip.  It is Federal.
12         MS. REPORTER:  Copies?
13         MR. WORGUL:  Of course, the original and one.
14 Need it expedited by Monday morning.
15         MR. SONG:  I would also like an expedited copy
16 please.
17         MR. HAVEN:  A copy please but not expedited.
18         (Deposition concluded at 7:22 p.m.)
19
20
21
22
23
24
25

Christopher Taloa
January 05, 2017

1         DECLARATION UNDER PENALTY OF PERJURY

2

3       I, Christopher Taloa, do hereby certify under

4 penalty of perjury that I have read the foregoing

5 transcript of my deposition taken on January 5, 2017;

6 that I have made such corrections as appear noted

7 herein in ink, initialed by me; that my testimony as

8 contained herein, as corrected, is true and correct.

9

10     Dated this _____ day of _____,

11 2017, at _____,

12 California.

13

14

15

16

17 _____

18 Christopher Taloa

19

20

21

22

23

24

25

Christopher Taloa
January 05, 2017

1                 DEPOSITION ERRATA SHEET

2  Page No._____ Line No._____

3  Change:_____

4  Reason for change: _____

5  Page No._____ Line No._____

6  Change:_____

7  Reason for change: _____

8  Page No._____ Line No._____

9  Change:_____

10  Reason for change: _____

11  Page No._____ Line No._____

12  Change:_____

13  Reason for change: _____

14  Page No._____ Line No._____

15  Change:_____

16  Reason for change: _____

17  Page No._____ Line No._____

18  Change:_____

19  Reason for change: _____

20  Page No._____ Line No._____

21  Change:_____

22  Reason for change: _____

23

24  _____ _____

25  CHRISTOPHER TALOA              Dated

Christopher Taloa
January 05, 2017

| | |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| 2 | I, Angela Schubert, CSR No. 12027, Certified |
| 3 | Shorthand Reporter, certify: |
| 4 | That the foregoing proceedings were taken |
| 5 | before me at the time and place therein set forth, at |
| 6 | which time the witness was put under oath by me; |
| 7 | That the testimony of the witness, the |
| 8 | questions propounded, and all objections and statements |
| 9 | made at the time of the examination were recorded |
| 10 | stenographically by me and were thereafter transcribed; |
| 11 | That a review of the transcript by the |
| 12 | deponent was required; |
| 13 | That the foregoing is a true and correct |
| 14 | transcript of my shorthand notes so taken. |
| 15 | I further certify that I am not a relative or |
| 16 | employee of any attorney of the parties, nor |
| 17 | financially interested in the action. |
| 18 | I declare under penalty of perjury under the |
| 19 | laws of California that the foregoing is true and |
| 20 | correct. |
| 21 | |
| 22 | Dated this 9th day of 2017 |
| 23 | *Angela Schubert* |
| 24 | _____ |
| 25 | ANGELA SCHUBERT, CSR NO. 12027 |