```
HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF VICTOR OTTEN IN SUPPORT OF TELEPHONIC HEARING ON PLAINTIFFS' DISCOVERY DISPUTE WITH DEFENDANT SANG LEE** |

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

I, VICTOR OTTEN, declare as follows:

1. I am attorney licensed to practice under the laws of the State of California and am duly admitted to practice before this court. I am an attorney of record for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. This declaration is being submitted pursuant to Minutes Of Telephone Conference held before Magistrate Judge Rozella A. Oliver Document No. 267.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of the first meet and confer letter dated December 20, 2016 sent by my co-counsel to Defendant Sang Lees attorneys regarding Responses to Plaintiffs Request for Production of Documents. Set One.

4. Attached as **Exhibit 2** is a true and correct copy of the second meet and confer letter dated January 24, 2017 that I sent to Defendant Sang Lees attorneys regarding the Responses to Plaintiffs Request for Production of Documents. Set One.

5. Attached as **Exhibit 3** is a true and correct copy of the third meet and confer letter dated May 25, 2017 that I sent to Defendant Sang Lees attorneys regarding the Responses to Plaintiffs Request for Production of Documents. Set One.

6. Attached as **Exhibit 4** is a true and correct copy of a meet and confer letter dated May 26, 2017 sent by Sang Lees attorneys regarding the Responses to Plaintiffs Request for Production of Documents. Set One.

7. Attached as **Exhibit 5** is a true and correct copy of a meet and confer letter dated July 4, 2017 that I sent to Sang Lees attorneys regarding the Responses to Plaintiffs Request for Production of Documents. Set One.

8. Attached as **Exhibit 6** is a true and correct copy of the Privilege Log served by defendant Sang Lee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed July 18, 2016, in Torrance, California.

 */s/ Victor Otten*
Victor Otten