# EXHIBIT 6

| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
| | DANA ALDEN FOX, SB# 119761 |
| 2 |   E-Mail: Dana.Fox@lewisbrisbois.com |
| | EDWARD EARL WARD JR. SB#249006 |
| 3 |   E-Mail: Edward.Ward@lewisbrisbois.com |
| | ERIC Y. KIZIRIAN, SB# 210584 |
| 4 |   E-Mail: Eric.Kizirian@lewisbrisbois.com |
| | TERA A. LUTZ, SB# 305304 |
| 5 |   E-Mail: Tera.Lutz@lewisbrisbois.com |
| | 633 West 5th Street, Suite 4000 |
| 6 | Los Angeles, California 90071 |
| | Telephone: 213.250.1800 |
| 7 | Facsimile: 213.250.7900 |
| 8 | Attorneys for Defendant SANG LEE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and    N.F.   ; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx) <br><br> Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver <br><br> **PRIVILEGE LOG** <br><br> Complaint filed: March 29, 2016 <br> Trial Date: November 7, 2017 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Defendant, SANG LEE, hereby submits the following Privilege Log pertaining to Plaintiff CORY SPENCER's Request for Production of Documents, Set One:

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000005 | 02/24/2014- Personal Communication with Friend | Bruce Turner | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000007 | 2/24/2014- Personal Communication with Friend | Bruce Turner | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000031- Lee 0000035 | Sang Lee's iPhone calendar- personal dates including birthdays and religious holidays | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000036 | Call Log- incoming and outgoing calls on 8/18/16 and 8/17/16 | Unidentified Caller | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000037 | Call Log- incoming and outgoing calls on 8/17/16; 8/12/16; 7/20/16; 6/12/16; and 4/27/16 | Unidentified callers and individuals unrelated to this suit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000038 | Call Log- incoming and outgoing calls on 4/27/16; 4/15/16; 3/24/16; 2/22/16; and 2/21/16 | Allen Johnson  Unidentified callers and individuals unrelated to this suit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000039 | Call Log- incoming and outgoing calls on 2/21/16; 2/20/16; 2/12/16; 1/29/16 | Unidentified callers and individuals unrelated to this suit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| | BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 3-5 | Lee 0000040 | Call Log- incoming and outgoing calls on 1/29/16 | Brant B. Individuals unrelated to this suit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| 6-8 | Lee 0000041 | Call Log- incoming and outgoing calls on 1/29/16 | Brant B. Individuals unrelated to this suit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| 9-10 | Lee 0000042-Lee 0000089 | Sang Lee's list of personal contacts in iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| 11-12 | Lee 0000089- Lee 0000095 | Installed applications and cookies | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| 13-14 | Lee 0000095-Lee 0000097 | Sang Lee's saved emails | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| 15-16 | Lee 0000097-Lee 0000098 | List of installed applications on Sang Lee's iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| 17-19 | Lee0000099 | Sang Lee's saved GPS locations from his iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| 20-21 | Lee 0000099- Lee 0000101 | Sang Lee's personal photos from his iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted. |
| 22-24 | Lee 0000102 | Text Message Log- incoming and outgoing text messages from 8/17/16; 8/16/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| 25-28 | Lee 0000103 | Text Message Log- incoming and outgoing text messages from 8/4/16- 8/16/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000104 | Text Message Log- incoming and outgoing text messages from 7/31/16-8/4/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted. |
| Lee 0000105 | Text Message Log- incoming and outgoing text messages from 7/6/16-7/30/16 | Franky Ferrara<br><br>Charlie Ferrara<br><br>Individuals unrelated to this lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000106 | Text Message Log- incoming and outgoing text messages from 6/18/16-7/6/16 | Allen Johnston<br><br>Charlie Ferrara<br><br>Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000107 | Text Message Log- incoming and outgoing text messages from 5/18/16-6/18/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000108 | Text Message Log- incoming and outgoing text messages from 4/14/16 - 5/6/16 | Franky Ferrara<br><br>Individuals unrelated to this lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000109 | Text Message Log- incoming and outgoing text messages from 3/30/16-4/12/16 | Brant B.<br><br>Franky Ferrara<br><br>Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000110 | Text Message Log- incoming and outgoing text messages from 3/21/16-3/30/16 | Brant B.<br><br>Individuals unrelated to this lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000111 | Text Message Log- incoming and outgoing text messages from 3/12/16 – 3/19/16 | Individuals unrelated to this lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000112 | Text Message Log- incoming and outgoing text messages from 2/29/16-3/11/16 | Individuals unrelated to lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000113 | Text Message Log- incoming and outgoing text messages from 2/15/16-2/24/16 | Individuals unrelated to lawsuit. | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000114 | Text Message Log- incoming and outgoing text messages from 1/28/16-2/10/16 | Pete Babros<br><br>Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000115 | Text Message Log- incoming and outgoing text messages from 12/17/16-1/28/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000116 | Text Message Log- incoming and outgoing text messages from 11/13/16-12/16/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000117 | Text Message Log- incoming and outgoing | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| | text messages from 10/19/15-11/13/15 | | | |
| Lee 0000118 | Text Message Log- incoming and outgoing text messages from 9/13/15-10/18/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000119 | Text Message Log- incoming and outgoing text messages from 8/10/15-9/13/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000120 | Text Message Log- incoming and outgoing text messages from 6/10/15-8/10/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000121 | Text Message Log- incoming and outgoing text messages from 4/20/15-6/10/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000122 | Text Message Log- incoming and outgoing text messages from 3/7/15-4/19/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000123 | Text Message Log- incoming and outgoing text messages from 1/24/15-3/7/15 | Angelo<br><br>Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000124 | Text Message Log- incoming and outgoing text messages from 12/16/14-1/24/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

| | BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 3-5 | Lee 0000125 | Text Message Log- incoming and outgoing text messages from 10/1/14-12/7/14 | Brant B. Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 6-9 | Lee 0000126 | Text Message Log- incoming and outgoing text messages from 9/10/14-9/30/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 10-12 | Lee 0000127 | Text Message Log- incoming and outgoing text messages from 8/4/14-9/10/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 13-16 | Lee 0000128 | Text Message Log- incoming and outgoing text messages from 6/8/14-8/4/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 17-19 | Lee 0000129 | Text Message Log- incoming and outgoing text messages from 4/6/14-6/6/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 20-23 | Lee 0000130 | Text Message Log- incoming and outgoing text messages from 3/26/14-4/6/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| 24-26 | Lee 0000131 | Text Message Log- incoming and outgoing text messages from 3/14/14-3/26/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000132 | Text Message Log- incoming and outgoing text messages from 3/12/14-3/14/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000132 | User names and sign-in information for accounts including Yahoo and Ebay | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000133- Lee 0000175 | iPhone's User Dictionary for commonly used words | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000176 | Web Bookmarks- list of favorite websites used by Sang Lee | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000176-Lee 0000177 | Web History- list of all websites visited by Sang Lee and frequency | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000177 | Wireless Networks- list of networks iPhone has connected to | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000177- Lee 0000178 | List of events in Sang Lee's calendar | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000178- Lee 0000192 | List of contacts | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000192 | Text Message Log- incoming and outgoing text messages from 3/12/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000192 | Call Log- incoming and outgoing text messages from 3/12/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000193 | Call Log- incoming and outgoing text messages from 3/12/14-3/18/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000194 | Call Log- incoming and outgoing text messages from 3/18/14- 3/27/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000195 | Call Log- incoming and outgoing text messages from 3/27/14-3/31/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000196 | Call Log- incoming and outgoing text messages from 3/31/14-4/8/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000197 | Call Log- incoming and outgoing text messages from 4/8/14- 5/12/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000198 | Call Log- incoming and outgoing text messages from 5/12/14-6/9/14 | Individuals unrelated to his lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000199 | Call Log- incoming and outgoing text messages from 6/9/14-6/25/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000200 | Call Log- incoming and outgoing text messages from 7/2/14-8/4/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000201 | Call Log- incoming and outgoing text messages from 8/4/14- 8/29/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000202 | Call Log- incoming and outgoing text messages from 9/2/14-9/18/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000203 | Call Log- incoming and outgoing text messages from 9/23/14- 10/4/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000204 | Call Log- incoming and outgoing text messages from 10/5/14- 11/3/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000205 | Call Log- incoming and outgoing text messages from 11/15/14- 12/16/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000206 | Call Log- incoming and outgoing text messages from 12/16/14- 12/31/14 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000207 | Call Log- incoming and outgoing text messages from 1/9/15- 2/4/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000208 | Call Log- incoming and outgoing text messages from 2/6/15- 2/24/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000209 | Call Log- incoming and outgoing text messages from 2/25/15- 3/17/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000210 | Call Log- incoming and outgoing text messages from 3/30/15- 