UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   CV 16-02129-SJO (RAOx)                         Date:   July 19, 2017
Title:      Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present:   The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | CS7/19/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Victor Otten | Tera Lutz |
| | Mark Fields |
| | John Stobart |
| | Tiffany Bacon |
| | Jacob Song |

**Proceedings:**      **MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances. The parties and the Court discussed the pending discovery dispute between Plaintiffs and Defendant Sang Lee regarding the production of an extraction report that was created as a result of imaging Defendant Lee's cellular phone and the accompanying privilege log.

As stated on the record, Defendant Lee shall lodge, under seal, with the Court in chambers, an unredacted copy of the extraction report for an *in camera* review, **by 9:00 a.m. on Friday, July 21, 2017**.

Plaintiffs shall lodge, under seal, with the Court in chambers, a list of names of individuals Plaintiffs believe had responsive communications with Defendant Sang Lee, **by 9:00 a.m. on Friday, July 21, 2017**. Plaintiffs shall also lodge a copy of the discovery requests propounded to Defendant Lee to which Plaintiffs believe the information in the extraction report would be responsive.

The parties shall NOT file the under seal documents on the public docket.

///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 16-02129-SJO (RAOx)      Date:  July 19, 2017
Title:  Cory Spencer, et al. v. Lunada Bay Boys, et al.

    After the Court has reviewed the extraction report, it will issue an order or schedule a further hearing on the matter.

**IT IS SO ORDERED.**

    :  58
Initials of Preparer    slb