**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, SANG LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and    N.F.   ; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>        Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DECLARATION OF TERA A. LUTZ IN SUPPORT OF DEFENDANT SANG LEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Notice, Motion, Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts/Evidence; Notices of Lodging; [Proposed] Statement of Uncontroverted Facts; and [Proposed] Order lodged herewith*]<br><br>Date:  August 21, 2017<br>Time:  10:00 a.m.<br>Ctrm:  10C<br><br>Complaint filed:  March 29, 2016<br>Trial Date:  None Set |

4831-3361-8251.1                                                             2:16-cv-2129
DECLARATION OF TERA A. LUTZ IN SUPPORT OF DEFENDANT SANG LEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# DECLARATION OF TERA A. LUTZ

I, Tera A. Lutz, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant SANG LEE herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Please find attached hereto as Exhibit "A" true and correct copies of select excerpts and exhibits from Plaintiff Cory Eldon Spencer's October 11, 2016 Deposition.

3. Please find attached hereto as Exhibit "B" true and correct copies of select excerpts from Plaintiff Diana Milena Reed's October 24, 2016 Deposition.

4. Please find attached hereto as Exhibit "C" true and correct copies of select excerpts from Plaintiff Diana Milena Reed's October 25, 2016 Deposition.

5. Please find attached hereto as Exhibit "D" a true and correct copy of the United States Court of Appeals for the Ninth Circuit denying Plaintiffs' Petition for Permission to Appeal.

6. Pursuant to Local Rule 7-3, on June 19, 2017, I met in person with Plaintiff's counsel Victor Otten and discussed the substance of this motion and any potential resolution of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 21, 2017, at Los Angeles, California.

/s/ Tera A. Lutz
Tera A. Lutz