# EXHIBIT B

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA   )
     MILENA REED, an individual; and      )
 6   COASTAL PROTECTION RANGERS, INC., a  )
     California non-profit public benefit )
 7   corporation,                         )
                                          ) Case No.
                                          ) 2:16-cv-02129-SJO-RAO
 8                    Plaintiffs,         )
                                          )
 9               vs.                      )
                                          )
10   LUNADA BAY BOYS, et al.,             )
                                          )
11                    Defendants.         )
                                          )
12
13
14
15
16
17        VIDEOTAPED DEPOSITION OF DIANA MILENA REED
18                  Santa Monica, California
19                  Monday, October 24, 2016
20
21
22
23
24   REPORTED BY:
     Jimmy S. Rodriguez
25   CSR No. 13464
```

Page 1

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit B, page 18

| | | |
|---|---|---|
| 1 | sentence it says you wanted to paddle out to | 11:49 |
| 2 | experience the large waves found off Lunada Bay. | 11:49 |
| 3 | In this sentence in your complaint here, | 11:49 |
| 4 | did you mean that you wanted to go out and try to | 11:49 |
| 5 | surf or you just wanted to paddle off to -- paddle | 11:49 |
| 6 | out to see what the waves looked like? | 11:49 |
| 7 | MR. FRANKLIN: Vague and ambiguous. | 11:49 |
| 8 | THE WITNESS: I wanted to paddle out to | 11:49 |
| 9 | surf. | 11:49 |
| 10 | BY MS. HEWITT: | 11:49 |
| 11 | Q    Did you intend to surf? | 11:49 |
| 12 | A    I did intend to surf, yes. | 11:49 |
| 13 | Q    Did you feel prepared that day to catch a | 11:49 |
| 14 | big wave, whatever you thought was a big wave that | 11:49 |
| 15 | day? | 11:49 |
| 16 | A    I felt prepared that day to attempt to | 11:49 |
| 17 | catch some of the waves on the inside for the | 11:49 |
| 18 | conditions that were out that day. | 11:49 |
| 19 | Q    How did you decide to go to Lunada Bay | 11:49 |
| 20 | that day? | 11:49 |
| 21 | A    I don't remember specifically how I | 11:49 |
| 22 | decided to go to Lunada Bay that day. I would | 11:50 |
| 23 | assume that the swell -- there was a good swell and | 11:50 |
| 24 | it wasn't, you know, too big, you know, and it was a | 11:50 |
| 25 | size that was something that I could try and | 11:50 |

| | | |
|---|---|---|
| 1 | attempt. | 11:50 |
| 2 | Q    I think earlier we decided that we weren't | 11:50 |
| 3 | sure whether or not you'd been to Lunada Bay before | 11:50 |
| 4 | that day. | 11:50 |
| 5 | A    I didn't say that. | 11:50 |
| 6 | Q    My fault. | 11:50 |
| 7 | Had you been to Lunada Bay before | 11:50 |
| 8 | January 29, 2016? | 11:50 |
| 9 | A    I had been to the top of the bluff. | 11:50 |
| 10 | Q    Top of the bluff, okay. | 11:50 |
| 11 | Do you remember -- is it like towards the | 11:50 |
| 12 | beginning of January, middle of January? | 11:50 |
| 13 | A    It was towards the beginning of January. | 11:50 |
| 14 | I think that it was around the 6th of January | 11:50 |
| 15 | approximately. | 11:50 |
| 16 | Q    And before that time on approximately the | 11:50 |
| 17 | 6th of January, had you ever been to the top of the | 11:50 |
| 18 | bluff at Lunada Bay before? | 11:50 |
| 19 | A    I don't think so.  I may have at one point | 11:51 |
| 20 | driven up the coast looking at the coast, but I | 11:51 |
| 21 | don't know if I stopped at Lunada Bay or not.  And | 11:51 |
| 22 | that wasn't for surfing.  It was for scenic reasons. | 11:51 |
| 23 | Q    Okay.  Just to be clear so I don't get it | 11:51 |
| 24 | wrong again:  Before January 6, 2016, had you ever | 11:51 |
| 25 | been down to the beach at Lunada Bay? | 11:51 |

| | | |
|---|---|---|
| 1 | A    I didn't go down to the beach on | 11:51 |
| 2 | January 6th. | 11:51 |
| 3 | Q    I understand that, I'm just making sure | 11:51 |
| 4 | before that date you had never gone to the beach | 11:51 |
| 5 | there? | 11:51 |
| 6 | A    No. | 11:51 |
| 7 | Q    And had you ever stopped at Lunada Bay at | 11:51 |
| 8 | all before January 6, 2016? | 11:51 |
| 9 | MR. FRANKLIN:  Asked and answered. | 11:52 |
| 10 | THE WITNESS:  Yeah, I may have when I was | 11:52 |
| 11 | looking at the coast, I don't know. | 11:52 |
| 12 | BY MS. HEWITT: | 11:52 |
| 13 | Q    Okay. So in January 6, 2016, where did | 11:52 |
| 14 | you stop on the bluff? | 11:52 |
| 15 | A    I went there to watch my friend surf. | 11:52 |
| 16 | Q    Who was that? | 11:52 |
| 17 | A    It was a big day.  Much too big for me. | 11:52 |
| 18 | So I just went there to watch. | 11:52 |
