# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA    )
     MILENA REED, an individual; and       )
 6   COASTAL PROTECTION RANGERS, INC., a   )
     California non-profit public benefit  )
 7   corporation,                          ) Case No.
                                           ) 2:16-cv-02129-SJO-RAO
 8                  Plaintiffs,            )
                                           )
 9           vs.                           )
                                           )
10   LUNADA BAY BOYS, et al.,              )
                                           )
11                  Defendants.            )
                                           )
12
13
14
15
16
17
18        VIDEOTAPED DEPOSITION OF DIANA MILENA REED
19                       VOLUME II
20                  Santa Monica, California
21                  Tuesday, October 25, 2016
22
23
24   REPORTED BY:
     Jimmy S. Rodriguez
25   CSR No. 13464
```

Page 187

| | | |
|---|---|---|
| 1 | from? | 13:56 |
| 2 | A   I've heard about him from various people | 13:56 |
| 3 | in the surf community. I don't remember all their | 13:56 |
| 4 | names. | 13:57 |
| 5 | Q   Do you remember any of their names? | 13:57 |
| 6 | A   I do remember hearing about him from | 13:57 |
| 7 | Chris Taloa, I don't know whether or not Jordan told | 13:57 |
| 8 | me about him. | 13:57 |
| 9 | Q   Have you seen defendant Sang Lee in | 13:57 |
| 10 | Lunada Bay? | 13:57 |
| 11 | A   I don't know if I've personally seen him. | 13:57 |
| 12 | Q   Let me ask you this: Would you be able to | 13:57 |
| 13 | identify him if he came into the room right now? | 13:57 |
| 14 | A   I think so. | 13:57 |
| 15 | Q   How would you describe his physical | 13:57 |
| 16 | characteristics? | 13:57 |
| 17 | A   Asian, thin, brown hair, brown eyes. | 13:57 |
| 18 | Q   Did you see him at Lunada Bay on | 13:57 |
| 19 | January 29, 2016? | 13:57 |
| 20 | A   I'm not sure if I saw him or not on the | 13:57 |
| 21 | 29th. I may have seen him in the fort but I'm not | 13:57 |
| 22 | sure. Far away. | 13:57 |
| 23 | Q   You can't testify today that you saw him | 13:57 |
| 24 | in the fort on January 29, 2016; is that correct? | 13:57 |
| 25 | A   Yeah, I don't remember. | 13:57 |

Hahn & Bowersock, A Veritext Company
800.660.3187

```
 1     Q    Did you see Sang Lee in Lunada Bay on, I    13:57
 2  think, February 5th or 6th 2016?                    13:58
 3     A    No, I did not.                              13:58
 4     Q    Did you see Sang Lee in Lunada Bay on       13:58
 5  February 13, 2016?                                  13:58
 6     A    No, I did not.                              13:58
 7     Q    Has Sang Lee ever approached you?           13:58
 8     A    I don't think so.                           13:58
 9     Q    Has Sang Lee ever made physical contact     13:58
10  with you?                                           13:58
11     A    I don't think so, no.                       13:58
12     Q    Have you ever personally felt physically    13:58
13  threatened by Sang Lee?                             13:58
14          MR. FRANKLIN:  Objection, vague and         13:58
15  ambiguous.                                          13:58
16          THE WITNESS:  I haven't personally had any  13:58
17  interaction with him that I know of, that I can     13:58
18  remember.                                           13:58
19          THE VIDEOGRAPHER:  Five minutes.            13:58
20  BY MS. LUTZ:                                        13:58
21     Q    Has Sang Lee caused you to lose any sleep?  13:58
22     A    Not Sang Lee specifically.                  13:58
23     Q    You mentioned earlier that you knew Rory    13:58
24  Carroll and Noah Smith; is that correct?            13:58
25     A    I know who they are and I have spoken to    13:58
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit C, page 28