# EXHIBIT D

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| CORY SPENCER, an individual; et al., | No. 17-80033 |
| --- | --- |
| Plaintiffs-Petitioners, | D.C. No. 2:16-cv-02129-SJO-RAO Central District of California, Los Angeles |
| v. | |
| LUNADA BAY BOYS; et al., | ORDER |
| Defendants-Respondents. | |

Before: REINHARDT and NGUYEN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal (Docket Entry No. 1) the district court's February 21, 2017 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

MBI/MOATT