**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant SANG LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and    N.F.   ; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DEFENDANT SANG LEE'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice, Motion and Points and Authorities for Partial Summary Judgment; Declaration of Tera A. Lutz; Notice of Lodging; [Proposed] Statement of Uncontroverted Facts; [Proposed] Order lodged herewith]*<br><br>Date:    August 21, 2017<br>Time:    10:00 a.m.<br>Crtrm.:   10C<br><br>Complaint filed:  March 29, 2016<br>Trial Date:       None Set |

4811-6812-8331.1                                                                                  2:16-cv-2129

DEFENDANT SANG LEE'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Sang Lee ("Lee") hereby respectfully submits the following Separate Statement of Uncontroverted Facts in support of his Motion for Partial Summary Judgment.

| Defendant's Statement of Uncontroverted Facts | Evidence in Support of Statement of Uncontroverted Facts |
|---|---|
| 1. Before January 2016, Cory Spencer ("Spencer") visited Lunada Bay on at least eight to ten occasions. | 1. October 11, 2016 Deposition of Plaintiff Cory Eldon Spencer ("Spencer Deposition") 59: 9-12; 64: 13-25; 65: 1-8. |
| 2. Since January 29, 2016, Spencer has visited Lunada Bay on at least three to five occasions. | 2. Spencer Deposition 170:9-21. |
| 3. Spencer has only seen Lee on one occasion. | 3. Spencer Deposition 307: 11-14. |
| 4. During a visit to Lunada Bay on January 29, 2016, Spencer saw Lee communicating with Christopher Taloa. | 4. Spencer Deposition 121:18-25; 122; 123; 124: 1-22. |
| 5. Lee has never spoken to Spencer. | 5. Spencer Deposition 308: 11-12. |
| 6. Lee never threatened Spencer. | 6. Spencer Deposition 308: 13-14 |
| 7. Lee has never made any physical contact with Spencer. | 7. Spencer Deposition 309: 4-9. |
| 8. Spencer has never seen Lee injure anyone at Lunada Bay or engage in the destruction of anyone's property. | 8. Spencer Deposition 313: 6-14. |

| Defendant's Statement of Uncontroverted Facts | Evidence in Support of Statement of Uncontroverted Facts |
|---|---|
| 9. Plaintiff Diana Milena Reed ("Reed") has visited Lunada Bay on at least four occasions- January 6, 2016, January 29, 2016; February 5, 2016; and February 13, 2016 | 9. October 24, 2016 Deposition of Diana Milena Reed, 105: 13-15; 103: 19-25; 104: 1-9; 146: 11-15; 156: 23-25; 157: 1-5. |
| 10. Reed has never had any interaction with Lee and did not see him during any of her visits to Lunada Bay. | 10. October 25, 2016 Deposition of Diana Milena Reed, 366: 23-25; 367: 1-18. |

DATED: July __21__, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ Tera A. Lutz_____
    Dana Alden Fox
    Edward E. Ward, Jr.
    Eric Y. Kizirian
    Tera A. Lutz
    Attorneys for Defendant SANG LEE

4811-6812-8331.1                              3                              2:16-cv-2129
DEFENDANT SANG LEE'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT