UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and      N.F.      ; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS**<br><br>*[Filed concurrently with Notice; Motion and Points and Authorities for Partial Summary Judgment; Separate Statement of Uncontroverted Facts/Evidence; Declaration of Tera A. Lutz; Notices of Lodging; [Proposed] Order lodged herewith]*<br><br>Date:   August 21, 2017<br>Time:   10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint filed:   March 29, 2016<br>Trial Date:        None Set |

After consideration of the papers in support of and in opposition to Defendant SANG LEE's Motion for Partial Summary Judgment and argument of counsel, the Court hereby finds the following Uncontroverted Facts to be uncontroverted.

| Uncontroverted Facts | Supporting Evidence |
|---|---|
| 1. Before January 2016, Cory Spencer ("Spencer") visited Lunada Bay on at least eight to ten occasions. | 1. October 11, 2016 Deposition of Plaintiff Cory Eldon Spencer ("Spencer Deposition") 59:9-12; 64:13-25; 65:1-8. |
| 2. Since January 29, 2016, Spencer has visited Lunada Bay on at least three to five occasions. | 2. Spencer Deposition 170: 9-21. |
| 3. Spencer has only seen Lee on one occasion. | 3. Spencer Deposition 307: 11-14. |
| 4. During a visit to Lunada Bay on January 29, 2016, Spencer saw Lee communicating with Christopher Taloa. | 4. Spencer Deposition 121: 18-25; 122; 123; 124: 1-22. |
| 5. Lee has never spoken with Spencer. | 5. Spencer Deposition 308: 11-12. |
| 6. Lee has never threatened Spencer. | 6. Spencer Deposition 308: 13-14. |
| 7. Lee has never make any physical contact with Spencer. | 7. Spencer Deposition 309: 4-9. |
| 8. Spencer has never seen Lee injure anyone at Lunada Bay or engage in the destruction of anyone's property. | 8. Spencer Deposition 313: 6-14. |
| 9. Plaintiff Diana Milena Reed ("Reed") has visited Lunada Bay on at least four occasions- January 6, 2016, January 29, 2016, | 9. October 24, 2016 Deposition of Diana Milena Reed; 105:13-15; 103: 19-25; 104:1-9;146: 11-15; 156: 23-25; 157: 1-5. |

| Uncontroverted Facts | Supporting Evidence |
|---|---|
| February 5, 2016, and February 13, 2016. | |
| 10. Reed has never had any interaction with Lee and did not see him during any of her visits to Lunada Bay. | 10. October 25, 2016 Deposition of Diana Milena Reed, 366: 23-25; 367: 1-18. |

Dated: _____

_____
Honorable S. James Otero, Judge
United States District Court

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW