# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and 　　N.F.　　; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**[PROPOSED] ORDER RE DEFENDANT SANG LEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　August 21, 2017<br>Time:　10:00 a.m.<br>Crtrm.: 10C<br><br>*[Filed concurrently with Notice, Motion, Points and Authorities for Partial Summary Judgment; Separate Statement of Uncontroverted Facts/Evidence; Declaration of Tera A. Lutz; Notice of Lodging; [Proposed] Statement of Uncontroverted Facts lodged herewith]*<br><br>Complaint filed:　March 29, 2016<br>Trial Date:　None Set |

On August 21, 2017, Defendant SANG LEE'S Motion for Partial Summary Judgment came on regularly for hearing. The Court, having considered the moving,

1  opposition, reply papers, and any oral argument, hereby rules as follows:
2     SANG LEE'S Motion for Partial Summary Judgment is GRANTED.
3  Plaintiffs, CORY SPENCER, DIANA MILENA REED, COASTAL PROTECTION
4  RANGERS, INC., are hereby precluded from recovering statutory damages, general
5  damages, special damages, attorneys' fees, or injunctive relief.

8  Dated: _____          _____
9                          Honorable S. James Otero, Judge
                            United States District Court