**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, SANG LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and     N.F.    ; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>    Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DEFENDANT SANG LEE'S NOTICE OF LODGING PROPOSED ORDER**<br><br>*[Filed concurrently with Notice, Motion, Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts/Evidence; Declaration of Tera A. Lutz; Notice of Lodging; [Proposed] Statement of Uncontroverted Facts lodged herewith]*<br><br>Date:   August 21, 2017<br>Time:   10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint filed:  March 29, 2016<br>Trial Date:       None Set |

4850-1410-8747.1                                                                                                2:16-cv-2129
DEFENDANT SANG LEE'S NOTICES OF LODGING PROPOSED ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Sang Lee ("Lee") will and hereby does lodge the [Proposed] Order.

DATED: July __21__, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Tera A. Lutz_____
Dana Alden Fox
Edward E. Ward, Jr.
Eric Y. Kizirian
Tera A. Lutz
Attorneys for Defendant, SANG LEE