HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:	(916) 442-3333
Facsimile:	(916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:	(310) 378-8533
Facsimile:	(310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**STIPULATION RE DISMISSAL OF DEFENDANT N.F. WITHOUT PREJUDICE** |

|  |  |
|---|---|
| Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Complaint Filed:  March 29, 2016<br>Trial Date:        November 7, 2017 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") filed the above action against Defendants Lunada Bay Boys, Sang Lee, Brant Blakeman, Alan Johnston aka Jalian Johnston, Michael Rae Papayans, Angelo Ferrara, Frank Ferrara, Charlie Ferrara, N.F., the City of Palos Verdes Estates, and Chief of Police Jeff Kepley on March 29, 2016 (Dkt. No. 1);

WHEREAS, Defendants City of Palos Verdes Estates and Chief of Police Kepley filed their Answer and defenses in response to Plaintiffs' Complaint on July 25, 2016 (Dkt. No. 89); Defendants Angelo Ferrara, N.F., Papayans, Lee, and Johnston filed their Answers and defenses in response to Plaintiffs' Complaint on August 1, 2016 (Dkt. Nos. 92, 93, 94, 95); Defendant Blakeman filed his Answer and defenses in response to Plaintiffs' Complaint on August 2, 2016 (Dkt. No. 96);

1  and Defendants Charlie and Frank Ferrara filed their Answers and defenses in
2  response to Plaintiffs' Complaint on September 2, 2016 (Dkt. Nos. 124, 125);

3       WHEREAS, Defendants City of Palos Verdes Estates and Chief of Police
4  Kepley filed their Amended Answer and defenses in response to Plaintiffs'
5  Complaint on August 11, 2016 (Dkt. No. 102); Defendants Angelo Ferrara, N.F.,
6  Papayans, and Lee filed their Amended Answers and defenses in response to
7  Plaintiffs' Complaint on August 22, 2016 (Dkt. Nos. 108, 109, 110); and Defendants
8  Johnston and Blakeman filed their Amended Answers and defenses in response to
9  Plaintiffs' Complaint on August 23, 2016 (Dkt. Nos. 112, 114);

10      WHEREAS, Plaintiffs initiated their Complaint against N.F. in good faith, but
11 no longer desire to pursue their claims against N.F.;

12      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the
13 parties that all claims against Defendant N.F. shall be dismissed without prejudice
14 by Plaintiffs, as described below:

15      1.     Plaintiffs agree to dismiss without prejudice all claims asserted against
16 Defendant N.F.;

17      2.     This Stipulation and Order is not an adjudication on the merits nor an
18 admission regarding Plaintiff's claims against Defendant N.F., nor is it an admission
19 by Defendant N.F. of any wrongdoing;

20      3.     Defendant N.F. agrees to produce documents responsive to Plaintiffs'
21 previously-propounded Requests for Production of Documents notwithstanding this
22 instant Stipulation of Dismissal, and that the Court retains jurisdiction to order such
23 production; and
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4. As to each other, Plaintiffs and N.F. agree to waive all claims to attorneys' fees and costs in this federal lawsuit.

**IT IS SO STIPULATED.**

*Pursuant to Local Rule 5-4.3.4, the signatory listed below, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing of this Stipulation.

DATED: July 24, 2017                          HANSON BRIDGETT LLP


By: _/s/ Samantha D. Wolff_
KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.


DATED: July 24, 2017                          LAW OFFICES OF MARK C. FIELDS, APC


By: _/s/ Mark C. Fields*_
Attorney for Defendant N.F.