HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT N.F. WITHOUT PREJUDICE** |

| | |
|---|---|
| Plaintiffs, | Complaint Filed: March 29, 2016 |
| v. | Trial Date: November 7, 2017 |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | |
| Defendants. | |

This Court, having considered the Stipulation Re: Dismissal of Defendant N.F. Without Prejudice and good cause appearing, ORDERS AS FOLLOWS:

1. Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc.'s ("Plaintiffs") claims against Defendant N.F. are dismissed without prejudice;

2. Defendant N.F. shall produce documents responsive to Plaintiffs' previously-propounded Requests for Production of Documents notwithstanding his dismissal from this action, and this Court retains jurisdiction to order such production;

3. As to each other, Plaintiffs and Defendant N.F. agree to waive all claims to attorneys' fees and costs in this federal lawsuit; and

4. The parties' stipulation and this Order are not an adjudication on the merits nor an admission regarding Plaintiffs' claims against Defendant N.F., nor is it an admission by Defendant N.F. of any wrongdoing, and Plaintiffs' claims against

1  Defendant N.F. are hereby dismissed without prejudice.

2       IT IS SO ORDERED.

4  DATED: July _____, 2016      _____
                                HON. S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE