Peter T. Haven (SBN 175048)
HAVEN LAW
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel: (213) 842-4617
Fax: (213) 477-2137
Email: peter@havenlaw.com

Attorney for Defendant
MICHAEL R. PAPAYANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>          Plaintiffs,<br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>          Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>[Fed. Rules Civ. Proc., Rule 56 Local Rule 56-1]<br><br>Date:  August 21, 2017<br>Time:  10:00 a.m.<br>Place:  Courtroom 10C<br>          350 W. 1st Street<br>          Los Angeles, California 90012<br><br>Hon. S. James Otero |

Pursuant to Central District of California Rule 56-1, Defendant MICHAEL R. PAPAYANS, as the moving party in the concurrently filed motion for summary judgment, submits this proposed "Statement of Uncontroverted Facts and Conclusions of Law" and proposed Judgment.

**DEFENDANT PAPAYANS' STATEMENT OF UNCONTROVERTED FACTS & CONCLUSIONS OF LAW**

# UNCONTROVERTED FACTS

1. Plaintiff Corey Spencer did not see Defendant Michael Papayans at Lunada Bay.

   [Decl. of Peter T. Haven ("Haven Decl."), ¶ 3, Exhibit 1, Depo. of Plaintiff Cory Eldon Spencer ("Spencer Depo."), 323:7-16, 324:18-23.]

2. Spencer does not know if Papayans was at Lunada Bay when Spencer was at Lunada Bay.

   [Haven Decl., ¶ 3, Exhibit 1, Spencer Depo., 324:18-23.]

3. Plaintiff Diana Reed did not see Papayans at Lunada Bay.

   [Haven Decl., ¶ 4, Exhibit 2, Deposition of Diana Milena Reed ("Reed Depo."), 370:18 – 371:2.]

4. Reed has not had a personal encounter with Papayans.

   [Haven Decl., ¶ 4, Exhibit 2, Reed Depo., 372:1-5.]

# CONCLUSIONS OF LAW

1. Plaintiffs Corey Spencer, Diana Reed, and Coastal Protection Rangers, Inc. (collectively "Plaintiffs") do not have evidence sufficient to prove that Defendant Papayans committed a battery upon Plaintiffs.

2. Plaintiffs do not have evidence sufficient to prove that Defendant Papayans committed an assault upon Plaintiffs.

**DEFENDANT PAPAYANS' STATEMENT OF UNCONTROVERTED FACTS & CONCLUSIONS OF LAW**

3. Plaintiffs do not have evidence sufficient to prove that Defendant Papayans was negligent toward Plaintiffs.

4. Plaintiffs do not have evidence sufficient to prove that Defendant Papayans committed acts of public nuisance against Plaintiffs.

5. Plaintiffs do not have evidence sufficient to prove that Defendant Papayans interfered with or attempted to interfere with Plaintiffs exercise or enjoyment of federal or state constitutional rights in violation of California's Bane Act, California *Civil Code* § 52.1(b).

6. Judgment should be entered favor of Defendant Papayans forthwith.

Submitted by:

DATED: July 24, 2017　　　　HAVEN LAW

By:　/s/ Peter T. Haven
　　　Peter T. Haven
　　　Attorney for Defendant
　　　MICHAEL R. PAPAYANS

PROPOSED JUDGMENT

After consideration of the papers in support of and in opposition to Defendant Michael Papayans' motion for summary judgment and the oral argument of counsel, this court orders summary judgment in favor of Defendant Michael Papayans.

DATED:　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Hon. S. James Otero
　　　　　　　　　　　　　　　United States District Court Judge

3
**DEFENDANT PAPAYANS' STATEMENT OF UNCONTROVERTED FACTS & CONCLUSIONS OF LAW**