Peter T. Haven (SBN 175048)
HAVEN LAW
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Tel: (213) 842-4617
Fax: (213) 477-2137
Email: peter@havenlaw.com

Attorney for Defendant
MICHAEL R. PAPAYANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>Plaintiffs,<br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>**DECLARATION OF PETER T. HAVEN IN SUPPORT OF DEFENDANT MICHAEL PAPAYANS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. Rules Civ. Proc., Rule 56]<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 10C<br>350 W. 1st Street<br>Los Angeles, California 90012<br><br>Hon. S. James Otero |

I, Peter T. Haven, hereby state and declare:

1. I am an attorney admitted to practice before this District Court and all Courts of the State of California. I am the attorney of record for Defendant Michael

**HAVEN DECL. IN SUPPORT OF DEFENDANT PAPAYANS' MOTION FOR SUMMARY JUDGMENT**

R. Papayans. I have personal knowledge of the matters set forth herein such that if called upon to testify I could and would competently state as follows under oath.

2. I make this Declaration in support of Defendant Papayans' concurrently filed motion for summary judgment or in the alternative summary adjudication. The motion was made following the conference of counsel pursuant to Local Rule 7-3 which took place on July 14, 2017.

3. Attached hereto as Exhibit 1 are true and correct copies of the face page and selected pages of the Certified Transcript of the Deposition of Plaintiff Cory Eldon Spencer taken on October 11, 2016, which deposition I attended.

4. Attached hereto as Exhibit 2 are true and correct copies of the face page and selected pages of the Certified Transcript of the Deposition of Plaintiff Diana Milena Reed, Volume II, taken on October 25, 2016, which deposition I attended.

5. Attached hereto as Exhibit 3 are true and correct copies of the face page and selected pages of the Certified Transcript of Deposition of non-party deponent Christopher Taloa, taken on January 5, 2017, which deposition I attended.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 24, 2017, at Manhattan Beach, California.

                                       /s/ Peter T. Haven
                                       Peter T. Haven

**HAVEN DECL. IN SUPPORT OF DEFENDANT PAPAYANS' MOTION FOR SUMMARY JUDGMENT**