<u>*Cory Spencer, etc., et al. v. Lunada Bay Boys, etc., et al.*</u>

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 1**

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
 5   CORY SPENCER, an individual;  ) Case No.
     DIANA MILENA REED, an         ) 2:16-cv-02129-SJO-RAO
 6   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 7   California non-profit public  )
     benefit corporation,          )
 8                                 )
                   Plaintiffs,     )
 9                                 )
             v.                    )
10                                 )
     LUNADA BAY BOYS; THE          )
11   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
12   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN JOHNSTON )
13   aka JALIAN JOHNSTON, MICHAEL  )
     RAE PAPAYANS, ANGELO FERRARA, )
14   FRANK FERRARA, CHARLIE        )
     FERRARA and N.F.; CITY OF     )
15   PALOS VERDES ESTATES;         )
     CHIEF OF POLICE JEFF KEPLEY,  )
16   in his representative         )
     capacity; and DOES 1-10,      )
17                                 )
                   Defendants.     )
18   _____)
19            DEPOSITION OF CORY ELDON SPENCER
20                 Los Angeles, California
21               Tuesday, October 11, 2016
22
23   Reported by:
24   Carmen R. Sanchez
25   CSR No. 5060
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    WESTERN DIVISION
 4
 5   CORY SPENCER, an individual;  ) Case No.
     DIANA MILENA REED, an         ) 2:16-cv-02129-SJO-RAO
 6   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 7   California non-profit public  )
     benefit corporation,          )
 8                                 )
                   Plaintiffs,     )
 9                                 )
            v.                     )
10                                 )
     LUNADA BAY BOYS; THE          )
11   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
12   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN JOHNSTON )
13   aka JALIAN JOHNSTON, MICHAEL  )
     RAE PAPAYANS, ANGELO FERRARA, )
14   FRANK FERRARA, CHARLIE        )
     FERRARA and N.F.; CITY OF     )
15   PALOS VERDES ESTATES;         )
     CHIEF OF POLICE JEFF KEPLEY,  )
16   in his representative         )
     capacity; and DOES 1-10,      )
17                                 )
                   Defendants.     )
18   _____)
19
20        Deposition of CORY ELDON SPENCER, taken
21   on behalf of defendants, at 777 South Figueroa Street,
22   Suite 4550, Los Angeles, California, beginning at
23   10:01 a.m. and ending at 6:35 p.m., on Tuesday,
24   October 11, 2016, before Carmen R. Sanchez,
25   Certified Shorthand Reporter No. 5060.
```

Page 2

```
 1    APPEARANCES (CONTINUED):
 2    For the Defendants City of Palos Verdes Estates and
      Chief of Police Jeff Kepley:
 3
           KUTAK ROCK LLP
 4         BY:  ANTOINETTE P. HEWITT, ESQ.
           5 Park Plaza
 5         Suite 1500
           Irvine, California  92614-8595
 6         Telephone:  (949) 417-0999
           Facsimile:  (949) 417-5394
 7         E-mail:  Antoinette.Hewitt@KutakRock.com
 8    For the Defendant Brant Blakeman:
 9         VEATCH CARLSON, LLP
           BY:  JOHN P. WORGUL, ESQ.
10         1055 Wilshire Boulevard
           Eleventh Floor
11         Los Angeles, California  90017
           Telephone:  (213) 381-2861
12         Facsimile:  (213) 383-6370
           E-mail:  jworgul@veatchfirm.com
13
      For the Defendant Michael Rae Papayans:
14
           HAVEN LAW
15         BY:  PETER T. HAVEN, ESQ.
           1230 Rosecrans Avenue
16         Suite 300
           Manhattan Beach, California  90266
17         Telephone:  (310) 272-5353
           Facsimile:  (213) 477-2137
18         E-mail:  peter@havenlaw.com
19    For the Defendant Sang Lee:
20         LEWIS BRISBOIS BISGAARD & SMITH LLP
           BY:  TERA A. LUTZ, ESQ.
21         633 West 5th Street
           Suite 4000
22         Los Angeles, California  90071
           Telephone:  (213) 250-1800
23         Facsimile:  (213) 250-7900
           E-mail:  Tera.Lutz@lewisbrisbois.com
24
                         Continued ....
25
```

```
 1          A      I -- I don't recall.
 2          Q      Were there people surfing there?
 3          A      It's when I was 15.  I don't remember.
 4   I'm sorry.
 5          Q      No, that's fine.
 6                 Did -- the conversation -- sorry to go
 7   back and forth, but the conversation between Sang Lee
 8   and Chris Taloa, did you -- do you believe that
 9   Sang Lee raised his voice at any point in time?
10          A      It -- it wasn't raising a voice and it
11   wasn't -- it wasn't an argument.  It wasn't a conflict,
12   no.
13          MS. LUTZ:  Okay.  No further questions at this
14   time.  Thank you.
15
16                        EXAMINATION
17   BY MR. HAVEN:
18          Q      Hello, Mr. Spencer.  Peter Haven.  I'll
19   try to make this as brief as possible.
20                 You indicated earlier that you had
21   looked at some videos, and I assume that these --
22          MR. FRANKLIN:  Would you mind?  He doesn't know
23   who everybody represents.
24          MR. HAVEN:  Oh, I apologize.  Michael Papayans.
25          MR. FRANKLIN:  I didn't mean to interrupt you.
```

Page 321

