<u>Cory Spencer, etc., et al. v. Lunada Bay Boys, etc., et al.</u>

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 2**

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA    )
     MILENA REED, an individual; and       )
 6   COASTAL PROTECTION RANGERS, INC., a   )
     California non-profit public benefit)
 7   corporation,                          ) Case No.
                                           ) 2:16-cv-02129-SJO-RAO
 8                    Plaintiffs,          )
                                           )
 9             vs.                         )
                                           )
10   LUNADA BAY BOYS, et al.,              )
                                           )
11                    Defendants.          )
     _____)
12
13
14
15
16
17
18        VIDEOTAPED DEPOSITION OF DIANA MILENA REED
19                         VOLUME II
20                   Santa Monica, California
21                  Tuesday, October 25, 2016
22
23
24   REPORTED BY:
     Jimmy S. Rodriguez
25   CSR No. 13464
```

Page 187

```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3                          WESTERN DIVISION
 4
 5    CORY SPENCER, an individual; DIANA  )
      MILENA REED, an individual; and     )
 6    COASTAL PROTECTION RANGERS, INC., a )
      California non-profit public benefit)
 7    corporation,                        ) Case No.
                                          ) 2:16-cv-02129-SJO-RAO
 8                    Plaintiffs,         )
                                          )
 9              vs.                       )
                                          )
10    LUNADA BAY BOYS, et al.,            )
                                          )
11                    Defendants.         )
      _____)
12
13
14
15
16
17
18        Videotaped deposition of DIANA MILENA REED, Volume II,
19     taken before Jimmy Rodriguez, a Certified Shorthand
20     Reporter for the State of California, with principal
21     office in the County of Orange, commencing at 9:24 a.m.,
22     Tuesday, October 25, 2016 at Premier Business Centers -
23     The Water Garden, 2425 Olympic Boulevard, Suite 4000,
24     Santa Monica, California.
25
```

Page 188

```
 1     APPEARANCES OF COUNSEL (Continued):
 2     FOR DEFENDANT, Michael Ray Papayans:
 3              HAVEN LAW
                BY:  PETER T. HAVEN, Esq.
 4              1230 Rosecrans Avenue
                Suite 300
 5              Manhattan Beach, CA 90266
                TEL:  (213) 842-4617
 6              FAX:  (213) 477-2137
                Peter@havenlaw.com
 7
 8     Also Present:
 9              JAMES KORALEK, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 191
```

```
 1    BY MS. LUTZ:                                         13:59
 2         Q    But you don't recall it as you sit here    13:59
 3    today?                                               13:59
 4         A    Yes, I'm not -- I'm not exactly sure.      13:59
 5              MS. LUTZ:  Thank you, no further           13:59
 6    questions.                                           13:59
 7                                                         13:59
 8                        EXAMINATION                      13:59
 9    BY MR. HAVEN:                                        13:59
10         Q    Hello.                                     13:59
11         A    Hello.                                     13:59
12         Q    May name is Peter Haven, I represent       13:59
13    Michael Papayans.                                    14:00
14              Do you know who Michael Papayans is?       14:00
15         A    I know about him through what I've heard   14:00
16    from the surf community and what I've read about in  14:00
17    the media.  And videos that I've seen of him from    14:00
18    Chris Taloa and that are in the media.               14:00
19         Q    And what videos have you seen from         14:00
20    Chris Taloa?                                         14:00
21         A    I've seen videos of him harassing          14:00
22    Chris Taloa on the bluff and yelling insults, I      14:00
23    think I've also seen him harassing him in the water. 14:00
24         Q    How many videos have you seen?             14:00
25         A    Directly related to him?                   14:00
```

Page 369

| | | | |
|---|---|---|---|
| 1 | Q | To Michael Papayans, yes. | 14:00 |
| 2 | A | I couldn't really tell you. Between maybe | 14:00 |
| 3 | | two and three videos. | 14:00 |
| 4 | Q | And these are videos that Chris Taloa | 14:00 |
| 5 | | showed you? | 14:00 |
| 6 | A | That he took, yes. | 14:00 |
| 7 | Q | To your knowledge, does Chris Taloa still | 14:00 |
| 8 | | have those videos? | 14:00 |
| 9 | A | I don't know if he still has them, I would | 14:00 |
| 10 | | assume he does. | 14:01 |
| 11 | Q | When did you see these videos? | 14:01 |
| 12 | A | It's hard for me to pinpoint an exact | 14:01 |
| 13 | | time. I think -- yeah, I can't tell you, I'm sorry, | 14:01 |
| 14 | | I don't know when I saw them. | 14:01 |
| 15 | Q | Do you know if you saw the videos before | 14:01 |
| 16 | | your first visit to Lunada Bay or after? | 14:01 |
| 17 | A | No, I know it was after. | 14:01 |
| 18 | Q | Okay. Now, so you do -- you are able to | 14:01 |
| 19 | | sort of put a face to the name of Michael Papayans, | 14:01 |
| 20 | | it's your understanding of what he looks like based | 14:01 |
| 21 | | on these videos; is that correct? | 14:01 |
| 22 | A | That's correct, yes. | 14:01 |
| 23 | Q | Do you know if you have ever personally | 14:01 |
| 24 | | seen Michael Papayans at Lunada Bay when you were | 14:01 |
| 25 | | there? | 14:01 |

| | | |
|---|---|---|
| 1 | A         I don't remember personally seeing him | 14:01 |
| 2 | myself. | 14:01 |
| 3 | Q         To your knowledge, did he have any | 14:01 |
| 4 | involvement with any of the incidents that you've | 14:01 |
| 5 | described that you experienced at Lunada Bay? | 14:01 |
| 6 | MR. FRANKLIN:  Vague, ambiguous, lacks | 14:01 |
| 7 | foundation. | 14:01 |
| 8 | THE WITNESS:  Well, to my knowledge, he's | 14:01 |
| 9 | involved in the organization of the Bay Boys and so | 14:01 |
| 10 | I would assume that he's involved in organizing the | 14:02 |
| 11 | harassment and the violence that occurs there that, | 14:02 |
| 12 | you know, also happened to me. | 14:02 |
| 13 | BY MR. HAVEN: | 14:02 |
| 14 | Q         What do you base that understanding on, | 14:02 |
| 15 | why do you believe that? | 14:02 |
| 16 | A         It's based on, you know, the investigation | 14:02 |
| 17 | of my attorneys and my own personal experiences and | 14:02 |
| 18 | what I've heard about in the surf community and | 14:02 |
| 19 | videos that I've seen. | 14:02 |
| 20 | Q         What have you heard about Michael Papayans | 14:02 |
| 21 | in the surf community? | 14:02 |
| 22 | A         You know, I've also read articles about | 14:02 |
| 23 | him in the press. | 14:02 |
| 24 | You know, I've just heard that he's really | 14:02 |
| 25 | bad at hassling people and that he's violent. | 14:02 |

Page 371

