|   |   |
|---|---|
| 1 | Mark C. Fields (#100668) |
|   | Law Offices of Mark C. Fields, APC |
| 2 | 333 So. Hope Street, 35th Floor |
|   | Los Angeles, California 90071 |
| 3 | Tel: (213) 617-5225 |
|   | Fax: (213)629-4520 |
| 4 | Email: fields@markfieldslaw.com |
| 5 | Attorney for Defendants |
|   | N.F. and Angelo Ferrara |

Mark C. Fields (#100668)
Law Offices of Mark C. Fields, APC
333 So. Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 617-5225
Fax: (213)629-4520
Email: fields@markfieldslaw.com

Attorney for Defendants
N.F. and Angelo Ferrara

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**DEFENDANT ANGELO FERRARA'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice, Motion and Points and Authorities For Partial Summary Judgment; Declaration of Mark C. Fields; [Proposed] Order<br><br>Date:　　August 21, 2017<br>Time:　　10:00 a.m.<br>Ctrm:　　10C; Hon. S. JAMES OTERO<br><br>Complaint Filed:　March 29, 2016<br>Trial:　　　　　　November 7, 2017 |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant Angelo Ferrara ("Angelo") hereby respectfully submits the following Separate Statement of Uncontroverted Facts in support of his Motion for Summary Adjudication.

| Defendant's Statement of Uncontroverted Facts | Evidence in Support of Statement of Uncontroverted Facts |
|---|---|
| 1. Before January 2016, Cory Spencer ("Spencer") visited Lunada Bay on at least eight to ten occasions. | 1. Declaration of Mark C. Fields ("Fields Dec."), ¶ 2, Ex. A: October 11, 2016 Deposition of Plaintiff Cory Eldon Spencer ("Spencer Deposition") 59: 9-12; 64: 13-25; 65: 1-8. |
| 2. Since January 29, 2016, Spencer has visited Lunada Bay on at least three to five occasions. | 2. Fields Dec., ¶ 2, Ex. A: Spencer Deposition 170:9-21. |
| 3. Spencer has no personal knowledge of having ever met Angelo or of Angelo engaging in any wrongful behaviour. | 3. Fields Dec., ¶ 2, Ex. A: Spencer Deposition, 217:1 – 222:15. |
| 4. Plaintiff Diana Milena Reed ("Reed") has visited Lunada Bay on at least four occasions – January 6, 2016, January 29, 2016; February 5, 2016; and February 13, 2016 | 4. Fields Dec., ¶ 3, Ex. B: October 24, 2016 Deposition of Diana Milena Reed, 105: 13-15; 103: 19-25; 104: 1-9; 146: 11-15; 156: 23-25; 157: 1-5 |

| | |
|---|---|
| 5. Reed has no personal knowledge of having ever met Angelo or of Angelo engaging in any wrongful behaviour. | 5. Fields Dec., ¶ 4, Ex. C: October 25, 2016 Deposition of Diana Milena Reed, 343:16 – 345:13 |

Dated: July 24, 2017         LAW OFFICES OF MARK C. FIELDS, APC


By  /s/ Mark C. Fields
      Mark C. Fields
      Attorneys for Defendants
      Angelo Ferrara and N.F.