HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF PLAINTIFFS' REQUEST FOR EXTENSION OF TIME**<br><br>Filed Concurrently with Plaintiffs' Request for Extension of Time to |

|  |  |
|---|---|
| Plaintiffs, | Oppose Defendants' Motions for Summary Judgment |
| v. | |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |
| Defendants. | |

I, Samantha Wolff, declare as follows:

1. I am a partner at the law firm Hanson Bridgett, LLP, counsel of record for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. (Plaintiffs). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. At the request of each Defendant, counsel for Plaintiffs have met and conferred regarding Defendants' anticipated motions for summary judgment. Most recently, on July 14, 2017, I attended and telephonic meet and confer with counsel for Brant Blakeman, Angelo Ferrara, N.F., Michael Papayans, Alan Johnston, Frank Ferrara, and Charlie Ferrara. At that time, I indicated that Plaintiffs would be requesting a full 14 days to oppose Defendants' motions, rather than the 7 days they are presently afforded

under the local rules.  Defense counsel who were present stated that they were generally amenable to this request, though at least counsel for Defendant Blakeman indicated he would like to run it by his client.

3.      On July 18, 2017, I emailed all counsel in this matter and attached a proposed stipulation which would afford Plaintiffs an additional 7 days to oppose Defendants' motions.  I received a response, from counsel for Defendants N.F. and Angelo Ferrara, who proposed several edits.  Counsel for Defendant Papayans also responded and indicated that he is not opposed to Plaintiffs' request for an additional 7 days.

4.      Plaintiffs have actively pursued discovery in this matter, and have been engaged in discovery disputes from a number of Defendants.  Indeed, as recently as July 13, 2017, Magistrate Judge Oliver ordered Defendants Frank Ferrara and Charlie Ferrara to produce responsive documents by July 17, 2017.  A further hearing has been set for July 25, 2017 to address this ongoing dispute.  Similarly, Plaintiffs are involved in a discovery dispute with Defendant Sang Lee and this matter will also be heard on July 25, 2017.

5.      Plaintiffs also anticipate receiving responsive documents from Defendants Papayans, N.F., and Angelo Ferrara  in the very near future.  *See* Dkt. No. 265 (Stipulation and Order requiring the Los Angeles Police Department to release the cell phone of Defendant Papayans for forensic extraction, review and production).

6.      This request is not being made for any improper purpose, and Plaintiffs are not seeking to unreasonably delay resolution of this matter.  Nor will this request prejudice any party.  Plaintiffs have not previously been granted an extension of time with respect to any of the Court's deadlines in this matter.

/ / /

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed in Walnut Creek, California on July 24, 2017.

                       */s/ Samantha D. Wolff*
                            Samantha Wolff