J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 270
Manhattan Beach, California 90266
Tel:  (310) 526-2237
Fax: (310) 356-3671
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>              Plaintiffs,<br><br>      v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>              Defendants. | Case No. 2:16-cv-02129-SJO (RAOx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Hearing Date: August 21, 2017<br>Hearing Time: 10:00 A.M.<br>Judge: Hon. James Otero<br>Courtroom: 10C |

Pursuant to Central District of California Rule 56-1, Defendant Alan Johnston, as the moving party in the concurrently filed motion for summary judgment, submits this proposed "Statement of Uncontroverted Facts and Conclusions of Law" and proposed judgment.

## **UNCONTROVERTED FACTS**

1. Plaintiff Corey Spencer has not seen Defendant Alan Johnston. [Declaration of J. Patrick Carey ("Carey Decl."), ¶ 3, Exhibit 1, Deposition of Plaintiff Cory Spencer ("Spencer Depo."), 323:17-20.]

2. On February 13, 2016, Defendant Johnston approached Plaintiff Reed at the patio structure at Lunada Bay.  Carrying his surfboard preparing to go surfing, he stated, "Another day in [expletive] paradise."  [Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").]

3. Defendant Johnston reached into his backpack and grabbed a can of beer.  He asked Plaintiff Reed and her friend if they were drinking and if they wanted a beer.  [Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").]

4. Defendant Johnston then opened his can of beer.  A small amount of foam from the beer sprayed onto Plaintiff Reed's sweater sleeve and her camera as Defendant Johnston opened the beer. [Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").]

5. Plaintiff Reed's camera was not damaged.  [Declaration of J.

Patrick Carey ("Carey Decl."), ¶ 4, Exhibit 2, Deposition of Plaintiff Diana Reed ("Reed Depo."), 176:5-6.]

## **CONCLUSIONS OF LAW**

1. Plaintiffs Corey Spencer, Diana Reed, and Coastal Protection Rangers, Inc. (collectively "Plaintiffs") do not have evidence sufficient to prove that Defendant Johnston committed a battery upon Plaintiffs.

2. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston committed an assault upon Plaintiffs.

3. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston was negligent toward Plaintiffs.

4. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston committed acts of public nuisance against Plaintiffs.

5. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston interfered with or attempted to interfere with Plaintiffs exercise or enjoyment of federal or state constitutional rights in violation of California's Bane Act, California *Civil Code* § 52.1(b).

6. Judgment should be entered favor of Defendant Johnston forthwith.

DATED: July 24, 2017          LAW OFFICES OF J. PATRICK CAREY


By: */s/ J. Patrick Carey*
          J. Patrick Carey
          Attorney for Defendant
          ALAN JOHNSTON

## **PROPOSED JUDGMENT**

After consideration of the papers in support of and in opposition to Defendant Alan Johnston's motion for summary judgment and the oral argument of counsel, this court orders summary judgment in favor of Defendant Alan Johnson.

DATED: July 24, 2017      _____

Hon. S. James Otero
United States District Judge