J. Patrick Carey (State Bar #253645)
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Avenue, Suite 270
Manhattan Beach, California 90266
Tel:  (310) 526-2237
Fax: (310) 356-3671
Email: pat@patcareylaw.com

Attorney for Defendant
ALAN JOHNSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF J. PATRICK CAREY IN SUPPORT OF DEFENDANT JOHNSTON'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (F.R.C.P. 56)**<br><br>Hearing Date: August 21, 2017<br>Hearing Time: 10:00 A.M.<br>Judge: Hon. James Otero<br>Courtroom: 10C |

1
DECLARATION OF J. PATRICK CAREY

I, J. Patrick Carey, hereby state and declare:

1. I am the attorney admitted to practice law before this District Court and all Courts of the State of California. I am the attorney of record for Defendant Alan Johnston. I have personal knowledge of the matters set forth herein such that if called upon to testify I could and would competently state as follows under oath.

2. I make this Declaration in support of Defendant Johnston's concurrently filed motion for summary judgment or in the alternative summary adjudication, which motion was made following the conference of counsel pursuant to Local Rule 7-3 which took place on July 14, 2017.

3. Attached hereto as Exhibit 1 are true and correct copies of the face page and selected pages of the Certified Transcript of the Deposition of Plaintiff Cory Eldon Spencer taken on October 11, 2016.

4. Attached hereto as Exhibit 2 are true and correct copies of the face page and selected pages of the Certified Transcript of the Deposition of Plaintiff Diana Milena Reed, Volume I, taken on October 25, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of screenshots of the video of the incident that occurred between Plaintiff Reed and Defendant Johnston on February 13, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 24, 2017, at Manhattan Beach, California.

DATED: July 24, 2017        LAW OFFICES OF J. PATRICK CAREY

                            By: */s/ J. Patrick Carey*
                            J. Patrick Carey
                            Attorney for Defendant
                            ALAN JOHNSTON