<u>*Spencer v. Lunada Bay Boys, et. al.*</u>

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 1**

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4
 5   CORY SPENCER, an individual;  ) Case No.
     DIANA MILENA REED, an         ) 2:16-cv-02129-SJO-RAO
 6   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 7   California non-profit public  )
     benefit corporation,          )
 8                                 )
                   Plaintiffs,     )
 9                                 )
             v.                    )
10                                 )
     LUNADA BAY BOYS; THE          )
11   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
12   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN JOHNSTON )
13   aka JALIAN JOHNSTON, MICHAEL  )
     RAE PAPAYANS, ANGELO FERRARA, )
14   FRANK FERRARA, CHARLIE        )
     FERRARA and N.F.; CITY OF     )
15   PALOS VERDES ESTATES;         )
     CHIEF OF POLICE JEFF KEPLEY,  )
16   in his representative         )
     capacity; and DOES 1-10,      )
17                                 )
                   Defendants.     )
18   _____)
19            DEPOSITION OF CORY ELDON SPENCER
20                 Los Angeles, California
21                Tuesday, October 11, 2016
22
23   Reported by:
24   Carmen R. Sanchez
25   CSR No. 5060
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4
 5   CORY SPENCER, an individual;  ) Case No.
     DIANA MILENA REED, an         ) 2:16-cv-02129-SJO-RAO
 6   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 7   California non-profit public  )
     benefit corporation,          )
 8                                 )
                  Plaintiffs,      )
 9                                 )
             v.                    )
10                                 )
     LUNADA BAY BOYS; THE          )
11   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
12   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN JOHNSTON )
13   aka JALIAN JOHNSTON, MICHAEL  )
     RAE PAPAYANS, ANGELO FERRARA, )
14   FRANK FERRARA, CHARLIE        )
     FERRARA and N.F.; CITY OF     )
15   PALOS VERDES ESTATES;         )
     CHIEF OF POLICE JEFF KEPLEY,  )
16   in his representative         )
     capacity; and DOES 1-10,      )
17                                 )
                  Defendants.      )
18   _____)
19
20         Deposition of CORY ELDON SPENCER, taken
21   on behalf of defendants, at 777 South Figueroa Street,
22   Suite 4550, Los Angeles, California, beginning at
23   10:01 a.m. and ending at 6:35 p.m., on Tuesday,
24   October 11, 2016, before Carmen R. Sanchez,
25   Certified Shorthand Reporter No. 5060.
```

```
 1    APPEARANCES:
 2    For the Plaintiffs:
 3            HANSON BRIDGETT LLP
              BY:   KURT A. FRANKLIN, ESQ.
 4            425 Market Street
              Twenty-sixth Floor
 5            San Francisco, California  94105
              Telephone:  (415) 777-3200
 6            Facsimile:  (415) 541-9366
              E-mail:  kfranklin@hansonbridgett.com
 7
              HANSON BRIDGETT LLP
 8            BY:   TYSON M. SHOWER, ESQ.
                    LANDON D. BAILEY, ESQ.
 9            500 Capitol Mall
              Suite 1500
10            Sacramento, California  95814
              Telephone:  (916) 442-3333
11            Facsimile:  (916) 442-2348
              E-mail:  tshower@hansonbridgett.com
12                     lbailey@hansonbridgett.com
              (NOT PRESENT)
13
              OTTEN LAW PC
14            BY:  VICTOR OTTEN, ESQ.
              3620 Pacific Coast Highway
15            Suite 100
              Torrance, California  90505
16            Telephone:  (310) 378-8533
              Facsimile:  (310) 347-4225
17            E-mail:  vic@ottenlawpc.com
              (TELEPHONIC APPEARANCE)
18
19
20
21                        Continued ....
22
23
24
25

