<u>*Spencer v. Lunada Bay Boys, et. al.*</u>

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 2**

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3                         WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA   )
     MILENA REED, an individual; and      )
 6   COASTAL PROTECTION RANGERS, INC., a  )
     California non-profit public benefit )
 7   corporation,                         ) Case No.
                                          ) 2:16-cv-02129-SJO-RAO
 8                  Plaintiffs,           )
                                          )
 9          vs.                           )
                                          )
10   LUNADA BAY BOYS, et al.,             )
                                          )
11                  Defendants.           )
     _____)
12
13
14
15
16
17        VIDEOTAPED DEPOSITION OF DIANA MILENA REED
18                    Santa Monica, California
19                   Monday, October 24, 2016
20
21
22
23
24   REPORTED BY:
     Jimmy S. Rodriguez
25   CSR No. 13464


                                                         Page 1
```

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                      WESTERN DIVISION
 4
 5   CORY SPENCER, an individual; DIANA  )
     MILENA REED, an individual; and     )
 6   COASTAL PROTECTION RANGERS, INC., a )
     California non-profit public benefit)
 7   corporation,                        ) Case No.
                                         ) 2:16-cv-02129-SJO-RAO
 8                Plaintiffs,            )
                                         )
 9          vs.                          )
                                         )
10   LUNADA BAY BOYS, et al.,            )
                                         )
11                Defendants.            )
     _____)
12
13
14
15
16
17
18       Videotaped deposition of DIANA MILENA REED, taken
19   before Jimmy Rodriguez, a Certified Shorthand Reporter for
20   the State of California, with principal office in the
21   County of Orange, commencing at 9:12 a.m., Monday,
22   October 24, 2016 at the Premier Business Centers - Santa
23   Monica, 401 Wilshire Boulevard, 12th Floor, Santa Monica,
24   California.
25
```

Page 2

```
 1     APPEARANCES OF COUNSEL:
 2     FOR PLAINTIFFS:
 3              HANSON BRIDGETT, LLP
                BY:  KURT A. FRANKLIN, Esq.
 4              425 Market Street
                26th Floor
 5              San Francisco, CA 94105
                TEL:  (415) 777-3200
 6              FAX:  (415) 541-9366
                Kfranklin@hansonbridgett.com
 7
 8     FOR DEFENDANTS, City of Palos Verdes Estates and Chief of
       Police Jeff Kepley:
 9
                KUTAK ROCK, LLP
10              BY:  ANTOINETTE P. HEWITT, Esq.
                5 Park Plaza
11              Suite 1500
                Irvine, CA 92614
12              TEL:  (949) 417-0999
                FAX:  (949) 417-5394
13              Antoinette.hewitt@kutakrock.com
14
       FOR DEFENDANT, Brant Blakeman:
15
                VEATCH CARLSON, LLP
16              BY:  RICHARD P. DIEFFENBACH, Esq.
                1055 Wilshire Boulevard
17              11th Floor
                Los Angeles, CA 90017
18              TEL:  (213) 381-2861
                FAX:  (213) 383-6370
19              Rdieffenbach@veatchfirm.com
20              BUCHALTER NEMER
                BY:  ROBERT S. COOPER, Esq.
21              1000 Wilshire Boulevard
                Suite 1500
22              Los Angeles, CA 90017
                TEL:  (213) 891-0700
23              FAX:  (213) 630-5609
                Rcooper@buchalter.com
24
25
```

