_Spencer v. Lunada Bay Boys, et. al._

Case No. 2:16-cv-02129-SJO-RAO

**Exhibit 3**







