**VEATCH CARLSON, LLP**
A Partnership Including Professional Corporations
1055 Wilshire Boulevard, 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
RICHARD P. DIEFFENBACH, State Bar No. 102663
*rdieffenbach@veatchfirm.com*
JOHN E. STOBART, State Bar No. 248741
*jstobart@veatchfirm.com*

**BUCHALTER, APC**
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700

ROBERT S. COOPER, State Bar No. 158878
rcooper@buchalter.com

Attorneys for Defendant,
BRANT BLAKEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | **CASE NO.: 2:16-CV-2129-SJO-RAO**<br>**Hon. S. James Otero, Ctrm. 10C**<br><br>**DEFENDANT BRANT BLAKEMAN'S NOTICE OF LODGING A VIDEO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   August 21, 2017<br>TIME:   10:00 a.m.<br>CTRM:   10C<br>                 1st Street Courthouse<br><br>[Filed Concurrently with Defendant Brant Blakeman's Motion for Summary Judgment, Separate Statement in Support of Motion for Summary Judgment, Declaration of Richard P. Dieffenbach]<br><br>**Action Commenced:    03/29/2016** |

1

**DEFENDANT BRANT BLAKEMAN'S NOTICE OF LODGING A VIDEO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

|  | ) **Discovery Cutoff:** | 08/17/2017 |
|---|---|---|
|  | ) **Pretrial Conf.:** | 10/23/2017 |
| Defendants. | ) **Trial Date:** | 11/07/2017 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant BRANT BLAKEMAN ("Blakeman") hereby lodges the following non-paper physical exhibits:

<u>Declaration of Richard P. Dieffenbach in Support of Brant Blakeman's Motion for Summary Judgment</u> :

| **Exhibit No.** | **Description** |
|---|---|
| A | Video footage taken on February 13, 2016 by Brant Blalkeman. |

Dated: July 24, 2017         **VEATCH CARLSON, LLP**

                    By: /s/ John E. Stobart
                        JOHN E. STOBART
                        Attorneys for Defendant,
                        BRANT BLAKEMAN

Dated: July 24, 2017         **BUCHALTER NEMER**

                    By: /s/ Robert S. Cooper
                        ROBERT S. COOPER
                        Attorneys for Defendant,
                        BRANT BLAKEMAN