Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br> Defendants. | Case No. 2:16-cv-2129 <br><br> Judge: Hon. S. James Otero <br> Dept: Courtroom 10C <br><br> Magistrate Judge: <br> Hon. Rozella A. Oliver <br><br> **DEFENDANT CHARLIE FERRARA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> *[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice of Adjudicative Facts; Declaration of Tiffany Bacon; Notices of Lodging; proposed Statement of Uncontroverted Facts and Conclusions of Law and [Proposed] Judgment lodged herewith]* <br><br> Date: August 21, 2017 <br> Time: 10:00 a.m. <br> Dept: Courtroom 10C <br><br> Complaint Filed: March 29, 2016 <br> Trial Date: November 7, 2017 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 21, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10C of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant CHARLIE FERRARA ("Defendant" or "Charlie Ferrara") will move and hereby does move for summary judgment in his favor and against Plaintiffs CORY SPENCER ("Spencer"), DIANA MILENA REED ("Reed") and COASTAL PROTECTION RANGERS, INC. ("Rangers") (collectively, "Plaintiffs"), or, in the alternative, partial summary judgment on Plaintiffs' causes of action for Bane Act, Public Nuisance, Assault and Battery Only. This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on July 12, 2017. (Declaration of Tiffany Bacon, ¶ 3.)

Pursuant to *Federal Rules of Civil Procedure*, Rule 56, Defendant's Motion is made on the ground there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law. Plaintiffs have asserted the following causes of action against Defendant: (1) Bane Act; (2) Public Nuisance; (3) Assault; (4) Battery; and (5) Negligence.[1] Defendant is entitled to judgment in his favor on all of Plaintiffs' causes of action. Defendant respectfully requests this Court enter Summary Judgment in favor of Defendant on all of Plaintiffs' causes of action alleged in their Complaint.

**ISSUE 1:** Defendant is entitled to Summary Judgment on all of Plaintiffs' causes of action, including Bane Act, Public Nuisance, Assault, Battery, and Negligence, as Plaintiffs' claims are without merit.

---

[1] In or around July 22, 2016, the Court declined to exercise supplemental jurisdiction over Plaintiffs' Fifth Cause of Action for Violation of California Coastal Act.

In the alternative, the Court should grant Partial Summary Judgment on the following causes of action Only:

**ISSUE 2:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' First Cause of Action for Bane Act, as Plaintiffs' claim is without merit.

**ISSUE 3:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Second Cause of Action for Public Nuisance, as Plaintiffs' claim is without merit.

**ISSUE 4:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Sixth Cause of Action for Assault, as Plaintiffs' claim is without merit.

**ISSUE 5:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Seventh Cause of Action for Battery, as Plaintiffs' claim is without merit.

This Motion is brought pursuant to *Federal Rules of Civil Procedure*, Rule 56 and Local Rules 56-1 to 56-3 of the Central District of California and is based upon this Notice, the Memorandum of Points served and filed herewith, the Statement of Uncontroverted Facts and Conclusions served and filed herewith, the Declaration of Tiffany Bacon served and filed herewith, the Request for Judicial Notice of Adjudicative Facts served and filed herewith, the orders and pleadings in the Court's file herein, the files and records in this action, and upon any other evidence or oral argument as may be permitted on this Motion, and such matters as to which judicial notice may be taken.

Dated: July 24, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Alison K. Hurley
Tiffany L. Bacon
Attorneys for Defendants
FRANK FERRARA and CHARLIE FERRARA

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On July 24, 2017, I served the within document(s) described as:

DEFENDANT CHARLIE FERRARA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the [Email receipt System] filing receipt page will be maintained with the original document(s) in our office.

Executed on July 24, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Hailey Williams | _/s/ Hailey Williams_ |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

**Cory Spencer v. Lunada Bay Boys et al.,**

**Case No. 2:16-cv-2129-SJO**

BWB&O CLIENT:    Frank and Charlie Ferrara
BWB&O FILE NO.:    1178.176

**SERVICE LIST**

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\1178\176\PROOF OF SERVICE.docx