Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-2129<br><br>Judge: Hon. S. James Otero<br>Dept: Courtroom 10C<br><br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>**DEFENDANT CHARLIE FERRARA'S NOTICE OF LODGING [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>*[Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Request for Judicial Notice of Adjudicative Facts; Declaration of Tiffany Bacon; Notices of Lodging; [Proposed] Judgment lodged herewith]*<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Dept: Courtroom 10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant CHARLIE FERRARA ("Defendant" or "Charlie Ferrara") will and does hereby lodge the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law.

Dated: July 24, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Alison K. Hurley
Tiffany L. Bacon
Attorneys for Defendants
FRANK FERRARA and CHARLIE FERRARA

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

# [Proposed] Statement of Uncontroverted Facts and Conclusions of Law

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3

Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-2129<br><br>Judge: Hon. S. James Otero<br>Dept: Courtroom 10C<br><br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CHARLIE FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Request for Judicial Notice of Adjudicative Facts; Declaration of Tiffany Bacon; and [Proposed] Judgment lodged herewith*]<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Dept: Courtroom 10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT CHARLIE FERRARA'S (hereinafter "Charlie Ferrara" or "Defendant") MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS, CORY SPENCER ("Spencer"), DIANA MILENA REED ("Reed") and COASTAL PROTECTION RANGERS, INC. ("CPR") (collectively, "Plaintiffs"):**

**ISSUE 1:** Defendant is entitled to Summary Judgment on all of Plaintiffs' claims, including Bane Act, Public Nuisance, Assault, Battery, and Negligence, as Plaintiffs' claims are without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 1. Charlie Ferrara is the son of Defendant Frank Ferrara. | Declaration of Tiffany Bacon ("Bacon Decl."), Ex. K (hereinafter "C. Ferrara Dep.") at 17:7-17:8. |
| 2. Charlie Ferrara is the nephew to Defendant Angelo Ferrara and the cousin to Defendant N.F.  Defendant Angelo Ferrara is also the father to non-party Leo Ferrara. | C. Ferrara Dep. at 18:2-18:19. |
| 3. Charlie Ferrara was in the presence of Plaintiff Reed on only two occasions prior to the filing of this action.  The first was on February 13, 2016; however, he was not involved in the interactions she had with other individuals on that day.  The second time was a couple of months | C. Ferrara Dep. at 117:19-131:21; 134:20-136:20. |

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| after February 2016, where he saw Plaintiff Reed sitting at the patio at Lunada Bay but did not say anything to her. | |
| 4. Charlie Ferrara has never met Plaintiff Spencer. | C. Ferrara Dep. at 175:5-175:8. |
| 5. Prior to January of 2016, Plaintiff Spencer never surfed at Lunada Bay. | Bacon Decl., Ex. L (hereinafter "Spencer Dep.") at 62:10-62:22. |
| 6. Plaintiff Spencer is unable to distinguish one member of the Ferrara family from the next. | Spencer Dep. at 219:9-219:20. |
| 7. Plaintiff Reed never surfed at Lunada Bay prior to January of 2016. | Bacon Decl., Ex. M (hereinafter "Reed Dep.") at 104:23-105:6. |
| 8. On February 13, 2016, Plaintiff Reed visited the patio down at Lunada Bay. | Reed Dep. at 181:9-183:9; 202:24-204:9; 301:21-304:1; C. Ferrara Dep. at 117:19-131:21. |
| 9. Charlie Ferrara was near the corner of the patio at Lunada Bay on February 13, 2016, in the morning, getting ready to go surfing. | C. Ferrara Dep. at 117:19-131:21. |
| 10. Charlie Ferrara observed Plaintiff Reed, a second woman, Defendant Brant Blakeman and Defendant Alan Johnston on the patio that morning of February 13, | C. Ferrara Dep. at 117:19-131:21. |

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 2016 at Lunada Bay. | |
| 11. Charlie Ferrara did not participate in the interaction that took place between Plaintiff Reed, Defendant Brant Blakeman, Defendant Alan Johnston and the other person and did not hear the words that were exchanged among the group. | C. Ferrara Dep. at 120:5-134:8. |
| 12. On February 13, 2016, Charlie Ferrara was only concerned about getting in the water to surf because he had a short amount of time to do so before he had to go to work. | C. Ferrara Dep. at 117:19-123:18. |
| 13. When Charlie Ferrara returned to the beach from surfing, there were two police officers present. | C. Ferrara Dep. at 124:24-128.21. |
| 14. Plaintiff Reed recorded a conversation she claims was between her and Charlie Ferrara. | Reed Dep. at 270:21-271:4. |
| 15. The man speaking in the recording is actually Charlie Ferrara's cousin, Leo Ferrara. | Bacon Decl., Ex. N (hereinafter "Leo Decl."). |
| 16. Defendant N.F., Leo Ferrara's brother, identified Leo Ferrara's voice in | Bacon Decl., Ex. O (hereinafter N.F. Dep.") at 142:24 – 143:9. |

