1  Alison K. Hurley, State Bar No. 234042
   ahurley@bremerwhyte.com
2  Tiffany L. Bacon, State Bar No. 292426
   tbacon@bremerwhyte.com
3  BREMER WHYTE BROWN & O'MEARA LLP
   20320 S.W. Birch Street
4  Second Floor
   Newport Beach, California 92660
5  Telephone: (949) 221-1000
   Facsimile: (949) 221-1001
6
7  Attorneys for Defendants,
   FRANK FERRARA and CHARLIE FERRARA

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 CORY SPENCER, an individual; DIANA  ) Case No. 2:16-cv-2129
   MILENA REED, an individual; and      )
12 COASTAL PROTECTION RANGERS,          ) Judge: Hon. S. James Otero
   INC., a California non-profit public ) Dept: Courtroom 10C
13 benefit corporation,                 )
                                        ) Magistrate Judge:
14        Plaintiff,                    ) Hon. Rozella A. Oliver
                                        )
15    vs.                               ) **DEFENDANT FRANK**
                                        ) **FERRARA'S NOTICE OF**
16 LUNADA BAY BOYS; THE                 ) **LODGING [PROPOSED]**
   INDIVIDUAL MEMBERS OF THE            ) **STATEMENT OF**
17 LUNADA BAY BOYS, including but not   ) **UNCONTROVERTED FACTS**
   limited to SANG LEE, BRANT           ) **AND CONCLUSIONS OF LAW**
18 BLAKEMAN, ALAN JOHNSTON AKA          )
   JALIAN JOHNSTON, MICHAEL RAE         ) *[Filed concurrently with Notice of*
19 PAPAYANS, ANGELO FERRARA,            ) *Motion; Memorandum of Points and*
   FRANK FERRARA, CHARLIE               ) *Authorities; Request for Judicial*
20 FERRARA; CITY OF PALOS VERDES        ) *Notice of Adjudicative Facts;*
   ESTATES; CHIEF OF POLICE JEFF        ) *Declaration of Tiffany Bacon; Notices*
21 KEPLEY, in his representative capacity; ) *of Lodging; [Proposed] Judgment*
   and DOES 1-10,                       ) *lodged herewith]*
22                                      )
          Defendants.                   ) Date: August 21, 2017
23 _____) Time: 10:00 a.m.
                                          Dept: Courtroom 10C
24
                                          Complaint Filed: March 29, 2016
25                                        Trial Date:       November 7. 2017

26

27

28

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant FRANK FERRARA ("Defendant" or "Frank Ferrara") will and does hereby lodge the [Proposed] Statement of Uncontroverted Facts and Conclusions of Law.

Dated: July 24, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Alison K. Hurley
Tiffany L. Bacon
Attorneys for Defendants
FRANK FERRARA and CHARLIE FERRARA

# [Proposed] Statement of Uncontroverted Facts and Conclusions of Law

Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-2129<br><br>Judge:  Hon. S. James Otero<br>Dept:   Courtroom 10C<br><br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF FRANK FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Request for Judicial Notice of Adjudicative Facts; Declaration of Tiffany Bacon; Notices of Lodging; proposed Statement of Uncontroverted Facts and Conclusions of Law and [Proposed] Judgment lodged herewith*]<br><br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Dept: Courtroom 10C<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:             November 7, 2017 |

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT FRANK FERRARA'S (hereinafter "Frank Ferrara" or "Defendant") MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS, CORY SPENCER ("Spencer"), DIANA MILENA REED ("Reed") and COASTAL PROTECTION RANGERS, INC. ("CPR") (collectively, "Plaintiffs"):**

**ISSUE 1:** Defendant is entitled to Summary Judgment on all of Plaintiffs' claims, including Bane Act, Public Nuisance, Assault, Battery, and Negligence, as Plaintiffs' claims are without merit.

