1 | Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
2 | Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
3 | BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
4 | Second Floor
Newport Beach, California 92660
5 | Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | Case No. 2:16-cv-2129 |
| | Judge: Hon. S. James Otero |
| | Dept: Courtroom 10C |
| Plaintiff, | Magistrate Judge: Hon. Rozella A. Oliver |
| vs. | **[PROPOSED] JUDGMENT ON FRANK FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | [Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Request for Judicial Notice of Adjudicative Facts; Declaration of Tiffany Bacon; Notices of Lodging; proposed Statement of Uncontroverted Facts and Conclusions of Law lodged herewith] |
| Defendants. | Date: August 21, 2017 |
| | Time: 10:00 a.m. |
| | Dept: Courtroom 10C |
| | Complaint Filed: March 29, 2016 |
| | Trial Date: November 7, 2017 |

Defendant FRANK FERRARA's ("Defendant" or "Frank Ferrara") Motion for Summary Judgment against Plaintiffs, CORY SPENCER ("Plaintiff Spencer"),

1  DIANA MILENA REED ("Plaintiff Reed") and COASTAL PROTECTION
2  RANGERS, INC. ("Plaintiff CPR") (collectively, "Plaintiffs"), came for hearing on
3  August 21, 2017 at 10:00 a.m. in Courtroom 10C of the above-entitled Court.
4  Having considered the papers submitted in support of and in opposition to Frank
5  Ferrara's Motion, and the oral arguments presented by counsel, the Court finds there
6  is no genuine dispute as to any material fact, and Frank Ferrara is entitled to
7  judgment as a matter of law on all of Plaintiffs' claims, including Bane Act, Public
8  Nuisance, Assault, Battery, and Negligence, as Plaintiffs' claims are without merit.
9  Frank Ferrara's Motion for Summary Judgment is GRANTED.
10     IT IS FURTHER ORDERED:
11     _____
12     _____
13     _____.
14 **IT IS SO ORDERED.**
15  Dated: _____   _____
16                                        Honorable S. James Otero
17                                        UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On July 24, 2017, I served the within document(s) described as:

[PROPOSED] JUDGMENT ON FRANK FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the [Email receipt System] filing receipt page will be maintained with the original document(s) in our office.

Executed on July 24, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Hailey Williams | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

<u>**Cory Spencer v. Lunada Bay Boys et al.,**</u>

**Case No. 2:16-cv-2129-SJO**

**BWB&O CLIENT:** Frank and Charlie Ferrara
**BWB&O FILE NO.:** 1178.176

<u>**SERVICE LIST**</u>

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\1178\176\PROOF OF SERVICE.docx