UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-02129-SJO (RAOx)     Date: July 25, 2017
Title: Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | CS-7/25/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Victor Otten | Tera Lutz |
| Samantha Wolff | Daniel Crowley |
| | Mark Fields |
| | John Stobart |
| | Tiffany Bacon |
| | Jacob Song |

**Proceedings:**     **MINUTE ORDER RE: TELEPHONIC HEARING**

The case was called and counsel for the parties entered their appearances. The parties and the Court discussed the pending discovery dispute between Plaintiffs and Defendant Sang Lee regarding the production of an extraction report that was created as a result of imaging Defendant Lee's cellular phone.

The Court has conducted an *in camera review* of the extraction report. As stated on the record, Defendant Lee is ordered to produce the extraction report by **2:00 p.m. today, July 25, 2017**. Defendant Lee may redact only the following from the extraction report: sensitive personal photographs, Defendant Lee's residential address, and communications between Defendant Lee and his attorneys.

The parties may file a stipulated protective order governing production of the extraction report. The failure to agree upon a stipulated protective order shall not relieve Defendant Lee of the obligation to product the extraction report by the 2:00 p.m. deadline.

**IT IS SO ORDERED.**

                                                                      : 38
Initials of Preparer    slb