UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | July 26, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Not Present | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS:

This matter is before the Court on Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc.'s (together, "Plaintiffs") Request for Extension of Time to oppose Defendants' summary judgment motions ("Request"), filed July 24, 2017. In their Request and supporting declaration, Plaintiffs seek an additional seven (7) days to oppose the seven summary judgment motions, filed between July 21, 2017 and July 24, 2017 by the individual defendants. (See Request, ECF No. 282.) Each of these motions is set for hearing on August 21, 2017, requiring Plaintiffs to file oppositions less than two weeks after these seven motions have been filed. (See Individual Defs.' Mots. for Summ. J., ECF Nos. 274, 278-279, 283-286.) Plaintiffs do not seek additional time to oppose City Defendants' motion for summary judgment. (Cf. ECF No. 268.)
In light of this compressed timeline and in light of the discovery disputes that appear to remain ongoing, the Court will permit Plaintiffs to file oppositions to each individual defendant's motion for summary judgment on or before Monday, August 7, 2017. In the interest of fairness, the Court will permit individual defendants additional time to file their optional reply briefs--they may file their briefs on or before Thursday, August 17, 2017. The Court CONTINUES the hearing dates on all pending motions for summary judgment, including the motion filed by City Defendants, from August 21, 2017 to September 5, 2017 @ 10:00 a.m.

|  | : | 0/00 |
|---|---|---|
| Initials of Preparer | | vpc |