UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-02129-SJO (RAOx)    Date: July 26, 2017
Title: Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | CS7/26/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):    Attorneys Present for Defendant(s):

Victor Otten    Tiffany Bacon
Samantha Wolff    Tera Lutz
    Mark Fields
    Jacob Song

**Proceedings:** **MINUTE ORDER RE: TELEPHONIC HEARING AND SETTING BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS**

The case was called and counsel for the parties entered their appearances. The parties and the Court discussed the pending discovery dispute between Plaintiffs and Defendants Frank Ferrara and Charlie Ferrara.

As stated on the record, a telephonic hearing has been set for August 23, 2017 at 10:00 a.m. The Court sets the following briefing schedule for Plaintiffs' motion for sanctions in relation to the discovery dispute between Plaintiffs and Defendants Frank Ferrara and Charlie Ferrara:
- Plaintiffs' brief shall be due by August 14, 2017.
- Defendants' response brief shall be due by August 21, 2017.

**IT IS SO ORDERED.**

:  42
Initials of Preparer    slb