1  HANSON BRIDGETT LLP                        NOT JS-6
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   JENNIFER ANIKO FOLDVARY, SBN 292216
5  jfoldvary@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, California 94105
   Telephone:  (415) 777-3200
7  Facsimile:   (415) 541-9366

8  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
9  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
10 lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
11 Sacramento, California 95814
   Telephone:  (916) 442-3333
12 Facsimile:   (916) 442-2348

13 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
14 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
15 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
16 Torrance, California 90505
   Telephone:  (310) 378-8533
17 Facsimile:   (310) 347-4225

18 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
19 REED, and COASTAL PROTECTION
   RANGERS, INC.

20

21              UNITED STATES DISTRICT COURT

22     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

23

24 CORY SPENCER, an individual;        CASE NO. 2:16-cv-02129-SJO (RAOx)
   DIANA MILENA REED, an
25 individual; and COASTAL            **ORDER GRANTING DISMISSAL OF
   PROTECTION RANGERS, INC., a        DEFENDANT N.F. WITHOUT
26 California non-profit public benefit   PREJUDICE**
   corporation,
27

28
                                                            -1-                    Case No. 2:16-cv-02129-SJO (RAOx)

FILED
CLERK, U.S. DISTRICT COURT

July 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:        VPC        DEPUTY

| | |
|---|---|
| Plaintiffs, | Complaint Filed:   March 29, 2016 |
| v. | Trial Date:   November 7, 2017 |

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative
capacity; and DOES 1-10,

Defendants.

This Court, having considered the Stipulation Re: Dismissal of Defendant
N.F. Without Prejudice and good cause appearing, ORDERS AS FOLLOWS:

1.    Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection
Rangers, Inc.'s ("Plaintiffs") claims against Defendant N.F. are dismissed without
prejudice;

2.    Defendant N.F. shall produce documents responsive to Plaintiffs'
previously-propounded Requests for Production of Documents notwithstanding his
dismissal from this action, and this Court retains jurisdiction to order such
production;

3.    As to each other, Plaintiffs and Defendant N.F. agree to waive all
claims to attorneys' fees and costs in this federal lawsuit; and

4.    The parties' stipulation and this Order are not an adjudication on the
merits nor an admission regarding Plaintiffs' claims against Defendant N.F., nor is it
an admission by Defendant N.F. of any wrongdoing, and Plaintiffs' claims against

1   Defendant N.F. are hereby dismissed without prejudice.

2          IT IS SO ORDERED.

3                                          S. James Otero

4   DATED:  July 27, 2016
                                 _____
5                                HON. S. JAMES OTERO
                                 UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13638092.1   [PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT N.F. WITHOUT PREJUDICE