HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx) <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative
capacity; and DOES 1-10,

Defendants.

Complaint Filed:    March 29, 2016
Trial Date:         November 7, 2017

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR**
**RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection
Rangers, Inc. ("Plaintiffs") respectfully request this Court take judicial notice,
pursuant to Rule 201(b)(2) of the Federal Rules of Civil Procedure, of the following:

1.      Attached as Exhibit A is a true and correct copy of a July 5, 1991 Los
Angeles Times article authored by Tim Waters, entitled "The Hazards of Surfing
Lunada Bay : Peninsula: Outsiders run the risk of being pelted with rocks or having
their vehicles vandalized.  The locals offer no apologies for treating the public area
as if it was their own."  This article is available online through the Los Angeles
Times website at: http://articles.latimes.com/1991-07-05/local/me-1657_1_lunada-
bay;

2.      Attached as Exhibit B is a true and correct copy of a May 8, 1995 Los
Angeles Times article authored by Tony Perry, entitled "Turf Wars Spoil Sanctity of

1  Southland Surf Beaches : Violence: Popularity leads to crowding.  Charges that one

2  group attacked outsiders highlight the problem."  This article is available online

3  through the Los Angeles Times website at: http://articles.latimes.com/1995-05-

4  08/news/mn-63795_1_lunada-bay;

5       3.    Attached as Exhibit C is a true and correct copy of a December 29,

6  2016 report by Todd D. Minton and Zhen Zeng, Ph.D. from the Bureau of Justice

7  Statistics entitled "Jail Inmates In 2015."  This report is available online through the

8  Bureau of Justice Statistics website at:

9  https://www.bjs.gov/index.cfm?ty=pbdetail&iid=5872; and

10      4.    Attached as Exhibit D is a true and correct copy of the Palos Verdes

11  Homes Association's Protective Restrictions for Palos Verdes Estates.  This

12  document was obtained directly from the Palos Verdes Homes Association.  Decl.

13  A. Apostle, ¶ 7.  Exhibit D consists of both the Protective Restrictions with whited

14  out provisions and a copy of the Protective Restrictions with the white out removed.

15      The Court may take judicial notice of Exhibits A, B, C, and D under Federal

16  Rule of Civil Procedure 201(b)(2) because these documents can be accurately and

17  readily determined from sources whose accuracy cannot reasonably be questioned.

18  DATED:  July 31, 2017                    HANSON BRIDGETT LLP

19

20

21                          By:      /s/ Kurt A. Franklin

22                               KURT A. FRANKLIN
                                LISA M. POOLEY
23                               SAMANTHA D. WOLFF
                                TYSON M. SHOWER
24                               LANDON D. BAILEY
                                Attorneys for Plaintiffs
25                               CORY SPENCER, DIANA MILENA
                                REED, and COASTAL PROTECTION
26                               RANGERS, INC.

27

28

13661281.1