# EXHIBIT 1

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3                            -   -   -

 4   CORY SPENCER, an individual,  )
     DIANA MILENA REED, an         )
 5   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 6   California non-profit public  )
     benefit corporation,          )
 7                                 )
                     Plaintiffs,   )
 8                                 )
             vs.                   ) No. 2:16-cv-02129-SJO (RAOx)
 9                                 )
     LUNADA BAY BOYS; THE          )
10   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
11   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN          )
12   JOHNSTON, MICHAEL RAE         )
     PAPAYANS, ANGELO FERRARA,     )
13   FRANK FERRARA, CHARLIE        )
     FERRARA, and N.F.; CITY OF    )
14   PALOS VERDES ESTATES; CHIEF   )
     OF POLICE JEFF KEPLEY, in his )
15   representative capacity; and  )
     DOES 1-10,                    )
16                                 )
                     Defendants.   )
17   _____)

18                         DEPOSITION OF

19                         STEVEN BARBER

20                       IRVINE, CALIFORNIA

21                        JUNE 22, 2017

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
     REPORTED BY:  DENISE J. PAGANO, CSR. 7233
25   FILE NO.:  AB064C5
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    That's it?  Skelly?                          10:55

 2      A    (Nods head.)

 3      Q    What city do you live in now?

 4      A    I live in the City of Irvine.

 5      Q    Oh, this was an easier commute for you today?

 6      A    It was great.

 7      Q    And do you work four-day shifts, or what's your

 8  regular shift assignment?  Is there one?

 9      A    Yes, I'm a patrol sergeant, so I work a three-day

10  shift, 12-hour days.  I work Monday, Tuesday, Wednesday from

11  7:00 a.m. to 7:00 p.m.

12      Q    Are shifts bid upon, or is it the chief assigns it?

13           What's the --

14      A    Right now, it's bid upon by seniority.

15      Q    Okay.  And sometimes it's -- is it always bid by    10:57

16  seniority or does it -- who makes the shifts?  Let me ask

17  you that.

18      A    Well, it's always -- it has been seniority for as

19  long as I can remember, but the chief, with the captains

20  involved, could make the decision to assign -- to assign

21  shifts to people if need be.

22      Q    Does that happen very often?

23      A    No.

24      Q    Are you familiar with a Ferrara family?

25      A    Yes, I am.
```

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      Q    And in terms of the Ferrara family, how many       10:57

2  members of that family do you know either professionally or

3  otherwise?

4      A    I just -- professionally, but one of them -- the

5  mother of a couple of them went to high school with me.  Her

6  names Leonora.

7           MS. BACON:  Belated objection.  Compound and vague

8  and ambiguous.

9  BY MR. FRANKLIN:

10     Q    So Leonora, was Buchema (phonetic) her maiden name,

11  or was that her first married name?  Do you know?

12     A    I remember being Leonora Walters --

13     Q    Okay.

14     A    -- or Walter.

15     Q    So Leonora Walter is a Miraleste class of 1988?      10:58

16     A    Yes.

17     Q    Do -- WHO -- you said you know Leonora outside of

18  work, because you went to high school with her.

19          Do you know -- related to your police work in Palos

20  Verdes, can you recall names of any other Ferraras?

21     A    Angelo, Leo and ████, and I -- I know the name,

22  Frank Ferrara, but I'm not real -- I -- I'm not familiar --

23  I've really never talked to Frank too often.  I think maybe

24  once in my career there.

25     Q    Have you had the occasion to talk to Angelo during

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    your career?                                          10:59
 2        A    Yes, I have.
 3        Q    And what was the most recent -- what was the
 4    purpose, if you can recall, in your first speaking with
 5    Angelo?
 6        A    Well, without going into too much detail, because
 7    his son is a juvenile, his son ran into some legal problems.
 8        Q    So his son is referred to in this case as N.F.
 9        A    Okay.
10        Q    And I think he -- well, we'll continue -- we'll
11    refer to him as N.F. --
12        A    Okay.
13        Q    -- so you know.  And this related to -- was there
14    an issue of selling drugs at the high school that you
15    remember?                                              11:00
16        A    Yes.
17        Q    And do you recall how that was brought to the
18    police department's attention?  Did someone from the high
19    school call?
20        A    Yes, they did.  I do have to say that I was not on
21    duty at that time, though, when that incident occurred.
22        Q    Is there an officer assigned to the high school, or
23    how does it -- is it --
24        A    Not technically, but we do have an officer that
25    teaches a class called, "Student in the Law," there, who is
```

26

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    that, no.                                              11:20

 2        Q    And Leonora -- was it Walters?

 3        A    Uh-huh.

 4        Q    -- she's Mr. -- she's Angelo's wife?

 5        A    Yes.

 6        Q    Have you had occasion to meet with Leonora related

 7    to your work?

 8        A    Yes, and only involving N.F.

 9        Q    How about unrelated to work?  Other than since '88,

10    have you had a personal relationship?

11        A    No.  We weren't good friends.

12        Q    And then how about Leo?  You mentioned him.

13             It's Leo Ferrara?

14        A    That is correct.

15        Q    And have you had occasion to interact with Leo    11:21

16    Ferrara related to work?

17        A    Yes, I know that he -- I've seen him frequently in

18    the Lunada Bay area.  I believe he -- he surfs down there.

19        Q    And your reason to -- have you checked -- have you

20    had a reason to talk to him work-related?

21        A    Not -- you know, honestly, I don't think I've ever

22    work-related had to talk to Leo.

23        Q    And then how about an Anthony Buchema?  Do you know

24    that name?

25        A    I know that name, but I'm not familiar with
```

40

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    paid?                                                                11:53

2        A    Yes, $25 out of each paycheck, except if there is a

3    third paycheck of the month, then it's not.

4        Q    Okay.  So it's --

5        A    That's when we had our -- it's an extra.  They base

6    it off of getting two paychecks per month.

7        Q    Per month?

8        A    Yeah.

9        Q    Six hundred bucks a year?  Is that it?

10       A    Correct.

11       Q    And does the POA raise money, also?

12       A    Yes, we have a mailer that we send out to our

13   residents.

14       Q    How -- where did the POA get the resident list?  Do

15   you know?  The mailing list?                                         11:53

16       A    We have a company --

17       Q    Okay.

18       A    -- New Equity Productions that handles all of our

19   mailings.

20       Q    And what types of mailers does the POA send out?

21       A    It's a letter --

22       Q    Okay.

23       A    -- just explaining who we are and what we do, and

24   then at the bottom of it is a little slip that you can fill

25   out and either send it back with a check, or you can use a

                                                                          60

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    credit card or cash, whatever.                           11:54

 2         Q    And besides the mailer, are there other ways people

 3    would know about making a contribution to the POA?

 4         A    Not really, no.  We do have a website, but it's the

 5    same thing that's on the website.

 6         Q    And in terms of the website, I understand there are

 7    a couple levels -- four different levels that someone can

 8    contribute.

 9              Is that the same as the mailer?  Does that sound

10    familiar?

11         A    Yeah, I believe so.

12         Q    All right.  Gold, platinum, bronze or --

13         A    Yeah, something along those lines.  I would have to

14    look at it again, though.

15         Q    And do you remember what the contributions --      11:55

16    suggested contributions are?

17         A    The suggested?  I don't think they suggest

18    anything.  I think they -- you can do anything you want, but

19    I know there are check boxes.  Like I said, I would have to

20    look at that again.

21              Since it's handled by New Equity, we don't do it.

22    We let them take care of all of that.

23         Q    Does New Equity run the website, also?

24         A    Yes.

25         Q    And in terms of if checks come in, where do they
```

61

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    go?                                                        11:55

2         A    To New Equity.

3         Q    Okay.  And does New Equity specialize in Police

4    Officer Associations?

5         A    Yes, they do.

6         Q    Where are they based out of?

7         A    Newport Beach, actually.

8         Q    Close?

9         A    Less than a mile away from here.

10        Q    And are there -- if you make a contribution, are

11   there -- do people get something in return?

12        A    You can get a sticker.

13        Q    What does the sticker say?

14        A    Supporter of the Palos Verdes Police Officers

15   Association.                                               11:56

16        Q    How big is the sticker?

17        A    Maybe a little bit smaller than this booklet right

18   here, which is a few inches by a few inches.

