# EXHIBIT 2

Atkinson-Baker Court Reporters
www.depo.com

1                UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

    _____
4                                          )
    CORY SPENCER, an individual; DIANA )
5   MILENA REED, an individual; and    )
    COASTAL PROTECTION RANGERS, INC., a)
6   California non-profit public       )
    benefit corporation,               )
7                                      )
            Plaintiffs,                )
8                                      )
             vs.                       ) Case No: 2:16-cv-
9                                      ) 02129-SJO (RAOx)
    LUNADA BAY BOYS; THE INDIVIDUAL    )
10  MEMBERS OF THE LUNADA BAY BOYS,    )
    including but not limited to SANG  )
11  LEE, BRANT BLAKEMAN, ALAN JOHNSTON )
    AKA JALIAN JOHNSTON, MICHAEL RAE   )
12  PAPAYANS, ANGELO FERRARA, FRANK    )
    FERRARA, CHARLIE FERRARA, and N.F.;)
13  CITY OF PALOS VERDES ESTATES; CHIEF)
    OF POLICE JEFF KEPLEY, in his      )
14  representative capacity; and DOES  )
    1-10,                              )
15                                     )
            Defendants.                )
16  _____)

17

18      DEPOSITION OF THE CITY OF PALOS VERDES ESTATES

19              THROUGH AND BY TONY BEST

20                IRVINE, CALIFORNIA

21             WEDNESDAY, JULY 12, 2017

22
    ATKINSON-BAKER, INC.
23  COURT REPORTERS
    www.depo.com
24  (800)288-3376
    REPORTED BY:  GEHANE CASSIS.  CSR No. 13020
25  FILE NO: AB06B06

                                                          1

PMK: Tony Best
July 12, 2017

```
 1              Irvine, California, Wednesday, July 12, 2017

 2                          9:13 A.M.

 3                          - o0o -

 4                      TONY BEST,

 5          having been administered an oath, was

 6          examined and testified as follows:

 7

 8                      EXAMINATION

 9

10   BY MR. FRANKLIN:                                    09:13

11       Q    I'm Kurt Franklin.  I'm one of the attorneys  09:13

12   for the Plaintiffs in this matter, Spencer, et al.  09:13

13   versus the City of Palos Verdes Estates and Lunada Bay  09:13

14   Boys, et al.                                        09:13

15          Today we've noticed what's known as a person  09:13

16   most knowledgeable deposition to the Defendant, City of  09:13

17   Palos Verdes Estates.  And you're today, I understand,  09:13

18   by some e-mails for the Counsel for City here, you're  09:14

19   for certain topics identified in the deposition notice.  09:14

20   Is that your understanding?                         09:14

21       A    Yes.                                       09:14

22       Q    And did -- were you provided the copy of the  09:14

23   deposition notice in advance of today?              09:14

24       A    Yes.                                       09:14

25       Q    And what topics to your knowledge are you here  09:14
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1  to testify on behalf of the City?                    09:14
 2          MR. FIELD:  I just heard someone being on and 09:14
 3  off.                                                  09:14
 4          MR. COOPER:  Robert Cooper.                   09:14
 5          MR. FRANKLIN:  It's Robert Cooper on behalf of 09:14
 6  Brant Blakeman.                                       09:14
 7  BY MR. FRANKLIN:                                      09:14
 8      Q    And, I'm sorry, we were just talking about  09:14
 9  you're here to testify on behalf of certain topics.  09:14
10  What topics are you here to testify on behalf of the 09:15
11  City?                                                 09:15
12      A    Topic Number 1.                              09:15
13      Q    And topic Number 1 is Beaches and Surfing    09:15
14  within Palos Verdes Estates with a number of bullets. 09:15
15  Is that your understanding?                           09:15
16      A    Yes.                                         09:15
17      Q    And what other topics are you here testify to? 09:15
18      A    Topic Number 3.                              09:15
19      Q    And City policing; is that correct?          09:15
20      A    Yes.                                         09:15
21      Q    And are there any other topics you're here to 09:15
22  testify on behalf of the City?                        09:15
23      A    And topic Number 4.                          09:15
24      Q    And that's City Nondiscrimination efforts,   09:15
25  with the number of bullets under that.                09:15
```

10

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1          And I understood from communication with the      09:15
 2   City's Counsel that -- is your testimony being limited   09:15
 3   to City nondiscrimination efforts within the police      09:15
 4   department?                                              09:15
 5       A    Yes.                                            09:15
 6       Q    Can you state and spell your full name for the  09:16
 7   record?                                                  09:16
 8       A    First name Tony, t-o-n-y, last name Best,       09:16
 9   b-e-s-t.                                                 09:16
10       Q    And, Mr. Best, you are employed by the City of  09:16
11   Palos Verdes Estates; is that correct?                   09:16
12       A    Yes.                                            09:16
13       Q    How long have you been employed by the City?    09:16
14       A    For 21 and a half years.                        09:16
15       Q    Have you always been a -- you're a sworn        09:16
16   police officer; is that fair to say?                     09:16
17       A    Yes.                                            09:16
18       Q    And what is your current position?             09:16
19       A    I'm the Support Services Captain.               09:16
20       Q    And what is Support Services Captain?  I        09:16
21   understand that might be a supervisory role; is that     09:16
22   fair?                                                    09:16
23       A    Management.                                     09:16
24       Q    Okay.  And who do you oversee in the role of    09:16
25   supervisory captain?                                     09:16
```

11

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1        A    So I oversee dispatch operations, operations      09:16
2   of the jail, the police department's budgets, animal        09:16
3   control and the detective bureau.                           09:17
4        Q    Okay.  Are there -- are there other captains      09:17
5   at Palos Verdes Estates?                                    09:17
6        A    Yes.                                               09:17
7        Q    And the other captains are?                       09:17
8        A    We have one other Captain, Mark Valez, and he     09:17
9   oversees operations.  So basically everything black and     09:17
10  white in the field.                                         09:17
11       Q    So black and white --                             09:17
12       A    Patrol cars.                                       09:17
13       Q    Patrol cars.  There may be some jargons I may     09:17
14  understand of some if, but if I don't, I'm going to ask     09:17
15  you to clarify.                                             09:17
16            Have you ever had your deposition taken           09:17
17  before?                                                     09:17
18       A    Yes.                                               09:17
19       Q    How many times?                                   09:17
20       A    I would estimate, about three.                    09:17
21       Q    Do you remember what those matters were about?    09:17
22  Were they in civil matters?                                 09:17
23       A    Yes.                                               09:17
24       Q    And what were those matters about; do you         09:17
25  recall?                                                     09:17
```

12

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    Yes.                                      09:19
 2      Q    Do you understand the difference between a   09:19
 3  guess and an estimate?                             09:19
 4      A    Yes.                                      09:19
 5      Q    Okay.  What have you done to prepare today in   09:19
 6  terms of testifying on behalf of the City on the topics   09:19
 7  of Beaches and Surfing within Palos Verdes Estates?   09:19
 8      A    I reviewed the field training manual as it   09:19
 9  pertains to officer training when they initially join   09:19
10  the police department, and I also reviewed the Municipal   09:20
11  Codes related to beaches.                          09:20
12      Q    Anything else?                            09:20
13      A    No, not that I can think of.              09:20
14      Q    Did you speak with anybody in terms of trying   09:20
15  to gather some historical information related to the   09:20
16  topic of Beaches and Surfing within Palos Verdes   09:20
17  Estates?                                           09:20
18      A    Yeah, there was just conversations with Sheri   09:20
19  Repp-Loadsman about specific technical terms in regards   09:20
20  to certain lots in the city that I needed clarification   09:20
21  on.                                                09:20
22      Q    And did you speak with anybody else?      09:20
23      A    I spoke with obviously --                 09:20
24      Q    Yeah, other than your lawyer?             09:20
25      A    Not specifically.  No.                    09:20
```

14

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    Is it fair to say then you did not speak with    09:21
 2  any of the former police chiefs about that matter?       09:21
 3      A    Correct.                                          09:21
 4          MR. FRANKLIN:  And so just as a matter of          09:21
 5  housekeeping, I don't know if anybody here had the last    09:21
 6  exhibit number on that depo?                               09:21
 7          MR. WARD:  I did not.  Sorry.                       09:21
 8  BY MR. FRANKLIN:                                            09:21
 9      Q    Why don't we call it 310.  I think that -- and    09:21
10  if we get clarification later, we can adjust.  But I'm     09:21
11  going to hand you an exhibit that I'm going to ask the     09:21
12  court reporter to mark 310 in this matter.  And this is    09:21
13  simply Plaintiffs Amended Notice Of Deposition Of Person   09:21
14  Most Knowledgeable for Defendant City of Palos Verdes      09:21
15  Estates.  And I see you brought one -- it may be the       09:22
16  same, and I suspect it is, but as part of the              09:22
17  housekeeping, you should use the official document to      09:22
18  review.  Because that's the one that's going to be part    09:22
19  of the record.  And if you can take a look at Exhibit      09:22
20  310 and take your time.  If that seems to be -- I'm        09:22
21  going to represent it's what we served, but you should     09:22
22  be comfortable with it.                                    09:22
23      A    Yes.                                               09:22
24          (Exhibit 310 was marked for
25           identification by the court reporter
```

15

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              and is attached hereto.)
 2      Q     Does that appear to be the deposition notice      09:22
 3  related to the person most knowledgeable that you're        09:22
 4  here to testify on behalf of today?                         09:22
 5      A     Yes.                                               09:22
 6      Q     And we talked about the topics of Beaches and     09:22
 7  Surfing within Palos Verdes Estates.                        09:22
 8            On Page 3 of that line 10 that's the area that    09:22
 9  you're going to testify on in terms of that topic?          09:22
10      A     Yes.                                               09:22
11      Q     And then we talked about City Policing.  And      09:22
12  on Page 4 of the exhibit beginning with line 22, those     09:23
13  are the topics you're prepared to testify on today with    09:23
14  respect to City Policing?                                   09:23
15      A     Yes.                                               09:23
16      Q     And on Page 6 of Exhibit 310, on line 8, there   09:23
17  is City Nondiscrimination Efforts.  And you're prepared     09:23
18  today to testify on behalf of the City with respect to     09:23
19  nondiscrimination efforts with respect to police           09:23
20  personnel; is that fair?                                    09:23
21      A     Yes.                                               09:23
22      Q     And in terms of your 21.5 years with the City,   09:23
23  it's all been with the City of Palos Verdes Estates?        09:23
24      A     Yes.                                               09:23
25      Q     Do you have a background in terms of your work    09:23
```

16

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   done with any other police departments?              09:23

 2       A    No.                                          09:23

 3       Q    And when you started with Palos Verdes       09:23

 4   Estates, what was your first job with them?  Did you  09:23

 5   start right away as an officer or did you start as    09:24

 6   something else?                                       09:24

 7       A    I started as a service officer.              09:24

 8       Q    And how long did you work as a service       09:24

 9   officer?                                              09:24

10       A    Approximately, one year.                     09:24

11       Q    And during your time as a service officer,   09:24

12   briefly what were your duties?                        09:24

13       A    Primarily, dispatch 911 and the jail.        09:24

14       Q    And then during that time did you go to school  09:24

15   in terms to becoming a sworn officer, your post       09:24

16   accreditation?                                        09:24

17       A    Yes.                                          09:24

18       Q    And did you do that with the Long Beach Police  09:24

19   Department or a different police department?          09:24

20       A    Orange County Sheriffs Department.            09:24

21       Q    And did Palos Verdes Estates sponsor you when  09:24

22   you went through that program or did you do that on your  09:24

23   on?                                                   09:24

24       A    I was sponsored.                              09:24

25       Q    And then what -- to help me with the math,   09:25
```

17

Atkinson-Baker Court Reporters
www.depo.com

```
 1   did you work under Chief Tim Brown for some period?      09:26
 2       A     It was Johansen was his name.  And when he      09:26
 3   left then Tim Brown became the chief of police.          09:26
 4       Q     And how long did you work under Tim Brown; do   09:26
 5   you know?                                                 09:26
 6       A     'Till he left.                                  09:26
 7       Q     'Till he retired.  Do you remember the          09:26
 8   approximate dates or no?                                  09:26
 9       A     No, I'd have to look.  I mean, it's easy to     09:26
10   find out.                                                 09:26
11       Q     During Chief Johansen's and Chief Brown's       09:26
12   tenure what was your position with the City?  Were you a  09:27
13   patrol officer?                                           09:27
14       A     So under Gary Johansen I was a patrol officer,  09:27
15   and under Tim Brown I became the motor officer,           09:27
16   primarily focused on traffic enforcement and that was in  09:27
17   October of 1998.                                          09:27
18       Q     What are the differences of the duties of       09:27
19   those two, with patrol officer versus -- I think I have   09:27
20   a bit of an understanding -- with the motor officer       09:27
21   might be?                                                 09:27
22       A     So typical patrol officer handles radio calls,  09:27
23   crime calls, takes police reports for crimes.  A motor    09:27
24   officer primarily focuses on traffic enforcement and      09:27
25   traffic safety.  However, in our City we're so small,     09:27
```

19

| | | |
|---|---|---|
| 1 | we're like an LAPD or Orange County Sheriffs were the | 09:27 |
| 2 | motor officers would not respond to basic crime calls. | 09:28 |
| 3 | I was essentially a backup officer on all those crime | 09:28 |
| 4 | calls as well. | 09:28 |
| 5 |     Q    And then after Chief Brown, did you work under | 09:28 |
| 6 | Chief Daniel Dreiling? | 09:28 |
| 7 |     A    Yes, I did. | 09:28 |
| 8 |     Q    And what was your position under Chief | 09:28 |
| 9 | Dreiling? | 09:28 |
| 10 |     A    I was a k-9 officer for five years, then I | 09:28 |
| 11 | transitioned to field training officer, then the | 09:28 |
| 12 | professional standards sergeant and watch commander as a | 09:28 |
| 13 | sergeant. | 09:28 |
| 14 |     Q    Does -- in terms of a k-9 officer, is that a | 09:28 |
| 15 | position that the City still has? | 09:28 |
| 16 |     A    Yes. | 09:28 |
| 17 |     Q    And is there one k-9 officer or -- | 09:28 |
| 18 |     A    There is one. | 09:28 |
| 19 |     Q    And then I assume that's -- is that like a | 09:28 |
| 20 | field officer, but you have the responsibility of having | 09:29 |
| 21 | a k-9 as well? | 09:29 |
| 22 |     A    Patrolman with a dog. | 09:29 |
| 23 |     Q    Okay.  And then the field training officer, | 09:29 |
| 24 | that was more responsibility, you train new officer or | 09:29 |
| 25 | new officers?  Can you tell me what the field training | 09:29 |

20

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | coordinated through the special standards and training | 09:32 |
| 2 | sergeant for an outside entity to perform the internal | 09:32 |
| 3 | affairs investigation.  Those are the basic function of | 09:32 |
| 4 | that position. | 09:32 |
| 5 | Q    So in terms -- sometime during Chief | 09:32 |
| 6 | Dreiling's tenure, in addition to gaining more | 09:32 |
| 7 | experience and responsibility as a officer, you were | 09:32 |
| 8 | promoted to sergeant? | 09:32 |
| 9 | A    Yes. | 09:32 |
| 10 | Q    And were there any other positions that you | 09:32 |
| 11 | held under Chief Dreiling? | 09:32 |
| 12 | A    No. | 09:32 |
| 13 | Q    And then after Chief Dreiling was it Chief | 09:32 |
| 14 | John Everhard? | 09:32 |
| 15 | A    Yes. | 09:32 |
| 16 | Q    How long -- do you recall about when Chief | 09:32 |
| 17 | Everhard worked as Chief? | 09:33 |
| 18 | A    2012 to 2013, roughly.  I know it was | 09:33 |
| 19 | approximately one year. | 09:33 |
| 20 | Q    Okay.  And he had a long tenure at Palos | 09:33 |
| 21 | Verdes Estates before becoming Chief; is that fair? | 09:33 |
| 22 | A    Yes, he started his career there. | 09:33 |
| 23 | Q    And then after '13, in terms of under Chief | 09:33 |
| 24 | Everhard during that one year were you still the | 09:33 |
| 25 | professional standards sergeant or did you have a | 09:33 |

23

PMK: Tony Best
July 12, 2017

```
 1   different position?                                    09:33

 2        A    I got promoted to captain where I was in     09:33

 3   charge of patrol operations, and that was in 2012      09:33

 4   September 11, 2012.                                    09:33

 5        Q    And is that the position that Captain Valez  09:34

 6   has now?                                               09:34

 7        A    Correct.                                     09:34

 8        Q    And then I assume around '13 or '14, the next 09:34

 9   was an iterum chief; is that correct?                  09:34

10        A    After John M. Hard.  Yes.                    09:34

11        Q    And was that Chief Hinig?                    09:34

12        A    Hinig.                                       09:34

13        Q    H-i-n-i-g?                                   09:34

14        A    Yes.  Hinig.                                 09:34

15        Q    And how long did Hinig work for the City to  09:34

16   the best of your --                                    09:34

17        A    I believe he was there just about a year.    09:34

18        Q    And Chief Hinig came from somewhere else.  Do 09:34

19   you know where he came from?                           09:34

20        A    He was a retiree, so he came in as a 960 under 09:34

21   PERS.  He came from the -- he did a couple iterum jobs. 09:34

22   He was a interim chief of La Habra PD.  He was iterum  09:35

23   chief of I believe Sierra Madre.  But he did the       09:35

24   majority of his time with Arcadia PD as a chief of     09:35

25   police.                                                09:35
```

24

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q     So Arcadia by Pasadena, he was the chief of      09:35
 2  police?                                                    09:35
 3      A     Yes.                                             09:35
 4      Q     There before he became -- he retired under       09:35
 5  PERS and then made his services available for police       09:35
 6  departments where he would work presumably -- sometimes    09:35
 7  it might be more or less -- 960 hours.  Is that a good      09:35
 8  idea?                                                       09:35
 9      A     Depending on the calendar.                        09:35
10      Q     And was he commuting during that time?  Was he   09:35
11  working more than half time, in your estimate in terms      09:35
12  of your time with him?                                      09:35
13      A     No, he was -- he was there full.                  09:35
14      Q     Full-time?                                        09:35
15      A     Yeah.                                             09:35
16      Q     And then after Chief Hinig, does that bring us    09:35
17  up to Chief Kepley?                                         09:36
18      A     It does.                                          09:36
19      Q     And then how long -- when did Chief Kepley        09:36
20  start?                                                      09:36
21      A     I believe, 2013 or '14.  '14.  Maybe it's        09:36
22  2014.                                                       09:36
23      Q     And if I have it right, are you currently         09:36
24  serving two roles; you're a captain and you're captain      09:36
25  an acting chief of police?                                  09:36
```

25

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A     Effective July 1st, Captain Mark Valez and I | 09:36 |
| 2 | switched.  So I was acting chief while Chief Kepley was | 09:36 |
| 3 | out on leave for 11 weeks.  And July 1st, it was decided | 09:36 |
| 4 | that for the sake of fairness that Mark would have the | 09:36 |
| 5 | opportunity to be acting chief as well. | 09:36 |
| 6 | Q     Fairness goes both ways, I suppose. | 09:37 |
| 7 | A     Yes.  So the City manager appointed him as | 09:37 |
| 8 | acting chief until Chief Kepley returns. | 09:37 |
| 9 | Q     So the current acting chief is Captain Mark | 09:37 |
| 10 | Valez as of July 1st, 2017? | 09:37 |
| 11 | A     Yes. | 09:37 |
| 12 | Q     And you were acting chief.  And I think you | 09:37 |
| 13 | mentioned the day, but if you can tell me again from -- | 09:37 |
| 14 | was it February? | 09:37 |
| 15 | A     I have it on the calendar.  It was 11 weeks. | 09:37 |
| 16 | Q     Eleven weeks? | 09:37 |
| 17 | A     So 11 weeks back from July 1st. | 09:37 |
| 18 | Q     Okay.  And was there -- in terms of moving to | 09:37 |
| 19 | the position of acting chief, is that something that the | 09:37 |
| 20 | city manager has the authority to do or does that go to | 09:37 |
| 21 | the board, do you know, or the City Council? | 09:37 |
| 22 | A     No, the city manager has the authority.  He's | 09:38 |
| 23 | the appointed authority for the chief of police. | 09:38 |
| 24 | Q     And in terms of organizational structure at | 09:38 |
| 25 | Palos Verdes Estates, the chief of police is not a | 09:38 |

26

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    direct report to the City Council; is that fair?        09:38
 2        A    Yes.                                             09:38
 3        Q    And so the chief of police reports directly to  09:38
 4    the city manager in terms of an organizational flow      09:38
 5    chart for Palos Verdes Estates?                           09:38
 6        A    Yes.                                             09:38
 7        Q    And then in terms of within the -- I should      09:38
 8    say too, I didn't go over this.  If you need to take a    09:38
 9    break, I see you drinking water.                          09:38
10        A    I'll leave.  I'm not going to sit and suffer.    09:38
11        Q    Just let me know.  Okay.                         09:38
12             In terms of organizational within the police     09:38
13    department, is it fair to say that the chief of police    09:39
14    has -- notwithstanding his reporting to the city          09:39
15    manager -- is the only sworn person, top sworn person,    09:39
16    for the city sworn officer for the city; is that fair?    09:39
17    Let me rephrase that.                                     09:39
18             Is it fair to say that the chief of police is    09:39
19    the top sworn officer for the City of Palos Verdes        09:39
20    Estates?                                                  09:39
21        A    Yes.                                             09:39
22        Q    And then if it involves a policing decision,     09:39
23    it's his responsibility?                                  09:39
24        A    Yes.                                             09:39
25        Q    And then in terms of making police-related       09:39
```

