# EXHIBIT 6

Atkinson-Baker Court Reporters
www.depo.com

```
 1                   UNITED STATES DISTRICT COURT

 2      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

        CORY SPENCER, an individual        )
 4      DIANA MILENA REED, an individual;  )
        and COASTAL PROTECTION RANGERS,    )
 5      INC., a California non-profit      )
        public benefit corporation,        )
 6                                         )
                     Plaintiffs,           )
 7                                         )
                vs.                        ) Case No. 2:16-cv-
 8                                         ) 02129-SJO (RAOx)
        LUNADA BAY BOYS; THE INDIVIDUAL    )
 9      MEMBERS OF THE LUNADA BAY BOYS,    )
        including but not limited to SANG  )
10      LEE, BRANT BLAKEMAN, ALAN JOHNSTON )
        AKA JALIAN JOHNSTON, MICHAEL RAE   )
11      PAPAYANS, ANGELO FERRARA, FRANK    )
        FERRARA, CHARLIE FERRARA, and      )
12      N. F.; CITY OF PALOS VERDES        )
        ESTATES; CHIEF OF POLICE JEFF      )
13      KEPLEY, in his representative      )
        capacity; and DOES 1-10,           )      VOLUME II
14                                         )
                     Defendants.           )
15      _____)

16

17      VIDEOTAPED DEPOSITION OF THE CITY OF PALOS VERDES

18            ESTATES BY AND THROUGH ANTON DAHLERBRUCH

19               Thursday, July 13, 2017   9:11 a.m.

20

21       REPORTED BY: Debra Kottke, CSR #7422, RPR, CCRR

22

        ATKINSON-BAKER, INC.
23      COURT REPORTERS
        (800) 288-3376
24      www.depo.com
        FILE NO.: AB074C9
25
```

Atkinson-Baker Court Reporters
www.depo.com

1  those?
2      A.  They were both taken to the city council and
3  approved through the city council.  It could have
4  been 2014, but it was in the 2014-'15 time period.
5      Q.  Okay.  And in terms of -- do these policies    09:19:45
6  have a specific reference to volunteers for the city?
7      MR. GLOS:  Objection, vague.  You can answer.
8      THE WITNESS:  I'd have to check again to see.
9  BY MR. FRANKLIN:
10     Q.  And in terms of the non-discrimination         09:20:26
11 efforts, during your deposition individually as a
12 person, Anton Dahlerbruch, we spoke briefly about
13 some of the covenants and restrictions that are in
14 place for homeowners in the City of Palos Verdes
15 Estates.                                                09:20:54
16         Do you recall that?
17     A.  Our discussion?
18     Q.  Yes.
19     A.  Yes.
20     Q.  And one of the discussions or part of that     09:21:01
21 I'd asked about the covenants that the Palos Verdes
22 homes association had put in place dating back to
23 when the development started in 1923 related to
24 restrictions on selling homes to people of color and
25 allowing people of color to visit residents.           09:21:27

Atkinson-Baker Court Reporters
www.depo.com

```
 1            Do you recall that?
 2       A.   Yes.
 3       Q.   And at the time you were unfamiliar with it?
 4       A.   I don't recall not being unfamiliar with it.
 5       Q.   Okay.  So, is your testimony today you knew       09:21:41
 6  about that policy or you knew about those covenants?
 7            How long have you known about those
 8  covenants that were in the deed restrictions for
 9  Palos Verdes homes association?
10       MR. GLOS:  Just objection, vague, ambiguous.            09:21:55
11  You can answer.
12       THE WITNESS:  You know, I have known for some
13  time.  I don't recall when I was first informed.
14  BY MR. FRANKLIN:
15       Q.   And when I say covenants, there are lots of       09:22:08
16  covenants.  I'm not interested in the ones about
17  trees or that type of thing.  When I say covenants
18  here I'm referring to the ones related to the
19  race-related restrictions.
20            Do you understand that?                            09:22:23
21       A.   Yes, okay.
22       Q.   And to your knowledge, did you have an
23  understanding when the Palos Verdes homes association
24  finally took action to repeal that covenant?
25       A.   I know they have repealed it.  I do not know      09:22:36
```

13

Atkinson-Baker Court Reporters
www.depo.com

```
 1  when that occurred.
 2      Q.  So, if I told you it wasn't until 2000 you
 3  wouldn't know either way?
 4      A.  That's correct.
 5      Q.  And did the city pass any resolutions on its       09:22:50
 6  own related to that covenant in terms of rebuking it
 7  or saying that type of thing's not okay in the city?
 8      A.  I'm not aware -- put it this way, the
 9  covenants do not apply to the city.  They don't --
10  it's a separate -- the homes association is a             09:23:12
11  separate, independent organization.  Their covenants
12  would not affect the city.  I'm not aware of the city
13  having interaction with the homes association on that
14  matter.
15      Q.  And is it fair to say you're not aware of          09:23:28
16  the city taking -- if that's the case, it's fair to
17  say the city hasn't taken an official position in
18  terms of rebuking that particular covenant?
19      A.  I'm not aware.
20      Q.  And do you have any knowledge whether or not       09:23:48
21  if an illegal covenant like that was in place in your
22  city whether the city attorney could have taken
23  separate action to force the Palos Verdes homes
24  association to take action earlier than 2000?
25      A.  I'm a little bit confused on the question.         09:24:14
```

```
1   STATE OF CALIFORNIA )
2                       ) ss.
3   COUNTY OF ORANGE    )
4
5       I, DEBRA KOTTKE, Certified Shorthand Reporter,
6   Certificate No. 7422, for the State of California,
7   hereby certify:
8       I am the deposition officer that
9   stenographically recorded the testimony in the
10  foregoing deposition;
11      Prior to being examined, the deponent was by me
12  first duly sworn;
13      The foregoing transcript is a true record of the
14  testimony given;
15      Before completion of the deposition, review of
16  the transcript [ ] was  [X] was not requested.  If
17  requested, any changes made by the deponent (and
18  provided to the reporter) during the period allowed
19  are appended hereto.
20
21  Dated: July 18, 2017.
22
23
24  _____
    Debra Kottke, CSR #7422, RPR, CCRR
25
```