# EXHIBIT 7

Atkinson-Baker Court Reporters
www.depo.com

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4                           - - -

 5   CORY SPENCER, AN INDIVIDUAL;     )
     DIANA MILENA REED, AN            )
 6   INDIVIDUAL; AND COASTAL          )
     PROTECTION RANGERS, INC.,        )
 7   A CALIFORNIA NON-PROFIT PUBLIC   )
     BENEFIT CORPORATION,             )
 8                                    )
                    Plaintiffs,       )
 9                                    )
          vs.                         ) No.:  2:16-cv-02129-SJO
10                                    )        (RAOx)
                                      )
11   LUNADA BAY BOYS; THE INDIVIDUAL  )
     MEMBERS OF THE LUNADA BAY BOYS,  )
12   INCLUDING BUT NOT LIMITED TO     )
     SANG LEE, BRANT BLAKEMAN, ALAN   )
13   JOHNSTON AKA JALIAN JOHNSTON,    )
     MICHAEL RAE PAPAYANS, ANGELO     )
14   FERRARA, FRANK FERRARA,          )
     CHARLIE FERRARA, ET AL.,         )
15                                    )
                    Defendants.       )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                  VIDEOTAPED DEPOSITION OF

18                      CHARLES FERRARA

19                     IRVINE, CALIFORNIA

20                       JULY 7, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A33
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    UNITED STATES DISTRICT

 2                   COURT CENTRAL DISTRICT OF

 3                  CALIFORNIA WESTERN DIVISION

 4                          - - -

 5

 6   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 7   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 8   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 9                                   )
                  Plaintiffs,        )
10                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
11                                   )        (RAOx)
                                     )
12   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
13   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
14   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
15   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
16                                   )
                  Defendants.        )
17   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

18

19

20        Videotaped deposition of CHARLES FERRARA, taken

21   on behalf of the Plaintiffs, at Premier Business Center,

22   2600 Michelson Drive, Suite 1700, Irvine, California,

23   92612, commencing at 9:36 a.m., Friday, July 7, 2017,

24   before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 4 of 48   Page ID
#:8184
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 7 of 358   Page ID
#:6535

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4         HANSON, BRIDGETT, LLP
           BY:  SAMANTHA WOLFF, ESQ.
 5         425 Market Street
           26th Floor
 6         San Francisco, California 94105

 7

 8

 9    FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10         BREMER, WHYTE, BROWN & O'MEARA, LLP
           BY:  ALISON K. HURLEY, ESQ.
11         20320 S.W. Birch Street
           Second Floor
12         Newport Beach, California 92660

13

14

15    FOR THE DEFENDANTS CITY OF PALOS VERDES
      AND CHIEF OF POLICE JEFF KEPLEY:
16
           KUTAK, ROCK, LLP
17         BY:  CHRISTOPHER D. GLOS, ESQ.
           5 Park Plaza
18         Suite 1500
           Irvine, California 92614
19

20

21    FOR DEFENDANT SANG LEE:

22         BOOTH, MITCHEL & STRANGE, LLP
           BY:  JACKIE K. VU, ESQ.
23         707 Wilshire Boulevard
           Suite 3000
24         Los Angeles, California 90017

25
```

3

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1    APPEARANCES CONTINUED:

2

3    FOR DEFENDANT BRANT BLAKEMAN:

4         VEATCH, CARLSON, LLP
          BY:  RICHARD P. DIEFFENBACH, ESQ.
5         1055 Wilshire Boulevard
          11th Floor
6         Los Angeles, California 90017

7

8

9    FOR THE DEFENDANT SANG LEE:

10        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
          BY:  KRISTIN A. MCLAUGHLIN, ESQ.
11        633 West 5th Street
          Suite 4000
12        Los Angeles, California 90071

13

14

15   FOR DEFENDANT BRANT BLAKEMAN:

16        (BY TELEPHONE)
          BUCHALTER, NEMER, APC
17        BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
18        Suite 1500
          Los Angeles, California 90017

19

20

21   FOR DEFENDANT MICHAEL RAY PAPAYANS:

22

          (BY TELEPHONE)
23        HAVEN LAW
          BY:  PETER T. HAVEN, ESQ.
24        1230 Rosecrans Avenue
          Suite 300
25        Manhattan Beach, California 90266
```

4

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 6 of 48   Page ID
#:8186
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 9 of 358   Page ID
#:6537
Atkinson-Baker Court Reporters
www.depo.com

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANT N.F.:

 4

 5         (BY TELEPHONE)
           LAW OFFICES OF MARK C. FIELDS, APC
 6         BY:  MARK C. FIELDS, ESQ.
           333 South Hope Street
 7         35th Floor
           Los Angeles, California 90071
 8

 9

10

11    ALSO PRESENT:  GARY BOWDEN, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1                              INDEX

2

3    WITNESS:  CHARLES FERRARA

4

5    EXAMINATION BY:                        PAGE

6        MS. WOLFF                            10

7

8    EXAMINATION BY:                        PAGE

9        MR. GLOS                            190

10

11

12   EXHIBITS

13   NUMBER              DESCRIPTION        PAGE

14    266      Plaintiffs' Notice of Deposition    13
              of Defendant Charlie Ferrara
15            Dated June 15, 2017
              Consisting of six pages
16

17

18    267      Transcription of recording    140
              12823269.1
19            Consisting of seven pages

20

21    268      Xeroxed Colored Photograph    146
              Consisting of one page
22

23

24    269      Xeroxed Colored Photograph    148
              Consisting of one page
25
```

6

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2

 3    270       Xeroxed Colored Photograph        151
                Consisting of one page
 4

 5

 6    271       Xeroxed Colored Photograph        153
                Consisting of one page
 7

 8

 9    272       Xeroxed Colored Photograph        155
                Consisting of one page
10

11

12    273       Xeroxed Colored Photograph        156
                Consisting of one page
13

14

15    274       Xeroxed Colored Photograph        178
                Consisting of one page
16

17

18    275       Xeroxed Colored Photograph        182
                Consisting of one page
19

20

21    276       Xeroxed Colored Photograph        186
                Fort Structure in 2016
22              Consisting of one page

23

24    277       Xeroxed Black-And-White           189
                Photograph
25              Consisting of one page
```

7

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 9 of 48   Page ID
#:8189
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 12 of 358   Page ID
#:6540
Atkinson-Baker Court Reporters
www.depo.com

```
 1    INDEX CONTINUED:

 2

 3    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

 4    PAGE      LINE

 5

 6    16            9

 7    77           19

 8    175          18

 9    176          11

10

11

12    INFORMATION TO BE SUPPLIED:

13    PAGE      LINE

14    (NONE)

15

16

17

18

19

20

21

22

23

24

25
```

8

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              IRVINE, CALIFORNIA, FRIDAY, JULY 7, 2017

 2                        9:36 A.M.

