# EXHIBIT 8

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 2 of 99   Page ID
#:8230
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 2 of 84   Page ID
#:5722

```
 1                   UNITED STATES DISTRICT COURT
 2         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3
 4       CORY SPENCER, an individual; DIANA )
         MILENA REED, an individual; and    )
 5       COASTAL PROTECTION RANGERS, INC., a)
         California non-profit public       )
 6       benefit corporation,               )
                                            )
 7                      Plaintiffs,         )
                                            )
 8            vs.                           ) Case No.: 2:16-cv-2129
                                            )
 9       LUNADA BAY BOYS; THE INDIVIDUAL    )
         MEMBERS OF THE LUNADA BAY BOYS,    )
10       including but not limited to SANG  )
         LEE, BRANT BLAKEMAN, ALAN JOHNSTON,)
11       AKA JALIAN JOHNSTON, MICHAEL RAE    )
         PAPAYANS, ANGELO FERRARA, FRANK    )
12       FERRARA, CHARLIE FERRARA AND CITY  )
         OF PALOS VERDES ESTATES; CHIEF OF  )
13       POLICE JEFF KEPLEY, in his         )
         representative capacity; and DOES  )
14       1-10,                              )
                                            )
15                      Defendants.         )
                                            )
16       _____)
                                            )
         AND RELATED CROSS-ACTIONS          )
17       _____)
18
19            Deposition of Jeff Kepley, taken on behalf of
20       the Plaintiffs, before Kathy L. Pa'u, Certified
21       Shorthand Reporter 5684 and Registered Professional
22       Reporter for the State of California, commencing on
23       Monday, October 10, 2016, 9:00 a.m., at Veritext
24       National Litigation and Deposition Services, 20
25       Corporate Park, Irvine, California.
```

                                                    Page 2

```
 1      APPEARANCES OF COUNSEL:
 2
 3          For the Plaintiffs:
 4
                Law Offices of Hanson Bridgett
 5              BY:   SAMANTHA WOLF
                     ATTORNEY AT LAW
 6              425 Market Street, 26th Floor
                San Francisco, California 94105
 7              415.777.3200
                swolf@hansonbridgett.com
 8
 9
10          For the Defendants City of Palos Verdes and Chief
11      of Police Jeff Kepley:
12
                Law Offices of Kutak Rock
13              BY:   EDWIN J. RICHARDS
                     ATTORNEY AT LAW
14              5 Park Plaza, Suite 1500
                Irvine, California 92614-8595
15              949.417.0999
                ed.richards@kutakrock.com
16
17
18          For the Defendant Brant Blakeman:
19
                Law Offices of Veach Carlson
20              BY:   JOHN WORGUL
                     Attorney at Law
21              1055 Wilshire Boulevard, 11th Floor
                Los Angeles, California 90017
22              213.381.2861
                jworjul@veatchfirm.com
23
24
25

                                            Page 3
```

Exhibit E, page 159

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 4 of 99  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 288  Filed 07/14/17  Page 4 of 84  Page ID
#:5724

```
1          APPEARANCES CONTINUED:
2
           For the Defendant Sang Lee:
3
               Law Offices of Lewis Brisbois Bisgaard & Smith
4              BY:  TERA LUTZ
                   Attorney at Law
5              633 W. 5th Street, Suite 4000
               Los Angeles, California 90071
6              213.580.3858
               tera.lutz@lewisbrisbois.com
7
8
           For the Defendant Sang Lee:
9
               Law Offices of Booth, Mitchel & Strange
10             BY:  DANIEL M. CROWLEY
                   Attorney at Law
11             707 Wilshire Boulevard, Suite 4450
               Los Angeles, California 90017
12             213.738.0100
               dmcrowley@boothmitchel.com
13
14         For the Defendant Alan Johnston a/k/a Jalian Johnston:
15
               Law Offices of J. Patrick Carey
16             BY:  J. PATRICK CAREY
                   Attorney at Law
17             1230 Rosecrans Avenue, Suite 300
               ManhattanBeach, California 90266
18             310.526.2237
               pat@patcareylaw.com
19
20      For the Defendant Michael Ray Papayans:
21
               Haven Law
22             BY:  Peter T.Haven
                   Attorney at Law
23             1230 Rosecrans Avenue, Suite 300
               Manhattan Beach, California 90266
24             310.272.5353
               peter@havenlaw.com
25


                                                  Page 4
```

Exhibit E, page 160

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 5 of 99  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 298-5  Filed 07/14/17  Page 5 of 84  Page ID
#:5725

```
 1    APPEARANCES CONTINUED:
 2
 3    For the Plaintiffs:
 4
              Otten Law
 5            BY:   VICTOR OTTEN
                  Attorney at Law
 6            3620 Pacific Coast Highway, Suite 100
              Torrance, California 90505
 7            310.376.8533
              vic@ottenlawpc.com
 8
 9
10
          PRESENT BY TELEPHONE:
11
12    For the Defendant Angelo Ferrara and Defendant N.F.
      appearing through Guardian Ad Litem, Leonara Ferrara:
13
              Law Offices of Mark C. Fields
14            BY:   MARK C. FIELDS
                  Attorney at Law
15            333 South Hope Street, 35th Floor
              Los Angeles, California 90071
16            213.948.2349
              fields@markfieldslaw.com
17
18    For the Defendant Angelo Ferrara:
19            The Phillips Firm
              BY:   MARK RINGSMUTH
20                Attorney at Law
              800 Wilshire Boulevard, Suite 1550
21            Los Angeles, California 90017
              213.244.9913
22            mringsmuth@thephillipsfirm.com
23
24
25

                                                Page 5
```

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 6 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 283-3   Filed 07/14/17   Page 6 of 84   Page ID
#:5726

```
1        APPEARANCES CONTINUED:

2        For the Defendant Frank Ferrara and Charlie Ferrara:

3            Law Offices of Bremer, Whyte, Brown & O'Meara

             21271 Burbank Boulevard, Suite 110

4            Woodland Hills, California 91367

             818.712.9800

5            pau@bremerwhyte.com

6

7

8

9    The Videographer:   Jill Warren

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                    Page 6
```

```
1                    Monday, October 10, 2016; 9:00 a.m.

2                         Irvine, California

3                              ooOoo

4


5            THE VIDEOGRAPHER:  Good morning.  We are on the      09:06:25

6     record at 9:06 a.m., on October 10, 2016.  This is the

7     video recorded deposition of Chief Jeff Kepley.

8            My name is Jill Warren, here with our court          09:06:35

9     reporter, Kathy Pa'u.  We are here from Veritext Legal

10    Solutions at the request of counsel for plaintiffs.

11           This deposition is being held at 20 Corporate        09:06:46

12    Park, in Irvine, California.  The caption of this case

13    is Spencer, et al. versus Lunada Bay Boys, et al.  Case

14    No. 2:16-cv-021292 SJO RAOx before the United States

15    District Court, Central District of California.

16           Microphones are sensitive and may pick up            09:07:15

17    whispers, private conversations and cellular

18    interference.  Please note that audio and video

19    recording will take place unless all parties agree to go

20    off the record.

21           If there are any objections to proceeding,           09:07:28

22    please state them at the time of your appearance.

23    Beginning with the noticing attorney, please state your

24    appearance.

25           MS. WOLF:  Samantha Wolf from Hanson Bridgett        09:07:36
```

Page 10

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 8 of 99  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 276-6  Filed 07/14/17  Page 8 of 84  Page ID
#:8236
#:5728

```
 1    appearing on behalf of the plaintiffs.

 2           MR. RICHARDS:  Ed Richards.  I am here on        09:07:46

 3    behalf of Chief Kepley and on behalf of the defendant

 4    City of Palos Verdes Estates.

 5           MR. WORGUL:  John Worgul appearing on behalf of  09:07:56

 6    the defendant Brant Blakeman.

 7           MS. LUTZ:  Tera Lutz, Lewis Brisbois, appearing  09:08:02

 8    on behalf of Sang Lee.

 9           MR. CROWLEY:  Dan Crowley, Booth,Mitchel &        09:08:10

10    Strange also appearing on behalf of Sang Lee.

11           MR. CAREY:  Pat Carey on behalf of defendant     09:08:13

12    Alan Johnston.

13           MR. HAVEN:  Peter Haven on behalf of defendant   09:08:17

14    Michael Papayans.

15           THE VIDEOGRAPHER:  Counsel on the telephone?     09:08:22

16           MR. FIELDS:  Mark Fields for defendants

17    Angelo Ferrara and N.F.

18           MALE SPEAKER:  On the phone, on behalf of

19    Frank Ferrara and Charlie Ferrara.

20           MR. RINGSMUTH:  On the phone, Mark Ringsmuth

21    on behalf of Angelo Ferrara.

22           MS. HEWITT:  Antoinette Hewitt on behalf of

23    the city.

24           MR. OTTEN:  Vic Otten on behalf of plaintiffs.   09:08:53

25           THE VIDEOGRAPHER:  Okay.  Thank you.  The court  09:09:03
```

                                                    Page 11

Exhibit E, page 164

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 9 of 99  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 280-37  Filed 07/14/17  Page 9 of 84  Page ID
#:5729

| | | |
|---|---|---|
| 1 | reporter will administer the oath.  Then counsel may | |
| 2 | begin the examination. | |
| 3 | | |
| 4 | JEFF KEPLEY was | |
| 5 | called as a witness by and on behalf of the Plaintiffs, | |
| 6 | and having been first duly sworn by the Certified | |
| 7 | Shorthand Reporter, was examined and testified as | |
| 8 | follows: | |
| 9 | | |
| 10 | EXAMINATION | |
| 11 | | |
| 12 | BY MS. WOLF | 09:09:15 |
| 13 | Q   Good morning, Chief. | 09:09:15 |
| 14 | A   Good morning. | 09:09:17 |
| 15 | Q   Can you please state and spell your full name | 09:09:18 |
| 16 | for the record? | |
| 17 | A   My name is Jeff Kepley, K-E-P-L-E-Y. | 09:09:21 |
| 18 | Q   Thank you, sir. | 09:09:25 |
| 19 | Have you ever had your deposition taken before? | 09:09:25 |
| 20 | A   Yes. | 09:09:27 |
| 21 | Q   And what type of case -- I'm sorry, how many | 09:09:27 |
| 22 | times? | |
| 23 | A   Less than a half a dozen criminal cases. | 09:09:31 |
| 24 | Q   All in your capacity, your professional | 09:09:34 |
| 25 | capacity? | |

Page 12

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 10 of 99   Page ID
#:8238
Case 2:16-cv-02129-SJO-RAO   Document 270-8   Filed 07/14/17   Page 10 of 84   Page ID
#:5730

| | | |
|---|---|---|
| 1 | Q    Was the interim police chief on any of those | 09:16:47 |
| 2 | panels? | |
| 3 | A    No.  And the last interview was with the city | 09:16:52 |
| 4 | manager. | |
| 5 | Q    Was the city council involved in any of those | 09:16:56 |
| 6 | interviews? | |
| 7 | A    Not with me, directly. | 09:17:00 |
| 8 | Q    Did you know anyone in the Palos Verdes Estates | 09:17:06 |
| 9 | Police Department prior to becoming Chief? | |
| 10 | A    Yes. | 09:17:13 |
| 11 | Q    Who was that? | 09:17:13 |
| 12 | A    A former lieutenant, who has been deceased for | 09:17:14 |
| 13 | many years. | |
| 14 | Q    Anybody else? | 09:17:18 |
| 15 | A    No. | 09:17:19 |
| 16 | Q    Did you know anyone who worked for the City of | 09:17:19 |
| 17 | Palos Verdes Estates before you became Chief? | |
| 18 | A    No. | 09:17:28 |
| 19 | Q    Did you know anyone who lives in Palos Verdes | 09:17:28 |
| 20 | Estates before you became Chief? | |
| 21 | A    No. | 09:17:33 |
| 22 | Q    Have you ever lived in or near Palos Verdes | 09:17:34 |
| 23 | Estates? | |
| 24 | A    No. | 09:17:37 |
| 25 | Q    Do you currently live in Palos Verdes Estates? | 09:17:38 |

Page 19

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 11 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 80-39   Filed 07/14/17   Page 11 of 84   Page ID
#:5731

| 1 | A | I do not. | 09:17:40 |
| 2 | Q | Are you familiar with the term localism as it | 09:17:40 |
| 3 | relates to surfing? | | |
| 4 | A | Yes. | 09:17:45 |
| 5 | Q | What do you understand it to mean? | 09:17:46 |
| 6 | A | Generally, I believe, it's a term referring to | 09:17:49 |
| 7 | locals, people who live in that area that dissuade | | |
| 8 | others from enjoying the surf in that area. | | |
| 9 | Q | And when you say dissuade others, how so? | 09:18:04 |
| 10 | A | Generally, it's broad in many, many different | 09:18:09 |
| 11 | ways. | | |
| 12 | Q | Does it include violence? | 09:18:11 |
| 13 | | MR. CROWLEY:  Objection; overbroad. | 09:18:18 |
| 14 | | MR. RICHARDS:  You're asking what his | 09:18:18 |
| 15 | definition is; correct? | | |
| 16 | | MS. WOLF:  Right. | 09:18:22 |
| 17 | | MR. RICHARDS:  Thanks. | 09:18:23 |
| 18 | BY MS. WOLF | | 09:18:24 |
| 19 | Q | Or can it include violence? | 09:18:25 |
| 20 | A | I think maybe, in the most extreme cases, it | 09:18:27 |
| 21 | could.  Generally speaking, I don't think people, when | | |
| 22 | speaking of localism, think about violence.  But that's | | |
| 23 | just my own definition. | | |
| 24 | Q | Can it also include harassment? | 09:18:38 |
| 25 | | MR. CROWLEY:  Incomplete hypothetical, lacks | 09:18:43 |

Page 20

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 12 of 99   Page ID
#:8240
Case 2:16-cv-02129-SJO-RAO   Document 270-10   Filed 07/14/17   Page 12 of 84   Page ID
#:5732

| | | |
|---|---|---|
| 1 | professionalism.  What did you mean by that? | |
| 2 | A   Her comments are very informal.  And some of | 09:28:45 |
| 3 | the terminology she used, and the way she characterized | |
| 4 | this issue, I just didn't think was professional. | |
| 5 | Q   And what terminology, specifically, do you feel | 09:28:56 |
| 6 | was unprofessional? | |
| 7 | A   Well, the way she describes a group of people | 09:29:04 |
| 8 | as infamous and pretty much grown men in little men's | |
| 9 | mindset.  Those kinds of phrases are just | |
| 10 | unprofessional.  Not what I would have expected a | |
| 11 | representative of the police department to speak in that | |
| 12 | tone or in that manner. | |
| 13 | Q   Understood.  And in what way was this not the | 09:29:22 |
| 14 | message that you would have chosen? | |
| 15 | A   Well, in many ways.  But probably most | 09:29:31 |
| 16 | importantly, it lacks compassion.  And it lacks a | |
| 17 | statement that identifies the police department as being | |
| 18 | willing to address this. | |
| 19 | Q   Was any effort made to identify the people who | 09:29:49 |
| 20 | had harassed these reporters, allegedly? | |
| 21 | A   I don't know. | 09:30:00 |
| 22 | Q   Did anyone follow up, with these reporters, to | 09:30:06 |
| 23 | obtain the footage of them being harassed? | |
| 24 | A   I recall the detectives made an attempt to | 09:30:12 |
| 25 | contact the reporters to get the tape to investigate it. | |

Page 29

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 13 of 99  Page ID
#:8241
Case 2:16-cv-02129-SJO-RAO  Document 276-6  Filed 07/14/17  Page 13 of 84  Page ID
#:5733

```
 1    But as I recall, the organization who possessed the tape

 2    was unwilling to relinquish it.

 3         Q    But you had the copy of what had been already      09:30:25

 4    released online; correct?

 5         A    Yes.                                               09:30:28

 6         Q    And do you know if they followed up to do any     09:30:30

 7    investigation?

 8         A    On this part, I believe.                          09:30:34

 9         Q    And in your email, on the second page of this     09:30:36

10    CITY 1112, in bullet point No. 2, you say we are looking

11    into the crime of audio recording without permission,

12    too.  Did you -- so your department considered charging

13    the reporters with a crime for recording the video

14    without the dispatcher's permission?

15         A    No.  I just think it was interesting, to me, to   09:31:04

16    look into whether or not that was appropriate or a

17    criminal offense.  Or what the statutes were with

18    respect to audio recording the dispatcher.

19         Q    And were these reporters ever charged with a      09:31:16

20    crime?

21         A    No, they were not.                                09:31:20

22         Q    And why not?                                      09:31:22

23         A    I don't recall.  But I never received any         09:31:26

24    information that anything proceeded forward with that

25    issue.
```

