# EXHIBIT 9

Atkinson-Baker Court Reporters
www.depo.com

```
 1                UNITED STATES DISTRICT COURT
 2     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3
       CORY SPENCER, an individual       )
 4     DIANA MILENA REED, an individual; )
       and COASTAL PROTECTION RANGERS,   )
 5     INC., a California non-profit     )
       public benefit corporation,       )
 6                                       )
                   Plaintiffs,           )
 7                                       )
            vs.                          ) Case No. 2:16-cv-
 8                                       ) 02129-SJO (RAOx)
       LUNADA BAY BOYS; THE INDIVIDUAL   )
 9     MEMBERS OF THE LUNADA BAY BOYS,   )
       including but not limited to SANG )
10     LEE, BRANT BLAKEMAN, ALAN JOHNSTON)     VOLUME III
       AKA JALIAN JOHNSTON, MICHAEL RAE  )
11     PAPAYANS, ANGELO FERRARA, FRANK   )
       FERRARA, CHARLIE FERRARA, and     )
12     N. F.; CITY OF PALOS VERDES       )
       ESTATES; CHIEF OF POLICE JEFF     )
13     KEPLEY, in his representative     )
       capacity; and DOES 1-10,          )
14                                       )
                   Defendants.           )
15     _____)
16
17      VIDEOTAPED DEPOSITION OF THE CITY OF PALOS VERDES
18         ESTATES BY AND THROUGH SHERI REPP LOADSMAN
19              Thursday, July 13, 2017  1:46 p.m.
20
21
         REPORTED BY: Debra Kottke, CSR #7422, RPR, CCRR
22
23
       ATKINSON-BAKER, INC.
24     COURT REPORTERS
       (800) 288-3376
25     www.depo.com
       FILE NO.: AB074C9
```

                                                                   1

1    Q.  Yes.

2    A.  No.

3    Q.  Are there some things in beach and surfing

4  that you're knowledgeable about?

5    A.  Yes.                                              13:49:13

6    Q.  Which ones?

7    A.  I'm familiar with the posting on the city's

8  website.  I'm familiar with various access points and

9  recreational opportunities on the beaches.  Limited

10  familiarity with surfing beaches.  No knowledge on    13:49:29

11  the surfers.  No knowledge on the police officers.

12  Knowledge about the city's coastal regulations.

13  Limited knowledge on training for the police

14  officers.  Knowledge on the historical and current

15  unpermitted structures along the coastline.  I do     13:49:54

16  have information on the patio, the rock fort on

17  Lunada Bay.  Familiar with communications with the

18  Coastal Commission.  I kept wanting to say

19  communication.  And then familiar with some

20  communication with the Coastal Commission as well.    13:50:12

21    Q.  What is your current job with the city?

22    A.  I am the Deputy City Manager.  I'm also the

23  Director of Planning Building and Safety.

24    Q.  Have you ever had your deposition taken

25  before?                                                13:50:27

Atkinson-Baker Court Reporters
www.depo.com

```
 1   back to high school unless there's something
 2   particular.
 3       A.   Unless you really want, probably the most
 4   important would be a Master's degree in Urban
 5   Planning from UCLA.                                     13:53:53
 6       Q.   And when did you attain that?
 7       A.   1982.  Is that right?  No, '84.  I was
 8   thinking Bachelor's degree versus Master's degree.
 9       Q.   And where did you obtain your Bachelor's
10   degree?                                                 13:54:12
11       A.   Bachelor's degree is from Cal State Long
12   Beach.
13       Q.   And what was that in?
14       A.   Social work.
15       Q.   And in terms of -- do you have any special     13:54:26
16   training related to the California Coastal Act?
17       A.   No.
18       Q.   As it relates to the rock fort or patio that
19   was down at Lunada Bay, when was your first
20   contact -- to your knowledge, when was the city's       13:55:08
21   first contact with the Coastal Commission about that
22   structure?
23       A.   In terms of the most recent activity
24   because, again, I've only been there since 2014.
25       Q.   To the extent that you know, and if you can    13:55:22
```

