# EXHIBIT 10

Atkinson-Baker Court Reporters
www.depo.com

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4                            - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                  Plaintiffs,        )
 9                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                  Defendants.        )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                 VIDEOTAPED DEPOSITION OF

18                          N.F.

19                    IRVINE, CALIFORNIA

20                       JULY 6, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:     AB06A32
```

                                                                    1

Atkinson-Baker Court Reporters
www.depo.com

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4                           - - -

 5  CORY SPENCER, AN INDIVIDUAL;    )
    DIANA MILENA REED, AN           )
 6  INDIVIDUAL; AND COASTAL         )
    PROTECTION RANGERS, INC.,       )
 7  A CALIFORNIA NON-PROFIT PUBLIC  )
    BENEFIT CORPORATION,            )
 8                                  )
              Plaintiffs,           )
 9                                  )
         vs.                        ) No.:  2:16-cv-02129-SJO
10                                  )       (RAOx)
                                    )
11  LUNADA BAY BOYS; THE INDIVIDUAL )
    MEMBERS OF THE LUNADA BAY BOYS, )
12  INCLUDING BUT NOT LIMITED TO    )
    SANG LEE, BRANT BLAKEMAN, ALAN  )
13  JOHNSTON AKA JALIAN JOHNSTON,   )
    MICHAEL RAE PAPAYANS, ANGELO    )
14  FERRARA, FRANK FERRARA,         )
    CHARLIE FERRARA, ET AL.,        )
15                                  )
              Defendants.           )
16  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17

18

19

20        Videotaped deposition of N.F., taken on

21  behalf of the Plaintiffs, at Premier Business Center,

22  2600 Michelson Drive, Suite 1700, Irvine, California,

23  92612, commencing at 9:53 a.m., Thursday, July 6, 2017,

24  before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

Case 2:16-cv-02129-SJO-RAO   Document 305-10   Filed 07/31/17   Page 4 of 18   Page ID
#:8346
Case 2:16-cv-02129-SJO-RAO   Document 285-7   Filed 07/24/17   Page 111 of 358   Page ID
#:6639

Atkinson-Baker Court Reporters
www.depo.com

```
 1                A P P E A R A N C E S

 2


 3   FOR THE PLAINTIFFS:

 4        HANSON, BRIDGETT, LLP
          BY:  SAMANTHA WOLFF, ESQ.
 5        425 Market Street
          26th Floor
 6        San Francisco, California 94105

 7


 8        OTTEN LAW, P.C.
          BY:  VICTOR J. OTTEN, ESQ.
 9        3620 Pacific Coast Highway
          Suite 100
10        Torrance, California 90505

11


12


13   FOR THE WITNESS:

14        LAW OFFICES OF MARK C. FIELDS, APC
          BY:  MARK C. FIELDS, ESQ.
15        333 South Hope Street
          35th Floor
16        Los Angeles, California 90071

17


18


19        KUTAK, ROCK, LLP
          BY:  ANTOINETTE P. HEWITT, ESQ.
20        5 Park Plaza
          Suite 1500
21        Irvine, California 92614?

22


23


24


25
```

3

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2


 3       FOR THE DEFENDANT SANG LEE:

 4       LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
         BY:  EDWARD E. WARD, JR., ESQ.
 5       633 West 5th Street
         Suite 4000
 6       Los Angeles, California 90071

 7

 8

 9       FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10       BREMER, WHYTE, BROWN & O'MEARA, LLP
         BY:  COURTNEY M. SERRATO, ESQ.
11       20320 S.W. Birch Street
         Second Floor
12       Newport Beach, California 92660

13

14

15       FOR DEFENDANT ALAN JOHNSTON:

16       LAW OFFICES OF JOHN PATRICK CAREY
         BY:  JOHN PATRICK CAREY, ESQ.
17       1230 Rosecrans Avenue
         Suite 270
18       Manhattan Beach, California 90266

19

20

21       (BY TELEPHONE)
         FOR DEFENDANT BRANT BLAKEMAN:
22
         VEATCH, CARLSON, LLP
23       BY:  JEFFREY MORRIS, ESQ.
         1055 Wilshire Boulevard
24       11th Floor
         Los Angeles, California 90017
25
```

