# EXHIBIT 12

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 2 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 283-90   Filed 07/14/17   Page 2 of 44   Page ID
#:5568

1            UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                 WESTERN DIVISION

4

5    CORY SPENCER, an individual; DIANA    )
     MILENA REED, an individual; and       )
6    COASTAL PROTECTION RANGERS, INC., a   )
     California non-profit public benefit  )
7    corporation,                          ) Case No.
                                           ) 2:16-cv-02129-SJO-RAO
8                      Plaintiffs,         )
                                           )
9              vs.                         )
                                           )
10   LUNADA BAY BOYS, et al.,              )
                                           )
11                     Defendants.         )
     _____)

12

13

14

15

16

17

18          Videotaped deposition of DIANA MILENA REED, taken

19      before Jimmy Rodriguez, a Certified Shorthand Reporter for

20      the State of California, with principal office in the

21      County of Orange, commencing at 9:12 a.m., Monday,

22      October 24, 2016 at the Premier Business Centers - Santa

23      Monica, 401 Wilshire Boulevard, 12th Floor, Santa Monica,

24      California.

25

                                                     Page 2

Exhibit A, page 4

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 3 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 283-1   Filed 07/14/17   Page 3 of 44   Page ID
#:5569

```
 1        APPEARANCES OF COUNSEL:
 2        FOR PLAINTIFFS:
 3                HANSON BRIDGETT, LLP
                  BY:  KURT A. FRANKLIN, Esq.
 4                425 Market Street
                  26th Floor
 5                San Francisco, CA 94105
                  TEL:  (415) 777-3200
 6                FAX:  (415) 541-9366
                  Kfranklin@hansonbridgett.com
 7
 8        FOR DEFENDANTS, City of Palos Verdes Estates and Chief of
          Police Jeff Kepley:
 9
                  KUTAK ROCK, LLP
10                BY:  ANTOINETTE P. HEWITT, Esq.
                  5 Park Plaza
11                Suite 1500
                  Irvine, CA 92614
12                TEL:  (949) 417-0999
                  FAX:  (949) 417-5394
13                Antoinette.hewitt@kutakrock.com
14
          FOR DEFENDANT, Brant Blakeman:
15
                  VEATCH CARLSON, LLP
16                BY:  RICHARD P. DIEFFENBACH, Esq.
                  1055 Wilshire Boulevard
17                11th Floor
                  Los Angeles, CA 90017
18                TEL:  (213) 381-2861
                  FAX:  (213) 383-6370
19                Rdieffenbach@veatchfirm.com
20                BUCHALTER NEMER
                  BY:  ROBERT S. COOPER, Esq.
21                1000 Wilshire Boulevard
                  Suite 1500
22                Los Angeles, CA 90017
                  TEL:  (213) 891-0700
23                FAX:  (213) 630-5609
                  Rcooper@buchalter.com
24
25
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 5

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 4 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 283-2   Filed 07/14/17   Page 4 of 44   Page ID
#:5570

```
 1      APPEARANCES OF COUNSEL (Continued):
 2      FOR DEFENDANT, Alan Johnston aka Jalian Johnston:
 3              LAW OFFICES OF J. PATRICK CAREY
                BY:  J. PATRICK CAREY, Esq.
 4              1230 Rosecrans Avenue
                Suite 300
 5              Manhattan Beach, CA 90266
                TEL:  (310) 526-2237
 6              Pat@patcareylaw.com
 7
        FOR DEFENDANT, Angelo Ferrara and N.F.:
 8
                LAW OFFICES OF MARK C. FIELDS, APC
 9              BY:   MARK C. FIELDS, Esq.
                       (Via Telephone)
10              333 South Hope Street
                35th Floor
11              Los Angeles, CA 90071
                TEL:  (213) 617-5225
12              FAX:  (213) 629-4520
                Fields@markfieldslaw.com
13
14      FOR DEFENDANT, Sang Lee:
15              LEWIS BRISBOIS BISGAARD & SMITH
                BY:  TERA A. LUTZ, Esq.
16              633 West 5th Street
                Suite 4000
17              Los Angeles, CA 90071
                TEL:  (213) 250-1800
18              FAX:  (213) 250-7900
                Tera.lutz@lewisbrisbois.com
19
20      FOR DEFENDANT, Sang Lee:
21              BOOTH MITCHEL & STRANGE, LLP
                BY:  DANIEL M. CROWLEY, Esq.
22              707 Wilshire Boulevard
                Suite 3000
23              Los Angeles, CA 90017
                TEL:  (213) 738-0100
24              FAX:  (213) 380-3308
                Dmcrowley@boothmitchel.com
25
```

Page 4

Exhibit A, page 6

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 5 of 93  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 283-3  Filed 07/14/17  Page 5 of 44  Page ID
#:5571

```
1       APPEARANCES OF COUNSEL (Continued):

2       FOR DEFENDANT, Michael Ray Papayans:

3               HAVEN LAW
                BY:  PETER T. HAVEN, Esq.
4               1230 Rosecrans Avenue
                Suite 300
5               Manhattan Beach, CA 90266
                TEL:  (213) 842-4617
6               FAX:  (213) 477-2137
                Peter@havenlaw.com

7

8       Also Present:

9               MARNIE LEVY, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 5
```

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 6 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 280-4   Filed 07/14/17   Page 6 of 44   Page ID
#:5572

```
1              Monday, October 24, 2016, 9:12 a.m.

2                   Santa Monica, California

3                                                      09:12

4          *         THE VIDEOGRAPHER:  Good morning.  We are  09:12

5      on the record at 9:12 a.m. on Monday, October 24,  09:12

6      2016.  This is the video recorded deposition of   09:13

7      Ms. Diana Milena Reed.  My name is Marnie Levy,    09:13

8      certified legal video specialist here with our court  09:13

9      reporter Jim Rodriguez.  We are here from Veritext  09:13

10     Legal Solutions, and we are here representing the   09:13

11     defendants.                                        09:13

12              This deposition is being held at 401     09:13

13     Wilshire Boulevard, 12th floor, in Santa Monica,   09:13

14     California.  The caption of this case is Cory       09:13

15     Spencer, et al., versus Lunada Bay Boys, case number  09:13

16     2:16-cv-02129-SJO-RAO.                             09:13

17              Please note that audio and video recording  09:13

18     will take place unless all parties agree to go off  09:13

19     the record.  I am not related to any party in this  09:13

20     action nor am I financially interested in the      09:13

21     outcome in any way.                                09:14

22              If there are any objections to proceeding,  09:14

23     please state them at the time of your appearance   09:14

24     beginning with the noticing attorney.              09:14

25              Thank you, the witness will be sworn in   09:14
```

Page 7

Exhibit A, page 8

Case 2:16-cv-02129-SJO-RAO    Document 305-12    Filed 07/31/17    Page 7 of 93    Page ID
Case 2:16-cv-02129-SJO-RAO    Document 88-5    Filed 07/14/17    Page 7 of 44    Page ID
#:5573

| | | |
|---|---|---|
| 1 | and counsel may begin the examination. | 09:14 |
| 2 | | 09:14 |
| 3 | DIANA MILENA REED, | |
| 4 | produced as a witness and having been first duly | |
| 5 | sworn by the Certified Shorthand Reporter, was | |
| 6 | examined and testified as follows: | |
| 7 | | |
| 8 | MS. HEWITT:  Before we begin, may I have | 09:14 |
| 9 | all counsel state their appearances on the record | 09:14 |
| 10 | please, and I'll begin with myself. | 09:14 |
| 11 | Antoinette Hewitt from Kutak Rock for the | 09:14 |
| 12 | City of Palos Verdes Estates and Police | 09:14 |
| 13 | Chief Kepley. | 09:14 |
| 14 | MR. HAVEN:  Good morning, Peter Haven for | 09:14 |
| 15 | defendant Michael Papayans. | 09:14 |
| 16 | MS. LUTZ:  Good morning, Tera Lutz for | 09:14 |
| 17 | Defendant Sang Lee. | 09:14 |
| 18 | MR. CAREY:  Good morning, Pat Carey for | 09:14 |
| 19 | defendant Alan Johnston. | 09:14 |
| 20 | MR. DIEFFENBACH:  Richard Dieffenbach for | 09:14 |
| 21 | Brant Blakeman, defendant. | 09:14 |
| 22 | MR. CROWLEY:  Daniel Crowley for Sang Lee. | 09:14 |
| 23 | MR. FRANKLIN:  Kurt Franklin on behalf of | 09:14 |
| 24 | Ms. Diana Milena Reed and the other plaintiffs in | 09:14 |
| 25 | this matter and the putative class. | 09:15 |

Page 8

Exhibit A, page 9

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 8 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 288-6   Filed 07/14/17   Page 8 of 44   Page ID
#:5574

| | | |
|---|---|---|
| 1 | the complaint. | 11:47 |
| 2 | MR. FRANKLIN:  Vague and ambiguous. | 11:47 |
| 3 | THE WITNESS:  In the complaint I say that | 11:47 |
| 4 | I'm an aspiring big wave surfer. | 11:47 |
| 5 | BY MS. HEWITT: | 11:47 |
| 6 | Q     Right. | 11:47 |
| 7 | A     What that means to me is it's something | 11:47 |
| 8 | that I would like to do. | 11:47 |
| 9 | Q     Had you ever been big wave surfing before | 11:47 |
| 10 | January 29, 2016? | 11:47 |
| 11 | A     I'm an aspiring big wave surfer and I | 11:47 |
| 12 | don't consider myself a big wave surfer.  I consider | 11:47 |
| 13 | it a goal. | 11:47 |
| 14 | Q     Does that mean, no, you've never been big | 11:47 |
| 15 | wave surfing before January 29, 2016? | 11:47 |
| 16 | MR. FRANKLIN:  Vague and ambiguous. | 11:47 |
| 17 | THE WITNESS:  It just depends what you | 11:47 |
| 18 | mean by big wave surfing.  It's hard for me to | 11:47 |
| 19 | answer your question because I don't know what | 11:47 |
| 20 | you're asking me exactly. | 11:47 |
| 21 | BY MS. HEWITT: | 11:47 |
| 22 | Q     Okay.  It says in your complaint that you | 11:47 |
| 23 | are an aspiring big wave surfer on January 29, 2016. | 11:47 |
| 24 | I'm an aspiring marathon runner, I haven't | 11:47 |
| 25 | quite gotten there, but I've done a half. | 11:47 |

Page 101

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 9 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 28-27   Filed 07/14/17   Page 9 of 44   Page ID
#:5575

```
 1              Had you ever done anything you would        11:47

 2    consider to be big wave surfing before January 29th,  11:47

 3    2016?  Had you even attempted it once in your mind    11:47

 4    whatever is big wave surfing?                          11:48

 5         A    I've surfed waves that were challenging to  11:48

 6    me and, you know, were way over my head, and I've     11:48

 7    been in conditions that definitely challenged me      11:48

 8    both mentally and physically, but I'm not a big wave  11:48

 9    surfer and that's something that I would -- I would   11:48

10    love to do down the line.                              11:48

11         Q    So have you ever surfed a big wave up to    11:48

12    this point right now?                                  11:48

13              MR. FRANKLIN:  Vague and ambiguous.          11:48

14              THE WITNESS:  It just depends what you      11:48

15    mean by a big wave.  A wave that's big to me right    11:48

16    now might be really small to Laird Hamilton.          11:48

17    There's all kinds of waves.  There's waves that are   11:48

18    80 feet, there's waves that are eight feet.  Someone  11:48

19    might think that an eight-foot wave is big and        11:48

20    someone else might think it's small, so it's very     11:48

21    hard for me to answer that question.                   11:48

22    BY MS. HEWITT:                                         11:48

23         Q    Are you still an aspiring big wave surfer?  11:48

24         A    Yes, I am.                                   11:48

25         Q    All right.  And the next part of that      11:49
```

Page 102

Exhibit A, page 11

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 10 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 28398   Filed 07/14/17   Page 10 of 44   Page ID
#:5576

