# EXHIBIT 16

| Speaker | Transcription |
|---|---|
| Voice-Over 1 | The thrill of riding a wave is absolutely unique, and it's basically easy to compare it to a shot of heroin or a hit off a crack pipe. It's pure ecstasy. (00.35) |
| | Water's cold, the waves aren't always good. It takes a lot of determination just to get to the point where you're setting up for the perfect wave. But once you get a wave, and it's a really good one, you want another one. You want another one as fast as you can get it. And the problem is that people who surf a really good surf spot all the time are basically junkies and they're out there for a fix, and anybody who gets in the way of their fix, well, you know, that's the shooting gallery out there. And it's natural open sea and energy that's come over thousands of miles, but for some guys, some surfers, they treat it like it's a crack house. (1:43) |
| | I was in the Surf Rider motel in 1959, waking up after an all-night flight out here from New York. My father's company had moved him out here, and I opened the drapes and there was the blue Pacific. It was blowing Santa Ana's and the beach was clear white, and I went, "Wow." And that was pretty much the start of it. (2:49) |
| | Yeah, we're going, over to the Holly by the Sea. It is also known as Silver Span, and a place I'd surfed for 32 years. And, it's kind of a swell, the tide may be all right. Well, we're going surfing…Surfing's a wonderful thing. And there can be 50 people all surfing the same place, and everybody's having a great time. But then two or three guys would come out and there's vibes. There is edginess. There is a sense of threat in the air. (3:34) |
| Voice Over 2 | We got up to Palace Verdes, and as we were getting in the water, rocks started hitting the water around us. I looked back up toward where they were coming from. The people at this elevated area above the beach were the ones throwing the rocks. I yelled at them. They turned their backs. I'm thinking, what kind of goad is this gonna be? What am I gonna face in the water? What am I gonna encounter on the way out of the water? What a hell of a way to start off a surf. (4:33) |
| Brian Bilbray | Well, localism's sort of our modern manifestation of tribalism. Us and them mentality. The argument of judging people by perceptions of ignorance, of saying, well, he's not one of us, or he's not a local, so we're going to keep him out. We're going to treat him a certain way. And we're gonna deny an individual his constitutional rights based on the fact that he's not in our group. |
| Angry White Guy | He won't surf here again, though, got it? Got it? You got that, son? You got it? Hey, hey, I'm touching nobody. Nothing. But |

1

| Speaker | Transcription |
|---|---|
| | you won't surf here again, boy.  You won't surf here again.  Fuck that, fuck you guys! I've been here too long to take this shit. (5:30) |
| Mark Aaron | I've heard about Hueneme for a long time, but you know I didn't fall for any of that stuff, and sure enough, I get here and something crazy like that happens.  Guy jumped out, raving, immediately, just, "The fuck are you doin' here?  This ain't no fuckin' LA County line." (6:05) |
| David Ortega | I saw this guy, pretty goofy looking in a green and pink wetsuit and I said something to him like, you know, or I can't even remember exactly what I said, but I just asked where he lived and why would you want to come surf here.(6:15) |
| Mark Aaron | And he said, which hole are you gonna paddle out, and he starts doing this number, and before I knew it he just rushed me and buried his head in my chest. |
| David Ortega | He came at me and tried to grab me by my throat, and so I hit him once I think, and like body slammed him and then the fight was broken up. |
| Mark Aaron | I dusted myself off and we took off.  I decided not to surf that day. My chest was hurting.  Had a broken rib.  (6:42) |
| David Ortega | You know, it could have been two guys on a basketball court, it could have been two neighbors, they get in a little confrontation and you know it's over.  It like my word versus a school teacher.  It's not gonna happen.  (6:42) |
| Voice Over 2 | Here you have a situation where traveling gets you in trouble. People giving you dirty looks.  People asking where you're from. People saying hey we don't wear those kind of wetsuits around here.  And worse, a lot worse. |
| Kimberly Smith Hair Stylist | I pick my own days.  I run my own business, so it enables me to live the kind of lifestyle I want to live.  You know, for example, yesterday, we had a nice swell, I called my clients up and pushed them all back.  So I got, I went surfing.  You know, I used to lie to them and say, I have a dentist appointment, you know, I'll be in at 2, and they're like, Kimberly, we watch the news.  We know what's going on.  So now I'm just honest with people and they're stoked for you, you know. They can't be out surfing and I can, so I do it. (7:59) |
| | I don't give a shit if somebody says, you know, with the fuckin' Jersey accent, "eh, I'm a fuckin' local here."  Yeah?  Well, my parents were both born in LA.  I've never lived more than a mile |

