# EXHIBIT 17

**TRANSCRIPTION OF VIDEO TAKEN BY BRANT BLAKEMAN OF DEFENDANT JOHNSTON AND PLAINTIFF REED ON FEBRUARY 13, 2016**

<u>BATES NO. BB081</u>

[filming starts pointed at Diana's midsection]

[film pans right to Johnston, whose loose fitting gray shorts expose partial intergluteal cleft/vertical gluteal crease (groove just below sacrum)]

Unknown: [mumble]

Johnston: "Yeow! Yah!" Fuck yah! Another day in fucking paradise! WOOO!"

Blakeman: "You're loving it!"

Unknown: "Hey, I got that [mumble] in there.."

Johnston: "Fuck need a beer already. [opens beer laughs] You guys [indicating to Diana and Jen] drinking? Want a beer? [laughter] AHH"

Diana: "Wow, why did you put beer on me?"

Jen: "Wow."

Johnston: "[Grunts.] Ahh. Love it! WOOOO!"

Diana: "Do you have a problem? [indicating to Blakeman]"

Blakeman: "No. I'm filming."

Diana: "Ok."

Blakeman: " I, I, I  can do whatever I want."

Diana: "Yah, right. Why are you filming?"

Blakeman: "Because I feel like it."

Johnston:  "You're hot! [indicating to Diana]"

Diana: "Ok."

Johnston: "Because you're fucking sexy baby. [indicating to Diana]  Woo! Want to film it?"

Diana:  "Well, you didn't have to put beer all over."

[Note: Blakeman says Diana said, "You're weird." 86: 14.  But it's not found on the video.]

BATES NO. BB082

Unknown: [whistling]

Diana: "There is no reason for you to be here."

Johnston: "WHCAAA!"

Unknown: "That was my bad, I apologize."

Unknown: [rattling/bottles]

Diana: "Well, I thought you were supposed to respect this place. At least that's what your seat says, but obviously you're not acting like that."

Johnston: "Wow, you're! Oh, did you get that?"

Unknown: "YAH. We got it."

Jen: "Just so you know..."

Johnston: "She's done. She's done. Woo!"

Jen: "Just so you know, I don't name spots or [mumble]."

Johnston: "What?"

Johnston: "Did I just see you guys on the cover of the fucking biggest periodical this morning [referring to Los Angeles Times, ?"

Diana: "No."

Jen: "No."

Johnston: "I seen you! [indicating to Diana] and I think I touched myself a little bit."

Jen: [laughter]

Diana: "Okay."