# EXHIBIT 18

# Air Talk Radio Transcription – 89.3 KPCC

## "How surfer 'gang mentality' is keeping people off some SoCal beaches"

### July 17, 2015

| Speaker | Transcription |
|---|---|
| Stoltze | Let's go to the police chief of Palos Verdes Estates, Jeff Kepley, who joins us on the line now, and this is your jurisdiction, is it not? |
| Kepley | Yes, it is, Mr. Stoltze, how are you? |
| Stoltze | How are you? |
| Kepley | I'm well, thank you. |
| Stoltze | What are you doing about it? |
| Kepley | Well, we actually are addressing this, and I want to put this in a certain context here.  In Palos Verdes Estates, you know, we have heard about this occurring.  This is not something new to us.  But it's also important to know that in the last four years only four of these incidents have been reported to our police department.  However, nonetheless, what we're doing in response to this is we are increasing our foot patrols by our officers.  We are going in and logging our patrol checks out there on the coast line.  We have conducted surveillance operations in the past, including putting undercover officers out on surf boards, and in the near future we'll be policing some display boards and posting some fliers on the cars just in an effort to increase our public outreach to those from out of the area who may be exposed to intimidation or some of these things that we've heard about. |
| Stoltze | So you're saying it's less of a problem than it once was? |
| Kepley | It's hard for me to say, Mr. Stoltze.  I've been with this organization for one year and I'm looking at it from that perspective.  And I know that there has been some information presented that it's a huge problem.  I do believe it's an issue for our community.  And quite frankly, it's embarrassing for our community, because this is a prideful, safe community and for this to be talked about is embarrassing.  But let's just stick to the facts.  We are addressing it. |
| Stoltze | I just can't help but wonder if it's a declining problem because people know just not to go there.  They're gonna get beat up, so the incidents are fewer because people are afraid to go. |
| Kepley | That may be the case and unfortunately the audio you played of the dispatcher talking to the undercover reporter.  It may give |

1

| Speaker | Transcription |
|---|---|
|  | others the impression that the police department and all of us here at the police department just don't care to respond, and that's really my purpose for joining you today, as I want to dispel that belief. And just demonstrate that our department takes this localism issue seriously, and we don't condone it or tacitly approve it at all. |
| Stoltze | Well, let's get to brass tacks. How many people have you arrested? How many people have you actually held to account? |
| Kepley | In the last three years, we have arrested none. We've have no altercations reported to us other than the three incidents. Two of those incidents were someone discouraging or dissuading the surfers from out of the area from coming down to surf. The other incident was someone deflated tires from one of the guests from out of the area. There were no assaults reported, no arrestable offenses. |
| Stoltze | Do you think you're getting everything reported to you? |
| Kepley | I do not, and that's why I want to get the message out that and we're doing some public outreach here locally in the community to let out-of-area surfers and other guests know that if they are subjected to intimidation or assaults or anything of the sort to please report it to the Palos Verdes Estates Police Department and give us a chance to work on that, because we are committed to withholding, or upholding the rights of all of our visitors, not just our residents, but the rights of all persons coming. The beaches are open to everyone and we want to ensure that continues to be the case here. |
| Stoltze | The problem to some is severe enough that there's been talk recently of a gang injunction, that these guys essentially are a gang and by the way, these aren't youngsters, right, who are throwing the rocks and picking fights and threatening outside surfers, right? I mean, these guys are adults. |
| Kepley | That's true. And, you know, it, there has been a couple of different names associated with them. The Bay Boys, and so forth. There is no specific list. There is no group identified as the Bay Boys that you could even quantify and describe and compare to a true street gang. You know, it's true, I think based on the described behavior, I've described it as having a gang mentality in the sense that they're territorial. They're intimidating. That sort of thing. But, I mean, let's be careful not to make the distinction so that people don't believe that we're having shootings and stabbings and things that you typically associate with street gangs. That's just not the case here. |

| Speaker | Transcription |
|---|---|
| Stoltze | Yeah, but for surfers, not getting to those beautiful breaks in Lunada Bay may be almost as threatening or frustrating as, you know, the more violent stuff.  I mean, this is prime real estate. |
| Kepley | Yeah, I'm not a surfer, but I understand that there are some pristine locations in this area to surf.  But I also know, and what I've been told, is that this localism issue does not solely exist here in Palos Verdes Estates, but all other prime surfing areas in other communities as well.<br><br>Recently enough, we are also development a core group of resident volunteers we're gonna call Parkland Rangers that can help patrol these areas and keep more eyes and ears on a regular basis down along the bluffs and the surfing areas to help us control this. |
| Stoltze | Chief, stick around, we have one or two questions for you.  I know you gotta go, though, but stick around for a minute or two.  Peter, from Palos Verdes is on the line, who actually is a surfer himself.  Peter, thanks for joining us. |
| Peter | [DIFFERENT CALLER] |
| Stoltze | Peter, thank you so much for that call.  Chief Kepley, if it is a relatively small number of people, it seems like you should be able to stamp it out, right. |
| Kepley | Well, I'm certainly interested in doing that, but it does depend on folks such as your caller and others who have experienced these types of intimidation to please report them when they occur so that we can get identification on these individuals causing these problems.  Because if I can get a chance to arrest or prosecute anyone for these types of acts, I will.  I am very committed to making this a safe community, and not just in the streets and up above the bluff tops, but along the coastline and in the water as well.  That is a challenging area for us, because our patrol cops are wearing typical police officer uniforms, driving black and white cars.  They're not out in the water, so we do need help identifying those incidents as they occur. |
| Stoltze | Jeff Kepley is police chief of Palos Verdes Estates Police Department.  Thank you for joining us. |
| Kepley | Thank you, very much.  Have a good day. |