# EXHIBIT 19

Officer Report for Incident 15-08867  Page 3 of 8

## Narrative

Palos Verdes Estates Police Department
Investigation Narrative

SOURCE: On Friday, July 31, 2015, I (Officer Gonzales #743) was working uniformed patrol in marked black and white police car #726. At approximately 0755 hours, I was dispatched to the 700 block of Paseo Del Mar in reference to a 594(a)(2) PC (vandalism report).

MO: Unknown suspect(s) takes victim's sandals and kicks the back of the victim's van, causing a minor dent. Suspect(s) then flee the area in an unknown direction by unknown means.

VICTIM'S STATEMENT: I contacted the RP/             (DOB:           near his vehicle (#       , parked in the 700 block of Paseo Del Mar.        told me the following: He left his vehicle at approximately 0600 hours and proceeded to walk down the cliff side in the 700 block of Paseo Del Mar toward the shoreline. Before entering the water, he removed his sandals and left them on the shoreline. While approximately waist deep in the ocean, preparing to surf, an unknown male approached him and began to shout profanities at him.           responded verbally and they began to approach each other. When they were within a few feet of each other, the unknown male raised his fist and took a step towards            backed away from the man, and the unknown male dropped his fist and swam away. The man never swung or made a motion to hit       . After the incident,         contacted the PVEPD (See DR# 15-08865 for further information) and relayed the incident to Dispatch, fearing the man would vandalize his vehicle.

At approximately 0730 hours,         left the water and saw that his sandals were no longer where he left them. He searched the area but was unable to find them.         believed the sandals were stolen. He did not see anyone take his sandals. He estimated his sandals to have cost approximately $35.

At approximately 0745 hours,         returned to his vehicle parked along the top of the cliff. He saw muddy footprints in three separate spots on the exterior of his vehicle, as if it had been kicked. In one area, near the driver side rear of the vehicle, there was a small dent where a footprint had been left.         told me the dent was not there when he parked his car.         estimated it would cost him $200 to fix the dent.         did not see anyone commit the crime, but suspects the unknown male he had an altercation with earlier was responsible for the theft and damage mentioned above.         believes these acts were committed to intimidate him.         is desirous of prosecution if a suspect is located.

OFFICER'S STATEMENT: After taking         statement, I inspected his vehicle and found the only damage, was a minor dent. The other mud footprints on the vehicle were able to be rubbed off with no vehicle damage. Prior to departing, I gave         a PVEPD business card containing this report number.

EVIDENCE: None.

ADDITIONAL INFORMATION: Officer Shea and Officer Lemon responded to the area in response to         first phone call to the PVEPD, after the altercation in the water. They contacted a subject in the area,              , who admitted to being the one involved in the confrontation with         .         statement of the incident did not match         (See DR#15-008865).

07/31/15

**CITY152**