# EXHIBIT 20



# PALOS VERDES ESTATES POLICE DEPARTMENT

Officer Report for Incident 16-00720

| | | |
|---|---|---|
| Nature: SURFING RELATED | | Address: PASEO DEL MAR |
| Location: PVEP | | PLS VRD EST CA 90274 |

**Offense Codes:**
Received By: W. Hengst    How Received: O    Agency: PVEP
**Responding Officers:**
Responsible Officers: A. Belda    Disposition: ACT 01/15/16
When Reported: 17:24:03 01/15/16    Occurred Between: 17:23:43 01/15/16 and 17:23:43 01/15/16

Assigned To:    Detail:    Date Assigned: **/**/**
Status:    Status Date: **/**/**    Due Date: **/**/**

Complainant: 96756
Last: REED    First: DIANA    Mid:
DOB: 01/22/87    Dr Lic: F8603002    Address: 22837 PACIFIC COAST HIGHWAY
Race: W    Sex: F    Phone: (310)883-3995    City: MALIBU, CA 90265
Alert Codes:

## Offense Codes
Reported: CASS Citizen Assist    Observed:
Additional Offense: CASS Citizen Assist
Additional Offense: VCMO Misd, Veh Code, Other

## Circumstances

Responding Officers:    Unit:
A. Belda    7L11

Responsible Officer: A. Belda    Agency: PVEP
Received By: W. Hengst    Last Radio Log: 17:28:58 01/15/16 CMPLT
How Received: O Officer Report    Clearance: RTF Report To Follow
When Reported: 17:24:03 01/15/16    Disposition: ACT Date: 01/15/16
Judicial Status:    Occurred between: 17:23:43 01/15/16
Misc Entry:    and: 17:23:43 01/15/16

Modus Operandi:    Description:    Method:

04/28/16

**CITY185**

*Officer Report for Incident 16-00720* *Page 2 of 5*

## Involvements

| Date | Type | Description | |
|------|------|-------------|---|
| 01/15/16 | Name | REED, DIANA | Complainant |
| 01/15/16 | Cad Call | 17:24:03 01/15/16 INCIDENT REPORT | Initiating Call |

04/28/16

CITY186

Officer Report for Incident 16-00720 — Page 3 of 5

### Narrative

_____

Responsible LEO:

_____

Approved by:

_____

Date

04/28/16

CITY187