# EXHIBIT 21

NORMAN A. TRAUB ASSOCIATES
5409 Via Fonte, Yorba Linda, CA 92886-5006
(714) 693-3428  •  (714) 200-0310 Fax
Email: ntraub2@gmail.com

June 13, 2016

Scott Tiedemann
Managing Partner
Liebert Cassidy Whitmore
6033 W. Century Blvd., 5th Floor
Los Angeles, CA 90045-6415

Christi Hogin
Jenkins & Hogin
1230 Rosecrans Avenue, Suite 110
Manhattan Beach, CA 90266



CITY7087

Scott Tiedemann and Christi Hogin

██████████████████████████████████████

June 13, 2016
Page 2



CITY7088

Scott Tiedemann and Christi Hogin

June 13, 2016
Page 3



Scott Tiedemann and Christi Hogin

██████████████████████████████████████████

June 13, 2016
Page 4

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

CITY7090

Scott Tiedemann and Christi Hogin

██████████████████████████████████████

June 13, 2016
Page 5



CITY7091

Scott Tiedemann and Christi Hogin

June 13, 2016
Page 6



CITY7092

Scott Tiedemann and Christi Hogin



June 13, 2016
Page 7

Scott Tiedemann and Christi Hogin

June 13, 2016
Page 8



CITY7094

Scott Tiedemann and Christi Hogin

June 13, 2016
Page 9



CITY7095

Scott Tiedemann and Christi Hogin



June 13, 2016
Page 10



Respectfully submitted,

Ed McErlain (CA P.I. License #22898)
Associate/Investigator
Norman A. Traub Associates

CITY7096