# EXHIBIT 26

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**EXPERT DECLARATION OF PETER NEUSHUL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. S. James Otero<br>Date: February 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C |

| | |
|---|---|
| 1 | v. |
| 2 | |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |
| 13 | Defendants. |

I, Peter Neushul, declare as follows:

1. I was a visiting history professor at the University of California, Santa Barbara ("UCSB") for a 15-year period. I have taught a course entitled "History of Surfing" from 2008 to 2012. I wrote a book on the history of surfing entitled "The World in the Curl: An Unconventional History of Surfing" with Peter Westwick, which was published in 2013 by Crown Publishers, a division of Random House. I have written several articles on surfing, including "Aerospace and Surfing: Connecting to California Keynotes" in 2012, "1987-2015 Surfing Takes Off: The Boys (And Girls) of Summer" in 2016, "Blowing Foam and Blowing Minds: Better Surfing through Chemistry" in 2016, and "Is There Surf? Wave Forecasting and Wave Riding," forthcoming. I have studied the history of surfing, the surf community, and contemporary issues in surfing. I am also a surfer myself, having grown up in Santa Barbara. I started surfing when I was eight years

old and have surfed for more than 45 years.

2.     I am an expert on surf history generally, surf culture generally, surfing rules, and both California surf history and culture. I have studied surfing's explosion in popularity and the increased number of people who seek to surf. Related, I've studied localism and beaches known to be "for locals only."

3.     I earned my bachelor's degree in history from UCSB in 1983, my master's degree in history from UCSB in 1986, and my doctorate degree in history from UCSB in 1993. A true and correct copy of my curriculum vitae is attached hereto as **Exhibit 1**.

4.     Modern surfing originated in Hawaii, and it was brought to the mainland by Hawaiians. George Freeth, who was one-quarter Hawaiian, visited California beginning in 1907 to promote surfing and Hawaiian tourism. He gave surfing demonstrations as the "Hawaiian Wonder" and the "Man Who Walks On Water." Duke Kahanamoku, a native Hawaiian who grew up surfing, later brought more attention to surfing to the mainland. Kahanamoku first gained notice as a swimmer, and he won medals at the 1912, 1920, and 1924 Olympics, including gold in the 100-meter freestyle in 1912 and 1920. With his new fame, Kahanamoku toured the United States, giving surfing demonstrations and appearing in Hollywood movies. During this period, swimming was increasingly promoted as a form of exercise for desk-bound middle-class workers.

5.     The evolution of the surfboard itself has roots in Southern California. The surfboards used in the early 20th century were made of redwood and could weigh over a hundred pounds, making them difficult to use. Surfers began experimenting using lighter balsa wood and drilling hollow boards. An even lighter surfboard featuring internal ribs topped by a plywood sheath is credited to Tom Blake, a surfer who moved from the

Midwest to Los Angeles and his connections with an engineer at the California Institute of Technology ("Caltech"). A Caltech student, Robert Simmons, later created a hybrid board using Styrofoam, balsa rails, and a plywood veneer sealed with fiberglass and resin. With the advent of cheaper, lighter polyurethane foam boards in the 1950s, surfing became more accessible to the masses.

6. During the 1950s and 1960s, Hollywood contributed to the growing interest in surfing and featured surfing in movies such as "Gidget" and its sequels, the "Beach Party" series with Frankie Avalon and Annette Funicello, and "The Endless Summer." Bands including the Beach Boys also promoted the fun lifestyle associated with surfing.