4/18/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000211 | Call Log- incoming and outgoing text messages from 4/18/15- 5/25/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000212 | Call Log- incoming and outgoing text messages from 5/25/15-6/5/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000213 | Call Log- incoming and outgoing text messages from 6/10/15- 7/7/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000214 | Call Log- incoming and outgoing text messages from 7/9/15- 7/24/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000214-Lee 0000222 | List of contacts and time they were entered into Sang Lee's iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000223 | Call Log- incoming and outgoing text messages from 8/3/15-8/16/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000224 | Call Log- incoming and outgoing text messages from 8/21/15- 9/13/15 | Individuals unrelated to his lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000225 | Call Log- incoming and outgoing text messages from 9/15/15-10/10/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000226 | Call Log- incoming and outgoing text messages from 10/16/15-10/28/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000227 | Call Log- incoming and outgoing text messages from 10/30/15-11/18/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000228 | Call Log- incoming and outgoing text messages from 11/18/15-12/14/15 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000229 | Call Log- incoming and outgoing text messages from 12/14/15- 1/6/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000230 | Call Log- incoming and outgoing text messages from 1/15/16-1/29/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000230 | Call Log- outgoing phone call on 1/29/16 | Sang Lee | Brant B. | Privacy. Information non-responsive to the request was redacted |
| Lee 0000231 | Call Log- outgoing phone calls and text messages on 1/29/16 | Sang Lee | Brant B. Individuals unrelated to this lawsuit. | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000232 | Call Log- incoming and outgoing text messages from 2/1/16- 2/10/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000233 | Call Log- incoming and outgoing phone calls and text messages from 2/11/16- 2/21/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000234 | Call Log- incoming and outgoing phone calls and text messages from 2/21/16- 2/24/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000235 | Call Log- incoming and outgoing phone calls and text messages from 2/24/16- 3/10/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000236 | Call Log- incoming phone calls and text messages from 3/11/16- 3/15/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000237 | Call Log- incoming and outgoing text messages and emails from 3/15/16- 3/24/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000238 | Call Log- incoming and outgoing text messages and phone calls from 3/24/16- 3/28/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000239 | Call Log- incoming and outgoing text messages and | Franky Ferrara Individuals | Sang Lee | Privacy. Information non-responsive to the request was redacted |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| | phone calls from 3/30/16 | | unrelated to this lawsuit | |
| Lee 0000240 | Call Log- incoming and outgoing text messages and phone calls from 3/30/16- 4/15/16 | Sang Lee<br><br>Individuals unrelated to this lawsuit | Allen Johnson<br><br>Individuals unrelated to this lawsuit | Privacy. Information non-responsive to the request was redacted |
| Lee 0000241 | Call Log- incoming and outgoing text messages and phone calls from 4/15/16- 4/27/16 | Sang Lee<br><br>Individuals unrelated to this lawsuit | Franky Ferrara<br><br>Allen Johnson<br><br>Individuals unrelated to this lawsuit | Privacy. Information non-responsive to the request was redacted |
| Lee 0000242 | Call Log- incoming and outgoing text messages from 4/27/16- 5/8/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000243 | Call Log- incoming and outgoing text messages from 5/8/16- 6/8/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000244 | Call Log- incoming and outgoing phone calls and text messages from 6/11/16- 6/20/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000245 | Call Log- incoming and outgoing phone calls and text messages from 6/20/16- 7/6/16 | Sang Lee<br><br>Individuals unrelated to this lawsuit | Allen Johnson<br><br>Charlie Ferrara<br><br>Individuals unrelated | Privacy. Information non-responsive to the request was redacted |