| 19 | Q    Who was your friend? | 11:52 |
| 20 | A    Well, my friend Jordan Wright, boyfriend, | 11:52 |
| 21 | and his friends. | 11:52 |
| 22 | Q    Who was his friends that you went to | 11:52 |
| 23 | watch? | 11:52 |
| 24 | A    One of them was my friend Preston, I don't | 11:52 |
| 25 | remember his last name.  A friend of Jordan's called | 11:52 |

| | | |
|---|---|---|
| 1 | Q      Okay.  So in June, would you have been | 12:57 |
| 2 | about four and a half months pregnant or so? | 12:57 |
| 3 | A      I don't know.  I would have to calculate | 12:57 |
| 4 | it, I don't remember. | 12:57 |
| 5 | Q      Do you remember being pregnant when you | 12:57 |
| 6 | were surfing in June, though? | 12:57 |
| 7 | A      Yes, hmm-mm. | 12:57 |
| 8 | Q      When was the last time you've been | 12:57 |
| 9 | surfing? | 12:57 |
| 10 | A      That was about the last time. | 12:57 |
| 11 | Q      All right.  So, going back to February 5, | 12:57 |
| 12 | 2016, I believe you told me that you went to | 12:58 |
| 13 | Lunada Bay to take photos of Jordan; is that | 12:58 |
| 14 | correct? | 12:58 |
| 15 | A      Yes. | 12:58 |
| 16 | Q      What made Jordan decide to go that day, to | 12:58 |
| 17 | go surf? | 12:58 |
| 18 | A      You know, I don't remember what his reason | 12:58 |
| 19 | was to go that day.  I just remember accompanying | 12:58 |
| 20 | him to take photos. | 12:58 |
| 21 | Q      Did you talk to anybody at the L.A. Times | 12:58 |
| 22 | before February 5, 2016? | 12:58 |
| 23 | A      I don't think so, no. | 12:58 |
| 24 | Q      Do you have any idea as you sit here today | 12:58 |
| 25 | how the writer and photographer from the | 12:58 |

Page 146

| | | |
|---|---|---|
| 1 | A    So I can't say one way or the other. | 13:10 |
| 2 | Q    I'm not asking you to say one way or the | 13:10 |
| 3 | other.  I'm asking you to state if right now you | 13:10 |
| 4 | have a memory of being intimidated by someone on top | 13:10 |
| 5 | of the bluff. | 13:10 |
| 6 | MR. FRANKLIN:  Vague and ambiguous. | 13:10 |
| 7 | THE WITNESS:  I would have to think about | 13:10 |
| 8 | it more, I just don't know. | 13:10 |
| 9 | BY MS. HEWITT: | 13:10 |
| 10 | Q    Do you remember that right now? | 13:10 |
| 11 | MR. FRANKLIN:  Vague and ambiguous. | 13:10 |
| 12 | THE WITNESS:  Right now, I don't remember | 13:10 |
| 13 | what happened on top of the bluff much, so it would | 13:10 |
| 14 | be hard for me to make that -- sorry. | 13:10 |
| 15 | BY MS. HEWITT: | 13:10 |
| 16 | Q    Do you recall any vandalism that day? | 13:10 |
| 17 | A    I don't recall vandalism on February 5th. | 13:10 |
| 18 | Q    Did the police escort you down the bluff | 13:10 |
| 19 | that day? | 13:10 |
| 20 | A    I don't know. | 13:10 |
| 21 | Q    You don't remember? | 13:10 |
| 22 | A    I don't remember. | 13:10 |
| 23 | Q    Okay.  Going to February 13th, as | 13:10 |
| 24 | described in your complaint, why did you decide to | 13:11 |
| 25 | go to Lunada Bay on February 13th? | 13:11 |

```
 1       A     You know, I don't remember the specific      13:11
 2   reasons, but I think that Jordan wanted to go surf     13:11
 3   that day and I couldn't surf; so like I said, if I'm   13:11
 4   not surfing I like to take photos so it was my         13:11
 5   reason for going.                                      13:11
 6       Q     Has Jordan as far as you know ever wanted    13:11
 7   to go surf at Lunada Bay and has decided not to        13:11
 8   because of any localism there?                         13:11
 9             MR. FRANKLIN:  Vague and ambiguous, calls    13:11
10   for speculation.                                       13:11
11             THE WITNESS:  Well, I was with him on        13:11
12   January 29, 2016, when we decided not to surf.         13:11
13   BY MS. HEWITT:                                         13:11
14       Q     Prior to going on a particular day did you   13:11
15   decide to stay home because of any localism issues?    13:11
16             MR. FRANKLIN:  Vague and ambiguous.          13:11
17             THE WITNESS:  Well, I mean if there wasn't   13:11
18   localism there I would have been surfing there all     13:11
19   winter as often as I surf in Malibu and Ventura and    13:12
20   other places, so yeah, I would be there as often as    13:12
21   it was good.                                           13:12
22   BY MS. HEWITT:                                         13:12
23       Q     Jordan specifically -- sorry, that was my    13:12
24   fault for a vague question.                            13:12
25             Do you have any recollection of instances    13:12
```

Hahn & Bowersock, A Veritext Company
800.660.3187