```
 1            MR. HAVEN:  That's all right.  I got carried
 2   away.  Do you need me to come down there?  I'll come
 3   down there.  I apologize.  I represent
 4   Michael Papayans.
 5        Q    You indicated earlier that you had
 6   looked at some videos.  Could you describe for me the
 7   videos that you looked at?  And I assume that these are
 8   videos depicting alleged Bay Boy incidents?
 9        A    So, videos I can remember, there's
10   several.  There's videos with Mr. Lee's voice.  It was
11   an undercover video shot by -- I don't know who.
12   There's videos of -- I believe it was back in the '80s
13   of a young kid being -- I don't think he was -- I don't
14   think he was -- basically, being told that he's not
15   allowed to surf there, and I think his uncle or
16   somebody was in there.  I don't remember.
17        Q    And that was a video -- I'm sorry.  That
18   was a video back in the '80s?
19        A    I think so.
20        Q    Okay.  Thank you.
21        A    There's a video -- and I'm not sure when
22   this was taken, but there's a video of a male hitting
23   several times another male, you know, in the head.
24   What other videos?  Other videos of guys walking on the
25   beach and, basically, getting asked the same questions
```

Page 322

```
 1    on, you know, why -- why they're here -- undercover
 2    videos, but I don't know the sources or anything.  I
 3    did see them.
 4            Q     As you sit here right now, any other
 5    videos that you recall seeing?
 6            A     Not at this time.
 7            Q     Do you know who Michael Papayans is?
 8            A     I know that's a name that's popped up a
 9    lot in Lunada Bay.  I know he's allegedly a Bay Boy,
10    and I've heard it but ...
11            Q     I'm sorry.  Go ahead.  Are you finished?
12            A     I'm finished.
13            Q     Thank you.
14                  To your knowledge, have you ever seen
15    Michael Papayans?
16            A     Not that I can recall.
17            Q     To your knowledge, have you ever seen
18    one of the other defendants named in this case,
19    Alan Johnston?
20            A     I don't know if I've seen him or not.
21            Q     These incidents that you've described at
22    Lunada Bay, it appears that you were able to identify
23    by name two individuals, and you've talked about them
24    today, Mr. Blakeman and Mr. Lee.
25                  Now, just so I understand correctly,
```

Page 323

```
 1    that was with Mr. Taloa's assistance?
 2          A     You mean in identifying them?
 3          Q     Yeah, putting names to faces.
 4          A     Correct.
 5          Q     Okay.
 6                Has anybody ever pointed out to you by
 7    name any other people you've seen in a video or any
 8    other people that you recall interacting with at
 9    Lunada Bay?
10          A     Anybody outside of Chris Taloa?
11          Q     Yeah.  I don't want to invade
12    attorney-client privilege.  If your attorneys have
13    identified somebody, then, I'll just leave it at that;
14    but outside of attorney-client communications, has
15    anybody pointed out someone and said, "That's
16    so-and-so"?
17          A     Not that I can recall.
18          Q     To your knowledge, do you know if
19    Michael Papayans had any involvement in these
20    Lunada Bay incidents that you've described here today
21    that you were personally involved with?
22          A     I don't know if he was there when I was
23    there.  I couldn't answer that.
24          Q     Okay.  And the same question as to
25    Alan Johnston.
```

Page 324

```
 1            A      Same answer.
 2            Q      Can you describe the individual who ran
 3   over you with the surfboard?
 4            A      Yes.
 5            Q      Could you give us a description of him,
 6   please?
 7            A      Male, white; approximately, six foot;
 8   185 to 200; dark hair; wetsuit.
 9            Q      Any estimate as to his age?
10            A      I think mid-40s to mid-50s, somewhere in
11   there.
12            MR. HAVEN:  Okay.  I don't think I have any
13   other questions.  Let me pause here and think for a
14   moment.  I don't think I do.
15            MS. HEWITT:  That was quick.
16            MR. HAVEN:  Thank you very much.
17            MR. FRANKLIN:  Anybody else have questions?
18            MR. WORGUL:  I have two follow-ups.
19            THE WITNESS:  Can we just get some water?
20            MS. HEWITT:  Yes.
21            THE WITNESS:  Take a break?  Give me five
22   minutes.
23            MR. WORGUL:  Of course.
24                 (A recess was taken at 6:09 p.m.
25                  until 6:13 p.m.)
```

Page 325

```
 1
 2
 3
 4                          * * *
 5
 6            I do solemnly declare under penalty of
 7    perjury, under the laws of the State of California,
 8    that the foregoing is my deposition under oath; that
 9    these are the questions asked of me and my
10    answers thereto; that I have read same and have made
11    the necessary corrections, additions, or changes to
12    my answers that I deem necessary.
13            In witness thereof, I hereby subscribe my
14    name this _____ day of _____, 20_____.
15
16
17
18
19                                 _____
20                                      Witness Signature
21
22
23
24
25
                                                    Page 348
```

```
 1              Certification of Court Reporter
 2                       Federal Jurat
 3
 4         I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby certify:
 6         That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings, prior
 9   to testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14         That before completion of the deposition, a
15   review of the transcript [X] was [ ] was not requested.
16         I further certify that I am neither
17   financially interested in the action nor a relative or
18   employee of any attorney of any of the parties.
19         IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:   October 21, 2016
22
23              [signature: Carmen R. Sanchez]
24              Carmen R. Sanchez
25              CSR No. 5060
```

Page 349