```
 1        Q    This is what you've heard, but you          14:02
 2   personally have never had any encounter with him to   14:02
 3   your knowledge?                                       14:02
 4        A    I personally haven't had anything like      14:02
 5   person to person with him.                            14:02
 6        Q    Okay.  One final question, I apologize for  14:02
 7   asking this in advance, can you tell us who the       14:02
 8   father of your child is, please?                      14:03
 9        A    It's Jordan Wright.                         14:03
10        Q    Okay.  I appreciate that, thank you very    14:03
11   much, I have no further questions.                    14:03
12             MR. FRANKLIN:  Thank you.  Thank you very   14:03
13   much.                                                 14:03
14             THE REPORTER:  Off the record?              14:03
15             MR. FRANKLIN:  Yes.                         14:03
16             MS. HEWITT:  Off the record.                14:03
17             THE VIDEOGRAPHER:  We are now off the       14:03
18   record.  The time is 2:03 p.m.                        14:03
19             (A discussion was held off the record.)     14:03
20             THE VIDEOGRAPHER:  We are off the record.   14:04
21   It's 2:04 p.m., and this concludes today's testimony  14:04
22   given by Diana Milena Reed, Volume 2.  The total      14:04
23   number of media used was two, and will be retained    14:04
24   by Veritext Legal Solutions.                          14:04
25             MS. HEWITT:  And you can do this off the    14:04
```

```
 1        video, but I think forgot to just mark what you gave    14:04
 2        to us.                                                   14:04
 3                  Can I just mark it as Exhibit -- whatever     14:04
 4        is next in order, that and the flash drive.             14:04
 5                  (Deposition Exhibit 53, documents and
 6                   flash drive, was marked for
 7                   identification.)
 8
 9                  (Whereupon the deposition was concluded at
10        2:04 p.m.)
11
12                  (DECLARATION UNDER PENALTY OF PERJURY ON
13        THE FOLLOWING PAGE HEREOF.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 373

```
1                            * * *
2
3
4            I, DIANA MILENA REED, do solemnly declare
5     under penalty of perjury that the foregoing is my
6     deposition under oath; that these are the questions
7     asked of me and my answers thereto; that I have read
8     same and have made the necessary corrections,
9     additions, or changes to my answers that I deem
10    necessary.
11           It witness thereof, I hereby subscribe my
12    name this day of _____, 2016.
13
14
15
16
17
18
19                                  _____
20                                         WITNESS SIGNATURE
21
22
23
24
25
                                                     Page 374
```

```
 1                  Certification of Court Reporter
 2                         Federal Jurat
 3
 4          I, the undersigned, a Certified Shorthand
 5     Reporter of the State of California do hereby
 6     certify:
 7          That the foregoing proceedings were taken
 8     before me at the time and place herein set forth;
 9     that any witnesses in the foregoing proceedings,
10     prior to testifying, were placed under oath; that a
11     verbatim record of the proceedings was made by me
12     using machine shorthand which was thereafter
13     transcribed under my direction; further, that the
14     foregoing is an accurate transcription thereof.
15          That before completion of the deposition, a
16     review of the transcript [x] was [ ] was not
17     requested.  I further certify that I am neither
18     financially interested in the action nor a relative
19     or employee of any attorney of any of the parties.
20          IN WITNESS WHEREOF, I have this date
21     subscribed my name.
22     Dated:  November 7, 2016
23
24
                        Jimmy Rodriguez, RPR
25                      Certificate Number 13464

                                              Page 375
```