                                                       Page 3
```

```
 1    APPEARANCES (CONTINUED):
 2    For the Defendants City of Palos Verdes Estates and
      Chief of Police Jeff Kepley:
 3
              KUTAK ROCK LLP
 4            BY:  ANTOINETTE P. HEWITT, ESQ.
              5 Park Plaza
 5            Suite 1500
              Irvine, California  92614-8595
 6            Telephone:  (949) 417-0999
              Facsimile:  (949) 417-5394
 7            E-mail:  Antoinette.Hewitt@KutakRock.com
 8    For the Defendant Brant Blakeman:
 9            VEATCH CARLSON, LLP
              BY:  JOHN P. WORGUL, ESQ.
10            1055 Wilshire Boulevard
              Eleventh Floor
11            Los Angeles, California  90017
              Telephone:  (213) 381-2861
12            Facsimile:  (213) 383-6370
              E-mail:  jworgul@veatchfirm.com
13
      For the Defendant Michael Rae Papayans:
14
              HAVEN LAW
15            BY:  PETER T. HAVEN, ESQ.
              1230 Rosecrans Avenue
16            Suite 300
              Manhattan Beach, California  90266
17            Telephone:  (310) 272-5353
              Facsimile:  (213) 477-2137
18            E-mail:  peter@havenlaw.com
19    For the Defendant Sang Lee:
20            LEWIS BRISBOIS BISGAARD & SMITH LLP
              BY:  TERA A. LUTZ, ESQ.
21            633 West 5th Street
              Suite 4000
22            Los Angeles, California  90071
              Telephone:  (213) 250-1800
23            Facsimile:  (213) 250-7900
              E-mail:  Tera.Lutz@lewisbrisbois.com
24
                         Continued ....
25
```

Page  4

```
 1      APPEARANCES (CONTINUED):
 2      For the Defendant Sang Lee:
 3              BOOTH, MITCHEL & STRANGE
                BY:  DANIEL M. CROWLEY, ESQ.
 4              707 Wilshire Boulevard
                Suite 4450
 5              Los Angeles, California  90017
                Telephone:  (213) 738-0100
 6              Facsimile:  (213) 380-3308
                E-mail:  dmcrowley@boothmitchel.com
 7
        For the Defendants Angelo Ferrara; N.F.
 8      appearing through [Proposed] Guardian Ad Litem,
        Leonora Ferrara Attorney for Petitioner:
 9
                LAW OFFICES OF MARK C. FIELDS, APC
10              BY:  MARK C. FIELDS, ESQ.
                333 South Hope Street
11              Thirty-fifth Floor
                Los Angeles, California  90071
12              Telephone:  (213) 617-5225
                Facsimile:  (213) 629-4520
13              E-mail:  fields@markfieldslaw.com
                (TELEPHONIC APPEARANCE AND PERSONAL APPEARANCE)
14
        For the Defendants Frank Ferrara and Charlie Ferrara:
15
                BREMER WHYTE BROWN & O'MEARA
16              BY:  LAURA L. BELL, ESQ.
                21271 Burbank Boulevard
17              Suite 110
                Woodland Hills, California  91367
18              Telephone:  (818) 712-9800
                Facsimile:  (818) 712-9900
19              E-mail:  lbell@bremerwhyte.com
                (TELEPHONIC APPEARANCE)
20
21
22
23
24                          Continued ....
25
```

```
 1    on, you know, why -- why they're here -- undercover
 2    videos, but I don't know the sources or anything.  I
 3    did see them.
 4           Q    As you sit here right now, any other
 5    videos that you recall seeing?
 6           A    Not at this time.
 7           Q    Do you know who Michael Papayans is?
 8           A    I know that's a name that's popped up a
 9    lot in Lunada Bay.  I know he's allegedly a Bay Boy,
10    and I've heard it but ...
11           Q    I'm sorry.  Go ahead.  Are you finished?
12           A    I'm finished.
13           Q    Thank you.
14                To your knowledge, have you ever seen
15    Michael Papayans?
16           A    Not that I can recall.
17           Q    To your knowledge, have you ever seen
18    one of the other defendants named in this case,
19    Alan Johnston?
20           A    I don't know if I've seen him or not.
21           Q    These incidents that you've described at
22    Lunada Bay, it appears that you were able to identify
23    by name two individuals, and you've talked about them
24    today, Mr. Blakeman and Mr. Lee.
25                Now, just so I understand correctly,
```

```
 1              Certification of Court Reporter
 2                       Federal Jurat
 3
 4         I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby certify:
 6         That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings, prior
 9   to testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14         That before completion of the deposition, a
15   review of the transcript [X] was [ ] was not requested.
16         I further certify that I am neither
17   financially interested in the action nor a relative or
18   employee of any attorney of any of the parties.
19         IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:  October 21, 2016
22
23                    *[signature: Carmen R. Sanchez]*
24                           Carmen R. Sanchez
25                           CSR No. 5060
```

Page 349