Page 3

```
 1      APPEARANCES OF COUNSEL (Continued):
 2      FOR DEFENDANT, Alan Johnston aka Jalian Johnston:
 3              LAW OFFICES OF J. PATRICK CAREY
                BY:  J. PATRICK CAREY, Esq.
 4              1230 Rosecrans Avenue
                Suite 300
 5              Manhattan Beach, CA 90266
                TEL:  (310) 526-2237
 6              Pat@patcareylaw.com
 7
        FOR DEFENDANT, Angelo Ferrara and N.F.:
 8
                LAW OFFICES OF MARK C. FIELDS, APC
 9              BY:  MARK C. FIELDS, Esq.
                     (Via Telephone)
10              333 South Hope Street
                35th Floor
11              Los Angeles, CA 90071
                TEL:  (213) 617-5225
12              FAX:  (213) 629-4520
                Fields@markfieldslaw.com
13
14      FOR DEFENDANT, Sang Lee:
15              LEWIS BRISBOIS BISGAARD & SMITH
                BY:  TERA A. LUTZ, Esq.
16              633 West 5th Street
                Suite 4000
17              Los Angeles, CA 90071
                TEL:  (213) 250-1800
18              FAX:  (213) 250-7900
                Tera.lutz@lewisbrisbois.com
19
20      FOR DEFENDANT, Sang Lee:
21              BOOTH MITCHEL & STRANGE, LLP
                BY:  DANIEL M. CROWLEY, Esq.
22              707 Wilshire Boulevard
                Suite 3000
23              Los Angeles, CA 90017
                TEL:  (213) 738-0100
24              FAX:  (213) 380-3308
                Dmcrowley@boothmitchel.com
25
```

```
 1      APPEARANCES OF COUNSEL (Continued):
 2      FOR DEFENDANT, Michael Ray Papayans:
 3              HAVEN LAW
                BY:  PETER T. HAVEN, Esq.
 4              1230 Rosecrans Avenue
                Suite 300
 5              Manhattan Beach, CA 90266
                TEL:   (213) 842-4617
 6              FAX:   (213) 477-2137
                Peter@havenlaw.com
 7
 8      Also Present:
 9              MARNIE LEVY, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                               Page 5
```

| | | |
|---|---|---|
| 1 | A     I don't know.  Again, I've blocked a lot | 13:50 |
| 2 | of this out because I've lost a lot of sleep over it | 13:50 |
| 3 | and it was very traumatic to me, but I do remember | 13:51 |
| 4 | him spraying beer on my arm and on the camera. | 13:51 |
| 5 | Q     Was your camera damaged? | 13:51 |
| 6 | A     Thankfully, the camera was not damaged. | 13:51 |
| 7 | You know, I remember there were drops of beer all | 13:51 |
| 8 | over it, but I do remember that it still continued | 13:51 |
| 9 | to work, so... | 13:51 |
| 10 | Q     Were you filming this event at all, or | 13:51 |
| 11 | recording it? | 13:51 |
| 12 | A     No, I was not. | 13:51 |
| 13 | Q     Was anybody else as far as you're aware | 13:51 |
| 14 | filming or recording this event? | 13:51 |
| 15 | A     Mr. Blakeman was filming the event. | 13:51 |
| 16 | Q     How did you find that out? | 13:51 |
| 17 | A     He had a camera that was pointed at me | 13:51 |
| 18 | during the -- during the event, but I don't know, | 13:52 |
| 19 | you know, how much of it he was filming or wasn't | 13:52 |
| 20 | filming.  I don't know if he was recording or not. | 13:52 |
| 21 | But I do remember that there were instances where he | 13:52 |
| 22 | had a camera close to my face. | 13:52 |
| 23 | Q     And was it only Mr. Blakeman that had the | 13:52 |
| 24 | camera? | 13:52 |
| 25 | A     He's the only person that I remember to be | 13:52 |

Hahn & Bowersock, A Veritext Company
800.660.3187

```
 1              Certification of Court Reporter
 2                      Federal Jurat
 3
 4          I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7          That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that a
11   verbatim record of the proceedings was made by me
12   using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof.
15          That before completion of the deposition, a
16   review of the transcript [x] was [ ] was not
17   requested.  I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of any of the parties.
20          IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:  November 3, 2016
23
24
                        Jimmy Rodriguez, RPR
25                      Certificate Number 13464

                                              Page 186
```