4

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| the recording. | |
| 17. Leo Ferrara states in the recording that he lives on the Palos Verdes peninsula and that his father works on cars. | Bacon Decl., Ex. P (hereinafter "Reed Recording"); Bacon Decl., Ex. S (hereinafter "Recording Transcript") at 3. |
| 18. Defendant Angelo Ferrara, Leo Ferrara's father, lives in Palos Verdes Estates at the time of the recording. | Bacon Decl., Ex. Q (hereinafter "Angelo Dep.") at 9:8-9:15. |
| 19. Defendant Frank Ferrara, Charlie Ferrara's father, lives in Wildomar. | Bacon Decl., Ex. R (hereinafter "F. Ferrara Dep.") at 18:2-18:3. |
| 20. Charlie Ferrara lives in San Pedro, and previously lived with his parents in Wildomar. | C. Ferrara Dep. at 16:3-16:17. |
| 21. Defendant Frank Ferrara does not work on cars; he is in car sales. | F. Ferrara Dep. at 37:3 – 39:14; C. Ferrara Dep. at 17:7-17:13. |
| 22. Defendant Angelo Ferrara owns an auto paint and body shop. | C. Ferrara Dep. at 18:2-18:6. |
| 23. Ken Claypool could not identify Charlie Ferrara, stating he would "have to see pictures and determine actually who's who" of the defendants. | Bacon Decl., Ex. U (hereinafter "Claypool Dep.") at 48:3-48:24, 49:10-50:6. |
| 24. Mr. Claypool misidentified Charlie Ferrara as having dark hair, when in fact Charlie Ferrara has blonde hair. | Claypool Dep. at 90:25-91:3; Bacon Decl., Ex. T (hereinafter "Charlie Photo"). |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 25. Ken Claypool did not testify to ever witnessing Charlie Ferrara threaten or intimidate anyone at Lunada Bay, engage in any wrongful behavior at Lunada Bay, or be involved in any physical altercation with anyone at Lunada Bay. | Claypool Dep. at 51:19-53:6; 91:4-91:16. |
| 26. Mr. Claypool never had any conversations with Plaintiff Reed or Plaintiff Spencer about any actions of Charlie Ferrara at Lunada Bay. | Claypool Dep. at 52:4-52:13. |
| 27. Mr. Claypool's knowledge of Charlie Ferrara comes not from personal experiences with him, but rather from Facebook posts and gossip. | Claypool Dep. at 88:8-89:25. |
| 28. Mr. Claypool testified he only heard secondhand Charlie Ferrara was one of the individuals that harassed Plaintiff Reed, not that he had any personal knowledge of relevant facts. | Claypool Dep. at 89:3-89:25. |
| 29. Jim Russi has no knowledge of Charlie Ferrara engaging in any wrongful conduct at or near Lunada Bay nor Charlie Ferrara being involved in any illegal activity at or near Lunada Bay. | Bacon Decl., Ex. V (hereinafter "Russi Decl."). |

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 30. Plaintiffs have not provided a single discovery response tying any action or inaction of Charlie Ferrara to Plaintiffs' claimed damages in this case. Plaintiffs rely on the 13-minute recording between Plaintiff Reed and Leo Ferrara, which does not contain the voice of Charlie Ferrara. | Bacon Decl., Ex. W; Leo Decl.; N.F. Dep. at 142:25 – 143:9. |
| 31. Defendant Sang Lee testified that Charlie Ferrara has never had any communications with him about preventing persons from visiting Lunada Bay, or any communications about preventing persons from surfing at Lunada Bay. | Bacon Decl., Ex. X (hereinafter "Lee Dep.") at 295:6-295:25. |
| 32. Charlie Ferrara testified that he has communicated with Defendant Sang Lee, by telephone, regarding some work that Defendant Sang Lee provided for him for roofing in 2014. | C. Ferrara Dep. at 47:25-48:21. |
| 33. Charlie Ferrara has not communicated with any other defendant in any manner to support Plaintiffs' claims in this case. | C. Ferrara Dep. at 47:25-50:21. |

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 34. Defendant Sang Lee has never witnessed Charlie Ferrara attempting to prevent persons from visiting or surfing Lunada Bay. | Lee Dep. at 295:6-295:25. |

Alternatively, Charlie Ferrara requests partial summary judgment on the following causes of action only:

**ISSUE 2:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' First Cause of Action for Bane Act, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Charlie Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. | Charlie Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. |

///
///
///
///
///
///

**ISSUE 3:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Second Cause of Action for Public Nuisance, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Charlie Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. | Charlie Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. |

**ISSUE 4:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Sixth Cause of Action for Assault, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Charlie Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. | Charlie Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. |

///
///
///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

**ISSUE 5:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Seventh Cause of Action for Battery, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Charlie Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. | Charlie Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 34 by this reference as though fully set forth herein. |

Dated: July ___, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Alison K. Hurley
Tiffany L. Bacon
Attorneys for Defendants
FRANK FERRARA and CHARLIE FERRARA

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On July 24, 2017, I served the within document(s) described as:

DEFENDANT CHARLIE FERRARA'S NOTICE OF LODGING [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the [Email receipt System] filing receipt page will be maintained with the original document(s) in our office.

Executed on July 24, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Hailey Williams | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

**Cory Spencer v. Lunada Bay Boys et al.,**

**Case No. 2:16-cv-2129-SJO**

BWB&O CLIENT: Frank and Charlie Ferrara
BWB&O FILE NO.: 1178.176

**SERVICE LIST**

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\1178\176\PROOF OF SERVICE.docx