| DEFENDANT'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 1. Frank Ferrara is the father of Defendant Charlie Ferrara. | Declaration of Tiffany Bacon ("Bacon Decl."), Ex. L (hereinafter "F. Ferrara Dep.) at 22:21-23:2. |
| 2. Frank Ferrara is the brother of Defendant Angelo Ferrara and the uncle of Defendant N.F. and non-party Leo Ferrara. | F. Ferrara Dep. at 21:23-21:25; Bacon Decl., Ex. R (hereinafter C. Ferrara Dep.") at 18:2-18:19. |
| 3. Frank Ferrara has never met or come into contact with Plaintiff Spencer or Plaintiff Reed. | F. Ferrara Dep. at 213:9-213:20. |
| 4. Prior to January of 2016, Plaintiff Spencer never surfed at Lunada Bay. | Bacon Decl., Ex. M (hereinafter "Spencer Dep.") at 62:15-62:22. |
| 5. Plaintiff Spencer is unable to distinguish one member of the Ferrara family from the next. | Spencer Dep. at 219:9-219:20. |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

| DEFENDANT'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| 6. Plaintiff Spencer has never interacted with Frank Ferrara. | Bacon Decl., Ex. M and Q; RJN, Ex. H. |
| 7. Plaintiff Reed never surfed at Lunada Bay prior to January 2016. | Bacon Decl., Ex. N (hereinafter "Reed Dep.") at 104:7-105:6. |
| 8. Plaintiff Reed has never interacted with Frank Ferrara. | Bacon Decl., Ex. N and Q; RJN, Ex. I. |
| 9. With respect to members of the Ferrara family, Ken Claypool has only interacted with Frank Ferrara, Senior (the father of Moving Party Frank Ferrara) and Defendant Angelo Ferrara. | Bacon Decl., Ex. O ("Claypool Dep.") at 50:16-51:16. |
| 10. Mr. Claypool did not identify Moving Party Frank Ferrara as one of the "Lunada Bay Boys." | Claypool Dep. at 88:3-88:7. |
| 11. Jim Russi has no knowledge of Frank Ferrara engaging in any wrongful conduct at or near Lunada Bay nor Frank Ferrara being involved in any illegal activity at or near Lunada Bay. | Bacon Decl., Ex. P (hereinafter "Russi Decl."). |
| 12. Plaintiffs have not provided a single discovery response tying any action or inaction of Frank Ferrara to any of the Plaintiffs' claimed damages in this case. | Bacon Decl., Ex. Q. |
| 13. Defendant Sang Lee has never had | Bacon Decl., Ex. S ("Lee Dep.") at |

| DEFENDANT'S UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| any communications with Frank Ferrara about how to behave at Lunada Bay, or any communications about preventing people from visiting Lunada Bay, or any communications about preventing persons from surfing Lunada Bay. | 294:14-295:5; F. Ferrara Dep. at 275:16-276:23. |
| 14. Defendant Sang Lee has never witnessed Frank Ferrara attempting to prevent any person from visiting or surfing Lunada Bay. | Lee Dep. at 295:20-295:25. |

Alternatively, Frank Ferrara requests partial summary judgment on the following causes of action Only:

**ISSUE 2:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' First Cause of Action for Bane Act, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Frank Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. |

**ISSUE 3:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Second Cause of Action for Public Nuisance, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Frank Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. |

**ISSUE 4:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Sixth Cause of Action for Assault, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Frank Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. |

///
///
///
///
///

**ISSUE 5:** Defendant is entitled to Partial Summary Judgment on Plaintiffs' Seventh Cause of Action for Battery, as Plaintiffs' claim is without merit.

| UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW | SUPPORTING EVIDENCE IN SUPPORT OF UNCONTROVERTED FACTS |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Frank Ferrara incorporates Supporting Evidence to Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. |

Dated: July ___, 2017

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Alison K. Hurley
Tiffany L. Bacon
Attorneys for Defendants
FRANK FERRARA and CHARLIE FERRARA

20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

6

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On July 24, 2017, I served the within document(s) described as:

DEFENDANT FRANK FERRARA'S NOTICE OF LODGING [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the [Email receipt System] filing receipt page will be maintained with the original document(s) in our office.

Executed on July 24, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Hailey Williams
(Type or print name)

_/s/ Hailey Williams_
(Signature)

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

**Cory Spencer v. Lunada Bay Boys et al.,**

**Case No. 2:16-cv-2129-SJO**

BWB&O CLIENT:   Frank and Charlie Ferrara
BWB&O FILE NO.:   1178.176

**SERVICE LIST**

| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
|---|---|---|
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

H:\1178\176\PROOF OF SERVICE.docx