19        Q    And is it a circle?  An oblong?

20             Does it have a badge on it?

21        A    It's a square with our badge design in the middle.

22        Q    And are those -- where do people put those

23   stickers?  Do they put them on their cars?

24        A    We have seen them on cars.

25        Q    Have you seen them anywhere else?

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1       A     Front doors, in the little windows on the side --      11:57
 2    on the side of the doors.
 3       Q     There seems to be some other items.  Maybe you
 4    remember.  I think there was -- there was a sticker on a
 5    box?
 6       A     Like a lapel pin maybe.
 7       Q     Yeah, a lapel pin.
 8             Have you seen people wear the lapel pin?
 9       A     I've never seen anyone wear the lapel pin.
10       Q     And the lapel pin, what's that?  Is that the badge,
11    also?
12       A     Yes.
13       Q     And then there was a plush toy or something like
14    that?
15       A     I --                                                   11:57
16       Q     You don't recall that?
17       A     I don't recall that.
18       Q     How about something for the highest level, I think,
19    called a challenge coin?
20             Have you heard that?
21       A     Yeah, the challenge coin, that's pretty popular
22    right now with law enforcement agencies.
23       Q     And does the challenge coin have the badge?
24       A     To tell you the truth, I've not even seen what they
25    give out for the challenge coin.  I probably should.
```

63

Steven Barber
June 22, 2017

1      Q     Does New Equity keep a percentage of -- is that how      11:58

2   that deal works --

3      A     Yes.

4      Q     -- of whatever they bring in?

5      A     Yes.

6      Q     And in terms of the budget, what percentage is

7   officer contributions of the $50 a month versus the

8   fund-raising?

9           Do you know?

10     A     The fund-raiser, obviously, brings in a lot more

11   money.

12     Q     How much money does the fund-raiser bring in?

13     A     They do it twice a year, and, on average, it's --

14   I'd say it's a little less now -- about $20,000, $25,000,

15   but I can't tell you the exact number.      11:59

16          I'm not the treasurer, so I know the treasurer gets

17   the actual checks from the --

18     Q     So Service Officer Placek is the current treasurer?

19     A     No, she is not anymore.

20     Q     Okay?

21     A     She was.

22     Q     She was until recently?

23     A     Until we changed in January.

24     Q     Okay.  So there is a fund-raiser twice year with

25   the mailers going out?

64

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    And do you -- are you familiar with a fireman named   12:05

 2   Joe Bark?

 3      A    I'm familiar with Joe Bark.  I know he worked for

 4   Redondo --

 5      Q    Okay.

 6      A    -- Harbor Patrol.

 7      Q    Okay.

 8      A    So that's a separate agency.

 9      Q    And how do you know Joe Bark?

10      A    I've known Joe through not only work.  When we had

11   the boat, it was stationed at Redondo Beach's marina,

12   Redondo Beach Harbor Patrol's marina.

13           I also know Joe from the years of working in PV

14   Estates.  He surfs, he paddle boards, does all kinds of

15   stuff.  So professionally and personally I've just gotten to   12:05

16   know Joe throughout the years.

17      Q    Have you ever socialized with Joe?

18      A    Just talking to him, if I see him around, say hi

19   here and there.

20      Q    Do you know, has your POA ever hired a law firm

21   called Lackie, Dammier, McGill and Ethir in Upland?

22      A    We did not hire them, no.

23      Q    Are you familiar with that firm?

24      A    Yes, I am.

25      Q    Are you familiar with something that they published
```

69

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    at one point called the -- I think it was either the      12:06
 2    Negotiation or POA Playbook?
 3        A    No, I'm not familiar with that.
 4        Q    Does New Equity -- who maintains the list of people
 5    that have made donations?
 6        A    New Equity.
 7        Q    Does -- is there a wall put in place -- would you
 8    know who made donations or does New Equity?
 9        A    They keep the list, and I -- we can request the
10    list if we need to, but we -- you know, I can't remember the
11    last time I've seen their actual list of contributors,
12    donators.
13        Q    Do you know, do they give you a report on who
14    donated, or how does that work?
15        A    Once in a while, they'll let us know.  They'll show  12:08
16    us a donation that's been sent to them, that's really,
17    really -- it may not be a large amount, but it's just a real
18    nice note that's written on there saying, "thank you for the
19    good job you guys do," so they'll let us know when we get
20    really, you know, nice things when people say it.
21        Q    How about in terms of amounts?  Do you -- what's
22    the largest amount that you know has been donated?
23        A    I don't know the exact large -- I mean largest
24    amount.
25        Q    More than a thousand dollars?
```

70

Steven Barber
June 22, 2017

1        A     I'm sure.                                                    12:08

2        Q     Do you know if the Ferraras have ever made a

3    donation?

4        A     I have no idea if the Ferraras have.

5        Q     How about someone named Charlie Mowat?

6        A     Charlie probably has made a donation in the past.

7    He's a resident.

8        Q     Do you know Mr. Mowat?

9        A     Yes, I do.

10       Q     And do you know him permanently?

11       A     I do.

12       Q     And how do you know him personally?

13       A     I've probably gotten to know Charlie just over the

14   years of seeing him around in the city.  He went to -- he's

15   a local guy.  He went to Palos Verdes High School, went to    12:09

16   Margate Intermediate.  He's a pilot.  Just become friendly

17   with him over the years.  Nice guy, and so I consider

18   Charlie a friend.

19       Q     Okay.

20       A     Yeah.

21       Q     And does -- consider him a friend, does that mean

22   family vacations and that type of thing?

23       A     Nothing like that; not that close, no.

24       Q     Okay.  But over to his house for events and that

25   type of thing?

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    I have been, yes.                              12:10

 2      Q    Okay.  Barbecues?

 3      A    Yes.

 4      Q    Poker?

 5      A    No, never played poker with Charlie.

 6      Q    Is there -- do any of the officers play poker with

 7   any of the residents, do you know?

 8      A    No, not that I know of, no.

 9      Q    How about -- do you know if Brant Blakeman has made

10   any donations to the POA?

11      A    I'm not sure if Brant has or not.

12      Q    How about his wife?  Would you know if she's made a

13   donation?

14      A    Like I said, I can't remember the last time I

15   actually looked at a list of who donated.              12:10

16      Q    And I'm going to ask about a few -- how about

17   Mr. Papayans?  Do you know the Papayans family?

18      A    I do.

19      Q    And is there a -- there is a Michael more senior

20   Papayans.  Do you know that person?

21      A    Yes.

22      Q    Do you know if he's ever made a donation?

23      A    Like I said, I don't know.

24      Q    Do you recall any other donations by any

25   individuals?
```

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      A    That's correct.                                     12:17

2      Q    In your 20 plus years with the Department, how

3  many, that you would know, police sworn officer have been

4  African-American?

5      A    Sworn officers?  Captain Scroggins and one other.

6      Q    Who was the other?

7      A    Charles Avington.

8      Q    Is he still with the Department?

9      A    No.

10     Q    When did Mr. Avington leave?

11     A    I don't recall the exact date.  It's been a while.

12     Q    More than 15 years ago; is that --

13     A    No, not more than 15; ten.

14     Q    Ten or so?

15          And are you aware that Captain Scroggins complained  12:18

16 about officers referring to him as "boy"?  Had you ever

17 heard of that?

18     A    I had heard that he did make a complaint after he

19 was let go about that, about that Chief Dreiling was calling

20 him "buddy boy," just like he would call everyone of us

21 buddy boy.  That was his little name for, like, every male

22 officer there.

23     Q    Anything else in terms of a reference to boy that

24 you remember?

25     A    No.

78

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      Q     Did you ever just talk about that with any                   12:20
2  officers?
3      A     Not really, no.  I wasn't involved.
4      Q     Do you know who he accused of being a black face?
5      A     No, I think Strahan was maybe in the picture, but
6  it wasn't -- from what I heard, it wasn't black-faced.
7  Somehow they got the negative of the picture and produced
8  that as being in black face, and when you see a negative of
9  a photo, it may appear like that, so that's all I know about
10  that.
11      Q     Now, related -- do you remember there being an
12  allegation related to a noose, also?
13      A     I remember it was something with a noose around the
14  neck of somebody, but I don't know.
15      Q     And have you ever seen nooses in the Department in      12:21
16  your 20 years in terms of someone's locker or that type of
17  thing?
18      A     No, not at all.
19      Q     Do you know a person named Richard Delmont?
20      A     Yes.
21      Q     Who is Richard Delmont?
22      A     A former police officer from our department.
23      Q     How long was Mr. Delmont --
24      A     Mr. Delmont worked for approximately 15 to 16
25  years, I think, as a police officer.  I could be wrong with

80

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1       A    Not that I can recall, no.                        12:40

 2       Q    How about coverage issues, covering -- can you

 3    cover my assignment, that type of thing?