27

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | decisions, a chief of police would not defer to the city | 09:39 |
| 2 | manager? | 09:39 |
| 3 | A   No, the chief's responsibility is to make | 09:39 |
| 4 | those decisions.  He may consult with the city manager | 09:39 |
| 5 | and the management team, but ultimately it's the chief's | 09:39 |
| 6 | decision. | 09:40 |
| 7 | Q   And when you were -- when you're designated as | 09:40 |
| 8 | an acting chief, are you sworn differently?  Is that a | 09:40 |
| 9 | memo or how did that work? | 09:40 |
| 10 | A   No, there was no memo.  There was an e-mail | 09:40 |
| 11 | sent out letting staff know that Chief Kepley is out on | 09:40 |
| 12 | leave and he's absent, and I'll be serving as acting | 09:40 |
| 13 | chief. | 09:40 |
| 14 | Q   And Chief Kepley's leave as, I understand -- | 09:40 |
| 15 | do you understand that's Labor Code 4850 leave right | 09:40 |
| 16 | now? | 09:40 |
| 17 | A   I do not know if it's 4850.  It's just leave. | 09:40 |
| 18 | Q   Okay.  You don't know whether it's a medical | 09:40 |
| 19 | leave or some other type of leave? | 09:41 |
| 20 | A   Do not know. | 09:41 |
| 21 | Q   And in terms of organizational structure | 09:41 |
| 22 | within the police department, if I have it right, there | 09:41 |
| 23 | are there -- there is the chief of police at the top, | 09:41 |
| 24 | two captains under the chief of police, and then how | 09:41 |
| 25 | many sergeants under the captains? | 09:41 |

Atkinson-Baker Court Reporters
www.depo.com

```
 1   special detail that we needed a reserve to assist on, we      09:43
 2   would make the request through Sergeant Gunt, and he         09:43
 3   would reach out to the serve Corp. and see who is            09:43
 4   available.                                                   09:43
 5       Q    And in terms of -- is the City of Palos Verdes     09:43
 6   Estates Police Department in terms of structure chain of     09:43
 7   command are people expected to follow a chain of command     09:43
 8   in terms of directions, whether it be the chief of          09:43
 9   police would have a chain of command over everybody and      09:43
10   then downward?                                               09:43
11       A    Right.  So the way it works -- we're a             09:43
12   military organization.  So everyone has a direct            09:43
13   supervisor and that's who they are to report to any         09:43
14   issues or the direction coming down would come from a       09:43
15   direct supervisor.                                           09:44
16       Q    And in your 21 and a half years of working for    09:44
17   the City has -- let me ask a different question.  Do you    09:44
18   have an understanding of the term that's been used in       09:44
19   this lawsuit and sometimes in the media of "surf           09:44
20   localism"?                                                   09:44
21       A    Yes.                                               09:44
22       Q    And what's your understanding of surf            09:44
23   localism?                                                    09:44
24       A    Surf localism is a phenomenon that takes place    09:44
25   in most local or most surf locations.  Hermosa Beach,      09:44
```

30

PMK: Tony Best
July 12, 2017

```
 1   Granda Bay, San Pedro, in Hawaii, Oxnard, where people      09:45
 2   who frequent that area may tend to believe that that        09:45
 3   area is exclusive and only open to them.  And they may      09:45
 4   use certain acts to dissuade people from entering their     09:45
 5   area or surf in their beach.                                09:45
 6        Q    And during your 21 and a half years of working    09:45
 7   for Palos Verdes Estates has the issue of localism          09:45
 8   surfaced periodically?                                      09:45
 9        A    Yes.                                              09:45
10        Q    And are there particular beaches within Palos     09:45
11   Verdes Estates where the issues has surfaced more           09:46
12   frequently than other beaches?                              09:46
13          MR. GLOS:  Object as vague as to frequent but,       09:46
14   you can answer.                                             09:46
15        A    The reports that we have received and the         09:46
16   people I think talk about those is Lunada Bay,              09:46
17   obviously.                                                  09:46
18   BY MR. FRANKLIN:                                            09:46
19        Q    And to your understanding as you testify on      09:46
20   behalf of the City, what has the City done to address      09:46
21   the issue of surf localism at Lunada Bay?                   09:46
22          MR. GLOS:  In any particular time period?  Do        09:46
23   you want to start from the beginning?                       09:46
24   BY MR. FRANKLIN:                                            09:46
25        Q    His 21 and a half years.                          09:46
```

Atkinson-Baker Court Reporters
www.depo.com

1   Verdes Estates, whether they receive memos from any of        09:56

2   the chiefs of police we've mentioned; whether they're         09:56

3   asked to watch videos; whether there have been, say,          09:56

4   experts come in and might have some knowledge about how       09:56

5   localism takes place?  To your knowledge none of those        09:56

6   things have happened?                                         09:56

7           MR. GLOS:  Again, I'll object.  Calls for            09:56

8   narrative.  Vague as to time and overbroad as to scope.       09:56

9   You can answer.                                               09:56

10          MR. FIELD:  Could the Deponent speak up a            09:56

11  little bit.                                                   09:56

12     A    Sorry about that.                                    09:56

13          As far as specific training.  Also in that          09:56

14  field training program we go over the -- F.T.O. goes          09:56

15  over specific Municipal Codes as it relates to beaches,       09:56

16  beach access, intimidation, safe surf riding.  So those      09:57

17  are specific beach or surf-related elements of trade          09:57

18  that we do provide, but they apply to everywhere in the       09:57

19  city where there is a beach is not just Lunada Bay.           09:57

20  BY MR. FRANKLIN:                                              09:57

21     Q    And just to hop outside the training.  In           09:57

22  terms of that surfing riding ordinance, you testified on      09:57

23  behalf of the city, are you aware of anyone ever              09:57

24  receiving a warning or a citation or anything related to      09:57

25  that ordinance?                                               09:57

38

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    I do not.                                      09:57

 2      Q    And we talked -- the original question was in  09:57

 3  terms of the issue of localism; what is the city doing  09:57

 4  about it.  And you said trains local officers at least  09:57

 5  the officers at the F.T.O. level.  What else is the city 09:58

 6  doing?                                                  09:58

 7      A    In the past we've had a boat and wave runners  09:58

 8  that we've used to an attempt to get close to the waves 09:58

 9  to observe those violations of the dropping in rule, as 09:58

10  I call it, the ordinance.                               09:58

11      Q    When was the last time that the city had an    09:58

12  operational boat?                                       09:58

13      A    Three or four years ago.  We ran into a lot of 09:58

14  challenges with that because of the kelp.  So the kelp  09:58

15  prevents the boat from getting close to the shore or to 09:58

16  the break.  And the same was true for the wave runners  09:58

17  when we would actually go out.  And I've done it several 09:58

18  times.                                                  09:59

19      Q    And did the city check where there is a kelp   09:59

20  cutter?  Sometimes you could put in front of the prop;  09:59

21  do you know?                                            09:59

22      A    I do not know.  We have lifeguard boats.  And  09:59

23  I don't know -- we don't have them.  Redondo Harbor     09:59

24  Patrol have them.  I don't know if they have kelp       09:59

25  cutters.                                                09:59
```

39

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   trailhead or on the trail leading down on the beach.          10:25

2   How many surfers were in the water to give indication          10:25

3   of.  If there is 30 surfers in the water, we know there          10:25

4   is going to be more people in the area.  Or if there is          10:25

5   no surfers or if the surfs are really bad, sometimes          10:25

6   people observe storms.  So to get a general sense of the          10:25

7   activity level and to put themselves in a position where          10:25

8   if something did take place, they can report it.          10:25

9       Q    When did this -- you called it nature --          10:25

10      A    The Nature Codes.          10:25

11      Q    The Nature Codes, when was that implemented?          10:25

12      A    I believe, over a year ago.          10:25

13      Q    So was that implemented under Chief Kepley's          10:26

14  watch?          10:26

15      A    Yes, the Nature Codes.  Yes.  Prior to that,          10:26

16  we also had a -- we created a surf related specific          10:26

17  Nature Code for any incident where we took a report that          10:26

18  involved surf-related activity or crimes or harassment          10:26

19  or incident reports that didn't rise to the level of          10:26

20  criminality, but just for the documentation purposes.          10:26

21  And those could occur in any other beaches or any of the          10:26

22  surf spots in the city.          10:26

23      Q    And back to the Nature Code, you mentioned          10:26

24  that the officers would count the number of surfers in          10:26

25  the water?          10:27

                                                                  51

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A     Yes. | 10:27 |
| 2 | Q     And those are put into a CAD system? | 10:27 |
| 3 | A     Yes, they call it on the radio.  So a typical | 10:27 |
| 4 | call -- the area unit would call a surf check on the | 10:27 |
| 5 | Lunada Bay, enter the call in the Nature.  The officer | 10:27 |
| 6 | would get out of the car, walk to the edge, he could | 10:27 |
| 7 | clear the call, get back in his car and say I'm 108, | 10:27 |
| 8 | which is I'm clear for calls.  No surfers in the water. | 10:27 |
| 9 | No surfers on the bluff top. | 10:27 |
| 10 | Q     And would that be recorded by the dispatcher | 10:27 |
| 11 | then? | 10:27 |
| 12 | A     In the call notes. | 10:27 |
| 13 | Q     Okay.  Had you in your preparation for today | 10:27 |
| 14 | had the occasion to review any of those Nature-related | 10:27 |
| 15 | call as to Lunada Bay? | 10:28 |
| 16 | A     I did not. | 10:28 |
| 17 | Q     Have you reviewed those ever before? | 10:28 |
| 18 | A     Those are produced in e-mail -- the patrol | 10:28 |
| 19 | log.  So all the activity that took place in that day is | 10:28 |
| 20 | e-mailed to -- I know I get it, Mark Valez, the captain | 10:28 |
| 21 | gets it.  And we'll scan it to look for things that are | 10:28 |
| 22 | kind of out of the ordinary or major crimes that | 10:28 |
| 23 | occurred that we've been kind of following.  If | 10:28 |
| 24 | detectives find out if this is something that's going to | 10:28 |
| 25 | carry out the next day or a school incident. | 10:28 |

52

Atkinson-Baker Court Reporters
www.depo.com

```
 1       Q    And in terms of your 21 and a half years        10:28
 2   working for the city, do some of the beaches seem to      10:28
 3   have more surfers in the water than others?               10:28
 4       A    Yes.                                             10:29
 5       Q    Which ones have the most?                        10:29
 6       A    Bluff Cove.  It's a substantially larger beach   10:29
 7   and easy access.  And Rat Beach or Haggert's which is     10:29
 8   the boarder of Torrance and PV Estates.  And I think      10:29
 9   it's because of the easy access.                          10:29
10       Q    And how many if you had to estimate on what's    10:29
11   the most number of humans in the water you've seen in     10:29
12   those beaches?                                            10:29
13       A    Thirty to 40, maybe.                             10:29
14       Q    And in terms of the CAD system, the officers     10:29
15   do headcounts now for the last year at the beaches, like  10:29
16   estimate there is 30 or 40 surfers in the water?          10:30
17       A    I think a headcount is pretty scientific.        10:30
18   This is kind of a general estimate.                       10:30
19       Q    Yeah.  So do they give an estimate of how many   10:30
20   people are in the water?                                  10:30
21       A    Yes.                                             10:30
22       Q    And in terms of Lunada Bay and the number of     10:30
23   the people in the water, is it ever fewer than Bluff      10:30
24   Cove?                                                     10:30
25            MR. GLOS:  Objection.  Vague.                    10:30
```

53

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                        10:30
 2       Q    On an average surf day, does Lunada Bay have   10:30
 3   fewer people in the water than the city's other beaches? 10:30
 4           MR. GLOS:  Objection.  Lacks foundation.  You   10:30
 5   can answer.                                             10:30
 6       A    It's hard to answer.  Because the surf is      10:30
 7   different at each of the locations.  The access is      10:31
 8   different.                                              10:31
 9   BY MR. FRANKLIN:                                        10:31
10       Q    So I'm not asking why there might be a         10:31
11   different number of people.  I'm just asking the actual 10:31
12   observation.  There are fewer people using Lunada Bay in 10:31
13   the water than Bluff Cove.  Is that a fair thing to say? 10:31
14           MR. GLOS:  Objection.  Vague lacks.             10:31
15   Foundation.  You can answer.                            10:31
16       A    The simple answer is yes, but I mean there is  10:31
17   reasons for it.  Again, the ease of access, the I think 10:31
18   the short -- I don't know what the correct terminology  10:31
19   is, but the way the wave breaks in Lunada Bay, from what 10:31
20   I understand, is a very difficult to surf.  There is    10:32
21   rocks, it's dangerous.                                  10:32
22   BY MR. FRANKLIN:                                        10:32
23       Q    So the question was --                         10:32
24       A    In Bluff Cove it's more of a -- from what I    10:32
25   understand -- a long break where they're really wide.   10:32
```

54

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1    anybody in terms of what the capacity of Lunada Bay       10:35
2    could be in terms of number of surfers that might be      10:35
3    able to use it?                                           10:35
4        A    I guess that would depend on what portion of     10:35
5    the bay you want to surf.                                 10:35
6        Q    Let's talk about the point which is where the    10:35
7    fort used to be right in front of -- what would you call  10:35
8    that break?  Do you have a phrase or word for that        10:35
9    particular break in front of the old rock?                10:35
10       A    I would refer to it as like the northern area    10:36
11   of Lunada Bay.                                            10:36
12       Q    And have you reached out to anybody in terms     10:36
13   of the number of people that might be able to surf that   10:36
14   break?                                                    10:36
15       A    No.                                              10:36
16       Q    How about other -- other waves within Lunada     10:36
17   Bay, breaks within Lunada Bay, is there another break at  10:36
18   Lunada Bay that you could identify?                       10:36
19       A    The entire bay has a break; there's waves of     10:36
20   break there.  Some people may feel more comfortable       10:36
21   surfing on the northern side based on their experience    10:36
22   level.  Some people want to just stay in the middle or    10:36
23   all the way to the south end.  I guess it's preference    10:36
24   on what you're looking for in your surf experience.       10:36
25       Q    Can you estimate in your police experience and   10:36
```

57

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | in the water. | 10:38 |
| 2 | BY MR. FRANKLIN: | 10:38 |
| 3 | Q    So how many days have you -- in 2016 how many | 10:38 |
| 4 | days did you observe 15 people in the water at Lunada | 10:38 |
| 5 | Bay? | 10:38 |
| 6 | A    2016, I don't work patrol so -- yeah, I don't | 10:38 |
| 7 | know how to answer that. | 10:38 |
| 8 | Q    Okay.  So the city is unable to answer that | 10:38 |
| 9 | question? | 10:38 |
| 10 | MR. GLOS:  Well, you said "you" Counsel, and | 10:38 |
| 11 | you asked the question.  You asked him personally, so | 10:38 |
| 12 | you need to distinguish your question on whether you're | 10:38 |
| 13 | asking the city or him as an individual. | 10:39 |
| 14 | MR. FRANKLIN:  It's the City's deposition | 10:39 |
| 15 | today. | 10:39 |
| 16 | MR. GLOS:  But you say, you did this or you | 10:39 |
| 17 | did that. | 10:39 |
| 18 | MR. FRANKLIN:  Would any of your questions -- | 10:39 |
| 19 | your answers change in terms of if -- what's the City's | 10:39 |
| 20 | best estimate in terms of the number of people that surf | 10:39 |
| 21 | Lunada Bay in a December day? | 10:39 |
| 22 | MR. GLOS:  Objection.  Overbroad.  You can | 10:39 |
| 23 | answer. | 10:39 |
| 24 | A    Again, a December day, it's hard to answer.  I | 10:39 |
| 25 | think 15 is the number that I've answered before and I | 10:39 |

59

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                        10:42
 2      Q    Yeah, I'm just trying to figure, out at a       10:42
 3   particular time if you go out and observe the main      10:42
 4   point, the north point we talked about, how many surfers 10:42
 5   would you see in the water on a typical day?  And, you,  10:42
 6   I'm referring to the City, your best estimate on behalf  10:42
 7   of the City.                                            10:42
 8           MR. GLOS:  Objection.  Asked and answered.      10:42
 9   Lacks foundation.  Calls for speculation.  You can       10:42
10   answer.                                                 10:42
11      A    Again, I think it's difficult to answer that    10:42
12   question.                                               10:42
13   BY MR. FRANKLIN:                                        10:42
14      Q    So I know it's difficult.  Are you not able to  10:42
15   answer that question?                                   10:42
16      A    So would a typical day be a good surf day or    10:42
17   would a typical day be --                               10:42
18      Q    I'm looking for averages.                       10:42
19      A    I'll give you a range of 5 to 15.               10:42
20      Q    Okay.  And would it be 5 more often than 15?    10:42
21           MR. GLOS:  Same objections.                     10:43
22      A    Five to 15 is what I'd estimate.                10:43
23   BY MR. FRANKLIN:                                        10:43
24      Q    So as the City today -- as you're testifying    10:43
25   on behalf of the City, you can't -- it's a range of 5 to 10:43
```

62

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | 15 on a typical winter day; that's the City's answer as | 10:43 |
| 2 | to the question? | 10:43 |
| 3 | How many surfers would there be on a typical | 10:43 |
| 4 | winter day at any one time at Lunada Bay? | 10:43 |
| 5 | A    Yeah. | 10:43 |
| 6 | MR. GLOS:  Same objections. | 10:43 |
| 7 | BY MR. FRANKLIN: | 10:43 |
| 8 | Q    Right? | 10:43 |
| 9 | A    Five to 15 I think would be an estimate on an | 10:43 |
| 10 | average day. | 10:43 |
| 11 | Q    And the City can't give any better estimate | 10:43 |
| 12 | than that right now? | 10:43 |
| 13 | MR. GLOS:  Same objections. | 10:43 |
| 14 | A    I think 5 to 15 again, as I answered before. | 10:43 |
| 15 | BY MR. FRANKLIN: | 10:43 |
| 16 | Q    And but if you were able -- or if you'd | 10:43 |
| 17 | reviewed the logs prior to coming today, you might have | 10:43 |
| 18 | been able to give a better estimate? | 10:43 |
| 19 | A    I don't know. | 10:43 |
| 20 | Q    You don't know.  And if those logs -- the | 10:43 |
| 21 | log -- the Nature call logs for 2016, are those sortable | 10:44 |
| 22 | by location? | 10:44 |
| 23 | A    Yes. | 10:44 |
| 24 | Q    And so you'd be able to sort Lunada Bay Nature | 10:44 |
| 25 | call logs?  Is it Nature log?  If you wanted to instruct | 10:44 |