 3                         -OOo-

 4                                                  09:35:44

 5          THE VIDEOGRAPHER:  Good morning.  I'm     09:35:45

 6   Gary Bowden, your videographer.  And I represent  09:35:47

 7   Atkinson-Baker, Incorporated, in Glendale,        09:35:50

 8   California.                                        09:35:50

 9          I'm not financially interested in this action  09:35:53

10   nor am I a relative or employee of any attorney or    09:35:56

11   any of the parties.                               09:36:00

12          The date is July 7, 2017.  And the time is  09:36:02

13   9:36 a.m.  This deposition is taking place at      09:36:07

14   Premiere Business Center, 2600 Michelson Drive,    09:36:12

15   Suite 1700, Irvine, California.                    09:36:15

16          This is case number 2:16-cv-02129-SJO (RAOx)  09:36:19

17   entitled Spencer versus Lunada Bay Boys.  The       09:36:33

18   deponent is Charles Ferrara.  And this deposition is  09:36:38

19   being taken on behalf of the Plaintiffs.           09:36:44

20          Counsel will now please introduce themselves.  09:36:49

21   After all counsel present have introduced themselves,  09:36:52

22   the witness will be sworn in by the court reporter.  09:36:55

23          This is the beginning of D.V.D. one,         09:36:59

24   Volume One.  The D.V.D. is running and we're now on  09:37:00

25   the record.                                        09:37:03
```

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 14 of 358   Page ID
#:6542

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. WOLFF:  Good morning.  Samantha Wolff on | 09:37:04 |
| 2 | behalf of the Plaintiffs. | 09:37:06 |
| 3 | MS. HURLEY:  Good morning.  Alison Hurley on | 09:37:07 |
| 4 | behalf of the witness, Charles Ferrara. | 09:37:09 |
| 5 | MS. MCLAUGHLIN:  Kristin McLaughlin for | 09:37:11 |
| 6 | Defendant Sang Lee. | 09:37:11 |
| 7 | MR. GLOS:  Christopher Glos on behalf of the | 09:37:13 |
| 8 | City and Chief Kepley. | 09:37:17 |
| 9 | MR. FIELDS:  On the phone is Mark Fields, | 09:37:23 |
| 10 | attorney for Angelo Ferrara and N.F. | 09:37:26 |
| 11 | MR. COOPER:  Robert Cooper on behalf of the | 09:37:30 |
| 12 | Defendant Brant Blakeman. | 09:37:32 |
| 13 | | |
| 14 | CHARLES FERRARA, | |
| 15 | having first been duly sworn, was | |
| 16 | examined and testified as follows: | |
| 17 | | |
| 18 | EXAMINATION | |
| 19 | | 09:37:44 |
| 20 | BY MS. WOLFF: | 09:37:44 |
| 21 | Q.  Good morning. | 09:37:45 |
| 22 | A.  Good morning. | 09:37:45 |
| 23 | Q.  Are you represented by counsel today? | 09:37:46 |
| 24 | A.  Yes. | 09:37:48 |
| 25 | Q.  And who is your counsel? | 09:37:49 |

10

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  Ms. Bacon -- sorry. | 09:37:50 |
| 2 | MS. HURLEY:  That's okay.  Tiffany Bacon | 09:37:56 |
| 3 | works in my office. | 09:37:58 |
| 4 | BY MS. WOLFF: | 09:38:00 |
| 5 | Q.  Are there any other attorneys representing | 09:38:00 |
| 6 | you other than what you just mentioned? | 09:38:03 |
| 7 | A.  No. | 09:38:05 |
| 8 | Q.  Can you please spell your name for the | 09:38:05 |
| 9 | record. | 09:38:06 |
| 10 | A.  Charles Michael Ferrara, C-h-a-r-l-e-s, | 09:38:06 |
| 11 | M-i-c-h-a-e-l, F-e-r-r-a-r-a. | 09:38:08 |
| 12 | Q.  Thank you. | 09:38:16 |
| 13 | Have you ever had your deposition taken | 09:38:17 |
| 14 | before? | 09:38:19 |
| 15 | A.  No. | 09:38:19 |
| 16 | Q.  Have you ever signed any written documents | 09:38:20 |
| 17 | like a declaration under penalty of perjury before? | 09:38:22 |
| 18 | A.  No. | 09:38:25 |
| 19 | Q.  Have you ever testified in court before? | 09:38:26 |
| 20 | A.  No. | 09:38:28 |
| 21 | Q.  So, since you're sort of new to all of this, | 09:38:28 |
| 22 | I'll go over some ground rules.  I'm sure that your | 09:38:34 |
| 23 | attorney probably went over some with you, but just | 09:38:37 |
| 24 | so that you understand how the process works. | 09:38:39 |
| 25 | Now, you're under oath which is the same oath | 09:38:42 |

11

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | in Palos Verdes Estates about this lawsuit? | 09:42:07 |
| 2 | A.   No. | 09:42:10 |
| 3 | Q.   Where do you currently live? | 09:42:10 |
| 4 | A.   I live in San Pedro. | 09:42:11 |
| 5 | Q.   And your address? | 09:42:13 |
| 6 | MS. HURLEY:   I'm going to object on the right | 09:42:15 |
| 7 | to privacy.   The witness can be contacted through my | 09:42:15 |
| 8 | office. | 09:42:15 |
| 9 | And I'll instruct him not to answer. | 09:42:17 |
| 10 | MS. WOLFF:   That's fine. | 09:42:18 |
| 11 | BY MS. WOLFF: | 09:42:19 |
| 12 | Q.   How long have you lived in San Pedro? | 09:42:20 |
| 13 | A.   One year. | 09:42:23 |
| 14 | Q.   And where did you live before that? | 09:42:26 |
| 15 | A.   With my parents, Wildomar. | 09:42:28 |
| 16 | Q.   What was that? | 09:42:32 |
| 17 | A.   At my parents' house in Wildomar. | 09:42:33 |
| 18 | Q.   Where did you grow up? | 09:42:35 |
| 19 | A.   Palos Verdes. | 09:42:37 |
| 20 | Q.   And how long did you live in Palos Verdes? | 09:42:39 |
| 21 | A.   Until I was 17.   So, um, from when I was born | 09:42:43 |
| 22 | to when I was 17.   And I moved to Hawaii.   And then I | 09:42:52 |
| 23 | came back and lived in Palos Verdes for another | 09:42:56 |
| 24 | couple of years.   And then I moved to Redondo Beach. | 09:42:59 |
| 25 | Q.   And how long did you live in Hawaii? | 09:43:03 |

16

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  For almost two years. | 09:43:06 |
| 2 | Q.  Do you remember the years that you were | 09:43:07 |
| 3 | there? | 09:43:10 |
| 4 | A.  Yeah.  It was, let's see, um, the end of '02, | 09:43:10 |
| 5 | like August of '02 to almost the end of almost '04, | 09:43:15 |
| 6 | like almost '05. | 09:43:21 |
| 7 | Q.  What are your parents' names? | 09:43:23 |
| 8 | A.  Lynn Ferrara and Frank Ferrara. | 09:43:41 |
| 9 | Q.  And does your dad surf? | 09:43:47 |
| 10 | A.  Yes. | 09:43:51 |
| 11 | Q.  And what does he do for a living? | 09:43:52 |
| 12 | A.  He's an auto wholesales man, he buys and | 09:43:54 |
| 13 | sells cars. | 09:43:59 |
| 14 | Q.  Do you have any siblings? | 09:43:59 |
| 15 | A.  Yes. | 09:44:01 |
| 16 | Q.  What are their names? | 09:44:01 |
| 17 | A.  Salvatore Ferrara and Felipa Ferrara. | 09:44:02 |
| 18 | Q.  And where do they live? | 09:44:06 |
| 19 | A.  Felipa lives in Hawaii.  And Salvatore lives | 09:44:10 |
| 20 | in San Francisco. | 09:44:13 |
| 21 | Q.  Do you have any children? | 09:44:14 |
| 22 | A.  Yes. | 09:44:17 |
| 23 | Q.  How many? | 09:44:18 |
| 24 | A.  I have a son.  He's ten months old. | 09:44:18 |
| 25 | Q.  Congratulations. | 09:44:22 |

17

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 15 of 48   Page ID
#:8195
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 18 of 358   Page ID
#:6546

| | | |
|---|---|---|
| 1 | A.   Thank you. | 09:44:24 |
| 2 | Q.   Your uncle is Angelo Ferrara and he's a | 09:44:24 |
| 3 | Defendant in this lawsuit; is that correct? | 09:44:27 |
| 4 | A.   Yes, Ma'am. | 09:44:29 |
| 5 | Q.   And what does he do for a living? | 09:44:29 |
| 6 | A.   Auto body and paint, it's a body shop. | 09:44:31 |
| 7 | Q.   Is he also a shaper? | 09:44:35 |
| 8 | A.   Yes, but he's in auto body.  He's an auto | 09:44:38 |
| 9 | body, he fixes cars and paints them. | 09:44:41 |
| 10 | Q.   And your cousin is N.F., and you understand | 09:44:44 |
| 11 | that we're using his initials because when he was | 09:44:49 |
| 12 | first named in this lawsuit, he was a minor at the | 09:44:51 |
| 13 | time? | 09:44:54 |
| 14 | A.   Yes. | 09:44:54 |