Page 30

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 14 of 99  Page ID
#:8242
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 14 of 84  Page ID
#:5734

| | | |
|---|---|---|
| 1 | Q    And you also state, in point three, that the | 09:31:40 |
| 2 | patrol bureau will be initiating extra patrols in the | |
| 3 | next few weeks as a result of anyone responding to the | |
| 4 | article or, quote, locals acting up to protect their | |
| 5 | area, end quote. | |
| 6 | Why did you feel that extra patrols were | 09:31:57 |
| 7 | necessary? | |
| 8 | A    Well, at that time, I was just fearful that | 09:32:02 |
| 9 | media attention in that area would attract others to | |
| 10 | come into the area, and would exacerbate -- if there is | |
| 11 | any other preexisting conditions, exacerbate that | |
| 12 | condition. | |
| 13 | I was aware of some incidents in the past where | 09:32:18 |
| 14 | people came in and started causing problems.  And I just | |
| 15 | wanted to be proactive and prevent that from happening. | |
| 16 | Q    Is it fair to say that, at the time that you | 09:32:31 |
| 17 | sent this email, you believed that there were, at least, | |
| 18 | some locals who perhaps felt Lunada Bay was their turf? | |
| 19 | MR. WORGUL:  I will object as to vague and | 09:32:43 |
| 20 | ambiguous as to what locals are. | |
| 21 | MS. LUTZ:   Join. | 09:32:47 |
| 22 | MR. RICHARDS:  If you understand, you can | 09:32:49 |
| 23 | answer. | |
| 24 | THE WITNESS:  Solely based on the video | 09:32:55 |
| 25 | excerpt, I had concern.  Because I didn't know who the | |

Page 31

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 15 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8263   Filed 07/14/17   Page 15 of 84   Page ID
#:5735

```
 1    participants were.  And it did look like there was some

 2    activity in that video, just causing concern.

 3    BY MS. WOLF                                        09:33:07

 4        Q    Okay.  Were extra patrols added?          09:33:08

 5        A    Yes.                                       09:33:13

 6        Q    Did you see an increase in incidents after this  09:33:15

 7    article and video were published online?

 8        A    No, not as I had feared or anticipated.   09:33:25

 9        Q    Do you recall how long you kept those extra  09:33:33

10    patrols going?

11        A    They are still going on.  Even today.     09:33:37

12        Q    And did they start immediately after this  09:33:42

13    incident?  So that was on May 20th, 2015.

14        A    Yes.                                       09:33:51

15             MS. WOLF:  Let's take a quick break.       09:34:00

16             THE VIDEOGRAPHER:  Off the record at 9:34 a.m.  09:34:02

17             (Recess taken.)                            09:39:30

18             THE VIDEOGRAPHER:  We are back on the record at  09:39:48

19    9:39 a.m.

20    BY MS. WOLF                                        09:39:52

21        Q    Okay.  Chief, turning your attention back to  09:39:54

22    this same exhibit, paragraph four of your email?

23        A    Uh-huh.                                    09:40:02

24        Q    You acknowledge that Palos Verdes Estates has,  09:40:03

25    quote, a reputation now of tacitly approving or
```

Page 32

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 16 of 99   Page ID
#:8244
Case 2:16-cv-02129-SJO-RAO   Document 276-6   Filed 07/14/17   Page 16 of 84   Page ID
#:5736

1    condoning these, quote, surfer wars, unquote.

2            Did you not think that Palos Verdes Estates had    09:40:15

3    that reputation prior to this incident?

4        A    You know, I didn't know that to be the case or    09:40:21

5    to be true.  I hadn't been there that long.  But with

6    this videotape, I was concerned that some may perceive

7    that.  And it was just important, to me, to address that

8    and convey that to the captain.  So they can proactively

9    direct their people to overcome that perception and

10   resolve these matters.

11       Q    I'm sorry, did you say you did or did not know    09:40:46

12   that?

13       A    Well, I did not know that to be the case.    09:40:49

14       Q    Okay.    09:40:51

15       A    You know, the videotape and the timeline was    09:40:52

16   kind of the beginning of this Lunada Bay thing in my

17   time frame within Palos Verdes Estates.

18       Q    And how long have you been with the department    09:41:02

19   at that point?

20       A    Well, I joined the department in June of 2014.    09:41:07

21       Q    Okay.  So almost a year?    09:41:10

22       A    And we hadn't had many issues in Lunada Bay    09:41:12

23   that I was aware of.  Certainly, none that were high

24   profile or rose to this level.

25       Q    You state that, as a result, you discussed    09:41:23

                                                          Page 33

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 17 of 99  Page ID
#:8245
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 17 of 84  Page ID
#:5737

1    making contact with the local surfers to let them know

2    that, quote, we will not tolerate this, end quote.

3          What were you referring to?                      09:41:37

4       A    Which section are you referring to here in this  09:41:42

5    document?

6       Q    Paragraph four, the second sentence.           09:41:45

7       A    So in this document, I'm describing and        09:42:02

8    directing the captains to engage.  And part of that was

9    to engage with those that were surfing down there, to

10   let them know what was going on, and to layout our

11   expectations, that it's a public beach.  And people are

12   expected to behave civilly.  And we are not going to

13   tolerate anything that we've seen in the video tape.

14      Q    Okay.  And you note that, at the same time --   09:42:31

15   or sorry, quote, at the same time, we do not want to

16   alienate many of our long-term residents, end quote.

17          Can you explain what you meant by that?         09:42:43

18      A    Yeah, I didn't want the captains to be so      09:42:46

19   overbearing and so aggressive as to cause a reaction by

20   anyone, particularly our residents.  I want our

21   residents to see us for what we are, the law enforcement

22   agency proactively addressing a public complaint.

23          We are there to ensure public safety.  And part  09:43:10

24   of that is to address any of those that might be

25   involved, to give them direction as to what we would

                                                        Page 34

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 18 of 99   Page ID
#:8246
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 18 of 84   Page ID
#:5738

```
1    expect out of them.

2        Q    Why were you concerned that sending surfers the    09:43:19

3    message that you wouldn't tolerate that type of conduct

4    would alienate residents?

5        A    Well, I don't know as I can articulate exactly    09:43:35

6    what I was thinking when I wrote this email, back in, it

7    appears to be, May 20th, 2015.  So I'm afraid I don't

8    know as I can articulate that any further at this point

9    in time.

10       Q    Okay.  So did anyone from the Palos Verdes    09:43:55

11   Estates Police Department make contact with local

12   surfers?

13       A    I believe they did.    09:44:15

14       Q    Do you know who made that contact?    09:44:17

15       A    No.  Because it wasn't a singular contact.  It    09:44:20

16   was an ongoing effort.  I know the captains were active.

17   Many members of the staff were engaged down in Lunada

18   Bay and contacted as many people as we could.  I know it

19   wasn't just one contact, but many.

20       Q    When did this contact begin?    09:44:40

21       A    Probably shortly following this email.    09:44:41

22       Q    Was there not regular contact with local    09:44:43

23   surfers before that?

24       A    I don't know.  I would characterize it as there    09:44:49

25   was contact.  But the degree to which it was considered
```

                                                        Page 35

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 19 of 99  Page ID
#:8247
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 19 of 84  Page ID
#:5739

```
1    regular, I just don't know.

2         Q    Where did the contact generally occur?  Was it    09:45:03

3    at the beach or elsewhere in the community?

4         A    That, I don't know.  Beyond, I know that    09:45:10

5    efforts were made to contact surfers down there that

6    were surfing.  And when I say down there, I'm referring

7    to Lunada Bay.

8         Q    Sure.  Do you know what the content of the    09:45:26

9    conversation was?  In other words, did you have any

10   discussions with the people in your department who were

11   relaying this message to the surfers before they relayed

12   the message?

13           MR. RICHARDS:  That's a yes or no question.    09:45:43

14   Did you or did you not?

15           THE WITNESS:  Can you repeat that, please?    09:45:48

16   BY MS. WOLF                                            09:45:49

17        Q    Sure.  Do you know what the content of the    09:45:50

18   conversation was between the officers and the local

19   surfers?

20        A    No.                                          09:46:00

21        Q    Did you have any conversations with the    09:46:01

22   officers before they engaged with the local surfers?

23        A    Not all of the patrol officers.  But the    09:46:10

24   captains.

25        Q    And what were those conversations?  What did    09:46:13

                                                         Page 36
```

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 20 of 99   Page ID
#:8248
Case 2:16-cv-02129-SJO-RAO   Document 276-6   Filed 07/14/17   Page 20 of 84   Page ID
#:5740

```
1    you -- I'm sorry, let me start over.

2         Did you give them any guidance as to what the      09:46:20

3    conversations should be?

4         A    I relayed my expectations, that I expect them  09:46:26

5    to have their staff engage and address this.  I didn't

6    go into extreme level of detail, because they are

7    division commanders.  They know what's to take place.

8    All I did was give them direction.

9         Q    What was the direction?                        09:46:46

10        A    To have officers proactively engage in this    09:46:48

11   issue and attempt to resolve it by proactively engaging

12   with the surfers, the community, being present, and

13   extra patrols, et cetera.

14        Q    But you didn't tell them what the message      09:47:02

15   should be to the surfers?

16        A    I don't recall telling them what to say, no.   09:47:07

17        Q    Did you get any feedback on how the message was 09:47:14

18   received by the surfers?

19        A    Not that I recall.                             09:47:19

20             MR. WORGUL:  Objection; vague and ambiguous as  09:47:22

21   to who the surfers are.

22   BY MS. WOLF                                              09:47:24

23        Q    Then in paragraph No. 5, it says, quote, I am  09:47:25

24   stepping up efforts to replace the boat.  What boat are

25   you referring to?
```

Page 37

```
 1      A    So the Palos Verdes Estates Police Department    09:47:37

 2   has an ocean patrol craft, a boat.  And shortly after I

 3   arrived, in June of '14, I identified the boat to be

 4   unseaworthy due to age and condition.

 5           And I took it out of service with the intent to   09:47:51

 6   replace it.  It was more costly than I expected.  So

 7   this paragraph refers to my efforts to try to lobby the

 8   manager and the council to invest in the boat.

 9      Q    Had the boat been in use prior to your arrival?  09:48:10

10      A    Years before, before I arrived, it had been in   09:48:14

11   use.

12      Q    But at the time you arrived, it was no longer    09:48:17

13   in use?

14      A    It was in use when I first arrived.  Shortly     09:48:20

15   thereafter, it was taken out of service.

16      Q    Has the boat been replaced?                      09:48:26

17      A    No.                                              09:48:28

18      Q    Why not?                                         09:48:28

19      A    Funding.  They are very expensive.               09:48:32

20      Q    Do you think it would be an effective policing   09:48:37

21   tool?

22      A    In what context do you mean effective?           09:48:43

23      Q    In terms of helping you resolve whatever         09:48:47

24   potential conflicts exist down at the beach.

25      A    Well, I think the boat has many uses for our     09:48:55
```

Page 38

```
 1      police department.  Having the responsibility to patrol

 2      a coastline, with respect to the issues in Lunada Bay,

 3      it isn't the only solution.

 4           But in my mind, it would afford a watercraft      09:49:07

 5      platform to put officers in, like, a more of a high

 6      visibility state for presence in that area.  So that's

 7      what I was hoping to do.

 8      Q    So would you say then, it would be helpful to      09:49:22

 9      your policing efforts?

10      A    I would think it would be.  It does have          09:49:28

11      limitations, though.

12      Q    And what would those be?                          09:49:34

13      A    The bay with rocks and kelp, and so on and so     09:49:38

14      forth, the boat would not be able to get as close as,

15      maybe.  I would like to be able to be in earshot or be

16      in a response area.  But, again, I was looking for a

17      uniform presence on the bay.

18      Q    Have you requested funding for a new boat from     09:49:56

19      the city manager or city council?

20      A    We discussed it.  And the cost of the boat is      09:50:05

21      cost prohibitive at this point in time, considering the

22      city's budgetary needs in other areas.  So we're

23      continuing to look for grants and other opportunities.

24      Q    And then in paragraph 5, at the last sentence,     09:50:23

25      you state, quote, and we have discussed the feasibility
```

Page 39

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 23 of 99   Page ID
#:8251
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 21 of 84   Page ID
#:5741

1    of using undercover officers in the area or in the water

2    to further witness and investigate these matters.

3            Do you know if any officers went with          09:50:40

4    undercover in Lunada Bay following this incident?

5        A    They did not, not that I am aware of.          09:50:45

6        Q    Why is that?                                   09:50:48

7        A    Well, logistics, for one, are a little bit     09:50:54

8    difficult.  Because we are a small city, in the context,

9    that many of our officers know the surfers and the

10   surfers know our officers.

11           So I would need to use officers from other      09:51:13

12   areas.  And that creates kind of a logistical challenge.

13   That -- so --

14       Q    Did you reach out to any other local           09:51:34

15   jurisdictions to ask for help in this regard?

16       A    I did.                                         09:51:40

17       Q    Which jurisdictions?                           09:51:40

18       A    City of Santa Monica.                          09:51:42

19       Q    Any others?                                    09:51:46

20       A    I actually extended the request to several     09:51:47

21   agencies.  And Santa Monica was the agency that

22   responded.

23       Q    No others responded?                           09:51:58

24       A    No.                                            09:52:00

25       Q    Sorry, was that a no?                          09:52:00

                                                          Page 40

```
 1        A     That was a no.                                    09:52:02

 2        Q     And what was the nature of your request?          09:52:06

 3        A     Well, I asked for officers to go undercover as    09:52:10

 4   surfers, or in some other way offer some support for

 5   surveillance, or get some other additional resources to

 6   police the Lunada Bay issue.

 7        Q     And what was the City of Santa Monica's           09:52:24

 8   response to your request?

 9        A     It was favorable and helpful.  They provided      09:52:31

10   supervisory and line level officers in an undercover

11   capacity.

12        Q     Did they provide surfers?                         09:52:39

13        A     Officers that would pose as surfers, yes.         09:52:42

14        Q     So they did send undercover officers?             09:52:47

15        A     They offered those officers to us.                09:52:53

16        Q     But you didn't accept their offer?                09:52:56

17        A     We accepted, but had to cancel.                   09:52:58

18        Q     Why is that?                                      09:53:01

19        A     Because the -- we categorize this as an           09:53:04

20   undercover operation, if you will, with a plan that

21   involved surveillance units, supervisory units and line

22   level officers posing as surfers to go into the bay.

23              But that operation was compromised.  And it       09:53:20

24   became known to other surfers in the area.  So as

25   typical, when that happens, the operation was canceled
```

Page 41

Exhibit E, page 178

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 25 of 99  Page ID
#:8253
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 23 of 84  Page ID
#:5743

1    to protect the officers.

2        Q    When was the operation scheduled to commence?    09:53:34

3        A    I don't recall the date.    09:53:39

4        Q    It was in 2015 or 2016?    09:53:41

5        A    I believe it was January or February of 2016.    09:53:45

6        Q    And how long had it been planned?  In other    09:53:55

7    words, how long had your department been working with

8    Santa Monica to coordinate this?

9        A    I would estimate maybe a month.    09:54:08

10       Q    And you said the operation was compromised, how    09:54:17

11   was it compromised?

12       A    It was brought to my attention that the city    09:54:25

13   manager had received a phone call from someone claiming

14   to be a surfer in Lunada Bay that was questioning why

15   the cops are coming out undercover tomorrow.

16            So the caller appeared to have information that    09:54:41

17   he knew that our operation was the following day.  And

18   that we would have an undercover operation that day.

19            So upon hearing that from the city manager, it    09:54:56

20   was clear, to me, the information had been leaked out to

21   the community somehow or to surfers, whoever that might

22   have been on the phone.  And to protect the officers, I

23   decided to cancel the operation.

24       Q    Did you follow up to investigate where that    09:55:11

25   leak might have occurred?