13

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.   It did go to a vote.
 2        Q.   And was there, does it work by Roberts Rules
 3   of Order?  Does someone say, I suggest we take the
 4   staff person's recommendation but modify it and not
 5   apply the rock boulders to Lunada Bay, or how does        14:10:39
 6   that work?
 7        A.   It's basically similar to Roberts Rules,
 8   correct.  So, they basically discuss, deliberate,
 9   have a motion.
10        Q.   Okay.                                           14:10:48
11        A.   They can either accept, modify, deny,
12   continue, all the basic options.
13        Q.   And so, in that case they modified the staff
14   recommendation?
15        A.   That is correct.                                14:10:56
16        Q.   Do you remember any of the public
17   participants who might have made comments during that
18   particular staff meeting?
19        A.   I don't remember their names but there were
20   a number of residents who did testify.                    14:11:11
21        Q.   Do you recall, was there a resident and I'm
22   trying to -- was it a parklands committee member or a
23   resident that may have said we don't want to be too
24   welcoming in Lunada Bay.
25             Do you recall that?                             14:11:29
```

26

Atkinson-Baker Court Reporters
www.depo.com

1    A.  I don't remember exactly who said something
2 similar to that but I know a number of residents did
3 not like the idea of having the boulders there.
4    Q.  With the idea of not wanting to be too
5 welcoming?                                                    14:11:40
6    A.  Well, I'm not sure they ever said the term,
7 welcoming.  I think it's basically the consideration
8 of loitering.  And frankly, I think a lot of
9 consideration was just maintaining the open and
10 undisturbed space.  We find that residents get very           14:11:54
11 concerned about anything that might obstruct view,
12 whether it's landscaping or rocks.
13    Q.  Where the rock seating, though, is
14 relatively low, would it obstruct a view?
15    A.  Oh, it could potentially obstruct some view.          14:12:11
16 I mean, just because they're tall enough that they
17 could be within a view line.  I had somebody argue
18 over 18-inch plants recently on the bluff, so --
19    Q.  And then the topic of localism and the
20 Coastal Commission, do you recall when that first            14:12:35
21 came up?
22    A.  Well, the issue of localism I believe was
23 being brought up in 2014.
24    Q.  By the Coastal Commission?
25    A.  Not necessarily by the Coastal Commission             14:12:49

Atkinson-Baker Court Reporters
www.depo.com

```
 1   reviewed that letter in a long time so I don't
 2   remember all of the content.
 3        Q.   Okay.  Do you remember who that discussion
 4   might have been with?
 5        A.   Chief Kepley, myself, the city manager.                14:16:51
 6        Q.   Anybody else?
 7        A.   I don't remember who else would have been in
 8   that meeting.  Possibly the city engineer.
 9        Q.   In terms of the localism issue as it
10   surfaced, do you recall there being a guardian video           14:17:16
11   that was published related to comments made by one of
12   the community service officers, Kathryn Plasik?
13        A.   I'm not familiar with it.
14        Q.   Has the city done any investigation in terms
15   of how long the rock fort structure had been in its           14:17:43
16   current condition prior to demolition?
17        A.   Well, when you use the term, current
18   condition, it's been modified over the years.
19        Q.   Can you tell me how the city understands
20   it's been modified over the years?                            14:18:00
21        A.   We've seen historical photographs.  In fact,
22   I've looked at a lot of photographs so I've seen it
23   basically transform from a fairly simple platform and
24   ultimately a bench being added, then a shade
25   structure, then a table, a barbecue, then an annex.           14:18:15
```

31

Atkinson-Baker Court Reporters
www.depo.com