4

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:
 2

 3       (BY TELEPHONE)
         BUCHALTER, NEMER, APC
 4       BY:  ROBERT S. COOPER, ESQ.
         1000 Wilshire Boulevard
 5       Suite 1500
         Los Angeles, California 90017
 6

 7

 8       (BY TELEPHONE)
         HAVEN LAW
 9       BY:  PETER T. HAVEN, ESQ.
         1230 Rosecrans Avenue
10       Suite 300
         Manhattan Beach, California 90266
11

12

13

14       (BY TELEPHONE)
         BOOTH, MITCHEL & STRANGE, LLP
15       BY:  JACKIE VU, ESQ.
         707 Wilshire Boulevard
16       Suite 3000
         Los Angeles, California 90017
17

18

19

20   ALSO PRESENT:
21       Joseph Aldo Bussino, Videographer
22

23

24

25
```

5

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                          I N D E X

 2

 3   WITNESS:  N.F.

 4

 5   EXAMINATION:                                        PAGE

 6       By MS. WOLFF                                      9

 7

 8

 9   EXHIBITS

10                     PLAINTIFF'S
     NUMBER            DESCRIPTION                        PAGE
11
     265        Plaintiffs' Notice of Deposition           14
12              of Defendant N.F.
                Dated June 15, 2017
13              Consisting of six pages

14

15

16   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

17   PAGE     LINE

18    13       10

19

20   INFORMATION TO BE SUPPLIED:

21   PAGE     LINE

22       (NONE)

23

24

25
```

6

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | IRVINE, CALIFORNIA, THURSDAY, JULY 6, 2017 | |
| 2 | 9:53 A.M. | |
| 3 | -oOo- | |
| 4 | | 09:52:46 |
| 5 | THE VIDEOGRAPHER: Good morning. My name is | 09:53:05 |
| 6 | Joseph Aldo Bussino, your videographer. And I | 09:53:07 |
| 7 | represent Atkinson-Baker, Incorporated in Glendale, | 09:53:11 |
| 8 | California. | 09:53:13 |
| 9 | I'm a Certified Legal Video Specialist and | 09:53:14 |
| 10 | Notary Public. I'm not financially interested in | 09:53:16 |
| 11 | this action nor am I a relative or an employee of any | 09:53:19 |
| 12 | of the attorneys or any of the parties. | 09:53:23 |
| 13 | Today's date is July 6th, 2017. And the time | 09:53:25 |
| 14 | on the video monitor is approximately 9:53 a.m. | 09:53:31 |
| 15 | The deposition is taking place at the | 09:53:36 |
| 16 | Premiere Business Center, 2600 Michelson Drive, | 09:53:38 |
| 17 | Suite 1700, Irvine, California, 92612. | 09:53:43 |
| 18 | The case number is 2:16-cv-02129-SJO (RAOx) | 09:53:48 |
| 19 | entitled Corey Spencer, et al., versus Lunada Bay | 09:54:01 |
| 20 | Boys, et al. The deponent is N.F. | 09:54:06 |
| 21 | The deposition is taken on behalf of | 09:54:11 |
| 22 | Plaintiffs' counsel. And your court reporter this | 09:54:13 |
| 23 | morning is Angelique Ferrio, also representing | 09:54:16 |
| 24 | Atkinson-Baker, Incorporated. | 09:54:19 |
| 25 | Would all counsel present in the room please | 09:54:22 |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | introduce yourselves for the record and state whom | 09:54:25 |
| 2 | you represent. | 09:54:27 |
| 3 |     MS. WOLFF:  Good morning, Samantha Wolff from | 09:54:28 |
| 4 | Hanson Bridgett representing the Plaintiffs. | 09:54:31 |
| 5 |     MS. SERRATO:  Courtney Serrato representing | 09:54:33 |
| 6 | Defendants Charlie Ferrara and Frank Ferrara. | 09:54:35 |
| 7 |     MR. WARD:  Edward Ward, Junior, on behalf of | 09:54:37 |
| 8 | Sang Lee. | 09:54:40 |
| 9 |     MS. HEWITT:  Antoinette Hewitt for the City | 09:54:41 |
| 10 | and for Chief Kepley. | 09:54:43 |
| 11 |     MR. CAREY:  Pat Carey for Alan Johnston. | 09:54:44 |
| 12 |     MR. FIELDS:  Mark Fields for Angela Ferrara | 09:54:48 |
| 13 | and N.F. | 09:54:51 |
| 14 |     THE VIDEOGRAPHER:  Would counsel on the phone | 09:54:52 |
| 15 | please identify yourselves for the record. | 09:54:54 |
| 16 |     MR. COOPER:  Robert Cooper on behalf of | 09:54:58 |
| 17 | Defendant Brant Blakeman. | 09:55:00 |
| 18 |     MR. MORRIS:  Jeff Morris also on behalf of | 09:55:02 |
| 19 | Brant Blakeman. | 09:55:06 |
| 20 |     MS. VU:  Jackie Vu on behalf of Sang Lee. | 09:55:08 |
| 21 |     THE VIDEOGRAPHER:  Would the court reporter | 09:55:12 |
| 22 | please swear in the witness. | 09:55:13 |
| 23 |         N.F., | 09:55:13 |
| 24 |    having first been duly sworn, was | 09:55:13 |
| 25 |    examined and testified as follows: | 09:55:13 |