```
1    sentence it says you wanted to paddle out to          11:49

2    experience the large waves found off Lunada Bay.      11:49

3            In this sentence in your complaint here,      11:49

4    did you mean that you wanted to go out and try to     11:49

5    surf or you just wanted to paddle off to -- paddle    11:49

6    out to see what the waves looked like?                11:49

7            MR. FRANKLIN:  Vague and ambiguous.           11:49

8            THE WITNESS:  I wanted to paddle out to       11:49

9    surf.                                                 11:49

10   BY MS. HEWITT:                                        11:49

11       Q    Did you intend to surf?                      11:49

12       A    I did intend to surf, yes.                   11:49

13       Q    Did you feel prepared that day to catch a    11:49

14   big wave, whatever you thought was a big wave that    11:49

15   day?                                                  11:49

16       A    I felt prepared that day to attempt to       11:49

17   catch some of the waves on the inside for the         11:49

18   conditions that were out that day.                    11:49

19       Q    How did you decide to go to Lunada Bay       11:49

20   that day?                                             11:49

21       A    I don't remember specifically how I          11:49

22   decided to go to Lunada Bay that day.  I would        11:50

23   assume that the swell -- there was a good swell and   11:50

24   it wasn't, you know, too big, you know, and it was a  11:50

25   size that was something that I could try and          11:50
```

Page 103

Exhibit A, page 12

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 11 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 289   Filed 07/14/17   Page 11 of 44   Page ID
#:8399
#:5577

| | | |
|---|---|---|
| 1 | attempt. | 11:50 |
| 2 | Q   I think earlier we decided that we weren't | 11:50 |
| 3 | sure whether or not you'd been to Lunada Bay before | 11:50 |
| 4 | that day. | 11:50 |
| 5 | A   I didn't say that. | 11:50 |
| 6 | Q   My fault. | 11:50 |
| 7 | Had you been to Lunada Bay before | 11:50 |
| 8 | January 29, 2016? | 11:50 |
| 9 | A   I had been to the top of the bluff. | 11:50 |
| 10 | Q   Top of the bluff, okay. | 11:50 |
| 11 | Do you remember -- is it like towards the | 11:50 |
| 12 | beginning of January, middle of January? | 11:50 |
| 13 | A   It was towards the beginning of January. | 11:50 |
| 14 | I think that it was around the 6th of January | 11:50 |
| 15 | approximately. | 11:50 |
| 16 | Q   And before that time on approximately the | 11:50 |
| 17 | 6th of January, had you ever been to the top of the | 11:50 |
| 18 | bluff at Lunada Bay before? | 11:50 |
| 19 | A   I don't think so.  I may have at one point | 11:51 |
| 20 | driven up the coast looking at the coast, but I | 11:51 |
| 21 | don't know if I stopped at Lunada Bay or not.  And | 11:51 |
| 22 | that wasn't for surfing.  It was for scenic reasons. | 11:51 |
| 23 | Q   Okay.  Just to be clear so I don't get it | 11:51 |
| 24 | wrong again:  Before January 6, 2016, had you ever | 11:51 |
| 25 | been down to the beach at Lunada Bay? | 11:51 |

Page 104

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 12 of 93   Page ID
#:8400
Case 2:16-cv-02129-SJO-RAO   Document 282-2   Filed 07/14/17   Page 12 of 44   Page ID
#:5578

| | | |
|---|---|---|
| 1 | A    I didn't go down to the beach on | 11:51 |
| 2 | January 6th. | 11:51 |
| 3 | Q    I understand that, I'm just making sure | 11:51 |
| 4 | before that date you had never gone to the beach | 11:51 |
| 5 | there? | 11:51 |
| 6 | A    No. | 11:51 |
| 7 | Q    And had you ever stopped at Lunada Bay at | 11:51 |
| 8 | all before January 6, 2016? | 11:51 |
| 9 | MR. FRANKLIN:  Asked and answered. | 11:52 |
| 10 | THE WITNESS:  Yeah, I may have when I was | 11:52 |
| 11 | looking at the coast, I don't know. | 11:52 |
| 12 | BY MS. HEWITT: | 11:52 |
| 13 | Q    Okay.  So in January 6, 2016, where did | 11:52 |
| 14 | you stop on the bluff? | 11:52 |
| 15 | A    I went there to watch my friend surf. | 11:52 |
| 16 | Q    Who was that? | 11:52 |
| 17 | A    It was a big day.  Much too big for me. | 11:52 |
| 18 | So I just went there to watch. | 11:52 |
| 19 | Q    Who was your friend? | 11:52 |
| 20 | A    Well, my friend Jordan Wright, boyfriend, | 11:52 |
| 21 | and his friends. | 11:52 |
| 22 | Q    Who was his friends that you went to | 11:52 |
| 23 | watch? | 11:52 |
| 24 | A    One of them was my friend Preston, I don't | 11:52 |
| 25 | remember his last name.  A friend of Jordan's called | 11:52 |

Page 105

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 13 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8401   Filed 07/14/17   Page 13 of 44   Page ID
#:5579

| | | |
|---|---|---|
| 1 | if I had hesitance or not.  I wasn't surfing so | 11:55 |
| 2 | there wasn't as much pressure on me. | 11:55 |
| 3 | BY MS. HEWITT: | 11:55 |
| 4 | Q       Before you went to Lunada Bay on | 11:55 |
| 5 | January 6th, had you heard about Lunada Bay? | 11:55 |
| 6 | A       I have heard about Lunada Bay from the | 11:56 |
| 7 | surf community, yes. | 11:56 |
| 8 | Q       What had you heard? | 11:56 |
| 9 | A       I heard that it's the best and one of the | 11:56 |
| 10 | only true deep water big wave spots in | 11:56 |
| 11 | Southern California. | 11:56 |
| 12 | Q       And when you were there on January 6th, | 11:56 |
| 13 | how long were you there? | 11:56 |
| 14 | A       It's hard for me to know approximately how | 11:56 |
| 15 | long we were there.  But I think from the time that | 11:56 |
| 16 | we pulled up to the time that we left, I mean, it | 11:56 |
| 17 | was a span of at least two hours I would think. | 11:56 |
| 18 | Q       Okay.  Is there anything specifically you | 11:56 |
| 19 | recall about that visit to Lunada Bay? | 11:56 |
| 20 | A       Yeah, what specifically would you like to | 11:56 |
| 21 | know? | 11:56 |
| 22 | Q       Did you come into contact with anybody who | 11:56 |
| 23 | harassed you that day or intimidated you? | 11:56 |
| 24 | A       It was raining that day and very muddy and | 11:56 |
| 25 | there wasn't anyone out that day. | 11:57 |

Page 108

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 14 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 280-2   Filed 07/14/17   Page 14 of 44   Page ID
#:8402
#:5580

| | | |
|---|---|---|
| 1 | Q     So you didn't come in contact with anybody | 11:57 |
| 2 | who harassed or intimidated you that day; is that | 11:57 |
| 3 | correct? | 11:57 |
| 4 | A     No, because there was no individuals out | 11:57 |
| 5 | that I can remember. | 11:57 |
| 6 | Q     So yes, that's correct? | 11:57 |
| 7 | MR. FRANKLIN:  Asked and answered. | 11:57 |
| 8 | THE WITNESS:  It's correct that me -- that | 11:57 |
| 9 | I was one of the only people out there along with my | 11:57 |
| 10 | friend who was photographing, and there weren't | 11:57 |
| 11 | people there to talk to us so we were not harassed | 11:57 |
| 12 | since we were the only people there that I could | 11:57 |
| 13 | see. | 11:57 |
| 14 | BY MS. HEWITT: | 11:57 |
| 15 | Q     Okay.  And same question for intimidation? | 11:57 |
| 16 | A     Yes. | 11:57 |
| 17 | Q     And did you experience any vandalism that | 11:57 |
| 18 | day? | 11:57 |
| 19 | A     No, we did not. | 11:57 |
| 20 | Q     All right.  Now, during that visit did you | 11:57 |
| 21 | talk with anybody who was present about any negative | 11:57 |
| 22 | experience at Lunada Bay? | 11:57 |
| 23 | MR. FRANKLIN:  Vague and ambiguous. | 11:57 |
| 24 | THE WITNESS:  I don't remember if I | 11:57 |
| 25 | specifically discussed that. | 11:58 |

Page 109

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 15 of 93  Page ID
#:8403
Case 2:16-cv-02129-SJO-RAO  Document 279-3  Filed 07/14/17  Page 15 of 44  Page ID
#:5581

| | | |
|---|---|---|
| 1 | there together. | 12:10 |
| 2 | Q   And after you heard maybe Cory's | 12:10 |
| 3 | conversation with somebody else, did it cause you | 12:10 |
| 4 | any concern? | 12:10 |
| 5 | A   I'm sure it did. | 12:10 |
| 6 | Q   As you sit here today, do you remember any | 12:10 |
| 7 | particular concern it caused you? | 12:10 |
| 8 | A   I don't remember specifically, no. | 12:10 |
| 9 | Q   All right.  Once you went to look at the | 12:11 |
| 10 | conditions -- | 12:11 |
| 11 | A   Sorry if I'm a little bit distracted.  My | 12:11 |
| 12 | baby is kicking like crazy now. | 12:11 |
| 13 | Q   Sure. | 12:11 |
| 14 | When you went to go look at the | 12:11 |
| 15 | conditions, did you speak to anybody, anybody talk | 12:11 |
| 16 | to you? | 12:11 |
| 17 | A   Yeah, I mean, like I said, I had some | 12:11 |
| 18 | conversations with some people on the bluff, but I | 12:11 |
| 19 | kind of, I guess, get in the zone when I'm watching | 12:11 |
| 20 | the surf, and I was just trying to really watch and | 12:11 |
| 21 | gain an understanding of the conditions that day. | 12:11 |
| 22 | And I did have conversations with people, | 12:11 |
| 23 | it's just it's hard for me to remember at the moment | 12:11 |
| 24 | specifically what was said. | 12:11 |
| 25 | Q   So at some point did you experience any | 12:11 |

Page 119

Exhibit A, page 17

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 16 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 2-8404   Filed 07/14/17   Page 16 of 44   Page ID
#:5582

| | | |
|---|---|---|
| 1 | harassment or intimidation when you were there on | 12:11 |
| 2 | January 29th? | 12:11 |
| 3 |     A    Yes. | 12:11 |
| 4 |     Q    What was that? | 12:11 |
| 5 |     A    From what I recall when, you know, from | 12:11 |
| 6 | the moment that we arrived we were experiencing | 12:12 |
| 7 | harassment. | 12:12 |
| 8 |     Q    Okay.  Can you describe what the | 12:12 |
| 9 | harassment was? | 12:12 |
| 10 |     A    I remember that people were circling | 12:12 |
| 11 | around the car when we parked and, you know, some | 12:12 |
| 12 | people yelled at us and said that we're kooks.  And | 12:12 |
| 13 | there were other people, other bay boys on the bluff | 12:12 |
| 14 | that were looking at us and there were people | 12:12 |
| 15 | recording us. | 12:12 |
| 16 |     So the situation there seemed very tense. | 12:12 |
| 17 |     Q    Let's start with the people circling your | 12:12 |
| 18 | car, how many people circled your car? | 12:12 |
| 19 |     A    I don't remember how many people, but I | 12:12 |
| 20 | remember, you know -- I remember a car driving by, I | 12:12 |
| 21 | remember a car driving by and having people yell at | 12:12 |
| 22 | us also. | 12:12 |
| 23 |     Q    Okay.  How many cars drove by and yelled | 12:12 |
| 24 | things at you? | 12:13 |
| 25 |     A    I remember one car that yelled things at | 12:13 |

Page 120

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 17 of 93   Page ID
#:8405
Case 2:16-cv-02129-SJO-RAO   Document 2:8405   Filed 07/14/17   Page 17 of 44   Page ID
#:5583

```
 1    us.                                                       12:13

 2         Q     Going back to the circling, is it people       12:13

 3    or cars that circled your car?                            12:13

 4         A     I know it was cars.  Whether or not people      12:13

 5    did that, there may have been people on bikes that         12:13

 6    did that, I don't remember at the moment.                  12:13

 7         Q     What were people shouting at you?               12:13

 8         A     They shouted that we were kooks.                12:13

 9         Q     What else?                                      12:13

10         A     I remember at some point people telling us      12:13

11    that we can't surf there.                                  12:13

12         Q     Is this all at the same time these things       12:13

13    are being shouted at you?                                  12:13

14         A     I don't remember if it was at the same          12:13

15    time or not.                                               12:13

16         Q     Where were you specifically at this             12:13

17    particular time when these things were being shouted       12:13

18    at you?                                                    12:13

19         A     Well, I specifically remember when they         12:13

20    shouted that they were kooks, I remember that we           12:14

21    were either just getting out of the car or just           12:14

22    pulling up, I don't remember specifically, but...          12:14

23         Q     Did you say anything back to them?              12:14

24         A     No, I didn't.                                   12:14

25         Q     How about Jordan?                               12:14
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit A, page 19

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 18 of 93   Page ID
#:8406
Case 2:16-cv-02129-SJO-RAO   Document 270-6   Filed 07/14/17   Page 18 of 44   Page ID
#:5584

```
 1              But going back to Santa Cruz -- yeah, I      12:36
 2      don't know, I surfed at a lot of secret spots in     12:36
 3      Santa Cruz with my coach that I don't even remember  12:36
 4      the names of.  Where else did I surf?  I don't know, 12:36
 5      I've surfed at a lot of spots.                        12:36
 6      BY MS. HEWITT:                                        12:36
 7          Q     It sounds like it.                          12:36
 8          A     Morro Bay.  Morro Bay is interesting.  And  12:36
 9      I've surfed -- there's a spot north of Morro Bay,     12:36
10      it's a beach break, I don't remember the name of it,  12:36
11      but I've surfed there, too.                           12:36
12          Q     Going back to the complaint here.  Where    12:36
13      it says here, "Reed and Wright encountered members    12:36
14      of the Lunada Bay Boys," who were the Lunada Bay       12:36
15      Boys as you reference here in the complaint?          12:36
16          A     I don't know the specific names of the      12:36
17      individuals.                                          12:37
18          Q     Are you able to describe who it was that    12:37
19      screamed profanities at you on January 29, 2016?      12:37
20          A     I'm not able to describe the specific       12:37
21      person that screamed profanities because I didn't     12:37
22      get to see their face for long enough, and at the     12:37
23      moment I don't remember, my memory is not very good.  12:37
24          Q     Did anybody else scream profanities at you  12:37
25      other than the people in the car?                     12:37
```

Page 129

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 19 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-07   Filed 07/14/17   Page 19 of 44   Page ID
#:5585

| | | | |
|---|---|---|---|
| 1 | A | At what point? | 12:37 |
| 2 | Q | At any point on January 29, 2016. | 12:37 |
| 3 | A | The entire day? | 12:37 |
| 4 | Q | Yes. | 12:37 |
| 5 | A | Yes, there were several instances. | 12:37 |
| 6 | Q | Okay.  So we went through the ones in the | 12:37 |
| 7 | | car. | 12:37 |
| 8 | | Let's go through the other times that | 12:37 |
| 9 | | people screamed profanities at you on January 29, | 12:37 |
| 10 | | 2016, what was the next instance of those? | 12:37 |
| 11 | A | I believe there was an instance of people | 12:37 |
| 12 | | telling us that we can't surf there while we were on | 12:37 |
| 13 | | the bluff.  There was the constant harassment of | 12:37 |
| 14 | | video cameras everywhere, recording everything. | 12:38 |
| 15 | | What else is the question asking?  I'm | 12:38 |
| 16 | | sorry. | 12:38 |
| 17 | Q | I wanted to go through the different | 12:38 |
| 18 | | instances that day when people specifically screamed | 12:38 |
| 19 | | profanities at you.  For instance, in the complaint | 12:38 |
| 20 | | a man called you a whore.  When did that occur on | 12:38 |
| 21 | | January 29th? | 12:38 |
| 22 | A | Right, that's the words that I heard him | 12:38 |
| 23 | | scream.  That was once we were at the bottom of the | 12:38 |
| 24 | | hill when we were on the rocky beach walking to the | 12:38 |
| 25 | | spot where we would paddle out. | 12:38 |

Page 130

Exhibit A, page 21

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 20 of 93   Page ID
#:8408
Case 2:16-cv-02129-SJO-RAO   Document 270-8   Filed 07/14/17   Page 20 of 44   Page ID
#:5586

| | | | |
|---|---|---|---|
| 1 | A | I just don't remember. | 12:42 |
| 2 | Q | Had you contacted any media prior to your | 12:42 |
| 3 | visit on January 29th? | | 12:42 |
| 4 | A | I had not contacted any media. | 12:42 |
| 5 | Q | After the man came back, then what | 12:42 |
| 6 | happened? | | 12:42 |
| 7 | A | I just remember him, you know, yelling at | 12:42 |
| 8 | us more, screaming profanities.  And at one point I | | 12:42 |
| 9 | think -- he went away and I told Jordan that I | | 12:43 |
| 10 | wanted to talk to the police.  The police were | | 12:43 |
| 11 | standing in the fort and witnessed the incident. | | 12:43 |
| 12 | And then they ended up walking over because they saw | | 12:43 |
| 13 | what happened, so I didn't have to go to them. | | 12:43 |
| 14 | Q | Okay.  So the police came to you; right? | 12:43 |
| 15 | A | Yes. | 12:43 |
| 16 | Q | Then what happened when the police came? | 12:43 |
| 17 | A | The police asked us what was going on and | 12:43 |
| 18 | we described what had happened.  And they -- I think | | 12:43 |
| 19 | that they asked us if we wanted to file a report. | | 12:43 |
| 20 | And I know that I wanted to file one, and so we | | 12:43 |
| 21 | proceeded to go up the hill to file a report. | | 12:43 |
| 22 | Q | So did you, in fact, file a report with | 12:44 |
| 23 | the police? | | 12:44 |
| 24 | A | We did file a report with the police, yes. | 12:44 |
| 25 | Q | All right.  Do you remember -- withdraw. | 12:44 |

Page 134

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 21 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 21 of 44   Page ID
#:8409
#:5587

| | | |
|---|---|---|
| 1 | Are you able to describe the man who was | 12:44 |
| 2 | yelling at you? | 12:44 |
| 3 | A    Yes. | 12:44 |
| 4 | Q    Can you please describe him? | 12:44 |
| 5 | A    I remember he was pretty short in height, | 12:44 |
| 6 | middle-aged, brown hair, I believe. | 12:44 |
| 7 | Q    Anything else that you can remember in | 12:44 |
| 8 | describing him? | 12:44 |
| 9 | A    That's all I can remember in describing | 12:44 |
| 10 | him. | 12:44 |
| 11 | Q    When you went up the hill and -- were you | 12:44 |
| 12 | walking up with Jordan and the police? | 12:44 |
| 13 | A    I think so. | 12:44 |
| 14 | Q    And when you got to the top of the hill, | 12:44 |
| 15 | what did you do? | 12:44 |
| 16 | A    I remember at one point there was more | 12:44 |
| 17 | police that came, and so I don't remember who filed | 12:44 |
| 18 | the report specifically.  I don't remember if it was | 12:45 |
| 19 | the police that witnessed the incident or if it was | 12:45 |
| 20 | the police that came.  But I remember that they -- | 12:45 |
| 21 | they detained the suspect and they -- but they -- | 12:45 |
| 22 | even though that they witnessed the incident they | 12:45 |
| 23 | did not want to arrest him because they were saying | 12:45 |
| 24 | they didn't hear what he said specifically even | 12:45 |
| 25 | though they heard him yelling. | 12:45 |

Page 135

Exhibit A, page 23

```
1              And they told me that I could file a            12:45

2     citizen's arrest but that if I do file a citizen's      12:45

3     arrest I'm at risk of getting sued because people at    12:45

4     Lunada Bay have a lot of money and can hire good        12:45

5     lawyers and that will put me at risk of getting into    12:45

6     a lawsuit, and so it's not a good idea to file a        12:45

7     citizen's arrest because it will, you know, because     12:45

8     I don't need to be in a lawsuit and it's not a good     12:45

9     idea.                                                   12:46

10             So, they dissuaded me from filing a            12:46

11    citizen's arrest.                                       12:46

12        Q    Okay.  And then you filed -- so then           12:46

13    you --                                                  12:46

14        A    So they told me to go ahead and write a        12:46

15    report instead because it would be the same outcome     12:46

16    and that way I don't have the liability of filing a     12:46

17    citizen's arrest.                                       12:46

18        Q    When you came up -- rather, when the           12:46

19    officers came from the fort, how many were there?       12:46

20        A    I don't know how many there were.  I           12:46

21    remember -- I definitely remember there was one         12:46

22    person, I don't know if there was one or two.           12:46

23        Q    Officers, you don't remember how many came     12:46

24    to you and walked up the bluff with you?                12:46

25        A    No.                                            12:46
```

Page 136

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 23 of 93   Page ID
#:8411
Case 2:16-cv-02129-SJO-RAO   Document 270-1   Filed 07/14/17   Page 23 of 44   Page ID
#:5589

| | |
|---|---|
| 1 | Oh, that's not important, we don't want to write | 12:47 |
| 2 | that down; anything like that? | 12:47 |
| 3 | A    I don't remember if that happened. | 12:47 |
| 4 | Q    Did you -- how long did you talk to the | 12:47 |
| 5 | police that day? | 12:47 |
| 6 | A    It's hard for me to say how long I spoke | 12:47 |
| 7 | to them for.  I can guess maybe 30 minutes, I don't | 12:48 |
| 8 | know. | 12:48 |
| 9 | Q    What profanities did you tell the police | 12:48 |
| 10 | were screamed at you? | 12:48 |
| 11 | A    I remember something that sounded like | 12:48 |
| 12 | "whore," so I did tell them that.  At this time, I | 12:48 |
| 13 | don't remember specifically what profanities were | 12:48 |
| 14 | screamed at.  Like I said, my memory is not good and | 12:48 |
| 15 | I try to limit profanities in my life.  But I do | 12:48 |
| 16 | remember, you know, being -- being very frightened | 12:48 |
| 17 | because I hadn't been yelled at in that manner | 12:48 |
| 18 | before by anyone. | 12:48 |
| 19 | Q    Did the police ask you when you were down | 12:49 |
| 20 | on the beach, did they ask you where you were from? | 12:49 |
| 21 | A    I don't know if they asked me that or not. | 12:49 |
| 22 | Q    Do you remember them asking you where you | 12:49 |
| 23 | were from at any time? | 12:49 |
| 24 | A    From what I remember when they filed the | 12:49 |
| 25 | report, they write down your address from your | 12:49 |