| Speaker | Transcription |
|---|---|
| | from the beach.  Either has my family.  My grandfather was born here.  I'm a local. (9:03) |
| Jess Leedy | What's up fruitcake?  Welcome to Silver Strand Beach.  Yeah, it's ??? around here.  You better know somebody, you here what I'm saying?  You can't park on my driveway.  It's all right though, hey.  We got some traffic.  Hold on a second there, fruitcake.  Whoa. (9:21) |
| | Friend of mine, you know, lived around here for a long time, you know.  And got snaked twice, and the second time he grabbed the dude and dunked him in the water.  We came up underneath this board, cut his eye open.  The guy sued him, took him to court and now he's doing jail.  It's stupid, over a school yard fight.  Please, you know what I'm saying.  Then all the cops are here thinking that it's like Viet Jon Gotti of Silver Strand, you know.  Whoa, there's an organization here of locals who are you know pounding on people's innocent bystanders. We need to take a stand, you know.  What stand?  There's nothing really going on here.  It's just, you know, a school yard fight.  Well, you've ever seen a hockey game?  What, a sports, it's sports, you know what I'm saying?  Whatever. (10:04) |
| Darren "Zorba" Cruz | Zorba.  It's Zorba.  Infamous.  Very infamous.  Zorba.  Fictional.  It's a lot of fiction.  There's a lot of fiction behind Zorba, which is cool about the name.  But you know, sometimes it can work against you, you know.  Dave were quoted to say that I surged with razor blades on my board, so I went to like other places and the main topic would be, Dude do you really surf with razor blades on your board.  That would be a big no.  But I tell 'em, "Yeah!" (10:49) |
| Bill Davis | You're not the karma equalizer anymore?  I remember you telling me that when I was younger, I'm the karma equalizer.  Well, what's the karma equalizer?  Well, it must have done something pretty bad for me to do something to them.  That makes some sense. (11:04) |
| Kimberly Smith Hair Stylist | When people aren't really skilled surfers they don't go out a lot.  They're not at that same spot like I said, you know.  Once you start showing up somewhere on a regular basis, you become part of that lineup and, you know, unfamiliar face out there.  And I think if a beginner paddles out say in the line if it's a Penga, no he's not welcome.  And somebody will say something like this is not a beginner break. |
| David Ortega | The thing is you get people who don't really know about surfing, and there dangerous.  You know, they're out on the water, filling in |

| Speaker | Transcription |
|---|---|
| | their board and are snaking people or, whatever. And that's when the problems usually start. |
| Bay Boy drummer | In surfing there's an unwritten rule, whoever's closest to the peak's got the right of way. And when you drop in them, you're assaulting them. And that's the bottom line on that. And usually whatever happens depending on the person you drop in on, that's how it's gonna go. You can get beat up or somebody can say, hey what are you doing here? You're dropping in on me. Show a little respect. |
| Jess Leedy | I mean, it's just proper etiquette. And that's when you know and you come here to surf, to Silverstrand, you walk, you know, you park your car, not in somebody's driveway, no in |
| Zorba | I've seen guys peeing on side of houses, pooping in front, you know, I mean it's, throwing trash, I mean, it's you know. |
| Jess Leedy | Respect the beach. Respect the beach is all it is. |
| Zorba | There's a lot of things you can do that would make us not as, or not say us, but to make people not as pissed off, I mean, it's, obviously people have done something to the people at a place to make them localize. (13:47) |
| UPH 13 News Clip | Let's go. |
| | I don't see it. |
| | I'm out 25 years. I've seen it all. |
| | Good. |
| | I'll touch the camera all I want, you wanna fuckin' film me? Fine. |
| Timm Browne<br><br>Chief Palos V E Police | In 1995, there were some incidents actually provoked by outsiders who brought news crews with them. Had it planned and then provoked incidents that were actually captured on local television news spots, live at 5, you know, that kind of thing. People here do not like outsiders in general. I mean, they pay a price to live here. They have beautiful views of the ocean from most of the homes in the city. So, they are protective of their community as a whole. I mean, surfers or non-surfers.(14:32)<br><br>The people that live in and around that area and then surf there do not want pictures taken because it is a gem. They don't want people to know where it specifically it is. If everybody knows |