7. However, surfing wasn't encouraged for everyone, and exclusionary practices towards African-Americans extended to the beach. In Southern California, for example, cities took measures to keep African-Americans from the beach. For example, I know that the City of Palos Verdes Estates had a covenant that forbade home owners to sell or rent a house to anyone who was not white or Caucasian or to allow African-Americans on their property, with the exception of chauffeurs, gardeners, and domestic servants. Just north of Palos Verdes Estates, the City of Manhattan Beach used eminent domain to evict African-Americans from a beachfront neighborhood known as Bruce's Beach. Given the hostility displayed towards them elsewhere, African-Americans began surfing at a polluted beach in Santa Monica, which later became known as the Ink Well. Back in the 1970s, as today, few African-Americans surf. In fact, 58 percent of African-American children do not know how to swim, compared to 31 percent of white children and 56 percent of Hispanic children, according to a 2008 study conducted by USA Swimming.

8. As surfing grew in overall popularity and accessibility, surfing competitions made it possible to become a professional surfer. The U.S. Open of Surfing, which is held in Huntington Beach, California every year, was first held in 1959 and continues to this day. Hawaii and Australia also host surfing competitions that draw the best international surfers. Surfing will be included for the first time as a medal sport in the Olympic Games in 2020 in Tokyo, Japan.

9. Surfing has informal rules and protocol, which are intended to enhance safety and ensure predictability. For example, surfers waiting their turn to take a wave are formed in a "lineup," a line of surfers parallel to the waves. Generally, the first surfer closest to the curl of the wave has the right of way. No surfer should "drop in on" another surfer taking a wave or, in other words, try to take their wave by paddling into a wave where the other surfer has the right-of-way and is already up surfing because it would be potentially dangerous for both surfers if they collide. In addition, surfers are expected to paddle around, not through, the lineup to get to and from the shore. Further, surfers paddling out should avoid getting in the way of someone already riding a wave.

10. Surfing etiquette dictates that surfers refrain from hogging waves and that they take turns. In particular, surfers are admonished not to "snake" or make an "S" around a surfer in the lineup in order to cut to the front of the line. Surfers are expected to show general respect for each other and to the beach.

11. Safety in the water is paramount. Surfers should not put other surfers in danger.

12. I am familiar with many of the surfing beaches in Palos Verdes Estates throughout the City's 4.5 miles of public coastline. For Los Angeles County, many of the City's beaches are unique in that many are rock-reef

point breaks.  From north of Palos Verdes Estates, moving south, the better known surfing breaks on the City's shoreline are: (a) Lower Haggerty, (b) Exiles, (c) Upper Haggerty, (d) Palos Verdes Cove, (e) Ski Jump, (f) Little Reef, (g) Little Queens, (h) Middles, (i) Bone Yards, (j) Indicator, (k) Charlie's, (l) Turbos, (m) Charlie's Point, (n) Pipes, (o) TA's, (p) Ganja's, (q) Dominators, (r) Truck Drivers, (s) Lunada Bay, also known as Palos Verdes Point, or the Point, (t) Avalanche, and (u) Wally's.  These beaches may be accessed by trail, by shoreline during low tides, and by boat.  However, the signage to these beaches is poor or non-existent.  Similarly, the pathways and trails to the beaches are not well marked.

13. Of these waves, Lunada Bay is one of the best known big-swell waves.  It has outstanding right-breaking rock-reef point-break type waves that (a) can handle a large swell and (b) can break with a hollow tube.  These make for prime surfing conditions.  In addition, the sheer cliffs, pristine shoreline, and tidepool areas are known for their beauty.  To access Lunada Bay, there are two main trails down cliffs that descend more than 100 feet.  While on City property, both are steep, but like the other beach trails in Palos Verdes Estates, they're not marked.

14. Localism can be a problem at certain surf spots.  The issue is that surfers ideally like to ride each wave by themselves to the exclusion of visitors whom they do not know.  When there are a limited number of waves, but large crowds of surfers want to ride them, some will be left frustrated.  Even though a complicated set of informal rules and hierarchies govern the order in which surfers can take a wave, some surfers get impatient and greedy.  These local surfers might act out by giving hard-and-threatening looks intended to encourage people to leave and/or verbally harass non-locals.  But localism can escalate to include illegal activity like blocking trail access, vandalizing non-locals' vehicles, or, on certain occasions, throwing

rocks at non-locals or getting into physical alterations. Further, locals may act out in the water by dropping in on visiting surfers putting them in danger, attempting to run over visiting surfers, blocking visiting surfers from catching waves, pulling the leg ropes (leashes) of visiting surfers so they will miss waves, shooting surfboards at visiting surfers, fighting visiting surfers, provoking visiting surfers to engage in a fight, and threatening visiting surfers' safety.