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| | | | to this lawsuit | |
| Lee 0000246 | Call Log- incoming and outgoing phone calls and text messages from 7/6/16- 7/20/16 | Sang Lee<br><br>Individuals unrelated to this lawsuit | Charlie Ferrara<br><br>Individuals unrelated to this lawsuit | Privacy. Information non-responsive to the request was redacted |
| Lee 0000247 | Call Log- incoming and outgoing phone calls and text messages from 7/22/16- 8/1/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000248 | Call Log- incoming and outgoing text messages from 8/2/16- 8/4/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000249 | Call Log- incoming and outgoing text messages and phone calls from 8/5/16- 8/15/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000250 | Call Log- incoming and outgoing phone calls and text messages from 8/15/16- 8/17/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000251 | Call Log- incoming and outgoing phone calls and text messages from 8/17/16- 8/18/16 | Individuals unrelated to this lawsuit | Sang Lee | Privacy. Information non-responsive to the request was redacted |
| Lee 0000252-Lee 0000299 | iPhone's configurations and data bytes on phone | N/A | N/A | Privacy. Information non-responsive to the request was redacted |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| BATES NUMBER | DOCUMENT DESCRIPTION | FROM | TO | PRIVILEGE CLAIMED |
|---|---|---|---|---|
| Lee 0000299- Lee 0000434 | Photos from Sang Lee's iPhone | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000435-Lee 0000492 | iPhone's configurations and data bytes on phone | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| L0000493- Lee 0000499 | Videos and data bytes from videos | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000500- Lee 0000587 | Duplication of list of contacts | N/A | N/A | Privacy. Information non-responsive to the request was redacted |
| Lee 0000587- Lee 0000590 | List of e-mail contacts | N/A | N/A | Privacy. Information non-responsive to the request was redacted |