 4       A    Can you cover a shift?

 5       Q    Yes.

 6            MR. FLAUTT:  Object to the extent it's not actually

 7    work-related.

 8            THE WITNESS:  To cover a shift?

 9    BY MR. FRANKLIN:

10       Q    Yes.

11       A    I suppose I've texted somebody if they're available

12    to work, yes.

13       Q    And have you -- have you ever communicated with

14    Mr. Mowat on your personal phone?

15       A    Yes.                                               12:41

16            MR. FLAUTT:  Object to the extent, again, it

17    violates his privacy rights.

18    BY MR. FRANKLIN:

19       Q    That's "yes"?  Have you ever communicated with

20    Mr. Blakeman on your personal phone?

21            MR. FLAUTT:  Object to extent it violates his

22    privacy rights, especially if it's not work-related.

23            THE WITNESS:  Mr. Blakeman?  Brant Blakeman, no.

24    BY MR. FRANKLIN:

25       Q    How about his wife?  Have you ever communicated
```

90

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q    How do you know John Camplin?                    12:44

 2        A    He is a resident or lived in PV -- I don't know if

 3   he lives in PV Estates anymore.  He is a surfer who surfs

 4   Lunada Bay.  I've gotten to know John a little bit through

 5   Charlie Mowat, but that's the extent of John.

 6        Q    A barbecue or something?

 7        A    Yeah, yeah, he's been around for a long time,

 8   though, so . . .

 9        Q    How about Michael Thiel?  Have you -- I'm going

10   back to the -- have you ever texted him on your personal

11   phone --

12        A    No.

13        Q    -- or communicated to Michael?

14             Did you know Michael?

15        A    Yes.                                             12:44

16        Q    How do you Michael Thiel?

17        A    He's a resident of PV Estates, who, also, frequents

18   Lunada Bay, but I don't even know if he surfs.

19        Q    Do you know -- other than frequent Lunada Bay, do

20   you know what his interest is in Lunada Bay?

21        A    Just that he lives in Lunada Bay.

22        Q    Oh, the community?

23        A    Yeah.

24        Q    How about Mark Griep?

25        A    I have never texted Mark Griep.
```

93

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

 1      Q    Do you know Mark Griep?                              12:45

 2      A    I know who Mark Griep is.

 3      Q    Who is mark Griep?

 4      A    He is just a guy who comes to Lunada Bay to surf.

 5      Q    Do you know anything else, other than he comes to

 6   Lunada Bay to surf?

 7      A    No.

 8      Q    David Mellow?

 9      A    Yes, I know David -- or are we asking if I know him

10   or --

11      Q    Have you communicated with him on your phone?

12      A    No.

13      Q    Do you know David Mellow?

14      A    Yes.

15      Q    How do you know David Mellow?                        12:45

16      A    He is known to surf the Lunada Bay area.

17      Q    Do you know, had he been involved in any

18   surf-related incidents?

19      A    Yes.

20      Q    Do you recall how many?

21      A    I think the only -- the only -- the one that I know

22   of, that was the only one that I know of.

23      Q    Is that the one involving the Diana Reed --

24      A    Yes.

25      Q    -- and Jordan Wright?

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1     A    Yes.                                                    12:45

2     Q    How about Dan Dreiling, Junior?  Do you know who he

3  is?

4     A    Yes.

5     Q    Have you communicated with him on your phone?

6     A    No.

7     Q    Do you remember -- what do you know about Dan

8  Dreiling, Junior?  Do you know, does he surf Lunada Bay?

9     A    I don't know if Dan -- if D.J. -- that's his name.

10 I don't think he surfs Lunada Bay very often, no.  He may

11 have in the past.

12    Q    Do you -- D.J. or Dan Dreiling, Junior, he's the

13 former chief's son; is that right?

14    A    Correct.

15    Q    And did he grow up on that bluff there?  Did he      12:46

16 live on that bluff?  Was -- did Mr. Dreiling live in one of

17 those houses --

18    A    No, he was never one of those that lived in the

19 house.

20    Q    Okay.  Do you know, was Dan Dreiling, Junior ever a

21 victim of surf-related incidents?

22    A    Not that I know of.

23    Q    How about Pete Bavros?  Do you know that name?

24    A    I know that name, yes.

25    Q    How do you know that name?

95

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1       Q     And then Mr. Mowat, you think you have communicated      12:48

2   with him on your personal phone?

3       A     Yes.

4       Q     And communicated with him via Facebook?

5       A     I don't even know if Charlie's on Facebook.

6       Q     And James Reinhart, do you know that name?

7       A     No.

8       Q     Fred Straeter, do you know that name?

9       A     Yes, I do.

10      Q     How do you know Fred Straeter?

11      A     Fred Straeter is a -- lived with Charlie for a

12  little bit, and he was an artist -- or is an artist.  He

13  likes to do paintings of, like, Lunada Bay and stuff like

14  that.

15      Q     Have you communicated with Fred Straeter on his      12:48

16  personal phone?

17      A     No.

18      Q     When was the last time you communicated with

19  Mr. Straeter?

20      A     With -- with Mr. Straeter?

21      Q     Yeah.

22      A     I have not --

23      Q     In any way.

24      A     Yeah, I have not seen Fred Straeter in maybe over a

25  year now.

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   Estates, surfed Lunada Bay, friends with Charlie Mowat.          12:51

2   That's about it.

3        Q    Have you been to barbecues with Mr. Pazanowski in

4   attendance?

5        A    Maybe one at Charlie Mowat's house.

6        Q    Does he have regular barbecues, or does he

7   entertain a lot, Mr. Mowat?

8        A    You know what?  I know, because he flies a lot, so

9   no.

10       Q    Okay.  What airline does he work for?  Do you know?

11       A    I think he's United.

12       Q    Derek -- D-a-i -- Daigneault, like a French name,

13  D-a-i-g-n-e-a-u-l-t.

14       A    No.

15       Q    Danny Ecker?                                            12:52

16       A    No.

17       Q    Greg Cahill?

18       A    No.

19       Q    Alex Hooks?

20       A    No.

21       Q    Alex Gray?

22       A    Yes.

23       Q    How do you Alex Gray?

24       A    Alex is a friend of Charlie's.  He's also a

25  professional surfer, and he grew up in Palos Verdes and

100

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    surfs in Lunada Bay.                                          12:52

2        Q    And have you socialized with Alex?

3        A    At one of Charlie's barbecues, yes.

4        Q    How about Dudley Gray?  Do you know that?

5        A    I know he's a judge.  I've never met him.

6        Q    Is that Alex's father, to your understanding?

7        A    Yes.

8        Q    How about a name, Peter McCollum?  Do you know that

9    name?

10       A    I know the name.

11       Q    How do you know the name?

12       A    He was involved in an incident -- '95.  I don't

13   know.  I had just gotten on, I believe.  There was a -- an

14   argument, and it made the news.  I know he was on it.  I

15   know the video shows him kind of yelling on the video, but   12:53

16   that's all.  I've never met Mr. McCollum in my life, though.

17       Q    Okay.  So the video of Mr. McCollum interacting on

18   the top of the bluff with -- I think it's a Mr. Hagens and

19   Hamboy.  Do you recall seeing that video?

20       A    Yes, I did see that.

21       Q    When did you see that?

22       A    Probably not long after it happened.

23       Q    And were you assigned to -- was he charged by the

24   Palos Verdes Estate Police Department?

25       A    I don't recall.  I --

101

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    structure?                                                    14:00

2         A    No, I don't recall the exact incidents.

3         Q    Do you remember when the second time down might

4    have been?

5         A    No.

6         Q    How about the third time?  Do you remember when you

7    were down there the third time?

8         A    Not necessarily, no.

9         Q    How about the fourth time?  Do you remember when

10   you were down there the fourth time?

11        A    I don't recall.  I do know that one time I was down

12   there -- for it was a rescue call --

13        Q    Okay.

14        A    -- but it was for some surfer or kayaker had gotten

15   into a little bit of an accident down there.              14:01

16        Q    Had you ever down there for -- with -- I think

17   your -- the police department refers to it as the surfer

18   incident?

19        A    For a surfer incident?  No.

20        Q    Are you familiar with an event called Danny's Day?

21        A    I've heard of that event.

22        Q    And is that something you learned from Charlie

23   Mowat?

24        A    Yes.

25        Q    What do you know about Danny's Day?

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1     A    I forget who Danny exactly was, but I guess he used    14:01

2  to live in Palos Verdes Estates, and he was killed, and that

3  was their celebration for him.

4     Q    Who is "they"?

5     A    That was the surfers who surf Lunada Bay.  Those

6  were their memorial.

7     Q    So the surfers that surf Lunada Bay have a

8  memorial?  Is that your understanding?

9     A    From what I gather, yeah.

10     Q    Had you heard about that from anybody else other

11  than Charlie Mowat?

12     A    I don't -- I -- probably maybe Brant Blakeman had

13  mentioned it before.

14     Q    And when would Brant Blakeman have mentioned it to

15  you?  Do you know?                                           14:02

16     A    Just in talking to him on the cliff's edge.

17     Q    And would that have been within the last few years,

18  or sometime before that?

19     A    Probably before that.

20     Q    Okay.  Do you know when Danny's Day is?

21     A    No.

22     Q    Is it common to have large gatherings down in that

23  area by community members?

24     A    I wouldn't say large.

25     Q    Okay.  What's the most number of people you've seen

108

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    Paul Ruth?                                        14:23

 2      A    No.

 3      Q    Tom Sullivan?

 4      A    Yes.

 5      Q    How do you know that name, Tom Sullivan?

 6      A    Tom I've known for, gosh, since I started.  He's

 7 frequented Lunada Bay for a long time.  I do know he surfs

 8 down there, so I've just been familiar with Tom for a while.

 9      Q    And have you -- are you friends Mr. Sullivan

10 outside of work?

11      A    No, but I have seen him at the party at Charlie

12 Mowat's.

13      Q    When was the last time you attended a party at

14 Charlie Mowat's?

15      A    Maybe a couple of years ago.  I really can't      14:24

16 recall.

17      Q    How about Brian White?  Do you know that name?

18      A    No.

19      Q    David Yokley?

20      A    No.

21      Q    Jason Stafford?

22      A    Yes.

23      Q    How do you know that name?

24      A    Jason has lived in PV Estates for a long time.  He

25 does hang around with a lot of the guys that surf Lunada
```

124

Steven Barber
June 22, 2017

```
 1        A    -- acquaintances.                                    14:27

 2        Q    How about Eric Lamers?

 3        A    Yes, I know Eric.

 4        Q    How do you know Eric?

 5        A    Eric has lived in PV Estates for years.  I believe

 6   he grew up there.  I've seen him in the Lunada Bay area.

 7        Q    Is he a surfer, to your knowledge?

 8        A    I don't know if Eric surfs.  He may have in the

 9   past.

10        Q    And have you seen him at one of Mr. Mowat's

11   parties?

12        A    Yes.

13        Q    And do you socialize with Eric?

14        A    No.

15        Q    Is it fair to say you've not communicated with Eric  14:27

16   by phone, then?

17        A    That's correct, yes.

18        Q    How about a Brandon Lamers?  Is that Eric's

19   brother?  Does Eric have a brother that you're familiar

20   with?

21        A    No, I think that's -- Brandon I think is his son,

22   but I don't know him.

23        Q    Okay.  Does the son also live in Palos Verdes

24   Estates?

25        A    I don't know where Brandon lives.
```

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    Do you know how old Brandon is?  Is he an adult?   14:28

 2      A    Yeah, he's an adult.  Probably in his twenties.

 3      Q    Okay.  How about someone named Bill Camerly?

 4      A    Yes.

 5      Q    How do you know Bill?

 6      A    A multitude of different reasons.  Mainly, we've

 7 arrested him.

 8      Q    Okay.  And what have you arrested him for, if you

 9 remember any of those occasions?

10      A    Suspended license, outstanding arrest warrants,

11 possibly drunk in public I think was one.

12      Q    Any of those within the last five years?

13      A    It's possible, but I'm not sure.

14      Q    You're not sure?

15      A    Yeah.                                             14:29

16      Q    Do you know if you were working on Martin Luther

17 King Day 2014?

18      A    I don't believe I was.

19      Q    Do you recall hearing anything about Mr. Camerly

20 showing up in black face?

21      A    I didn't hear anything about that.

22      Q    Do you -- are you aware of any officers talking

23 about persons showing up to a Martin Luther King Day event

24 in black face at any time?

25      A    I've never heard of that before from any of the
```

128

Steven Barber
June 22, 2017

1      Q      How about someone named Paul Hudabil (phonetic)?      14:30

2      A      I knew Paul Hudabil, yes.

3      Q      How do you know Paul Hudabil?

4      A      Paul lives in PV Estates.  He -- I think he's a

5   L.A. County lifeguard part-time, and he does surf in Lunada

6   Bay.

7      Q      How do you know he surfs there?

8      A      I've seen him go down with a surf board --

9      Q      Okay.

10     A      -- so . . .

11     Q      And have you seen him at one of Mr. Mowat's

12  parties?

13     A      Paul, no, I don't recall even seeing him.

14     Q      Is there someone named Caldwell?  Does that ring a

15  bell?  Reno Caldwell?      14:31

16     A      There are a couple of Caldwells that I know.

17     Q      What are the Caldwells that you know?

18     A      Matt Caldwell and Reno, Steven Reno Caldwell.

19     Q      Who -- how do you know them?

20     A      They've lived in the city.  A parent -- I think the

21  mom still lives in the city.  Matt does not surf, but I

22  believe Reno does.

23     Q      And how do you know Reno surfs?

24     A      I've seen him in Lunada Bay before.

25     Q      With his surf board?

130

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    Yes.                                            14:32

 2      Q    How about someone named Tim Gavin?

 3      A    No.

 4      Q    In terms of -- have you seen Mr. Reno Caldwell at

 5   one of Mr. Mowat's parties?

 6      A    No, I haven't seen Mr. -- which Mr. Caldwell?

 7      Q    Reno.

 8      A    Yeah, Reno, no.

 9      Q    Either one?

10      A    No.

11      Q    Same answer?

12           How about Robert Bacon?

13      A    Yes.

14      Q    How do you know Robert Bacon?

15      A    Robert Bacon was born and raised in PV Estates.  He   14:32

16   owns a little roofing company, also, and he surfs in Lunada

17   Bay.  I've seen him down there, and, yeah, I've seen him

18   with a surf board.

19      Q    Have you seen him at one of Mr. Mowat's parties?

20      A    Yes.

21      Q    And how about -- there is someone named Mathias or

22   Thias Sandoval?  Does that ring a bell?  Thadeus Sandoval?

23      A    Matt Sandoval maybe?

24      Q    Is there a Matt Sandoval that you know?

25      A    Yeah, Sand -- I think there might be a Matt
```

131

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Sandoval.  I know a Nick Sandoval, which they could be        14:33

 2   related.

 3        Q    Who's Nick Sandoval that you know?

 4        A    He's just a resident of PV estates.

 5        Q    Is he someone that uses Lunada Bay, to your

 6   knowledge?

 7        A    I've seen never Nick in Lunada Bay.

 8        Q    Have you had a business reason to encounter Alan

 9   Johnston?

10        A    A business reason?

11        Q    Work-related?

12        A    Yes.

13        Q    Your business is policing?

14        A    Correct.

15        Q    I said that, so -- what were the reasons you've    14:34

16   encountered Mr. Johnston?

17        A    I honestly can't remember the first time I've ever

18   encountered Mr. Johnston, but it was early on in my career

19   when he may have been in high school.  He got into a few,

20   little high-school-age kid type problems, maybe alcohol,

21   marijuana, and then the most recent one was, obviously,

22   because he was investigated for the incident with Diana

23   Reed.

24        Q    Between the high school and Diana Reed, was he on

25   your radar for any other reason?
```

132

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    He said that -- well, Alex Gray, obviously, he's a     14:49
 2  professional, and he mentioned Zen Del Rio's name as being
 3  one of the better surfers.
 4      Q    Anybody else?
 5      A    Those are the two names I remember.
 6      Q    Was Zen Del Rio at any of the parties you've been
 7  to with him?
 8      A    I don't recall seeing Zen there.
 9      Q    You know Zen, though?
10      A    Yeah, I know who he is.
11      Q    Yeah.
12      A    I've seen him before, but I never talked to Zen.
13      Q    Any other conversations with Mr. Mowat about Lunada
14  Bay?
15      A    No.                                                   14:50
16      Q    Have you ever had any conversation with Mr. Mowat
17  about the issue of localism?
18      A    I have talked to him a little bit about the
19  localism issue.  Charlie is a guy that seems to -- I've
20  never heard of him saying or doing anything to anybody, but,
21  you know, when these incidents come up, talking to somebody
22  who does surf down there helps us better understand what
23  exactly is going on.
24      Q    And what do you understand is going on?
25      A    Well, from what I can gather from Charlie, I -- not
```

143

Steven Barber
June 22, 2017

1   Charlie -- when Charlie refers to a source, do you know what   14:56

2   he's talking about?

3       A    I have no idea.

4            MR. FLAUTT:  Lacks foundation, calls for

5   speculation.

6   BY MR. FRANKLIN:

7       Q    Is Charlie friends with anybody else in the police

8   department?

9       A    Probably not as close as I am.

10      Q    How about -- are there some others he's friends

11  with?

12      A    He may know or be familiar with officers.

13      Q    Who do you think he -- who would you estimate that

14  he's familiar with?

15      A     To tell you the truth, maybe Rick Delmont, who   14:57

16  used to work for us.

17      Q    And what is it that sticks out in your mind with

18  Rick Delmont?  You've seen him at Charlie's house before?

19      A    Uh-huh, yes.

20      Q    Do you -- are you familiar with an Internal -- an

21  IA.  I actually don't know if it's an IA, Internal Affairs

22  investigation, or an IA -- some other type of IA related to

23  an alleged leak of the undercover operation in February

24  2016?

25      A    I'm not aware of any Internal Affairs

147

Atkinson-Baker Court Reporters
www.depo.com

```
 1    makes that recommendation of an investigative report being      15:00
 2    elevated?
 3        A    I'm not sure on any type of documentation.
 4        Q    Do you recall going out to Mr. Blakeman's house on
 5    February 29th, 2016 about noon to talk to him about what
 6    happened down -- between him and Mr. Johnston and Diana
 7    Milena Reed?
 8        A    Yes.
 9        Q    What do you recall?
10        A    Sergeant Coalinga knew that I knew Brant, had -- I
11    guess, during their course of their investigation, they had
12    found out that Mr. Blakeman had possibly videotaped the
13    incident, so because I have a better rapport with Brant
14    Blakeman, I Lou Coalinga asked me to go and ask him if he
15    has a copy of it.                                               15:02
16        Q    And do you know what happened?
17        A    Brant said, "I don't have anything.  I'm sorry."
18        Q    So he told you, "I don't have any video of that"?
19        A    He wouldn't -- well, I mean, I wouldn't say he
20    wouldn't cooperate, but he just said, "No, I have nothing.
21    I really don't want to comment on it."
22        Q    And in terms of interacting with an officer, if
23    someone's untruthful as part of that, is that a crime?
24        A    It -- if someone's untruthful?
25        Q    You've tried to follow-up on a lead and someone
```

150

Atkinson-Baker Court Reporters
www.depo.com

```
 1   speculation, calls for someone else's state of mind.            15:16

 2          THE WITNESS:  There are a multitude of people who

 3   surf in and around Palos Verdes.

 4   BY MR. FRANKLIN:

 5      Q    So I'm asking about the police department

 6   specifically, because we've talked about a number of

 7   individuals, and you commented, oh, I know them, because

 8   they surf Lunada Bay.

 9      A    Uh-huh.

10      Q    Is there a list anywhere in the police department,

11   to your knowledge, of people that regularly surf Lunada Bay?

12      A    No.

13      Q    Does anyone have a -- are you the person who has

14   the most knowledge about who surfs Lunada Bay in your

15   estimation?                                                     15:17

16      A    In my estimation?

17          MR. FLAUTT:  Calls for someone else's state of

18   mind, speculation.

19          THE WITNESS:  I don't know.

20   BY MR. FRANKLIN:

21      Q    Is there someone that has more familiarity with the

22   community members that surf Lunada Bay than you?

23      A     To tell you the truth, I'm not sure.

24      Q    Have you ever heard of the persons that surf Lunada

25   Bay referred to as, quote, "Bay Boys," close quote?
```

                                                                        161

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      A     I have heard that term.                          15:17

2      Q     Where have you heard that term?

3      A     When -- well, that was a term that I heard when I

4   was just starting off as a dispatcher in 1994.

5      Q     And did you hear it in the community or in the

6   police department?

7      A     Both.

8      Q     And what does the term, "Bay Boys," refer to?

9      A     The surfers who surf Lunada Bay.

10      Q     Have you heard of them referred to by any other

11   name?

12      A     That group of guys who surf?

13      Q     Yes.

14      A     No, I haven't.

15      Q     You never heard of them referred to as pirates?    15:18

16      A     No.

17      Q     Have you ever had occasion to speak with Catherine

18   Placek -- is it Placek?  Is that how on you pronounce it?

19      A     Placek.

20      Q     -- Catherine Placek about the surfers that use

21   Lunada Bay?

22      A     Have I personally spoken with her?

23      Q     Yes.

24      A     No.

25      Q     So is it fair to say you've never spoke with

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    it, but I don't -- never mind.                                    15:34

2        Q    In terms of -- does the City do any training of

3    officers on coastal access laws?

4        A    Coastal access laws?

5        Q    (Nods head.)

6        A    I have never had any training involving coastal

7    access laws, no.

8        Q    Are you aware of -- as the president of the POA,

9    are you aware of there being any training for coastal access

10   laws provided to police officers or sworn officers?

11           MR. FLAUTT:  Calls for speculation, lacks

12   foundation.

13           MR. DIEFFENBACH:  Also, it's irrelevant.  Coastal

14   access issues were stricken in this case.

15           MS. LUTZ:  Join.                                          15:34

16           MS. BACON:  Join.

17           MR. FLAUTT:  Join.

18           THE WITNESS:  As the POA president, I have nothing

19   to do with training.

20   BY MR. FRANKLIN:

21       Q    How about as your 20 years experience as a Palos

22   Verdes Estates sworn officer?  Are you aware of -- do you

23   have any input on what type of training police officers

24   might receive?

25           MR. FLAUTT:  Vague and ambiguous.

175

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    harassment training and job -- stuff like that, that's          15:46

2    on-the-job stuff, so, yeah, that's about the extent of

3    something like that.  I don't even know if that falls under

4    that category.

5    BY MR. FRANKLIN:

6         Q    And how often have you had sexual harassment

7    training?

8         A    I know it's mandated by the State or by P.O.S.T.

9    that we get it every few years I think it is.

10        Q    Would that be in your -- does that go in your

11   jacket so-to-speak?

12        A    Yeah, if you get -- yes.  If you get trained, it's

13   recorded.  They'll know that, you know, we've been sent to

14   the training or receive it at the Department.

15        Q    We talked about the Guardian.                          15:47

16             Did you see the rest of the Guardian video that

17   related to allegations related to comments made by surfers

18   down in Lunada Bay?

19        A    Did I see the entire video that they posted --

20        Q    Yes.

21        A    -- on the Guardian?  Yes.

22        Q    And in your 20 years, had you ever heard anything

23   like, quote, "You shouldn't fucking come down here.  Stay

24   away from this area, this bay right here," close quote?

25             MR. FLAUTT:  Vague and ambiguous.

184

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1          THE WITNESS:  Have I ever personally heard that?     15:47
 2   BY MR. FRANKLIN:
 3      Q    Are you aware of it?
 4      A    Aware of that?  I know that was on the video, but I
 5   hadn't heard anything like that prior to that.
 6      Q    Well, of course, you heard about Mr. McCollum, who
 7   said something similar to that?
 8      A    Well, yeah, okay, that's the other case, yeah, but
 9   besides that, yeah, nothing.
10          MS. BACON:  Counsel, can we take a break, a brief
11   break for the bathroom?
12          MR. FRANKLIN:  Sure.
13          MS. BACON:  We've been going almost two hours.
14                    (Recess taken.)
15          MR. FRANKLIN:  Back on the record.                   15:59
16   BY MR. FRANKLIN:
17      Q    You understand you're still under oath?
18      A    Yes, I do.
19      Q    We had talked about Richard Delmont for a little
20   bit.  Was he liked within the Department or disliked?  Do
21   you have a general sense?
22          MR. FLAUTT:  Calls for speculation, calls for
23   someone else's state of mind.
24          THE WITNESS:  Yeah, I don't know whether or not he
25   was liked or not.  I'm sure some people didn't like him,
```

185

Steven Barber
June 22, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-1   Filed 07/31/17   Page 41 of 62   Page ID
#:7943
Atkinson-Baker Court Reporters
www.depo.com

1   Gentiles"?                                                         16:08

2           Have you ever heard that?

3           MR. FLAUTT:  Same objections.

4           THE WITNESS:  No.

5   BY MR. FRANKLIN:

6       Q    Have you had any training on surfing etiquette or

7   rules in your time as a police officer?

8           MR. FLAUTT:  Vague and ambiguous, lacks foundation.

9           THE WITNESS:  Never.

10  BY MR. FRANKLIN:

11      Q    Do you have any understanding of what surfing

12  etiquette or rules might exist generally?

13      A    No, I'm not a surfer.

14      Q    Were any of the sworn officers in Palos Verdes

15  Estates surfers, to your knowledge?                                 16:09

16      A     To my knowledge, I think one has surfed before.

17      Q    Has surfed before, like not --

18      A    I don't know if he currently surfs.

19      Q    Who is that?

20      A    Sean Chrisfield.

21      Q    Okay.  And what is his position?

22      A    Police officer.

23      Q    Police officer.

24           How long has he been with the Department?

25      A    Only a couple years.

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1            THE WITNESS:  Yeah, I mean, it all depends on the    16:14
 2   person.  I don't ---I can't speak for them.
 3   BY MR. FRANKLIN:
 4       Q    Are -- if you were approached by someone that
 5   wanted to surf Lunada Bay, would you be able to tell them
 6   how they would get down to the beach safely?
 7            MR. FLAUTT:  Improper hypothetical, lacks
 8   foundation, calls for speculation.
 9            THE WITNESS:  If I -- if I could tell them to get
10   down to the beach how or how safely they could get down?
11   BY MR. FRANKLIN:
12       Q    Yeah, just the act.  Let's start with that.
13            If someone sitting on the blufftop as this
14   hypothetical and says, "Hey, officer, I'd like to get down
15   to the beach," where would I do that?                          16:15
16       A    There are two trails that most people use, but in
17   my mind, I don't think either one is safe to traverse down
18   there.  It's safe to go down there, but it's not safe to get
19   down there, if you know what I mean.
20            The trails are slippery, and it's -- I mean, that's
21   why a lot of officers, I mean, we -- we don't want to
22   traverse those trails, because we may fall and break our
23   necks, and that's the only thing I would tell people.
24       Q    So what would you say?  That the trails are
25   dangerous?
```

197

Steven Barber
June 22, 2017

1 off means, or what was your understanding of what he was                16:23

2 trying to relay to you?

3     A    Cutting off, meaning cutting in front of him on a

4 wave.  That's my understanding.

5     Q    Did you have an understanding of the potential

6 danger in that particular break of that happening?

7     A    I'm not -- I'm not experienced in surfing in that

8 area, so I -- no, I just took his statement and we put it

9 into the report.

10    Q    And have you -- I think I asked.

11         So you've not had any training in surfing

12 etiquette?

13    A    No.

14    Q    Or the dangers of surfing?

15    A    No.                                                            16:24

16    Q    Do you go to -- as your involvement in the POA, are

17 there -- are there annual meetings where you might go to

18 learn from other officers what they're doing in communities?

19    A    Not from the POA, no.

20    Q    How about trainings in general?  Does the City

21 provide training if you wanted to go to training to learn

22 about whatever might be new in law enforcement or to learn

23 what other departments are doing?

24    A    Oh, of course, that happens all the time.

25    Q    And as in your MOU, is there an amount provided for

                                                                         203

Atkinson-Baker Court Reporters
www.depo.com

1    Q    Okay.                                                    16:33

2    A    We'll usually go out anytime a tree falls, because

3    there could be damage.  Somebody could be hurt.

4    Q    But unrelated to a crime has happened?

5    A    No.

6    Q    I'm going to ask you about some specific municipal

7    ordinances.

8         Are you familiar with a municipal ordinance called,

9    quote, "Surf Riding," close quote, 9.16.010?

10   A    Yes, I'm familiar with it.

11   Q    What is your understanding of that ordinance?

12        MR. FLAUTT:  Objection.  The document speaks for

13   itself.

14        THE WITNESS:  It goes into, I believe, creating a

15   safe environment for all surfers, and when you're riding    16:35

16   waves, you can injure people.  You know, I'm not sure

17   exactly what the specifics are, but . . .

18   BY MR. FRANKLIN:

19   Q    Have you ever heard of there being a citation

20   issued related to that ordinance in your 20 years?

21        MR. FLAUTT:  Vague and ambiguous, calls for

22   speculation.

23        THE WITNESS:  I don't recall.

24   BY MR. FRANKLIN:

25   Q    How about an ordinance related to blocking access

210

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    to beach, which is 9.16.030?                            16:35

2        A    Yes, I'm familiar.

3        Q    What is that ordinance, to your understanding?

4             MR. FLAUTT:  Objection.  The document speaks for

5    itself.

6             THE WITNESS:  That is you have to allow people to

7    get down to the beach.

8    BY MR. FRANKLIN:

9        Q    And if someone said -- disturbed someone from going

10   down to the beach, at what level does that become a

11   violation of that ordinance in your mind?

12            MR. DIEFFENBACH:  Speculation, lacks foundation,

13   incomplete hypothetical, vague and ambiguous.

14            MS. BACON:  Join.

15            THE WITNESS:  Every situation's different, so I    16:36

16   really can't answer that.

17   BY MR. FRANKLIN:

18       Q    Have you ever heard of anyone in the police

19   department enforcing that ordinance?

20            MR. FLAUTT:  Calls for double hearsay, calls for

21   speculation, vague and ambiguous.

22            THE WITNESS:  I don't recall anybody doing that.

23            MR. FLAUTT:  Vague and ambiguous specifically as to

24   enforcing.

25   BY MR. FRANKLIN:

                                                                211

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

 1    demolished.                                                    16:39

 2        Q    And are you aware of -- has anyone ever been cited

 3    for putting structures on public property in your 20 years

 4    with the Department?

 5        A    Not that I know of.

 6            MR. FLAUTT:  Lacks foundation, calls for

 7    speculation.

 8    BY MR. FRANKLIN:

 9        Q    And we talked about this one a little bit, drinking

10    alcohol, 9.04.010.  Would there be a Penal Code that would

11    more likely be used, rather than the municipal ordinance if

12    an officer was inclined to cite or interact with someone for

13    drinking alcohol?

14        A    For an open container?

15        Q    (Nods head.)                                          16:39

16        A    No, there are -- I don't believe there is a state

17    law.

18        Q    Okay.

19        A    There usually -- that's usually controlled by the

20    City.

21        Q    Okay.  So that would be a local municipal

22    ordinance?

23        A    Yes.

24        Q    And I think we talked about that.  You don't

25    remember ever issuing a citation -- just a few citations

                                                            214

Atkinson-Baker Court Reporters
www.depo.com

```
 1   you've issued for that?                                    16:40

 2           MR. FLAUTT:  Objection.  Misstates testimony.

 3           THE WITNESS:  That -- are we talking about --

 4   BY MR. FRANKLIN:

 5       Q    For an open container?

 6       A    Open container?

 7       Q    Yes.

 8       A    I've written citations for them, yeah.

 9       Q    But never in Lunada Bay?

10       A    Not that I can recall.

11           MR. FLAUTT:  Objection.  Misstates testimony.

12           THE WITNESS:  Not that I can recall.

13   BY MR. FRANKLIN:

14       Q    Are you aware of anybody issuing an open container

15   citation in Lunada Bay?                                     16:40

16           MR. FLAUTT:  Lacks foundation, calls for

17   speculation.

18           THE WITNESS:  I don't know.

19   BY MR. FRANKLIN:

20       Q    And, I guess, as an officer, if you saw people

21   carrying cases of beer down to Lunada Bay, would you at your

22   discretion be able to say, "You know, there is no drinking

23   down there"?  Has that ever happened?  Like what's the -- it

24   seems like you would think if they were carrying a case of

25   beer down there, you would think they intended to consume it
```

Steven Barber
June 22, 2017

```
1    ///                                                          16:43

2    BY MR. FRANKLIN:

3        Q    There is an ordinance related to vandalism, theft,

4    assaults and open fires, 12.24.100.

5             Are you familiar with that?

6        A    No.

7        Q    There is an ordinance related to making it illegal

8    to cook outdoors, 12.24.100.

9        A    I didn't know that.  You asked me that before.  No,

10   I -- I wasn't aware of that.

11       Q    So if a family brought a Weber barbecue and wanted

12   to have a barbecue or Hibachi or something on the Lunada Bay

13   blufftop, do you know -- would you think they might be

14   cited, or you don't know?

15       A    A family that had a Hibachi for a barbecue, in my    16:44

16   personal experience, I would probably tell them to go put it

17   away.

18       Q    Okay.  And that would be because?

19       A    Well, that's discretion, and that's my personal

20   opinion as a police officer.  That's what I would do.

21       Q    Okay.  And if you saw -- would it be the same thing

22   down on the coast down below?

23       A    I've never had anything in Lunada Bay where I've

24   been on duty where -- I have seen a fire, but we called --

25   the one time I did, it was a nighttime, called down our PA
```

218

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    to tell them to put out the fire, and they did.                16:45

2        Q    And when you said you would ask a family to put the

3    barbecue away, what would that be based on?  This ordinance

4    or some other ordinance or --

5        A    A camp fire, to me, personal opinion, is an open

6    flame, open fire.  If they have a Weber or a little Hibachi,

7    it's contained fire, so, therefore, the fire danger isn't as

8    great with the little Hibachi as it is with the actual open

9    camp fire.

10       Q    No, I understood that -- but maybe I misheard you.

11   I thought you said if you saw a family with a Weber or a

12   Hibachi, you'd ask them to put it away?

13       A    Yes, I said that.

14       Q    And what is the reason for that?

15       A    Because you -- obviously, the Municipal Code           16:46

16   section.  You can't cook outside.

17       Q    Has that ever happened to you?

18       A    That has never happened to me.

19       Q    How about dogs off a leash?

20            Is that an ordinance that's enforced?

21       A    Yes.

22       Q    Down on the coast, too?  If someone has their dog

23   off leash, would they be cited?

24       A    People have been cited for that, yes.

25       Q    Have you cited people for having their dogs off

219

Steven Barber
June 22, 2017

1       Q    Can you tell me your cell phone number?          16:48

2       A    No.

3            MR. FLAUTT:  Vague and ambiguous as to which cell

4    phone.

5    BY MR. FRANKLIN:

6       Q    Your personal cell phone number?

7            MR. FLAUTT:  I'll raise the same privacy objections

8    as before and instruct not to answer.

9            THE WITNESS:  No.

10   BY MR. FRANKLIN:

11      Q    Okay.  Do you intend to follow your counsel's

12   instruction on that?

13      A    Yes, I am.

14           MR. FRANKLIN:  Okay.  What I suspect will end up

15   doing is reserving time at the end, and we'll have a call --    16:49

16   Ed, are you instructing him not to answer on that?

17           MR. RICHARDS:  Well, I'm not -- you keep -- with

18   all due respect, you keep fluctuating back and forth as to

19   what you think you're allowing me to do or not.

20           MR. FRANKLIN:  There is a stipulation in place

21   specific as to phone numbers on this.

22           MR. RICHARDS:  Yes, I would be instructing him.  We

23   have consistently not done that.  We have consistently

24   limited the cell phone numbers of officers, including the

25   chief, as you know.

221

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1          MR. FRANKLIN:  I think we have his number, so I                16:49
2    don't know that that's right.
3          MR. RICHARDS:  You didn't get it from us.
4          MR. FRANKLIN:  Okay.  So, Counsel, if you want to
5    state that objection so we're gonna have to adjourn at some
6    point, and we'll go to Magistrate Oliver on this and get a
7    ruling.
8          MR. FLAUTT:  And just ahead of time, we're going
9    to request briefing on the issue as well, because we do
10   believe it's a fairly complicated --
11         MR. FRANKLIN:  Sure, there is a Protective Order in
12   place with, say -- so that's fine with us on that.
13   BY MR. FRANKLIN:
14        Q    Has anyone from the City asked you to provide them
15   your cell phone related to this case?                                16:50
16        A    My personal?
17        Q    Yes.
18        A    No.
19        Q    So no one has approached you and said we need your
20   cell phone with related to any surfing incidents in Lunada
21   Bay?
22        A    No.
23        Q    Do you know whether the cell phones that are in the
24   police cars that are the City's phones whether those have
25   been taken out of service so they can be searched for --

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    addressing an issue of localism?                           17:04

2           MR. FLAUTT:  Lacks foundation, calls for

3    speculation, calls for someone else's state of mind.

4           MS. BACON:  Argumentative.

5           MR. DIEFFENBACH:  Misstates prior testimony.

6           MS. BACON:  Join.

7           MS. LUTZ:  Join.

8           THE WITNESS:  I answered that I don't feel that

9    there is a localism issue.

10   BY MR. FRANKLIN:

11      Q    Okay.  And do you -- I think it was the mayor that

12   called the issue of localism urban legend.

13          Do you ever recall hearing that?

14      A    Yeah, I think I recall her saying that.

15      Q    Is that your understanding, too?              17:05

16      A    Is that my understanding?  No, I wouldn't say an

17   urban legend.  That's not -- I just said there is -- I don't

18   believe there is a localism issue.

19      Q    Have you gone outside and talked to surfers outside

20   of the community -- are you aware of any poll or discussion

21   with people outside the community whether they feel it's

22   safe to use Palos Verdes Estates beaches?

23          MR. FLAUTT:  Lacks foundation, calls for

24   speculation.

25          THE WITNESS:  I've never spoken --

                                                               235

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Is it in person orally or in writing?  What's the common      17:07

 2   interaction?

 3       A    It all depends.  It could be an e-mail.  It could

 4   be orally right in person.

 5       Q    Text?

 6       A    Text, no.

 7       Q    Who is responsible for -- does the POA have an IT

 8   system or computer system that it uses?

 9       A    No.

10            MR. FLAUTT:  Vague and ambiguous.

11   BY MR. FRANKLIN:

12       Q    Does the POA own a computer?

13       A    Yes, a laptop.

14       Q    Where is that held?

15       A    In a drawer that the police department has allowed    17:07

16   us to keep in the station --

17       Q    Do you know what --

18       A    -- locked.

19       Q    -- kind of laptop it is?

20       A    Couldn't tell you.

21       Q    Is there a person who's in charge of that computer?

22       A    No, I don't think we've used it --

23       Q    Okay.

24       A    -- for a long time.

25       Q    Since you've not -- is it fair to say you've not
```

237

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    received a request from anyone to reserve data on your          17:08

2    phone --

3         A    No.

4         Q    -- personal phone?

5              MR. FLAUTT:  Compound, possibly calls for

6    attorney-client communication, possibly calls for attorney

7    work product.

8              Instruct not to answer as to those specific

9    subjects.

10             Do you understand?

11             THE WITNESS:  I do.

12             MR. FLAUTT:  Please answer the question.

13             THE WITNESS:  No.

14   BY MR. FRANKLIN:

15        Q    And have you deleted any personal data off your      17:09

16   phone in the last -- since March 29th, 2016?

17             MR. FLAUTT:  Instruct not to answer with regards to

18   the same privacy objections raised earlier.

19             THE WITNESS:  I -- yeah, I would -- I'm not gonna

20   answer that question.

21   BY MR. FRANKLIN:

22        Q    So I'm going to ask you, in terms of to preserve

23   data, you can follow your attorney's instructions on it, but

24   to not delete any information, at least from here on out, if

25   no one has told you that, related to the civil lawsuit,

238

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   Verdes Estates issues a week?                          17:12

2       A    No, I don't have a real good estimate on that.

3       Q    Do you know if there is a report generated on that

4   where they have information?

5       A    Yeah, I'm sure you could -- yeah, that could be

6   provided with a public records request.

7       Q    How about parking tickets?  Are those less common

8   than moving vehicle violation tickets or --

9       A    No, we have a parking enforcement officer, who does

10  write a lot of parking tickets.

11      Q    Okay.

12      A    We have a lot of timed areas.

13      Q    Are the timed areas in the beach -- in the coastal

14  areas or different?

15      A    The shopping plazas.                           17:13

16      Q    Okay.  Does the -- if a vehicle citation is -- a

17  moving vehicle citation is issued, are cars impounded

18  sometimes, or can that happen?  Can a car be impounded?

19      A    Can a car be impounded for -- oh, yeah, yes,

20  stored, impounded.

21      Q    Whose decision is that?  How does that -- how

22  does someone -- what happens?  Why would car be impounded?

23      A    Somebody who has a suspended driver's license who's

24  been driving, and that's a big reason why.  A driver has

25  been arrested, and, obviously, nobody else can drive the car

Atkinson-Baker Court Reporters
www.depo.com

1   away.                                                              17:14

2       Q    How many times a week is a car impounded?  Do you

3   know?

4       A    Well, there is a difference between stored and

5   impounded.  We store vehicles.

6       Q    Can you explain that difference to me?

7       A    Stored is temporary.

8       Q    Okay.

9       A    Impounded usually means like a 30-day hold.

10      Q    So you can't get your car out for 30 days?

11      A    Correct, or it's impounded for evidence.

12      Q    Okay.  That makes sense.  And that goes somewhere?

13      A    Right.  Stored means you've towed it, because it's

14  been parked for more than 72 hours in one area on a street,

15  or it's been -- the driver has been arrested, and there is   17:15

16  nobody else to drive it away.

17      Q    Would something like a broken taillight or that

18  type of thing, would cars be stored for that?

19      A    No.

20      Q    Is there -- where are cars stored if it's stored?

21      A    At a tow yard.

22      Q    What tow yard is that?

23      A    The company's name is Vanlingen, V-a-n-l-i-n-g-e-n.

24      Q    Where is that Vanlingen?

25      A    Torrance.

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      Q     Torrance?                                      17:15

2      A     Yes.

3      Q     And does that company have a contract with the

4   City?

5      A     Yes, they do.

6      Q     How long has the Vanlingen Company had a towing

7   contract with the City?

8      A     Ever since I've been there, so I don't know if

9   that's -- I mean, obviously, from '95 on, from when I became

10  a police officer.

11     Q     Is that a contract that's put out to bid, to your

12  knowledge, or is that just through the police station's

13  calls?  Do you know?

14     A     I think the City has to put out bids for it.

15     Q     Okay.  Do you know if any current or former police   17:16

16  officers have an interest in the Vanlingen Company?

17          MR. FLAUTT:  Vague and ambiguous as to "police

18  officers."

19          THE WITNESS:  One of our reserve police officers is

20  part of the family that owns the company.

21  BY MR. FRANKLIN:

22     Q     And who is that?

23     A     Rob Vanlingen.

24     Q     Does Rob work for that company?

25     A     Yes.

243

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    Do you have any knowledge of Charlie Mowat    17:20

 2  complaining to elected officials about Chief Kepley's

 3  enforcing surfing rules in Lunada Bay?

 4          MR. FLAUTT:  Lacks foundation, calls for

 5  speculation, double hearsay.

 6          THE WITNESS:  I do recall hearing about him writing

 7  some correspondence.

 8  BY MR. FRANKLIN:

 9      Q    Who did you hear that from?

10      A    I -- I think it was probably from Charlie, himself.

11      Q    What did Charlie tell you?

12      A    Charlie told me that he was not happy with the way

13  that the Chief of Police was handling this so-called

14  localism issue in Lunada Bay.

15      Q    And when did Charlie tell you that?           17:21

16      A    Right after he did it.

17      Q    Okay.

18      A    Yeah.

19      Q    And did you have any discussion with Charlie

20  further or --

21      A    No, nothing more.

22      Q    And do you have any knowledge about Mr. Thiel

23  making a similar comment?

24      A    Yeah, I heard from Charlie that he and Mr. Thiel

25  wrote letters.
```

246

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1        Q    How about a derogatory term for homosexuals?        17:38

2        A    No.

3        Q    Have you ever heard him use a derogatory term for

4   women?

5        A    No.

6        Q    Calling them bitches?

7        A    No.

8        Q    Have you ever heard that there is racial animus in

9   the Palos Verdes Estates area?

10       A    Racial --

11       Q    Animus.

12            MR. FLAUTT:  Vague and ambiguous, calls for

13   speculation, lacks foundation, calls for -- that's all.

14            THE WITNESS:  No.

15   BY MR. FRANKLIN:        17:38

16       Q    Have you ever heard that people of color have

17   expressed fear of using the beach at Lunada Bay?

18       A    Never.

19       Q    How frequently have you see African-Americans use

20   Lunada Bay beach?

21       A    Very rarely.

22       Q    How about in Palos Verdes Estates generally?

23       A    Rarely.

24       Q    How about Latinos?  Is that a common experience to

25   see Latinos using Lunada Bay?

259

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    Not Lunada Bay.                                    17:39

 2      Q    How about other beaches in Palos Verdes?

 3      A    Some other ones.

 4      Q    Which ones?

 5      A    They use Malaga Cove and Rat Beach a lot.

 6      Q    Did you ever -- are you familiar with the words

 7   that Mr. McCollum used and why he felt he needed to protect

 8   Lunada Bay?

 9      A    I just remember seeing a video, but I didn't

10   understand why.

11      Q    Have you ever heard Charlie Mowat talk about

12   respect at Lunada Bay and people need to show respect?

13           MR. FLAUTT:  Vague and ambiguous.

14           THE WITNESS:  No, I've never heard Charlie say

15   anything about that.                                       17:40

16   BY MR. FRANKLIN:

17      Q    Have you ever heard of people from outside of

18   Lunada Bay that want to use the beaches referred to as

19   "outsiders"?

20      A    No.

21           MR. FLAUTT:  Vague and ambiguous.

22   BY MR. FRANKLIN:

23      Q    Nonlocal?

24      A    No.

25      Q    Riff-raff?
```

260

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    even surfers, too.                                              18:01

2         Q    Okay.  And is the older Papayans, is he referred

3    to as "Paps" sometimes?

4         A    Yes.

5         Q    And who refers to him as Paps?

6         A    Most of the guys from the people who do surf Lunada

7    Bay.

8         Q    And have you ever heard of people wanting to surf

9    Lunada Bay, they need to get permission from Paps?

10        A    I never heard that, no.

11        Q    How about permission from anybody?  Have you heard

12   that?

13        A    No.

14        Q    If you heard that, would that be troubling to you

15   in terms of if you needed permission from someone to use the    18:01

16   beach?

17             MR. FLAUTT:  Lacks foundation, calls for

18   speculation, improper hypothetical, vague and ambiguous.

19             THE WITNESS:  Like I said earlier, a beach is a

20   public place, and it's free to surf there if you want to.

21   BY MR. FRANKLIN:

22        Q    And in terms of -- is it Little Mike?  Is that what

23   you called him?  I can't remember what you -- what's he

24   referred to today?

25        A    Yeah, Little Mike.

Steven Barber
June 22, 2017

Atkinson-Baker Court Reporters
www.depo.com

1                    REPORTER'S CERTIFICATE

2

3

4            I, DENISE J. PAGANO, CSR. No. 7233, Certified

5    Shorthand Reporter, certify;

6            That the foregoing proceedings were taken before me

7    at the time and place therein set forth, at which time the

8    witness, STEVEN BARBER, was put under oath by me;

9            That the testimony of the witness, the questions

10   propounded, and all objections and statements made at the

11   time of the examination were recorded stenographically by me

12   and were thereafter transcribed;

13           That the foregoing is a true and correct transcript

14   of my shorthand notes so taken.

15           I further certify that I am not a relative or

16   employee of any attorney of the parties, nor financially

17   interested in the action.

18           I declare under penalty of perjury under the laws

19   of California that the foregoing is true and correct.

20           Dated this 5th day of July, 2017.

21

22

23

24           DENISE J. PAGANO, CSR NO. 7233

25

NDTCA · Signed Electronic Transcript

290

Steven Barber
June 22, 2017