63

PMK: Tony Best
July 12, 2017

1   website.  And I believe we also posted it on Next Door,          10:53

2   which -- I don't know -- are you familiar with Next              10:53

3   Door?                                                            10:53

4        Q    Yeah, it's an e-mail.  Why don't you tell me           10:53

5   what Next Door.                                                  10:53

6        A    Next Door kind of connects local communities          10:53

7   so residents can talk about local issues in their               10:53

8   community.  And I think right now in our service areas          10:53

9   the police department has an Next Door account to                10:53

10  communicate things like crime tends.  I think the last          10:53

11  one I did was about unpermitted solicitors:  Hey, watch         10:53

12  out for these elements or these types of activities in          10:53

13  the City.  And I think we reached about 4500 residents          10:53

14  who are signed up in our service area.                          10:53

15       So community outreach to get the word out on               10:54

16  what localism is, how to identify and encourage people          10:54

17  to report it.                                                   10:54

18       Q    And in terms of the community outreach, do you        10:54

19  know is there is a community outreach to areas to               10:54

20  beachgoers who might not be from Palos Verdes Estates?         10:54

21       A    Beachgoers -- well, anybody who is in the area        10:54

22  we would contact them and provide them that information.        10:54

23  So I imagine not everybody that goes to the beach in            10:54

24  Palos Verdes Estates is from Palos Verdes Estates.  But         10:54

25  if you're asking if we go to Hermosa Beach or Redondo           10:54

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Beach or Huntington Beach to pass those out, the answer | 10:54 |
| 2 | would be no. | 10:54 |
| 3 | MR. FRANKLIN:  So I'm going to mark as Exhibit | 10:54 |
| 4 | 311 is a type of flyer that is sent out to beach | 10:55 |
| 5 | communities about availability of -- this one says Los | 10:55 |
| 6 | Angeles Area Beaches, and the residence address is | 10:55 |
| 7 | redacted.  But I'm going to represent that this is the | 10:55 |
| 8 | type of flyer that's sent out and I'm going to ask you | 10:55 |
| 9 | about it. | 10:55 |
| 10 | (Exhibit 311 was marked for | 10:55 |
| 11 | identification by the court reporter | 10:55 |
| 12 | and is attached hereto.) | 10:55 |
| 13 | Q    And the question is a simple one:  Are you | 10:56 |
| 14 | aware of the Palos Verdes Estates doing any direct mail | 10:56 |
| 15 | or outreach on its own as to its beaches or attempting | 10:56 |
| 16 | to purchase mailing lists so it could do a community | 10:56 |
| 17 | outreach? | 10:56 |
| 18 | A    No. | 10:56 |
| 19 | Q    Are you aware of Palos Verdes Estates doing an | 10:56 |
| 20 | electronic, whether it's a social media or otherwise | 10:56 |
| 21 | outreach to try to reach people from outside the | 10:56 |
| 22 | community? | 10:56 |
| 23 | A    For what purpose? | 10:56 |
| 24 | Q    To talk about the issues of localism and issue | 10:56 |
| 25 | with crimes.  The same purpose that you were talking | 10:56 |

70

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | about those cards you hand out, so it would be a broader | 10:56 |
| 2 | net to capture more people. | 10:57 |
| 3 | A    No. | 10:57 |
| 4 | Q    So how many cards would you estimate -- how | 10:57 |
| 5 | many cards would the City estimate it has handed out to | 10:57 |
| 6 | beachgoers? | 10:57 |
| 7 | A    It's a good question.  Lots of them.  Cause | 10:57 |
| 8 | I'm the one that printed them.  I create them, I print | 10:57 |
| 9 | them up.  I would estimate over hundreds, if not a | 10:57 |
| 10 | thousand cards. | 10:57 |
| 11 | Q    How many did you print?  I guess that's an | 10:57 |
| 12 | easier view in terms of printing. | 10:57 |
| 13 | A    Hundreds, thousands, and the officers go out | 10:57 |
| 14 | and hand them out. | 10:57 |
| 15 | Q    Is it under the thousands, I guess?  Was | 10:57 |
| 16 | there -- | 10:57 |
| 17 | A    Somewhere between 750 to a thousand. | 10:57 |
| 18 | Q    So I assume there is a purchase order for | 10:57 |
| 19 | that; is that fair to say? | 10:57 |
| 20 | A    No. | 10:57 |
| 21 | Q    How were those cards printed? | 10:57 |
| 22 | A    A printer. | 10:58 |
| 23 | Q    So printed on a police department -- | 10:58 |
| 24 | A    It was a publisher document. | 10:58 |
| 25 | Q    Okay.  Did you purchase the cards stock with | 10:58 |

71

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   City funds or did you already have that card stock?    10:58
 2       A    We already had it.                            10:58
 3       Q    And in terms of printing it, you think you've 10:58
 4   printed between 750 and a thousand?                    10:58
 5       A    Yes.                                          10:58
 6       Q    And how were those distributed to the         10:58
 7   officers?                                              10:58
 8       A    Through the Captain Valez who is the patrol   10:58
 9   commander was given the cards initially to talk about  10:58
10   the program with the officers, tell them how they should 10:58
11   be distributed, and then they're available to the     10:58
12   officers at briefing.                                  10:58
13       Q    And were the -- do you know did Captain       10:59
14   Valez -- are the cards in the patrol cars or what was  10:59
15   the mechanism?  I know this isn't an evidence, but what 10:59
16   was the chain of custody?  Does it go from you to      10:59
17   Captain Valez; is that fair?                           10:59
18       A    Yes.  They eventually make their way to       10:59
19   sergeants and the sergeants distribute them to their   10:59
20   officers.                                              10:59
21       Q    And was there a follow-up in terms of how many 10:59
22   had actually been distributed?                         10:59
23       A    They were not numbered.  I believe captain    10:59
24   Valez now has started tracking how many officers respond 10:59
25   back and how many they've distributed, but I'm not     10:59
```

72

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1  exactly sure of when he started doing that.              11:00
 2      Q    And is there -- as you sit here today and      11:00
 3  testifying on behalf of the City, what's your best      11:00
 4  estimate in terms of how many cards were actually       11:00
 5  distributed to visitors to Lunada Bay?                  11:00
 6      A    Visitors, that's a hard question to answer     11:00
 7  because we don't obtain or demand identifications or    11:00
 8  verify people's home of residence or city of residence  11:00
 9  when they visit the City.  So sometimes we pass about to 11:00
10  people that are from Lunada Bay or from Rancho or       11:00
11  Huntington or Long Beach or from all over the place.    11:00
12      Q    In addition to the cards that were printed,    11:00
13  what else has the City done?  These aren't flyers; these 11:01
14  are cards, you said?                                    11:01
15      A    Yes.  So they're printed out three-and-a-half  11:01
16  by 11 sheet and we just cut them; they're two-sided.    11:01
17      Q    Okay.  Is it regular card stock or is it just  11:01
18  paper?                                                  11:01
19      A    Both.  If we ran out of card stock, we use     11:01
20  paper.                                                  11:01
21      Q    And is it color or black and white?            11:01
22      A    It's color.                                    11:01
23      Q    Can you describe it generally to me?           11:01
24      A    On the front I put a -- in the middle it's     11:01
25  color of the Neptune Fountain.  King Neptune is kind of 11:01
```

73

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | the center of the City.  On the top it says:  Welcome. | 11:01 |
| 2 | And on -- it says "Localism."  And then there is a | 11:01 |
| 3 | surfboard, and it says "Welcome" down the length of the | 11:01 |
| 4 | surfboard.  It talks about what localism is, how to | 11:01 |
| 5 | report it.  It has our phone number, our e-mail address | 11:02 |
| 6 | of the police department, address.  Just kind of | 11:02 |
| 7 | informational card to let people know what localism is | 11:02 |
| 8 | and how it should be reported. | 11:02 |
| 9 | Q   Were the cards placed on windshield or were | 11:02 |
| 10 | they always instructed to hand out to people? | 11:02 |
| 11 | A   Hand out to people. | 11:02 |
| 12 | Q   And were they posted anywhere in the City? | 11:02 |
| 13 | Were they posted on telephone poles throughout the City, | 11:02 |
| 14 | or that type of thing if there are telephone poles? | 11:02 |
| 15 | A   No, we didn't -- we wanted the kind of the | 11:02 |
| 16 | face-to-face conversation, not just post it throughout | 11:02 |
| 17 | the City on the telephone poles. | 11:02 |
| 18 | Q   Were display boards used with the same | 11:02 |
| 19 | information? | 11:02 |
| 20 | A   We have in one of the patrol cars a blue | 11:02 |
| 21 | message sign that scrolls, that we could tailor | 11:03 |
| 22 | messages.  And we park that vehicle in Lunada Bay with a | 11:03 |
| 23 | blue scrolling message that something to the effect: | 11:03 |
| 24 | Report localism to the police department.  And that | 11:03 |
| 25 | vehicle is parked out in Lunada Bay with the sign | 11:03 |

74

Atkinson-Baker Court Reporters
www.depo.com

```
 1    running.                                                 11:03
 2        Q    And how long was that vehicle parked at Lunada  11:03
 3    Bay with the sign scrolling about Report localism?       11:03
 4        A    We would -- I don't know how many days it was   11:03
 5    actually displayed out there.  We'd have someone park it 11:03
 6    out there.  We would use it also as -- for traffic.  So  11:03
 7    it was out there for several days during the surf        11:03
 8    season, and then we had other signage in the City.  But  11:03
 9    I can't give you the exact it was there for how long.  I 11:03
10    just know it because I program the system.               11:03
11        Q    And in terms of that message is that recorded   11:04
12    somewhere?  Do you have notes of what you wrote down on  11:04
13    that?                                                    11:04
14        A    Yes.                                            11:04
15        Q    Do you know if those have been turned over to  11:04
16    Mr. Glos?                                                11:04
17        A    I believe we have the federal signals.  We     11:04
18    have a sheet -- I mean -- so it has capability of -- you 11:04
19    could input a hundred-some messages in there and it     11:04
20    comes preset with 90 of them.                           11:04
21        Q    Have a good day, or something?                 11:04
22        A    Icy roads ahead, falling rock, although that   11:04
23    doesn't apply to us.  And then custom made messages in  11:04
24    regards to texting, cell phone useful driving,          11:04
25    fireworks, schools in progress.  Lock your car,         11:04
```

75

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   burglary.  And we have that log of messages.          11:04
 2       Q    And in terms of using that device, are there  11:04
 3   logs of where it's placed or how long it had been in   11:04
 4   Lunada Bay?                                            11:05
 5       A    No.                                           11:05
 6       Q    How long was this -- how long has this been   11:05
 7   used at Lunada Bay?                                    11:05
 8       A    I'd say, a year and a half, two years.        11:05
 9       Q    And how long has it been used at Lunada Bay to 11:05
10   address the issue of localism?                         11:05
11       A    Since we got the sign.  About a year and a    11:05
12   half, two years ago.                                   11:05
13       Q    What's your best estimate in terms of how     11:05
14   often it's been deployed at Lunada Bay on the localism 11:05
15   issue?                                                 11:05
16       A    I'd estimate, about ten times.                11:05
17       Q    Ten times over a year and a half?             11:05
18       A    Uh-huh.                                       11:05
19       Q    Any other display boards that come to mind?   11:05
20       A    Display boards, no.                           11:05
21       Q    Anything else that the City has done to       11:06
22   address the issue of localism that comes to mind?      11:06
23       A    And this is -- sorry for jumping back, but    11:06
24   something popped in my head.  Under Tim Brown, he -- I 11:06
25   believe it was under Tim Brown when he ordered the     11:06
```

76

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | patrol.  The officers do throughout the City in driving | 11:35 |
| 2 | to Paseo Del Mar, which is the driveway that borders the | 11:35 |
| 3 | coastline. | 11:35 |
| 4 | Q    Okay.  And you've mentioned some of this was | 11:35 |
| 5 | newer, Native Code -- as Nature Code? | 11:35 |
| 6 | A    Nature Code. | 11:35 |
| 7 | Q    Excuse me.  So the Nature Code, that was | 11:35 |
| 8 | something that's been placed about 18 months or so? | 11:35 |
| 9 | A    Yes. | 11:35 |
| 10 | Q    And we talked about the localism flyers that | 11:35 |
| 11 | you helped prepare, and there are about 750 to thousand | 11:35 |
| 12 | of them printed; is that right? | 11:35 |
| 13 | A    Yes. | 11:35 |
| 14 | Q    Those were distributed in-person to people not | 11:35 |
| 15 | put on cars and posted; is that right? | 11:35 |
| 16 | A    Yes. | 11:36 |
| 17 | Q    And the distribution wasn't limited to Lunada | 11:36 |
| 18 | Bay.  It was citywide? | 11:36 |
| 19 | A    Yes. | 11:36 |
| 20 | Q    And then we talked about -- you mentioned what | 11:36 |
| 21 | you called the Dropping in Ordinance; is that right? | 11:36 |
| 22 | A    Yes. | 11:36 |
| 23 | Q    That was something under Chief Tim Brown's | 11:36 |
| 24 | watch? | 11:36 |
| 25 | A    Yes. | 11:36 |

86

Atkinson-Baker Court Reporters
www.depo.com

```
 1       Q    Do you know, is that -- did that come out of a      11:36
 2   settlement in another lawsuit?                               11:36
 3       A    I'm not sure.                                       11:36
 4       Q    And to your knowledge, no one has ever been         11:36
 5   charged for that Ordinance, violating that Ordinance?        11:36
 6       A    I don't think we've issued any citation.            11:36
 7       Q    Do you know, to your knowledge has there been       11:36
 8   any incident report issued related to that Ordinance?        11:36
 9       A    Yes.                                                11:36
10       Q    About how many?                                     11:37
11       A    Recently, I know we have one.  It has not           11:37
12   already gone, but it's being prepared to go to the          11:37
13   District Attorney's office in regards to similar            11:37
14   activity.                                                    11:37
15       Q    Was that something that happened at Lunada          11:37
16   Bay?                                                         11:37
17       A    Yes.                                                11:37
18       Q    When did that -- it sounds like it's something      11:37
19   you're still working on.  When did that incident take       11:37
20   place?                                                       11:37
21       A    I don't have the exact date.                        11:37
22       Q    Do you know what month?                             11:37
23       A    First quarter of the year.                          11:37
24       Q    And is this being referred to the DAs office;       11:37
25   does that mean it's something beyond a fine or citation?     11:38
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A     Yes. | 11:38 |
| 2 | Q     Would there be the ability to issue a fine or | 11:38 |
| 3 | citation at lower level in terms of that type of citing | 11:38 |
| 4 | someone for violating municipal ordinance? | 11:38 |
| 5 | A     Yes, but this case is being referred -- the | 11:38 |
| 6 | activity was investigate; it resulted from an incident | 11:38 |
| 7 | that occurred while waver riding and obviously in the | 11:38 |
| 8 | Municipal Code the elements of that could apply to | 11:38 |
| 9 | elements of a crime defined in the Penal Code. | 11:38 |
| 10 | Q     Yeah -- | 11:39 |
| 11 | MR. FIELD:  Excuse me, this is Mark Field. | 11:39 |
| 12 | Would it be possible to move the phone closer to the | 11:39 |
| 13 | Deponent. | 11:39 |
| 14 | MR. FRANKLIN:  Not much.  I think we're at | 11:39 |
| 15 | about -- | 11:39 |
| 16 | A     I'll try to speak up, I apologize. | 11:39 |
| 17 | MR. FIELD:  Thank you. | 11:39 |
| 18 | MR. GLOS:  Is that a little better? | 11:39 |
| 19 | MR. FIELD:  I'll know when he starts speaking. | 11:39 |
| 20 | BY MR. FRANKLIN: | 11:39 |
| 21 | Q     On the terms of the tools in a sworn officer's | 11:39 |
| 22 | toolbag in terms of enforcing behavior, a citation would | 11:39 |
| 23 | be something lower than something that would be | 11:39 |
| 24 | issued -- I guess, what are the various tools that an | 11:39 |
| 25 | officer could use in terms of trying to stop behavior | 11:39 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    It doesn't always happen?               11:41
 2      A    It doesn't always apply when you're driving.  11:41
 3      Q    Okay.  And then verbal warning, are there   11:41
 4  multiple levels of verbal warning within that in terms  11:41
 5  of an interaction with a civilian?                11:41
 6      A    I don't believe there would be different  11:41
 7  levels of a verbal warning.                       11:41
 8      Q    As applied to the surf riding ordinance, what  11:42
 9  would a verbal warning be?                        11:42
10      A    Educating someone about the ordinance,    11:42
11  advising them of consequences of future violations would  11:42
12  be one thing that comes to mind.  Similar to a traffic  11:42
13  stop, if you got stopped for running a red light and the  11:42
14  officer uses his discretion, he can give you a verbal  11:42
15  warning; he could write you a written warning in some  11:42
16  Cities, or he could issue a citation.             11:42
17      Q    And as it comes to the surf riding ordinance  11:42
18  are you aware of there being verbal warnings issued?  11:42
19      A    I'm not.                                  11:42
20      Q    And in terms of the surf riding ordinance, is  11:43
21  it fair to say are you aware of there being citations  11:43
22  issue?                                            11:43
23      A    I'm not.                                  11:43
24      Q    And in terms of the surf riding ordinance, is  11:43
25  the recent referral to the DA's office, that was under  11:43
```

90

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   the surf riding ordinance?                           11:43
 2       A    Yes, the surf riding ordinance, I believe,  11:43
 3   would apply in this case.                             11:43
 4       Q    Was that -- is it -- I assume -- let me ask  11:43
 5   you the question:  It could be the surf riding ordinance 11:43
 6   is violated; it could be the Penal Code is violated; it 11:43
 7   could be other things that are violated in.           11:43
 8            In terms of what's being charged, does that  11:43
 9   come from the police department or is that left to the 11:43
10   DA's office?                                          11:43
11       A    Well, ultimately, what's being charged is with 11:43
12   the DA's office.  What we do is we document the incident 11:43
13   and refer it to the District Attorney's Office.  They 11:43
14   may choose to file lesser charges or choose to add    11:44
15   charges.                                              11:44
16       Q    And if they chose not to file charges, would 11:44
17   the police department still have the ability to issue a 11:44
18   citation at that point or is it too late?             11:44
19       A    If we file a case with the District Attorney's 11:44
20   Office and they reject the case, and we provide no    11:44
21   additional evidence or set of facts or everything stays 11:44
22   the same, it would be going to the same place.  And I 11:44
23   assume the results would be the same.                 11:44
24       Q    So a citation -- I guess, if it was a written 11:44
25   warning -- I guess, let me ask you this:  Your testimony 11:44
```

91

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | was you're not aware of a written warning ever been | 11:45 |
| 2 | issued related to the surf riding ordinance; is that | 11:45 |
| 3 | right? | 11:45 |
| 4 |     A    Yes. | 11:45 |
| 5 |     Q    Does the City issue written warnings for | 11:45 |
| 6 | violations of the Municipal Code, generally? | 11:45 |
| 7 |     A    Yes. | 11:45 |
| 8 |     Q    And if a written warning is issued for a | 11:45 |
| 9 | violation of the Municipal Code, does that have to go to | 11:45 |
| 10 | the DA's office? | 11:45 |
| 11 |     A    No. | 11:45 |
| 12 |     Q    And so that's up to -- there's no further | 11:45 |
| 13 | challenge on that and that could be documented and | 11:45 |
| 14 | conveyed to the member of the public who you were | 11:45 |
| 15 | concerned about engaging in that behavior, you being the | 11:45 |
| 16 | City or the officer? | 11:45 |
| 17 |     MR. GLOS:  Objection.  Vague and ambiguous. | 11:45 |
| 18 | You can answer. | 11:45 |
| 19 |     A    So we -- we issue warnings.  All officers | 11:45 |
| 20 | issue warning cites for Municipal Codes for Vehicle | 11:46 |
| 21 | Codes violations with the hope that that is kind of a | 11:46 |
| 22 | educational tool. | 11:46 |
| 23 |     So they -- the violator or the person we're | 11:46 |
| 24 | dealing with understands the violation.  And in some | 11:46 |
| 25 | cases the DA's office is required -- we don't have a | 11:46 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   City prosecutor so all our cases go -- are handled        11:46
 2   through DA's office.  And so that there is notice of the   11:46
 3   local ordinance.  The DA's office usually -- they prefer   11:46
 4   to have document of warning cites that the person has      11:46
 5   knowledge of the ordinance 'cause we have them posted      11:46
 6   all over the City.                                         11:46
 7   BY MR. FRANKLIN:                                           11:46
 8       Q    So in terms of -- is a citation slightly more    11:46
 9   than a written warning?  Does that come with a fine?       11:47
10       A    Yes.                                              11:47
11       Q    And the same answer:  You're not aware of a      11:47
12   citation being issued to anybody for violating the surf    11:47
13   riding ordinance?                                          11:47
14       A    Correct.                                          11:47
15       Q    And instead of going to the DA, could the        11:47
16   officer of the City decide to issue a citation which       11:47
17   would have been a monetary penalty?                        11:47
18       A    In surf riding cases, yes.                        11:47
19       Q    And what would the mechanism -- what is the      11:47
20   mechanism in terms of challenging it from -- is it         11:47
21   issued -- is it like a parking ticket where you have --    11:47
22   the person who's been cited with violating municipal       11:47
23   ordinance has the ability to pay the fine or challenge     11:47
24   it?                                                        11:47
25       A    Yes.  So if somebody got a ticket for            11:47
```

93

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    attended, there were no major incidents, how many      12:20
 2    parking cites were issued, how many arrests were made if 12:20
 3    any, how many citations were issued.  And that was the  12:20
 4    first year we -- that event took place.                 12:20
 5        Q    And in terms of undercover operations between  12:20
 6    the one in '99 or 2000 and the one that was on Martin    12:20
 7    Luther King in 2015, were there any other undercover     12:20
 8    operations that you're aware of?                         12:20
 9        A    No.                                             12:20
10        Q    And then in terms of the one in '99 or 2000,    12:20
11    do you know who was in charge of that one?               12:20
12        A    I do not.                                       12:20
13        Q    And in terms of the one on MLK Day, the         12:20
14    officers you put down below, are those from people at    12:20
15    Palos Verdes Estates or were those reserve officer of    12:21
16    some other jurisdiction?                                 12:21
17        A    They were a combination of our officers and     12:21
18    officers from other jurisdictions.                       12:21
19        Q    And in terms of -- city officers, I assume      12:21
20    that's what you mean by they are?                        12:21
21        A    Yes.                                            12:21
22        Q    And in terms of city officers, were they        12:21
23    reserve officers or were they full-time officers?        12:21
24        A    I believe, both.                                12:21
25        Q    And were the people down below on the           12:21
```

114

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    No.                                             01:38
 2      Q    Okay.  The City has a contracted City          01:38
 3 attorney; is that right?                                  01:38
 4      A    Yes.                                            01:38
 5      Q    Is that Ms. Hoagen, Christie Hoagen?            01:38
 6      A    Yes.                                            01:38
 7      Q    Could the City attorney take that on herself   01:38
 8 or her office in terms of following up in terms of a --   01:38
 9 an infraction or something less -- a misdemeanor          01:38
10 prosecution of a matter; do you know?                     01:38
11      A    I don't know what the scope of her contract     01:38
12 is.  I know some cities have city prosecutors.  We do     01:39
13 not.  We rely on the District Attorney's Office.          01:39
14      Q    So to your understanding in the last 21 and a  01:39
15 half years, no contracted or otherwise City attorney has  01:39
16 been a City prosecutor?                                   01:39
17      A    Correct.                                        01:39
18           MR. FIELD:  Can I ask the Deponent to try to   01:39
19 speak up a bit, please.                                   01:39
20      A    I'm sorry.  Yeah.                               01:39
21 BY MR. FRANKLIN:                                          01:39
22      Q    And you would -- you worked for Chief of       01:39
23 Police Tim Brown, that's right?                           01:39
24      A    Yes.                                            01:39
25      Q    And if I showed you a photo or some video of   01:39
```

124

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | him, you'd be able to tell me of, yes, that's Tim Brown, | 01:39 |
| 2 | you think?  It is or isn't?  You'd recognize him? | 01:39 |
| 3 | A    I hope so. | 01:40 |
| 4 | Q    And then I'm going to -- I'm going to let you | 01:40 |
| 5 | hear it.  I'm going to read it this it time 'cause I | 01:40 |
| 6 | think it will work better.  That way so you understand | 01:40 |
| 7 | in sort of the same thing.  I'll read it and then I'll | 01:40 |
| 8 | play it for you. | 01:40 |
| 9 | This also comes from the same documentary that | 01:40 |
| 10 | The Swell Life.  And this is 13:44 to 14:39.  Just under | 01:40 |
| 11 | a minute.  The gist of Chief Brown's statements is this. | 01:40 |
| 12 | "In 1995, there were some incidents actually | 01:40 |
| 13 | provoked by outsiders who brought news crews with them | 01:40 |
| 14 | and had it planned, and then provoked incidents that | 01:40 |
| 15 | were actually captured on television news spots.  People | 01:40 |
| 16 | here do not like outsiders in general.  I mean, they pay | 01:41 |
| 17 | a price to live here.  They have a beautiful views of | 01:41 |
| 18 | the ocean from most of the homes in the city, so they | 01:41 |
| 19 | are protective of their community as a whole, surfers or | 01:41 |
| 20 | nonsurfers." | 01:41 |
| 21 | So I'm going to show you this clip of Chief | 01:41 |
| 22 | Tim Brown.  And with your Counsel's permission, I'm | 01:41 |
| 23 | going to go around.  Are you okay so I can show this to | 01:41 |
| 24 | him? | 01:42 |
| 25 | MR. GLOS:  Yes. | 01:42 |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | (Playing video). | 01:42 |
| 2 | MR. FRANKLIN:  In terms of -- is that who you | 01:44 |
| 3 | know as Chief Tim Brown in that video? | 01:44 |
| 4 | MR. GLOS:  Just objection as vague as to -- | 01:44 |
| 5 | and ambiguous. | 01:44 |
| 6 | A    That was Tim Brown. | 01:44 |
| 7 | BY MR. FRANKLIN: | 01:44 |
| 8 | Q    And in preparing for today, is it fair to say | 01:44 |
| 9 | that you did not reach out to any of the former chiefs? | 01:44 |
| 10 | A    Correct. | 01:44 |
| 11 | Q    And in terms of the City's position right now, | 01:44 |
| 12 | would it be the same as Chief Brown when he was chief, | 01:44 |
| 13 | or has it changed over time with the different chiefs in | 01:44 |
| 14 | terms of being accepting of people being protective of | 01:44 |
| 15 | that beach? | 01:45 |
| 16 | MR. GLOS:  Objection.  Lacks foundation. | 01:45 |
| 17 | Presumes facts not in evidence.  Calls for speculation. | 01:45 |
| 18 | It's vague and ambiguous.  You can answer. | 01:45 |
| 19 | A    The interview with Tim Brown, what year was | 01:45 |
| 20 | this? | 01:45 |
| 21 | BY MR. FRANKLIN: | 01:45 |
| 22 | Q    The interview was sometime I believe when he | 01:45 |
| 23 | was chief still but -- | 01:45 |
| 24 | A    Okay.  So I would have been a patrol officer | 01:45 |
| 25 | or a newly appointed motor officer out in the field, | 01:45 |

Atkinson-Baker Court Reporters
www.depo.com

```
 1   receiving the directives from the chief on down to my        01:45
 2   sergeant.                                                     01:45
 3            That sentiment, that language or those ideas         01:45
 4   were not communicated to me as a patrol officer in the       01:45
 5   field.  From being an officer working my way up through      01:46
 6   the ranks, working under several different chiefs, the       01:46
 7   philosophy of law enforcement in the City has been to        01:46
 8   apply the law equally throughout the City regardless of      01:46
 9   who the subject is, whether they come from outside the       01:46
10   City or inside the City.  I've never been asked or           01:46
11   directed to go easy on residents when I was the motor        01:46
12   officer writing tickets throughout the day or any other      01:46
13   enforcement activity or activities in the City.              01:46
14        Q    To follow up on your comment about traffic         01:46
15   citations, do you know, are there any estimates              01:46
16   available in terms of how many traffic citations are         01:46
17   issued to residents versus nonresidents?                     01:47
18        A    We do not collect that specific data to parcel     01:47
19   out to residents/nonresidents.  It's not part of our         01:47
20   monthly Stat. analysis.                                      01:47
21        Q    Would that information be available if someone     01:47
22   wanted it?                                                    01:47
23        A    I guess so.  Yes.                                  01:47
24        Q    And if someone wanted --                           01:47
25        A    I was just trying to think how.                    01:47
```

127

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    Q    Yeah, that was my next question.  If somebody          01:47

2    wanted that information, what would be the process?          01:47

3    A    I guess, asking for it.  It could be by                01:47

4    physical citation going through each individual citation    01:48

5    or running a CAD report for citations issued -- I guess     01:48

6    comparing against the City of Palos Verdes Estates and      01:48

7    other cities?                                               01:48

8    Q    And is that a heavy lift?  Is that a hard             01:48

9    thing to do in the CAD report?                              01:48

10   A    It's hard for me to answer.  I think someone          01:48

11   from our technical expertise could be able to determine    01:48

12   if it was something that's easily searchable.              01:48

13   Q    Has anybody ever asked you to gather that            01:48

14   information?                                                01:48

15   A    No.                                                   01:48

16   Q    And in terms of your responsibility as               01:48

17   Captain, would that fall to you if such a request was      01:48

18   made?                                                       01:49

19   A    Eventually, yes.                                      01:49

20   Q    And do you have a sense in your 21 and a half        01:49

21   years whether the traffic citations are issued evenly       01:49

22   between residents and nonresidents for a percentage?  Do    01:49

23   you have any sense?                                         01:49

24   A    I do not.  And I don't -- I guess in the same        01:49

25   sense, I don't know what the percentage of motorist who    01:49

PMK: Tony Best
July 12, 2017

```
 1   use Palos Verdes Estates as a path through or actually       01:49
 2   their destination in our City.                               01:49
 3       Q    So in terms of whether it's you personally or       01:49
 4   on behalf of the City, you don't have an estimate right      01:49
 5   now in terms of whether traffic citations are issued         01:49
 6   evenly or in proportion in terms of residents versus         01:50
 7   nonresidents?                                                01:50
 8          MR. GLOS:  Objection.  Overbroad as to the            01:50
 9   scope of time.  You can answer.                              01:50
10       A    We don't collect the data for the purposes          01:50
11   of -- purpose of determining how many residents versus       01:50
12   nonresidents are stopped or cited, so I don't have that      01:50
13   data set readily available.                                  01:50
14   BY MR. FRANKLIN:                                             01:50
15       Q    And in terms of that data set, if it's logged       01:50
16   into the CAD's system, would it -- would residency or at     01:50
17   least where their DMV license information is sent, would     01:50
18   that be in the CMD System?                                   01:50
19       A    For traffic violations?  Yes.                       01:50
20       Q    And then is the driver's license taken down         01:51
21   typically to traffic citation?                               01:51
22       A    Yes.                                                01:51
23       Q    So do you have a full access to the                 01:51
24   information that's on a driver's license?                    01:51
25       A    Yes, 'cause it's physically transferred from       01:51
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1   the officer on the citation itself.                01:51
 2      Q    And I'm surprised at technology now.  I had a  01:51
 3   building security in this case where they took my   01:51
 4   driver's license and it flashed everything up on their  01:51
 5   screen.                                             01:51
 6         Did you have that capability electronically   01:51
 7   now?  Do officers swipe the driver's license so they  01:51
 8   don't have to write everything down?  Is it digital?  01:51
 9      A    Our department does not.                    01:51
10      Q    Okay.  So for Palos Verdes Estates it's all  01:51
11   manual writing information?                          01:51
12      A    Correct.                                    01:51
13      Q    And the same question in terms of ticket with  01:51
14   respect to persons of color, would there be any     01:52
15   statistics on that?  Would there be any statistics   01:52
16   issued traffic violations more frequently than whites or  01:52
17   Caucasians?                                          01:52
18      A    Again, that data is collected at the time of  01:52
19   the issuance of the citation, just like any data on that  01:52
20   citation.  How many Volvos or how many Toyotas.  If a  01:52
21   data is entered, there should be a way to recall that  01:52
22   data based on certain search criteria.               01:52
23      Q    Then I'm going to show you another video that  01:53
24   recently came to us.  This is -- I understand, Officer  01:53
25   Aaron Belda interacting with a surfer on Martin Luther  01:53
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    King Day.                                              01:53

 2           Part of my question of you is going to be to    01:53

 3    identify, is that officer Aaron Balda?                 01:53

 4           MR. GLOS:  Counsel, do you by any chance have   01:53

 5    a Bates stamp number?                                  01:53

 6           MR. FRANKLIN:  That just came to us, so I do    01:53

 7    not but it will be produced.                           01:53

 8           MR. GLOS:  Do you have a date?                  01:53

 9           MR. FRANKLIN:  It was 2017.  It just happened.  01:53

10    I think it might have been a --                        01:54

11           MR. OTTEN:  How can we can get a computer on    01:54

12    that screen.                                           01:54

13           MR. FRANKLIN:  I don't -- I don't know that it  01:54

14    would be a good use of our time.                       01:54

15           So this is what I understand.  I'm going to     01:54

16    read this for the reporter too and then I'll show it to 01:54

17    you.  It's a pretty quick clip this time.  It's shorter. 01:54

18           Reading:"I'm not a surfer so I don't            01:54

19    understand surf etiquette, and I don't even know what  01:54

20    dropping in is."                                       01:54

21                  (Playing video).                         01:55

22    BY MR. FRANKLIN:                                       01:55

23       Q    Is that Aaron Belda?                           01:55

24       A    Yes.                                           01:55

25       Q    And do you know -- were there complaints on    01:55
```

131

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Martin Luther King Day from beachgoers about being drop | 01:55 |
| 2 | it dead-on or about being put in harm's way? | 01:55 |
| 3 | A    I believe -- in 2017, I believe that's the | 01:55 |
| 4 | case where I was referring to. | 01:55 |
| 5 | Q    So this is the prosecution that you were | 01:56 |
| 6 | referring to now? | 01:56 |
| 7 | A    Yes. | 01:56 |
| 8 | Q    And have you spoken with officer Belda about | 01:56 |
| 9 | his interaction with this particular person? | 01:56 |
| 10 | A    No. | 01:56 |
| 11 | Q    Have you seen this clip before? | 01:56 |
| 12 | A    No. | 01:56 |
| 13 | Q    And in terms of the training, would you -- has | 01:56 |
| 14 | officer Belda been provided any training in terms of the | 01:56 |
| 15 | dropping in ordinance or the surf riding ordinance? | 01:56 |
| 16 | A    Yes. | 01:56 |
| 17 | Q    And so does it surprise you that he says "I | 01:56 |
| 18 | don't know what dropping in is"? | 01:56 |
| 19 | MR. GLOS:  Just object as it's incomplete | 01:56 |
| 20 | hypothetical.  Calls for speculation.  It's vague and | 01:56 |
| 21 | ambiguous.  You can answer. | 01:56 |
| 22 | A    Based on the short video clip and trying to | 01:56 |
| 23 | determine what Aaron Belda's intent was, I don't know. | 01:56 |
| 24 | Was it to elicit that individual to explain to him to | 01:57 |
| 25 | establish what dropping in or surf etiquette was. | 01:57 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                      01:57
 2     Q   So I I'll just tell you the background.  As I   01:57
 3   understand, this person came up wanting to make a     01:57
 4   complaint, and Officer Belda was the first person that 01:57
 5   he was able to make a complaint to.  And this was     01:57
 6   Officer Belda's response to it.                       01:57
 7          MR. GLOS:  Objection.  Same objections and     01:57
 8   lacks foundation.                                     01:57
 9     A   Yeah, it's kind of difficult to answer your    01:57
10   question based on that short video clip and interaction. 01:57
11   BY MR. FRANKLIN:                                      01:57
12     Q   Today as you sit here, do you see anything      01:57
13   wrong with having interacted on the short clip that you 01:57
14   have right now?                                       01:57
15          MR. GLOS:  Again, objection.  Incomplete       01:57
16   hypothetical.  Lacks foundation.  Calls for speculation. 01:57
17   You can answer.                                       01:57
18     A   I think it's difficult to establish.           01:57
19   BY MR. FRANKLIN:                                      01:57
20     Q   You can't say one way or another?              01:57
21          MR. GLOS:  Same objections.                    01:58
22          MR. FRANKLIN:  You can have a standing         01:58
23   objection.  I'm trying to figure out what his answer is 01:58
24   here.                                                 01:58
25     A   I don't know what Aaron Belda's intent was on   01:58
```

133

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | making that statement.  Was it to elicit this individual | 01:58 |
| 2 | to tell him what dropping in meant or surf etiquette? | 01:58 |
| 3 | Did officer Belda clearly call and leave immediately | 01:58 |
| 4 | after this and did nothing, no documentation?  Was there | 01:58 |
| 5 | other interviews conducted prior to the interview?  So | 01:58 |
| 6 | it's kind of hard to summarize an incident with a -- | 01:58 |
| 7 | BY MR. FRANKLIN: | 01:58 |
| 8 | Q    So is it fair so say, a lot is left to the | 01:58 |
| 9 | discretion of the officer and his interaction with the | 01:58 |
| 10 | public? | 01:58 |
| 11 | MR. GLOS:  Objection.  Vague and ambiguous. | 01:58 |
| 12 | A    I think in any case officers have discretion | 01:59 |
| 13 | on whether to issue those warning citations.  I mean, | 01:59 |
| 14 | they have to talk to people who are involved to get a | 01:59 |
| 15 | sense of what took place so, yeah, they do have | 01:59 |
| 16 | discretion. | 01:59 |
| 17 | BY MR. FRANKLIN: | 01:59 |
| 18 | Q    And in terms of discretion, have you ever | 01:59 |
| 19 | heard of officers trying to discourage complaints? | 01:59 |
| 20 | A    No. | 01:59 |
| 21 | Q    And in terms of -- is the City aware of | 01:59 |
| 22 | officers attempting to discourage complaints? | 01:59 |
| 23 | A    If someone -- if an officer or a report comes | 02:00 |
| 24 | in and someone has discouraged a complaint, we | 02:00 |
| 25 | usually -- again depending on what the situation is, | 02:00 |

134

```
 1   can identify that officer for me?                    02:09
 2           MR. GLOS:  Can you identify the timeframe of  02:09
 3   this video or --                                      02:09
 4           MR. FRANKLIN:  Why don't we go off the record 02:09
 5   real quick and I bet we can.                          02:09
 6           MR. GLOS:  Sure.                              02:09
 7                   (Recess taken.)                       02:09
 8   BY MR. FRANKLIN:                                      02:13
 9       Q   So I'm going to with your counsel's permission 02:13
10   spin back around to show you this.  The news clip, it's 02:13
11   CBS This Morning:                                     02:13
12           Reading:  "Surfer gang tries to block visitors 02:13
13   so that gives us confirmation that it was done after the 02:13
14   lawsuit was filed."                                   02:14
15           And I think if you'll have the whole access   02:14
16   eventually; I'm not going to go that far, but I think 02:14
17   this is the one with Charlie Rose.                    02:14
18                   (Playing video).                      02:14
19           MR. GLOS:  What's the timestamp that you're   02:14
20   starting on?                                          02:14
21           MR. FRANKLIN:  2:47.                          02:14
22           MR. FRANKLIN:  Can you recognize that officer? 02:15
23       A   Can you --                                    02:15
24                   (Replaying video).                    02:15
25   ///
```

140

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                        02:15
 2        Q     Do you know who that officer is?             02:15
 3        A     Sergeant Luke Hellinga.                      02:15
 4        Q     And is that -- in terms of field training down   02:15
 5   at Lunada Bay, where you'd advise someone to bring cell  02:15
 6   phones down there for their safety?                     02:15
 7              MR. GLOS:  Objection.  Lacks foundation.  You   02:15
 8   can answer.                                             02:15
 9        A     That's one of the things we suggest.  And the   02:15
10   short video doesn't show, but I'd be interested to learn   02:15
11   did Sergeant Luke Hellinga talk about localism with the   02:15
12   film crew?  Did he -- or was that their only            02:15
13   interaction.  Cause it looks spiced.                    02:16
14   BY MR. FRANKLIN:                                        02:16
15        Q     Well, it's a production.  And so we have what   02:16
16   they've produced.  And in terms of -- your Counsel will   02:16
17   be provided the production.  I believe it's been made   02:16
18   available already.                                      02:16
19              So my question is again:  We've had other   02:16
20   people say -- in fact, Diana Milena Reed, the Plaintiff   02:16
21   in this case, had said that if she made a complaint,    02:16
22   that the officers that interacted with her said you     02:16
23   should bring a cell phone down there, we can't be down   02:16
24   there all the time.  It sounded very similar -- is it   02:16
25   officer --                                              02:16
```

141

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q    And then the -- next what I'd like do is play | 02:18 |
| 2 | for you an interview that Chief Kepley did with KPPC | 02:18 |
| 3 | Radio.  Have you listened to that interview? | 02:18 |
| 4 | A    I think when it was initially broadcast, | 02:18 |
| 5 | pieces of it, but I don't think I've sat and listened to | 02:19 |
| 6 | the -- since then. | 02:19 |
| 7 | Q    And in terms of that interview as we talked | 02:19 |
| 8 | about before, this would have been Chief of police, so | 02:19 |
| 9 | this would have been the position of the City Police | 02:19 |
| 10 | Department? | 02:19 |
| 11 | MR. GLOS:  Objection.  Lacks foundation.  You | 02:19 |
| 12 | can answer. | 02:19 |
| 13 | A    I'd have to hear the -- even if I go up and | 02:19 |
| 14 | scream something crazy in the lobby here, I don't think | 02:19 |
| 15 | that's necessarily the position of the police | 02:19 |
| 16 | department. | 02:19 |
| 17 | BY MR. FRANKLIN: | 02:19 |
| 18 | Q    So I'm going to represent -- we'll go through | 02:19 |
| 19 | it.  This is the chief of police being interviewed | 02:19 |
| 20 | specifically by a reporter about the issue of localism. | 02:19 |
| 21 | A    Okay. | 02:19 |
| 22 | Q    And so it's not him doing that crazy in the | 02:19 |
| 23 | lobby -- | 02:19 |
| 24 | A    Okay. | 02:19 |
| 25 | Q    So with is that context.  If the chief was | 02:19 |

143

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | asked specifics about localism and made himself | 02:20 |
| 2 | available to speak to reporters about the issue of | 02:20 |
| 3 | localism in his position of chief of police, that would | 02:20 |
| 4 | have been the position of the police department at that | 02:20 |
| 5 | time because he's the organizational head? | 02:20 |
| 6 | MR. GLOS:  Lacks foundation.  Incomplete | 02:20 |
| 7 | hypothetical.  You can answer. | 02:20 |
| 8 | A    I would assume so. | 02:20 |
| 9 | BY MR. FRANKLIN: | 02:20 |
| 10 | Q    And then you -- I'm going to play it for you. | 02:20 |
| 11 | You'd be able to recognize the chief's voice; do you | 02:20 |
| 12 | think? | 02:20 |
| 13 | A    I hope so. | 02:20 |
| 14 | MR. GLOS:  Again, Counsel do you by chance | 02:20 |
| 15 | have a date? | 02:20 |
| 16 | MR. FRANKLIN:  This is done in 2015.  I do not | 02:20 |
| 17 | have a date on that; although I think that it's | 02:20 |
| 18 | referenced in some of your internal documents. | 02:20 |
| 19 | MR. GLOS:  And again has it been produced? | 02:20 |
| 20 | MR. FRANKLIN:  Again, this is a public | 02:20 |
| 21 | document.  And so if things come to us, we will produce | 02:20 |
| 22 | it, but presumably since this is a City interview, that | 02:21 |
| 23 | they would have availability to it.  So this isn't | 02:21 |
| 24 | generated by any of the Plaintiffs. | 02:21 |
| 25 | MR. GLOS:  I'm just asking if you've produced | 02:21 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1  it.                                                    02:21
 2         MR. OTTEN:  I think you guys produced written   02:21
 3  documents related -- maybe even a transcript, but I    02:21
 4  don't know about a video, I have not seen a transcript. 02:21
 5         MR. GLOS:  It's audio?                           02:21
 6         MR. OTTEN:  Yeah, it's audio.                    02:21
 7  BY MR. FRANKLIN:                                        02:21
 8     Q    So I do have the time on this.  Again, this    02:21
 9  can be a longer one, but I'm going to pair it back.     02:21
10  This reporter interviews a few different people.  That's 02:21
11  the -- lead of the story is interview of the Chief of   02:21
12  Police of Palos Verdes Estates addressing the issue of  02:21
13  localism.                                               02:21
14         The part that I'm going to have you listen to    02:21
15  is 2:57 through 7:40.  This is five minutes.  So he's   02:21
16  interviewed for five of the 12 minutes of this radio    02:22
17  show.                                                   02:22
18         And I think I got this, but I'm going to ask     02:22
19  you again:  In your preparation today you had not       02:22
20  listened to this audio or an audio of the chief's       02:22
21  interview; that's fair to say?                          02:23
22     A    Correct.  There is nothing to see on this.     02:23
23  I'm going to see if you can hear it.                    02:23
24              (Playing video.)                            02:23
25         "REPORTER:  This is your jurisdiction, is it     02:23
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   not?"                                                   02:23

 2          CHIEF OF POLICE:  Yes.  How are you?"            02:23

 3   BY MR. FRANKLIN:                                        02:23

 4      Q    I'm going to stop it there.  Does that sound    02:23

 5   like the Chief to you?                                  02:23

 6   BY MR. FRANKLIN:                                        02:23

 7      Q    In terms of incidents of localism reported to   02:23

 8   the police department from 2011 to 2015 or so, in your  02:24

 9   memory does it sound like just four were reported?  Is  02:24

10   that an accurate --                                     02:24

11      A    Based on what Chief Kepley --                   02:24

12      Q    No, your own?                                   02:24

13      A    Oh.  It's hard for me -- what time period he    02:24

14   was referencing?  From the time he got there or --      02:24

15      Q    We can go back and listen to it.                02:24

16      A    And that would be -- that would be data that    02:24

17   could be recalled through the CAD system as well.       02:24

18              (Playing video).                             02:24

19           "REPORTER:  Let's go to the Police Chief        02:24

20           of Palos Verdes Estates, Jeff Kepley, who       02:24

21           joins us on the line now.                       02:24

22           And this is your jurisdiction decision, is      02:24

23           it not?                                         02:24

24           CHIEF KEPLEY:  Yes, it is, Mr. --               02:24

25           (Inaudible.) how are you?                       02:25
```

146

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              How are you?                               02:25
 2              I'm well.  Thank you.                      02:25
 3              What are you doing about it?               02:25
 4              CHIEF KEPLEY:  Well, we -- we actually are  02:25
 5              addressing this.  And I want to put this   02:25
 6              in -- in sort of context here.             02:25
 7              In Palos Verdes Estates, you know, we --   02:25
 8              we have heard about this occurring.  This  02:25
 9              is not something new to us.  But it's also  02:25
10              important to know that in the last four    02:25
11              years, only four of these instances have   02:25
12              you have been reported to our police       02:25
13              department; however, nevertheless, now     02:25
14              what we're doing in response to this is we  02:25
15              are increasing our police patrol by        02:25
16              officers.  We are (Inaudible) patrol there  02:25
17              on the coastline.  We have conducted       02:25
18              surveillance operations in the past,       02:25
19              including putting undercover police        02:25
20              officers out on boards.  And in the near   02:25
21              future we'll be placing some display       02:25
22              boards and posting some flyers on the      02:25
23              cars, just in an effort to increase our    02:25
24              public outreach to those from out of the   02:25
25              area who may be exposed to intimidation or  02:25
```

147

Atkinson-Baker Court Reporters
www.depo.com

```
 1        some of these things you've heard about.        02:25
 2        THE REPORTER:  So you're saying it's less        02:25
 3        than a problem than it once was?                 02:25
 4        CHIEF KEPLEY:  It's hard for me to say,          02:25
 5        Mr. Staltz.  I've been with this                 02:25
 6        organization for one year, and I'm looking       02:25
 7        at this information with perspective.  I         02:25
 8        know that there is information that's been       02:25
 9        presented, and it's a huge problem.  I do        02:25
10        believe it's an issue to our community.          02:25
11        Quite frankly, it's embarrassing to our         02:25
12        community.  And for this to be talked            02:25
13        about is embarrassing, but let's just           02:25
14        stick to the facts, we are addressing           02:25
15        that.                                            02:25
16        THE REPORTER:  I just can't help but            02:25
17        wondering if it's a declining problem            02:25
18        because people know not to go there.             02:25
19        They're going to get beat up so they'd be        02:25
20        afraid to go.                                    02:25
21        CHIEF KEPLEY:  That may be the case and          02:25
22        unfortunately the audio you played, it may       02:25
23        give others the impression that the police       02:25
24        department (Inaudible.)                          02:25
25        THE REPORTER:  Let's get to the facts.          02:25
```

148

Atkinson-Baker Court Reporters
www.depo.com

```
 1              How many people have you arrested?          02:25

 2              In the last three years we have arrested    02:25

 3              three people.  (Inaudible audio.)           02:25

 4  BY MR. FRANKLIN:                                        02:30

 5      Q    So we verified at least at the beginning of    02:30

 6  the recording, it sounds from your working with the     02:30

 7  Chief, does that sound like the Chief?                  02:30

 8      A    Yes.                                           02:30

 9      Q    Do you have any reason to think that it's not  02:30

10  the Chief?                                              02:30

11      A    No.                                            02:30

12      Q    Have you talked to the Chief about this audio  02:30

13  at all?                                                 02:30

14      A    No.                                            02:30

15      Q    Do you know has there been a transcript        02:30

16  provided in terms of what his directions were related to 02:30

17  his outreach on this particular interview?              02:30

18      A    What --                                        02:30

19      Q    Has -- did the Chief report on his interview   02:30

20  to the other management -- the rest of the management?  02:30

21      A    Report back about this interview?             02:30

22      Q    Yes.                                           02:30

23      A    Not formally, but some of the elements that he 02:30

24  talked about were kind of outlined in our efforts that  02:31

25  was communicated.                                       02:31
```

149

Atkinson-Baker Court Reporters
www.depo.com

```
1        Q     When he said words to the effect:  It localism     02:31
2    less than a problem than it used to be, and he said           02:31
3    "it's hard to say.  I've only be here one year."              02:31
4             In terms of your experience at Palos Verdes          02:31
5    Estates and testifying on behalf of the City, is it less      02:31
6    than a problem today than it was, say, five years ago?        02:31
7             MR. GLOS:  Objection.  Vague lacks.                   02:31
8    Foundation.  You can answer.                                  02:31
9        A     Is it more of more or less of a problem?            02:31
10   BY MR. FRANKLIN:                                              02:31
11       Q     Yes.                                                02:31
12       A     Obviously, there is more attention.  We are        02:31
13   documenting our efforts differently instead of doing          02:32
14   this surf check on our own; we now require the officers       02:32
15   to document it.  The localism cards and everything else       02:32
16   that we outlined for the past five years and prior to,        02:32
17   we continue to do.                                            02:32
18            When I was a patrolman in '98, '99, there were       02:32
19   I think more incidents of vandalism in just south of the      02:32
20   1300 block of Paseo Del Mar.                                  02:32
21       Q     What type of vandalism?                             02:32
22       A     Vehicle damaging, there was rocks, occasional       02:32
23   surf wax on a win shield.  Nothing that rose to the           02:32
24   level of permanent damage.  But those were isolated to        02:33
25   the Indicator area just south of 1300 block of Paseo Del      02:33
```

150

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Mar, which is north of Lunada Bay.                02:33
 2          In Lunada Bay I don't recall a spike or    02:33
 3   decrease or increase in incidents reported.  Our  02:33
 4   activity levels have increased with increased attention  02:33
 5   from media.  So our officers would drive out, and there  02:33
 6   would be a Channel 4 News van in Lunada Bay.  Years ago,  02:33
 7   that wouldn't be the case.                        02:33
 8      Q    Let me ask you, when the reporter posed to  02:33
 9   Chief Kepley:  Do you think you're getting everything  02:33
10   reported to you?  And he -- he responded:  "I do not."  02:34
11          In your position in testifying on behalf of  02:34
12   the City, do you think you're getting everything  02:34
13   reported to you, you being the City, with respect to  02:34
14   localism issues at Lunada Bay?                    02:34
15          MR. GLOS:  Objection as to scope of time.  You  02:34
16   can answer.                                       02:34
17      A    I don't think the police department or the  02:34
18   City is getting every incident that occurs throughout  02:34
19   the City reported to us.  That's why we encourage people  02:34
20   to report localism to the police department.  We have  02:34
21   the outreach to encourage people, let them know that  02:34
22   they have an avenue to report it.                 02:34
23   BY MR. FRANKLIN:                                  02:34
24      Q    And in terms of -- so is it fair to say with  02:34
25   the issue of localism, you agree with the Chief, you  02:35
```

151

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | don't think everything is being reported? | 02:35 |
| 2 | MR. GLOS:  Objection as to scope of time.  You | 02:35 |
| 3 | can answer. | 02:35 |
| 4 | A    I'm sure there is some instances where people | 02:35 |
| 5 | do not report issues for whatever reason if they're -- | 02:35 |
| 6 | yes. | 02:35 |
| 7 | BY MR. FRANKLIN: | 02:35 |
| 8 | Q    And in terms of the efforts to get people to | 02:35 |
| 9 | report, that includes the 750 or the thousand flyers | 02:35 |
| 10 | that were printed out.  What's the other outreach that | 02:35 |
| 11 | you're aware of? | 02:35 |
| 12 | A    The message board on the back of the vehicle. | 02:35 |
| 13 | Q    So the message board that was put out ten | 02:35 |
| 14 | times within the last 18 months? | 02:35 |
| 15 | A    Having officers in the area, both directed and | 02:35 |
| 16 | nondirected patrols for extra patrol in the area. | 02:35 |
| 17 | Q    Can you explain to me how having officers in | 02:36 |
| 18 | the areas get people to report? | 02:36 |
| 19 | A    I think somebody who is a victim of a crime or | 02:36 |
| 20 | harassment would be more inclined to report it to an | 02:36 |
| 21 | officer that was there than to call 911 or try to find | 02:36 |
| 22 | the police department's number to report it. | 02:36 |
| 23 | Q    So in terms of some of the -- as an example, | 02:36 |
| 24 | using officer -- or Sergeant Hellinga's interaction with | 02:36 |
| 25 | the man on Martin Luther King Day, I've heard Chief | 02:36 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   in the police department that surf Lunada Bay.  I doubt      02:38
 2   any of them are habit surfers.                               02:38
 3   BY MR. FRANKLIN:                                             02:38
 4       Q    And then we've touched on the fact that the         02:38
 5   City hasn't provided any training on the surfer              02:38
 6   etiquette expert or otherwise formally.                      02:38
 7       A    Yeah, we have not brought in a surf expert to       02:38
 8   come talk about surf etiquette or dropping in.  Correct.     02:38
 9       Q    And in terms of -- has there been a training        02:39
10   in terms of this is how we would prosecute a surf riding     02:39
11   ordinance?  Is there a plan in place?                        02:39
12       A    Could you rephrase the question?                    02:39
13       Q    Is there -- to your knowledge is there any          02:39
14   plan in place in terms of training if enforcing the surf     02:39
15   riding ordinance was important to the City, has there        02:39
16   been any plan or training to teach officers:  This is        02:39
17   how we're going to prosecute the surf riding ordinance?      02:39
18       A    I think the ordinance talks about doing             02:39
19   something -- kayaking, surfing -- I think it comes to        02:39
20   boogie boarding in any manner with regard for the safety     02:39
21   of others.  I think that would apply to other                02:39
22   activities, like driving with regard to the safety of        02:40
23   others.                                                      02:40
24           Again, it's a -- it's a challenging ordinance        02:40
25   to enforce.  It's not like a stop sign violation where       02:40
```

154

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | you witness a violation, you pull the person over.  If | 02:40 |
| 2 | we have an officer up at the top of the 200-foot cliff | 02:40 |
| 3 | and he's looking 500, 700 yards out to the ocean, where | 02:40 |
| 4 | 10, 15 to 20 surfers are, six of them all paddling the | 02:40 |
| 5 | same wave, identifying one who lost his balance or | 02:40 |
| 6 | yelled to the other one, I'm up, you're down, I got it. | 02:40 |
| 7 | It's yours, take it.  I got it. | 02:40 |
| 8 | It's pretty challenging.  And if you do | 02:41 |
| 9 | identify the person who -- | 02:41 |
| 10 | Q    So has there been discussion -- I guess my | 02:41 |
| 11 | question was training. | 02:41 |
| 12 | A    And I'm just -- | 02:41 |
| 13 | Q    I'm trying to understand if actual training | 02:41 |
| 14 | took place.  And it sounds like you've been commenting | 02:41 |
| 15 | on the ordinance; you've said it's difficult to enforce. | 02:41 |
| 16 | If an ordinance is difficult to enforce, might it | 02:41 |
| 17 | require more training? | 02:41 |
| 18 | A    Well, more training I don't think will | 02:41 |
| 19 | eliminate all those elements that I was explaining.  So | 02:41 |
| 20 | if you identify the person or you can see a violation | 02:41 |
| 21 | the challenge then is -- it's not a simple as a stop | 02:41 |
| 22 | sign and you're trying to pull a vehicle over as | 02:41 |
| 23 | recalling the surfer out of the water, to make | 02:41 |
| 24 | the distinction. | 02:41 |
| 25 | Q    So back to the question which is training, it | 02:41 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   doesn't sound like there's been any training as specific      02:41
 2   to that ordinance?                                            02:41
 3          MR. GLOS:  Objection.  Lacks foundation.               02:42
 4   Misstates prior testimony.  You can answer.                   02:42
 5      A    We have -- we do receive training.  We have a         02:42
 6   two-year program on the local ordinances.  The officers       02:42
 7   are aware of the difficulties.  But again more training       02:42
 8   would not eliminate the kind of the challenges that that      02:42
 9   ordinance presents over like a stop sign or --                02:42
10   BY MR. FRANKLIN:                                              02:42
11      Q    So in your 21 and a half years of working for         02:42
12   the Palos Verdes Estates Police Department how much time      02:42
13   do you think you've spent training to learn -- formal         02:42
14   training to learn about surf etiquette and ways to            02:42
15   enforce that ordinance?                                       02:42
16          MR. GLOS:  I'll just object.  The ordinance            02:42
17   hasn't been around for 21 and a half years.  You can          02:42
18   answer.                                                       02:42
19      A    It's hard to say.  We don't -- we don't put on        02:42
20   a formal eight-hour class on one ordinance.  It's just        02:43
21   like we don't put a formal eight-hour class on the            02:43
22   ordinance on leash law violations or any of the               02:43
23   Municipal Codes.  So it's hard to say how much time is        02:43
24   dedicated; how much time is spent talking about it or         02:43
25   discussing the issue.  It's hard.                             02:43
```

156

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MR. FRANKLIN:                                        02:43
 2        Q    What's your best estimate?                     02:43
 3        A    It's hard to estimate.                         02:43
 4        Q    So as today as you testify you're unable to    02:43
 5    estimate how much time you've spent training to learn   02:43
 6    about the surfing riding ordinance?                     02:43
 7        A    Training to learn about it, discussing the     02:43
 8    topic of it, I mean, it's hard to estimate.             02:43
 9        Q    You're not able?                               02:43
10        A    It would be a guess.                           02:43
11        Q    Okay.  You think it was more than a few hours? 02:43
12        A    Yes, most likely more than a few hours.        02:44
13        Q    Less than five hours?                          02:44
14        A    I'm not -- I can -- couldn't guess.            02:44
15        Q    And that would be the same for -- you think -- 02:44
16    you've been designated as the person most knowledgeable 02:44
17    about these ordinances.  Is it fair to say you have more 02:44
18    interest in this than some other officers?  Would you be 02:44
19    at high end of the continuum of people that have focused 02:44
20    on the surf riding ordinance?                           02:44
21        A    Sure.                                          02:44
22        Q    When Chief Kepley said words to the effect he  02:44
23    agreed that the local surfers have a gang mentality.  In 02:44
24    your position as the person most knowledgeable           02:45
25    designated for supervision of the beach related          02:45
```

157

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                    02:43

 2        Q    What's your best estimate?               02:43

 3        A    It's hard to estimate.                   02:43

 4        Q    So as today as you testify you're unable to   02:43

 5   estimate how much time you've spent training to learn   02:43

 6   about the surfing riding ordinance?                02:43

 7        A    Training to learn about it, discussing the   02:43

 8   topic of it, I mean, it's hard to estimate.        02:43

 9        Q    You're not able?                         02:43

10        A    It would be a guess.                     02:43

11        Q    Okay.  You think it was more than a few hours?   02:43

12        A    Yes, most likely more than a few hours.  02:44

13        Q    Less than five hours?                    02:44

14        A    I'm not -- I can -- couldn't guess.      02:44

15        Q    And that would be the same for -- you think --   02:44

16   you've been designated as the person most knowledgeable   02:44

17   about these ordinances.  Is it fair to say you have more   02:44

18   interest in this than some other officers?  Would you be   02:44

19   at high end of the continuum of people that have focused   02:44

20   on the surf riding ordinance?                      02:44

21        A    Sure.                                    02:44

22        Q    When Chief Kepley said words to the effect he   02:44

23   agreed that the local surfers have a gang mentality.  In   02:44

24   your position as the person most knowledgeable     02:45

25   designated for supervision of the beach related   02:45
```

157

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   ordinances and beaches, would you agree that the local      02:45
 2   surfers have a gang mentality?                              02:45
 3          MR. GLOS:  Objection.  Vague as to time.             02:45
 4   Lacks foundation.  You can answer.                          02:45
 5      A    I think when a group of people get together         02:45
 6   and start -- sure.  Just like -- I mean -- we're dealing    02:45
 7   with an issue right now of bicyclists in the City, and      02:45
 8   there is a group called "Big Orange Bicycle Group" that     02:45
 9   some in the City are calling them a gang, and they act      02:46
10   like gang members, and they're -- they operate under a      02:46
11   gang mentality.  So loosely defining some of the            02:46
12   behavior of individuals down there or when they act         02:46
13   together, then sure.                                        02:46
14   BY MR. FRANKLIN:                                            02:46
15      Q    And when he said -- he generally agreed that        02:46
16   the local surfers attempt to discourage others from         02:46
17   using the beach, would you agree to that?                   02:46
18          MR. GLOS:  Objection.  Lacks foundation.             02:46
19   Vague and ambiguous.  You can answer.                       02:46
20      A    Sure.                                               02:46
21   BY MR. FRANKLIN:                                            02:46
22      Q    And then when he said the local surfers tend        02:46
23   to be territorial, you agree with that?                     02:46
24      A    I think -- sure.  In --                             02:46
25      Q    Lunada Bay specifically.                            02:47
```

158

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    I would say, surfers in general, and Lunada    02:47
 2   Bay being a general surf location, surfers are         02:47
 3   territorial.                                           02:47
 4      Q    And in terms of Lunada Bay specifically, would 02:47
 5   you agree with the statement he made that they tend to 02:47
 6   be territorial?                                        02:47
 7      A    Sure.                                          02:47
 8      Q    And then in terms of local surfers tend to     02:47
 9   intimidate others using the beach, you agree with that 02:47
10   statement?                                             02:47
11      A    Sure.                                          02:47
12      Q    Who is the -- to your knowledge -- the sworn   02:47
13   officer that has the most knowledge about who are the  02:47
14   local surfers that use Lunada Bay?                     02:48
15           Do you have the most knowledge on that or are  02:48
16   there others that know these people better than you?   02:48
17      A    I have -- I would say I have a pretty good --  02:48
18   just from reading reports that we have, from talking to 02:48
19   people in the community, I have a good understanding of 02:48
20   who they are.  And maybe others.  Like anything in the  02:48
21   department, I'm not the expert on everything.          02:48
22      Q    Are there others that have -- let me ask you    02:48
23   this question:  Are there some in the department that   02:49
24   socialize with people that surf down there regularly?   02:49
25           MR. GLOS:  Objection.  Vague.                   02:49
```

159

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        So I guess if you told me that Sergeant Barber   02:50
 2   knows surfers in the area, I don't think that's in and  02:50
 3   of itself alarming.                                      02:51
 4        Q    So in terms of -- do you know of a person     02:51
 5   named Charlie Mowat?                                     02:51
 6        A    I've heard the name.                           02:51
 7        Q    Do you have an understanding of Charlie Mowat  02:51
 8   being a regular surfer down at Lunada Bay?               02:51
 9        A    I've heard the name associated with Lunada     02:51
10   Bay.  I couldn't tell you if I have witnessed him surf   02:51
11   out there, but I've heard the name and the association.  02:51
12        Q    In your preparation for today as the person    02:51
13   most knowledgeable, did you speak with Sergeant Barber   02:51
14   about his familiarity with some of the people that surf  02:51
15   down in Lunada Bay?                                      02:51
16        A    No.                                            02:51
17        Q    And would it be fair to say that you didn't    02:51
18   know that he was doing barbecues and other day events    02:51
19   with Charlie Mowat and some of the others at Lunada Bay? 02:51
20        MR. GLOS:  Objection.  Vague as to time.            02:52
21        A    Can you repeat?                                02:52
22   BY MR. FRANKLIN:                                         02:52
23        Q    Did you know that he was close enough where he 02:52
24   was going to barbecues at Charlie Moat's house and being 02:52
25   invited over at other days events and that type of       02:52
```

161

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   thing?                                              02:52
 2           MR. GLOS:  Object.  Vague as to time.  Lacks   02:52
 3   foundation.  You can answer.                       02:52
 4       A    No.                                       02:52
 5   BY MR. FRANKLIN:                                   02:52
 6       Q    Did you have an understanding that in terms of   02:52
 7   an illegal structure at Lunada Bay that the roof was   02:52
 8   Charlie Moat's garage door?                        02:52
 9       A    No.                                       02:52
10       Q    Did you have an understand -- are you familiar   02:52
11   with a person named Sang Lee?                      02:52
12           MR. OTTEN:  We got a --                    02:52
13   BY MR. FRANKLIN:                                   02:52
14       Q    Are you familiar with a person named Sang Lee?   02:52
15       A    No.                                       02:52
16       Q    So you wouldn't know that Sang Lee was a   02:52
17   person who surfed regularly at Lunada Bay?         02:52
18       A    No.                                       02:53
19       Q    Who are some of the people that you would   02:53
20   identify in your position as being designated as the   02:53
21   person most knowledgeable for the City in this     02:53
22   deposition that are regulars at Lunada Bay?        02:53
23       A    Brant Blakeman, Bill Kamberly, Alan Johnston,   02:53
24   the Papayans have some associations there.  Ferraras.   02:53
25   Those are the individuals off the top of my head that I   02:53
```

162

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1    can think of.                                             02:54

2        Q     And in terms of Mr. Blakeman, I'm going -- you  02:54

3    did not know that Brant Blakeman, his Facebook friends    02:54

4    are close enough with the Blakeman family and Blakeman's  02:54

5    wife?                                                     02:54

6        A     Brant Blakeman --                               02:54

7        Q     Excuse me.  Friends with -- excuse me.  That    02:54

8    Sergeant Barber was friends with Brant Blakeman's         02:54

9    family?                                                   02:54

10       A     No.                                             02:54

11       Q     And in terms of Sergeant Barber, did you        02:54

12   recall that Sergeant Barber was the person deployed to    02:54

13   obtain video evidence related to an allegation that       02:54

14   happened to Diana Milena Reed on February 13th, 2016      02:54

15   involving Alan Johnston and Brant Blakeman, did you       02:55

16   understand that Sergeant Barber was person sent out to    02:55

17   get that video evidence?                                  02:55

18       A     I know he was the detective sergeant.  I don't  02:55

19   know if he did it or one of his detectives.               02:55

20       Q     And in terms of -- did you review that report   02:55

21   to determine how much effort Sergeant Barber made to      02:55

22   obtain that video evidence?                               02:55

23       A     I can't recall the effort level being detailed  02:55

24   in the report, if that's what you're asking.              02:55

25       Q     Yeah, I'm going to represent that he asked him  02:55
```

163

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    Based on the facts of the case and after     03:03
 2   being -- all the reports are approved by a sergeant.  03:03
 3   The watch commander or a corporate who is a watch     03:03
 4   commander.  Based on the facts of those cases, the    03:03
 5   approving watch commander will determine if it's a crime  03:03
 6   report or an incident report.                          03:03
 7      Q    And in terms of I think you mentioned that    03:04
 8   Sergeant Barber, he was the sergeant in charge of that  03:04
 9   particular event with Diana Milena Reed?                03:04
10          MR. GLOS:  Objection.  Vague.  Which incident?  03:04
11   Can you just be more specific?                          03:04
12          MR. FRANKLIN:  It's February 13th, 2016.       03:04
13          MR. GLOS:  Thank you.                           03:04
14      A    Yes.                                           03:04
15   BY MR. FRANKLIN:                                       03:04
16      Q    And then do you have some understanding in    03:04
17   terms of there had been a undercover operation set for  03:04
18   that same day?                                          03:04
19      A    Yes.                                           03:04
20      Q    And what is your understanding of that        03:04
21   undercover operation that was set for February 13th,   03:04
22   2016?                                                   03:05
23      A    My understanding of it was through a          03:05
24   coordination with the detective bureau and Captain Mark  03:05
25   Valez and the chief, they planned an undercover         03:05
```

169

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | operation with outside resources from another | 03:05 |
| 2 | department.  And I didn't know when that was to take | 03:05 |
| 3 | place, what time.  It was kind of -- information wasn't | 03:05 |
| 4 | distributed about it.  And I learned about its canceling | 03:05 |
| 5 | when the chief called me and he -- he was -- he said the | 03:05 |
| 6 | operation at Lunada Bay is canceled and he was not | 03:05 |
| 7 | happy.  And I was going to -- okay.  I wasn't part of | 03:06 |
| 8 | the planning or execution of this, so I don't know if he | 03:06 |
| 9 | was trying to get a hold of Mark, but he told me it was | 03:06 |
| 10 | canceled I said okay.  That's the extent of the | 03:06 |
| 11 | information I had on that operation. | 03:06 |
| 12 | Q    In terms of your preparation for today, did | 03:06 |
| 13 | you do any research in terms of testifying on behalf of | 03:06 |
| 14 | the City on that undercover operation? | 03:06 |
| 15 | A    No. | 03:06 |
| 16 | Q    And has the report that was prepared on that | 03:06 |
| 17 | undercover operation by Norman A. Trobin Association, | 03:06 |
| 18 | has that been made available to you? | 03:06 |
| 19 | A    No. | 03:06 |
| 20 | Q    What information do you have about was there a | 03:06 |
| 21 | reason why that was canceled? | 03:06 |
| 22 | A    It was an officer safety issue with -- somehow | 03:07 |
| 23 | the information -- someone had called the chief and | 03:07 |
| 24 | asked him about an operation that was planned for Lunada | 03:07 |
| 25 | Bay.  The chief took that information, and from my | 03:07 |

170

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   understanding, felt that there was an officer safety    03:07
 2   issue.  That someone commented on an operation in Lunada 03:07
 3   Bay and there was one in the works, so he felt it was    03:07
 4   best to cancel it.                                       03:07
 5       Q    And in terms of officer's safety, is that      03:07
 6   because they're worried about harm to officers down at   03:07
 7   Lunada Bay related to the issue of localism?             03:07
 8       A    I think it would be in any operation where      03:07
 9   you're trying to, I guess, get pure unaltered data or    03:07
10   responses from people when you -- if the information is  03:08
11   leaked, that could be leaked to other sources or other   03:08
12   people, and just for the overall integrity of the        03:08
13   investigation and the operation and for the, I guess,    03:08
14   respect of time of -- of the other agency who was        03:08
15   offering up officers.                                    03:08
16       Q    And in terms of -- do you understand that this 03:08
17   leaked information or statement was made to the chief of 03:08
18   police, or do you understand it was made to the City     03:08
19   manager or do you have no idea?                          03:08
20       A    My recollection, it was to the chief.          03:08
21       Q    Okay.  And if it had been made to the City     03:08
22   manager, you wouldn't know about that?                   03:09
23       A    No.                                             03:09
24       Q    Do you know a person named Mike Thiel?         03:09
25       A    I do not know him.  No.                         03:09
```

171

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    Have you heard of that name being associated      03:09
 2  with someone who frequents Lunada Bay?                       03:09
 3      A    Yes.                                                03:09
 4      Q    What do you know about Mr. Thiel?                   03:09
 5      A    That he's associated with Lunada Bay.              03:09
 6      Q    Anything else other than him being associated      03:09
 7  Lunada Bay?                                                  03:09
 8      A    I don't.  Sorry.                                    03:09
 9      Q    And do you know, was there any follow-up in        03:09
10  terms of the day that Diana Milena Reed was harassed        03:09
11  down there is the same day someone said there better not    03:09
12  be an undercover operations down there?                      03:09
13          MR. COOPER:  Objection.  Assumes facts not in       03:10
14  evidence.  Argumentative.                                    03:10
15          MR. FRANKLIN:  Let me finish the question I'm        03:10
16  happy to ask the question if you just let me finish it      03:10
17  before you object.                                           03:10
18          MR. COOPER:  I apologize.  I thought you had        03:10
19  finished.  Very eager.                                       03:10
20  BY MR. FRANKLIN:                                             03:10
21      Q    The question is:  Has there been any               03:10
22  investigation or has it come to your attention today as     03:10
23  someone in management that the first time -- the very       03:10
24  first day that Diana Milena Reed was harassed on            03:10
25  February 13th is also the day that was the planned          03:10
```

172

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   undercover operation?                                    03:10
 2           MR. COOPER:  Objection.  Assumes facts not in    03:10
 3   evidence.  Argumentative and harassing.  The video for   03:10
 4   that speaks for itself.  Again Robert Cooper for --      03:10
 5       A    So the question:  Was there an                  03:11
 6   investigation --                                         03:11
 7   BY MR. FRANKLIN:                                         03:11
 8       Q    Was that taken into consideration in terms of   03:11
 9   Diana Milena Reed investigation, the day she's harassed  03:11
10   is also the day set for the undercover operation?        03:11
11           MR. COOPER:  Same objection.                     03:11
12           MR. GLOS:  And I'll just object as vague.        03:11
13   Taking into consideration the investigation which one or 03:11
14   both?                                                    03:11
15           MR. FRANKLIN:  Both.  Did you know that before   03:11
16   today -- did you know before today -- did you know the   03:11
17   day she had her interaction with Mr. Blakeman and        03:11
18   Mr. Johnston down at the Rockfort structure is the very  03:11
19   day that was set for the undercover operation?           03:11
20       A    No.                                             03:11
21       Q    And if the undercover operation was canceled,   03:11
22   would that -- there would be no extra people deployed    03:12
23   down to the area at that time, or how would that         03:12
24   normally work?                                           03:12
25       A    If there was no undercover operation planned,   03:12
```

173

```
 1   we would operate where the patrol officer patrols the      03:12
 2   area, periodically do surf checks.  I don't know if VIP    03:12
 3   or park land were on duty at that time.  There wouldn't    03:12
 4   be anything to suggest that we should deploy extra         03:12
 5   people.                                                    03:12
 6        Q    And then before today, were you aware that --    03:12
 7   I'm going to make this representation -- Defendant         03:12
 8   Blakeman had a cell phone issued to him by the City of     03:12
 9   Palos Verdes Estates; he was using it in communicating     03:13
10   with various surfers down at Lunada Bay.  Did you know     03:13
11   that before today?                                         03:13
12          MR. COOPER:  Objection.  Assumes facts not in       03:13
13   evidence.                                                  03:13
14          MR. GLOS:  Join.  Lacks foundation.  You can        03:13
15   answer.                                                    03:13
16        A    There is a lot wrapped up in there.  When he     03:13
17   was issued the phone; he communicated the surfers with     03:13
18   Lunada Bay.                                                03:13
19          He was not issued the phone.  Are you familiar      03:13
20   with the DDP Program?                                      03:13
21   BY MR. FRANKLIN:                                           03:13
22        Q    Tell me about the DDP.                           03:13
23        A    Disaster District Program.  Each of the school   03:13
24   sites in our City has a storage container.  It contains    03:13
25   a cash of emergency supplies and equipment.  In the        03:13
```

174

```
 1   event there is an emergency in the City, a natural        03:13
 2   disaster, we have disaster service workers and            03:13
 3   volunteers who report to those containers.  There is a    03:13
 4   container lead.  Inside of those containers are not       03:13
 5   supplies for the residents, but they're supplies for the  03:14
 6   service workers to go out and do assessments on -- I was   03:14
 7   going to say bridges, but the one bridge we have in the    03:14
 8   City -- landslides, gas lines, general assessment.  And    03:14
 9   they can report back to the police department and to the   03:14
10   emergency operation center.  The container lead has a      03:14
11   go-bag issued to them.  In that go-bag there is a cell     03:14
12   phone, and that's the City cell phone that I believe       03:14
13   you're referring to.  That particular continuer lead was   03:14
14   Sandy Durko who lived in Lunada Bay.  And he -- from       03:14
15   what I understand -- went out of state and handed the      03:14
16   go-bag to Brant Blakeman who is a volunteer and part of    03:14
17   the duty program to assist in the event of emergency in    03:14
18   the City.                                                  03:15
19          I did -- I'm also in charge of the budget of        03:15
20   the police department.  I pay the bills.  Periodically,    03:15
21   I do audits and certain processes we have and one of       03:15
22   them was cell phones.  I looked -- I call them disaster    03:15
23   phones -- that there was activity on it.  I contacted      03:15
24   Marcelle McCaullin, who is the emergency services          03:15
25   coordinator and community relations officer for the City   03:15
```

175

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | to get a roaster of the phones.  And through short | 03:15 |
| 2 | investigation found out that the phone with the activity | 03:15 |
| 3 | was in possession of Brant Blakeman. | 03:15 |
| 4 | BY MR. FRANKLIN: | 03:15 |
| 5 |     Q    And when did you learn about that? | 03:15 |
| 6 |     A    I have to check it would be easy to find out | 03:15 |
| 7 | because it's when we took possession of the phone. | 03:16 |
| 8 |     Q    Was that at the beginning of this year 2017? | 03:16 |
| 9 |     A    I would say so yes. | 03:16 |
| 10 |     Q    Did you speak to Sandy Durko to follow up with | 03:16 |
| 11 | him in terms of when the phone was last in his | 03:16 |
| 12 | possession? | 03:16 |
| 13 |     A    No. | 03:16 |
| 14 |     Q    And did you have an understanding that the | 03:16 |
| 15 | phone had been in Mr. Blakeman's possession for almost a | 03:16 |
| 16 | full year at least prior to that time? | 03:16 |
| 17 |     A    I believe I found out that information through | 03:16 |
| 18 | Marcel McCaullin through the DDP Program.  And we also | 03:16 |
| 19 | kind of established we really didn't have a policy that | 03:16 |
| 20 | they sign for phones and say it's not to be used for any | 03:16 |
| 21 | purposes other than a natural disaster or activation. | 03:16 |
| 22 |     Q    There is no policy like that or there is? | 03:17 |
| 23 |     A    There was not. | 03:17 |
| 24 |     Q    Okay. | 03:17 |
| 25 |     A    So we recalled the phone.  We asked Brant | 03:17 |

176

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Blakeman for the phone.  He gave us the phone and we      03:17
 2   preserved that in the state that we received it in.       03:17
 3        Q    And Mr. Blakeman in his deposition referred to  03:17
 4   it as being a CERT Program.  Is that the same thing?      03:17
 5        A    CERT is the Community Response Team and DDP      03:17
 6   being the perform -- they perform similar functions.      03:17
 7   CERT is a type of training that people receive.  Most of  03:17
 8   our DDP members are part of CERT.                          03:17
 9            We have some engineers, structural engineers,    03:17
10   some doctors, people who have very specific skill sets     03:17
11   that are on DDP to help the community.  And we believe     03:18
12   when the big one hits California, that PV Estates is       03:18
13   going to be isolated from water and from services         03:18
14   because most of the services are going to be drawn to     03:18
15   the larger population centers of Los Angeles in the       03:18
16   greater area.                                              03:18
17        Q    So Mr. Blakeman, I'm going to represent,        03:18
18   testified during his testimony that he's a               03:18
19   transportation technician.  He's a mover.                03:18
20            Is that someone whose skill set is needed for    03:18
21   the DDP Program?                                           03:18
22        A    You know I don't necessarily think -- I don't   03:18
23   -- we don't have certain skill sets that we require.      03:18
24   Some are bonuses.  Obviously, structural engineer is to   03:18
25   have on your cadre of volunteers is very good.  A lot of  03:18
```

177

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   the -- the activities that the DDP and the disaster      03:18
 2   district workers perform is observing report.  So they   03:19
 3   go out in the community in teams and report back.        03:19
 4           So as far as volunteer go, I would take any      03:19
 5   hard-working volunteer.                                  03:19
 6       Q   So in terms of -- back to the phone, you         03:19
 7   didn't understand that Mr. Blakeman had possession of    03:19
 8   the phone until sometime early in 2017?                  03:19
 9       A   Correct.                                         03:19
10       Q   And is it fair to say that policy or no          03:19
11   policy, the City really didn't anticipate private        03:19
12   citizens would be using the City's cell phone for        03:19
13   personal or other uses?                                  03:19
14       A   Correct.                                         03:19
15       Q   And is Captain Valez, he's the one the phone     03:19
16   bill goes to him?                                        03:19
17       A   The phone bill is in his name, but he used to    03:19
18   be in charge of the budget.  And if it's his Verizon or  03:19
19   Frontier or any of the utilities, they all come to me to 03:20
20   pay.                                                     03:20
21       Q   And in terms of until the beginning of this      03:20
22   year, you just had notice that there had been extra      03:20
23   calls or charges related to that phone?                  03:20
24       A   Correct.                                         03:20
25       Q   How many -- how many cell phone bills do you     03:20
```

178

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   review?                                              03:20
 2        A    Well, we have the cell phone bills are     03:20
 3   co-mingled with radio lines -- or were co-mingled with  03:20
 4   radio lines to the City, the City business lines.  There  03:20
 5   is quite a few lines on there.  So it's hard to say.  03:20
 6        Q    Are there more than a dozen?              03:20
 7        A    There is probably 30 or 40.               03:21
 8        Q    Thirty or 40 phones.                      03:21
 9             MR. GLOS:  Counsel, we've been going for about  03:21
10   two hours.  When you get to a point of transition --  03:21
11             MR. FRANKLIN:  That's fine.               03:21
12                  (Recess taken.)                      03:21
13   BY MR. FRANKLIN:                                    03:33
14        Q    Captain Best, you're still under oath.  Do you  03:34
15   understand that?                                    03:34
16        A    Yes.                                      03:34
17        Q    Can you -- in terms of the reserve officers,  03:34
18   was there a reserve Officer Robert Van Lingden?     03:34
19        A    Yes.                                      03:34
20        Q    When did he stop working during working for  03:34
21   the City?                                           03:34
22        A    I believe, about a year ago.             03:34
23        Q    So you think sometime in July 2016?       03:34
24        A    Yes, I'd be able to recall the exact dates.  03:34
25        Q    And in terms of Mr. Van Lingden, is it    03:34
```

179

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   accurate that he owns the towing company that has the      03:35
 2   towing contract within Palos Verdes Estates?               03:35
 3        A    Yes.                                             03:35
 4        Q    And while he was a reserve officer did he        03:35
 5   mostly -- is he a motorcycle cop?                          03:35
 6        A    Yes.                                             03:35
 7        Q    And then if he pulled someone over and if        03:35
 8   someone is pulled over without a driver's license or an    03:35
 9   expired license may the car be towed?                      03:35
10        A    Yes.                                             03:35
11        Q    And so if Mr. Van Lingden pulled somebody        03:35
12   over, it would be his company that would tow the car?      03:35
13        A    If -- if any officer in the City -- if any       03:35
14   vehicle in the City were to be towed, it would be towed    03:36
15   by Van Lingden.                                            03:36
16        Q    And but Robert Lingden, a reserve officer,       03:36
17   owned that company; right?                                 03:36
18        A    Yes.                                             03:36
19        Q    And so if Mr. Van Lingden pulls somebody over,   03:36
20   his company profits from that tow; is that how that        03:36
21   would work?                                                03:36
22             MR. GLOS:  Objection.  Incomplete                03:36
23   hypothetical.  Lacks foundation.  You can answer.          03:36
24        A    Sure.                                            03:36
25   ///
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                        03:36
 2       Q    And in terms if there were impound -- if a car 03:36
 3   is towed, is the driver who is pulled over responsible  03:36
 4   for paying the towing fee?                              03:36
 5       A    The driver who is pulled over responsible for  03:36
 6   the towing fees?  The owner of the car would be         03:36
 7   responsible.                                            03:37
 8       Q    And would he be responsible for any impound    03:37
 9   fees?                                                   03:37
10       A    Yes.                                           03:37
11       Q    Are there different types of impounds in terms 03:37
12   of the car -- is there storage versus impound?          03:37
13       A    Yes.                                           03:37
14       Q    What's the difference?                         03:37
15       A    So California Vehicle Code gives certain       03:37
16   authority to tow a vehicle and store it for -- if it's  03:37
17   blocking a highway, if it's the driver was found to be  03:37
18   unlicensed or had a suspended license.  If a vehicle is 03:37
19   involved in a traffic collision and blocking a roadway  03:37
20   or inoperable, we could store that vehicle.  We would   03:37
21   impound the vehicle for evidentiary value where the     03:37
22   police department would -- we would store the vehicle in 03:38
23   evidence to process it later or if it was used in       03:38
24   commission of a crime, we would put a hold on that      03:38
25   vehicle until the detective bureau released it.         03:38
```

181

```
 1          In those cases where we're the ones causing      03:38
 2   the delay in having that property returned back to the   03:38
 3   owner, they would not be charged for the storage fees.   03:38
 4   There is also --                                         03:38
 5      Q    What are the instances the owner of the car      03:38
 6   would be charged for the storage fees?                   03:38
 7      A    For violations of Vehicle Code as it relates     03:38
 8   to the status of their driver's license or lack thereof, 03:38
 9   30-day impounds.                                         03:38
10      Q    What is a 30-day impound?                        03:38
11      A    Third-day impound is a -- the vehicle allows     03:38
12   police departments to impound someone's vehicle if       03:38
13   they're found to never have had a driver's license or    03:38
14   their driver's license is suspended for a variety of     03:39
15   reasons, one of which cannot be for failing to pay child 03:39
16   support.  And we would impound that vehicle for 30 days. 03:39
17      Q    Would that person if, say, they failed to pay    03:39
18   child support, that person's vehicle would be impounded  03:39
19   for 30 days, and they would be responsible for paying    03:39
20   the impound fee?                                         03:39
21      A    That's the exemption.  So could -- you would     03:39
22   not impound a vehicle for 30 days if the reason was      03:39
23   failure to pay child support.  The rationale is if they  03:39
24   can't support children, we're not going to take their    03:39
25   car.  That's one of the exceptions.                      03:39
```

182

```
 1      Q    Are there any other exceptions in terms of        03:39
 2 where they would not have to pay?                           03:39
 3      A    If the registered owner produced a valid          03:39
 4 driver's license, the vehicle would be released prior to    03:39
 5 30 days.                                                     03:40
 6      Q    Prior to 30 days?                                 03:40
 7      A    Prior to 30 days, but they would still be         03:40
 8 responsible for towing and storage fees up until the        03:40
 9 point.                                                      03:40
10      Q    Do you know what those fees are?  What's the      03:40
11 tow fee versus the storage fee or approximate?              03:40
12      A    It's set in our contract.  I believe the          03:40
13 police department -- most police departments charge an      03:40
14 administrative fee for the processing of the paperwork.     03:40
15 And I believe ours is $100 per vehicle.                     03:40
16      Q    So is it the $100 per vehicle -- does that        03:40
17 have to do with police department or --                     03:40
18      A    It comes back to the City.                        03:40
19      Q    And what goes to Van Lingden?                     03:40
20      A    I don't know.  I'd have to review their           03:40
21 contract to see how much -- what their daily rate is and    03:40
22 what they charge to hook the vehicle up, so to speak.       03:40
23      Q    Do you have an estimate of what it might be?      03:40
24      A    I don't.                                          03:41
25      Q    Do you know an estimate of what a total           03:41
```

183

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | out-of-pocket for a tow might be if a car is towed? | 03:41 |
| 2 | A   As I sit here today I do not, but I could | 03:41 |
| 3 | easily recall the information. | 03:41 |
| 4 | Q   And how long did Robert Van Lingden work for | 03:41 |
| 5 | the City as a serve officer? | 03:41 |
| 6 | A   I would say, he has been a reserve officer | 03:41 |
| 7 | with the City for over ten years. | 03:41 |
| 8 | Q   And then how long has the family had that | 03:41 |
| 9 | contract; do you know? | 03:41 |
| 10 | A   I think as long as I've been there, we do -- I | 03:41 |
| 11 | believe in 2011, it went out for RFP.  And our | 03:41 |
| 12 | requirements are based on -- we require certain response | 03:41 |
| 13 | time.  So other cities may allow tow trucks to have a | 03:41 |
| 14 | 45-minute response time.  Ours is a lot less.  We also | 03:42 |
| 15 | require a certain type of vehicle because of the terrain | 03:42 |
| 16 | we have. | 03:42 |
| 17 | Van Lingden provides crane service for all -- | 03:42 |
| 18 | for vehicles that go over the cliff.  They recover | 03:42 |
| 19 | vehicles that have gone over the side, down embankments | 03:42 |
| 20 | and they have the equipment to do that, that's written | 03:42 |
| 21 | into the RFP. | 03:42 |
| 22 | Q   In terms of -- touch-back on the localism | 03:42 |
| 23 | issue.  Have you heard of cars being pushed off the | 03:42 |
| 24 | cliff? | 03:42 |
| 25 | A   Have I heard of cars being pushed off the | 03:42 |

184

PMK: Tony Best
July 12, 2017

```
 1   the effect of this:  We're not a taxi service, and leave      03:52
 2   them right here?                                              03:52
 3        A    I have not heard that, but we had cases where       03:52
 4   we've arrested someone or -- and provided ample options       03:52
 5   for transportations for someone and they demanded that        03:52
 6   we provide them a ride somewhere, and we just -- a lot         03:52
 7   of times it's outside the City.  We don't transport           03:52
 8   people outside the City in the normal circumstances.          03:52
 9   Our policy is to keep the officers in the City.               03:52
10        Q    And then if the policy is not to transport          03:52
11   them outside of the City, do you take them to the City        03:52
12   boarders?  Do you leave them right where they are?  What      03:52
13   happens?                                                      03:52
14        A    We have several options.  We can either call        03:52
15   the officer help patrol phones; they can call the             03:52
16   person -- usually the individual has a cell phone.            03:52
17   We've given people rides to the station.  We have called      03:53
18   taxis or Ubers Now.  But it's not our intent to have          03:53
19   people -- vehicles wondering around the City.                 03:53
20        Q    And in terms of this PMK notice if you can          03:53
21   look back to Exhibit 310, one of the topics if you look       03:53
22   at Page 3, line 24 to 27:  Knowledge on who the City          03:53
23   police officers are who socialize with, or otherwise          03:53
24   know any individual defendants or persons whom regularly      03:53
25   surf Lunada Bay outside of their work as a police             03:53
```

190

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | officer for the City. | 03:53 |
| 2 | Did you inquire about that prior to attending | 03:53 |
| 3 | today with officers? | 03:53 |
| 4 | A   Did I inquire? | 03:53 |
| 5 | Q   Inquire -- did you take -- try to figure that | 03:54 |
| 6 | out? | 03:54 |
| 7 | A   No. | 03:54 |
| 8 | Q   Other than me telling you about Sergeant | 03:54 |
| 9 | Barber today, do you have knowledge of anybody else | 03:54 |
| 10 | socializing? | 03:54 |
| 11 | A   Socializing, I don't know of any specific | 03:54 |
| 12 | instances, but I can -- you talked about someone growing | 03:54 |
| 13 | up in the area or neighborhood.  Sergeant Steve Everhard | 03:54 |
| 14 | grew up in Palos Verdes Estates, went Palos Verdes High | 03:54 |
| 15 | School.  He's about the age of some of these | 03:54 |
| 16 | individuals.  His mother lives -- | 03:54 |
| 17 | Q   Mr. Sergeant Everhard? | 03:54 |
| 18 | A   Yes. | 03:54 |
| 19 | Q   Sergeant Everhard's mother still live in Palos | 03:54 |
| 20 | Verdes Estates? | 03:54 |
| 21 | A   Yes. | 03:54 |
| 22 | Q   And do you have an understanding that he went | 03:54 |
| 23 | to school with perhaps some of the Ferraras and Blakeman | 03:54 |
| 24 | in kind of that time zone, late '70s? | 03:54 |
| 25 | A   Just based by the age.  I don't know where | 03:54 |

191

Atkinson-Baker Court Reporters
www.depo.com

1   Ferrara or Blakeman went to school but --                03:55

2       Q    In terms of anybody else who has sort of grew    03:55

3   up in the City or went to the Palos Verdes peninsula      03:55

4   High School?                                              03:55

5       A    We have a new officer, he's on training,         03:55

6   Officer Higgs, but he's 22 years old.                     03:55

7       Q    Anybody else that you're aware of?               03:55

8       A    No.                                              03:55

9       Q    And then in terms of the City's deposition as    03:55

10  to the person most knowledgeable who the surfers that     03:55

11  regularly surf Lunada Bay, you're that person; right?     03:55

12      A    Yes.                                             03:55

13      Q    And then are you familiar with the people        03:55

14  identified on Page 3, lines 19 through 23?                03:55

15      A    The majority of them.  Yes.                      03:56

16      Q    And we talked about the Ferraras.  Do you know   03:56

17  the Ferraras?                                             03:56

18      A    I do not know the Ferraras personally.  I know   03:56

19  them from reports that I've read in regards to incidents  03:56

20  that they were involved with.                             03:56

21      Q    Any of those surfing-related incidents that      03:56

22  you're familiar with?                                     03:56

23      A    The two that come to mind are not.               03:56

24      Q    Okay.  Is that the one involving the juvenile?   03:56

25      A    Yes.                                             03:56

PMK: Tony Best
July 12, 2017

```
 1    you've been with the City, 25 full-time officers, X 911    04:15

 2    reserve, or something?                                     04:16

 3         A    Yes.                                             04:16

 4         Q    And then in terms of the community service       04:16

 5    officers, about the same type of staffing level?           04:16

 6         A    Yes.                                             04:16

 7         Q    And would those kind of support personnel, if    04:16

 8    you count the reserve officers, does the police            04:16

 9    department -- is it around 45, or what's the general       04:16

10    number in terms of support policing activities?           04:16

11         A    I would say the same number.  45.                04:16

12         Q    And in terms of there were some testimony by     04:16

13    Catherine Placik earlier, I'm going to represent that      04:16

14    she's indicated she works three days a week,               04:16

15    12-hour-long shifts; does that sound about right?          04:16

16         A    Yes.                                             04:16

17         Q    And in terms of 2016, she said one of her jobs   04:16

18    is in charge of people that are held in the City's jail    04:16

19    facility; is that right?                                   04:16

20         A    Yes.                                             04:17

21         Q    And care for those people, whether it's to       04:17

22    check on them to make sure their well-being is okay and    04:17

23    to feed them that type of thing?                           04:17

24         A    Yes.                                             04:17

25         Q    And I had asked her to give her best estimate    04:17
```

205

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | of during the times she worked in 2016, how many people | 04:17 |
| 2 | have been held in the City's jail, and she estimated | 04:17 |
| 3 | about 200.  Does that sound about right? | 04:17 |
| 4 | A    For the year, I believe we average about 350 | 04:17 |
| 5 | to 400 bookings per year. | 04:17 |
| 6 | Q    And how many are overnight of those 300 to 400 | 04:17 |
| 7 | bookings? | 04:17 |
| 8 | A    I don't know. | 04:17 |
| 9 | Q    Service Officer Placiks indicated that there | 04:18 |
| 10 | is a log that's kept in terms of basically identifying | 04:18 |
| 11 | the people that are kept and to log who is in there.  Is | 04:18 |
| 12 | that your understanding too? | 04:18 |
| 13 | A    There is a booking ledger. | 04:18 |
| 14 | Q    Okay.  A ledger? | 04:18 |
| 15 | A    Yes. | 04:18 |
| 16 | Q    And that ledger would be able to if we were to | 04:18 |
| 17 | gather that, you'd be able to determine for any | 04:18 |
| 18 | particular year how many people have been booked; is | 04:18 |
| 19 | that fair? | 04:18 |
| 20 | A    Yes. | 04:18 |
| 21 | Q    And would you be able to know how long they | 04:18 |
| 22 | were kept? | 04:18 |
| 23 | A    There is a time-in and time-out portion of the | 04:18 |
| 24 | ledger.  Yes. | 04:18 |
| 25 | Q    And do you know is there an average stay in | 04:18 |

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | terms of hours of the bookings? | 04:18 |
| 2 | A    No, we never calculated the average stay in | 04:18 |
| 3 | the jail. | 04:18 |
| 4 | Q    And in terms of the 300 to 400, it's a pretty | 04:18 |
| 5 | big change in terms of a year? | 04:19 |
| 6 | A    I just ran the Stats for '14, '16 and '17. | 04:19 |
| 7 | Our average daily population is 33, 34. | 04:19 |
| 8 | Q    Average daily population? | 04:19 |
| 9 | A    Oh, I mean.  Monthly. | 04:19 |
| 10 | Q    Monthly. | 04:19 |
| 11 | A    Come on.  You know what I meant. | 04:19 |
| 12 | Q    So in terms of the average monthly population | 04:19 |
| 13 | being around 30, 34; is that fair? | 04:19 |
| 14 | A    Bookings.  Yeah. | 04:19 |
| 15 | Q    And in terms of do you have an understanding | 04:19 |
| 16 | of how many of those bookings are residents of Palos | 04:19 |
| 17 | Verdes Estates versus nonresidents? | 04:19 |
| 18 | A    No. | 04:19 |
| 19 | Q    And as the person most knowledgeable about | 04:19 |
| 20 | City policing, could you give your best estimate in | 04:20 |
| 21 | terms of looking at, say, '16 this period you just | 04:20 |
| 22 | looked at, how many people were residents that were | 04:20 |
| 23 | booked versus nonresidents? | 04:20 |
| 24 | A    To give a best estimate, no.  But data could | 04:20 |
| 25 | be recalled. | 04:20 |

207

Atkinson-Baker Court Reporters
www.depo.com

| 1 | Q    Do you think it was mostly residents that are | 04:20 |
| 2 | booked? | 04:20 |
| 3 | A    The data is very easily obtainable, and I | 04:20 |
| 4 | think just me guessing right now wouldn't serve a | 04:20 |
| 5 | purpose. | 04:20 |
| 6 | Q    Okay.  So as the person most knowledgeable | 04:20 |
| 7 | today you're unable to give your best testimony of how | 04:20 |
| 8 | many persons or residents versus nonresidents; is that | 04:20 |
| 9 | fair? | 04:20 |
| 10 | A    Correct. | 04:20 |
| 11 | Q    And as the person most knowledgeable today, in | 04:20 |
| 12 | terms of that data is there identifying information in | 04:20 |
| 13 | terms of whether the bookings are people of color versus | 04:21 |
| 14 | Caucasian or white? | 04:21 |
| 15 | A    Race is one of the standard sets of data that | 04:21 |
| 16 | are gathered during the booking, so that would be | 04:21 |
| 17 | included in there. | 04:21 |
| 18 | Q    And so with that same booking ledger would you | 04:21 |
| 19 | be able to tell what race somebody was? | 04:21 |
| 20 | A    Yes. | 04:21 |
| 21 | Q    So that the ledger itself -- if you had the | 04:21 |
| 22 | ledger, you could learn that information? | 04:21 |
| 23 | A    Yes. | 04:21 |
| 24 | Q    And then is anywhere else -- is there other | 04:21 |
| 25 | reports that could be run in terms of trying to figure | 04:21 |

208

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | out of the 300 to 400 people how many Caucasian versus | 04:21 |
| 2 | some other background? | 04:21 |
| 3 | A    I think the booking ledger would be the most | 04:21 |
| 4 | accurate because anyone who is booked in our facility is | 04:21 |
| 5 | entered in that ledger.  Because that's what generates | 04:22 |
| 6 | our booking numbers.  Booking numbers are all | 04:22 |
| 7 | sequential. | 04:22 |
| 8 | Q    And in terms of the bookings in terms of | 04:22 |
| 9 | having looked at this data recently, it's -- you | 04:22 |
| 10 | can't -- you wouldn't know how many people of color were | 04:22 |
| 11 | booked, and you couldn't give your best estimate on | 04:22 |
| 12 | that? | 04:22 |
| 13 | A    No.  The purpose of me pulling the Stats was | 04:22 |
| 14 | to look at overall bookings for the year, what our jail | 04:22 |
| 15 | activity levels were.  That was the purpose of me | 04:22 |
| 16 | pulling that data, not looking at what ages or races or | 04:22 |
| 17 | what sexes or what City residents. | 04:22 |
| 18 | Q    And in terms just to go back to race, is the | 04:22 |
| 19 | jail facility -- do you have occasion to walk through | 04:23 |
| 20 | that area where people are held during your daily work? | 04:23 |
| 21 | Is it -- on your average day would there be no reason | 04:23 |
| 22 | for you to walk into the jail facility wherein you might | 04:23 |
| 23 | be able to observe people who are arrestees? | 04:23 |
| 24 | A    To observe them? | 04:23 |
| 25 | Q    And not by length.  I'm trying to get at do | 04:23 |

209

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   you have an understanding not from the data but from    04:23
 2   your working at Palos Verdes Estates.                    04:23
 3        A    Observation?  No, no, I don't think that would 04:23
 4   be -- no.                                                04:23
 5        Q    So you couldn't give an estimate of more       04:23
 6   people of color have been booked versus Caucasians or    04:23
 7   more Caucasians?                                         04:24
 8        A    No.                                            04:24
 9        Q    In terms of in terms of City training on       04:24
10   gang-related laws, what can you tell me?  Does the City  04:24
11   do training on gang-related laws?                        04:24
12        A    Specific training on gang-related laws and     04:24
13   gang activity is typically covered during the            04:24
14   F.T.O. Program and again through those briefing          04:24
15   trainings that occur twice a day.  They may not          04:24
16   necessarily encompass gang curriculum or topics.         04:24
17   Officers have gone to outside training on gangs.         04:24
18   Detectives have gone to gang classes in respect to       04:25
19   entering people into Cal gangs, entering the gangs in    04:25
20   the Cal gangs, enhancements for gang -- or obtaining     04:25
21   gang enhancements in time of case filing of the DA.      04:25
22        Q    Is there a gang unit?                          04:25
23        A    No.  Our jailers, our service officers -- our  04:25
24   service officers serve as both jailers and dispatch 911  04:25
25   operators.                                               04:25
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q    Is that -- do you check and -- I'm trying to | 04:27 |
| 2 | figure out how do you know they're a gang? | 04:27 |
| 3 | A    So say for instance, you respond to a call of | 04:27 |
| 4 | solicitors.  Solicitors in the City who are soliciting | 04:27 |
| 5 | goods, services, are required to have a solicitors | 04:27 |
| 6 | permit authorized by the City.  If officers go on those | 04:27 |
| 7 | calls and determine that someone has violated an | 04:28 |
| 8 | ordinance, obviously, they're detained.  And through | 04:28 |
| 9 | their talking with the person or running them through | 04:28 |
| 10 | the wanted person system they could determine that if | 04:28 |
| 11 | they're gang affiliated by tattoos. | 04:28 |
| 12 | We've done it through detectives doing | 04:28 |
| 13 | follow-up on arrests that we've had.  In preparation for | 04:28 |
| 14 | a search warrants we have to check gang affiliation.  We | 04:28 |
| 15 | reach out to other agencies to determine any gang | 04:28 |
| 16 | affiliations.  So these are a variety of ways. | 04:28 |
| 17 | Q    In terms of the -- your 22 and a half years is | 04:28 |
| 18 | that -- | 04:29 |
| 19 | A    Twenty-one. | 04:29 |
| 20 | Q    Twenty-one and a half years.  Wasn't a trick. | 04:29 |
| 21 | Your 21 and a half years with the City, is it common for | 04:29 |
| 22 | you to see African Americans using the beach? | 04:29 |
| 23 | A    There are all kinds of people that come to | 04:29 |
| 24 | Palos Verdes Estates and use the beach or live in Palos | 04:29 |
| 25 | Verdes Estates that use the beach.  Our beaches are | 04:29 |

212

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | different than Torrance beach or Manhattan Beach or | 04:29 |
| 2 | Huntington Beach in that they're not really accessible; | 04:29 |
| 3 | they're not sandy beaches where you can put up a easy-up | 04:29 |
| 4 | or bring your wife and your kids with their floaties. | 04:29 |
| 5 | The most accessible beach would probably be Rat Beach in | 04:29 |
| 6 | the 300 block of Paseo Del Mar in a paved pathway down | 04:29 |
| 7 | to the beach.  That's where the most of the beach | 04:30 |
| 8 | activities occur and there is families of all colors. | 04:30 |
| 9 | Q   Can you tell me how many times you've seen | 04:30 |
| 10 | African Americans use Lunada Bay? | 04:30 |
| 11 | MR. GLOS:  And you're just asking him | 04:30 |
| 12 | personally; right? | 04:30 |
| 13 | MR. FRANKLIN:  Unless the City has more | 04:30 |
| 14 | information on that. | 04:30 |
| 15 | MR. GLOS:  Just to be clear. | 04:30 |
| 16 | A   It's hard to say.  In 21 and a half years I | 04:30 |
| 17 | really haven't taken count or -- | 04:30 |
| 18 | BY MR. FRANKLIN: | 04:30 |
| 19 | Q   So because it's zero? | 04:30 |
| 20 | A   I don't believe the number would be zero. | 04:30 |
| 21 | I've encountered -- when you say "use the beach" I've | 04:30 |
| 22 | encountered on my runs and walks down there some schools | 04:30 |
| 23 | down there study in the tied pools observing sea life on | 04:30 |
| 24 | field trips or educational trips. | 04:31 |
| 25 | Q   How often have you seen that? | 04:31 |

213

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A     Couple times over the years.              04:31
 2        Q     Couple times over 21 and a half years?    04:31
 3        A     Yeah.                                     04:31
 4        Q     And other than those field trips, does    04:31
 5   anything else come to mind in terms of seeing African  04:31
 6   Americans using Lunada Bay?                           04:31
 7        A     I don't think it's isolated just to the field  04:31
 8   trips, but I mean there had been, but it wasn't like,  04:31
 9   oh, there is an African American in Lunada Bay.  It's  04:31
10   not like something that is note-worthy.              04:31
11        Q     And in terms of other persons of color, is it  04:31
12   fair to say that there are more --                   04:31
13             MR. WARD:  Whoever is typing on the phone,  04:31
14   could you please hit mute.  I feel like a judge on court  04:31
15   call.  Thank you.                                    04:32
16   BY MR. FRANKLIN:                                     04:32
17        Q     So in terms of the persons of colors, is it  04:32
18   fair to say in your observation that more Caucasians are  04:32
19   using Lunada Bay than other people?                  04:32
20             MR. GLOS:  Objection.  Lacks foundation.   04:32
21   Calls for speculation.  You can answer.              04:32
22        A     I would say, in my experience and observations  04:32
23   of being in that area, that would probably be a true  04:32
24   statement.                                           04:32
25   ///
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                      04:32
 2       Q    And in terms of how about women versus men, do   04:32
 3   more men use Lunada Bay than women?                  04:32
 4            MR. GLOS:  Same objections.                 04:32
 5       A    I with say yes.                             04:32
 6   BY MR. FRANKLIN:                                      04:32
 7       Q    And then in terms have you ever seen a person   04:32
 8   in a wheelchair use Lunada Bay?                      04:32
 9       A    Talking about the bottom?                   04:32
10       Q    Yes.                                        04:32
11       A    No.                                         04:32
12       Q    Do you think that might be possible?        04:32
13            MR. GLOS:  Objection.  Calls for speculation.   04:32
14   Lacks foundation.                                    04:32
15       A    It's -- it would be difficult, but is it    04:33
16   possible?  Possible is  a --                         04:33
17   BY MR. FRANKLIN:                                      04:33
18       Q    It's fair to say it would be very hard for a   04:33
19   person in a wheelchair to navigate down either the   04:33
20   middle or the so south trail?                        04:33
21       A    Correct.                                    04:33
22       Q    It would be quite dangerous if they attempted   04:33
23   do so?                                               04:33
24       A    Yes.                                        04:33
25       Q    Or in terms of your familiarity with the City   04:33
```

215

PMK: Tony Best
July 12, 2017

1    department.                                                    04:52

2       Q    And is there any sign in your observation that       04:52

3    would identify that it's a public beach?                      04:52

4       A    Yeah, I don't know that I recall any beach            04:52

5    having, you know, any beach even -- Redondo Beach or          04:52

6    Torrance -- having a sign saying public beach.  In Palos      04:53

7    Verdes Estates, no.                                           04:53

8       Q    And then in terms of any City beaches, are            04:53

9    there any trail maps that you're aware of in terms of         04:53

10   someone says, hey, I'd like to go down to Lunada Bay,         04:53

11   how would I do that in the most safe manner?  Are there       04:53

12   any maps for people do that?                                  04:53

13      A    I don't believe the City produces maps of the         04:53

14   trail systems in Palos Verdes Estates.  I know there are      04:53

15   individuals who have kind of their own map and have           04:53

16   circulated those.                                             04:53

17      Q    So I'm only asking, the City?                         04:53

18      A    Right.                                                04:53

19      Q    The City does not have any maps?                      04:53

20      A    I don't believe we have that.                         04:53

21      Q    And how about in terms of -- would it be fair        04:53

22   to say that if you went down the wrong part of the            04:53

23   cliff, it would be dangerous, if you thought you were         04:54

24   going down the middles and you're a little bit off, are       04:54

25   there some false trails?                                      04:54

229

Atkinson-Baker Court Reporters
www.depo.com

```
 1          MR. GLOS:  Objection.  Lacks foundation.      04:54
 2  Vague and ambiguous.  Calls for speculation.  You can  04:54
 3  answer.                                                04:54
 4      A    Repeat the question.                          04:54
 5  BY MR. FRANKLIN:                                       04:54
 6      Q    Is it -- is that middle trail well-marked?    04:54
 7          MR. GLOS:  Objection.  Vague and ambiguous.    04:54
 8  Lacks foundation.  You can answer.                     04:54
 9      A    There are no trailhead signs.                 04:54
10  BY MR. FRANKLIN:                                       04:54
11      Q    Is there any marker?                          04:54
12      A    No.                                           04:54
13      Q    And in terms of public safety, would it be    04:54
14  safer if it was marked?                                04:54
15          MR. GLOS:  Objection.  Lacks foundation.      04:54
16  Beyond the scope.  Calls for speculation.  You can    04:54
17  answer.                                                04:54
18      A    I guess you can say it would be safer if it   04:55
19  had lights and handrails.                              04:55
20  BY MR. FRANKLIN:                                       04:55
21      Q    So I'm just asking whether -- so do you know  04:55
22  where to go down on that middle trail?  Small post    04:55
23  middle trail sign.  And hypothetically it could be a   04:55
24  GPS point that could be made available.  Would it be   04:55
25  safer for people to know where that trail was?         04:55
```

PMK: Tony Best
July 12, 2017

```
1    ocean or that -- doesn't have -- has a trail to it down      04:58
2    at the bottom of the cliff.                                  04:58
3    BY MR. FRANKLIN:                                             04:58
4        Q    Is that by design?                                 04:58
5        A    I don't think so.  No.                             04:58
6        Q    So are you aware of any trail markers on any       04:58
7    bluff top in Lunada Bay?                                     04:58
8        A    No.                                                 04:58
9        Q    Do you know who is Sergeant Axle Peterson; do      04:58
10   you know that person?                                        04:59
11       A    Yes.                                                04:59
12       Q    When did he last work for the City?                04:59
13       A    2009, 2010, maybe.                                  04:59
14       Q    Was he --                                          04:59
15            MR. GLOS:  Objection.  Vague and ambiguous.        04:59
16   BY MR. FRANKLIN:                                             04:59
17       Q    With other officers?                               04:59
18            MR. GLOS:  Same objection.  You can answer.        04:59
19       A    Was he --                                          04:59
20   BY MR. FRANKLIN:                                             04:59
21       Q    Did he leave for a reason in terms of was he       04:59
22   disciplined or something like that?                          04:59
23            MR. GLOS:  Object.  Calls for speculation.         04:59
24   You can answer.                                              04:59
25       A    I don't know if it was disciplinary reasons,       04:59
```

233

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q    And in terms of Kevin Scroggins had some      05:02
 2  race-related allegations where he was referred to -- he  05:03
 3  was an African American; is that true?                 05:03
 4      A    Yes.                                          05:03
 5      Q    And where he complained about being called a  05:03
 6  boy by the chief; did you ever hear that?              05:03
 7      A    I think the term is "Buddy Boy."              05:03
 8      Q    Okay.  And had you heard the chief use that   05:03
 9  term towards captain -- was it captain; right?         05:03
10      A    Yes, he was.                                  05:03
11      Q    Did you hear that term used with him?         05:03
12      A    Specifically with him, I'm not sure, but Chief 05:03
13  Dreiling used that with everybody.                     05:03
14      Q    And in terms of there being a retirement     05:03
15  party, Captain Scroggins said there was a retirement    05:03
16  party where there was a slide show of officers made to  05:03
17  appear like black.  Are you familiar with that?        05:03
18      A    What was the retirement party you're talking  05:04
19  about?                                                 05:04
20      Q    A retirement party where Captain Scroggins was 05:04
21  employed.                                              05:04
22      A    I've heard of those allegations.  Yes.       05:04
23      Q    Did you see that slide or were you at that    05:04
24  retirement party?                                      05:04
25      A    I don't know what retirement party you're    05:04
```

237

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | talking about.  No. | 05:04 |
| 2 | Q    And in terms of reference to a noose? | 05:04 |
| 3 | A    Yes, I think it was the -- that's what you're | 05:04 |
| 4 | referencing.  And there were two officers who were white | 05:04 |
| 5 | officers not in black painted face with a noose around | 05:04 |
| 6 | the other white officer's neck. | 05:04 |
| 7 | Q    And have you seen that photo? | 05:04 |
| 8 | A    No, I've heard about it. | 05:04 |
| 9 | Q    And who did you hear about it from? | 05:04 |
| 10 | A    I don't recall, but I think the allegation | 05:05 |
| 11 | came out to be untrue and the fact that it was a | 05:05 |
| 12 | negative taken of the actual photo.  Everything was -- | 05:05 |
| 13 | so white was black and black was white.  And that's what | 05:05 |
| 14 | evidence was presented as the black officers. | 05:05 |
| 15 | Q    And it was a noose? | 05:05 |
| 16 | A    Yes. | 05:05 |
| 17 | Q    And then is there an Officer Sinuit? | 05:05 |
| 18 | A    Sinuit. | 05:05 |
| 19 | Q    Did he make -- is he a reserve officer? | 05:05 |
| 20 | A    He was a reserve officer. | 05:05 |
| 21 | Q    And did -- was he let go for disciplinary | 05:05 |
| 22 | reason? | 05:05 |
| 23 | A    I don't believe they were disciplinary.  I | 05:05 |
| 24 | believe they were performance and officer safety issues. | 05:05 |
| 25 | Q    How about Captain Scroggins, do you have an | 05:06 |

| | | |
|---|---|---|
| 1 | understanding of how he left employment of the district? | 05:06 |
| 2 | A    From my understanding, it was a probationary | 05:06 |
| 3 | release.  He did not make probation. | 05:06 |
| 4 | Q    And then in terms of your 21 and a half years | 05:06 |
| 5 | with the City, is it just one other black police officer | 05:06 |
| 6 | employed or more? | 05:06 |
| 7 | A    There were more. | 05:06 |
| 8 | Q    How many? | 05:06 |
| 9 | A    Charles Avinton. | 05:06 |
| 10 | Q    Where did he work for the City? | 05:06 |
| 11 | A    2000.  I think he was there 2000 or 2005.  The | 05:06 |
| 12 | dates I'm not a hundred percent certain on the dates. | 05:06 |
| 13 | Q    And how long was he there?  Was he there a | 05:07 |
| 14 | long time? | 05:07 |
| 15 | A    No.  I believe, about five years. | 05:07 |
| 16 | Q    Was he a reserve or full-time? | 05:07 |
| 17 | A    Full-time officer.  He came from the city of | 05:07 |
| 18 | Torrance Police Department. | 05:07 |
| 19 | Q    Did he retire or did he go work somewhere else | 05:07 |
| 20 | when he left? | 05:07 |
| 21 | A    I have no idea. | 05:07 |
| 22 | Q    Did he leave for disciplinary reasons? | 05:07 |
| 23 | A    I believe so. | 05:07 |
| 24 | Q    And any other African American officers | 05:07 |
| 25 | besides Mr. Arlington [sic] and Captain Scroggins? | 05:07 |

239

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A    Police officers, no.                      05:07

 2        Q    And so the 21 and a half there's been two  05:07

 3  African American police officers at Palos Verdes      05:07

 4  Estates; is that right?                               05:07

 5        A    Yes.                                        05:07

 6        Q    And both were let go for disciplinary reasons?  05:07

 7        A    One yes, the other one probationary release, I  05:08

 8  believe.                                              05:08

 9        Q    Have you ever heard residents say that they  05:08

10  did not want an African American officer at their town?  05:08

11        A    No.                                        05:08

12        Q    Have you ever heard African American officers  05:08

13  being purposefully hazed or treated in a manner so    05:08

14  they'd leave?                                         05:08

15        A    No.  And the City has a policy and we were  05:08

16  talking about some of the training that we receive, and  05:08

17  I was talking about the post training we also receive  05:08

18  every two years through HR.                           05:08

19        Q    1825 training?                             05:08

20        A    Yes.                                        05:08

21        Q    AB?                                        05:08

22        A    Whatever the number is.  It's a job base  05:08

23  harassment which covers the protected class.          05:09

24        Q    So you've undergone that as a supervisor every  05:09

25  two years?                                            05:09
```

240

PMK: Tony Best
July 12, 2017

```
 1      A    Yes.                                          05:09
 2      Q    Do you know if the City Council do it too?    05:09
 3      A    I don't think I'd be the person most qualified 05:09
 4 to comment on the City Council training.               05:09
 5      Q    Have any of the police officers gone on       05:09
 6 training under Government Code 11135 as it relates to   05:09
 7 access to beaches for people of low income, color and  05:09
 8 women?                                                   05:09
 9      A    No.                                            05:09
10      Q    Do you have any familiarity with public       05:09
11 resources Code Section 5162, which says words to the   05:09
12 effect:  Any beach or seashore or recreation owned,    05:10
13 lease, operated, controlled, maintained or managed by a 05:10
14 City or a county which is open to the use of the       05:10
15 residents of such City or county shall be open to all  05:10
16 members of public upon the same terms, fees, charges and 05:10
17 conditions as are applicable to the residents of such  05:10
18 City or county?                                         05:10
19      A    Formal training in that specific section, no, 05:10
20 but I don't know -- I don't know of any areas that are  05:10
21 private beaches.  I think working and growing up and   05:10
22 living in California, its beaches are public.  So I     05:10
23 don't necessarily know a specific training of officer on 05:10
24 that code section.                                      05:10
25      Q    Have officers had any training on the Palos   05:10
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Verdes Estates homes associations covenants and        05:11
 2   restrictions related to the sale of property or use of  05:11
 3   profit to people of color?                              05:11
 4       A    No.                                            05:11
 5       Q    Had you heard of that before today?           05:11
 6       A    I heard it -- just some other cities have had 05:11
 7   those ordinances or restrictions on the books and they  05:11
 8   were never taken off, never enforced.  I guess, an       05:11
 9   oversight in some cities.  And I imagine the home        05:11
10   association which is separate from the City may have had 05:11
11   those.  I've never seen them.                           05:11
12       Q    Home association, you say separate from the    05:11
13   city, but they're located in their city hall?           05:11
14       A    Yes.                                           05:11
15       Q    Adjacent to city hall?                         05:11
16       A    Yes.                                           05:11
17       Q    And in terms of -- you've had some affiliation 05:11
18   in terms of the city in terms of being approved, certain 05:11
19   things within the City whether they're trees or that    05:12
20   type of thing?                                          05:12
21           MR. GLOS:  Objection.  Lacks foundation.        05:12
22   Beyond the scope.  Calls for speculation.  You can      05:12
23   answer.                                                 05:12
24       A    I think if we're going to start discussing the 05:12
25   function of the home association, art jury, deed        05:12
```

242

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    No.                                          05:19

 2      Q    Did you have familiarity with this issue going  05:19

 3  back to 1991?                                       05:19

 4      A    No.                                          05:20

 5      Q    Did you do research at all before today in  05:20

 6  terms of what other types of localism issues have come  05:20

 7  up at Luanda Bay or reports that you talked about    05:20

 8  reading?                                            05:20

 9           If you can summarize again for me your efforts  05:20

10  to prepare for today?                               05:20

11      A    I didn't do -- purposely I didn't do research  05:20

12  into incidents that I was not aware of.  I wanted to  05:20

13  give kind of the purest sense of what my knowledge is.  05:20

14  I guess I could have went down and looked at every  05:20

15  single thing and put all the jail booking Stats, but I  05:20

16  wanted to give the purest sense of what my knowledge is.  05:20

17      Q    So in terms of PMK though, you're designated  05:20

18  as the PMK, and that maybe you're supposed to be     05:20

19  familiar of that type of topic?                      05:20

20      A    Yes.                                         05:20

21      Q    And you chose not to do research?           05:20

22      A    Well, I did research, but the detailed      05:21

23  research that you're asking for in regards to        05:21

24  researching back to 1991 and what Captain Mike Tracey  05:21

25  said in an L.A. Times article is kind of a broad --  05:21
```

248

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

05:39

    I, the undersigned, a Certified Shorthand
Reporter of the State of California, do hereby certify:
    That the foregoing proceedings were taken before
me at the time and place herein set forth; that any
witnesses in the foregoing proceedings, prior to
testifying, were placed under oath; that a verbatim
record of the proceedings was made by me using machine
shorthand which was thereafter transcribed under my
direction; further, that the foregoing is an accurate
transcription thereof.
    I further certify that I am neither financially
interested in the action nor a relative or employee or
attorney of any of the parties.
    IN WITNESS WHEREOF, I have this date subscribed
my name.

Dated: 07/13/2017.

(Reading and Signing was not requested.)



                              GEHANE CASSIS
                              CSR No. 13020

256

PMK: Tony Best
July 12, 2017