| 15 | Q.   And he's also a Defendant in this lawsuit; is | 09:44:55 |
| 16 | that correct? | 09:44:58 |
| 17 | A.   Yes. | 09:44:58 |
| 18 | Q.   And is Leo Ferrara N.F.'s brother? | 09:44:59 |
| 19 | A.   Yes. | 09:45:04 |
| 20 | Q.   So, other than the conversation that you've | 09:45:04 |
| 21 | had with your father in the presence of your | 09:45:14 |
| 22 | attorneys, have you had any other conversations with | 09:45:18 |
| 23 | other family members about this lawsuit? | 09:45:20 |
| 24 | A.   No. | 09:45:22 |
| 25 | Q.   And aside from you and Felipa, have any of | 09:45:22 |

18

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.   Have you ever been a party to a civil lawsuit | 09:50:29 |
| 2 | before this one? | 09:50:32 |
| 3 | A.   No. | 09:50:33 |
| 4 | Q.   And other than this lawsuit have you ever | 09:50:33 |
| 5 | been accused of bullying before? | 09:50:36 |
| 6 | A.   No. | 09:50:39 |
| 7 | Q.   Have you ever gotten into any physical | 09:50:39 |
| 8 | altercations? | 09:50:42 |
| 9 | A.   No. | 09:50:43 |
| 10 | MS. HURLEY:   Objection, over broad, vague and | 09:50:43 |
| 11 | ambiguous. | 09:50:45 |
| 12 | BY MS. WOLFF: | 09:50:46 |
| 13 | Q.   And you know how to surf; is that correct? | 09:50:46 |
| 14 | A.   Yes. | 09:50:50 |
| 15 | Q.   When did you first learn how to surf? | 09:50:50 |
| 16 | A.   Um, when I was ten years old. | 09:50:53 |
| 17 | Q.   Who taught you how to surf? | 09:50:56 |
| 18 | A.   My dad. | 09:50:59 |
| 19 | Q.   Do you remember where you first learned how | 09:51:01 |
| 20 | to surf? | 09:51:06 |
| 21 | A.   Torrance Beach. | 09:51:07 |
| 22 | Q.   And when did you first surf at Lunada Bay? | 09:51:09 |
| 23 | A.   Um, I actually remember this date, | 09:51:15 |
| 24 | October 16, 1994. | 09:51:20 |
| 25 | Q.   Wow, how old were you at that time? | 09:51:25 |

23

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.   Ten. | 09:51:30 |
| 2 | Q.   And why does that date stick out in your | 09:51:30 |
| 3 | mind? | 09:51:33 |
| 4 | A.   Because it was exciting.  I kind of finally | 09:51:33 |
| 5 | like was good enough to go up because there are rocks | 09:51:36 |
| 6 | and stuff and you can get really hurt. | 09:51:39 |
| 7 | So, it was just I remember it because it was | 09:51:41 |
| 8 | exciting, you know. | 09:51:44 |
| 9 | Q.   It's an important day in your life? | 09:51:45 |
| 10 | A.   Yeah, an important day. | 09:51:47 |
| 11 | Q.   And before that your dad didn't want you to | 09:51:48 |
| 12 | surf there because it was too dangerous? | 09:51:51 |
| 13 | A.   Yeah, the rocks.  You have to be a pretty | 09:51:53 |
| 14 | good surfer to surf it.  So, I would go to the beach | 09:51:56 |
| 15 | with sand and stuff.  It's a lot safer, and then | 09:52:00 |
| 16 | finally. | 09:52:03 |
| 17 | Q.   When he felt that you were good enough, he | 09:52:04 |
| 18 | let you go? | 09:52:06 |
| 19 | A.   Yeah.  You're safe enough, so, yeah. | 09:52:06 |
| 20 | Q.   Okay.  And then since that time have you | 09:52:10 |
| 21 | surfed there pretty consistently? | 09:52:13 |
| 22 | MS. HURLEY:  Objection, vague and ambiguous, | 09:52:16 |
| 23 | if you understand. | 09:52:19 |
| 24 | THE WITNESS:  Um, I mean, I surf there, yeah, | 09:52:20 |
| 25 | growing up I surfed there.  And then I got some | 09:52:24 |

24

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 18 of 48   Page ID
#:8198
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 19 of 358   Page ID
#:6547
Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | surfing? | 10:15:16 |
| 2 | A.  No.  So, like I'm computer illiterate.  I can | 10:15:17 |
| 3 | barely open my E-Mail.  It's terrible. | 10:15:21 |
| 4 | Q.  Do you ever get text messages asking you to | 10:15:25 |
| 5 | hangout at Lunada Bay? | 10:15:28 |
| 6 | A.  No. | 10:15:30 |
| 7 | Q.  And these texts, I'm sorry, you said phone | 10:15:31 |
| 8 | calls with your dad about surfing at Lunada Bay, has | 10:15:39 |
| 9 | he called you, would you say, in the past three | 10:15:41 |
| 10 | years? | 10:15:43 |
| 11 | A.  Well, before that I wasn't surfing because I | 10:15:44 |
| 12 | had my injuries, but I would say in the last year | 10:15:48 |
| 13 | since '15, '16, there has been a couple of times | 10:15:53 |
| 14 | where I was at work and he would say, try to go | 10:15:56 |
| 15 | straight after work. | 10:15:59 |
| 16 | It's worth it to come down.  There's surf or | 10:16:00 |
| 17 | I would drive by and say, dad, there are some waves. | 10:16:03 |
| 18 | It looks like fun.  That's basically it. | 10:16:07 |
| 19 | Q.  How long is the drive from San Pedro to | 10:16:10 |
| 20 | Lunada Bay? | 10:16:13 |
| 21 | A.  Oh, it's like a good, it can be, if there's | 10:16:14 |
| 22 | traffic on 25th Street, sometimes it can be like a | 10:16:19 |
| 23 | half hour, you know, 35 minutes, but it's usually | 10:16:23 |
| 24 | like 15 to 20 minutes. | 10:16:29 |
| 25 | Q.  Do you communicate with Sang Lee by cell | 10:16:31 |

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 19 of 48   Page ID
#:8199
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 20 of 358   Page ID
#:6548

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | phone? | 10:16:43 |
| 2 | A.  No. | 10:16:43 |
| 3 | Q.  Have you ever texted or called him? | 10:16:44 |
| 4 | A.  Yes.  I used to work with him like a few | 10:16:47 |
| 5 | years ago.  We would do some -- he's a roofer.  And | 10:16:50 |
| 6 | he had some work for me.  So, I worked with him so. | 10:16:55 |
| 7 | Q.  Do you recall approximately the dates that | 10:16:59 |
| 8 | you worked with him? | 10:17:01 |
| 9 | A.  The years probably, let me think, um, | 10:17:02 |
| 10 | probably 2013 -- well, no, no, it's before that.  So, | 10:17:10 |
| 11 | about 2008.  And then 2014 a couple little side jobs. | 10:17:23 |
| 12 | That's pretty much it. | 10:17:36 |
| 13 | Q.  It's just working with him kind of | 10:17:37 |
| 14 | sporadically? | 10:17:40 |
| 15 | A.  Exactly. | 10:17:41 |
| 16 | Q.  Other than talking about roofing jobs, it | 10:17:42 |
| 17 | sounds like were there any other times that you | 10:17:44 |
| 18 | communicated with Sang Lee? | 10:17:47 |
| 19 | A.  No, no. | 10:17:48 |
| 20 | Q.  And that was by text or phone? | 10:17:49 |
| 21 | A.  Phone, I believe, phone. | 10:17:52 |
| 22 | Q.  And have you communicated with any other | 10:17:55 |
| 23 | Defendant by phone in the past four years? | 10:18:05 |
| 24 | MS. HURLEY:  Objection, lacks foundation, | 10:18:07 |
| 25 | calls for speculation, if you even know who the | 10:18:09 |

48

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Defendants are. | 10:18:13 |
| 2 | THE WITNESS:  Yes, can I just look? | 10:18:15 |
| 3 | BY MS. WOLFF: | 10:18:16 |
| 4 | Q.  Yes, please. | 10:18:16 |
| 5 | A.  How many years is that? | 10:18:17 |
| 6 | Q.  In the past four years? | 10:18:18 |
| 7 | A.  Four years -- | 10:18:20 |
| 8 | MS. HURLEY:  For the record the witness is | 10:18:20 |
| 9 | referring to only the list of the Defendants on the | 10:18:22 |
| 10 | caption that was part of Exhibit 266. | 10:18:24 |
| 11 | THE WITNESS:  So, that would mean that I have | 10:18:28 |
| 12 | talked with Sang Lee because that was in those four | 10:18:30 |
| 13 | years about working. | 10:18:32 |
| 14 | Um, I don't talk to Brant. | 10:18:35 |
| 15 | I haven't talked to Alan. | 10:18:40 |
| 16 | I don't talk to Michael. | 10:18:42 |
| 17 | I've talked to my Uncle Angelo. | 10:18:44 |
| 18 | BY MS. WOLFF: | 10:18:47 |
| 19 | Q.  You didn't talk to your Uncle Angelo? | 10:18:48 |
| 20 | A.  No.  I've talked to Angelo. | 10:18:51 |
| 21 | And I've talked to my dad. | 10:18:54 |
| 22 | And I've talked to Nick. | 10:18:55 |
| 23 | Q.  And when you've had discussions with your | 10:18:57 |
| 24 | Uncle Angelo was that about surfing at Lunada Bay? | 10:19:08 |
| 25 | MS. HURLEY:  Objection, over broad, vague and | 10:19:12 |

49

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 21 of 48   Page ID
#:8201
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 22 of 358   Page ID
#:6550

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | ambiguous. | 10:19:14 |
| 2 | THE WITNESS:  No.  It was about work. | 10:19:14 |
| 3 | BY MS. WOLFF: | 10:19:16 |
| 4 | Q.  And the same question with respect to your | 10:19:17 |
| 5 | Cousin Nick, was it ever about surfing? | 10:19:21 |
| 6 | A.  No.  It's about work.  I'm trying to have him | 10:19:25 |
| 7 | work with me a little bit.  I'm trying to get him | 10:19:29 |
| 8 | work. | 10:19:32 |
| 9 | Q.  You're trying to get your Cousin Nick some | 10:19:33 |
| 10 | work? | 10:19:35 |
| 11 | A.  Yeah, a little work, yeah, so. | 10:19:35 |
| 12 | Q.  I apologize if I have asked this before.  I | 10:19:40 |
| 13 | don't think that I have. | 10:19:46 |
| 14 | Have you ever E-Mailed any Defendant in this | 10:19:47 |
| 15 | lawsuit related to surfing at Lunada Bay within the | 10:19:49 |
| 16 | past four years? | 10:19:53 |
| 17 | A.  No. | 10:19:55 |
| 18 | Q.  Have you ever E-Mailed any Defendant in this | 10:19:55 |
| 19 | lawsuit about non-locals accessing Lunada Bay in the | 10:20:01 |
| 20 | last four years? | 10:20:06 |
| 21 | A.  No. | 10:20:07 |
| 22 | Q.  Do you know if there's a day each year when | 10:20:07 |
| 23 | locals come together to pickup trash at Lunada Bay? | 10:20:14 |
| 24 | A.  I've heard, I think, on Earth day.  I don't | 10:20:18 |
| 25 | know the exact date.  We just naturally just try to | 10:20:23 |

50

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | BY MS. WOLFF: | 10:39:48 |
| 2 | Q. Sure. | 10:39:49 |
| 3 | Do you think that anyone is welcome to surf | 10:39:49 |
| 4 | at Lunada Bay? | 10:39:52 |
| 5 | MS. HURLEY: Objection, lacks foundation, | 10:39:53 |
| 6 | calls for speculation. | 10:39:55 |
| 7 | THE WITNESS: Anybody can surf anywhere. | 10:39:56 |
| 8 | BY MS. WOLFF: | 10:40:03 |
| 9 | Q. And the same holds true for Lunada Bay? | 10:40:03 |
| 10 | A. Yeah, anywhere. It's not, anybody can go | 10:40:07 |
| 11 | anywhere. | 10:40:10 |
| 12 | Q. Have you ever been down at Lunada Bay and | 10:40:11 |
| 13 | seen police officers present? | 10:40:17 |
| 14 | A. Yes. | 10:40:19 |
| 15 | Q. On how many occasions would you say? | 10:40:19 |
| 16 | A. Quite a few times. | 10:40:23 |
| 17 | Q. Would you say more than ten? | 10:40:25 |
| 18 | A. More than ten, um, probably about, you know, | 10:40:29 |
| 19 | a dozen times maybe, a couple of times. You just see | 10:40:39 |
| 20 | them, not down on the rocks, are you talking about or | 10:40:44 |
| 21 | just on the top. | 10:40:47 |
| 22 | Q. First, let's talk about down on the rocks at | 10:40:48 |
| 23 | the beach? | 10:40:51 |
| 24 | A. Down on the rocks, okay, no, okay, then maybe | 10:40:51 |
| 25 | a handful of times. | 10:40:55 |

63

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  Maybe five or so times? | 10:40:57 |
| 2 | MS. HURLEY:  Objection, misstates testimony. | 10:40:59 |
| 3 | BY MS. WOLFF: | 10:41:02 |
| 4 | Q.  What's a handful then? | 10:41:02 |
| 5 | A.  Six times, seven times. | 10:41:04 |
| 6 | Q.  Down on the rocks at Lunada Bay? | 10:41:07 |
| 7 | A.  Yeah, through all my years out there. | 10:41:09 |
| 8 | Q.  Do you recognize any of the officers? | 10:41:12 |
| 9 | A.  Um, I grew up in the area and so there are a | 10:41:15 |
| 10 | couple that I've seen, you know, just up at the top | 10:41:20 |
| 11 | making, I've seen driving around from being from | 10:41:24 |
| 12 | Palos Verdes. | 10:41:28 |
| 13 | So, of course there's, I've seen familiar | 10:41:29 |
| 14 | faces.  I don't really know them. | 10:41:32 |
| 15 | Q.  You don't know any of their names? | 10:41:34 |
| 16 | A.  No.  I don't know their names. | 10:41:36 |
| 17 | Q.  And when you see them -- I'm sorry. | 10:41:37 |
| 18 | When you have seen them down at the, on the | 10:41:39 |
| 19 | rocks at Lunada Bay, were they there to hang out or | 10:41:42 |
| 20 | were they there for a specific reason in your | 10:41:46 |
| 21 | opinion? | 10:41:48 |
| 22 | MS. HURLEY:  Objection, calls for | 10:41:48 |
| 23 | speculation, lacks foundation, vague and ambiguous, | 10:41:50 |
| 24 | over broad. | 10:41:52 |
| 25 | THE WITNESS:  I don't know what they were | 10:41:53 |

64

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This will mark the start | 11:45:32 |
| 2 | of D.V.D. two, Volume One in the continuing testimony | 11:45:34 |
| 3 | of Charles Ferrara. | 11:45:37 |
| 4 | We're back on the record at 11:45 a.m., | 11:45:39 |
| 5 | Counsel. | 11:45:43 |
| 6 | BY MS. WOLFF: | 11:45:43 |
| 7 | Q.  Have you ever heard of the term "takers" in | 11:45:43 |
| 8 | the context of surfing at Lunada Bay? | 11:45:48 |
| 9 | A.  No. | 11:45:51 |
| 10 | Q.  Have you ever heard of the Palos Verdes | 11:45:51 |
| 11 | Estates police conducting an undercover operation at | 11:45:54 |
| 12 | Lunada Bay? | 11:45:58 |
| 13 | A.  No. | 11:45:59 |
| 14 | Q.  Have you ever heard from any local surfers | 11:45:59 |
| 15 | who were -- have you ever heard from any local | 11:46:09 |
| 16 | surfers that they had heard of a planned undercover | 11:46:14 |
| 17 | operation at Lunada Bay? | 11:46:18 |
| 18 | A.  No. | 11:46:19 |
| 19 | Q.  Do you recall surfing at Lunada Bay on | 11:46:20 |
| 20 | February 13, 2016? | 11:46:27 |
| 21 | A.  Yes. | 11:46:29 |
| 22 | Q.  And you were surfing that day; is that right? | 11:46:30 |
| 23 | A.  Yes, yes. | 11:46:37 |
| 24 | Q.  Was there any reason in particular that you | 11:46:38 |
| 25 | decided to surf that day or the conditions were just | 11:46:40 |

117

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   good?                                            11:46:45

 2        A.  The conditions were good.  There was swell.   11:46:45

 3        Q.  So, did you receive a phone call or a text    11:46:47

 4   message from anyone encouraging you to go to Lunada    11:46:50

 5   Bay that day --                                    11:46:54

 6        A.  No.                                        11:46:54

 7        Q.  -- or an E-Mail for that matter?          11:46:54

 8        A.  No.                                        11:46:56

 9        Q.  And you hung out on the patio at Lunada Bay   11:46:56

10   on that day; right?                                11:47:00

11        MS. HURLEY:  Objection, vague and ambiguous.  11:47:03

12        THE WITNESS:  I was not hanging out.  I went  11:47:05

13   to go surfing.                                     11:47:06

14   BY MS. WOLFF:                                      11:47:07

15        Q.  Did you spend any time on the patio at    11:47:08

16   Lunada Bay on that day?                            11:47:13

17        A.  That's where I got ready near the patio to go  11:47:14

18   surfing.                                           11:47:18

19        Q.  And do you recall what time of day that you   11:47:19

20   were there on that day?                            11:47:23

21        A.  It was the morning.  It was like maybe 7:30   11:47:24

22   or 8:00.                                           11:47:30

23        Q.  And at some point Alan Johnston and Brant     11:47:32

24   Blakeman were at the patio as well; is that right?   11:47:35

25        A.  Yes.                                       11:47:38
```

118

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    Q.  And when they came into the patio where were        11:47:39
      you?                                                     11:47:44
 2
 3    A.  I was on the top side, kind of just getting          11:47:44
      ready to go out.  I put my wet suit, I had my wet        11:47:49
 4
 5    suit already on.  And I was getting ready to go          11:47:53
 6    surfing.  I was kind of looking at the ocean seeing      11:47:56
 7    where I was going to paddle out exactly.                 11:48:00
 8    Q.  Was anyone else at the patio at that time?           11:48:03
 9    A.  Yes.                                                 11:48:06
10    Q.  The Plaintiff?                                       11:48:12
11    A.  I saw the Plaintiff there, yeah.                     11:48:12
12    Q.  Diana Reed?                                          11:48:15
13    A.  Yeah, I saw her and one other, another one of       11:48:16
14    her friends.                                             11:48:19
15    Q.  Was it a female or male?                             11:48:19
16    A.  Yeah, a female, yeah.  I was just, I saw them       11:48:21
17    and I said, hi, good morning.  I didn't know who they   11:48:27
18    were, just good morning.                                11:48:31
19         And then I was going surfing.  And as I was        11:48:33
20    getting ready to go out, I saw Brant and Alan walking   11:48:37
21    up to the patio.                                        11:48:42
22    Q.  And do you recall what the other woman looked       11:48:43
23    like who was with Diana Reed?                           11:48:45
24    A.  I believe she had darker hair.  That's about       11:48:48
25    it.                                                      11:48:52
```

119

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  Do you recall if Alan Johnston was carrying a | 11:48:52 |
| 2 | case of beer when he was coming into the patio that | 11:48:58 |
| 3 | day? | 11:49:01 |
| 4 | A.  I don't recall. | 11:49:01 |
| 5 | Q.  Do you recall if the Defendant Johnston said | 11:49:02 |
| 6 | anything to Ms. Reed when he came onto the patio that | 11:49:07 |
| 7 | day? | 11:49:10 |
| 8 | A.  I don't recall. | 11:49:10 |
| 9 | Q.  Do you recall if he was being loud and | 11:49:11 |
| 10 | aggressive towards Ms. Reed that day? | 11:49:16 |
| 11 | MS. HURLEY:  Objection, vague and ambiguous, | 11:49:18 |
| 12 | lacks foundation. | 11:49:20 |
| 13 | THE WITNESS:  I don't recall. | 11:49:21 |
| 14 | BY MS. WOLFF: | 11:49:22 |
| 15 | Q.  Do you remember if you got any impression | 11:49:23 |
| 16 | that Alan Johnston was trying to intimidate Ms. Reed | 11:49:27 |
| 17 | that day? | 11:49:30 |
| 18 | A.  No. | 11:49:30 |
| 19 | Q.  Did you observe Alan Johnston spray Ms. Reed | 11:49:31 |
| 20 | with his beer, either intentionally or | 11:49:38 |
| 21 | unintentionally? | 11:49:41 |
| 22 | A.  No. | 11:49:42 |
| 23 | Q.  And what was Brant Blakeman doing during this | 11:49:43 |
| 24 | time? | 11:49:49 |
| 25 | MS. HURLEY:  Objection, vague and ambiguous, | 11:49:49 |

120

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1    during what time?                                    11:49:51
2    BY MS. WOLFF:                                         11:49:52
3        Q.  During the time that you were on the patio?   11:49:53
4           MS. HURLEY:  Objection, misstates testimony.  11:49:54
5           THE WITNESS:  I don't know.  I was going       11:49:56
6    surfing.  I was concerned about what, how the surf    11:49:57
7    was.  Like I said, where I was going to paddle out    11:50:01
8    for my safety.                                        11:50:06
9           I know that I only had a small time frame to   11:50:07
10   go surfing because I had to get back up to work.  So, 11:50:11
11   I wasn't even concerned with -- I was just concerned  11:50:14
12   with I have got a small window here to surf.  Let me  11:50:17
13   go surfing and that's it.                             11:50:19
14   BY MS. WOLFF:                                         11:50:21
15       Q.  So, do you recall if Brant Blakeman was using 11:50:22
16   a video camera to film while he was on the patio that 11:50:25
17   morning?                                              11:50:29
18       A.  I don't recall.                               11:50:30
19       Q.  Have you ever seen Brant Blakeman with a      11:50:33
20   video camera to film while he's at Lunada Bay?        11:50:40
21       A.  I don't recall that, no.                      11:50:45
22       Q.  Do you remember hearing Ms. Johnston --       11:50:47
23   sorry.                                                11:50:57
24          Do you remember Alan Johnson telling Ms. Reed  11:50:57
25   that she was hot?                                     11:51:02
```

121

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  I don't recall that. | 11:51:02 |
| 2 | Q.  Do you remember him telling Ms. Reed that she | 11:51:03 |
| 3 | was fucking sexy? | 11:51:07 |
| 4 | A.  I don't recall that.  I heard a couple, I | 11:51:08 |
| 5 | just heard like a conversation, but I was going | 11:51:11 |
| 6 | surfing, like I said.  So, I was on the other side. | 11:51:14 |
| 7 | I wasn't getting involved in that at all.  I | 11:51:17 |
| 8 | just was, I had like I said, I had a small time to go | 11:51:19 |
| 9 | surfing and that was it.  And I was concerned about | 11:51:24 |
| 10 | getting out there, so. | 11:51:27 |
| 11 | Q.  So, from where you were on the patio at the | 11:51:28 |
| 12 | time that Mr. Johnston and Mr. Blakeman came onto the | 11:51:41 |
| 13 | patio, about how far away from them were you seated? | 11:51:45 |
| 14 | MS. HURLEY:  Objection, misstates testimony. | 11:51:48 |
| 15 | THE WITNESS:  Um, pretty far, I mean, | 11:51:52 |
| 16 | probably like 20 feet.  I was going surfing and they | 11:51:57 |
| 17 | were coming onto the patio. | 11:52:02 |
| 18 | And so I wasn't there, you know, maybe | 11:52:03 |
| 19 | 20 feet for a moment of time, you know. | 11:52:08 |
| 20 | BY MS. WOLFF: | 11:52:11 |
| 21 | Q.  So, how long would you say that all three of | 11:52:12 |
| 22 | you were on the patio at the same time? | 11:52:14 |
| 23 | MS. HURLEY:  Objection, misstates testimony. | 11:52:16 |
| 24 | THE WITNESS:  Um, how long would I say, gosh, | 11:52:18 |
| 25 | maybe five minutes. | 11:52:23 |

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | BY MS. WOLFF: | 11:52:25 |
| 2 | Q.  And during that five minutes were you in | 11:52:26 |
| 3 | approximately the same area of the patio? | 11:52:30 |
| 4 | A.  No.  I was in the top corner going surfing, | 11:52:33 |
| 5 | my stuff was above and they were below on the patio. | 11:52:36 |
| 6 | I wasn't even on the patio.  I was above on the | 11:52:40 |
| 7 | patio. | 11:52:42 |
| 8 | Q.  Were you sitting on the roof? | 11:52:43 |
| 9 | MS. HURLEY:  Objection, misstates testimony. | 11:52:46 |
| 10 | THE WITNESS:  No, not really.  There's kind | 11:52:47 |
| 11 | of a roof, I guess. | 11:52:49 |
| 12 | BY MS. WOLFF: | 11:52:51 |
| 13 | Q.  And is the distance from where you were and | 11:52:52 |
| 14 | where they were you said it's about 20 feet; is that | 11:52:55 |
| 15 | right? | 11:52:57 |
| 16 | A.  Yeah, maybe more, maybe like 30 because they | 11:52:57 |
| 17 | were on the corner of the patio.  And I was just | 11:53:00 |
| 18 | above where you go down to go surfing and so, yeah. | 11:53:03 |
| 19 | Q.  Do you recall hearing Alan Johnston | 11:53:08 |
| 20 | mentioning that he saw Ms. Reed on the front of the | 11:53:18 |
| 21 | L.A. Times that morning? | 11:53:20 |
| 22 | A.  No. | 11:53:21 |
| 23 | Q.  And had you seen the L.A. Times that morning | 11:53:23 |
| 24 | before you had gone surfing? | 11:53:29 |
| 25 | A.  No. | 11:53:31 |

123

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 30 of 358   Page ID #:6558

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  Do you recall hearing Alan Johnston telling      11:53:31

 2   Ms. Reed that he was big enough to get the job done?      11:53:36

 3        A.  No.                                              11:53:41

 4        Q.  Do you recall whether or not Mr. Johnston was    11:53:44

 5   acting in a sexually suggestive manner at the time?       11:53:49

 6        MS. HURLEY:  Objection, calls for                    11:53:52

 7   speculation, calls for expert opinion testimony,          11:53:54

 8   lacks foundation.                                         11:53:57

 9        THE WITNESS:  I'm not aware of that.  I don't        11:53:57

10   know.                                                     11:53:59

11   BY MS. WOLFF:                                             11:53:59

12        Q.  Do you remember whether or not Alan Johnston     11:54:00

13   changed into his wet suit in front of Ms. Reed?           11:54:05

14        A.  I'm not aware of that.  I was surfing by that    11:54:09

15   time.                                                     11:54:12

16        Q.  Do you recall whether or not you saw any         11:54:12

17   police present at time of this incident?                  11:54:20

18        MS. HURLEY:  Objection, vague and ambiguous          11:54:23

19   as to incident, lacks foundation, calls for              11:54:25

20   speculation.                                              11:54:28

21        THE WITNESS:  Can you rephrase that.                 11:54:28

22   BY MS. WOLFF:                                             11:54:30

23        Q.  Sure.                                            11:54:30

24        Were there any police down at the beach when         11:54:30

25   you were sitting on the patio that morning?               11:54:33
```

124

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  That morning? | 11:54:35 |
| 2 | Q.  Right. | 11:54:36 |
| 3 | A.  No, there was not. | 11:54:36 |
| 4 | Q.  Were there any police at the top of the bluff | 11:54:38 |
| 5 | when you were there when, sorry, when you were first | 11:54:41 |
| 6 | arriving? | 11:54:45 |
| 7 | A.  When I first arrived, I didn't see anybody up | 11:54:45 |
| 8 | there, I mean, I don't know.  There could have been. | 11:54:49 |
| 9 | Q.  Do you recall whether or not Ms. Reed | 11:54:52 |
| 10 | appeared frightened by her interaction with | 11:55:02 |
| 11 | Defendants Johnston and Blakeman? | 11:55:07 |
| 12 | MS. HURLEY:  Objection, calls for | 11:55:08 |
| 13 | speculation, lacks foundation, vague and ambiguous. | 11:55:09 |
| 14 | MR. DIEFFENBACH:  Also, assumes facts. | 11:55:13 |
| 15 | THE WITNESS:  I'm not aware of that. | 11:55:16 |
| 16 | BY MS. WOLFF: | 11:55:17 |
| 17 | Q.  And did you say anything to Defendants | 11:55:18 |
| 18 | Johnston or Blakeman or Ms. Reed while you were on | 11:55:24 |
| 19 | the patio? | 11:55:27 |
| 20 | A.  No. | 11:55:28 |
| 21 | Q.  Okay. | 11:55:29 |
| 22 | A.  Besides I said, good morning, when I got | 11:55:30 |
| 23 | there. | 11:55:33 |
| 24 | Q.  Other than that, you didn't speak to any of | 11:55:33 |
| 25 | them? | 11:55:36 |

125

Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 32 of 358   Page ID #:6560

Atkinson-Baker Court Reporters
www.depo.com

|   |   |   |
|---|---|---|
| 1 | A.  No. | 11:55:36 |
| 2 | Q.  Did you say "hi" to Alan Johnston when he | 11:55:36 |
| 3 | walked onto the patio? | 11:55:40 |
| 4 | A.  Did I say "hi" to them, I don't remember.  I | 11:55:41 |
| 5 | could have said hi.  That doesn't seem like too | 11:55:46 |
| 6 | farfetched, but I don't remember it.  I was kind of | 11:55:50 |
| 7 | in a hurry. | 11:55:54 |
| 8 | I was trying to get ready, get your wet suit | 11:55:55 |
| 9 | on.  The next thing, you know, trying to get out | 11:55:58 |
| 10 | there, you know, so, I was like. | 11:56:01 |
| 11 | Q.  And when you left to go surfing, were Alan | 11:56:03 |
| 12 | Johnston and Brant Blakeman and Ms. Reed all still on | 11:56:06 |
| 13 | the patio? | 11:56:09 |
| 14 | A.  Yes. | 11:56:10 |
| 15 | Q.  And how long would you say that you went | 11:56:11 |
| 16 | surfing that morning? | 11:56:21 |
| 17 | A.  Probably an hour and a half, two hours. | 11:56:22 |
| 18 | Q.  And then after you were done surfing, you | 11:56:27 |
| 19 | came back in and did you change out of your wet suit | 11:56:30 |
| 20 | at some point? | 11:56:34 |
| 21 | A.  I came back in, yes.  And that's when there | 11:56:35 |
| 22 | were two cops down there.  And where I came in was a | 11:56:38 |
| 23 | different spot from where I paddled out. | 11:56:41 |
| 24 | You can't get in there when the tide gets | 11:56:44 |
| 25 | lower.  So, they said, this girl wanted to, we have a | 11:56:47 |

126

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | couple of questions to ask you. | 11:56:52 |
| 2 | She said that you said some things to her. | 11:56:54 |
| 3 | Me and Alan have blonde hair, too.  And we look kind | 11:56:56 |
| 4 | of similar, sure, no sweat. | 11:57:00 |
| 5 | And then I walked up to the point with the | 11:57:02 |
| 6 | two police officers and she said, oh, no, that wasn't | 11:57:04 |
| 7 | him.  It's a different guy.  So, that was basically | 11:57:08 |
| 8 | it. | 11:57:11 |
| 9 | Q.  Do you recall the names of either officer? | 11:57:12 |
| 10 | A.  I think one -- no, I don't, sorry. | 11:57:14 |
| 11 | Q.  Can you describe what he looked like? | 11:57:23 |
| 12 | A.  One was a younger guy, a younger officer. | 11:57:25 |
| 13 | And then one was a little older, you know. | 11:57:30 |
| 14 | Q.  Do you recall what color hair they had? | 11:57:34 |
| 15 | A.  They were both like one maybe was, was | 11:57:36 |
| 16 | Caucasian.  And the other one was maybe Hispanic a | 11:57:40 |
| 17 | little bit or something. | 11:57:44 |
| 18 | Q.  Was the younger one or the older one | 11:57:45 |
| 19 | Caucasian? | 11:57:49 |
| 20 | A.  The younger one. | 11:57:49 |
| 21 | Q.  Do you recall if -- excuse me. | 11:57:51 |
| 22 | Do you recall if either officer greeted you | 11:57:54 |
| 23 | by saying, hi, Charlie? | 11:57:58 |
| 24 | A.  No, they didn't, no. | 11:57:59 |
| 25 | Q.  Sorry, you don't recall or -- | 11:58:00 |

127

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A. They didn't. | 11:58:03 |
| 2 | Q. They didn't greet you that way? | 11:58:03 |
| 3 | A. No, they didn't greet me that way. | 11:58:05 |
| 4 | Q. And did you cooperate with the police and | 11:58:07 |
| 5 | tell them what you saw? | 11:58:12 |
| 6 | A. Yes. | 11:58:13 |
| 7 | Q. Did you recall what you told them? | 11:58:14 |
| 8 | A. I don't, I mean, just that I was going | 11:58:16 |
| 9 | surfing and that I said good morning to her and then, | 11:58:22 |
| 10 | you know, it wasn't me. | 11:58:26 |
| 11 | Alan and Brant, I guess, came on the patio | 11:58:29 |
| 12 | and I guess they had some words or an exchange of | 11:58:32 |
| 13 | words. And that's pretty much it what I told you | 11:58:35 |
| 14 | guys today so. | 11:58:38 |
| 15 | Q. Do you recall what the police asked you | 11:58:39 |
| 16 | specifically? | 11:58:41 |
| 17 | A. No, I don't recall. I think they, honestly, | 11:58:45 |
| 18 | I think they were just, she said there was some blond | 11:58:49 |
| 19 | hair kid that said something to her. | 11:58:53 |
| 20 | So, they thought, oh, you're the blonde hair | 11:58:55 |
| 21 | kid. She saw me, no, it's not him. And that was it. | 11:58:58 |
| 22 | Q. Do you remember if Alan Johnston was in the | 11:59:04 |
| 23 | water at the same time as you at any point that | 11:59:07 |
| 24 | morning? | 11:59:11 |
| 25 | A. I mean, I was surfing and then he came out. | 11:59:11 |

128

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | There was a lot of surf.  It was just one of those | 11:59:15 |
| 2 | days that it was a pretty good surf. | 11:59:18 |
| 3 | There was a lot of surf.  So, I didn't | 11:59:20 |
| 4 | physically see him.  If you're coming down to go | 11:59:22 |
| 5 | surfing, there are a few other spots you can surf up | 11:59:25 |
| 6 | the point a little bit.  So, I didn't physically see | 11:59:28 |
| 7 | him. | 11:59:30 |
| 8 | Q.  Do you recall seeing anyone else in the water | 11:59:31 |
| 9 | that morning? | 11:59:33 |
| 10 | A.  There was like, yeah, like probably, you | 11:59:35 |
| 11 | know, 15 guys surfing there. | 11:59:38 |
| 12 | Q.  Do you remember any of their names from that | 11:59:40 |
| 13 | morning? | 11:59:43 |
| 14 | A.  No, I vaguely, I mean, I don't know who was | 11:59:43 |
| 15 | out there exactly, but there were probably like 15 | 11:59:47 |
| 16 | guys. | 11:59:50 |
| 17 | Q.  Do you remember seeing Brant Blakeman in the | 11:59:50 |
| 18 | water that morning? | 11:59:54 |
| 19 | A.  Um, you know what, he might have, yeah, I | 11:59:55 |
| 20 | think that he came out eventually like towards the | 12:00:00 |
| 21 | end, but like I said, there was a lot of surf.  And I | 12:00:03 |
| 22 | didn't cross paths with him too much. | 12:00:05 |
| 23 | But he came down to go surfing.  So, he | 12:00:07 |
| 24 | definitely went surfing, but I don't know exactly the | 12:00:10 |
| 25 | time frame that he went surfing. | 12:00:13 |

129

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q. Sure. So, aside from Brant and Alan who | 12:00:14 |
| 2 | possibly went surfing that morning, do you remember | 12:00:19 |
| 3 | anyone else who was there? | 12:00:22 |
| 4 | A. Do I remember, um, no, I don't. I mean, | 12:00:24 |
| 5 | they're just people surfing. There are probably, | 12:00:32 |
| 6 | yeah, not really. | 12:00:38 |
| 7 | Q. Fair enough. | 12:00:39 |
| 8 | And then at some point when the police | 12:00:41 |
| 9 | finished speaking with you, you told Ms. Reed that | 12:00:45 |
| 10 | you were sorry for what happened to her; is that | 12:00:50 |
| 11 | correct? | 12:00:53 |
| 12 | MS. HURLEY: Objection, vague and ambiguous, | 12:00:53 |
| 13 | lacks foundation. | 12:00:57 |
| 14 | THE WITNESS: I just told, um, the officers | 12:00:58 |
| 15 | that I apologized for them having to come down the | 12:01:02 |
| 16 | hill, the cliff, and go on the rocks and do all of | 12:01:05 |
| 17 | that. | 12:01:09 |
| 18 | So, maybe she overheard that and she thought | 12:01:09 |
| 19 | that I was saying I'm sorry to her, but I was kind of | 12:01:13 |
| 20 | apologizing to the cops for having to go through all | 12:01:16 |
| 21 | of that. | 12:01:19 |
| 22 | BY MS. WOLFF: | 12:01:19 |
| 23 | Q. So, you weren't apologizing to Ms. Reed? | 12:01:19 |
| 24 | A. No. I wasn't apologizing to Ms. Reed. I | 12:01:23 |
| 25 | don't know what happened. What would I apologize, so | 12:01:26 |

130

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | whatever. | 12:01:31 |
| 2 | Q.  Did you receive a group E-Mail about that | 12:01:31 |
| 3 | interaction with Ms. Reed and Alan Johnston and | 12:01:35 |
| 4 | Brant Blakeman at any point? | 12:01:38 |
| 5 | A.  No. | 12:01:40 |
| 6 | Q.  Did you receive a group text about that | 12:01:40 |
| 7 | incident at any point? | 12:01:43 |
| 8 | A.  No. | 12:01:44 |
| 9 | Q.  And did you communicate with Alan Johnston | 12:01:45 |
| 10 | about that incident after it occurred? | 12:01:48 |
| 11 | A.  No. | 12:01:50 |
| 12 | Q.  Did you communicate with Brant Blakeman after | 12:01:51 |
| 13 | it occurred? | 12:01:55 |
| 14 | A.  No. | 12:01:56 |
| 15 | Q.  And did you communicate with anybody about | 12:01:56 |
| 16 | the incident after it occurred aside from the police | 12:01:59 |
| 17 | officers? | 12:02:01 |
| 18 | MS. HURLEY:  And aside from conversations | 12:02:02 |
| 19 | that you had with attorneys. | 12:02:03 |
| 20 | MS. WOLFF:  Of course. | 12:02:04 |
| 21 | THE WITNESS:  No. | 12:02:05 |
| 22 | BY MS. WOLFF: | 12:02:05 |
| 23 | Q.  So, I want to play for you a couple of short | 12:02:06 |
| 24 | videos that Brant Blakeman filmed from that morning. | 12:02:16 |
| 25 | And I'm just going to ask you a couple of questions | 12:02:22 |

131

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 38 of 358   Page ID
#:6566
Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | about them. | 12:02:25 |
| 2 | A.  All right. | 12:02:25 |
| 3 | Q.  The first one that I'm going to play is bates | 12:02:26 |
| 4 | number D-F-T point or period BB.000081. | 12:02:29 |
| 5 | MR. GLOS:  Sorry, could you please just read | 12:02:39 |
| 6 | that again for me. | 12:02:41 |
| 7 | MS. WOLFF:  Sure.  It's D-F-T point | 12:02:42 |
| 8 | BB.000081.  Sorry, one second. | 12:03:03 |
| 9 | Can you see that okay? | 12:03:22 |
| 10 | THE WITNESS:  Yeah. | 12:03:23 |
| 11 | MR. GLOS:  Have you seen this? | 12:03:36 |
| 12 | | 12:03:38 |
| 13 | (Discussion held off the record.) | 12:03:38 |
| 14 | | 12:04:25 |
| 15 | BY MS. WOLFF: | 12:04:25 |
| 16 | Q.  That was the first video.  Sorry, let me ask | 12:04:25 |
| 17 | you some questions about that one first. | 12:04:29 |
| 18 | A.  Okay. | 12:04:31 |
| 19 | Q.  Do you recall observing any of that | 12:04:32 |
| 20 | interaction? | 12:04:35 |
| 21 | A.  No.  That was obnoxious. | 12:04:36 |
| 22 | Q.  Do you recall observing any of that? | 12:04:38 |
| 23 | A.  No. | 12:04:40 |
| 24 | Q.  So, you weren't present at that time? | 12:04:40 |
| 25 | A.  I mean, I was getting ready to go surfing, | 12:04:43 |

132

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | but I didn't see, like hear any of that.  I heard | 12:04:45 |
| 2 | some things going on and that's, wow, I didn't know | 12:04:49 |
| 3 | exactly what was said, but it looked obnoxious to me. | 12:04:54 |
| 4 | Q.  And is that Alan Johnston in the video? | 12:04:59 |
| 5 | A.  Yeah. | 12:05:01 |
| 6 | Q.  And is that the woman that you recall seeing | 12:05:02 |
| 7 | that day? | 12:05:05 |
| 8 | A.  Yeah, yeah, and the friend with her. | 12:05:05 |
| 9 | Q.  And after watching that video, does that | 12:05:12 |
| 10 | change any of your previous answers; does that | 12:05:16 |
| 11 | refresh your recollection in anyway? | 12:05:18 |
| 12 | A.  No. | 12:05:20 |
| 13 | MS. HURLEY:  Objection, over broad, yeah, | 12:05:20 |
| 14 | fine. | 12:05:22 |
| 15 | BY MS. WOLFF: | 12:05:22 |
| 16 | Q.  No? | 12:05:22 |
| 17 | A.  No. | 12:05:23 |
| 18 | MS. WOLFF:  Okay.  And then, sorry guys, I'll | 12:05:26 |
| 19 | play the other one. | 12:05:28 |
| 20 | | 12:06:29 |
| 21 | (Discussion held off the record.) | 12:06:29 |
| 22 | | 12:06:30 |
| 23 | MS. HURLEY:  Was that a different bates | 12:06:30 |
| 24 | number? | 12:06:32 |
| 25 | MS. WOLFF:  Yeah.  Sorry.  That was bates | 12:06:32 |

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 41 of 48   Page ID
#:8221
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 40 of 358   Page ID
#:6568
Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | D-F-T point BB.000082. | 12:06:36 |
| 2 | MS. HURLEY:  Okay. | 12:06:44 |
| 3 | BY MS. WOLFF: | 12:06:45 |
| 4 | Q.  Do you recall seeing that interaction that's | 12:06:45 |
| 5 | recorded on that video while you were there that day? | 12:06:48 |
| 6 | A.  No. | 12:06:51 |
| 7 | Q.  Had you gone surfing by then do you think? | 12:06:51 |
| 8 | A.  Yeah, yeah. | 12:06:54 |
| 9 | Q.  Okay.  And again, that was Alan Johnston in | 12:06:54 |
| 10 | the video? | 12:06:59 |
| 11 | A.  Yes. | 12:07:00 |
| 12 | Q.  Did you hear Brant Blakeman's voice as well | 12:07:00 |
| 13 | in that video? | 12:07:03 |
| 14 | A.  Yeah. | 12:07:04 |
| 15 | Q.  And those were the two women that you recall | 12:07:04 |
| 16 | seeing that day as well -- | 12:07:07 |
| 17 | A.  Yes. | 12:07:08 |
| 18 | Q.  -- in the video? | 12:07:08 |
| 19 | A.  Uh-huh. | 12:07:09 |
| 20 | Q.  And you spoke with Ms. Reed on another | 12:07:10 |
| 21 | occasion after that incident; didn't you? | 12:07:17 |
| 22 | A.  No. | 12:07:20 |
| 23 | Q.  That was the only time that you've ever | 12:07:20 |
| 24 | spoken with her? | 12:07:23 |
| 25 | A.  Yeah. | 12:07:25 |

134

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q.   Have you ever seen her since then?        12:07:25

 2      A.   I saw her one other time, yes.            12:07:28

 3      Q.   Do you remember when that was?            12:07:30

 4      A.   That was -- I don't remember.  It was after   12:07:32

 5   that happened, a couple of months, maybe a month   12:07:40

 6   after.                                            12:07:43

 7      Q.   And what was -- I'm sorry.                12:07:43

 8           Where did you see her?                    12:07:47

 9      A.   She was just down at the -- she was at the   12:07:48

10   cliff where we surf down at the Bay and just sitting   12:07:52

11   down there.                                        12:07:56

12      Q.   At the patio?                             12:07:56

13      A.   Yeah.                                     12:07:58

14      Q.   And what were you doing that day?         12:07:58

15      A.   I was surfing.                            12:08:00

16      Q.   Were you in the water when you saw her?   12:08:01

17      A.   No.  I came in and I just saw her.  She was   12:08:03

18   sitting at the patio and that's all.              12:08:05

19      Q.   Did you go to the patio at all?           12:08:08

20      A.   No, but I kind of put my stuff by the patio.   12:08:10

21   So, I just saw her there, you know.               12:08:13

22      Q.   And you didn't say anything to her?       12:08:15

23      A.   No, not one thing.                        12:08:18

24      Q.   Was anyone else there that day on the patio?   12:08:19

25   I'm sorry.                                         12:08:23
```

135

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 43 of 48   Page ID
#:8223
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 42 of 358   Page ID
#:6570

Atkinson-Baker Court Reporters
www.depo.com

1     A.   There were a couple of people.  I don't know          12:08:23

2     exactly who it was, but there were a couple of people      12:08:26

3     there.                                                     12:08:29

4     Q.   On the patio with her?                                12:08:29

5     A.   On the patio, yeah.                                   12:08:30

6     Q.   Do you recall who was there?                          12:08:32

7     A.   I don't recall who was there exactly, but I           12:08:33

8     know that there were a couple of people.                   12:08:36

9     Q.   Do you know if they were people that you knew         12:08:38

10    at the time or were they people that you had never        12:08:40

11    seen before?                                               12:08:43

12    A.   I don't know exactly.  My stuff wasn't on the        12:08:45

13    patio.  She was, you know, there's not that many,        12:08:49

14    she's pretty noticeable in the area.                       12:08:53

15          I saw her, that was the girl that I saw that        12:08:56

16    came down the other time.  I got my stuff and went up    12:09:00

17    the trail.  That's what I usually do.                      12:09:04

18    Q.   So, you saw her when you were on your way in         12:09:06

19    from surfing?                                              12:09:10

20    A.   Yeah.                                                 12:09:10

21          MS. WOLFF:  So, Ms. Reed had a conversation          12:09:13

22    with a surfer at Lunada Bay after the February 13th        12:09:15

23    incident.  And she recorded the conversation on her        12:09:20

24    phone.                                                     12:09:22

25          And there's only audio.  There's not video to       12:09:23

136

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 44 of 48   Page ID
#:8224
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 43 of 358   Page ID
#:6571
Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  No.  I know that I've never surfed with him. | 12:55:53 |
| 2 | Q.  And you don't think that you've ever seen him | 12:55:56 |
| 3 | at Lunada Bay? | 12:55:59 |
| 4 | A.  No, I've never seen him at Lunada Bay. | 12:56:00 |
| 5 | Q.  Okay.  Do you know who Corey Spencer is, | 12:56:01 |
| 6 | outside of conversations with attorney? | 12:56:04 |
| 7 | A.  I don't know him outside of conversations | 12:56:06 |
| 8 | with my attorney. | 12:56:08 |
| 9 | Q.  Okay.  Do you know who Ken Claypool is? | 12:56:09 |
| 10 | A.  No. | 12:56:13 |
| 11 | Q.  Do you know who Grace Claypool is? | 12:56:13 |
| 12 | A.  No. | 12:56:16 |
| 13 | Q.  Do you know who Jordan Wright is? | 12:56:16 |
| 14 | A.  No. | 12:56:19 |
| 15 | Q.  Have you ever been arrested? | 12:56:19 |
| 16 | MS. HURLEY:  Objection, you can ask him if he | 12:56:23 |
| 17 | has ever had any felony convictions, but as to any | 12:56:26 |
| 18 | arrest, I'll go ahead and instruct him not to answer | 12:56:29 |
| 19 | as to the right of privacy. | 12:56:32 |
| 20 | BY MS. WOLFF: | 12:56:34 |
| 21 | Q.  Have you ever had any convictions? | 12:56:35 |
| 22 | MS. HURLEY:  Felony convictions is the only | 12:56:36 |
| 23 | response that he's giving.  So, only felony | 12:56:39 |
| 24 | convictions you can answer. | 12:56:42 |
| 25 | THE WITNESS:  No. | 12:56:43 |

175

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 45 of 48   Page ID
#:8225
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 44 of 358   Page ID
#:6572
Atkinson-Baker Court Reporters
www.depo.com

```
 1              THE REPORTER:  Counsel, do you want a copy
 2    of the deposition?
 3              MR. GLOS:  Yes.
 4              MS. VU:  No.
 5              MR. DIEFFENBACH:  Yes.
 6              MS. MCLAUGHLIN:  Yes.
 7              MS. HURLEY:  Yes.
 8              MR. HAVEN:  Yes.
 9
10
11              (Whereupon, the deposition of
12              CHARLES FERRARA commenced at
13              9:36 a.m. and concluded at
14              1:40 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

194

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF LOS ANGELES  )

 3

 4

 5

 6          I, the undersigned, declare under penalty of

 7   perjury that I have read the foregoing transcript, and I

 8   have made any corrections, additions, or deletions that

 9   I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13          EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                        (City)                (State)

16

17

18

19
     _____
20   CHARLES FERRARA

21

22

23

24

25
```

195

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 47 of 48   Page ID
#:8227
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 46 of 358   Page ID
#:6574

Atkinson-Baker Court Reporters
www.depo.com

```
1                    REPORTER'S CERTIFICATE

2

3           I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

4    Certified Shorthand Reporter, certify:

5           That the foregoing proceedings were taken

6    before me at the time and place therein set forth, at

7    which time the witness was put under oath by me;

8           That the testimony of the witness and all

9    objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12          That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14          I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17          I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20          Dated this 7th day of July, 2017.

21

22

23          _____

24          Angelique Melody Ferrio
            CSR No. 6979
25
```

Charles Ferrara
July 7, 2017

Case 2:16-cv-02129-SJO-RAO   Document 305-7   Filed 07/31/17   Page 48 of 48   Page ID
#:8228
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 47 of 358   Page ID
#:6575

Atkinson-Baker Court Reporters
www.depo.com

```
 1              REPORTER'S CERTIFICATION OF CERTIFIED COPY

 2

 3

 4              I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

 5     Certified Shorthand Reporter in the State of California,

 6     certify that the foregoing pages are a true and correct

 7     copy of the original deposition of CHARLES FERRARA,

 8     taken on Friday, July 7, 2017.

 9              I declare under penalty of perjury under the

10     laws of the State of California that the foregoing is

11     true and correct.

12              Dated this 7th day of July, 2017.

13

14

15

16

17                      _____

18                      Angelique Melody Ferrio
                        CSR No. 6979
19

20

21

22

23

24

25
```

197

Charles Ferrara
July 7, 2017