                                                        Page 42

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 26 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 8254   Filed 07/14/17   Page 24 of 84   Page ID
#:5744

| 1 | A    Initially, no.  Because it was -- it could have | 09:55:16 |
| 2 | come from anywhere. | |
| 3 | Q    Meaning anyone within your department? | 09:55:23 |
| 4 | A    It could have been in my department, anyone in | 09:55:27 |
| 5 | Santa Monica Police Department, or any other agency in | |
| 6 | L.A. County, who was at the chief's meeting when I asked | |
| 7 | for help. | |
| 8 | Q    And when was that chief's meeting? | 09:55:38 |
| 9 | A    I don't recall the date.  But it preceded that | 09:55:43 |
| 10 | operation in January or February.  So it was probably | |
| 11 | November or December, maybe, of 2015. | |
| 12 | Q    Who in your department knew about this | 09:56:02 |
| 13 | undercover operation? | |
| 14 | A    The captains, I believe the city manager.  And | 09:56:08 |
| 15 | beyond that, I don't know.  It may have been -- that | |
| 16 | information may have been shared with the detective | |
| 17 | sergeant.  And that would be typical. | |
| 18 | Q    How many captains are there in your department? | 09:56:29 |
| 19 | A    Two. | 09:56:33 |
| 20 | Q    Mark Velez and Tony Best? | 09:56:33 |
| 21 | A    That's correct. | 09:56:36 |
| 22 | Q    And is there one detective sergeant? | 09:56:38 |
| 23 | A    There is one. | 09:56:41 |
| 24 | Q    And who is that? | 09:56:42 |
| 25 | A    That is Luke Hellinga, H-E-L-L-I-N-G-A. | 09:56:45 |

Page 43

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 27 of 99   Page ID
#:8255
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 25 of 84   Page ID
#:5745

| | | |
|---|---|---|
| 1 | BY MS. WOLF | 10:02:26 |
| 2 | Q    Did the surfer, who said that he was aware of | 10:02:35 |
| 3 | the undercover operation, did he give any other details, | |
| 4 | any other information about the operation? | |
| 5 | A    Not that I recall.  He had a conversation with | 10:02:48 |
| 6 | the city manager.  Not much of that was relayed to me. | |
| 7 | Q    Okay.  Just that the operation had been | 10:02:54 |
| 8 | compromised? | |
| 9 | A    Yeah, the city manager was equally concerned | 10:02:57 |
| 10 | about the safety of the officers, and conveyed it to me, | |
| 11 | that someone called me and they knew about it, what are | |
| 12 | you going to do?  And I said, I'm going to cancel it. | |
| 13 | Q    Do you know if the city manager ever followed | 10:03:09 |
| 14 | up to determine who the caller was? | |
| 15 | A    I do not know. | 10:03:14 |
| 16 | Q    Now, following the incident between the | 10:03:31 |
| 17 | dispatcher and the reporters from The Guardian, did you | |
| 18 | ever communicate with your entire department that, for | |
| 19 | instance, localism isn't condoned by your department? | |
| 20 | MR. WORGUL:  I'll object; vague and ambiguous. | 10:03:51 |
| 21 | If we are going to Chief's definition of localism | |
| 22 | throughout the rest of the deposition, so I don't have | |
| 23 | to continue to make that objection -- | |
| 24 | MS. WOLF:  I'll let you know when we change | 10:04:03 |
| 25 | definitions. | |

Page 48

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 28 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 282-56   Filed 07/14/17   Page 26 of 84   Page ID
#:5746

| | | |
|---|---|---|
| 1 | MR. WORGUL:  Wonderful. | 10:04:07 |
| 2 | THE WITNESS:  I believe I communicated that in | 10:04:08 |
| 3 | 101 conversations with the staff and department | |
| 4 | individuals, throughout the course of the time from when | |
| 5 | The Guardian video aired to today. | |
| 6 | I may have communicated that globally through a | 10:04:24 |
| 7 | department email.  I believe I did. I don't remember, | |
| 8 | specifically, when that might have been, though. | |
| 9 | BY MS. WOLF | 10:04:33 |
| 10 | Q     Okay.  Now, going back to the dispatcher's | 10:04:33 |
| 11 | comments, she said we know all of them.  What did she | |
| 12 | mean by that, if you know? | |
| 13 | A     I'm sorry, I don't know. | 10:04:58 |
| 14 | MR. WORGUL:  Objection; calls for speculation. | 10:05:00 |
| 15 | BY MS. WOLF | 10:05:01 |
| 16 | Q     Did you ever ask her? | 10:05:02 |
| 17 | A     I did not. | 10:05:02 |
| 18 | Q     Did anyone in your department ever ask her? | 10:05:04 |
| 19 | A     They may have because a supervisor was -- | 10:05:07 |
| 20 | MR. RICHARDS:  Do you know? | 10:05:11 |
| 21 | THE WITNESS:  I do not know. | 10:05:11 |
| 22 | BY MS. WOLF | 10:05:12 |
| 23 | Q     My question was:  Do you know if anyone ever | 10:05:14 |
| 24 | asked her? | |
| 25 | A     And I don't know that. | 10:05:17 |

Page 49

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 29 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 82-57   Filed 07/14/17   Page 27 of 84   Page ID
#:5747
#:8257

```
1        Q    Of course.  Take your time.              10:07:06

2        A    So I do not recall being interviewed for this  10:07:24

3    particular article.  But I did have many conversations

4    with its author, Garrett Therolf, from the L.A. Times,

5    some of which may be for this article.

6        Q    Okay.  If you turn to page two of the article,  10:07:40

7    the first full paragraph, you're quoted as saying,

8    quote, I'm not so naive to believe that we can solve

9    this instantly or overnight.  It took 50 years to get

10   here.  Hopefully, it won't take that long to resolve, I

11   think it's very important to get the word out as

12   aggressively and enthusiastically as we can that the

13   status quo is going to be mixed up around here.

14        Do you recall saying that?                    10:08:11

15        A    I recall making statements like that to him,  10:08:14

16   yes.

17        Q    Okay.  What did you mean when you said that the  10:08:16

18   status quo is going to be mixed up around here?

19        A    When this Guardian video came out, it caused a  10:08:33

20   quick steep learning curve for me to learn some of the

21   history.  And I had heard people from the community and

22   staff members, and all, tell me that there have been

23   conflicts and issues in the surfing culture for many,

24   many years, as many as 50 years or more.

25        And I just felt strongly that if that had been  10:09:07

                                                    Page 51
```

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 30 of 99  Page ID
#:8258
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 28 of 84  Page ID
#:5748

```
 1    the case for 50 years, I wasn't here then, but I'm here

 2    now, and we are going to protect those in the Lunada

 3    Bay.  And we will ensure that it's open to the public,

 4    and free of any kind of hazing or harassment that this

 5    article dealt with.

 6        Q    So were you unaware of this history before you   10:09:27

 7    became Chief?

 8        A    That's correct.                                   10:09:31

 9        Q    Do you believe that a certain level of localism  10:09:36

10    was tolerated before you became Chief?

11            MR. WORGUL:  I will object as vague and            10:09:45

12    ambiguous as to who tolerates localism.

13            THE WITNESS:  I think my understanding of          10:09:58

14    localism, as we have established my definition, I

15    believe occurs every where around the world where there

16    is surf and surfing.  And I believe that also occurred

17    in Lunada Bay as part of this surfing culture.  And so

18    that's what I was trying to address.

19    BY MS. WOLF                                                10:10:22

20        Q    Do you think it was tolerated by previous         10:10:22

21    chiefs and previous administration, city council and the

22    mayor?

23        A    No, I had heard that there was that perception.   10:10:33

24    But I was aware of the police department for many years

25    working very proactively to address and combat localism
```

Page 52

1    and ensure safety down in Lunada Bay.

2        Q     So when you say that the status quo is going to    10:10:48

3    be mixed up, if the status quo had been all ready to try

4    and prevent that behavior, what exactly did you mean by

5    that?

6        A     I was speaking about the perception, the          10:11:02

7    perception that maybe the police department or the city

8    doesn't do anything about it.

9        Q     And you wanted to change that perception?          10:11:09

10       A     Absolutely.                                        10:11:11

11       Q     But you thought the police had done something      10:11:13

12   about it in the past?

13       A     Well, I knew they had.  Because I had, you         10:11:17

14   know, seen files, and had talked to staff and learned as

15   much as I could after this video came out.  And so I

16   knew the police department had done some very good work

17   in the past on this.

18       Q     And you said you spoke with community members      10:11:35

19   and others in the department to learn the history about

20   the issue of localism at Lunada Bay; is that right?

21       A     Yes.                                               10:11:47

22       Q     Who did you speak with within your department?     10:11:48

23       A     So, as the Police Chief, I primarily interfaced    10:11:51

24   with the captains.  We have a chain of command.  Any and

25   all members can come talk to me, and I can talk to them.

                                                        Page 53

Exhibit E, page 185

```
 1      Typically, we worked through the chain of command.  So I

 2      spent most of the time talking to the captains.

 3          Q     Did you speak with anyone in the community?       10:12:35

 4          A     I've had conversations with residents from time  10:12:43

 5      to time.  But I can't tell you who or when.  Because

 6      it's just part of a daily routine.

 7          Q     Understood.                                        10:12:52

 8                Let's see, the article also says that, in the    10:12:57

 9      third paragraph down on the top of page two, the article

10      says, and Kepley said he hopes to make the first arrests

11      in years of one of the assailants.

12                Do you recall making a statement to that         10:13:16

13      affect?

14          A     I do.                                             10:13:19

15          Q     And why did you feel that it was important to    10:13:19

16      make an arrest?

17          A     Well, I thought it was more important to convey  10:13:27

18      my position that, if a criminal act occurred, that we

19      would act, that we would arrest, that we are there to

20      police and maintain public safety.

21                Because the perception was that we weren't.  So  10:13:41

22      my statement was more of a change statement, to change

23      perception, and tell the truth that, despite what people

24      may have heard or believed, the police department is

25      going to professionally police, and not condone, or
```

Page 54

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 33 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 286-1   Filed 07/14/17   Page 31 of 84   Page ID
#:5751

```
 1    tacitly approve or turn a blind eye to any wrongdoing in

 2    the bay.

 3         Q    Did you intend to make an arrest?              10:14:04

 4         A    Not me, personally.  Because I don't personally  10:14:06

 5    police.  But the officers working that area, absolutely,

 6    if there is a criminal offense, and it was an arrestable

 7    offense and the circumstances were appropriate for an

 8    arrest, absolutely.

 9         Q    Has an arrest been made?                       10:14:22

10         A    Yes.                                           10:14:24

11         Q    How many?                                      10:14:24

12         A    One that I am aware of.                        10:14:25

13         Q    Who was that?                                  10:14:27

14         A    I don't recall the name.                       10:14:34

15         Q    If I said the name, would it ring a bell?      10:14:38

16         A    It may.                                        10:14:41

17         Q    David Melo or Alan Johnston?                   10:14:42

18         A    I'm sorry, I don't recall the arrestee or the  10:14:48

19    defendant's name.

20         Q    That's fine.                                   10:14:52

21         A    But it was with respect to Ms. Reed's          10:14:53

22    complaint.

23         Q    Okay.  And we can get into that in a little    10:15:02

24    bit.

25              Do you know if the arrest resulted in a        10:15:11
```

Page 55

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 34 of 99   Page ID
#:8262
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 32 of 84   Page ID
#:5752

```
1    conviction?

2          A    It did not.                                    10:15:16

3          Q    Why was that?                                  10:15:17

4          A    The district attorney refused or declined to  10:15:17

5    file charges or prosecute the case.

6          Q    Do you know why the district attorney declined? 10:15:25

7          A    It's my understanding that the totality of the 10:15:29

8    information that was presented to the district attorney

9    included some witness statements that refuted the

10   victim's account of the way in which incidents occurred

11   on that particular day.

12         Q    Okay.  Why do you think it is that no arrests  10:15:46

13   had been made in a number of years prior?

14              MR. WORGUL:  Objection; argument.              10:16:06

15              MR. CAREY:  Lack of foundation.                10:16:07

16              MR. WORGUL:  Overbroad.                         10:16:10

17              MR. RICHARDS:  Los Angeles foundation.  And    10:16:12

18   it's calling for pure speculation.  As phrased, I'll

19   instruct him not to answer.

20              MS. WOLF:  On what grounds?                     10:16:19

21              MR. RICHARDS:  On the grounds that it's an     10:16:21

22   improper question.  There is no foundation for it.  It's

23   not reasonably calculated to lead to admissible

24   evidence.

25              MS. WOLF:  That is not an appropriate objection 10:16:29
```

Page 56

```
 1      to instruct someone not to answer.

 2              MR. RICHARDS:  You can reask the question in a    10:16:34

 3      way that he can answer it.

 4              MR. OTTEN:  Let him instruct.                     10:16:38

 5      BY MS. WOLF                                               10:16:46

 6          Q    Do you know whether an arrest had been made in  10:16:47

 7      the preceding five years for a surfer in Lunada Bay?

 8          A    I don't know.                                   10:16:55

 9          Q    Well, you said that you hoped to make the first 10:16:56

10      arrest in years.  So I assume at the time you gave --

11              MR. RICHARDS:  Objection; that's not what he     10:17:03

12      said.

13              MS. WOLF:  I'm not done with my question.        10:17:05

14              MR. OTTEN:  Let her finish the question.         10:17:07

15              MR. RICHARDS:  Quiet down.                       10:17:10

16              MR. WORGUL:  I am going to object.  There is     10:17:11

17      more than one plaintiff's attorney conducting the

18      deposition.  I believe we know, in most courts, only one

19      attorney is going to conduct the deposition for each

20      party.

21              MR. OTTEN:  Thank you, that was very helpful.    10:17:26

22              MS. WOLF:  Can I continue?                       10:17:28

23              MR. RICHARDS:  Go ahead.                         10:17:29

24      BY MS. WOLF                                              10:17:29

25          Q    In the article, it says that you had hoped to  10:17:30
```

Page 57

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 36 of 99   Page ID
#:8264
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 33 of 84   Page ID
#:5753

| | | |
|---|---|---|
| 1 | make the first arrest in years of one of the assailants. | |
| 2 | And you said you recall making that statement; correct? | |
| 3 | A    I do. | 10:17:40 |
| 4 | MR. RICHARDS:  I stand corrected.  You were | 10:17:41 |
| 5 | right. | |
| 6 | MS. WOLF:  Thank you. | 10:17:43 |
| 7 | MR. RICHARDS:  Sure. | 10:17:44 |
| 8 | BY MS. WOLF | 10:17:44 |
| 9 | Q    So why do you think it is, if you know, whether | 10:17:45 |
| 10 | -- sorry, let me say that again. | |
| 11 | Why do you think it is, if you know, that no | 10:17:53 |
| 12 | arrests had been made in years? | |
| 13 | A    Well, I don't know, if an arrest was not made, | 10:18:01 |
| 14 | why an arrest was not made.  I wouldn't know that. | |
| 15 | Again, the context of my statements was referring to | |
| 16 | public perception as it was conveyed to me that, you | |
| 17 | know, for years, nothing's been done. | |
| 18 | So I was trying to make a positive statement. | 10:18:21 |
| 19 | And I meant it, that this police department will | |
| 20 | proactively police, and we will be present.  And if | |
| 21 | there is criminal wrongdoing, we will make an arrest. | |
| 22 | Q    You also said, kind of, in the fourth | 10:18:43 |
| 23 | paragraph, fourth line, I guess, down, quote, we'll make | |
| 24 | an example of anyone who behaves criminally down there. | |
| 25 | Do you recall making that statement? | 10:18:55 |

Page 58

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 37 of 99   Page ID
#:8265
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 34 of 84   Page ID
#:5754

| | | |
|---|---|---|
| 1 | A    I do. | 10:18:56 |
| 2 | Q    And what did you mean by that? | 10:18:56 |
| 3 | A    Well, again, I was looking to make a statement | 10:19:00 |
| 4 | that I'm the Chief here, now.  And regardless of what | |
| 5 | you may think of what happened in the past, if someone | |
| 6 | commits an arrestable defense, we are going to make an | |
| 7 | arrest.  And we are going to prosecute a case. | |
| 8 | And that, you know, make an example of them.  I | 10:19:18 |
| 9 | was going to publicize it.  And let that be a lesson to | |
| 10 | anyone else who may, you know, do the same thing.  And | |
| 11 | so that was my intent by making those statements. | |
| 12 | Q    Why would you think that it would be important | 10:19:32 |
| 13 | to publicize any arrests? | |
| 14 | A    Again, to address public perception.  Because I | 10:19:40 |
| 15 | knew that the way the reporter was questioning me that | |
| 16 | there were folks out there -- and I knew this from my | |
| 17 | conversations with others -- there were folks out there | |
| 18 | that thought the police department wasn't doing enough. | |
| 19 | And I knew that the police department was very | 10:19:57 |
| 20 | committed and very engaged.  So I wanted to convey that | |
| 21 | to the viewing audience of this article, or any other | |
| 22 | articles. | |
| 23 | Q    And were you hoping that maybe there would also | 10:20:09 |
| 24 | be a deterrent effect? | |
| 25 | A    Certainly.  And I had hoped that, had an arrest | 10:20:14 |

Page 59

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 38 of 99   Page ID
#:8266
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 35 of 84   Page ID
#:5755

1   been made, that would have been the same effect.

2       Q    Okay.  Now, you said that there has been an        10:20:21

3   arrest since this time.  Do you think that your

4   department has made an example out of that person who

5   was arrested?

6       A    No.  We have not.                                  10:20:40

7       Q    And why is that?                                   10:20:44

8       A    Because, at the time that I could have made        10:20:47

9   that announcement, I had, at that point in time, already

10  been notified that the district attorney declined to

11  prosecute the case.

12      Q    At the time you made the arrest?                   10:21:00

13      A    No, at the time I would have announced the         10:21:01

14  arrest, I had been notified the DA refused or declined

15  to prosecute.

16      Q    What was the -- if you recall, what was the        10:21:11

17  time lapse between the time you made the arrest and

18  being notified that the district attorney was not going

19  to prosecute?

20      A    I don't recall.                                    10:21:20

21      Q    Was it a month or less?                            10:21:21

22      A    Probably, no more than a month, but probably       10:21:26

23  less.

24      Q    Okay.  And since making this statement that you    10:21:30

25  will make an example out of anyone who behaves

                                                    Page 60

```
1    criminally down there, do you think that your department
2    has made an example out of anyone who behaves criminally
3    down there?
4         MR. CAREY:  Objection; assumes facts not in      10:21:54
5    evidence, that someone has behaved criminally down
6    there.
7         MR. WORGUL:  Calls for speculation, vague and     10:22:00
8    ambiguous.
9         THE WITNESS:  No one particular example.          10:22:04
10   BY MS. WOLF                                            10:22:07
11      Q    Meaning that it's happened on numerous         10:22:09
12   occasions that you've made an example?
13      A    Meaning that there was no example where we went 10:22:15
14   out to the media to announce an arrest or publicize
15   policing action at the bay.
16      Q    Okay.  Did you subsequently receive any        10:22:25
17   backlash from the Palos Verdes Estates community in
18   response to your statements in this article?
19      A    Yes.                                           10:22:36
20      Q    Is it fair to say that some Palos Verdes       10:22:38
21   Estates residents don't view localism at Lunada Bay as a
22   problem?
23      A    I don't know if I can define the quantity of   10:22:52
24   some.  But yes.
25      Q    More than one?                                 10:22:57
```

Page 61

| | | |
|---|---|---|
| 1 | A    Yes. | 10:22:58 |
| 2 | Q    Okay.  I'm going to show you a document that | 10:23:17 |
| 3 | I'd like marked as Exhibit 4. | |
| 4 | (Exhibit 4   was marked for | |
| 5 | identification by the Certified Shorthand | |
| 6 | Reporter and a copy is attached hereto.) | |
| 7 | BY MS. WOLF | 10:23:33 |
| 8 | Q    And this appears to be a message that you | 10:23:36 |
| 9 | posted online through Next Door, on December 31st, 2015. | |
| 10 | Did you write this post? | |
| 11 | A    I did. | 10:23:47 |
| 12 | MR. FIELDS:  Excuse me, again, this is Mark | 10:23:50 |
| 13 | Fields.  Are there Bates stamped pages? | |
| 14 | MS. WOLF:  Sorry, yes, there are.  It's Bates | 10:23:56 |
| 15 | stamped CITY 1082. | |
| 16 | MR. FIELDS:  Can you give me that number again, | 10:24:00 |
| 17 | please? | |
| 18 | MS. WOLF:  CITY 1082. | 10:24:02 |
| 19 | THE WITNESS:  I did write this.  And this is | 10:24:05 |
| 20 | the article that I referred to in an earlier line of | |
| 21 | questioning. | |
| 22 | BY MS. WOLF | 10:24:10 |
| 23 | Q    Okay.  Was there anything that prompted you to | 10:24:10 |
| 24 | write this post? | |
| 25 | A    Yes, I feel, as Police Chief, serving the | 10:24:21 |

Page 62

Exhibit E, page 193

```
 1    going to acknowledge that.

 2    BY MS. WOLF                                    10:35:11

 3        Q    Okay.  And then page two of this exhibit, it's   10:35:13

 4    Bates stamped CITY 1083.  The top paragraph, the last

 5    sentence, you say, while this police department has been

 6    criticized for not taking it seriously, we have, over

 7    the years, done much to address the problem before I

 8    took over as Chief, likely not enough, though.

 9             What led you to that conclusion?      10:35:48

10        A    The Guardian video.  A lot of good work had   10:35:51

11    been done.  Prior chiefs have gone to council and sought

12    money for cameras.  And they've done different things in

13    the past.

14             My comment about likely not enough is that the   10:36:06

15    video shows there is some bullies confronting someone in

16    the bay.  And so that more work probably needs to be

17    done.

18        Q    Then on the last page of this exhibit, CITY   10:36:35

19    1084, the top paragraph, the last line, you write, as

20    the city's Police Chief, I will not condone or tacitly

21    approve of illegal conduct of any kind, regardless of

22    history, legacy or residency.

23             Have you ever asked -- I'm sorry, have you ever   10:37:06

24    been asked to do so, to condone or tacitly approve

25    illegal conduct?
```

Page 69

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 42 of 99   Page ID
#:8270
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 38 of 84   Page ID
#:5758

```
1        A    I've seen a lot of emails, as can you imagine.    10:39:17

2    If you would just give me a moment to peruse this.

3        Q    Take your time.                                   10:39:23

4        A    Yes, I remember reading that.                     10:40:07

5        Q    Okay.  And so he sent an email, which was page    10:40:08

6    two of this exhibit, CITY 1016.  His email went to the

7    city manager, the mayor, the city council.  And he said

8    that he is a life long Palos Verdes Estates resident and

9    was outraged by the recent events taken by our new, in

10   caps, Police Chief Kepley, end quote.

11            And he said that your statements to the media    10:40:37

12   about the local surf situation in the midst of a recent

13   crime spree are grounds for your termination.

14            Do you know what crime spree he is referring     10:40:49

15   to?

16       A    Yes.                                              10:40:51

17       Q    What is that?                                     10:40:51

18       A    In the last quarter of 2015, from mid August --  10:40:52

19   I'm sorry, mid October to the end of the year,

20   December 31st, we had, in the City of Palos Verdes

21   Estates, increase or had seen an increase in residential

22   burglaries.

23            We were inundated, if you will, with organized   10:41:08

24   criminal gangs or gang-affiliated criminal groups that

25   were coming up from south Los Angeles in teams of three
```

Page 71

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 43 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 282-1   Filed 07/14/17   Page 39 of 84   Page ID
#:5759

1      or four, very well dressed, driving nice cars.  And they

2      were committing multiple residential burglaries per day

3      in a city that generally sees between zero and three

4      burglaries a month.  In December, we faced 25 or 30.

5              So we were working very, very hard at trying to    10:41:38

6      address this onslaught of burglaries within our

7      community.  Some of the burglary victims were having

8      losses of $200,000 or more.  And so it was a huge

9      community issue.

10             One in which I was also publicly messaging,        10:41:58

11     attending meetings, educating crime prevention, all of

12     those things.  And so I think this gentleman was making

13     a judgment about my participation in the bay issue in

14     the midst of the crime issue.

15         Q     He also --                                       10:42:22

16         A     If I could just, I'm sorry --                    10:42:23

17         Q     Of course.                                       10:42:25

18         A     If I could just elaborate.  As the Police        10:42:25

19     Chief, I don't get to pick and choose.  I police

20     everything, no matter what comes our way.  And it was

21     just as important for me to become vigilant and public

22     and engaged and focused on the burglary problem as it

23     was to address the surfer program.

24         Q     Understood.  Thank you.                          10:42:45

25             He also accused you of, quote, railroading the     10:42:46

                                                                 Page 72

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 44 of 99   Page ID
#:8272
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 40 of 84   Page ID
#:5760

```
 1    you be terminated?

 2        A    No.                                              10:47:20

 3        Q    Okay.  I'm going to ask that this document be    10:47:27

 4    marked as Exhibit 6.

 5             (Exhibit 6    was marked for

 6             identification by the Certified Shorthand

 7             Reporter and a copy is attached hereto.)

 8    BY MS. WOLF                                               10:47:31

 9        Q    Wait, I think I just lost my copy.              10:47:41

10             Thank you.                                       10:47:48

11             This is an email.  It's Bates marked CITY 996.   10:47:59

12    It's an email -- well, it's an email stringer.  And the

13    top email is from Anton Dahlerbruch to Michael Papayans.

14    The date is February 8th, 2016.  And you're cc'd on this

15    email.

16        A    Uh-huh.                                          10:48:22

17        Q    Turning to an email that Mr. Papayans sent.     10:48:25

18    It's page two of this exhibit.  It's Bates CITY 997.  He

19    starts out by -- he is writing to the mayor, mayor pro

20    tem, city council, and the city manager, on

21    February 7th, 2016.

22             And he says that he is writing this letter,      10:48:49

23    quote, to voice my disgust with the way our police

24    resources are being utilized by the current Police Chief

25    Kepley.  He states that he has lived and surfed in the
```

                                                    Page 76

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 45 of 99   Page ID
#:8273
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 41 of 84   Page ID
#:5761

```
 1    community for over 40 years, but is upset that there

 2    were policing efforts aimed to curb localism.  He also

 3    referenced other surfing communities that he believes

 4    were adversely affected by outsiders.

 5         Mr. Dahlerbruch responded, on page one of this      10:49:18

 6    exhibit, in part, by saying that the attention on the

 7    safety of Lunada Bay surfers has been fostered by the

 8    media and interested individuals and the coastal

 9    commission.

10         He also states that police patrols of the beach     10:49:35

11    may increase from time to time for safety.

12         Do you recall receiving these emails?               10:49:41

13     A    I do.                                               10:49:44

14     Q    Did you ever have a conversation, with anyone      10:49:45

15    from the city, about these emails?

16     A    I may have had a conversation with the city        10:49:51

17    manager.  But no one else in the city.

18     Q    Okay.                                               10:49:55

19     A    If I could just clarify.  No one else in the       10:49:59

20    city in a leadership role, like, the city council

21    members.  I may have had conversations with my staff

22    about these emails, but I never spoke directly with city

23    council about this.

24     Q    Did you ever have a conversation with              10:50:13

25    Mr. Papayans about his email?
```

Page  77

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 46 of 99   Page ID
#:8274
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 42 of 84   Page ID
#:5762

```
 1        A    I don't recall that, no.                    10:50:16

 2        Q    Are you aware that his son is a defendant in  10:50:17

 3   this case?

 4        A    No.                                          10:50:21

 5        Q    Okay.  And when you said you had a           10:50:21

 6   conversation, or you may have had a conversation, with

 7   the city manager about this, do you recall when that

 8   occurred?

 9        A    No.  And I say may, because I don't have any  10:50:31

10   specific recollection.  But we speak daily on a myriad

11   of issues.  And during this time, we were speaking a lot

12   about these matters.

13        Q    Do you agree with Mr. Dahlerbruch's response  10:50:43

14   that the attention on the safety of Lunada Bay surfers

15   has been fostered by the media and interested

16   individuals and the coastal commission?

17        A    I think, to some extent, there is some absolute  10:50:58

18   truth in that, that that was one of the reasons we were

19   doing what we were doing.  But that is secondary to just

20   the need to ensure public safety.

21        Q    He said that the police patrols of the beach  10:51:17

22   may increase from time to time for safety.  Has that

23   been the case?

24        A    Yes.  Patrols in the surfing areas increased  10:51:23

25   during peak surf season, and decline a little bit when
```

Page 78

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 47 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 62-75   Filed 07/14/17   Page 43 of 84   Page ID
#:5763

```
 1    there is no surfers in the water, or no surfing

 2    activity, or no other persons in that area to police.

 3         Q    Okay.  I'm going to ask that this be marked as   10:51:42

 4    Exhibit 7.

 5              (Exhibit 7   was marked for

 6              identification by the Certified Shorthand

 7              Reporter and a copy is attached hereto.)

 8    BY MS. WOLF                                              10:52:00

 9         Q    This is Bates stamped CITY 989.  It's an email  10:52:14

10    string and a letter.  And the first email is from Anton

11    Dahlerbruch to Bianca Santos.  You're cc'd as a

12    recipient.  And the date of the email is February 9th,

13    2016.

14              Do you want to take a second to look it over?   10:52:37

15         A    Thank you.  Okay.                              10:52:40

16         Q    Do you recall receiving this email from        10:53:12

17    Mr. Dahlerbruch?

18         A    Yes.                                           10:53:15

19         Q    Did you ever read Ms. Santos's letter that's   10:53:17

20    referenced here?

21         A    I did.                                         10:53:21

22         Q    She says that she has lived in Palos Verdes    10:53:22

23    Estates her entire life.  And that her husband is

24    uncomfortable because of new police policies.  And that

25    he grew up surfing in and around Lunada Bay.
```

Page 79

```
 1              Did you ever have a conversation with            10:53:37

 2   Ms. Santos or her husband after you received her letter?

 3      A    I don't believe I spoke to them afterwards.          10:53:43

 4   But I do recall speaking to him in Lunada Bay, which is

 5   what her letter was about.

 6      Q    You recall speaking with her husband?               10:53:54

 7      A    Yes.                                                 10:53:56

 8      Q    What do you recall that conversation was about?     10:53:56

 9      A    The conversation was community outreach.  It        10:54:02

10   was positive.  It was pleasant.  He was positive and

11   pleasant.  This letter is completely out of character to

12   what occurred there, fabrication.

13           There was no rudeness, no, as I'm described, as     10:54:15

14   annoyingly listening to a complaint.  I was very

15   interested in listening to a complaint and addressing

16   any concerns.

17           I may not recall specifically what was spoken       10:54:36

18   about, but I recall the conversation was pleasant.  It

19   was brief.  It was just one of outreach, support.  Hey,

20   if you know anything, let us know.  We are out here to

21   protect everyone.  If you see anything else, let us

22   know.  One of those kind of conversations.

23      Q    So is it accurate to say you were surprised by      10:54:55

24   her letter?

25      A    Very much so and offended.                          10:54:59

                                                           Page 80
```

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 49 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 82-17   Filed 07/14/17   Page 45 of 84   Page ID
#:5765

| | | |
|---|---|---|
| 1 | Q    What offended you about the letter? | 10:55:01 |
| 2 | A    Just the untruthfulness about it. | 10:55:03 |
| 3 | Q    Did you ever have a conversation, with anyone | 10:55:08 |
| 4 | from the city, about Ms. Santos's letter? | |
| 5 | A    Well, same as before.  I may not recall | 10:55:15 |
| 6 | specifically a date and time I may have talked about | |
| 7 | this issue.  But I, likely, talked about it with the | |
| 8 | city manager and the two captains. | |
| 9 | Q    Would it be fair to say that Ms. Santos was not | 10:55:32 |
| 10 | pleased with any efforts the city may have taken to | |
| 11 | prevent surfing localism? | |
| 12 | A    I don't know.  I suppose someone could make | 10:55:45 |
| 13 | that conclusion. | |
| 14 | Q    Okay.  I'd like to have this marked as | 10:55:48 |
| 15 | Exhibit 8. | |
| 16 | (Exhibit 8    was marked for | |
| 17 | identification by the Certified Shorthand | |
| 18 | Reporter and a copy is attached hereto.) | |
| 19 | BY MS. WOLF | 10:56:03 |
| 20 | Q    This is Bates stamped CITY 323.  And it's a | 10:56:11 |
| 21 | letter from Paul S. to Tony Dahlerbruch.  Have you seen | |
| 22 | this letter before?  Take a second to read it over. | |
| 23 | A    Thank you. | 10:56:27 |
| 24 | Okay.  I recall seeing this. | 10:57:16 |
| 25 | Q    Okay.  So it's from Paul S., a 45 year Lunada | 10:57:17 |

Page 81

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 50 of 99   Page ID
#:8278
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 46 of 84   Page ID
#:5766

```
 1    Bay resident, to the city manager.  He is complaining

 2    that, quote, Chief Jeff Kepley and his bay boy vendetta

 3    is undermining our tight knit Lunada Bay community, end

 4    quote.  And that, quote, we are asking for his prompt

 5    resignation.

 6            He also complains about the expenditure of      10:57:40

 7    police resources to patrol Lunada Bay.

 8            Did you ever have a conversation with Paul S.    10:57:47

 9    about this letter?

10        A    No.                                            10:57:49

11        Q    Did you ever have a conversation, with anyone  10:57:51

12    from the city, about this letter?

13        A    Perhaps the city manager and the two captains. 10:57:55

14        Q    Do you recall what the content of those        10:58:00

15    conversations was?

16        A    I recall, at a certain point in time, conveying 10:58:06

17    to the captains that there are people that are not happy

18    with what we're doing.  But we have to do the right

19    thing.  And we will police the bay.  And we will ensure

20    public safety.

21            We will be engaged.  And we will be visible.    10:58:23

22    And we will be criticized.  And it was a pep talk for

23    them to convey to their troops, to the officers, that

24    there are critics in our community.  It's a brightful,

25    beautiful community.
```

Page 82

1    And most members of the community don't          10:58:38

2    perceive it to have problems, or want problems, or have

3    the city's business or name in the newspaper or the news

4    or on the radio.

5          It's a private, quiet little community.  And    10:58:49

6    some residents, by letters like this during that time

7    frame, expressed disagreement with the way in which I

8    was publicly addressing the issue at hand.

9    Q    And did you say you had that conversation with    10:59:05

10   the city manager or people within your department?

11   A    I had that conversation with the captains.  And   10:59:12

12   as these emails were coming from the city manager, being

13   copied to me, as he was replying to some of these

14   emails, we meet weekly.  And we talked about matters of

15   the day.

16         And I'm sure we discussed this.  And he too was   10:59:29

17   very supportive of what we were doing in terms of being

18   engaged, in being visible, and trying to ensure public

19   safety.

20   Q    Was the captain's response similar to that of     10:59:44

21   the city manager of being supportive?

22   A    Absolutely.                                       10:59:52

23   Q    I'd like to mark this document as Exhibit 9.      11:00:09

24         (Exhibit 9    was marked for

25         identification by the Certified Shorthand

                                                    Page 83

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 52 of 99   Page ID
#:8280
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 48 of 84   Page ID
#:5768

```
 1              Reporter and a copy is attached hereto.)

 2    BY MS. WOLF                                          11:00:12

 3       Q    This is Bates stamped CITY 317.  It's a letter  11:00:23

 4    dated February 17, 2016 to the Palos Verdes Estates city

 5    council from Mr. and Mrs. White, John Robert White and

 6    Marilyn M. White.

 7              Have you ever seen this letter before?     11:00:41

 8       A    I do not recognize this.                     11:00:42

 9       Q    Do you want to take a quick second to read it  11:00:46

10    over?

11       A    Sure.  Thank you.                            11:00:51

12       Q    In this letter, these two Palos Verdes Estates'  11:00:59

13    residents state that, quote, our current Chief is

14    focused on something that has never been an issue, end

15    quote.  And, quote, as residents of Lunada Bay since

16    1960, we would like the city council to end this.

17              Did you ever have a conversation with Mr. or  11:01:18

18    Mrs. White after you received this letter?

19       A    No.                                          11:01:22

20       Q    Did you ever have a conversation, with anyone  11:01:23

21    from the city, about this letter?

22       A    No.                                          11:01:26

23       Q    Okay.  I'd like to have this marked as       11:01:27

24    Exhibit 10.

25              (Exhibit 10   was marked for

                                                      Page 84
```

```
 1    people and have a relationship and have some

 2    cooperation, if you will.  And even in hardened gangs,

 3    we have to have those relationships in place.

 4          And I didn't want to jeopardize any preexisting   11:03:41

 5    relationships or relationships we may form in the future

 6    to gain compliance to whatever issue was down there.  I

 7    was a little bit guarded in that context, that I wanted

 8    to preserve any opportunity to work collaboratively, to

 9    kind of have a common understanding and give our

10    expectations what was lawful, appropriate, in terms of

11    conduct in the Lunada Bay area.

12    Q    Okay.  And why were you concerned about          11:04:09

13    alienating bay boys?

14    A    Well, I think I didn't then, and I really don't  11:04:22

15    know who all uses that name "bay boy."  But in the

16    context of the issue at hand, just like I previously

17    explained, I didn't want to alienate anybody that would

18    be engaged in any kind of policing action.

19          Because we often seek to gain compliance first,  11:04:40

20    before we ever have to resort to handcuffs.  And so the

21    alienation was speaking to that.

22    Q    Okay.  So is it your department's policy to       11:04:50

23    always try to work collaboratively before you cite or

24    arrest someone for a violation of the penal code, or

25    city ordinance or any other law?
```

Page 86

```
 1    policy or procedure?

 2         A    Right.                                    11:06:47

 3         Q    Now, going back to that December 30th, 2015   11:06:57

 4    article, L.A. Times article, where you are quoted as

 5    saying that you wanted to make an arrest.  At some

 6    point, did you attempt to clarify that statement with

 7    the media regarding your desire to make an arrest at

 8    Lunada Bay?

 9         A    I likely did.  I had many conversations with a   11:07:16

10    reporter for the L.A. Times and a reporter from The

11    Daily Breeze.  Although, I don't recall a specific time

12    and place where I may have done that, it's likely I did.

13         Q    Why did you feel the need to do that?     11:07:32

14         A    Well, I was trying to address publicity.  I was   11:07:36

15    trying to address perception.  And, you know, we try to

16    strike a good balance in everything we do.  And I think,

17    for a period of time there, I started thinking maybe we

18    are a little bit off balance, maybe the perception was

19    we are heavy handed or too eager to make an arrest for

20    self promotion reasons.

21         I didn't believe anything that I read.  But I    11:08:05

22    knew that others may.  And I wanted to address that

23    perception.

24         Q    And was that perception based, in part, on some   11:08:11

25    of the letters that the city was receiving?
```

Page 88

| | | |
|---|---|---|
| 1 | A    Yes. | 11:08:15 |
| 2 | Q    Anything else? | 11:08:16 |
| 3 | A    No. | 11:08:17 |
| 4 | Q    And I believe you had mentioned that you had | 11:08:35 |

5  spoken with a reporter at The Daily Breeze to clarify

6  some of your previous statements.  And I believe that

7  they had published an article, in or around February of

8  2016, where you had said that you were trying to work

9  with the surfers collaboratively.  And expressed the

10  importance of acting properly and taking the right

11  approach to out-of-town surfers, and not crossing the

12  line.

13        Does that sound -- does that refresh your        11:09:06

14  recollection as to your conversation with the reporter?

15     A    Yes.                                            11:09:16

16     Q    Okay.  And it sounds like you had a change of   11:09:17

17  heart almost, in not wanting to mix up the status quo at

18  that point which is what you had said earlier, changing

19  from mixing up the status quo to collaborating; is that

20  correct?

21     A    No.  I wouldn't say that's accurate.  If -- it  11:09:38

22  really wasn't going so far as to change my position, to

23  retract my belief that the status quo is here to get

24  changed.

25        But I felt, at the time, that the media was       11:09:55

Page 89

```
 1    very much driving these articles.  They were kind of

 2    relentlessly hounding us for statements and producing

 3    stories frequently.  And, you know, for a time, given

 4    some of the community push back and discussions with my

 5    city manager, I thought, you know, I want to be

 6    perceived accurately.  I want to be perceived as fair,

 7    engaged and committed to the community for public

 8    safety.

 9         But I don't want them to think I'm some          11:10:28

10    reckless, lawless guy trying to boast a name for

11    himself.  That's not what I was doing.  And I think some

12    of the articles were biased.  And that's what we were

13    trying to promote.

14    Q    And I believe that you also said, in your        11:10:57

15    discussions with that reporter from The Daily Breeze,

16    that threatening arrests in Lunada Bay would be

17    inflammatory to the surfers and would cause a rift.  And

18    you can't have that right now.

19         Do you recall making statements to that effect?  11:11:11

20    A    I did.  And that, again, goes back to the need   11:11:13

21    to be firm about what the expectations are down there in

22    terms of legal and proper conduct.  But, at the same

23    time, be able to maintain those lines of communication

24    and not alienate as I referred to it at another point in

25    time.
```

Page 90

```
 1              And so I think, in terms of what I was        11:11:31

 2     communicating, at that time, that was my concern.

 3         Q    And why were you concerned about a rift between 11:11:41

 4     the police and the surfers?

 5         A    Because I wanted cooperation.  I wanted        11:11:52

 6     compliance.  I wanted safety.  I want the beach to be

 7     open to everyone.  And I wanted, if there were to be any

 8     criminal activity down there, I wanted it to be

 9     eliminated first through compliance and cooperation.

10     And lastly, if need be, through arrests.  Whereas, I

11     think the articles had that reversed.

12         Q    And when you said, I can't have that right now, 11:12:23

13     I can't have a rift right now, what did you mean by

14     that?

15         A    Well, we were at the point where, I think, my   11:12:29

16     staff was out there trying to build relationships and

17     trying to gain compliance and cooperation.  And I didn't

18     want to jeopardize that.

19         Q    And was your desire to clarify the perception,  11:12:46

20     was that based upon the letters that you received from

21     the community?  Or was it based upon conversations that

22     you had with members who were in positions of city

23     leadership?

24         A    I never talked to anyone at city council.  But  11:13:06

25     part of that was a result of my conversation with my
```

Page 91

1    city manager, my boss.  It wasn't a direction.  It was

2    just conversation.

3           But it was also as a result of reading the          11:13:15

4    newspaper articles that were focusing on that and

5    articles on the Internet as far away as Australia,

6    boasting about this Police Chief can't wait to make an

7    arrest.  And I thought that's just hype.  The media is

8    hyping this up.  And I need to put it back into

9    perspective.

10       Q    What were the conversations with the city          11:13:37

11   manager about?

12       A    Just me expressing my concern to him that, what    11:13:42

13   I believe in, and what I said, and what I'm trying to do

14   is being hyped and spun up and used for publicity.

15       Q    Did he have similar concerns?                      11:13:56

16       A    I think so.                                        11:13:57

17       Q    Did he express that to you?                        11:13:58

18       A    He did.  I don't know specifically what he         11:14:03

19   said, but he concurred.

20       Q    Did he believe it was a problem?                   11:14:08

21       A    I don't know.                                      11:14:12

22       Q    Did he want you to clarify it with the media?      11:14:13

23       A    He concurred with my plan to do so.  He didn't     11:14:18

24   necessarily direct me to do that, or express an order,

25   if you will.  But he concurred that I was doing the

Page 92

```
 1    right thing.

 2        Q    Okay.  I think you also said in that article    11:14:30

 3    that many of the officers that have been with the Palos

 4    Verdes Estates Police Department have been there over 20

 5    years.  And they know the surfers.  And that

 6    establishing relationships, when possible, is effective

 7    policing.

 8             Do you recall saying that?                      11:14:53

 9        A    No.  But that's something I've said many times. 11:14:55

10        Q    Okay.  And do you think that establishing       11:14:58

11    relationships is more effective policing than arresting

12    someone who has perhaps crossed the line and make an

13    example out of them?

14             MR. WORGUL:  Objection; incomplete              11:15:14

15    hypothetical.

16             MS. LUTZ:  Join.                                11:15:23

17             THE WITNESS:  We do both.  We have effective    11:15:23

18    relationships for those that might be engaged in

19    non-public issues.  But when they cross the line and an

20    arrest is appropriate, we make the arrest.  We don't

21    preclude an arrest based on a preexisting relationship.

22    We do the right thing.

23    BY MS. WOLF:                                             11:15:37

24        Q    You said some of these police officers have     11:15:38

25    been with the police department for over 20 years.  To
```

Page 93

```
1          Q     Okay.  And do you, as you sit here now, do you    11:16:49

2     believe that it can be dangerous if police officers

3     establish more of a buddy relationship with the people

4     they are trying to police?

5               MR. WORGUL:  Objection; calls for speculation,     11:17:07

6     incomplete hypothetical.

7               THE WITNESS:  Based on my experience, it could     11:17:13

8     represent an increased challenge for that officer to

9     make an arrest if he had a buddy relationship.  So in

10    that context, yes.  But it's important to have those

11    relationships in place.

12    BY MS. WOLF                                                  11:17:31

13         Q     And do you think -- do you have any concerns      11:17:32

14    that your officers have established a buddy relationship

15    with any of the surfers at Lunada Bay?

16         A     I don't have any information that suggests that   11:17:41

17    there is buddy relationships that would inhibit an

18    officer's ability to enforce the law.

19               MR. WORGUL:  I will interpose a late objection;   11:17:57

20    that it's vague and ambiguous as to what a buddy

21    relationship is.

22    BY MS. WOLF                                                  11:18:07

23         Q     I'm going to ask that this email be marked        11:18:27

24    Exhibit 11.

25               (Exhibit 11   was marked for
```

                                                           Page 95

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 61 of 99   Page ID
#:8289
Case 2:16-cv-02129-SJO-RAO   Document 270-5   Filed 07/14/17   Page 50 of 84   Page ID
#:5770

| | | |
|---|---|---|
| 1 | identification by the Certified Shorthand | |
| 2 | Reporter and a copy is attached hereto.) | |
| 3 | BY MS. WOLF | 11:18:34 |
| 4 | Q    It's CITY 1402.  It's an email, or a string of | 11:18:36 |
| 5 | emails, on February 8th, 2016, between you, Anton | |
| 6 | Dahlerbruch, Tony Best, Mark Velez, and it looks like | |
| 7 | Greg Robinson at the top. | |
| 8 | A    Uh-huh. | 11:19:12 |
| 9 | Q    This appears to be a statement sent from the | 11:19:15 |
| 10 | city manager to you, and several others, that he wanted | |
| 11 | posted on the police department's website.  Have you | |
| 12 | seen this statement before? | |
| 13 | A    I have. | 11:19:25 |
| 14 | Q    Did you have any input in drafting that | 11:19:29 |
| 15 | statement? | |
| 16 | A    Yeah, I believe the city manager may have | 11:19:34 |
| 17 | performed a few edits, if you will, and then returned it | |
| 18 | back to me to post.  I think I may have proposed it to | |
| 19 | him, a statement to place on our website as part of our | |
| 20 | public education campaign. | |
| 21 | We did a similar methodology of some card we | 11:19:54 |
| 22 | gave to people surfing in the area, parking in the area. | |
| 23 | So yeah, I think that was something the city manager | |
| 24 | sent to me as a result of him looking at something I | |
| 25 | sent to him. | |

Page 96

Case 2:16-cv-02129-SJO-RAO Document 305-8 Filed 07/31/17 Page 62 of 99 Page ID
Case 2:16-cv-02129-SJO-RAO Document 283-9 Filed 07/14/17 Page 51 of 84 Page ID
#:5771

```
 1        Q     Is it your position that you drafted this        11:20:08

 2    statement?

 3        A     I drafted a statement for the website.  And      11:20:10

 4    this looks like that statement that was returned to me.

 5        Q     Okay.  Do you know what his edits were; do you    11:20:20

 6    recall?

 7        A     No.                                               11:20:27

 8        Q     The statement references renewed attention on     11:20:31

 9    the safety of Palos Verdes Estates beaches.  And it says

10    that, quote, we want to ensure our residents and the

11    public can enjoy areas, such as Lunada Bay, in peace.

12    As such, police patrols of our beach areas may increase

13    from time to time.

14              Was anything else done in addition to            11:20:52

15    occasional police patrols to ensure the safety of Lunada

16    Bay?

17        A     Yes, but I don't want to minimize the benefit    11:21:08

18    or value of those extra patrols.  Because we have, over

19    500 times, a police officer has parked and stood over

20    and looked down the ledge to the surfers to provide

21    oversight and police the area, if you will.

22              And so we did that, and continue to do that.     11:21:29

23    And not just in Lunada Bay, but all of our coastline

24    surf areas.  We also produced a cardboard flier, if you

25    will, that encouraged surfers or others to feel
```

Page 97

```
 1   comfortable and report crimes or incidents that may have

 2   occurred in the surfing areas.

 3       Q    Was there anything else?                      11:21:59

 4       A    We parked a police car in the area of Lunada  11:22:04

 5   Bay with the LED display message in the rear window that

 6   displayed a similar localism message requesting anyone

 7   with information, or had been victimized, or otherwise

 8   had incidents occur to them, we encouraged them to

 9   report it to the police department.

10           Again, we historically have had very few       11:22:29

11   reports.  Here, these things happen.  So we are trying

12   to encourage those to be reported so that we can

13   investigate them and ensure public safety.

14       Q    Okay.  Now, you said that you've had patrol    11:22:46

15   cars parked at the ledge.  And it's happened on

16   approximately 500 occasions.  What's the time frame for

17   that?

18       A    Well, in terms of time frame, can you just     11:23:03

19   clarify what you mean by that?

20       Q    I'm just following up.  When you say it's       11:23:11

21   happened about 500 times where the police officers have

22   gone out there and parked on the ledge and patrolled the

23   bluffs, I'm wondering, you said 500 times, what's the

24   time frame for that?

25       A    That would be since The Guardian video,        11:23:26
```

Page 98

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 64 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8292   Filed 07/14/17   Page 53 of 84   Page ID
#:5773

```
 1    whatever date that was, and this became an identified

 2    issue for us today.  And further, with respect to time

 3    frame, those occurred throughout each day.  Not once per

 4    day.  Sometimes, multiple times per day.  Obviously,

 5    during daytime hours, when there is some benefit to look

 6    over the ledge and see who might be down below.  It's

 7    not lighted at night.

 8         Q    Do you know if the officers ever went down to    11:23:57

 9    the beach on any of those occasions?

10         A    Yes.                                             11:24:03

11         Q    Do you know, approximately, how many times they  11:24:04

12    would do that?  Was it more typical for them to just

13    stand at the top?  Or would they go down every time?

14         A    It's more typical for them to stand at the top.  11:24:13

15    They have gone down to the beach.  I don't know how many

16    times.

17         Q    Now, you said that you also had officers         11:24:21

18    distributing cards to encourage surfers to report

19    crimes.  When did that happen?

20         A    About the same time that this became -- we       11:24:31

21    became aware of as a result of The Guardian video, we

22    formulated somewhat of a response plan.  And that was

23    included in that response plan.

24         Q    Do you know how many cards were distributed?     11:24:47

25         A    Hundreds.  But I don't know how many.            11:24:50
```

Page 99

| | | |
|---|---|---|
| 1 | Q    Do you know on how many occasions they were | 11:24:52 |
| 2 | distributed? | |
| 3 | A    I do not.  Because they were distributed to the | 11:24:56 |
| 4 | police officers to pass out to folks in the community | |
| 5 | when they were on their patrols and doing their bay | |
| 6 | checks.  So I don't.  I never received a report of how | |
| 7 | many per day or per month were passed out. | |
| 8 | Q    Did you say Bates check? | 11:25:12 |
| 9 | A    Bay checks. | 11:25:15 |
| 10 | Q    Sorry. | 11:25:16 |
| 11 | A    Lunada Bay checks. | 11:25:17 |
| 12 | Q    Got it.  Are they still distributing the cards, | 11:25:19 |
| 13 | currently? | |
| 14 | A    They still have them to distribute.  I don't | 11:25:23 |
| 15 | know how frequently they get distributed. | |
| 16 | Q    And were they distributing them within the | 11:25:32 |
| 17 | community only?  Or was there any effort to distribute | |
| 18 | these outside of the community? | |
| 19 | A    There was no effort to distribute them outside | 11:25:39 |
| 20 | of the community.  It was primarily folks in the surfing | |
| 21 | area where witnesses, or victims, or surfers that may be | |
| 22 | engaged in any kind of issues would receive these cards. | |
| 23 | And it was an educational outreach program. | |
| 24 | Q    When you said that you had parked, I'm sorry, | 11:25:56 |
| 25 | an officer had parked a cruiser with the LED display, | |

Page 100

```
1       Q    Yes.                                    11:27:27

2       A    It is still in use.  We have received feedback  11:27:27

3   that it's a little difficult to read.  So we don't rely

4   on it as much as we once did.  But it does go out

5   occasionally.  It's used for other messages in the

6   community, as well, traffic safety messages.

7       Q    That's just one cruiser that has the LED    11:27:46

8   display?

9       A    Yes.                                    11:27:49

10      Q    I'd like to mark this as Exhibit 12.  It's    11:28:16

11  Bates stamped CITY 1487.

12      A    May I ask if you have plans to break for lunch  11:28:24

13  soon?  If not, I would ask for a brief break.

14          MS. WOLF:  It's up to you.  I was planning on    11:28:29

15  breaking for lunch at noon, in a half an hour.  If you

16  would like to take a break right now, that would be

17  fine.

18          THE WITNESS:  Five-minute break would be    11:28:42

19  appreciated.

20          MS. WOLF:  Absolutely.                     11:28:44

21          THE VIDEOGRAPHER:  Off the record at 11:28 p.m.  11:28:47

22          (Recess taken.)                          11:39:47

23          THE VIDEOGRAPHER:  We are back on the record at  11:40:02

24  11:40 a.m.

25          (Exhibit 12  was marked for
```

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 67 of 99   Page ID
#:8295
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 55 of 84   Page ID
#:5775

1    reporting.  Because, when I looked into this, I was told

2    by the captains that maybe there are more incidents than

3    are being reported to us.

4           So any time there are incidents where, maybe,    11:49:36

5    there are crime victims that are victimized, that are

6    not being brought to our attention so we can serve their

7    needs and police our community, it's concerning to a

8    police chief.

9        Q    And you said, in the past, you had concerns of   11:49:50

10   perhaps that there were issues unreported.  Do you still

11   have that concern now?

12       A    I don't know for the time being.  Again, it's    11:49:57

13   cyclical.  It's seasonal.  And I don't believe there has

14   been any activity down there.  We've seen very, very low

15   attendance of any water recreational activities

16   throughout the summer.  I may have that concern as the

17   traffic picks up this next surf season.

18       Q    And the surf season in Lunada Bay is,            11:50:18

19   approximately, October to March; is that right?

20       A    Roughly.  It really picks up around December.    11:50:24

21       Q    You also referenced results of the patrol        11:50:35

22   checks as part of your belief that perhaps there is

23   media hype to this issue.  What were the results of the

24   patrol checks that led you to believe this?

25       A    Well, at some point in time, fairly recently,    11:50:51

                                                                Page 109

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 68 of 99  Page ID
#:8296
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 56 of 84  Page ID
#:5776

```
1    within the last six months or so, I received a report

2    that our patrol officers had checked the bay 400 times

3    and have not had any, during those incidents, had not

4    had one incident where they observed suspicious or

5    criminal activity, or had anything reported to them,

6    with the exception of the plaintiff's case, Ms. Reed's.

7         They happened to be in the area that day, which    11:51:20

8    I might add was one of the reasons we deployed it for

9    high visibility and for proactive policing.

10   Q    So the report you received was discussing the      11:51:31

11   results of patrol checks from the prior six months?

12   A    Right.                                              11:51:40

13   Q    And when was the report -- when did you receive     11:51:41

14   the report?

15   A    I don't know the date.  And it was a verbal         11:51:44

16   report.  It wasn't anything official.  It was just the

17   captains and I meet weekly, and we talk about matters,

18   current events.  And it was just a conversation how

19   things are going, what's going on with the bay checks,

20   we've done 400 and nothing to report.

21   Q    Was that report given to you this month or          11:52:00

22   within the past couple of months?

23   A    It was sometime in the past six months.  And,       11:52:06

24   I'm sorry, I don't recall the date.

25   Q    Okay.  And they had checked the bay 400 times,      11:52:12
```

Page 110

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 69 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 289-7   Filed 07/14/17   Page 57 of 84   Page ID
#:5777

```
1    is that 400 times during that six-month reporting

2    period?

3         A    No, I believe it was a period prior to that.    11:52:22

4    And I don't know what the date range was.  But it was

5    given to me as a sense of measurement that, of the 400

6    checks, they had not identified any criminal activity or

7    had anybody come to report criminal activity.

8         Q    During the patrols?                             11:52:42

9         A    During the 400 times that the bay was checked.  11:52:44

10        Q    Is it part of the goal of the patrols to show a 11:52:48

11   presence and perhaps act as a deterrent?

12        A    Yes.                                            11:52:57

13        Q    And so is it surprising to you that they didn't 11:52:57

14   observe any incidents while they were present?

15        A    It's not shocking or surprising.  But it's      11:53:08

16   difficult to assert that is the reason there was no

17   criminal activity during that time.  Because the

18   officers are there providing that deterrent, or if there

19   was no criminal activity down there.

20        Q    But certainly, it's one of the goals of the     11:53:27

21   patrol, to be visible and patrol?

22        A    Absolutely.                                     11:53:33

23        Q    You previously worked with Palos Verdes Estates 11:53:43

24   interim police chief in La Habra; is that right?

25        A    No.  I did not ever work with him.             11:53:52
```

Page 111

Exhibit E, page 213

| | | |
|---|---|---|
| 1 | Q    Were you there at the same time? | 11:53:56 |
| 2 | A    No. | 11:53:57 |
| 3 | Q    Okay.  The interim police chief for Palos | 11:53:58 |
| 4 | Verdes Estates did work at La Habra prior to taking the | |
| 5 | role as interim chief; is that right? | |
| 6 | A    So the interim chief that you are referring to, | 11:54:09 |
| 7 | Dave Winneg, was the interim chief at La Habra before I | |
| 8 | was hired at La Habra as a captain.  He had already | |
| 9 | left.  And then he was the interim chief at Palos Verdes | |
| 10 | Estates before I arrived.  We never worked together. | |
| 11 | Q    Okay.  I'm going to show you a document that I | 11:54:27 |
| 12 | would like marked Exhibit 13.  There is no Bates number | |
| 13 | on this Exhibit. | |
| 14 | (Exhibit 13   was marked for | |
| 15 | identification by the Certified Shorthand | |
| 16 | Reporter and a copy is attached hereto.) | |
| 17 | BY MS. WOLF | 11:54:56 |
| 18 | Q    This is something I printed off of your | 11:54:57 |
| 19 | website.  It's a message on the police department web | |
| 20 | page regarding surfer localism. | |
| 21 | A    Uh-huh. | 11:55:06 |
| 22 | Q    Does this appear to you to be an accurate | 11:55:06 |
| 23 | printout of the Palos Verdes Estates Police Department's | |
| 24 | web page under the tab surfer localism? | |
| 25 | A    Yes. | 11:55:14 |

Page 112

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 71 of 99   Page ID
#:8299
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 59 of 84   Page ID
#:5779

```
 1          Q    Do you recall when this message was posted on      11:55:15

 2   your department's website?

 3          A    I don't.  But it was probably subsequent to the     11:55:22

 4   previous emails we had just reviewed from Denis Wolcott

 5   proposing language.

 6          Q    So I believe the email from Denis Wolcott was       11:55:34

 7   in February of 2016.  So was this posted sometime after

 8   that?

 9          A    It was about that time.                             11:55:44

10          Q    Okay.                                               11:55:45

11          A    I believe it was activated during the surf         11:55:47

12   season with the intent of having an affect for public

13   safety during the peak of the season.

14          Q    Okay.  Do you recall whose idea it was to post     11:55:57

15   this information to your department's website?

16          A    No.  It was -- I don't want to claim it as my      11:56:11

17   idea.  Because, quite frankly, it was a cumulative team

18   effort between the city manager, myself, and the

19   captains, and probably, at some point in time, Denis

20   Wolcott.

21          Q    Do you know who drafted this content?              11:56:29

22          A    I don't recognize it today.  But I know I         11:56:35

23   drafted some content and forwarded it to Greg Robinson,

24   who does our IT work in-house, to post it on the

25   website.
```

Page 113

Case 2:16-cv-02129-SJO-RAO Document 305-8 Filed 07/31/17 Page 72 of 99 Page ID
Case 2:16-cv-02129-SJO-RAO Document 289-6 Filed 07/14/17 Page 60 of 84 Page ID
#:5780

```
1              So it may be my work product.  Or it may be the  11:56:49

2     product that Denis Wolcott produced.

3        Q     And Greg Robinson, you said, is he with the      11:56:54

4     Palos Verdes Estates Police Department?

5        A     He is a police corporal that is assigned to      11:56:59

6     information technology right now.

7        Q     Do you recall having any discussions with         11:57:07

8     anyone at the Wolcott company before the content was

9     drafted?

10       A     No.                                               11:57:13

11       Q     Do you recall having any conversations with       11:57:14

12    them regarding this content?

13       A     It's likely we -- Denis Wolcott, and I, and the   11:57:18

14    city manager discussed a message, a website posting and

15    the like.  But I don't have any specific recollection of

16    that.

17       Q     And I assume that you -- not to sound like a      11:57:30

18    political ad -- but I assume you approved this message?

19       A     Yeah, it is very timely.  Yes, I approved this    11:57:38

20    message.

21       Q     Has the city made any other efforts, aside from   11:57:44

22    posting this message, handing out the cards that we

23    discussed, to distribute the message regarding localism

24    and how it won't be tolerated at Palos Verdes Estates?

25       A     And the LED message board.                        11:58:01

                                                          Page 114
```

| | | |
|---|---|---|
| 1 | Q     Yes.  Thank you. | 11:58:03 |
| 2 | A     There may be other components of our public | 11:58:05 |
| 3 | outreach campaign.  Off the top of my head, that seems | |
| 4 | to be most of them.  And I think, to me, it's | |
| 5 | commensurate with the issue at hand. | |
| 6 | Meaning that, with so few incidents occurring | 11:58:19 |
| 7 | down there, and with the burglary spree, and everything | |
| 8 | else we were doing, I think our efforts were appropriate | |
| 9 | and reasonable in scope and size. | |
| 10 | Q     Do you believe that it targeted the right crowd | 11:58:34 |
| 11 | if the concern is the safety of, you know, outsiders who | |
| 12 | come into the community to serve? | |
| 13 | A     It's hard to say.  Because I don't know whether | 11:58:49 |
| 14 | it's an insider or outsider.  But a surfer who might | |
| 15 | engage in this behavior may not take the time out of | |
| 16 | this day to go look at our website.  But we are trying | |
| 17 | to do everything we can to address this as best we can. | |
| 18 | Q     Was there any effort to post this message on | 11:59:12 |
| 19 | any kind of social media, or surfer blogs, or anything | |
| 20 | like that? | |
| 21 | A     That was part of what Denis Wolcott would have | 11:59:22 |
| 22 | done.  I don't know if that was done or not. | |
| 23 | Q     Okay. | 11:59:27 |
| 24 | A     We did have discussions about other means of | 11:59:27 |
| 25 | outreach, Facebook, and that sort of thing. | |

Page 115

```
 1    it might be something out of the ordinary that's

 2    prompted by a captain to send it to my office.  But, no,

 3    I don't, as a matter of routine, review all reports of

 4    crime.

 5        Q    Okay.  How many full-time sworn officers are      12:07:37

 6    employed by your department?

 7        A    Twenty-five.                                      12:07:48

 8        Q    And do you have any reserve officers?            12:07:50

 9        A    We do.  But that number fluctuates and has been  12:07:52

10    decreasing recently with some retirements.

11        Q    And what is that number currently, if you can    12:07:59

12    estimate?

13        A    I would estimate six.                            12:08:03

14        Q    Do you have any non-sworn officers?              12:08:11

15        A    We do.                                           12:08:13

16        Q    How many?                                        12:08:15

17        A    I think 12 is the number.  And we refer to       12:08:17

18    those as police service officers.  And just for

19    clarification, it's kind of unique within our police

20    department, these are people who perform the combined

21    duties of a typical police dispatcher and a jailer.

22    Also are commonly referred to as a service officer.

23        Q    So the officers who are performing the patrols   12:08:47

24    in the community are either the reserve officers or the

25    full-time sworn officers?
```

Page 121

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 75 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 280-3   Filed 07/14/17   Page 63 of 84   Page ID
#:5783
#:8008

1    done.  I'm just giving you my impression of it.  It's a

2    large coast line occupied by a lot of folks, some of

3    which, I'm sure, at some point in time, have had alcohol

4    down there.  And I don't have any kind of tracking or

5    outcome of enforcement action before me today.

6        Q    And you're familiar with what's been referred    13:20:58

7    to as the patio or the fort, down at the beach at Lunada

8    Bay?

9        A    Yes.                                              13:21:06

10       Q    And have you received reports of alcohol being    13:21:07

11   consumed in or around that structure?

12       A    I have.                                           13:21:18

13       Q    And have you given any direction, to any          13:21:21

14   officers, regarding enforcement of this ordinance as it

15   relates to any alcohol consumption on that structure?

16       A    I don't recall giving any, like, additional       13:21:33

17   direction, above and beyond what we normally expect them

18   to do, which is enforce the municipal code.

19       Q    Are you aware that in January of this year,       13:21:49

20   Mr. Dahlerbruch made an informal visit to Lunada Bay and

21   was offered a beer at that structure?

22       A    I am aware of that.                               13:21:59

23            MR. WORGUL:  Objection; vague as to time.         13:22:01

24            MS. LUTZ:  Join.                                  13:22:03

25

                                                    Page 143

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 76 of 99   Page ID
#:8304
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 64 of 84   Page ID
#:5784

```
 1        A     Yes, they are.                               13:36:29

 2        Q     And it sounds like they have familiarity with  13:36:30

 3   the bay boys.  And it says that they were able to

 4   recognize the names of individuals based on the victim's

 5   statements.  Would you agree?

 6        A     Based on this narrative, I would agree.      13:36:41

 7             MR. WORGUL:  I object; the document speaks for  13:36:44

 8   itself.

 9   BY MS. WOLF                                             13:36:48

10        Q     But, to your knowledge, the department doesn't  13:36:49

11   keep any sort of database or file on known or any known

12   suspects who are members of the bay boys?

13        A     That's correct.                              13:37:07

14        Q     Now, page 6 of this a supplement.  And it says  13:37:22

15   that, two days later, on the 27th, the officer contacted

16   the victims who said that they had a change of heart and

17   no longer desired to have the incident investigated.

18   And that based on those statements, the case would be

19   closed as unfounded.

20             So, again, is there really nothing else that  13:37:52

21   officers could have done here, given the victim's change

22   of heart?

23        A     Well, I'm reading a section in this paragraph  13:38:02

24   that says that the victims felt that, in retrospect, it

25   was a misunderstanding regarding surfing.  And so, you
```

Page 153

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 77 of 99  Page ID
Case 2:16-cv-02129-SJO-RAO  Document #:8805  Filed 07/14/17  Page 65 of 84  Page ID
#:5785

```
1    then subsequent to that briefing, at some point in time,

2    Mr. Otten and Ms. Reed visited my office to discuss this

3    matter.

4         Q    Okay.  Does the department keep photos of      14:36:04

5    suspected bay boys?

6         A    If they're arrested, we have an arrest record.  14:36:11

7    Otherwise, we don't have a photo collection, if you

8    will.

9         Q    Okay.  Are you familiar with any individuals   14:36:18

10   who have been identified as a suspected bay boy?

11        A    No.                                             14:36:29

12        Q    Are you aware that an officer told Ms. Reed     14:36:36

13   that the police department keeps photos of all the

14   members of the bay boys?

15        A    I think I had heard that.  And when I asked --  14:36:48

16   I was directly told by my captain that that was probably

17   an error, because it doesn't exist.

18        Q    Did anyone follow up with that officer, to      14:37:02

19   either clarify with him, what he meant by that

20   statement?

21        A    I don't know.  I did not.                       14:37:08

22        Q    Now, Ms. Reed asked the officer if she could    14:37:22

23   view photos to make a positive identification of the bay

24   boys who harassed her and was told no.  If the officer

25   had photos of suspects, do you know why she wasn't able
```

Page 183

| | | | |
|---|---|---|---|
| 1 | Q | Now, how many shifts are there in a given day? | 14:41:42 |
| 2 | A | Two shifts. | 14:41:46 |
| 3 | Q | What are the hours of the shifts? | 14:41:47 |
| 4 | A | 7:00 a.m. to 7:00 p.m.  And then, of course | 14:41:49 |
| 5 | 7:00 p.m. to 7:00 a.m. | | |
| 6 | Q | How many officers work on each shift? | 14:42:00 |
| 7 | A | Two patrol officers, one for each end or half | 14:42:03 |
| 8 | of the city.  Then a field supervisor or a sergeant that | | |
| 9 | provides functional supervision. | | |
| 10 | Q | So, generally speaking, at any one shift, there | 14:42:19 |
| 11 | would be three officers on duty? | | |
| 12 | A | Yes. | 14:42:25 |
| 13 | Q | If you were getting regular reports of | 14:42:41 |
| 14 | vandalism or harassment, battery or indecent exposure, | | |
| 15 | for instance, occurring at a different location, say, a | | |
| 16 | public elementary school, would you still say there was | | |
| 17 | little you could do to address the situation? | | |
| 18 | MR. WORGUL:  Vague and ambiguous, incomplete | | 14:43:03 |
| 19 | hypothetical. | | |
| 20 | MR. RICHARDS:  I'm sorry, did you start your | | 14:43:05 |
| 21 | question with if you received that? | | |
| 22 | MS. WOLF:  Yes. | | 14:43:10 |
| 23 | MR. RICHARDS:  Thanks. | | 14:43:11 |
| 24 | THE WITNESS:  Let me just remind you of the | | 14:43:13 |
| 25 | context.  When we are making statements about policing | | |

Page 187

1    Lunada Bay, it was at a period of time when we were

2    dealing with a large burglary problem.  So our resources

3    were a bit strained.

4             So that being said, whether it's an elementary     14:43:30

5    school, Lunada Bay or another location in our city, we

6    would evaluate the need to redirect our resources and

7    police that appropriately, the best we can, no matter

8    the situation or the location.

9    BY MS. WOLF                                                 14:43:47

10       Q    Has the burglary problem resolved?               14:43:48

11       A    Yes.  Knock on wood, as of today and for quite    14:43:51

12   some time now, it's been resolved.  But those are also

13   cyclical and seasonal in nature.

14       Q    Sure.  Now, referencing the rash of burglaries    14:44:03

15   that we had discussed earlier, I think you said it was

16   around December of 2015, do you recall approximately

17   when that problem was resolved?

18       A    Well, statistically, it resolved in the middle    14:44:18

19   of January.  But dedicated resources weren't lightened

20   up until probably late March.

21       Q    Why is that?                                      14:44:28

22       A    Well, because the burglars were still active in   14:44:30

23   the area and adjacent cities.  And it was important that

24   we maintain high visibility in a deterrent effect and an

25   apprehension opportunity for a period of time.

                                                   Page 188

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 80 of 99   Page ID
#:8308
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 68 of 84   Page ID
#:5788

```
 1                Because you can never know when they are going    14:44:49

 2    to come back and do another burglary.

 3        Q    Is it your belief that it resolved because          14:44:54

 4    these particular individuals, who were committing these

 5    burglaries, moved onto a different area or because they

 6    were caught?

 7        A    I believe it was a combination.  But probably       14:45:05

 8    more of the latter.

 9        Q    That they were caught?                              14:45:08

10        A    Right.  Many of them were, were caught.  And my     14:45:10

11    detectives were very busy doing that, as well.  We

12    arrested many of them.  So I think that has an effect on

13    the crime spree.

14        Q    And I believe, during that meeting you and          14:45:33

15    Captain Best encouraged Ms. Reed to carry a cell phone

16    with her at Lunada Bay; is that right?

17        A    Yes.                                                14:45:41

18        Q    Is there cell phone coverage down there at the      14:45:42

19    beach?

20        A    Every time I've gone down there, I had cell         14:45:45

21    coverage.

22        Q    So, to your knowledge, cell phones do work down     14:45:49

23    there?

24        A    Sure.  I mean, there is multiple carriers.  And     14:45:52

25    I don't have an appraisal of each one.  But I believe
```

                                                           Page 189

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 81 of 99   Page ID
#:8309
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 69 of 84   Page ID
#:5789

| 1  | MR. WORGUL:  Is this regarding the 2/13        | 15:00:59 |
|----|------------------------------------------------|----------|
| 2  | incident or 2/29 incident?                     |          |
| 3  | MS. WOLF:  Exhibit 24.                          | 15:01:05 |
| 4  | THE WITNESS:  Yes.                              | 15:01:06 |
| 5  | BY MS. WOLF                                     | 15:01:06 |
| 6  | Q    Do you recall when that was?              | 15:01:07 |
| 7  | A    No.                                        | 15:01:08 |
| 8  | Q    And what changed, what enabled her to view a | 15:01:10 |
| 9  | photo lineup, at that point?                    |          |
| 10 | A    Well, nothing changed.                     | 15:01:16 |
| 11 | MR. RICHARDS:  Object; to the form of the      | 15:01:18 |
| 12 | question.  You are assuming that something changed. |      |
| 13 | There is no evidence that something changed.    |          |
| 14 | MS. WOLF:  He testified, earlier, that she was | 15:01:24 |
| 15 | not given a photo lineup when she requested that. |        |
| 16 | MR. RICHARDS:  No, I don't think he said that. | 15:01:29 |
| 17 | MS. WOLF:  I believe so.                        | 15:01:31 |
| 18 | MR. RICHARDS:  Go ahead.                        | 15:01:32 |
| 19 | THE WITNESS:  She was not given the opportunity | 15:01:33 |
| 20 | to look at the bay boys photo album.  Because it doesn't |  |
| 21 | exist.  And the reason she wasn't able to view a lineup |  |
| 22 | of pictures, one of which was a suspect, for her to |   |
| 23 | identify the suspect, because the process just hadn't |   |
| 24 | happened yet.                                   |          |
| 25 | And for her, and for maybe many others, they   | 15:01:54 |

Page 200

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 82 of 99   Page ID
#:8310
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 70 of 84   Page ID
#:5790

1   are accustomed to how fast things happen on TV and, you

2   know, working with burglars and other things, detective

3   resources are there.  But they are spent.  They are

4   busy.

5        So the case got to a detective.  What we call a    15:02:08

6   six pack was produced.  And at the appropriate time, she

7   was called in to view that.  There was no intentional

8   built in delay.  And there wasn't anything significantly

9   that changed.  It was the process had to take its course

10  of a normal criminal follow up investigation.

11       Q    Do you recall if she made a positive photo     15:02:30

12  identification?

13       A    I knew the answer to that when I was briefed.   15:02:36

14  But time has passed, and I would have to refresh my

15  recollection.  Right now, I don't remember if she

16  identified the correct suspect or not.

17       Q    Do you recall if anyone was arrested as a       15:02:47

18  result of her identification?

19       A    I believe there was an arrest in this case.     15:02:51

20       Q    Okay.  And do you recall if that was presented  15:02:54

21  to the DA for prosecution?

22       A    It was.  And this is the case, I believe, that  15:03:01

23  the district attorney declined to file charges based on

24  some discrediting information from a witness.

25       Q    Okay.  Now, looking back at all these -- are    15:03:14

Page 201

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 83 of 99   Page ID
#:8311
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 71 of 84   Page ID
#:5791

```
 1    attack and threaten surfers in the water?

 2        A    No.                                        15:04:46

 3        Q    Have you ever reached out to any beach     15:04:49

 4    community to discuss best practices, or collaborate on

 5    localism challenges, or surfing-related crimes?

 6        A    Yes.                                       15:05:00

 7        Q    And which communities are those?           15:05:00

 8        A    Huntington Beach.  The beach areas around the   15:05:08

 9    Palos Verdes Peninsula, via the Sheriff's Department,

10    Santa Monica.  There may be a few others.  I've talked

11    to various chiefs over a period of time as the

12    opportunity arises.

13        Q    Do they face similar problems with localism?   15:05:29

14             MR. WORGUL:  Objection; calls for speculation.   15:05:34

15             MS. LUTZ:  Join.                           15:05:37

16             MR. CROWLEY:  Argumentative.               15:05:40

17             THE WITNESS:  Most of the chiefs did not   15:05:43

18    believe they had a localism problem in their

19    jurisdictions, nor did they have any information for me

20    to consider best practices, if you will.

21    BY MS. WOLF                                         15:05:58

22        Q    So they weren't able to provide you with any   15:05:58

23    suggestions, or advice, on how to deal with any

24    surfing-related incidents?

25        A    Correct.                                   15:06:05

                                                    Page 203
```

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 84 of 99   Page ID
#:8312
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 72 of 84   Page ID
#:5792

| | | |
|---|---|---|
| 1 | BY MS. WOLF | 15:54:42 |
| 2 | Q    I believe, when we left off, we were looking at | 15:54:43 |
| 3 | Exhibit 25.  It's a memorandum from you to the mayor and | |
| 4 | city council.  Did you write this memorandum? | |
| 5 | A    I did. | 15:54:52 |
| 6 | Q    And the subject is localism in Lunada Bay.  Why | 15:54:52 |
| 7 | did you write this memo? | |
| 8 | A    Just as a briefing to the council. | 15:55:05 |
| 9 | Q    Was there any incident, in particular, that | 15:55:07 |
| 10 | spurred you to write this memo? | |
| 11 | A    Let me just look at it a little further. | 15:55:16 |
| 12 | Q    Sure.  I don't know if I said this is Bates | 15:55:20 |
| 13 | numbered CITY 1113. | |
| 14 | A    So this is just to brief the council about news | 15:56:09 |
| 15 | coverage. | |
| 16 | Q    Okay.  Did anyone help you write this? | 15:56:16 |
| 17 | A    I don't think so. | 15:56:20 |
| 18 | Q    Now, at the third paragraph, on that first | 15:56:22 |
| 19 | page, you acknowledge that the police department has | |
| 20 | dealt with localism in the early '90s.  And you | |
| 21 | described the complaints -- the types of complaints that | |
| 22 | were received. | |
| 23 | Looking at this paragraph, and the type of | 15:56:42 |
| 24 | complaints, do those seem similar to the complaints that | |
| 25 | have been received more recently from your department? | |

Page 210

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 85 of 99   Page ID
#:8313
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 73 of 84   Page ID
#:5793

```
 1        A    Yes and no.  I made reference to letting the      15:57:16

 2   air out of the tires.  That wasn't a recent complaint.

 3   That was in the past.  But stealing property, no, but we

 4   did have property damage.  So similar, but not quite the

 5   same.

 6        Q    And you outline measures that the department      15:57:28

 7   has taken to address localism in Lunada Bay, including

 8   extra patrol on high surf days, using ATVs, having

 9   officers dress in plain clothes and interact with cliffs

10   and bluffs, undercover operations and boat patrols.

11             Are any of these measures currently employed by  15:57:47

12   your department to address localism?

13        A    No.  These -- these measures were in that         15:57:53

14   period of time.

15        Q    So none of these are currently employed?          15:57:59

16        A    Not this time of year.                            15:58:03

17        Q    What about when the surf season begins, do you    15:58:04

18   plan on using any of these measures?

19        A    All of those would be considered as strategy at   15:58:10

20   that point in time, yes.

21        Q    Have you developed a strategy for the up coming   15:58:15

22   surf season?

23        A    Yes, it's being developed.  It's not completed.   15:58:19

24        Q    Who are you working with to develop the           15:58:22

25   strategy?
```

Page 211

| | | | |
|---|---|---|---|
| 1 | A | My staff. | 15:58:25 |
| 2 | Q | Who on your staff, specifically? | 15:58:26 |
| 3 | A | Captain Velez and Captain Best. | 15:58:28 |
| 4 | Q | Has your department ever attempted to address | 15:58:35 |
| 5 | | the issue of localism by leaving fliers on cars? | |
| 6 | A | Yes. | 15:58:43 |
| 7 | Q | Do you recall when that was? | 15:58:45 |
| 8 | A | My earlier testimony referred to the cards I | 15:58:53 |
| 9 | | produced.  Those were also left on cars. | |
| 10 | Q | So it's the same? | 15:58:58 |
| 11 | A | Yes. | 15:58:59 |
| 12 | Q | Do you know how many Palos Verdes Estates | 15:59:09 |
| 13 | | police officers surf? | |
| 14 | A | I do not. | 15:59:14 |
| 15 | | MR. WORGUL:  Objection; asked and answered. | 15:59:15 |
| 16 | | MS. LUTZ:  Join. | 15:59:19 |
| 17 | | BY MS. WOLF | 15:59:20 |
| 18 | Q | Do you know whether they surf at Lunada Bay? | 15:59:21 |
| 19 | A | I do not. | 15:59:24 |
| 20 | Q | Have you ever inquired whether any officers | 15:59:25 |
| 21 | | surf at Lunada Bay? | |
| 22 | A | No. | 15:59:30 |
| 23 | Q | Do you know if any of the officers socialize | 15:59:33 |
| 24 | | with men who have been considered bay boys? | |
| 25 | | MR. WORGUL:  Objection; vague and ambiguous, | 15:59:41 |

Page 212

```
 1    would like to do.

 2            MR. CROWLEY:  We're done.              17:38:00

 3            MR. RICHARDS:  I think I can take care of the   17:38:00

 4    chief.

 5            MR. WORGUL:  I'm going to do perfectly what's   17:38:03

 6    best for my client.

 7            MS. WOLF:  If know one wants to use the time,   17:38:07

 8    then I think we are done.

 9            THE VIDEOGRAPHER:  This concludes today's   17:38:15

10    deposition given by Chief Jeff Kepley.  The media will

11    be retained by Veritext Legal Solutions.  We are off the

12    record at 5:38 p.m.

13            (WHEREUPON, THE PROCEEDINGS ENDED AT 5:38

14    P.M.)

15            (DECLARATION OF PENALTY OF PERJURY ON THE

16    FOLLOWING PAGE, ATTACHED HERETO.)

17

18

19

20

21

22

23

24

25
```

```
1               REPORTER'S CERTIFICATE

2               I, the undersigned, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5               That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    that any witnesses in the foregoing proceedings,

8    prior to testifying, were administered an oath;

9               That a record of the proceedings was made by

10   me using machine shorthand which was thereafter

11   transcribed under my direction;

12              That the foregoing transcript is

13   a true record of the testimony given.

14              Further, that if the foregoing pertains to

15   the original transcript of a deposition in a Federal

16   Case, before completion of the proceedings, review

17   of the transcript was not requested.

18              I further certify I am neither financially

19   interested in the action nor a relative or employee.

20              IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated:   October 27, 2016

23

24                        Kathy L. Pa'u, CSR No. 5684

25

                                        Page 270
```



--------------------------------------------------------------

On May 20, 2015, at 4:42 PM, "Anton Dahlerbruch" <adahlerbruch@pvestates.org> wrote:

Jeff, thank you for the update.

Honorable Mayor and City Council,

Below is a summary of information and 'next steps' with regard to a video found on the Internet (see below) today. Since this has come up today, K-Cal 9 has also contacted the Police Department to talk about it. In that Captain Best has history with the surfing, he is our designated PIO for the media contact. Chief Kepley is fully aware of the past and current situation, overseeing the response.

With regard to the Dispatcher's comments potentially being interpreted to implicitly condone the practices of the local surfers, it will be addressed as a personnel matter. Of course, we don't condone any territorialism of public beaches.

Thanks, Tony

BCC

**From:** Jeff Kepley
**Sent:** Wednesday, May 20, 2015 4:13 PM
**To:** Anton Dahlerbruch
**Cc:** Tony Best; Mark Velez
**Subject:** FW: Bay Boy video

Tony, we learned that this website (URL below) has posted an article on the "Lunada Bay Boys" and is critical of our surfing community and City. In the video, they surreptitiously recorded our dispatcher making comments; *"We know all of them. They're infamous around here. They are pretty much grown men in little men's mindset. They don't like anyone that's not one of the bay boys, surfing down there. It literally is like a game with kids on a schoolyard to them. And they don't want you playing on their swing set. You know, it is what it is. If you feel uncomfortable, you know then don't do it.."* Her comments were not a policy violation, but certainly lacked professionalism and was not the message that we would have chosen. Our PD management team met on this issue and agreed to the following:

1. I will be forwarding a one-page historical overview of our surfer history to you for inclusion in the Councilmember's Friday packet along with this website info. This will update them on



EXHIBIT

2

2

**CITY1111**



this issue, as it relates to this article in case this matter gets traction or further media attention.

2.  Mark Velez will be talking to Wellington Hengst to remind dispatchers to be professional and cautious with their comments and act as though they're being recorded all times (because they probably are). We are looking into the crime of audio recording without permission too.

3.  Tony Best will be forwarding this link to Patrol Bureau supervisors to make them aware, and to initiate extra patrols for anyone responding to this article and to be on the lookout for trouble over the next few weeks, or locals acting up to protect their area. We want to be present to discourage any altercations or disputes.

4.  I am interested in proactive attention on this matter – we have a reputation now of tacitly approving or condoning these "surfer wars." We are talking about making contact with the surfers to make it known that we will not tolerate this, but at the same time do not want to alienate many of our long-term residents. We may put something on our website about surfer safety, etc.

5.  I am stepping up efforts to replace the boat as this would be a viable means of creating a presence during any waterborne conflict between locals and others. And we have discussed the feasibility of using undercover officers in the area or in the water to further witness & investigate these matters.

http://laist.com/2015/05/19/surf_turf_wars.php

3

CITY1112

Case 2:16-cv-02129-SJO-RAO  Document 305-8  Filed 07/31/17  Page 91 of 99  Page ID
#:8319
Case 2:16-cv-02129-SJO-RAO  Document 270-6  Filed 07/14/17  Page 77 of 84  Page ID
#:5797

Nextdoor Malaga Cove – 12/31/15



### PVE Surfing Localism In The Media This Week

Jeff Kepley from Malaga Cove

As PVE or area residents, you may have seen the recent LA Times or OC Register
stories this week about the Lunada Bay surfing problems and my position to put an
end to the surfer localism (Google "Surfer Localism" to learn more about it
worldwide). Please allow me to make some comments about this local issue in our
community:

This is an old story and one that I do not consider news or worthy of news
coverage. This story got some attention and traction last year with an undercover
reporter for The Guardian (online news source) secretly video recorded surfers
hassling him in Lunada Bay, and then illegally recorded his later conversation with
a PVEPD police dispatcher at the police lobby. This generated wide interest and
caused many news organizations to re-report it. I never disputed their findings, and
acknowledge we have work to do here with these bullies, and this has been going
on intermittently for probably fifty years. Ever since the Guardian's story however,
this trend has continued - meaning that, in this case, the LA Times did a story so
now other media sources want to re-tread it and breathe new life into it as if it's
new or newsworthy. I am not interested in keeping this alive, as it is not reflective
of the character of our prideful community and does not, in my opinion, contribute
the solution. I went on the radio talk show "Air Talk" a few months back and
participated in a live radio broadcast with KPCC and other shows and news
programs, which you may have heard. They are again trying to cover this story and
I have declined to be interviewed several times this week.

Some media reports have given the impression that this community has a group of
local PVE residents called the "Bay Boys" that is bullying outsiders, like an
organized street gang. While there may be some truth to that and there may be or
has been a loosely organized local group, our recent experience most often shows
otherwise. In most cases, these are young men from other areas, who do not live
here, but who surf here and do what surfers do everywhere - hog the waves and

1



EXHIBIT
4
Exhibit E, page 233
CITY1082

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 92 of 99   Page ID
#:8320
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 78 of 84   Page ID
#:5798

dissuade others from joining in. This is not unique to this community and in my opinion is only getting media attention due to the City's name, and for being a wealthy community. Surfing localism occurs everywhere surfers surf. While this police department has been criticized for not taking it seriously, we have over the years done much to address the problem before I took over as Chief. Likely not enough though.

In response to the current criticism that our PVE Police Department doesn't care and declines to become involved (as reasonably inferred from the Guardian's undercover video of the conversation with our dispatcher earlier this year), I have taken steps to improve safety and demonstrate a more accurate police department position and response:

Our police officers conduct several daily surfer safety checks along our coastline, mainly three spots; Malaga Cove, Bluff Cove, and Lunada Bay. The officers are required to get out of their patrol cars and walk to the bluff's edge (100 feet or more above the water) and visually monitor the surfers to ensure no assaults, disputes, or other localism behavior is occurring. This is also a visible deterrent that lets those in the water know that we are policing the area. The officers also patrol the parking area along Paseo Del Mar, the street commonly used by surfers to park their cars. The officers look for evidence of vandalism such as flattened tires, surf board wax applied to cars, etc., and assaults or disputes. They also greet surfers to educate and inform them of the situation by disseminating information cards which encourages localism victims to report any acts of localism to the PVE Police Department. To date, we have observed no actionable incidents on our daily surf checks and have had very few incidents reported, all minor. We have met with prosecutors from the Los Angeles District Attorney's Office to discuss prosecution of future offenders, including felony gang enhancements should the criminal behavior meet those legal definitions - let this be a warning to those involved.

All of this is taking precious time away from our police officers patrolling our streets during an unprecedented increase in residential burglary, which is our current main focus. While surfing safety is important and something we are engaged in daily, we have many other policing duties for a small police department with limited resources.

Our local residents, as far as I can tell, do not focus much attention on this surfer. issue. A few have sent e-mails to me supporting my stance and reiterating the

2

Exhibit E, page 234

**CITY1083**

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 93 of 99   Page ID
#:8321
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 79 of 84   Page ID
#:5799

negative light shed upon our great little city by this coverage which they do not appreciate – they too believe there are more positive attributes about this community and do not want to be labeled as the place where there is a surfing problem. For the few that have shared with me that they know of and/or support the Bay Boys, as this City's Police Chief I will not condone or tacitly approve illegal conduct of any kind regardless of history, legacy, or residency.

Philosophically, I take great issue with those who engage in this surfer localism and have great distain for bullying behavior. I have vowed to stop it, arrest those vandalizing, harassing/assaulting, etc., and will issue a press release when those arrests are made. Our coastline is unique, beautiful and open to everyone – it is not a private playground for a few bullying surfers. I think our City and its coastline should be known as a beautiful, safe place where all people can recreate, surf, swim, scuba, boat, etc., free of harassment, intimidation, assault, etc. I want to support and protect our surfers too, both local and visiting. I am disturbed when I hear residents tell me that their children (some young, some old), who grew up here, cannot surf in Lunada Bay out of fear about bullies. I've heard this too often.

Some may be concerned that my enforcement position will result in our area becoming too well known and over occupied if everyone is allowed to come here - assuming the localism limits visits. Well, everyone is allowed now, as a matter of civil rights and freedoms. And, our PD will address any unlikely increases in visitors that cause problems. If the media attention is likely to draw more interest and visitors to our area, know that the only source of media attention now is the illegal behavior of surfer localism, not actions or inactions taken by this police department which if anything is a side issue to the main story.

Thank you for your support. I welcome your comments.

Jeff Kepley
PVE Police Chief

3

Exhibit E, page 235
CITY1084

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 94 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 276-2   Filed 07/14/17   Page 80 of 84   Page ID
#:8382
#:5800

| From: | Jeff Kepley |
|---|---|
| Sent: | Monday, February 08, 2016 12:37 PM |
| To: | Greg Robinson |
| Cc: | Anton Dahlerbruch; Tony Best; Mark Velez |
| Subject: | FW: Statements |

Greg, please post this on our PD web page today, in a conspicuous place, but also in the localism section.  Jeff

---

From: Anton Dahlerbruch
Sent: Monday, February 08, 2016 12:30 PM
To: Jeff Kepley <jkepley@pvestates.org>; Vickie Kroneberger <Vkroneberger@pvestates.org>; Joe Mendoza <jmendoza@pvestates.org>
Cc: Sheri Repp <srepp@pvestates.org>; Denis Wolcott (denis@TheWolcottCompany.com) <denis@TheWolcottCompany.com>
Subject: FW: Statements

The following is for posting on the City's website and on the PD webpage.

Thanks, Tony

**Protecting all**
The City and its Police Department are committed to ensuring the safety and security of all.  We are happy to report that a recent rash of burglaries have declined, and we believe this is due to the hard work of our police department and increased awareness among homeowners to ensure their residences are properly secured.  Several arrests were made.  Our police department continues to monitor the situation and will take the necessary steps should we experience a return of this activity.

In recent weeks, there has been renewed attention regarding the safety of our beaches, notably complaints that a few surfers are allegedly demonstrating intimidation tactics to "protect" the waters for local surfers.  As with any complaint or concern about public safety, our Police Department investigates and evaluates the situation, and will take appropriate action.  As with any public facility, we want to ensure our residents and the public can enjoy areas, such as Lunada Bay, in peace.  As such, police patrols of our beach areas may increase from time to time.  There also have been news media reports focusing attention on an unpermitted outdoor structure at Lunada Bay and whether this structure is a contributing factor to the complaints we have received.  No decisions have been made about the structure, but the City and the Police Department are evaluating various options.  Again, our goal is to ensure the safety of all.

We welcome your input and encourage an exchange of factual information.  One of the ways that the City and Police Department communicate to residents on safety matters such as this is through the Neighborhood Watch program.  Residents are encouraged to attend upcoming community outreach programs hosted by the Neighborhood Watch, that when scheduled are posted on www.pvenw.org.  Questions about Neighborhood Watch, burglaries in the community or public safety along the coastline can be directed to Captain Mark Velez in the Police Department at 310.378.4211 (non-emergency business line).

Thank you.



Exhibit E, page 236

CITY1402

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 95 of 99   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 279-3   Filed 07/14/17   Page 81 of 84   Page ID
#:8323
#:5801

10/5/2016                                    Palos Verdes Estates, CA : Surfer Localism

# Surfer Localism



## A Message from the Chief of Police

"Localism," or sometimes referred to as territorialism, will not be tolerated in Palos Verdes Estates. This is occasionally reported as an act of intimidation or dissuasion on the part of locals targeting out-of-town surfers to prevent them from surfing local waters. Or, there may be acts of vandalism to vehicles, personal property, etc., for the purpose of driving out-of-area guests away from the coastal areas.

The beaches, shoreline, and surfing areas along the Palos Verdes Estates coastline are all open to the public. There are no private beaches. Therefore, if you or anyone with you experiences any form of harassment, intimidation, assault, vandalism, etc., you are strongly urged to contact the Palos Verdes Estates Police Department to immediately report the incident.

Our officers are committed to assuring beach access and recreational tranquility to all people accessing the Palos Verdes Estates coastline.

Report these incidents to 310-378-4211, or if life threatening call 9-1-1.

**Jeff Kepley, Police Chief**
City of Palos Verdes Estates Police Department



## City Comments on Surfer Issues:
**Protecting all**

The City and its Police Department are committed to ensuring the safety and security of all. We are happy to report that a recent rash of burglaries have declined, and we believe this is due to the hard work of our police department and increased awareness among homeowners to ensure their residences are properly secured. Several arrests were made. Our police department continues to monitor the situation and will take the necessary steps should we experience a return of this activity.                                    Exhibit E, page 237

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 96 of 99   Page ID
#:8324
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 82 of 84   Page ID
#:5802

10/5/2016                                    Palos Verdes Estates, CA : Surfer Localism

In recent weeks, there has been renewed attention regarding the safety of our beaches, notably complaints that a few surfers are allegedly demonstrating intimidation tactics to "protect" the waters for local surfers. As with any complaint or concern about public safety, our Police Department investigates and evaluates the situation, and will take appropriate action. As with any public facility, we want to ensure our residents and the public can enjoy areas, such as Lunada Bay, in peace. As such, police patrols of our beach areas may increase from time to time. There also have been news media reports focusing attention on an unpermitted outdoor structure at Lunada Bay and whether this structure is a contributing factor to the complaints we have received. No decisions have been made about the structure, but the City and the Police Department are evaluating various options. Again, our goal is to ensure the safety of all.

We welcome your input and encourage an exchange of factual information. One of the ways that the City and Police Department communicate to residents on safety matters such as this is through the Neighborhood Watch program. Residents are encouraged to attend upcoming community outreach programs hosted by the Neighborhood Watch, that when scheduled are posted on www.pvenw.org. Questions about Neighborhood Watch, burglaries in the community or public safety along the coastline can be directed to Captain Mark Velez in the Police Department at 310.378.4211 (non-emergency business line).

Thank you.

Exhibit E, page 238

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 97 of 99   Page ID
#:8325
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 83 of 84   Page ID
#:5803



# MEMORANDUM

### POLICE DEPARTMENT

TO:        HONORABLE MAYOR AND CITY COUNCIL

FROM:    JEFF KEPLEY, POLICE CHIEF

SUBJECT: LOCALISM IN LUNADA BAY

DATE:     MAY 21, 2015

Recently, an on-line story was published on LAlist.com regarding surfing localism and the associated conflicts in Lunada Bay. The story featured a hidden video which documented some of the attitudes and actions, of those believed to be locals, toward out-of-town surfers. This resulted in primetime news stories on the topic on K-Cal 9 and CBS2 news broadcasts on May 20, 2015.

During my tenure over the past year, I have heard of this issue and have been told stories of past incidents of vehicle tampering, etc. Although our Police Department does not receive surfing related complaints frequently, we do occasionally receive a call or complaint regarding harassment, intimidation, or vehicle tampering. According to our in-house police records, in 2014 officers filed three surfer-related reports. One was a report of someone letting the air out of the tires of a surfer's vehicle, while the other two were reports of verbal harassment. These complaints were direct calls from the victims and not as a result of news reports or third party callers. There have been no reports in 2015, but we have no way of knowing how many incidents may have occurred which were not reported.

As a historical perspective, the Police Department dealt with localism issues back in the early 1990s. During that time, our officers dealt with complaints of harassment wherein locals were "stealing" waves, letting air out of tires, and stealing personal property from out of town surfers. Perhaps the most significant incident occurred when one subject threw a rock at the head of another person during a fight. The subject who threw the rock was arrested, and the victim was hospitalized. A lawsuit was later filed by the victim against the aggressor, and the City. The City was later dropped from the lawsuit.

During the past several years, we have implemented several measures to address localism in the Lunada Bay area. These measures have included the following:

- Extra patrol with uniformed officers on high surf days
- Utilizing the ATVs to patrol the cliff's e

EXHIBIT
25

Exhibit E, page 239

CITY1113

Case 2:16-cv-02129-SJO-RAO   Document 305-8   Filed 07/31/17   Page 98 of 99   Page ID
#:8326
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 84 of 84   Page ID
#:5804

- Having officers dress in plain clothes and drive unmarked vehicles to observe and interact with people along the cliffs and bluffs
- Undercover operations involving officers from our department and other agencies
- Boat patrols in Lunada Bay.

Our ocean patrol boat, which is dry docked and in need of replacement, would be useful to create a police present in the bay during the time surfers are in the water. Additionally, we expect to have our Parkland Rangers in place by summer which will be another resource to patrol and maintain a presence on the bluff trails, shoreline, etc.

Our police department's duty and mission is to respect the rights of all people, not just the local residents. Police employees are to encourage all people, regardless of their residency, to report incidents so that officers can keep the peace, dissuade illegal or inappropriate conduct and behavior, as well as to track and monitor these incidents and adjust our presence and enforcement as appropriate.

Exhibit E, page 240

CITY1114

# EXHIBIT F