```
 1   Then the annex got a shade structure, right.  So, it
 2   just seemed to continue to grow.
 3        Q.  And was that part of a report that was
 4   provided to the city council at some time?  Did the
 5   city hire someone to put together a report on that        14:18:36
 6   structure?
 7        A.  We did.  We did hire a company to do the
 8   geotechnical report and so they compiled a lot of the
 9   historical photographs as well.
10        Q.  Had you seen those historical photographs        14:18:47
11   before that report was put together?
12        A.  Many of them, right.
13        Q.  Okay.  How did you have the access to those
14   historical photographs?
15        A.  There's different resources available for       14:18:57
16   historic photographs.
17        Q.  Which ones would you have used?
18        A.  Well, one that I've used in the past is
19   called historicaerials.com.  Go figure.  They're not
20   the best quality but I've used it in the past just to    14:19:11
21   be able to see whether or not there's something
22   there, you know, because people will claim, well, I
23   didn't have an accessory building in my back yard.
24   Well, what's that.
25        Q.  And then in terms of the historical aerials,    14:19:22
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1       Q.  And at the ones at Lunada Bay, is there one
 2  on the street a smaller sign?
 3       A.  Yes.
 4       Q.  And then there is the larger sign that's
 5  dropped down below the blufftop by ten feet or so?       14:41:41
 6       A.  Yes.  There's also one additional sign in
 7  Lunada Bay and that's one that's dealing with
 8  unstable area.  We have an area, there's a storm
 9  water outlet that comes through Lunada Bay.  It's
10  kind of centralized to the bay and there's a portion    14:42:01
11  of the bluff which would be located on the north side
12  and it actually has a small opening so you can see
13  there's a little bit of a crevasse starting which is
14  the suggestion that at some point that section of the
15  bluff is going to have a failure.                        14:42:16
16       Q.  Okay.  So, there's a sign that has a
17  warning?
18       A.  Basically as a warning to the residents or
19  anybody else, the public who might be in the area.
20  They won't fall into it but they could fall if they     14:42:28
21  put their foot into it.
22       Q.  In terms of the process to remove the rock
23  fort, was that bid out?
24       A.  Yes.
25       Q.  Were there many responders to that request     14:42:52
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1  for proposal?
 2      A.  Gosh, I don't remember how many responders
 3  there were, but that was handled through engineering.
 4      Q.  Do you remember the name of the company that
 5  responded to that?                                         14:43:05
 6      A.  Oh, good question.  No, I don't.  I remember
 7  watching.
 8      Q.  I saw a video.
 9      A.  Helicopter was interesting.
10      Q.  Yes.  Do you recall, related to that, I           14:43:15
11  understand some of the contractor's equipment was
12  vandalized or destroyed or do you have that
13  understanding or would that have come to you?
14      A.  Yes, that is my understanding.  I actually
15  saw it.                                                   14:43:31
16      Q.  And what had happened?
17      A.  The generator had been lowered to the
18  shoreline and somebody had decided to set it alight.
19      Q.  So, sounds like there was an arsonist that
20  burned this generator?                                    14:43:48
21      A.  Yeah, sounds like a little bit of vandalism
22  going on.
23      Q.  Do you have any information on whether they
24  determined who had done that?
25      A.  No.                                               14:44:04
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.   Was there any other vandalism to the
 2   contracting company's equipment, whether it be cars
 3   or -- that you're aware of?
 4        A.   I think there was another piece of vehicle                14:44:16
 5   that I think was scratched and I remember the
 6   vandalism primarily to the generator because that was
 7   the big ticket item.
 8        Q.   Was it destroyed?
 9        A.   Likely.
10        Q.   Outside of the police department under what               14:44:52
11   you do, has there been any effort to address the
12   issue of localism kind of away from policing, whether
13   it be communication to the public in terms of
14   outreach or signs or that type of thing so the public
15   would know that it's a public beach and welcome?                    14:45:09
16        A.   Well, the public is always welcome.  I don't
17   believe there's any need to do anything further.  The
18   localism issue is with the police department.
19        Q.   Okay.  And then has any other city
20   department had outreach to people that might want to                14:45:27
21   use that beach to know that they would be safe or
22   it's a public beach and that the city welcomes
23   visitors?
24        A.   Well, I know for myself I've spoken to a
25   number of individuals and primarily kids who are in                 14:45:42
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1        MR. FRANKLIN:  We've been going for a while.
 2   When you get a point for a transition, just take a
 3   short break.
 4        MR. FRANKLIN:  We can do that now, that's great.
 5        VIDEO OPERATOR:  We are going off the record at          15:01:58
 6   3:01 p.m.
 7        (Short break taken from 3:01 p.m. to 3:09 p.m.)
 8        VIDEO OPERATOR:  We are back on the record at
 9   3:09 p.m.
10   BY MR. FRANKLIN:                                              15:10:11
11        Q.  And I just wanted to go back to this and I
12   think I had this understanding.  In terms of training
13   of city police officers on the city's coastal
14   ordinances, whether it's the LCP, the shoreline
15   preserve master plan or their tidelands grant, your           15:10:28
16   office has not made any effort to teach them about
17   that, or am I wrong?
18        A.  There's not a specific training.  There has
19   been conversations with certain captains about
20   preservation of the area and it just -- and just              15:10:45
21   reporting whether the officers observe any type of
22   graffiti, any type of debris, anything that needs to
23   be addressed.
24        Q.  So, conversations but no training?
25        A.  Conversations and training are often                 15:11:01
```

Case 2:16-cv-02129-SJO-RAO   Document 305-9   Filed 07/31/17   Page 13 of 15   Page ID
#:8340
Atkinson-Baker Court Reporters
www.depo.com

```
 1   similar.
 2        Q.   Is it fair to say no formal training?
 3        A.   No formal training.
 4        Q.   And with respect to your communication or
 5   the city's communication with the California Coastal      15:11:20
 6   Commission, was there an update to the Coastal
 7   Commission following removal of the rock fort?
 8        A.   There were discussions with the Coastal
 9   Commission.  We provided them notice so they knew of
10   the city's approval of the coastal development permit     15:11:38
11   and I believe the Coastal Commission sent us a letter
12   afterwards acknowledging the removal.
13        Q.   And so, after the removal has there been any
14   other communication with the Coastal Commission?
15        A.   I have not had communication with them for a    15:11:55
16   number of months, not relative to Lunada Bay.
17        Q.   And have you had, has the city had
18   communication with the Coastal Commission with
19   respect to addressing the issue of localism since
20   removal of the rock fort?                                 15:12:12
21        A.   I have not had communication with them.
22        Q.   And so, as the person designated as the most
23   knowledgeable person for the city on this particular
24   question, you're not aware of anybody else having any
25   communication?                                            15:12:30
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1
 2         DECLARATION UNDER PENALTY OF PERJURY
 3
 4
 5                    *         *         *
 6
 7
 8         I hereby declare under penalty of perjury
 9   under the laws of the State of California that the
10   foregoing is my deposition under oath; are the
11   questions asked of me and my answers thereto; that I
12   have read same and have made the necessary
13   corrections, additions or changes to my answers that
14   I deem necessary.
15
16         In witness thereof, I hereby subscribe my
17   name this _____ day of _____, 2017 at
18   _____, California.
19
20
21                         _____
                                  SHERI REPP LOADSMAN
22
23
24
25
```

```
1  STATE OF CALIFORNIA  )
2                       ) ss.
3  COUNTY OF ORANGE     )
4
5       I, DEBRA KOTTKE, Certified Shorthand Reporter,
6  Certificate No. 7422, for the State of California,
7  hereby certify:
8       I am the deposition officer that
9  stenographically recorded the testimony in the
10 foregoing deposition;
11      Prior to being examined, the deponent was by me
12 first duly sworn;
13      The foregoing transcript is a true record of the
14 testimony given;
15      Before completion of the deposition, review of
16 the transcript [ ] was  [X] was not requested.  If
17 requested, any changes made by the deponent (and
18 provided to the reporter) during the period allowed
19 are appended hereto.
20
21 Dated: _July 18_____, 20_17_.
22
23
24              _____Debra Kottke_____
25              Debra Kottke, CSR #7422, RPR, CCRR
```