Atkinson-Baker Court Reporters
www.depo.com

|  |  |  |
|---|---|---|
| 1 | EXAMINATION | 09:55:13 |
| 2 |  | 09:55:25 |
| 3 | BY MS. WOLFF: | 09:55:25 |
| 4 | Q. Good morning. Are you represented today by | 09:55:31 |
| 5 | counsel? | 09:55:34 |
| 6 | A. Yes. | 09:55:34 |
| 7 | Q. Who is that? | 09:55:34 |
| 8 | A. Mark Fields. | 09:55:35 |
| 9 | Q. Anyone else? | 09:55:35 |
| 10 | A. No. | 09:55:36 |
| 11 | Q. Can you state your name for the record, | 09:55:36 |
| 12 | please. | 09:55:38 |
| 13 | A. N.F. | 09:55:38 |
| 14 | Q. And how old are you today? | 09:55:39 |
| 15 | A. 18. | 09:55:41 |
| 16 | Q. When was your birthday? | 09:55:41 |
| 17 | A. May 18, 1999. | 09:55:43 |
| 18 | Q. When this lawsuit was first filed in March of | 09:55:51 |
| 19 | 2016, you were under the age of 18? | 09:55:55 |
| 20 | A. Yes. | 09:55:57 |
| 21 | Q. You're referred to in this case frequently as | 09:55:57 |
| 22 | N.F.; right? | 09:56:01 |
| 23 | A. Yes. | 09:56:02 |
| 24 | MS. WOLFF: So, I'll ask that the transcript | 09:56:02 |
| 25 | refer to you only as N.F. and omit all references to | 09:56:04 |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | you've seen drinking beer on the beach at Lunada Bay? | 10:17:52 |
| 2 | A. No. | 10:17:56 |
| 3 | Q. And you've been going to Lunada Bay since you | 10:17:57 |
| 4 | were six? | 10:18:00 |
| 5 | A. Yes. | 10:18:01 |
| 6 | Q. But you don't know the names of anybody down | 10:18:01 |
| 7 | there? | 10:18:05 |
| 8 | MR. FIELDS: Answered twice, you can answer | 10:18:05 |
| 9 | again. | 10:18:07 |
| 10 | THE WITNESS: No. | 10:18:07 |
| 11 | BY MS. WOLFF: | 10:18:08 |
| 12 | Q. Did you ever see anyone drink beer on the | 10:18:09 |
| 13 | bluff? | 10:18:12 |
| 14 | A. What do you mean by the bluff? | 10:18:12 |
| 15 | Q. At the top before you walk down to the beach? | 10:18:13 |
| 16 | A. No, no one drinks up there. | 10:18:16 |
| 17 | Q. Okay. When you see people drinking down by | 10:18:18 |
| 18 | the beach, are they drinking in cans or are they | 10:18:25 |
| 19 | pouring the beer into cups? | 10:18:30 |
| 20 | A. Cans. | 10:18:33 |
| 21 | Q. Have you ever seen any cops down at the beach | 10:18:34 |
| 22 | telling people not to drink beer? | 10:18:40 |
| 23 | A. No. | 10:18:42 |
| 24 | Q. Have you ever seen cops down at the beach at | 10:18:43 |
| 25 | all? | 10:18:45 |

30

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A. Yeah. | 10:18:45 |
| 2 | Q. How often would you say that you've seen them | 10:18:46 |
| 3 | down there? | 10:18:49 |
| 4 | MR. FIELDS: Objection, vague, but you can | 10:18:49 |
| 5 | answer to the best of your understanding. | 10:18:51 |
| 6 | THE WITNESS: A couple times in my life. | 10:18:53 |
| 7 | BY MS. WOLFF: | 10:18:56 |
| 8 | Q. About two times? | 10:18:56 |
| 9 | A. About three. | 10:18:57 |
| 10 | Q. Three times in the 12 or so years that you've | 10:18:58 |
| 11 | gone there? | 10:19:00 |
| 12 | A. Yes. | 10:19:01 |
| 13 | Q. Okay. Do you recall if on either of those | 10:19:01 |
| 14 | occasions anyone was drinking at the time that the | 10:19:05 |
| 15 | cops were down at the beach? | 10:19:08 |
| 16 | A. All the times that they have come down there | 10:19:10 |
| 17 | I was in the water. So, I don't know if they said | 10:19:12 |
| 18 | anything to anybody or not. | 10:19:14 |
| 19 | Q. Okay. Have you ever brought friends from | 10:19:16 |
| 20 | outside of Palos Verdes Estates to surf at Lunada | 10:19:18 |
| 21 | Bay? | 10:19:23 |
| 22 | A. No. | 10:19:23 |
| 23 | Q. Do you have any friends outside of Palos | 10:19:24 |
| 24 | Verdes Estates who have ever asked if they can go to | 10:19:28 |
| 25 | surf at Lunada Bay? | 10:19:33 |

31

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Diana Reed, had a conversation at Lunada Bay with one | 13:40:52 |
| 2 | of the guys who regularly surfs down there. | 13:40:55 |
| 3 | She says it was with Charlie Ferrera, but | 13:40:57 |
| 4 | we've heard that your brother has also taken credit | 13:41:00 |
| 5 | for it.  So, I'm going to play you a short clip and | 13:41:03 |
| 6 | ask you some questions about it. | 13:41:07 |
| 7 | A.  Okay. | 13:41:09 |
| 8 | MR. FIELDS:  And I'll object that I believe | 13:41:09 |
| 9 | that recording was illegally recorded.  We're going | 13:41:15 |
| 10 | to be making a motion in limine. | 13:41:18 |
| 11 | So, subject to that, you can ask the | 13:41:21 |
| 12 | questions that you like. | 13:41:24 |
| 13 | MS. WOLFF:  Actually, I don't need the | 13:41:27 |
| 14 | content of the video.  I don't think that it's | 13:41:29 |
| 15 | necessary. | 13:41:36 |
| 16 | MR. FIELDS:  Is that video or audio? | 13:41:55 |
| 17 | MS. WOLFF:  There's no audio. | 13:41:58 |
| 18 | MR. FIELDS:  This whole line of questioning | 13:42:01 |
| 19 | is subject to objection and that it's illegally | 13:42:02 |
| 20 | recorded. | 13:42:05 |
| 21 | | 13:42:12 |
| 22 | (Discussion held off the record.) | 13:42:12 |
| 23 | | 13:45:06 |
| 24 | MS. WOLFF:  It was produced as bates | 13:45:06 |
| 25 | Plaintiff or it's PLTF 002027. | 13:45:07 |

142

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. WOLFF:                                            13:45:13
 2        Q.   Does that voice sound familiar to you?          13:45:13
 3        A.   Yeah.                                           13:45:15
 4        Q.   Who do you think that is?                       13:45:15
 5        A.   My brother.                                     13:45:17
 6        Q.   Leo?                                            13:45:17
 7        A.   Yeah.                                           13:45:18
 8        Q.   You don't think that's Charlie?                 13:45:19
 9        A.   No.                                             13:45:20
10        Q.   And so Leo says, essentially, that everyone    13:45:21
11   gets the wrong vibe because that's the hazing.  It's      13:45:26
12   like a fraternity.                                        13:45:28
13             Do you agree that the group of surfers at       13:45:29
14   Lunada Bay is like a fraternity?                          13:45:32
15        A.   I don't think that it's like a fraternity.      13:45:35
16   I've never been to a fraternity.  I don't think that      13:45:38
17   it's like a fraternity.  I've heard how fraternities      13:45:38
18   are.                                                      13:45:45
19        Q.   And do you disagree with him that there's       13:45:45
20   hazing?                                                   13:45:48
21        A.   I've never had hazing.  I've never seen         13:45:48
22   anybody get hazed.  It's kind of different how            13:45:52
23   people --                                                 13:45:54
24             MR. FIELDS:  You've answered the question.      13:45:55
25             THE WITNESS:  Yeah.                             13:45:56
```

143

Atkinson-Baker Court Reporters
www.depo.com

```
 1            MR. FIELDS:  Copy
 2            MR. MORRIS:  Copy.
 3            MR. CAREY:  Copy.
 4
 5
 6            (Whereupon, the deposition of
 7         N.F. commenced at 9:53 a.m.
 8         and concluded at 2:35 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

170

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF LOS ANGELES  )

 3

 4

 5

 6          I, the undersigned, declare under penalty of

 7   perjury that I have read the foregoing transcript, and I

 8   have made any corrections, additions, or deletions that

 9   I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13          EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                          (City)                (State)

16

17

18

19
     _____
20   N.F.

21

22

23

24

25
```

171

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                REPORTER'S CERTIFICATE
 2
 3        I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a
 4   Certified Shorthand Reporter, certify:
 5        That the foregoing proceedings were taken
 6   before me at the time and place therein set forth, at
 7   which time the witness was put under oath by me;
 8        That the testimony of the witness and all
 9   objections made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed;
12        That the foregoing is a true and correct
13   transcript of my shorthand notes so taken.
14        I further certify that I am not a relative or
15   employee of any attorney or of any of the parties, nor
16   financially interested in the action.
17        I declare under penalty of perjury under the
18   law of the State of California that the foregoing is
19   true and correct.
20        Dated this 6th day of July, 2017.
21
22
23                      _____
24                      Angelique Melody Ferrio
                        CSR No. 6979
25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1            REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4         I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a
 5    Certified Shorthand Reporter in the State of California,
 6    certify that the foregoing pages are a true and correct
 7    copy of the original deposition of N.F., taken on
 8    Thursday, July 6, 2017.
 9         I declare under penalty of perjury under the
10    laws of the State of California that the foregoing is
11    true and correct.
12         Dated this 6th day of July, 2017.
13
14
15
16
17                     _____
18                     Angelique Melody Ferrio
                       CSR No. 6979
19
20
21
22
23
24
25
```

N. F.
July 6, 2017