Page 138

| | | |
|---|---|---|
| 1 | driver's license.  Whether they asked me that or | 12:49 |
| 2 | wrote it down from my driver's license, I don't | 12:49 |
| 3 | remember. | 12:49 |
| 4 | Q     All right.  Did they take your driver's | 12:49 |
| 5 | license at the point in time when they were starting | 12:49 |
| 6 | to write their report or sometime before that? | 12:49 |
| 7 | A     I think they took it from me when they | 12:49 |
| 8 | were writing the report. | 12:49 |
| 9 | Q     Had they given -- excuse me. | 12:49 |
| 10 | Had they taken your driver's license at | 12:49 |
| 11 | the time you were talking about a citizen's arrest? | 12:49 |
| 12 | A     I don't know. | 12:49 |
| 13 | Q     Did any of your other friends tell you | 12:49 |
| 14 | that they saw the incident with the man screaming at | 12:50 |
| 15 | you and Jordan? | 12:50 |
| 16 | A     Not that I recall.  I don't think so. | 12:50 |
| 17 | Q     All right.  Did David eventually paddle | 12:50 |
| 18 | in? | 12:50 |
| 19 | A     I would assume that he did, yeah, I don't | 12:50 |
| 20 | know what he ended up doing. | 12:50 |
| 21 | Q     Did you tell David what happened? | 12:50 |
| 22 | A     I think I did. | 12:50 |
| 23 | Q     What did he say? | 12:50 |
| 24 | A     You know, I don't remember the | 12:50 |
| 25 | conversation with David, so, I would assume I told | 12:50 |

Page 139

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 25 of 93   Page ID
#:8413
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 25 of 44   Page ID
#:5591

| | | |
|---|---|---|
| 1 | a lawsuit; is that what they told you? | 12:51 |
| 2 | A     They told me that it puts liability on me. | 12:51 |
| 3 | Q     No matter what happens, that definitely | 12:51 |
| 4 | puts liability on you, is that what they told you? | 12:51 |
| 5 | MR. FRANKLIN:  Calls for legal conclusion. | 12:51 |
| 6 | THE WITNESS:  From my understanding, what | 12:51 |
| 7 | they told me is that it would put me at a liability | 12:51 |
| 8 | for a lawsuit if it was found to be, you know -- if | 12:52 |
| 9 | it was found to be incorrect -- it puts me at | 12:52 |
| 10 | liability, but if I don't file it as a citizen's | 12:52 |
| 11 | arrest, then I'm not a liability. | 12:52 |
| 12 | BY MS. HEWITT: | 12:52 |
| 13 | Q     Okay.  So did you understand that you | 12:52 |
| 14 | could file a citizen's arrest; the outcome could be | 12:52 |
| 15 | that if it was found to not be justified that you | 12:52 |
| 16 | could incur liability at a later date? | 12:52 |
| 17 | MR. FRANKLIN:. Objection, calls for legal | 12:52 |
| 18 | conclusion -- | 12:52 |
| 19 | THE WITNESS:  Um -- | 12:52 |
| 20 | MR. FRANKLIN:  Objection, calls for legal | 12:52 |
| 21 | conclusion, it's also an incomplete hypothetical. | 12:52 |
| 22 | THE WITNESS:  Yeah, I don't really know. | 12:52 |
| 23 | I mean, I don't understand.  I'm not a lawyer so | 12:52 |
| 24 | it's hard for me to answer that question.  I just | 12:52 |
| 25 | know that they dissuaded me from filing a citizen's | 12:52 |

Page 141

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 26 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 26 of 44   Page ID
#:8414
#:5592

| | | |
|---|---|---|
| 1 | Q    Okay.  So in June, would you have been | 12:57 |
| 2 | about four and a half months pregnant or so? | 12:57 |
| 3 | A    I don't know.  I would have to calculate | 12:57 |
| 4 | it, I don't remember. | 12:57 |
| 5 | Q    Do you remember being pregnant when you | 12:57 |
| 6 | were surfing in June, though? | 12:57 |
| 7 | A    Yes, hmm-mm. | 12:57 |
| 8 | Q    When was the last time you've been | 12:57 |
| 9 | surfing? | 12:57 |
| 10 | A    That was about the last time. | 12:57 |
| 11 | Q    All right.  So, going back to February 5, | 12:57 |
| 12 | 2016, I believe you told me that you went to | 12:58 |
| 13 | Lunada Bay to take photos of Jordan; is that | 12:58 |
| 14 | correct? | 12:58 |
| 15 | A    Yes. | 12:58 |
| 16 | Q    What made Jordan decide to go that day, to | 12:58 |
| 17 | go surf? | 12:58 |
| 18 | A    You know, I don't remember what his reason | 12:58 |
| 19 | was to go that day.  I just remember accompanying | 12:58 |
| 20 | him to take photos. | 12:58 |
| 21 | Q    Did you talk to anybody at the L.A. Times | 12:58 |
| 22 | before February 5, 2016? | 12:58 |
| 23 | A    I don't think so, no. | 12:58 |
| 24 | Q    Do you have any idea as you sit here today | 12:58 |
| 25 | how the writer and photographer from the | 12:58 |

Page 146

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 27 of 93   Page ID
#:8415
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 27 of 44   Page ID
#:5593

```
 1    at home from anybody at the L.A. Times?              13:07

 2         A    I have an e-mail with the photos from the  13:07

 3    photographer.                                        13:07

 4         Q    And does that e-mail have any text in it?  13:07

 5         A    I would assume it has some text in it.     13:07

 6         Q    Have you given it to your attorneys?       13:07

 7         A    I don't know.  I think so.                 13:07

 8         Q    Do you have any e-mails at home from any   13:07

 9    other media organizations either online or print or 13:07

10    anything like that?                                  13:07

11         A    I've been in several articles and don't    13:07

12    several interviews, so a bunch of media have reached 13:08

13    out to me, so I have e-mails.  And then I also have, 13:08

14    you know, my attorneys also arranged some of it.     13:08

15         Q    Have you ever been -- withdraw.            13:08

16              Okay.  With regard to the February 5th     13:08

17    visit, did you contact the City of Palos Verdes      13:08

18    Estates or the police department to tell them that   13:08

19    you were going to visit that day?                    13:08

20         A    I think that Jordan may have done that.    13:08

21         Q    And do you know if Jordan asked for extra  13:08

22    patrols that day?                                    13:08

23         A    I don't know if he asked for it that day.  13:08

24         Q    Do you recall seeing Palos Verdes Estates  13:08

25    police there that day?                               13:08
```

Page 154

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 28 of 93   Page ID
#:8416
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 28 of 44   Page ID
#:5594

| | | |
|---|---|---|
| 1 | A    I don't remember if I saw them there that | 13:08 |
| 2 | day or not. | 13:09 |
| 3 | Q    And at that point in time, you'd broken | 13:09 |
| 4 | your arm so you could not surf; is that correct? | 13:09 |
| 5 | A    That's correct.  I had just broken it, I'm | 13:09 |
| 6 | sure it was still pretty painful so it wasn't | 13:09 |
| 7 | possible that time. | 13:09 |
| 8 | Q    Did Jordan surf without incident as far as | 13:09 |
| 9 | you know? | 13:09 |
| 10 | A    Jordan did surf without incident because | 13:09 |
| 11 | he was the only person out there surfing. | 13:09 |
| 12 | Q    And is it correct that neither you or | 13:09 |
| 13 | Jordan were intimidated that day? | 13:09 |
| 14 | MR. FRANKLIN:  Vague and ambiguous. | 13:09 |
| 15 | THE WITNESS:  I don't know.  I don't | 13:09 |
| 16 | remember if we encountered anyone on top of the | 13:09 |
| 17 | bluff or not.  I just remember that there was no one | 13:09 |
| 18 | in the water. | 13:09 |
| 19 | BY MS. HEWITT: | 13:09 |
| 20 | Q    Do you have a recollection of encountering | 13:09 |
| 21 | anybody on the bluff that intimidated you? | 13:09 |
| 22 | A    At this time, I just -- I don't remember | 13:09 |
| 23 | what we did on top of the bluff, and if there was | 13:09 |
| 24 | anyone there or not. | 13:09 |
| 25 | Q    Okay. | 13:09 |

Page 155

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 29 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8417   Filed 07/14/17   Page 29 of 44   Page ID
#:5595

| | | |
|---|---|---|
| 1 | A    So I can't say one way or the other. | 13:10 |
| 2 | Q    I'm not asking you to say one way or the | 13:10 |
| 3 | other.  I'm asking you to state if right now you | 13:10 |
| 4 | have a memory of being intimidated by someone on top | 13:10 |
| 5 | of the bluff. | 13:10 |
| 6 | MR. FRANKLIN:  Vague and ambiguous. | 13:10 |
| 7 | THE WITNESS:  I would have to think about | 13:10 |
| 8 | it more, I just don't know. | 13:10 |
| 9 | BY MS. HEWITT: | 13:10 |
| 10 | Q    Do you remember that right now? | 13:10 |
| 11 | MR. FRANKLIN:  Vague and ambiguous. | 13:10 |
| 12 | THE WITNESS:  Right now, I don't remember | 13:10 |
| 13 | what happened on top of the bluff much, so it would | 13:10 |
| 14 | be hard for me to make that -- sorry. | 13:10 |
| 15 | BY MS. HEWITT: | 13:10 |
| 16 | Q    Do you recall any vandalism that day? | 13:10 |
| 17 | A    I don't recall vandalism on February 5th. | 13:10 |
| 18 | Q    Did the police escort you down the bluff | 13:10 |
| 19 | that day? | 13:10 |
| 20 | A    I don't know. | 13:10 |
| 21 | Q    You don't remember? | 13:10 |
| 22 | A    I don't remember. | 13:10 |
| 23 | Q    Okay.  Going to February 13th, as | 13:10 |
| 24 | described in your complaint, why did you decide to | 13:11 |
| 25 | go to Lunada Bay on February 13th? | 13:11 |

Page 156

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 30 of 93   Page ID
#:8418
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 30 of 44   Page ID
#:5596

| | | |
|---|---|---|
| 1 | A     You know, I don't remember the specific | 13:11 |
| 2 | reasons, but I think that Jordan wanted to go surf | 13:11 |
| 3 | that day and I couldn't surf; so like I said, if I'm | 13:11 |
| 4 | not surfing I like to take photos so it was my | 13:11 |
| 5 | reason for going. | 13:11 |
| 6 | Q     Has Jordan as far as you know ever wanted | 13:11 |
| 7 | to go surf at Lunada Bay and has decided not to | 13:11 |
| 8 | because of any localism there? | 13:11 |
| 9 | MR. FRANKLIN:  Vague and ambiguous, calls | 13:11 |
| 10 | for speculation. | 13:11 |
| 11 | THE WITNESS:  Well, I was with him on | 13:11 |
| 12 | January 29, 2016, when we decided not to surf. | 13:11 |
| 13 | BY MS. HEWITT: | 13:11 |
| 14 | Q     Prior to going on a particular day did you | 13:11 |
| 15 | decide to stay home because of any localism issues? | 13:11 |
| 16 | MR. FRANKLIN:  Vague and ambiguous. | 13:11 |
| 17 | THE WITNESS:  Well, I mean if there wasn't | 13:11 |
| 18 | localism there I would have been surfing there all | 13:11 |
| 19 | winter as often as I surf in Malibu and Ventura and | 13:12 |
| 20 | other places, so yeah, I would be there as often as | 13:12 |
| 21 | it was good. | 13:12 |
| 22 | BY MS. HEWITT: | 13:12 |
| 23 | Q     Jordan specifically -- sorry, that was my | 13:12 |
| 24 | fault for a vague question. | 13:12 |
| 25 | Do you have any recollection of instances | 13:12 |

Page 157

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 31 of 93   Page ID
#:8419
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 31 of 44   Page ID
#:5597

| | | |
|---|---|---|
| 1 | parking the car. | 13:38 |
| 2 | BY MS. HEWITT: | 13:38 |
| 3 | Q    Okay.   Fair enough.   Do you remember | 13:38 |
| 4 | anybody yelling any profanities at you that day? | 13:38 |
| 5 | MR. FRANKLIN:  Vague and ambiguous. | 13:38 |
| 6 | THE WITNESS:  During what part of the day? | 13:38 |
| 7 | BY MS. HEWITT: | 13:38 |
| 8 | Q    Any part of the day that you were there. | 13:38 |
| 9 | A    Yes. | 13:38 |
| 10 | Q    Okay.   Tell me what you recall being | 13:38 |
| 11 | yelled at you as far as profanities? | 13:38 |
| 12 | MR. FRANKLIN:  Vague and ambiguous. | 13:38 |
| 13 | THE WITNESS:  You know, I don't remember | 13:38 |
| 14 | the specific insults, the specific words of the | 13:38 |
| 15 | insults that were yelled.  I mean, I just -- I | 13:38 |
| 16 | remember various profanities of various instances. | 13:39 |
| 17 | I remember when we were preparing to walk down the | 13:39 |
| 18 | trail, there was a man, middle-aged blond haired | 13:39 |
| 19 | man, and a teenage boy that were filming us and they | 13:39 |
| 20 | were attempting to block the pathway, and they were | 13:39 |
| 21 | telling us that we were done, whatever that means. | 13:39 |
| 22 | I do remember some people yelling at us | 13:39 |
| 23 | when we were on the bluff, and I don't remember much | 13:39 |
| 24 | of the detail at this time. | 13:39 |
| 25 | I remember once we were at the bottom of | 13:39 |

Page 167

Exhibit A, page 33

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 32 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-20   Filed 07/14/17   Page 32 of 44   Page ID
#:5598

| | | |
|---|---|---|
| 1 | the hill on the beach, I remember, you know, people | 13:39 |
| 2 | yelling at us, yeah, everyone seemed pretty hostile. | 13:40 |
| 3 | BY MS. HEWITT: | 13:40 |
| 4 | Q    When you say down to the beach, you mean | 13:40 |
| 5 | after you came down the bluff; right? | 13:40 |
| 6 | A    Yes, after we came down the trail. | 13:40 |
| 7 | Q    Down the trail, okay. | 13:40 |
| 8 | Did you see any police there at all | 13:40 |
| 9 | anytime during the day? | 13:40 |
| 10 | MR. FRANKLIN:  Vague and ambiguous. | 13:40 |
| 11 | THE WITNESS:  Yeah, I don't remember what | 13:40 |
| 12 | the situation was with the police when we arrived. | 13:40 |
| 13 | BY MS. HEWITT: | 13:40 |
| 14 | Q    Okay.  Were you aware that Cory Spencer | 13:40 |
| 15 | had asked for additional patrols to be provided by | 13:40 |
| 16 | the PVE P.D. for that day? | 13:40 |
| 17 | MR. FRANKLIN:  Vague and ambiguous, lacks | 13:40 |
| 18 | foundation. | 13:40 |
| 19 | THE WITNESS:  I don't know, I don't | 13:40 |
| 20 | remember at the time if I was aware of that or not. | 13:40 |
| 21 | BY MS. HEWITT: | 13:40 |
| 22 | Q    Were you aware that he had asked for extra | 13:40 |
| 23 | patrols be provided before the January 29th visit? | 13:41 |
| 24 | MR. FRANKLIN:  Vague and ambiguous, lacks | 13:41 |
| 25 | foundation. | 13:41 |

Page 168

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 33 of 93  Page ID
#:8421
Case 2:16-cv-02129-SJO-RAO  Document 270-2  Filed 07/14/17  Page 33 of 44  Page ID
#:5599

```
 1              MR. FRANKLIN:  Vague and ambiguous.        13:42

 2              THE WITNESS:  Specifically, what would you 13:42

 3    like to know?                                         13:42

 4    BY MS. HEWITT:                                        13:42

 5         Q    Specifically, my question is about:  Do    13:42

 6    you remember being approached by individual           13:42

 7    defendants with a case of beer?                       13:42

 8         A    Yes.                                        13:42

 9         Q    What do you remember about being           13:42

10    approached by individual defendants with a case of   13:42

11    beer?                                                 13:42

12         A    I remember that they approached me very    13:42

13    rapidly and I was caught by surprise.  I remember    13:42

14    that they rushed towards me in a hostile manner.  I  13:42

15    remember, you know, declining that I wanted to drink 13:43

16    beer.  I remember being videotaped by                 13:43

17    Brant Blakeman.  I remember there were times when I  13:43

18    was being videotaped very close to my face and it    13:43

19    felt very intimidating and definitely felt like I    13:43

20    was being harassed.  And I think that I asked them,  13:43

21    you know, why they're videotaping me because it made 13:43

22    me very uncomfortable.                                13:43

23              I remember Mr. Johnston opening the can of 13:43

24    beer in a way that sprayed my arm and my camera.  I  13:43

25    remember him chucking beer and throwing beer cans on 13:44
```

Page 170

| | | |
|---|---|---|
| 1 | the floor. I remember him being very loud and very | 13:44 |
| 2 | scary, very intimidating, and acting in a sexual | 13:44 |
| 3 | manner. | 13:44 |
| 4 | Q Where did this take place? | 13:44 |
| 5 | A These events took place in the fort. | 13:44 |
| 6 | Q Okay. When -- why did you go to the fort | 13:44 |
| 7 | initially? | 13:44 |
| 8 | A I initially went to the fort to take | 13:44 |
| 9 | photographs of Jordan, as he was surfing. | 13:44 |
| 10 | Q Okay. When you went to the fort, were | 13:44 |
| 11 | there already people in the fort? | 13:44 |
| 12 | A I don't remember if there was already | 13:44 |
| 13 | someone in the fort or not when I first went into | 13:44 |
| 14 | the fort. | 13:44 |
| 15 | Q Do you have any recollection of there | 13:44 |
| 16 | being anybody in the -- in the fort area when you | 13:45 |
| 17 | went to the fort? | 13:45 |
| 18 | MR. FRANKLIN: Vague, ambiguous. | 13:45 |
| 19 | THE WITNESS: I don't remember if there | 13:45 |
| 20 | was someone as I was walking into the fort. I do | 13:45 |
| 21 | remember having conversations with a certain man in | 13:45 |
| 22 | the fort prior to these two individuals, but whether | 13:45 |
| 23 | he was there as I was walking up the steps I don't | 13:45 |
| 24 | remember that detail. | 13:45 |
| 25 | /// | |

Page 171

Exhibit A, page 36

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 35 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 84-23   Filed 07/14/17   Page 35 of 44   Page ID
#:5601

| | | |
|---|---|---|
| 1 | BY MS. HEWITT: | 13:45 |
| 2 | Q    Okay.  And the man who you said you had a | 13:45 |
| 3 | conversation with, can you describe that man? | 13:45 |
| 4 | A    It's hard for me to remember the details | 13:45 |
| 5 | specifically, but I remember that he was a man, | 13:45 |
| 6 | middle-aged man, from what I recall, dark hair, he | 13:45 |
| 7 | did not appear to be intoxicated.  Just, you know, | 13:45 |
| 8 | ordinary-looking middle-aged man, nothing unusual | 13:46 |
| 9 | about him. | 13:46 |
| 10 | Q    Okay.  And what was the conversation you | 13:46 |
| 11 | had with him? | 13:46 |
| 12 | A    He started asking me a lot of questions | 13:46 |
| 13 | and it was a little bit uncomfortable because I felt | 13:46 |
| 14 | as though I was being interrogated and I didn't | 13:46 |
| 15 | quite understand why because I was just there to | 13:46 |
| 16 | enjoy the beach and take photos. | 13:46 |
| 17 | Q    About how long did that conversation last? | 13:46 |
| 18 | A    It's hard for me to say how long it | 13:46 |
| 19 | lasted.  I would say it lasted maybe ten minutes, | 13:46 |
| 20 | probably not more than 30.  I don't remember | 13:46 |
| 21 | specifically how long it took. | 13:46 |
| 22 | Q    What was Jordan doing at this time? | 13:46 |
| 23 | A    I think Jordan was already surfing.  I'm | 13:47 |
| 24 | not sure if he was already surfing, but I know that | 13:47 |
| 25 | he was paddling out and he might have been sitting | 13:47 |

Page 172

Exhibit A, page 37

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 36 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8424   Filed 07/14/17   Page 36 of 44   Page ID
#:5602

| | | |
|---|---|---|
| 1 | and waiting for waves, I don't remember. | 13:47 |
| 2 | Q     Were you alone? | 13:47 |
| 3 | A     From what I remember, I think so.  I think | 13:47 |
| 4 | that -- I think that I would be the only person | 13:47 |
| 5 | there with him, I'm not -- I'm not sure. | 13:47 |
| 6 | Q     Was anybody else surfing at the time? | 13:47 |
| 7 | A     I don't know, I don't remember that.  I | 13:47 |
| 8 | know that, you know, there were people changing as I | 13:47 |
| 9 | was walking there, but who was in the water I don't | 13:47 |
| 10 | remember at this time. | 13:47 |
| 11 | Q     With regard to the man -- sorry, the | 13:47 |
| 12 | individual defendants who approached you with a case | 13:47 |
| 13 | of beer, do you know who those individual defendants | 13:47 |
| 14 | were? | 13:47 |
| 15 | A     I know who they are now. | 13:47 |
| 16 | Q     Okay.  Who are they? | 13:47 |
| 17 | A     Brant Blakeman and Jalian Johnston. | 13:47 |
| 18 | Q     Did they discuss the L.A. Times article at | 13:48 |
| 19 | all with you? | 13:48 |
| 20 | A     They made statements related to the | 13:48 |
| 21 | L.A. Times article, yes. | 13:48 |
| 22 | MR. CAREY:  Objection, vague as to "they." | 13:48 |
| 23 | BY MS. HEWITT: | 13:48 |
| 24 | Q     Do you remember who it was that made | 13:48 |
| 25 | statements to you about the L.A. Times article? | 13:48 |

Page 173

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 37 of 93   Page ID
#:8425
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 37 of 44   Page ID
#:5603

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm having trouble | 13:49 |
| 2 | understanding to when you're asking me specifically. | 13:49 |
| 3 | BY MS. HEWITT: | 13:49 |
| 4 | Q     How long were you in the fort after you | 13:49 |
| 5 | were approached with the case of beer? | 13:49 |
| 6 | A     I don't remember.  It's hard for me to | 13:49 |
| 7 | pinpoint exact amount of time. | 13:50 |
| 8 | Q     Do you recall trying to leave the fort and | 13:50 |
| 9 | being unable to do so because you were blocked? | 13:50 |
| 10 | MR. FRANKLIN:  Vague and ambiguous. | 13:50 |
| 11 | THE WITNESS:  I recall them standing in | 13:50 |
| 12 | front of me, and the way to leave would be to go, | 13:50 |
| 13 | you know, to get close to them.  And I do recall | 13:50 |
| 14 | attempting to call the police but not having cell | 13:50 |
| 15 | phone service. | 13:50 |
| 16 | BY MS. HEWITT: | 13:50 |
| 17 | Q     Okay.  In your complaint you say that | 13:50 |
| 18 | Johnston poured beer on your arm.  Is that separate | 13:50 |
| 19 | from what you told me earlier where that he sprayed | 13:50 |
| 20 | your arm and your camera with beer? | 13:50 |
| 21 | A     No, that's the same. | 13:50 |
| 22 | Q     Same thing? | 13:50 |
| 23 | A     Hmm-mm. | 13:50 |
| 24 | Q     So he didn't separately pour beer on your | 13:50 |
| 25 | arm as opposed to spraying your arm and your camera? | 13:50 |

Page 175

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 38 of 93   Page ID
#:8426
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 38 of 44   Page ID
#:5604

| | | |
|---|---|---|
| 1 | filming me with his camera. | 13:52 |
| 2 | Q     Okay.  Okay.  At any point, did you walk | 13:52 |
| 3 | away when they were making the, I think you said, | 13:52 |
| 4 | sexual references to you; were you able to walk away | 13:52 |
| 5 | at that point and exit the fort? | 13:52 |
| 6 | MR. FRANKLIN:  Vague and ambiguous. | 13:52 |
| 7 | THE WITNESS:  I was not able to exit the | 13:52 |
| 8 | fort, I was frozen in fear. | 13:52 |
| 9 | BY MS. HEWITT: | 13:52 |
| 10 | Q     All right.  At some point, were you able | 13:52 |
| 11 | to leave the fort? | 13:53 |
| 12 | A     I was able to leave the fort at some | 13:53 |
| 13 | point, yes. | 13:53 |
| 14 | Q     Can you tell me what the sexual comments | 13:53 |
| 15 | were that were made to you that you referenced | 13:53 |
| 16 | earlier? | 13:53 |
| 17 | A     I don't remember all of them. | 13:53 |
| 18 | Q     I understand. | 13:53 |
| 19 | A     I do remember asking, you know, why I was | 13:53 |
| 20 | being filmed and, you know, being told that they're | 13:53 |
| 21 | filming me because I'm sexy.  I remember | 13:53 |
| 22 | Mr. Johnston saying that he's big enough to get the | 13:53 |
| 23 | job done while, you know, also, you know, he was | 13:53 |
| 24 | also grunting and making -- making moans and noises | 13:53 |
| 25 | resembling, you know, an orgasm.  He was, you know, | 13:54 |

Page 177

Exhibit A, page 40

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 39 of 93   Page ID
#:8427
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 39 of 44   Page ID
#:5605

| | | | |
|---|---|---|---|
| 1 | | thrusting and rubbing his torso in a sexual manner, | 13:54 |
| 2 | | just acting in a very -- very frightening way. | 13:54 |
| 3 | Q | Was there anybody else in the fort or fort | 13:54 |
| 4 | | area during this time who wasn't part of the group | 13:54 |
| 5 | | of men? | 13:54 |
| 6 | A | What do you mean by the group of men? | 13:54 |
| 7 | Q | Were there any women down there as well? | 13:54 |
| 8 | A | Yes, there was a woman down there. | 13:54 |
| 9 | Q | Who was that? | 13:54 |
| 10 | A | Woman named Jen. | 13:54 |
| 11 | Q | Was she a friend of yours? | 13:54 |
| 12 | A | No. | 13:54 |
| 13 | Q | Did you just meet her that day? | 13:54 |
| 14 | A | Yes, sir. | 13:54 |
| 15 | Q | How did you meet Jen that day? | 13:54 |
| 16 | A | Jen walked into the fort when we were | 13:54 |
| 17 | | there. | 13:54 |
| 18 | Q | Did she walk into the fort while the men | 13:54 |
| 19 | | were talking to you? | 13:54 |
| 20 | A | Which men? | 13:54 |
| 21 | Q | Any of the men. | 13:54 |
| 22 | A | Which men specifically?  I don't know, I | 13:54 |
| 23 | | was approached by many men. | 13:54 |
| 24 | Q | Okay.  Did you -- did Jen walk into the | 13:54 |
| 25 | | fort prior to you being approached by the | 13:55 |

Page 178

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 40 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8428   Filed 07/14/17   Page 40 of 44   Page ID
#:5606

| | | |
|---|---|---|
| 1 | A      I was too scared to do anything. | 13:57 |
| 2 | Q      Okay.  At some point did you get in touch | 13:57 |
| 3 | with any police that were at the beach or the bluff | 13:57 |
| 4 | in order to get a police escort down to the beach? | 13:57 |
| 5 | MR. FRANKLIN:  Lacks foundation. | 13:57 |
| 6 | THE WITNESS:  At what point?  I'm having | 13:57 |
| 7 | trouble understanding the question. | 13:57 |
| 8 | BY MS. HEWITT: | 13:57 |
| 9 | Q      At any time, on February 13th, did you | 13:57 |
| 10 | talk to the police at all that day about assisting | 13:57 |
| 11 | you with regard to any harassment at Lunada Bay? | 13:57 |
| 12 | MR. FRANKLIN:  Vague and ambiguous. | 13:57 |
| 13 | THE WITNESS:  Can you be more specific | 13:57 |
| 14 | please? | 13:57 |
| 15 | BY MS. HEWITT: | 13:57 |
| 16 | Q      Did you talk to the police at all that | 13:57 |
| 17 | day? | 13:57 |
| 18 | MR. FRANKLIN:  Vague and ambiguous. | 13:57 |
| 19 | THE WITNESS:  I spoke to the police on | 13:57 |
| 20 | February 13th, yes. | 13:57 |
| 21 | BY MS. HEWITT: | 13:57 |
| 22 | Q      So when did you speak to them? | 13:57 |
| 23 | A      I, you know, after I made it up the trail, | 13:57 |
| 24 | I saw a police car parked on the bluff and I | 13:58 |
| 25 | approached them immediately, I was in tears, and I | 13:58 |

Page 181

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 41 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 84-29   Filed 07/14/17   Page 41 of 44   Page ID
#:5607

```
1    told them what had happened down there.              13:58
2         Q    Okay.  And what did the police officer do?  13:58
3         A    He -- he listened to what I had to say     13:58
4    and, you know, I don't remember the exact sequence   13:58
5    of events.  I know he eventually took a report.  I   13:58
6    don't know if he took the report or if someone else  13:58
7    took a report but I know a report was taken, and I   13:58
8    know that at one point a police officer escorted me  13:58
9    back down the trail to try and see if those          13:58
10   individuals were still down there and try to         13:58
11   identify them.                                        13:58
12        Q    Do you remember how many police officers   13:58
13   there were?                                           13:58
14        A    I don't, no.                                13:58
15        Q    Do you remember at some point there being  13:59
16   three or four?                                        13:59
17        A    I don't remember the amount.               13:59
18        Q    All right.  Did you ask the police officer 13:59
19   to do anything specific?                              13:59
20        A    What I remember is I remember telling them 13:59
21   what happened and I remember filing the report and I 13:59
22   remember going down there to try and identify the    13:59
23   individual.                                           13:59
24        Q    And were you able to -- I'm sorry I        13:59
25   interrupted you?                                      13:59
```

Page 182

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 42 of 93   Page ID
#:8430
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 42 of 44   Page ID
#:5608

```
 1        A     No, no problem.                              13:59
 2              He wasn't down there when we went down       13:59
 3    there; all we found was a broken board that            13:59
 4    resembled the board that I had seen him use.           13:59
 5        Q     Did you go back down to the fort?            13:59
 6        A     I went back down there with the police.      13:59
 7        Q     Were there people in the fort still?         13:59
 8        A     There were some people in the fort,          13:59
 9    Charlie was down there as well.                        13:59
10        Q     How do you know that was Charlie?            13:59
11        A     Because the police said, "Hi, Charlie" and   13:59
12    apparently the police said that he knew him.           14:00
13        Q     Okay.                                        14:00
14              MS. HEWITT:  What time is it?  Where are     14:00
15    we at?  Are we at 3:30?                                14:00
16              MR. FRANKLIN:  I have 3:31, but --           14:00
17              THE VIDEOGRAPHER:  Yes, that's probably      14:00
18    it.                                                    14:00
19              MS. HEWITT:  We're concluding.               14:00
20              THE VIDEOGRAPHER:  Okay.  This concludes     14:00
21    Volume 1 deposition of Ms. Diana Milena Reed, we are   14:00
22    off the record at 2:00 o'clock.                        14:00
23              (Whereupon the deposition was concluded at
24    2:00 p.m.)
25
```

Page 183

Case 2:16-cv-02129-SJO-RAO    Document 305-12    Filed 07/31/17    Page 43 of 93    Page ID
Case 2:16-cv-02129-SJO-RAO    Document 260-31    Filed 07/14/17    Page 43 of 44    Page ID
#:6431
#:5609

```
 1                          * * *

 2

 3

 4            I, DIANA MILENA REED, do solemnly declare

 5      under penalty of perjury that the foregoing is my

 6      deposition under oath; that these are the questions

 7      asked of me and my answers thereto; that I have read

 8      same and have made the necessary corrections,

 9      additions, or changes to my answers that I deem

10      necessary.

11            It witness thereof, I hereby subscribe my

12      name this day of _____, 2016.

13

14

15

16

17

18

19                        _____

20                              WITNESS SIGNATURE

21

22

23

24

25

                                               Page 185
```

Exhibit A, page 45

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 44 of 93   Page ID
#:8432
Case 2:16-cv-02129-SJO-RAO   Document 270-2   Filed 07/14/17   Page 44 of 44   Page ID
#:5610

```
 1                    Certification of Court Reporter
 2                           Federal Jurat
 3
 4          I, the undersigned, a Certified Shorthand
 5     Reporter of the State of California do hereby
 6     certify:
 7          That the foregoing proceedings were taken
 8     before me at the time and place herein set forth;
 9     that any witnesses in the foregoing proceedings,
10     prior to testifying, were placed under oath; that a
11     verbatim record of the proceedings was made by me
12     using machine shorthand which was thereafter
13     transcribed under my direction; further, that the
14     foregoing is an accurate transcription thereof.
15          That before completion of the deposition, a
16     review of the transcript [x] was [ ] was not
17     requested.  I further certify that I am neither
18     financially interested in the action nor a relative
19     or employee of any attorney of any of the parties.
20          IN WITNESS WHEREOF, I have this date
21     subscribed my name.
22     Dated:   November 3, 2016
23
24
                    Jimmy Rodriguez, RPR
                    Certificate Number 13464
25
```

Page 186

Exhibit A, page 46

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 45 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 304-3   Filed 07/14/17   Page 2 of 32   Page ID
#:5612

1               UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                   WESTERN DIVISION

4

5    CORY SPENCER, an individual; DIANA    )

     MILENA REED, an individual; and       )

6    COASTAL PROTECTION RANGERS, INC., a   )

     California non-profit public benefit)

7    corporation,                          ) Case No.

                                           ) 2:16-cv-02129-SJO-RAO

8                    Plaintiffs,           )

                                           )

9              vs.                         )

                                           )

10   LUNADA BAY BOYS, et al.,              )

                                           )

11                   Defendants.           )

     _____)

12

13

14

15

16

17

18        VIDEOTAPED DEPOSITION OF DIANA MILENA REED

19                    VOLUME II

20             Santa Monica, California

21             Tuesday, October 25, 2016

22

23

24   REPORTED BY:

     Jimmy S. Rodriguez

25   CSR No. 13464

                                        Page 187

Exhibit B, page 48

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 46 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-2   Filed 07/14/17   Page 3 of 32   Page ID
#:5613

1               UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4

5   CORY SPENCER, an individual; DIANA   )

    MILENA REED, an individual; and      )

6   COASTAL PROTECTION RANGERS, INC., a )

    California non-profit public benefit)

7   corporation,                        ) Case No.

                                         ) 2:16-cv-02129-SJO-RAO

8                   Plaintiffs,          )

                                         )

9             vs.                        )

                                         )

10  LUNADA BAY BOYS, et al.,             )

                                         )

11                  Defendants.          )

    _____)

12

13

14

15

16

17

18       Videotaped deposition of DIANA MILENA REED, Volume II,

19   taken before Jimmy Rodriguez, a Certified Shorthand

20   Reporter for the State of California, with principal

21   office in the County of Orange, commencing at 9:24 a.m.,

22   Tuesday, October 25, 2016 at Premier Business Centers –

23   The Water Garden, 2425 Olympic Boulevard, Suite 4000,

24   Santa Monica, California.

25

                                          Page 188

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 47 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-5   Filed 07/14/17   Page 4 of 32   Page ID
#:5614

```
 1      APPEARANCES OF COUNSEL:
 2      FOR PLAINTIFFS:
 3              HANSON BRIDGETT, LLP
                BY:   KURT A. FRANKLIN, Esq.
 4              425 Market Street
                26th Floor
 5              San Francisco, CA 94105
                TEL:  (415) 777-3200
 6              FAX:  (415) 541-9366
                Kfranklin@hansonbridgett.com
 7
 8      FOR DEFENDANTS, City of Palos Verdes Estates and Chief of
        Police Jeff Kepley:
 9
                KUTAK ROCK, LLP
10              BY:   ANTOINETTE P. HEWITT, Esq.
                5 Park Plaza
11              Suite 1500
                Irvine, CA 92614
12              TEL:  (949) 417-0999
                FAX:  (949) 417-5394
13              Antoinette.hewitt@kutakrock.com
14
        FOR DEFENDANT, Brant Blakeman:
15
                VEATCH CARLSON, LLP
16              BY:   RICHARD P. DIEFFENBACH, Esq.
                1055 Wilshire Boulevard
17              11th Floor
                Los Angeles, CA 90017
18              TEL:  (213) 381-2861
                FAX:  (213) 383-6370
19              Rdieffenbach@veatchfirm.com
20
21
22
23
24
25
                                              Page 189
```

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 48 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document #:8436   Filed 07/14/17   Page 5 of 32   Page ID
#:5615

```
 1     APPEARANCES OF COUNSEL (Continued):
 2     FOR DEFENDANT, Alan Johnston aka Jalian Johnston:
 3            LAW OFFICES OF J. PATRICK CAREY
              BY:  J. PATRICK CAREY, Esq.
 4            1230 Rosecrans Avenue
              Suite 300
 5            Manhattan Beach, CA 90266
              TEL:  (310) 526-2237
 6            Pat@patcareylaw.com
 7
       FOR DEFENDANT, Angelo Ferrara and N.F.:
 8
              LAW OFFICES OF MARK C. FIELDS, APC
 9            BY:  MARK C. FIELDS, Esq.
              333 South Hope Street
10            35th Floor
              Los Angeles, CA 90071
11            TEL:  (213) 617-5225
              FAX:  (213) 629-4520
12            Fields@markfieldslaw.com
13
       FOR DEFENDANT, Sang Lee:
14
              LEWIS BRISBOIS BISGAARD & SMITH
15            BY:  TERA A. LUTZ, Esq.
              633 West 5th Street
16            Suite 4000
              Los Angeles, CA 90071
17            TEL:  (213) 250-1800
              FAX:  (213) 250-7900
18            Tera.lutz@lewisbrisbois.com
19
       FOR DEFENDANT, Sang Lee:
20
              BOOTH MITCHEL & STRANGE, LLP
21            BY:  JACKIE K. VU, Esq.
              707 Wilshire Boulevard
22            Suite 3000
              Los Angeles, CA 90017
23            TEL:  (213) 738-0100
              FAX:  (213) 380-3308
24            Jkvu@boothmitchel.com
25
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit B, page 51

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 49 of 93  Page ID
#:8437
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 6 of 32  Page ID
#:5616

```
1      APPEARANCES OF COUNSEL (Continued):

2      FOR DEFENDANT, Michael Ray Papayans:

3                HAVEN LAW
                 BY:   PETER T. HAVEN, Esq.
4                1230 Rosecrans Avenue
                 Suite 300
5                Manhattan Beach, CA 90266
                 TEL:   (213) 842-4617
6                FAX:   (213) 477-2137
                 Peter@havenlaw.com

7

8      Also Present:

9                JAMES KORALEK, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                       Page 191
```

Exhibit B, page 52

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 50 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 28438   Filed 07/14/17   Page 7 of 32   Page ID
#:5617

| | | |
|---|---|---|
| 1 | Tuesday, October 25, 2016, 9:24 a.m. | |
| 2 | Santa Monica, California | |
| 3 | | 09:20 |
| 4 | THE VIDEOGRAPHER:  Good morning, we are on | 09:24 |
| 5 | the record at 9:24 a.m. on October 25th, 2016.  This | 09:24 |
| 6 | is the video recorded deposition of Diana Milena | 09:24 |
| 7 | Reed, Volume 2.  My name is James Koralek here with | 09:24 |
| 8 | our court reporter, Jimmy Rodriguez, we are here | 09:24 |
| 9 | from Veritext Legal Solutions by the request of the | 09:24 |
| 10 | defendant. | 09:25 |
| 11 | This deposition is being held at Premier | 09:25 |
| 12 | Business Center, 2425 Olympic Boulevard, Suite 4000, | 09:25 |
| 13 | in Santa Monica, 90404.  The caption of the case is | 09:25 |
| 14 | Spencer, et al., versus Lunada Bay Boys, et al. | 09:25 |
| 15 | Case number 2:16-CV-02129-SJO-RAO. | 09:25 |
| 16 | Please note that audio and video recording | 09:25 |
| 17 | will take place unless all parties agree to go off | 09:25 |
| 18 | the record. | 09:25 |
| 19 | Microphones are sensitive and may pick up | 09:25 |
| 20 | whispers and private conversations and cellular | 09:25 |
| 21 | interference.  I'm not authorized to administer an | 09:25 |
| 22 | oath, I'm not related to any party in this action, | 09:25 |
| 23 | nor am I financially interested in the outcome in | 09:25 |
| 24 | any way. | 09:25 |
| 25 | If there are any objections to proceeding, | 09:25 |

Page 193

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 51 of 93  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 28039  Filed 07/14/17  Page 8 of 32  Page ID
#:5618

| | | |
|---|---|---|
| 1 | please state them at the time of your appearance | 09:26 |
| 2 | beginning with the noticing attorney. | 09:26 |
| 3 | | 09:26 |
| 4 | EXAMINATION | 09:26 |
| 5 | BY MS. HEWITT: | 09:26 |
| 6 | Q    Ms. Reed, do you understand that you're | 09:26 |
| 7 | still under oath today? | 09:26 |
| 8 | A    Yes. | 09:26 |
| 9 | MS. HEWITT:  All right.  Let's get a quick | 09:26 |
| 10 | rundown of who's here today. | 09:26 |
| 11 | Antoinette Hewitt for the City and for | 09:26 |
| 12 | Chief Kepley. | 09:26 |
| 13 | MR. DIEFFENBACH:  Richard Dieffenbach for | 09:26 |
| 14 | Brant Blakeman, defendant. | 09:26 |
| 15 | MS. VU:   Jackie Vu for Defendant Sang Lee. | 09:26 |
| 16 | MS. LUTZ:  Tera Lutz for Defendant | 09:26 |
| 17 | Sang Lee. | 09:26 |
| 18 | MR. FIELDS:  Mark Fields for Angelo | 09:26 |
| 19 | Ferrara and NF. | 09:26 |
| 20 | MR. HAVEN:  Peter Haven for Michael | 09:26 |
| 21 | Papayans. | 09:26 |
| 22 | MR. CAREY:  Pat Carey for Defendant Alan | 09:26 |
| 23 | Johnston. | 09:26 |
| 24 | MR. FRANKLIN:  Kurt Franklin on behalf of | 09:26 |
| 25 | Diana Milena Reed and the other plaintiffs in this | 09:26 |

Page 194

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 52 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-4   Filed 07/14/17   Page 9 of 32   Page ID
#:5619

| | | | |
|---|---|---|---|
| 1 | | other people in there including Jen, do you recall | 09:35 |
| 2 | | Jen? | 09:35 |
| 3 | A | Yes, which date are we referring to? | 09:36 |
| 4 | Q | February 13th. | 09:36 |
| 5 | A | Okay. | 09:36 |
| 6 | Q | All right? | 09:36 |
| 7 | | I think you told me yesterday that you | 09:36 |
| 8 | | wanted to call the police but that you got no cell | 09:36 |
| 9 | | signal; is that correct? | 09:36 |
| 10 | A | Hmm-mm. | 09:36 |
| 11 | Q | Yes? | 09:36 |
| 12 | A | Yes. | 09:36 |
| 13 | Q | Why were you trying to call the police? | 09:36 |
| 14 | A | I wanted to call the police because I was, | 09:36 |
| 15 | | you know, I felt threatened and scared and I mean, I | 09:36 |
| 16 | | felt like anything could happen.  I was extremely | 09:36 |
| 17 | | uncomfortable in the situation. | 09:36 |
| 18 | Q | If you had gotten through to the police, | 09:36 |
| 19 | | what did you intend to tell them? | 09:36 |
| 20 | A | I just intended to tell them, you know, | 09:36 |
| 21 | | what had happened. | 09:36 |
| 22 | Q | Were you going to ask for help? | 09:36 |
| 23 | A | Yes. | 09:36 |
| 24 | Q | What kind of help would you ask for? | 09:36 |
| 25 | A | For them to -- to come down to the fort | 09:36 |

Page 203

```
 1        and make sure nothing happens to me, and I was going      09:36
 2        to tell them about the incident with the beer being       09:36
 3        sprayed on me and, you know, just have them help me.      09:37
 4             Q     Did you want them to escort you back up or      09:37
 5        did you want them to stay with you down at the fort?      09:37
 6             A     I don't think I contemplated that.  I just     09:37
 7        wanted someone to help, whatever that means.             09:37
 8             Q     Did you want to leave?                         09:37
 9             A     I'm sure I did.  I don't know.                 09:37
10             Q     At the same time, when you were -- this        09:37
11        time when you were in the fort, did you witness any      09:37
12        harassment towards Jen?                                  09:37
13             A     I did, yes.                                   09:37
14             Q     What did you witness?                          09:37
15             A     I witnessed Mr. Johnston moaning towards       09:37
16        her, oscillating his body in a sexual manner, you        09:37
17        know, other things, but it's hard for me to remember     09:38
18        because I was mostly focused on what was happening       09:38
19        to me and I was so scared that I, you know, I wasn't     09:38
20        thinking very clearly.                                   09:38
21             Q     What you said right now as to what you         09:38
22        witnessed -- the harassment you witnessed towards       09:38
23        Jen, is that separate and apart from any actions         09:38
24        that Mr. Johnston did towards you if, in fact, he       09:38
25        did any?                                                 09:38
```

Page 204

```
 1          A     I think that I wanted an escort at the    09:40
 2     time because of the previous incident in January    09:40
 3     where I was yelled at by the other individual.      09:41
 4          Q     Okay.  What did you want the escort for?  09:41
 5          A     For safety.                               09:41
 6          Q     Did you want the escort to stay with you  09:41
 7     down on the beach?                                   09:41
 8          A     I don't know if I wanted them to stay with 09:41
 9     me but I do know that I wanted them to escort me     09:41
10     down there.                                          09:41
11          Q     That you wanted them to walk down with    09:41
12     you?                                                 09:41
13          A     Yes.                                      09:41
14          Q     And how long did you anticipate needing an 09:41
15     escort that day?                                     09:41
16          A     I don't know.  I don't know if I          09:41
17     anticipated a time.                                  09:41
18          Q     Did you want the escort to stay with you  09:41
19     while you took photographs?                          09:41
20          A     I don't remember that.                    09:41
21          Q     Did you want the escort to go to the fort 09:41
22     with you?                                            09:41
23          A     I did want them to escort me there.       09:41
24          Q     At the time that you wanted the escort,   09:41
25     did you know whether anybody was in the fort that    09:41
```

                                                    Page 207

```
 1    day?                                          09:41

 2        A    I did not.                           09:41

 3        Q    All right.  What specifically did you ask   09:41

 4    when you asked for the police escort?         09:41

 5        A    It's hard for me to remember right now,   09:41

 6    because I don't remember the conversation too well.   09:42

 7        Q    Okay.  Please tell me everything you   09:42

 8    remember about that conversation.             09:42

 9        A    I just remember -- yeah, I just remember   09:42

10    speaking to the police and requesting someone to   09:42

11    escort me.  I remember, you know, the idea of doing   09:42

12    that, but it's hard for me to remember, you know,   09:42

13    anything that was said specifically.          09:42

14        Q    Did you talk to a man or a woman?     09:42

15        A    I don't remember.                     09:42

16        Q    Did you say you called on the phone?   09:42

17        A    I think so.                           09:42

18        Q    Okay.  Is there another means by which you   09:42

19    think you may have contacted the police that day?   09:42

20        A    I mean, I don't think it was via e-mail so   09:42

21    I'm assuming it must have been on the phone.  It   09:42

22    wasn't in person.                             09:42

23        Q    Okay.  And are you aware that -- I think   09:42

24    we talked a little bit about this yesterday   09:42

25    actually.  I think you told me yesterday you were   09:43
```

Page 208

```
 1    can remember right now, I think.                    09:45
 2    BY MS. HEWITT:                                       09:45
 3        Q    At some point later on February 13th, you  09:45
 4    did make contact with the police officer; is that   09:45
 5    correct?                                             09:45
 6        A    I did make contact with the police officer 09:45
 7    on that day, yes.                                    09:45
 8        Q    When you first made contact with them      09:45
 9    later that day, did you tell them that you had asked 09:45
10    for an escort that day?                              09:45
11        A    I don't know.                               09:45
12        Q    When you -- going back to your             09:45
13    conversation when you asked for the police escort,   09:45
14    when they refused your request, what words did they  09:45
15    use in refusing your request?                        09:45
16        A    I don't remember exactly why they weren't  09:45
17    available.                                           09:45
18        Q    Did they tell you they weren't available   09:45
19    or did they refuse your request?                     09:45
20        A    Is there a difference between that?        09:45
21        Q    I'm asking -- I'm looking at your          09:45
22    complaint and the complaint says they refused your  09:46
23    request, so I'm trying to clarify.                   09:46
24             Did they say, No, you may not have an      09:46
25    escort?                                              09:46
```

                                                    Page 211

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 57 of 93   Page ID
#:8445
Case 2:16-cv-02129-SJO-RAO   Document 270-45   Filed 07/14/17   Page 10 of 32   Page ID
#:5620

| | | |
|---|---|---|
| 1 | didn't tell him? | 09:50 |
| 2 | A   I think I was just too upset to talk, I | 09:50 |
| 3 | don't remember. | 09:50 |
| 4 | Q   Were you with him at any time between the | 09:50 |
| 5 | time in the fort and the time that you spoke to the | 09:50 |
| 6 | police officer? | 09:50 |
| 7 | A   I don't remember, I don't remember how I | 09:50 |
| 8 | got up the hill.  I don't remember that part.  I | 09:50 |
| 9 | just remember that he was done surfing, I remember | 09:50 |
| 10 | him paddling in, and I remember at some point after | 09:50 |
| 11 | that Jalian paddled out and left and I felt like it | 09:51 |
| 12 | was safe to go back up the hill.  Whether Jordan was | 09:51 |
| 13 | with me or not as I was going up the hill, I don't | 09:51 |
| 14 | remember. | 09:51 |
| 15 | Q   Do you have any recollection of Jordan | 09:51 |
| 16 | saying, Hey, what's wrong, you seem upset, or | 09:51 |
| 17 | anything like that? | 09:51 |
| 18 | A   No, I don't remember that part | 09:51 |
| 19 | unfortunately. | 09:51 |
| 20 | Q   When you found the officer, was it just | 09:51 |
| 21 | one officer in a police car, was it a police car? | 09:51 |
| 22 | A   Yeah, from what I remember it was a just | 09:51 |
| 23 | one officer in the car, but I don't know, there may | 09:51 |
| 24 | have been two, but I remember -- my memory right now | 09:51 |
| 25 | is speaking to one officer. | 09:51 |

Page 216

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 58 of 93   Page ID
#:8446
Case 2:16-cv-02129-SJO-RAO   Document 270-3   Filed 07/14/17   Page 11 of 32   Page ID
#:5621

| | | |
|---|---|---|
| 1 | So yes, all I can ask you is what you do | 09:53 |
| 2 | remember.  I can't ask you to tell me what you don't | 09:53 |
| 3 | remember.  So tell me what you do remember telling | 09:53 |
| 4 | the officer in that conversation. | 09:53 |
| 5 | A      Okay.  I remember -- you know, again, it's | 09:53 |
| 6 | hard for me because I don't remember the | 09:53 |
| 7 | conversation with the officer word-for-word at this | 09:53 |
| 8 | time.  I can tell you what I remember at this time | 09:53 |
| 9 | from the event. | 09:53 |
| 10 | Q      As opposed to telling me what you remember | 09:53 |
| 11 | about the conversation? | 09:53 |
| 12 | A      Well, I mean, I do remember telling him | 09:53 |
| 13 | about the two individuals whose names I didn't know | 09:53 |
| 14 | at the time. | 09:53 |
| 15 | Q      What did you tell him about the two | 09:53 |
| 16 | individuals? | 09:53 |
| 17 | A      I know that I described them entering the | 09:53 |
| 18 | fort and I described them spraying the beer on my | 09:54 |
| 19 | arm and my camera and attempting to, you know, | 09:54 |
| 20 | intimidate me and destroy the camera and attempting | 09:54 |
| 21 | to harass me, being intimidating, you know, | 09:54 |
| 22 | basically the stuff that's written in the complaint. | 09:54 |
| 23 | I know that they asked for descriptions so | 09:54 |
| 24 | I remember providing them with descriptions to the | 09:54 |
| 25 | best of my knowledge.  Time frames I think they | 09:54 |

Page 218

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 59 of 93  Page ID
#:8447
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 12 of 32  Page ID
#:5622

| | | |
|---|---|---|
| 1 | asked me, which I gave them.  And yeah, I don't | 09:54 |
| 2 | know, I tried to describe the incident as best as I | 09:54 |
| 3 | could, I was extremely shaken up and upset, so. | 09:55 |
| 4 | Q     When you say you told them that you were | 09:55 |
| 5 | harassed, did you say you were harassed or did you | 09:55 |
| 6 | describe any harassment? | 09:55 |
| 7 | A     Yeah, I described the specific events that | 09:55 |
| 8 | made me believe that I was harassed. | 09:55 |
| 9 | Q     You told me that you described -- their | 09:55 |
| 10 | entering into the fort, spraying beer on your arm | 09:55 |
| 11 | and your camera, attempting to intimidate you. | 09:55 |
| 12 | What did you say about how they attempted | 09:55 |
| 13 | to intimidate you? | 09:55 |
| 14 | A     I don't remember, again, specifically what | 09:55 |
| 15 | I told the policeman at this time.  I remember them | 09:55 |
| 16 | trying to intimidate me by holding the camera right | 09:55 |
| 17 | up to my face, you know, two feet from my face and, | 09:55 |
| 18 | you know, chugging beer and throwing it on the | 09:55 |
| 19 | ground, yelling, moaning, saying sexual comments; I | 09:55 |
| 20 | mean, there was a bunch of behavior that happened | 09:56 |
| 21 | there that was pretty disturbing to me. | 09:56 |
| 22 | Q     Is it correct, though, you're not certain | 09:56 |
| 23 | whether you told the police officers any of that | 09:56 |
| 24 | specifically right now, that right now you don't | 09:56 |
| 25 | recollect that? | 09:56 |

Page 219

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 60 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-8   Filed 07/14/17   Page 13 of 32   Page ID
#:5623

| | | |
|---|---|---|
| 1 | MR. FRANKLIN:  Misstates prior testimony. | 09:56 |
| 2 | THE WITNESS:  I know that I described the | 09:56 |
| 3 | event as best that I could at the time to the | 09:56 |
| 4 | police. | 09:56 |
| 5 | BY MS. HEWITT: | 09:56 |
| 6 | Q     Okay.  Is that the extent of your | 09:56 |
| 7 | recollection of that conversation with the police? | 09:56 |
| 8 | MR. FRANKLIN:  Asked and answered. | 09:56 |
| 9 | THE WITNESS:  At this time, yes. | 09:56 |
| 10 | BY MS. HEWITT: | 09:56 |
| 11 | Q     Is there anything that you think that | 09:56 |
| 12 | you'd be able to do that would refresh my memory at | 09:56 |
| 13 | all? | 09:56 |
| 14 | A     I mean, I think if I wasn't dealing with | 09:56 |
| 15 | nine months of pregnancy and not being able to | 09:56 |
| 16 | remember anything and not sleeping and not dealing | 09:56 |
| 17 | with depression, I think I could remember a lot | 09:56 |
| 18 | more. | 09:56 |
| 19 | Q     Okay.  And I understand -- | 09:56 |
| 20 | A     So I mean, it's just -- it's tough. | 09:57 |
| 21 | Q     I understand.  This is my only opportunity | 09:57 |
| 22 | to ask you what happened in that conversation so I'm | 09:57 |
| 23 | sure you understand that as well. | 09:57 |
| 24 | A     Yeah, I'm doing my best but it's just I -- | 09:57 |
| 25 | I can barely remember to bring a snack and water | 09:57 |

Page 220

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 61 of 93  Page ID
Case 2:16-cv-02129-SJO-RAO  Document 284-9  Filed 07/14/17  Page 14 of 32  Page ID
#:5624

| 1  | bottle and tie my shoes, so it's not easy. | 09:57 |
| 2  | Q     Let's move on to Paragraph 27 for now, | 09:57 |
| 3  | maybe we'll circle back to that.  Paragraph 27 says, | 09:57 |
| 4  | "Palos Verdes Estates initially attempted to | 09:57 |
| 5  | investigate the incident"; do you see that? | 09:57 |
| 6  | A     Yes. | 09:57 |
| 7  | Q     If we skip down to Line 18 it says, "The | 09:57 |
| 8  | Palos Verdes Estates police officer then offered to | 09:57 |
| 9  | allow Reed to identify the other men from photos | 09:57 |
| 10 | that the police kept on all members of Lunada Bay | 09:57 |
| 11 | Boys.  But ultimately Palos Verdes Estates police | 09:57 |
| 12 | showed no interest or ability in following up on | 09:57 |
| 13 | Reed's complaint"; do you see that? | 09:57 |
| 14 | A     Yes. | 09:57 |
| 15 | Q     That's not true, is it? | 09:57 |
| 16 | MR. FRANKLIN:  Argumentative. | 09:57 |
| 17 | THE WITNESS:  Why do you say that? | 09:57 |
| 18 | BY MS. HEWITT: | 09:57 |
| 19 | Q     Did you eventually have an opportunity to | 09:57 |
| 20 | review a photo lineup? | 09:58 |
| 21 | MR. FRANKLIN:  Lacks foundation. | 09:58 |
| 22 | THE WITNESS:  Yes, but that's not what is | 09:58 |
| 23 | written here. | 09:58 |
| 24 | BY MS. HEWITT: | 09:58 |
| 25 | Q     That ultimately they showed no interest or | 09:58 |

Page 221

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 62 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 2450   Filed 07/14/17   Page 15 of 32   Page ID
#:5625
#:6450

```
 1      ability in following up on Reed's complaint.  At the    09:58
 2      time of this complaint, had you seen a photo lineup      09:58
 3      yet?                                                     09:58
 4          A      I don't know at what point I saw the photo    09:58
 5      lineup.  But I think this is referring to a book         09:58
 6      that they told me about.  They told me that they         09:58
 7      know all the people that frequent the area, this is      09:58
 8      what the policeman told me that I was speaking to        09:58
 9      when I filed the report.                                 09:58
10          Q      Okay.  So you have a specific recollection    09:58
11      of that; right?                                          09:58
12          A      Yes, I do, of the book.                       09:58
13          Q      That specific conversation, tell me           09:58
14      everything you remember with specificity just like      09:58
15      you gave me right now.                                   09:58
16          A      I remember -- the problem was I didn't        09:58
17      know the names of the individuals that did this to      09:58
18      me, and so I had to describe them.  And I was upset      09:58
19      that they were filming me and, you know, in the heat    09:58
20      of the moment in the fear that I was in, I wasn't        09:59
21      thinking straight but I should have pulled out my       09:59
22      phone or something and taken a photo of them so they    09:59
23      could identify them.                                     09:59
24             But anyway, so I couldn't identify them,         09:59
25      and the policeman that I was speaking to -- and I       09:59
```

Page 222

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 63 of 93  Page ID
#:8451
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 16 of 32  Page ID
#:5626

| | | |
|---|---|---|
| 1 | don't know if this was the same one that I wrote the | 09:59 |
| 2 | report with or not because I don't know if -- there | 09:59 |
| 3 | was more than one -- but if there was just one, then | 09:59 |
| 4 | it was the same one. | 09:59 |
| 5 | He told me that they have photos of all | 09:59 |
| 6 | the individuals that frequent Lunada Bay, that they | 09:59 |
| 7 | have a book of photos and that it won't be a problem | 09:59 |
| 8 | to identify the individuals because they know the | 09:59 |
| 9 | people that frequent the area. | 09:59 |
| 10 | Q    Okay.  At some point, were you -- did you | 09:59 |
| 11 | feel like you were not given the opportunity to try | 09:59 |
| 12 | to identify the individuals from any photos that the | 09:59 |
| 13 | PVE Police Department may have had? | 10:00 |
| 14 | A    I do feel like that because he had made me | 10:00 |
| 15 | feel that it would be very simple to do because | 10:00 |
| 16 | there was a book that I could look through, and he | 10:00 |
| 17 | made me feel that it would be easy to find a photo | 10:00 |
| 18 | of this individual. | 10:00 |
| 19 | Q    What did he say specifically that made you | 10:00 |
| 20 | feel that it would be simple? | 10:00 |
| 21 | A    He seemed very assuring that they knew | 10:00 |
| 22 | pretty much everyone that frequents the area or | 10:00 |
| 23 | surfs down there.  And he seemed assuring that it | 10:00 |
| 24 | would be simple to look through this book and | 10:00 |
| 25 | identify him. | 10:00 |

Page 223

| | | |
|---|---|---|
| 1 | Q    Is that what he told you, or is that what | 10:00 |
| 2 | you felt about the conversation? | 10:00 |
| 3 | A    He told me something along those lines, | 10:00 |
| 4 | but I don't remember his specific wording. | 10:00 |
| 5 | Q    When was this conversation? | 10:00 |
| 6 | A    This conversation was after the incident | 10:01 |
| 7 | on February 13th. | 10:01 |
| 8 | Q    When you say "after," do you mean it | 10:01 |
| 9 | happened on February 13th but after the incident or | 10:01 |
| 10 | some other day? | 10:01 |
| 11 | A    It happened on February 13th after the | 10:01 |
| 12 | incident after I had walked up to the top of the | 10:01 |
| 13 | bluff. | 10:01 |
| 14 | Q    Okay.  All right.  So this is -- is your | 10:01 |
| 15 | memory being jogged now as you're remembering | 10:01 |
| 16 | additional things about the conversation? | 10:01 |
| 17 | A    Well, you had asked me previously what I | 10:01 |
| 18 | had told him about the incident. | 10:01 |
| 19 | Q    True, good point. | 10:01 |
| 20 | A    So, I mean, this is a separate memory for | 10:01 |
| 21 | me. | 10:01 |
| 22 | Q    Good point. | 10:01 |
| 23 | So if there's anything else that you | 10:01 |
| 24 | discussed with the police officer, I'd appreciate it | 10:01 |
| 25 | if you can tell me that so we'll go through the | 10:01 |

Page 224

Exhibit B, page 63

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 65 of 93   Page ID
#:8453
Case 2:16-cv-02129-SJO-RAO   Document 270-3   Filed 07/14/17   Page 18 of 32   Page ID
#:5628

| | | |
|---|---|---|
| 1 | photo part here. | 10:01 |
| 2 | Tell me any memories you have of anything | 10:01 |
| 3 | specific that the police officer told you about the | 10:01 |
| 4 | photos. | 10:01 |
| 5 | MR. FRANKLIN:  Vague and ambiguous. | 10:01 |
| 6 | THE WITNESS:  I think that he told me that | 10:01 |
| 7 | they're driver's license photos from what I recall, | 10:02 |
| 8 | or some kind of mug shot.  And that there's a book | 10:02 |
| 9 | with photos of the individuals that surf down there | 10:02 |
| 10 | and frequent the area. | 10:02 |
| 11 | And, you know, he also told me that they | 10:02 |
| 12 | know a lot of them if not most of them, and so that | 10:02 |
| 13 | it wouldn't be hard to find out who this person is. | 10:02 |
| 14 | So the fact that I didn't take a photo of them or | 10:02 |
| 15 | have any way to show a photo of the face that that | 10:02 |
| 16 | wasn't a problem because I would be able to identify | 10:02 |
| 17 | them in an easy way because they had this | 10:02 |
| 18 | information available. | 10:02 |
| 19 | BY MS. HEWITT: | 10:02 |
| 20 | Q     So he said that to you, that it was no | 10:02 |
| 21 | problem that you hadn't taken a photo because it | 10:02 |
| 22 | would be easy to identify them? | 10:02 |
| 23 | A     He didn't say that word-for-word, but that | 10:02 |
| 24 | is the, you know -- that's what he expressed to me. | 10:02 |
| 25 | Q     Okay.  All right.  So in the conversation | 10:03 |

Page 225

Hahn & Bowersock, A Veritext Company
800.660.3187

Exhibit B, page 64

```
 1      have any understanding of what took place after --      10:07
 2      withdraw.                                                10:07
 3              At the lineup, did you identify any              10:07
 4      individuals through the lineup?                          10:07
 5              MR. FRANKLIN:  Lacks foundation.                 10:07
 6              THE WITNESS:  I circled a photo.                 10:07
 7      BY MS. HEWITT:                                            10:07
 8          Q   As you sit here today, do you know who           10:07
 9      that photo was of?                                       10:07
10          A   The photo appeared to be an individual           10:07
11      that I now know as Jalian Johnston.                      10:07
12          Q   Okay.                                            10:07
13          A   But I didn't give them any names at the          10:07
14      time, I don't think that they asked me.                  10:07
15          Q   Okay.                                            10:07
16          A   And I don't know if I knew or not by the         10:07
17      time.                                                    10:07
18          Q   All right.  Once you picked out the              10:07
19      photograph, what happened next?                          10:08
20          A   I think I was asked to leave.  I don't           10:08
21      remember.                                                10:08
22          Q   Were you told what was -- any of the next        10:08
23      steps would be, anything like that?                      10:08
24          A   I don't remember.  I just remember that it       10:08
25      was very brief, but as far as what conversation I        10:08
```

                                              Page 230

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 67 of 93   Page ID
#:8455
Case 2:16-cv-02129-SJO-RAO   Document 276-15   Filed 07/14/17   Page 19 of 32   Page ID
#:5629

| | | |
|---|---|---|
| 1 | to try to reach the detectives so I could schedule a | 10:15 |
| 2 | time to come in and identify the suspect. | 10:15 |
| 3 | BY MS. HEWITT: | 10:15 |
| 4 | Q    Okay.  So you called to try and reach a | 10:15 |
| 5 | detective, did you leave a message? | 10:15 |
| 6 | A    I don't know.  I may have left a message. | 10:15 |
| 7 | Q    You're not sure? | 10:15 |
| 8 | A    I'm not sure. | 10:15 |
| 9 | Q    Which detective were you trying to reach? | 10:15 |
| 10 | A    Detective Venegas. | 10:15 |
| 11 | Q    When was the next time you tried to | 10:15 |
| 12 | contact the police? | 10:15 |
| 13 | A    Well, I don't think I gave you an exact | 10:15 |
| 14 | date for that one because I don't remember the exact | 10:15 |
| 15 | date. | 10:15 |
| 16 | Q    I know, I agree.  When was -- regardless | 10:15 |
| 17 | of when the date of that was when you called and | 10:16 |
| 18 | maybe left a message, maybe not; the next time after | 10:16 |
| 19 | that, what was the next time? | 10:16 |
| 20 | A    I don't remember, I just remember I called | 10:16 |
| 21 | them a few times but I don't remember the exact | 10:16 |
| 22 | dates, exact time frame. | 10:16 |
| 23 | Q    Okay.  Do you remember if you left a | 10:16 |
| 24 | message during any of those subsequent times? | 10:16 |
| 25 | A    I don't, no. | 10:16 |

Page 237

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 68 of 93  Page ID
#:8456
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 20 of 32  Page ID
#:5630

```
 1          Q      When you would call to try to get ahold of    10:17

 2     Detective Venegas, what would you say to the person        10:17

 3     who answered the phone?                                    10:17

 4          A      I don't remember specifically what I would     10:18

 5     say at this time, but I would assume that I asked          10:18

 6     for him or I would explain, you know, that I'm             10:18

 7     trying to reach someone to help me identify the            10:18

 8     suspects related to the incident.                          10:18

 9          Q      At some point -- so let's make sure we get     10:18

10     all these there.                                           10:18

11             If you were to give me an estimate of how          10:18

12     many times you called the department between               10:18

13     February 13th and the time you came in for the             10:18

14     lineup, what would that be?                                10:18

15          A      Well, I probably called maybe three times,     10:18

16     and, you know, I remember then eventually I                10:18

17     proceeded to retain my attorneys because I felt like       10:18

18     that was the only course of action I could take            10:18

19     because the police weren't helping me.                     10:18

20          Q      That's why you retained your attorneys?        10:18

21          A      That was one of the reasons why.               10:18

22          Q      When you say that you felt that was the        10:18

23     only course of action that you could take, what do        10:18

24     you mean by that?                                          10:18

25          A      That that was the only way that I could        10:18
```

                                                        Page 239

Exhibit B, page 66

| | | |
|---|---|---|
| 1 | get help. | 10:18 |
| 2 | Q    What kind of help? | 10:19 |
| 3 | A    To try to identify the suspect and, you | 10:19 |
| 4 | know, try to stop the harassment at Lunada Bay. | 10:19 |
| 5 | Q    So you also wanted to stop harassment at | 10:19 |
| 6 | Lunada Bay; that's why you retained counsel? | 10:19 |
| 7 | A    That was one of the reasons, yeah, to stop | 10:19 |
| 8 | harassment and, you know, make the public beach | 10:19 |
| 9 | truly public for everyone. | 10:19 |
| 10 | Q    And when did you start forming that idea | 10:19 |
| 11 | in your head that you wanted to retain counsel? | 10:19 |
| 12 | A    I don't remember when. | 10:19 |
| 13 | Q    So you know it was sometime between | 10:19 |
| 14 | February 13th and the March 10th letter; right? | 10:19 |
| 15 | A    I don't remember when I first met with Vic | 10:19 |
| 16 | so it would be hard for me to put exact dates on it. | 10:19 |
| 17 | Q    But it would be before March 10th; right? | 10:19 |
| 18 | A    March 10th was what? | 10:19 |
| 19 | Q    The date of his letter to the City that | 10:19 |
| 20 | you looked at, do you want me to show it to you? | 10:19 |
| 21 | A    No, I remember the letter more or less. | 10:19 |
| 22 |      But yeah, I would assume it would be | 10:20 |
| 23 | before March 10th, yes. | 10:20 |
| 24 | Q    About how many days before March 10th had | 10:20 |
| 25 | you first met with Mr. Otten? | 10:20 |

                                          Page 240

Case 2:16-cv-02129-SJO-RAO Document 305-12 Filed 07/31/17 Page 70 of 93 Page ID
#:8458
Case 2:16-cv-02129-SJO-RAO Document 270-3 Filed 07/14/17 Page 21 of 32 Page ID
#:5631

| | | |
|---|---|---|
| 1 | it was for TV, I don't remember what channel it was | 10:47 |
| 2 | for, though. | 10:47 |
| 3 | Q    Okay. | 10:47 |
| 4 | A    But I remember there were two separate | 10:47 |
| 5 | reporters that were working together as a team to do | 10:47 |
| 6 | like two different stories. | 10:47 |
| 7 | Q    Okay. | 10:47 |
| 8 | A    And they were like both recording me at | 10:47 |
| 9 | the same time.  So I remember that. | 10:47 |
| 10 | I remember that some members of the | 10:47 |
| 11 | Bay Boys came out as well and they were recording me | 10:48 |
| 12 | with their cameras, and that was uncomfortable. | 10:48 |
| 13 | Q    How many times have you been back to -- | 10:48 |
| 14 | how many times have you attempted to surf at | 10:48 |
| 15 | Lunada Bay since February 13th? | 10:48 |
| 16 | A    I have not attempted to surf at Lunada Bay | 10:48 |
| 17 | since then because of my injury, I broke my arm | 10:48 |
| 18 | snowboarding so I didn't have that opportunity. | 10:48 |
| 19 | Q    Have you attempted to engage in any other | 10:48 |
| 20 | water sports at Lunada Bay since February 13th? | 10:48 |
| 21 | A    No, I have not. | 10:48 |
| 22 | Q    Have you gone to Lunada Bay to try to take | 10:48 |
| 23 | pictures since February 13th? | 10:48 |
| 24 | A    Yes, I have. | 10:48 |
| 25 | Q    Okay.  How many times? | 10:48 |

Page 247

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 71 of 93   Page ID
#:8459
Case 2:16-cv-02129-SJO-RAO   Document 270-3   Filed 07/14/17   Page 22 of 32   Page ID
#:5632

| | | |
|---|---|---|
| 1 | A        I don't remember how many times.  I'm sure | 10:48 |
| 2 | more than twice.  But I would have to think about it | 10:49 |
| 3 | a little bit more.  I don't remember the exact | 10:49 |
| 4 | amount of time. | 10:49 |
| 5 | Q        Those times that you were taking | 10:49 |
| 6 | photographs, were you harassed or intimidated? | 10:49 |
| 7 | A        Yeah, unfortunately, I was harassed every | 10:49 |
| 8 | time I was there. | 10:49 |
| 9 | Q        What was the day of the first time you | 10:49 |
| 10 | went back to take photographs after February 13th? | 10:49 |
| 11 | A        Well, like I said, I don't remember | 10:49 |
| 12 | specifically how many times I've been back, so it | 10:49 |
| 13 | would be hard for me to give you a date as of the | 10:49 |
| 14 | first time since the 13th, I don't know if there's | 10:49 |
| 15 | anything I could do to refresh my memory, but... | 10:49 |
| 16 | Q        Let's just break it down.  I think you | 10:49 |
| 17 | told me that you've been back twice to take | 10:49 |
| 18 | photographs, so let's just take one -- | 10:49 |
| 19 | MR. FRANKLIN:  Misstates prior testimony. | 10:49 |
| 20 | THE WITNESS:  Yeah, at least twice. | 10:49 |
| 21 | BY MS. HEWITT: | 10:49 |
| 22 | Q        At least twice, okay.  At least twice, | 10:49 |
| 23 | that's what you told me, at least twice. | 10:49 |
| 24 | Let's look at the first one.  The first | 10:49 |
| 25 | one that you remember when you went back to take | 10:49 |

Page 248

| | | |
|---|---|---|
| 1 | BY MS. HEWITT: | 10:56 |
| 2 | Q    So just focusing on instances when you | 10:56 |
| 3 | went back to take photographs after February 13th, | 10:56 |
| 4 | what harassment or intimidation did you experience? | 10:57 |
| 5 | A    Sure. | 10:57 |
| 6 | I remember being constantly photographed | 10:57 |
| 7 | and recorded on cameras.  I remember instances, you | 10:57 |
| 8 | know, of people on the bluff doing that.  I remember | 10:57 |
| 9 | walking down the trail and people telling me that I | 10:57 |
| 10 | shouldn't be there, and that I should leave and, Oh, | 10:57 |
| 11 | no, you're coming here again, no one wants you here, | 10:57 |
| 12 | what are you doing here.  And, you know, I tell | 10:57 |
| 13 | them, well, it's beautiful, public beach, and I'm | 10:57 |
| 14 | allowed to be here. | 10:57 |
| 15 | They would say offensive things to me. | 10:57 |
| 16 | They would, you know, call me a bitch, and they | 10:57 |
| 17 | would say stuff to me after I had passed -- if I was | 10:57 |
| 18 | with a friend, then they would, you know, say | 10:57 |
| 19 | insults about me to my friend. | 10:58 |
| 20 | They -- yeah, they kept basically telling | 10:58 |
| 21 | me that I shouldn't be there and that I'm not | 10:58 |
| 22 | welcome.  And I also remember talking to Charlie a | 10:58 |
| 23 | few times and he approached me.  I feel like maybe | 10:58 |
| 24 | he felt bad that he didn't do anything regarding the | 10:58 |
| 25 | beer incident to help, so maybe it was his way of | 10:58 |

Page 251

Case 2:16-cv-02129-SJO-RAO    Document 305-12    Filed 07/31/17    Page 73 of 93    Page ID
#:8461
Case 2:16-cv-02129-SJO-RAO    Document 270-3    Filed 07/14/17    Page 24 of 32    Page ID
#:5634

| | | |
|---|---|---|
| 1 | saying sorry to kind of try to talk to me and | 10:58 |
| 2 | explain who the Bay Boys are and how they work | 10:58 |
| 3 | and -- I don't know, so I've had various discussions | 10:58 |
| 4 | with him.  I had discussions with people in the fort | 10:58 |
| 5 | and, you know, I also unfortunately experienced | 10:59 |
| 6 | harassment in the way that I was told I'm not | 10:59 |
| 7 | welcomed there. | 10:59 |
| 8 | Q    All right.  During any of these incidents, | 10:59 |
| 9 | were you ever alone? | 10:59 |
| 10 | A    I don't know.  I don't recall ever being | 10:59 |
| 11 | completely alone.  I think I always brought someone | 10:59 |
| 12 | with me. | 10:59 |
| 13 | Q    Did Jordan ever go with you during any of | 10:59 |
| 14 | these instances? | 10:59 |
| 15 | A    The only time Jordan went with me was when | 10:59 |
| 16 | he was surfing and I don't remember if he surfed | 10:59 |
| 17 | since February 13th.  If he did, then he would have | 10:59 |
| 18 | been there. | 10:59 |
| 19 | Q    Do you have a recollection of you | 10:59 |
| 20 | experiencing harassment while Jordan was out | 10:59 |
| 21 | surfing? | 10:59 |
| 22 | MR. FRANKLIN:  Vague and ambiguous. | 10:59 |
| 23 | BY MS. HEWITT: | 10:59 |
| 24 | Q    Since February 13th? | 10:59 |
| 25 | A    Right, since February 13th, I don't have a | 10:59 |

Page 252

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 74 of 93   Page ID
#:8462
Case 2:16-cv-02129-SJO-RAO   Document 292-2   Filed 07/14/17   Page 25 of 32   Page ID
#:5635

| | | |
|---|---|---|
| 1 | Q      Okay.  So since the complaint was filed | 11:06 |
| 2 | you have not been back to Lunada Bay except with | 11:06 |
| 3 | reporters or media? | 11:06 |
| 4 | A      Hmm-mm. | 11:06 |
| 5 | Q      Yes? | 11:06 |
| 6 | A      Yes, yes, hmm-mm. | 11:06 |
| 7 | Q      All right.  With the instances of | 11:06 |
| 8 | harassment or intimidation that you described to me | 11:06 |
| 9 | that occurred since February 13th when you went to | 11:06 |
| 10 | Lunada Bay, did you report any of that to the | 11:07 |
| 11 | police? | 11:07 |
| 12 | A      I don't know, I don't remember.  I may | 11:07 |
| 13 | have told them, you know, the people were harassing | 11:07 |
| 14 | me on my way down there. | 11:07 |
| 15 | Q      Do you have a recollection right now of | 11:07 |
| 16 | contacting the police and telling them about those | 11:07 |
| 17 | instances we just discussed? | 11:07 |
| 18 | A      I don't have that recollection right now. | 11:07 |
| 19 | Q      Have you been to Lunada Bay since | 11:07 |
| 20 | February 13th at any time and not experienced any | 11:07 |
| 21 | physical or verbal harassment? | 11:07 |
| 22 | A      Not that I can remember. | 11:07 |
| 23 | Q      So each time you've been back since -- | 11:07 |
| 24 | A      Well, I take that back because there was a | 11:07 |
| 25 | time with reporters that I believe that we weren't | 11:07 |

Page 259

Exhibit B, page 71

| | | |
|---|---|---|
| 1 | harassed because I don't think anyone was out -- I | 11:07 |
| 2 | think that was with -- I'm remembering now -- I | 11:07 |
| 3 | think that was when we were doing a radio interview, | 11:07 |
| 4 | I believe, with NPR, NPR or one of those stations. | 11:07 |
| 5 | I think that by that point there were no, | 11:07 |
| 6 | you know, there were no locals out so I don't think | 11:08 |
| 7 | anyone harassed us then. | 11:08 |
| 8 | Q     Was that the only instance that you can | 11:08 |
| 9 | remember when you were not harassed since | 11:08 |
| 10 | February 13th when you were at Lunada Bay? | 11:08 |
| 11 | A     This time, yes. | 11:08 |
| 12 | Q     Have you seen any communications between | 11:08 |
| 13 | Cory Spencer and the City in which Spencer thanks | 11:08 |
| 14 | Chief Kepley for what Chief Kepley has done to help | 11:08 |
| 15 | out the situation at Lunada Bay? | 11:08 |
| 16 | MR. FRANKLIN:  Vague and ambiguous. | 11:08 |
| 17 | THE WITNESS:  I have not seen that, no. | 11:08 |
| 18 | BY MS. HEWITT: | 11:08 |
| 19 | Q     Have you seen any communications in which | 11:08 |
| 20 | Cory Spencer thanks Chief Kepley for providing extra | 11:08 |
| 21 | patrols whenever Spencer had asked for them? | 11:08 |
| 22 | MR. FRANKLIN:  Vague and ambiguous. | 11:08 |
| 23 | THE WITNESS:  I don't remember him showing | 11:08 |
| 24 | me any kind of communication. | 11:08 |
| 25 | /// | |

Page 260

```
 1    you.                                               11:26

 2             Did you ever go there and they said he    11:26

 3    would not meet with you?                           11:26

 4        A    Yes, yes, the time I went there to get the  11:26

 5    hard drive, he wouldn't meet with me because, you  11:26

 6    know, he just wasn't available.                    11:26

 7        Q    Was he -- did they tell you he was not    11:26

 8    available or did they say he won't meet with you?  11:26

 9        A    I don't remember the wording that they    11:26

10    used.                                              11:26

11        Q    Okay.  Do you have any knowledge as to    11:26

12    what the -- withdraw.                              11:27

13             Now, the pain and suffering that you      11:27

14    attribute, how have you experienced pain and      11:27

15    suffering?  Describe your symptoms with the pain and  11:27

16    suffering you suffered?                            11:27

17        A    I've had loss of sleep -- you mean the    11:27

18    entire -- the entire course of events that happened  11:27

19    to me at the fort was extremely traumatic, you know,  11:27

20    I felt -- felt like I could have even been raped.  I  11:27

21    mean, it was incredibly frightening, I felt        11:27

22    helpless.  Just that whole memory of the event has  11:27

23    caused me to be fearful and just really affected my  11:27

24    piece of mind.                                     11:27

25        Q    Did it cause you to be fearful of going to  11:27
```

Page 276

| | | |
|---|---|---|
| 1 | Lunada Bay after February 13th? | 11:28 |
| 2 | A    Of course.  Yeah, it caused that as well, | 11:28 |
| 3 | hmm-mm. | 11:28 |
| 4 | Q    Okay.  And you did go to Lunada Bay after | 11:28 |
| 5 | that, February 13th; right? | 11:28 |
| 6 | A    I did go back.  And the reason why is | 11:28 |
| 7 | because I don't believe in bullying.  I will stand | 11:28 |
| 8 | up to bullies.  I will do what's right, it's a | 11:28 |
| 9 | public beach, and if I don't go then who else will | 11:28 |
| 10 | go.  And, you know, I just, you know, I don't | 11:28 |
| 11 | believe in them bullying me into being fearful of | 11:28 |
| 12 | going somewhere that's beautiful and should be | 11:28 |
| 13 | accessible to all people. | 11:28 |
| 14 | Q    Now, your loss of sleep, are you able to | 11:28 |
| 15 | differentiate from any loss of sleep between any of | 11:28 |
| 16 | Chief Kepley's actions and being pregnant? | 11:28 |
| 17 | A    Yes, because at the time that this | 11:28 |
| 18 | occurred I wasn't pregnant. | 11:28 |
| 19 | Q    When did you get pregnant? | 11:28 |
| 20 | A    You know, we're not 100 percent sure. | 11:29 |
| 21 | Q    Who's "we"? | 11:29 |
| 22 | A    Me and my partner. | 11:29 |
| 23 | But around the beginning of March I would | 11:29 |
| 24 | think. | 11:29 |
| 25 | Q    Have you experienced loss of sleep that | 11:29 |

Page 277

```
 1    after the complaint was filed, so I take that back.   12:32
 2         Q     Okay.  How did you know that was his name?   12:32
 3         A     I knew his name from Jen, was the first   12:32
 4    person that knew his name.  And then I knew it based   12:32
 5    on the investigation and my attorneys.   12:32
 6         Q     This was --   12:32
 7         A     And I believe the police identified him to   12:33
 8    me as well at that point.  But yes, this was before   12:33
 9    the complaint was filed.   12:33
10         Q     And Jen knew him?   12:33
11         A     She never told me that she knew him.  All   12:33
12    she told me is what is in those text messages that   12:33
13    were attached to the police report, that's all that   12:33
14    I knew.   12:33
15         Q     Did you ever see Brant Blakeman do   12:33
16    anything besides filming or speaking to you as you   12:33
17    told us at the bay area?   12:33
18         A     Well, during the incident that occurred on   12:33
19    February 13th, it appeared as though he had   12:33
20    orchestrated that event with Mr. Jalian Johnston.   12:33
21         Q     What specifically did he do that made you   12:33
22    think that he had orchestrated that?   12:33
23         A     It appeared as though they had planned the   12:33
24    event out in an attempt to try to ruin my camera and   12:34
25    in an attempt to try to intimidate me.   12:34
```

                                                    Page 300

```
 1        Q      What specifically was done or did you see    12:34
 2   that caused you to believe that?                        12:34
 3        A      The fact that when they entered the fort     12:34
 4   it seemed like all of their actions were                12:34
 5   orchestrated, they immediately rushed towards me.        12:34
 6   Johnston immediately opened the can of beer and, you     12:34
 7   know, sprayed it on me and on my camera in what I        12:34
 8   believe they intended to appear as an accident but       12:34
 9   to me it felt very intentional.                          12:34
10          The way that, you know, he was -- he was          12:34
11   filming Johnston as though it was like a planned         12:34
12   performance it seemed like, you know.  The fact that     12:34
13   he was holding the camera just right, right next to      12:35
14   my face in a way that made me feel threatened or         12:35
15   intimidated.                                             12:35
16        Q      Go ahead.                                    12:35
17        A      A lot of the actions at Lunada Bay between   12:35
18   the locals all appeared to be orchestrated based on      12:35
19   what I've seen and what I've heard in the surf           12:35
20   community.                                               12:35
21        Q      Can you give me any specifics as to why      12:35
22   you thought the February 13th episode was                12:35
23   orchestrated or scripted or somehow created by           12:35
24   Mr. Blakeman or with his direction?                      12:35
25        A      I don't know who planned it.  I don't know   12:35
```

Page 301

| | | |
|---|---|---|
| 1 | who planned it but it appeared that they were | 12:35 |
| 2 | following a very distinct plan to try to intimidate | 12:35 |
| 3 | me and try to ruin my camera. | 12:35 |
| 4 | Q    Can you give me any specifics as to why | 12:35 |
| 5 | you think that? | 12:35 |
| 6 | A    I think that because of the way that that | 12:35 |
| 7 | the actions unfolded that I just described. | 12:36 |
| 8 | Q    Were you in the fort and they came to the | 12:36 |
| 9 | fort? | 12:36 |
| 10 | A    Yes. | 12:36 |
| 11 | Q    And were you there with anyone else? | 12:36 |
| 12 | A    Jen was there as well. | 12:36 |
| 13 | Q    Anyone else? | 12:36 |
| 14 | A    Charlie may have been there sitting on the | 12:36 |
| 15 | roof. | 12:36 |
| 16 | Q    Charlie Ferrara? | 12:36 |
| 17 | A    Yes. | 12:36 |
| 18 | Q    Anyone else? | 12:36 |
| 19 | A    I think that was it. | 12:36 |
| 20 | Q    And how close were you and Jen together to | 12:36 |
| 21 | each other when Mr. Blakeman came to -- | 12:36 |
| 22 | A    I don't remember specifically, probably | 12:36 |
| 23 | about as close as me and the lady with the red | 12:36 |
| 24 | flowers. | 12:36 |
| 25 | Q    So ten feet maybe, eight feet? | 12:36 |

Page 302

```
 1      was on the table.  Or it may have been around my    12:38

 2      neck but I don't believe that I was taking photos at 12:39

 3      that time.  I think I was watching my friend         12:39

 4      surfing.                                             12:39

 5             But as I said, I remember being very          12:39

 6      startled.  I remember Mr. Blakeman coming in holding 12:39

 7      his camera on a tripod.                              12:39

 8         Q    Who came in first, Mr. Blakeman or           12:39

 9      Mr. Johnston?                                        12:39

10         A    I'm not 100 percent sure, but I think        12:39

11      Mr. Blakeman was behind Mr. Johnston, I think.       12:39

12         Q    Was Mr. Blakeman doing anything as he        12:39

13      entered?                                             12:39

14         A    Yes, as I was saying, he was holding the     12:39

15      camera on some kind of tripod device recording, very 12:39

16      menacing, threatening look on his face that made me  12:39

17      extremely fearful.                                   12:40

18             Mr. Johnston was -- also had a very           12:40

19      menacing and fearful expression.  The way that they  12:40

20      walked and their body language also appeared         12:40

21      threatening.  They were making big, loud steps and   12:40

22      just a lot of heavy, you know, frightening movements  12:40

23      that made me feel that they were there in an         12:40

24      aggressive and hostile way.                          12:40

25         Q    What kind of camera was Mr. Blakeman         12:40
```

                                              Page 305

```
 1     some flashing light or something that you can        12:41

 2     recall?                                              12:41

 3          A    I don't remember.                          12:41

 4          Q    So they entered, Mr. Johnston entered      12:41

 5     first and Mr. Blakeman was right behind him or?      12:41

 6          A    Again, I'm not 100 percent sure.  But I    12:41

 7     think that that's the way that they entered.  I      12:42

 8     remember they entered fairly close together, I       12:42

 9     think.                                               12:42

10          Q    And did anyone --                          12:42

11          A    Because Mr. Blakeman was recording the     12:42

12     incident, so that's why I'm -- I think he was behind 12:42

13     him.                                                 12:42

14          Q    Did anyone say anything to you as they     12:42

15     entered?                                             12:42

16          A    Yes, Mr. Johnston appeared to be forging a 12:42

17     celebration, and, you know, he was raising his voice 12:42

18     and saying woo-hoo, you know, L.A. Times, and he     12:42

19     was -- as I can assume now, attempting to celebrate  12:42

20     the fact that the L.A. Times had published an        12:42

21     article about Lunada Bay and it was on the front     12:42

22     page that day.  And I was unaware of that fact at    12:42

23     the time.                                            12:42

24          Q    When you say "forging a celebration," what 12:42

25     do you mean?                                         12:42
```

Page 307

```
 1          A     What I mean is that they were obviously    12:42

 2     there to intimidate and harass me, and the way that   12:43

 3     they wanted to do it, I guess, was to pretend that    12:43

 4     they were celebrating the fact that the article came  12:43

 5     out but clearly they were upset about the article.    12:43

 6          Q     Did they say anything other than woo-hoo,   12:43

 7     L.A. Times, to give you an indication that they --    12:43

 8          A     Yeah, they did.                             12:43

 9          Q     Let me finish my question.                  12:43

10          Did they give you any indication that they       12:43

11     were trying to intimidate based on the article?       12:43

12          A     They did.  I don't remember the specific    12:43

13     things that they said.  I definitely do remember      12:43

14     their facial expressions and their body language      12:43

15     and, you know, that can say a lot more than words     12:43

16     can say.                                              12:43

17          Q     After the woo-hoo comment, was there       12:43

18     anything else said to you?                            12:43

19          A     Well, it all seemed to me like it happened  12:43

20     at once.  It was very frightening to me, so kind      12:43

21     of -- to me it feels like everything all happened at  12:44

22     the same time.  I remember, you know, them rushing    12:44

23     towards me with the beer, offering me beer.  I        12:44

24     believe I said, No.  But I remember him rushing       12:44

25     towards me.                                           12:44
```

Page 308

```
1    remember about your encounter with Mr. Blakeman on    12:56
2    the 13th of February?  Is there anything else that    12:56
3    we haven't covered?                                   12:56
4         MR. FRANKLIN:  Vague and ambiguous.              12:56
5    BY MR. DIEFFENBACH:                                   12:56
6         Q    That you can recall?                        12:56
7         MR. FRANKLIN:  Calls for a narrative.            12:56
8         THE WITNESS:  There's definitely a lot           12:56
9    more that I haven't told you about the encounter.     12:56
10   BY MR. DIEFFENBACH:                                   12:56
11        Q    Okay.  Please tell me what else you can     12:56
12   tell me about that.                                   12:56
13        A    It's hard for me to remember everything.    12:56
14   I can just tell you what I recall at the moment.      12:56
15   But the more questions you ask me the more it helps   12:56
16   me.                                                   12:56
17        Q    I wasn't there so I don't know what to ask  12:56
18   you except to ask you to tell me what other things    12:56
19   you can recall about the episode on the 13th          12:56
20   specifically with regard to Mr. Blakeman that you     12:56
21   haven't told me about already.                        12:56
22        You told me that he had a camera, that he        12:57
23   took videos, that he looked menacing to you, that he  12:57
24   videotaped or whatever?                               12:57
25        A    Yeah, I remember that he wouldn't stop      12:57
```

Page 319

```
 1    videotaping me.  I think I might have asked him to    12:57
 2    stop -- I mean, I definitely asked him why they're    12:57
 3    doing that.  I feel like his role was to record       12:57
 4    rather than to speak and to intimidate through his    12:57
 5    camera.                                                12:57
 6         So I remember him, like I said, getting          12:57
 7    very close to me and being -- felt like he was right  12:57
 8    in my face with the camera.  I remember asking them   12:57
 9    why they're filming me and they said they're filming  12:57
10    me because I'm sexy and because I turn them on and    12:57
11    that was what Mr. Johnston was saying.                12:57
12         Q    Did Mr. Blakeman say that?                  12:57
13         A    I don't remember if Mr. Blakeman said that  12:57
14    or not, but I do remember Mr. Johnston said that.     12:57
15         Q    Okay.  Anything else?                       12:57
16         I mean, I can only ask you for your              12:58
17    memory, I'm not trying to put words in your mouth or  12:58
18    maybe there isn't anything else but I have just have  12:58
19    to say anything else and you tell me?                 12:58
20         MR. FRANKLIN:  Vague and ambiguous.              12:58
21         THE WITNESS:  There's definitely a lot           12:58
22    that happened, it was just very traumatic, so.        12:58
23         You know, I remember him following               12:58
24    Mr. Johnston around as well filming him.  There were  12:58
25    points in time where he was close to me, there were   12:58
```

                                                    Page 320

| | | |
|---|---|---|
| 1 | other points in time where he was far away from me. | 12:58 |
| 2 | Eventually, he was on the roof with Charlie, I don't | 12:58 |
| 3 | remember how he got up there. | 12:58 |
| 4 | I remember Mr. Johnston changing.  I don't | 12:58 |
| 5 | remember where Mr. Blakeman was at that point, if he | 12:58 |
| 6 | was next to me or not. | 12:58 |
| 7 | I remember, like I said, Mr. Johnston | 12:59 |
| 8 | throwing the cans of beer down and Mr. Blakeman | 12:59 |
| 9 | filming that.  And, again, I remember just his | 12:59 |
| 10 | extremely menacing expressions and, you know, the | 12:59 |
| 11 | manner that he was walking around in. | 12:59 |
| 12 | BY MR. DIEFFENBACH: | 12:59 |
| 13 | Q    What is a menacing expression to you, what | 12:59 |
| 14 | does that mean? | 12:59 |
| 15 | A    I mean, he looked like -- I mean, he | 12:59 |
| 16 | was -- obviously, he was scowling, he was -- his | 12:59 |
| 17 | body language conveyed that he was hostile, he -- I | 12:59 |
| 18 | mean, they were making -- he was making sexual | 12:59 |
| 19 | comments, Mr. Johnston was.  And I just felt very | 12:59 |
| 20 | frightened like anything could happen, you know. | 13:00 |
| 21 | Q    The hostile body language, was that | 13:00 |
| 22 | Mr. Blakeman doing that, too? | 13:00 |
| 23 | A    Yes. | 13:00 |
| 24 | Q    What is hostile body language, describe | 13:00 |
| 25 | that if you can. | 13:00 |

Page 321

Hahn & Bowersock, A Veritext Company
800.660.3187

| | | |
|---|---|---|
| 1 | A    Not that I know of, no. | 13:48 |
| 2 | THE VIDEOGRAPHER:  15 minutes. | 13:48 |
| 3 | MR. CAREY:  I'll move quick. | 13:48 |
| 4 | BY MR. CAREY: | 13:48 |
| 5 | Q    And how about any communication with | 13:48 |
| 6 | Chris Taloa as to why you should go to Lunada Bay on | 13:48 |
| 7 | February 13th? | 13:48 |
| 8 | A    I don't think I had any direct | 13:48 |
| 9 | communication with him at that point. | 13:48 |
| 10 | Q    "Him" meaning Chris Taloa? | 13:48 |
| 11 | A    Yes. | 13:48 |
| 12 | Q    Okay.  Now, the -- we've questioned you a | 13:48 |
| 13 | lot -- or they've questioned you a lot about the | 13:48 |
| 14 | exact details, I'm not going to go through that all | 13:48 |
| 15 | over again in the interest of time.  I do want to | 13:48 |
| 16 | ask about you some specifics. | 13:48 |
| 17 | A    Okay. | 13:48 |
| 18 | Q    You just stated at the end of your | 13:48 |
| 19 | questioning with prior counsel for the first time | 13:48 |
| 20 | that my client exposed himself to you during that | 13:48 |
| 21 | incident.  Describe exactly what happened. | 13:48 |
| 22 | A    It's hard for me to remember all the | 13:48 |
| 23 | details but what I do remember is that while he had | 13:48 |
| 24 | a towel on himself there was a moment when it seemed | 13:48 |
| 25 | that he intentionally exposed his penis to me while | 13:49 |

Page 358

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 88 of 93   Page ID
#:8476
Case 2:16-cv-02129-SJO-RAO   Document 290-5   Filed 07/14/17   Page 28 of 32   Page ID
#:5638

| | | | |
|---|---|---|---|
| 1 | | he was changing. | 13:49 |
| 2 | Q | So he was changing into his wetsuit? | 13:49 |
| 3 | A | He was in the process of doing that. | 13:49 |
| 4 | Q | And he had a towel around his waist? | 13:49 |
| 5 | A | I believe so; yes. | 13:49 |
| 6 | Q | Have you changed in a wetsuit on a beach | 13:49 |
| 7 | before? | | 13:49 |
| 8 | A | I've changed many times. | 13:49 |
| 9 | Q | What's the purpose of putting a towel | 13:49 |
| 10 | around you on the beach while changing into your | | 13:49 |
| 11 | wetsuit? | | 13:49 |
| 12 | A | To cover yourself up. | 13:49 |
| 13 | Q | The -- you said you believe that he | 13:49 |
| 14 | intentionally flashed himself at you -- I'm sorry I | | 13:49 |
| 15 | used the word "flash" but you didn't use that word, | | 13:49 |
| 16 | but can you describe exactly what you saw? | | 13:49 |
| 17 | A | I mean, I remember -- I think he was | 13:49 |
| 18 | facing me which is odd because usually when people | | 13:49 |
| 19 | change in their wetsuits, they try to face away from | | 13:49 |
| 20 | you.  And, again, it seemed like it happened very | | 13:50 |
| 21 | quickly and combined with, you know, the yelling and | | 13:50 |
| 22 | the comments and the moaning, you know, I remember | | 13:50 |
| 23 | there was a moment when he seemed like he | | 13:50 |
| 24 | purposefully removed his towel in order to expose | | 13:50 |
| 25 | himself. | | 13:50 |

Page 359

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 89 of 93   Page ID
#:8437
Case 2:16-cv-02129-SJO-RAO   Document 270-3   Filed 07/14/17   Page 29 of 32   Page ID
#:5639

| | | |
|---|---|---|
| 1 | Q    So he completely removed his towel is your | 13:50 |
| 2 | testimony? | 13:50 |
| 3 | A    No, I'm not saying that. | 13:50 |
| 4 | Q    Okay.  So what specifically did he do to | 13:50 |
| 5 | expose himself if you can describe his action; | 13:50 |
| 6 | meaning, did he open the towel briefly and then | 13:50 |
| 7 | close it, what exactly happened? | 13:50 |
| 8 | A    It's hard for me to remember but I do | 13:50 |
| 9 | remember, you know, his towel being open in a way | 13:50 |
| 10 | where I could see what was underneath. | 13:50 |
| 11 | Q    In your experience, is that an unusual | 13:50 |
| 12 | occurrence for someone to be partially exposed while | 13:50 |
| 13 | changing into their wetsuit prior to surfing? | 13:50 |
| 14 | MR. FRANKLIN:  Misstates testimony. | 13:51 |
| 15 | THE WITNESS:  It's unusual for someone to | 13:51 |
| 16 | expose their penis while they're changing into a | 13:51 |
| 17 | wetsuit by opening their towel, yes. | 13:51 |
| 18 | BY MR. CAREY: | 13:51 |
| 19 | Q    So you are saying that he opened his towel | 13:51 |
| 20 | to flash himself at you? | 13:51 |
| 21 | A    There was a moment of time where his towel | 13:51 |
| 22 | appeared to be open and that's when I saw what I | 13:51 |
| 23 | saw. | 13:51 |
| 24 | Q    The -- I want to ask you about the police | 13:51 |
| 25 | report. | 13:51 |

Page 360

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 90 of 93   Page ID
#:8478
Case 2:16-cv-02129-SJO-RAO   Document 270-3   Filed 07/14/17   Page 30 of 32   Page ID
#:5640

```
 1        video, but I think forgot to just mark what you gave    14:04

 2        to us.                                                   14:04

 3                  Can I just mark it as Exhibit -- whatever      14:04

 4        is next in order, that and the flash drive.              14:04

 5                        (Deposition Exhibit 53, documents and

 6                        flash drive, was marked for

 7                        identification.)

 8

 9                        (Whereupon the deposition was concluded at

10        2:04 p.m.)

11

12                        (DECLARATION UNDER PENALTY OF PERJURY ON

13        THE FOLLOWING PAGE HEREOF.)

14

15

16

17

18

19

20

21

22

23

24

25

                                                        Page  373
```

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 91 of 93  Page ID
#:8479
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 31 of 32  Page ID
#:5641

```
1                          * * *

2

3

4              I, DIANA MILENA REED, do solemnly declare

5      under penalty of perjury that the foregoing is my

6      deposition under oath; that these are the questions

7      asked of me and my answers thereto; that I have read

8      same and have made the necessary corrections,

9      additions, or changes to my answers that I deem

10     necessary.

11             It witness thereof, I hereby subscribe my

12     name this day of _____, 2016.

13

14

15

16

17

18

19                      _____

20                              WITNESS SIGNATURE

21

22

23

24

25

                                            Page 374
```

Case 2:16-cv-02129-SJO-RAO  Document 305-12  Filed 07/31/17  Page 92 of 93  Page ID
#:8480
Case 2:16-cv-02129-SJO-RAO  Document 270-3  Filed 07/14/17  Page 32 of 32  Page ID
#:5642

```
 1              Certification of Court Reporter

 2                      Federal Jurat

 3

 4        I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California do hereby

 6   certify:

 7        That the foregoing proceedings were taken

 8   before me at the time and place herein set forth;

 9   that any witnesses in the foregoing proceedings,

10   prior to testifying, were placed under oath; that a

11   verbatim record of the proceedings was made by me

12   using machine shorthand which was thereafter

13   transcribed under my direction; further, that the

14   foregoing is an accurate transcription thereof.

15        That before completion of the deposition, a

16   review of the transcript [x] was [ ] was not

17   requested.  I further certify that I am neither

18   financially interested in the action nor a relative

19   or employee of any attorney of any of the parties.

20        IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated:  November 7, 2016

23

24

                  Jimmy Rodriguez, RPR

25                Certificate Number 13464


                                        Page 375
```

Case 2:16-cv-02129-SJO-RAO   Document 305-12   Filed 07/31/17   Page 93 of 93   Page ID
Case 2:16-cv-02129-SJO-RAO   Document 284-1   Filed 07/14/17   Page 1 of 67   Page ID
#:5643

# EXHIBIT C