4

| Speaker | Transcription |
|---|---|
| | where it is, then we'll have all 8 million surfers from Los Angeles in that little tiny cove. |
| Angry White Guy | How many guys are at Malibu right now, huh?  How many fucking guys are at Malibu, huh?<br><br>(I don't know.)<br><br>Did you ever notice we've done a good thing here, haven't we?  It's pretty nice and pretty, huh?<br><br>(It's beautiful.)<br><br>It's beautiful.  And so when you exploit it, we'll thank you. (15:19) |
| Timm Browne<br><br>Chief Palos V E Police | It's not uncommon to see some of those guys that are in the water coming out with a plastic bag carrying trash that's washed up from a high surf.  From others.  That's not uncommon at all.  So there is a sense of this ownership that's really connected to their feelings about it.  (15:44) |
| Jess Leedy | They're all sitting around smoking cigarettes and I'm walking out and the guy goes…flicks a cigarette in the sand and I came up and go…pick up that fucking cigarette right now.  What is this, the fucking world's an ash tray all of a sudden? What's up?  And the guy just saw the look in my eye and goes here bro, no problem, man.  Went over and picked it up and there was no problem. |
| David Ortega | You didn't grow up around that, then you really don't know about what it's like.  I mean, there's some people that take it too far.  But it's not like we're out there waiting for people to show up and ambush them.  That's not the way it works.  (16:18) |
| Brian Bilbray ??? | The worst locals are really fucked up people.  But yet, here they are, and their hanging their whole personality on my wave.  This has gotta be my wave.  You know.  It's almost like the Lord of the Rings, you know. It's Gollum with his precious.  (16:35) |
| Mark Aaron | I think if I lived in a spot that had a nice break, and people were coming from all over to surf it.  It was, you know, making it as difficult for me to catch waves there, I might be upset and, I don't know how I'd deal with it, but I know I wouldn't do that.  I'm, you know, I'm kind of a peace-loving guy and I would just never attack somebody for wanting to go surfing, but I understand the sentiment of wanting to protect your local resources. (17:20) |
| ??? | One day I took off on a wave and this guy took off in front of me.  He was a guy who only surfed on the weekends.  He wasn't very good.  And I kind of even knew the guy.  He was a nice guy.  But I |

5

13670358.1

| Speaker | Transcription |
|---|---|
|  | was pretty full of myself and it was a pretty good wave, and he took off and I came off the bottom and I saw him there and I kicked my board at him.  I came up, and he came up and he said, "Why did you do that?"  And I said, "Oh, I didn't do that?  I wasn't trying to hit you."  And he kind of accepted my answer, but I was lying.  I was just overcome with that selfish moment of wanting the wave to myself and to this day, you know, I remember it pretty clearly and it happened 24 years ago and I'm still embarrassed by it.  (18:17) |
| Kimberly Smith Hair Stylist | I think that I should be allowed to surf anywhere I want.  You know, I'm a local.  You know, so, that's how I feel about it. But we all have our different opinions about, you know, what should and shouldn't be.  (18:31) |
| Zorba | There is certain ways that you can make your point without being physical or you know territorial of hurting people's property. My new surfing is my guitar and the band.  You know, this to me is my new surfing career.  I haven't been out surfing in a long time.  I know I can still do it, but I know if I went there I could be prone to do something I would regret later.  (18:55) |
| David Ortega | There's some guys that come up.  They're real tough.  They're really into it.  It dies down.  They get older and they do their own thing.  And they start, and then there's the next generation, you know.  But there's always that lull where everyone things it's died down, whether it's because I got in trouble and they think everyone's like, oh, I don't want to go to jail.  That's not the case. The case is that there's a lull.  There's no one there.  Not a lot of kids there to fill that spot.  But they will be back and there is right now and I think you're gonna see a lot more localism. (19:21) |
| On the Street | Hi guys.  Brought this guys here. This is where I usually park and I figured we gotta get some waves.  This place used to be a pretty bad scene.  Fortunately, this is a<br><br>You guys mind talking to us a little bit?<br><br>No, about what?<br><br>Just if you think you see localism here.<br><br>Well, when people cut me off there's some localism, so I go on a rage on them.  That's about it.<br><br>What do you guys do about it when that happens to you?<br><br>Kick the shit out of them. |

| Speaker | Transcription |
|---|---|
| | You actually beat somebody up? Here? How old were they? |
| | Ah, I haven't beaten anybody up like long time, but… |
| | How old are you? |
| | 15. |
| | When did you beat somebody up? |
| | Probably like, go ahead. (20:20) |
| | You know, when I paddle out and I hear young kids 12, 11, 8 years old, and they're trash mouthing, the kind of actions they're taking with each other, I really say this isn't what the surfing was about in the 60s, early 60s when I was learning it. I don't think it should be what we look for in the next millennium. (20:36) |
| Back to Street | One last question guys, where do you guys draw the cutoff? |
| | Putting people in the hospital's not cool. But waxing people's windows every once in a while is okay. If they say sorry, leave them alone. But if they act all cocky, there is no cutoff. Just, there's no room for cocky people anyway. So. I mean, don't kill them or put them in the hospital. Just make sure that they're not going to be stupid like that again. I mean, they think just cuz we're all, because mostly people that surf here now are just kids like us, but I mean we don't really take it. |
| | That's the one thing about getting a wetsuit. You get an old wetsuit, the next thing, your big problem is can somebody do the zipper. (21:17) |
| | Everyone earns everything you have in surfing. Nobody can give it to you, and you have to earn it up front. You have to get up early. You got to paddle out through the surf. You gotta be in the cold water. You gotta pick out the right wave. You gotta drop in and catch a wave, and only after you've paid all your dues, do you get to enjoy the highest surfing and I think it is something that more people need to experience, because that's what life's all about. (21:55) |