15. Localism and surf gangs are known to exist throughout the world, including Maroubra, near Sydney, Australia where the Bra Boys are known to harass visitors and the North Shore of Oahu, Hawaii, the historical home of Da Hui, the "North Shore mafia" or "Black Shorts."

16. Throughout the surf community, the City of Palos Verdes Estates has the reputation of not taking complaints against the Bay Boys seriously and allowing its beaches to become too exclusive for locals' use only. By reputation, the City of Palos Verdes Estates allows illegal exclusivity and has done nothing to stop the Bay Boys for decades.

17. Today, Lunada Bay in Palos Verdes Estates is known as one of the most localized surf spots in the world. Lunada Bay is home to one of the few big-wave spots in Southern California and can have waves of up to 20-feet-high. Particularly when the swells get big, which is generally from November to March, the locals known as Bay Boys threaten visiting beachgoers who try to go to Lunada Bay. A 1995 lawsuit against a Bay Boy resulted in a restraining order and City promises to police the area and protect it for visitors. But, several years later, the Bay Boys were back to assaulting non-local surfers.

18. Because of its reputation, most non-City-residents and visiting surfers avoid Lunada Bay. This is because the Bay Boys' efforts to discourage visitors from coming to Lunada Bay is a deterrent. Indeed, while

it's a prized wave, Lunada Bay is known to only have a few surfers using it.

19. I have long known of the reputation of the Bay Boys as a longtime resident of Southern California, surfer, and a surf historian. The locals at Lunada Bay have also harassed my family members, including my brother, Stephen Neushul. *See* Declaration of Stephen Neushul.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in SANTA BARBARA, California on December 23, 2016.

PETER NEUSHUL

# Exhibit 1

**PETER NEUSHUL**  Department of History
University of California
Santa Barbara, CA  93116
Tel. 805-968-4153
Email: pneushul@cox.net

---

**Teaching Fields:**

History of Technology, History of Science, Environmental History

**Education:**

B.A. in History, University of California at Santa Barbara, 1983
M.A. in History, University of California at Santa Barbara, 1986
Ph.D. in History, University of California at Santa Barbara, 1993
   Examinations in US History/Environment, History of American Technology, History of Science, and Marine Biology
   Dissertation: *Science, Technology, and the Arsenal of Democracy: Production Research and Development during WW II*

**Teaching Experience:**

Teaching Assistant, Department of History, UCSB
   History 17A,17B,17C "American Survey Course", 1986-1987
   History17A and History173S "U.S. Popular Cult. Hist.", 1987-1988
   History 78 and History178 "American Urban History", 1989
   History 4C "Western Civilization", 1989, 1991, 1992
   History 178M "American Urban Crime", 1992
Teaching Assistant, Department of Environmental Studies, UCSB
   Social Environment, 1992
Visiting Professor, Department of History, UCSB
   History of US Science and Technology Policy, 1993
Visiting Professor, Environmental Studies Program, UCSB
   US Environmental History, 1993
Visiting Professor, Department of History, UCSB
   History of US Science and Technology Policy, 1995
Visiting Professor, Humanities and Social Sciences, California Institute of Technology
    History of Environmentalism, 1997
Visiting Professor, Department of History, UCSB
    History of US Science and Technology Policy, 2000
Adjunct Professor, Department of History, Santa Barbara City College
    United States History, 2002-2003
Visiting Professor, Department of History, UCSB
    History of US Science and Technology Policy, 2003-2008
Visiting Professor, Department of History, UCSB
    History of Surfing, 2008-

## Articles Published:

"Love Canal Revisited, *Discovery: UCSB Journal of Undergraduate Research*, 6 (1983), 119-134.

"Love Canal: A Historical Review," *Mid-America: An Historical Review*, 69 (1987), 125-138.

"Energy from Marine Biomass: The Historical Record," in K. T. Bird and P. H. Benson (eds.), *Seaweed Cultivation for Renewable Resources* (Amsterdam: Elsevier, 1987), pp. 1-37.

"Seaweed for War: California's World War I Kelp Industry," *Technology and Culture*, 30 (1989), 561-83.

"Explorers 7, 11, 23, 37, 38, 42, 44, 48, 49, 53: Astronomy Explorers, in F. N. Magill (ed.), *Magill's Survey of Science: Space Exploration Series* (Pasadena: Salem Press, 1989), pp. 407-12.

"Howard Florey and Ernst Chain Develop Penicillin as an Antibiotic in England," in F. N. Magill (ed.), *Great Events from History: Science and Technology Series* (Pasadena: Salem Press, 1991), pp. 1171-75.

"Alexander Fleming Discovers Penicillin in Molds," in F. N. Magill (ed.), *Great Events from History: Science and Technology Series* (Pasadena: Salem Press, 1991), pp. 873-77.

"Synthetic Rubber," in S. Woodyard (ed.), *Magill's Survey of Science: Applied Science* (Pasadena: Salem Press, 1992), pp. 2601-08.

"The Present and Future Uses of California's Marine Plant Resources," in W. S. Leet, C. M. Dewees, and C. W. Haugen (eds.), *California's Living Marine Resources* (Davis, CA: California Sea Grant, 1992), p. 6.

"Science, Government, and the Mass Production of Penicillin," *Journal of the History of Medicine and Allied Sciences*, 48 (1993), 371-95.

"Marie C. Stopes and the Popularization of Birth Control Technology," *Technology and Culture*, 32 (1998), 245-72.

"Sir Alexander Fleming," in Richard Olson, (ed.), *The Biographical Encyclopedia of Scientists* (New York: Marshall Cavendish Corp., 1998), pp. 1317-19.

"Selman Abraham Waksman," in Richard Olson, (ed.), *The Biographical Encyclopedia of Scientists* (New York: Marshall Cavendish Corp., 1998), pp. 1317-19.

"Andrew Jackson Higgins and the Mass Production of World War II Landing Craft," in *Louisiana History* 39 (1998), 133-66.

"Ocean Food and Energy from California Mariculture: An Evaluation of the US Marine Biomass Project from 1972 to 1986," in K. Benson and F. Rehbock (eds.), *Oceanographic History: The Pacific and Beyond* (Washington University Press, 2002), pp. 433-444.

"Alexander Fleming," in Arne Hessenbruch (ed.), *Reader's Guide to the History of Science* (Fitzroy Dearborne Publishers, 2000).

**Articles: (cont.)**

"Howard Walter Florey," in Arne Hessenbruch (ed.), *Reader's Guide to the History of Science* (Fitzroy Dearborne Publishers, 2000).

"Fighting Research: Army Participation in the Clinical Testing and Mass Production of Penicillin During World War II," in Roger Cooter, Mark Harrison, and Steve Sturdy (eds.), *War Medicine, and Modernity, 1860-1945* (Sutton, 1998), pp. 203-24.

"Harvesting the Pacific: The Blue Revolution in China and the Philippines," *Osiris* 13 (1998), 186-213.

"With the Marines at Tarawa," *U.S. Naval Institute Proceedings* 125 (April 1999), 74-79.

"Love Canal," in Craig. W. Allin (ed.), *Encyclopedia of Environmental Issues* (Salem Press, 2000).

"Gibb, Lois," in Craig W. Allin (ed.), *Encyclopedia of Environmental Issues* (Salem Press, 2000).

"Italian dioxin release (1976)," in Craig W. Allin (ed.), *Encyclopedia of Environmental Issues* (Salem Press, 2000).

"Passenger Pigeon," in Craig W. Allin (ed.), *Encyclopedia of Environmental Issues* (Salem Press, 2000).

"The Cloning of Man? An Opportunity Missed?," *Bioscience* (submitted, under revision).

"Between the Devil and the Deep Sea: C. K. Tseng and the Development of Marine Science and Technology in Modern China," *Isis* 91 (2000), 59-89.

"Marine Biomass Energy," in John Everett and Mark Chandler, (eds.), *United Nations Atlas of the Oceans* (United Nations, 2002), http://www.oceansatlas.org/index.jsp.

"Antarctica Beneath the Ice: Marine Botany in the Polar Region," in Keith R. Benson and Helen M. Rozwadowski, (eds.), *Extremes: Oceanography's Adventures at the Poles* (Science History Publications, 2007), pp. 227-46.

"Aerospace and Surfing: Connecting to California Keynotes," in Jannson Volker, ed., *Minds and Matters: Technology in California and the West*, (University of California Press, 2012).

"1987-2015 Surfing Takes Off: The Boys (And Girls) of Summer," in Jim Heiman, ed., *Surfing 1778-2015*, (Tashen, 2016). pp. 488-582.

"Blowing Foam and Blowing Minds: Better Surfing through Chemistry," in David Kaiser and Patrick McCray, eds., *Groovy Science* (University of Chicago Press, 2016).

"Is there Surf? Wave Forecasting and Wave Riding," in Anita Guerrini and Helen Rozwadowski, eds., *American Oceanography at Mid-Century* (Oregon State University Press) forthcoming.

**Peter Neushul**  Resume, p. 4

---

**Book Reviews Published:**

  A. Constandina Titus, *Bombs in the Backyard: Atomic Testing and American Politics*, in *Journal of the Southwest*, 33 (1991), 253-55.

  Lillian Hoddeson, Paul W. Henriksen, Roger A. Meade, and Catherine Westfall, *Critical Assembly: A Technical History of Los Alamos During the Oppenheimer Years, 1943-45*, in *Physics Today*, 47 (1994), 92-93

  James R. Hansen, *Spaceflight Revolution: NASA Langley Research Center From Sputnik to Apollo*, in *The Public Historian*, 18 (1996), 70-72.

  Margaret W. Rossiter and Clark A. Elliot (eds.), *Science at Harvard University*, in *Archives internationals d'histoire Des Sciences* 46 (1996), 194-95.

  Andrew Russel, Elisa J. Sobo, and Mary S. Thompson (eds.), *Contraception Across Cultures: Technologies, Choices, Constraints*, in *Technology and Culture*, 42 (2001), 575-76.

  Daniel Greenberg, *Science, Money, and Politics: Political Triumph and Ethical Erosion*, in *American Scientist*, 90 (2002), 87-88.

  David M. Hart, *Forged Consensus: Science, Technology, and Economic Policy in the United States, 1921-1953*, in *Isis*, 91 (2000), 207-08.

  Nelly Oudshoorn, *The Male Pill: A Biography of a Technology in the Making*, in *Technology and Culture*, 47 (2006), 688-90.

  Mark D. Bowles, *Science in Flux: NASA's Nuclear Program at Plum Brook Station 1955-2005*. *Isis* 99 (2008), 866-867.

**Books:**

  *Arsenal of Democracy: Science and Technology on the Home Front* (in progress).

  *A History of the Southwestern Division of the US Army Corps of Engineers 1986-1994* (US Army Corps of Engineers, 1998).

  *An Era of Change: The Tulsa District of the U.S. Army Corps of Engineers 1971-1996* (US Army Corps of Engineers, 2009).

  *A History of the Los Angeles District of the U.S. Army Corps of Engineers 1965-1994* (forthcoming).

  *A History of the Galveston District of the U.S. Army Corps of Engineers 1986-1996* (forthcoming).

  *The World in the Curl: An Unconventional History of Surfing* (Random House, 2013)

  *A History of the Institute for Water Resources, U.S. Army Corps of Engineers* (forthcoming).

**Papers Presented:**

American Society for Ethnohistory Conference, Berkeley: 1988
  "Use of Marine Plants by Native Americans along the Pacific Coast."
West Coast History of Science Society, Monterey: 1988
  "Seaweed for War: California's World War I Kelp Industry."
Social Process Research Institute's Gender Research Group, UCSB: 1989
  "Marie C. Stopes and the Technology of Birth Control."
Second International Congress on the History of Oceanography, Hamburg and Munich: 1989
  "Harvesting the Sea: California's Alginates Industry."
UCSB History of Science Colloquium: 1989
  "The WW II Office of Production Research and Development."
Society for the History of Technology, Sacramento: 1989
  "Marie C. Stopes and the Development of Birth Control Technology."
National Research Council (National Academy of Sciences), Washington, D.C.: 1989
  "Workshop on Ocean Farming/Global Change Issues: "The History of Ocean Farming."
West Coast History of Science Society, Morro Bay: 1990
  "Harvesting the Sea: California's Alginates Industry."
Beckman Center for the History of Chemistry, Philadelphia: 1991
  "Government, Science, and the Mass Production of Penicillin."
West Coast History of Science Society: 1992
  "Government, Science, and the Mass Production of Penicillin."
Fifth International Congress on the History of Oceanography: 1993
  "Ocean Food and Energy from California Mariculture: An Evaluation of the US Marine Biomass
     Project from 1972 to 1986."
UCSB History of Science Colloquium: 1994
  "The Landing Craft Case: The Truman Committee and World War II Technology Policy."
Society for the Social History of Medicine Silver Jubilee Conference, Wellcome Institute for the
    History of Medicine: 1995
  "Medicine and the Military: The Penicillin Story."
Western Society of Naturalists, 76th Annual Meeting, Port Townsend, Washington: 1996
  "An Historical Perspective on the California Kelp Industry and Kelp Ecology."
American Society for Environmental History, Biennial Meeting, Baltimore, Maryland: 1997
  "Getting the Lead Out: Clair C. Patterson and the Fight to Remove Tetraethyl Lead from
     Gasoline."
History of Science Society, San Diego: 1997
  "Between the Devil and the Deep Sea: C. K. Tseng and the Development of Marine Science
    and Technology in Modern China."
XVIth International Seaweed Symposium, Cebu City, Philippines: 1998
  "C.K. Tseng and the Maricultural Revolution in China."
UCSB History of Science Colloquium: 2000
  "Claire C. Patterson and the Removal of Tetraethyl Lead from Gasoline."
Dibner Center, Massachusetts Institute of Technology: 2004
  "Marine Biology, Mariculture, and the Blue Revolution."
Maury IV Workshop: History of Polar Oceanography, Barrow, Alaska: 2004
  "Diving Antarctica: Marine Botany in the Polar Region."
History of Science Society, Austin: 2004
  "World War II War Production at Caltech: The Rocket Program."

---

**Papers Presented: (cont.)**

Huntington Library, Pasadena: 2009
    "Aerospace and Surfing: Connecting two California Keynotes."
Princeton University: 2011 Groovy Science: The Counter-Cultures of Scientific Life, 1955-1975
    "Blowing Foam and Blowing Minds: Better Surfing through Chemistry."
History of Science Society, Boston: 2013
    "Surf's up . . . forever! In Wave Pools."

**Research Experience:**
   Research Assistant to Dr. Lawrence Badash, Professor of History of Science, UCSB: 1985-1988
   Research Assistant to Dr. Lawrence Badash and Dr. Walter Kohn (Nobel Laureate),
   Professor of Physics, UCSB: 1986-1988
   Archivist employed by the Smithsonian Institution's National Air and Space Museum to
    Build a computer database cataloging papers of Dr. George E. Mueller, Director of NASA's
    Office of Manned Space Flight: 1987
   Reader, Huntington Library in San Marino, CA: 1988-
   Postdoctoral Researcher employed by the California Coastal Commission to build a computer
    database on wetlands in the Southern California Bight: 1994-1995
   Partner, Graves and Neushul Historical Consultants, 1994-
   Visiting Researcher, University of California at Santa Barbara, 1994-
   Visiting Researcher, California Institute of Technology, Assistant to Dr. Daniel J. Kevles, 1995-1999
   Visiting Researcher, California Institute of Technology Archives, 1999-2001

**Consulting Experience:**
   Graves and Neushul Historical Consultants, 1994-
   Consultant to PHR Environmental Consultants, Inc., 1997-2000
   Consultant and expert witness on asbestos related industrial and medical history, 2001-

**Awards (received while at):**
   University of California at Santa Barbara
    UCSB Athletic Scholarship, 1979-1983
    Offerman Scholarship, 1983
    Grant from the University of California's University-wide Energy Research Group, 1984-1985
    UCSB Graduate Division Humanities Research Grant, 1987-1988
    Huntington Library Fletcher Jones Fellow, 1989-1990
    UCSB Graduate Division Humanities Research Grant (declined), 1989-1990
    University of California's Institute on Global Conflict and Cooperation (IGCC) Dissertation
      Fellowship, 1989-1991
    Harry S. Truman Library Institute Grant, 1990-1991
    Franklin and Eleanor Roosevelt Institute Grant, 1990-1991
    Beckman Center for the History of Chemistry Travel Grant, 1991
    Postdoctoral Grant from the University of California's University-wide Energy Research Group, 1992-1993
    Postdoctoral Grant from the University of California's Pacific Rim Research Program, 1993-1995
    Postdoctoral Grant from the California Coastal Commission, 1994-1995
    UCSB Honors Teaching Grant, 1993
    Book Contract, U.S. Army Corps of Engineers, Southwestern Division, 1994-1997
    Research Grant, Wellcome Institute for the History of Medicine, 1995

---

**Awards, cont.**

   Book Contract, U.S. Army Corps of Engineers, Los Angeles District, 1997-2000
   Book Contract, U.S. Army Corps of Engineers, Tulsa District, 1997-
   Book Contract, U.S. Army Corps of Engineers, Galveston District, 1999
   Interview Contract, U.S. Army Corps of Engineers, Southwestern Division, 2002
   Postdoctoral Grant from the History Associates, Department of History, UCSB, 2002
   Postdoctoral Grant, National Endowment for the Humanities, Department of History, UCSB, 2003-
   Derek Price/Rod Webster Prize, History of Science Society, 2003
   Book Contract, U.S. Army Corps of Engineers, Headquarters, 2005-2012
   Book Contract, Random House, 2010-2013
   Book Contract, U.S. Army Corps of Engineers, Institute for Water Resources, 2012-

**Activities:**
  Selected as an NCAA All-American in water polo, 1981-1982
  Member of US National Water Polo Team, 1983-1984
  Executive Assistant to the Director of the Summer Seminar on Global Security and Arms Control,
   University of California's Institute on Global Conflict and Cooperation (IGCC), 1985-1986
  Fellow at the 1988 IGCC Summer Seminar on Global Security and Arms Control, 1988
  Head Coach, UCSB Women's Water Polo Team, 1991-1992
  President, Santa Barbara Water Polo Foundation, 2003-2004
  Vice President, South Coast Community Aquatics Center, 2009-

**Member:**
  American Historical Association
  Society for the History of Technology
  History of Science Society
  Phi Alpha Theta