DATED: December 29, 2016        LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
Dana Alden Fox
Edward E. Ward, Jr.
Eric Y. Kizirian
Tera A. Lutz
Attorneys for Defendant SANG LEE

## CALIFORNIA STATE COURT PROOF OF SERVICE

CORY SPENCER v LUNADA BAY BOYS - Case No. 24659-869 (Updated 11/15/16)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On December 19, 2016, I served the following document(s): PRIVILEGE LOG

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2016, at Los Angeles, California.

_____
TAMMI L. JONES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# SERVICE LIST
## CORY SPENCER v LUNADA BAY BOYS
### 24659-869 (Updated 11/15/16)

| | |
|---|---|
| Kurt A. Franklin, Esq.<br>Samantha Wolff, Esq.<br>Caroline Lee, Esq.<br>Jennifer A. Foldvary<br>Hanson Bridgett, LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Tel: (415) 777-3200<br>Fax: (415) 541-9366<br>***Attorneys for Plaintiffs, CORY SPENCER, DIANA MILENA REED and COASTAL PROTECTION RANGERS*** | Tyson M. Shower, Esq.<br>Landon D. Bailey, Esq.<br>Hanson Bridgett, LLP<br>500 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br>Tel: (916) 442-3333<br>Fax: (916) 442-2348<br>***Attorneys for Plaintiffs, CORY SPENCER, DIANA MILENA REED and COASTAL PROTECTION RANGERS*** |
| Victor Otten, Esq.<br>Kavita Tekchandani, Esq.<br>Otten Law, PC<br>3620 Pacific Coast Highway, #100<br>Torrance, CA 90505<br>Tel: (310) 378-8533<br>Fax: (310) 347-4225<br>***Attorneys for Plaintiffs, CORY SPENCER, DIANA MILENA REED and COASTAL PROTCTION RANGERS*** | Robert T. Mackey, Esq.<br>Peter H. Crossin, Esq.<br>Richard Paul Dieffenbach, Esq.<br>Veatch Carlson, LLP<br>1055 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90017<br>***Attorneys for Defendant, BRANT BLAKEMAN*** |
| J. Patrick Carey, Esq.<br>Law Offices of J. Patrick Carey<br>1230 Rosecrans Avenue, Suite 300<br>Manhattan Beach, CA 90266<br>Tel: (310) 526-2237<br>Fax: (424) 456-3131<br>***Attorneys for Defendant, ALAN JOHNSTON a/k/a JALIAN JOHNSTON*** | Robert S. Cooper, Esq.<br>Buchalter Nemer, APC<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Tel: (213) 891-5230<br>Fax: (213) 896-0400<br>Email: rcooper@buchalter.com<br>***Attorneys for Defendant, BRANT BLAKEMAN*** |
| Mark C. Fields, Esq.<br>Law Offices of Mark C. Fields, APC<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, CA 90071<br>Tel: (213) 617-5225<br>Fax: (213) 620-4520<br>***Attorneys for Defendant, ANGELO FERRARA*** | Thomas M. Phillips, Esq.<br>Aaron G. Miller, Esq.<br>The Phillips Firms<br>800 Wilshire Blvd., Suite 1550<br>Los Angeles, CA 90017<br>Tel: (213) 244-9913<br>Fax: (213) 244-9915<br>***Associated Counsel for Defendant, ANGELO FERRARA and N.F.*** |


LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Edwin J. Richards, Esq. | Patrick Au, Esq. |
| | Antoinette P. Hewitt, Esq. | Laura L. Bell, Esq. |
| 2 | Rebecca L. Wilson, Esq. | Bremer Whyte Brown & O'Meara, LLP |
| | Christopher D. Glos, Esq. | 21271 Burbank Blvd., Suite 110 |
| 3 | Jacob Song, Esq. | Woodland Hills, CA 91367 |
| | Kutak Rock, LLP | Tel: (818) 712-9800 |
| 4 | 5 Park Plaza, Suite 1500 | Fax: (818) 712-9900 |
| | Irvine, CA 92614-8595 | **Attorneys for Defendants, FRANK FERRARA** |
| 5 | Tel: (949) 417-0999 | **and CHARLIE FERRARA** |
| | Fax: (949) 417-5394 | |
| 6 | **Attorneys for Defendants, CITY OF PALOS VERDES and CHIEF OF POLICE JEFF** | |
| 7 | **KEPLEY** | |
| 8 | Peter T. Haven, Esq. | Daniel M. Crowley, Esq. |
| | Haven Law | Booth, Mitchel & Strange, LLP |
| 9 | 1230 Rosecrans Avenue, Suite 300 | 707 Wilshire Blvd., Sutie 4450 |
| | Manhattan Beach, CA 90266 | Los Angeles, CA 90017 |
| 10 | Tel: (213) 842-4617 | Tel: (213) 738-0100 |
| | Fax: (213) 477-2137 | Fax: (213) 380-3308 |
| 11 | **Attorneys for Defendant, MICHAEL RAY PAPAYANS** | **Attorneys for Defendant, SANG LEE** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW