# EXHIBIT 28

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF CHRISTOPHER TALOA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Date**: February 21, 2017<br>**Time**: 10:00 a.m. |

|   |   |
|---|---|
| Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | **Judge**: Honorable S. James Otero<br>**Ctrm**.: 10C<br>1st Street Courthouse<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

I, Christopher Taloa, declare as follows:

1. I currently live with my wife and two children in North Hollywood, California. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I was born on the Island of Oahu, Hawaii. I grew up in the town of Haleiwa on the North Shore, known globally as one of the most famous places surf spots in the world to ride big waves. The North Shore comes alive in the winter as surfers arrive from all over the world to test their abilities. I am 43 years old, and a lifelong surfer and bodyboarder and have surfed all over the world.

3. My love of the ocean, the perfect waves of Hawaii and growing up with some of the best surfers in the world helped me become the 1986

1  US Amateur Body Boarding Champion; in 1991 I started bodyboarding
2  professionally.  I have been sponsored by prominent bodyboarding brands
3  such as Morey and Quiksilver.  I retired from professional bodyboarding in
4  2010.  While in Hawaii, I began a modeling career which eventually led to
5  acting.  I have acted in several movies, including the 2002 surfing movie
6  Blue Crush which grossed more than 50 million dollars.

7      4.    When I was around 23 years old, I moved into an apartment with
8  Gerald D'Sena, who was originally from Palos Verdes.  Our apartment was
9  on the mountain side of the Kamehameha Highway, across from a surf
10 break called Rocky Point.  We were roommates for about two years. D'Sena
11 was like an older brother to me, and everyone in town like him.  We talked
12 about a lot of things, but I specifically remember when he first told me about
13 Lunada Bay.  It came up in a discussion that we were having about localism
14 at a surf spot in Hawaii called V-Land.  Despite the fact that D'Sena could
15 surf wherever he wanted because he was respectful and knew the lineup
16 game, he was intimated. He was seeking my advice. I explained it with an
17 analogy: saying "when you see a Pitbull behind a fence acting like it wants to
18 attack you, simply walk around the fence; one day the Pitbull will get used to
19 your presence and stop barking." I told him that the locals in V-Land are the
20 same as the Pitbull.  D'Sena said that he came from a place where localism
21 was extremely bad.  His face clinched with anger when he spoke about it.
22 D'Sena told me that it was the most intimidating surfing place he had ever
23 been to or seen, but he would not tell me the spot's name.  Later, I learned
24 that he was talking about Lunada Bay.  D'Sena told me that Lunada Bay
25 needed to be open to other surfers.

26     5.    For several years, I traveled back and forth between Hawaii and
27 Los Angeles.  I moved to Los Angeles permanently after filming *Blue Crush*
28 because the director said it would be good for my acting career.

6. In 2001, I was living on Avenue B in the city of Redondo Beach, California. I regularly surfed beaches in the South Bay, including El Porto in Manhattan Beach, the Avenues in Torrance, and Burnout in Torrance. I also traveled to spots like Malibu and Rincon. I started looking for a world-class right point break nearby to surf. A friend told me about Lunada Bay, but said that it was off-limits because of the locals and the localism problem. I called my old roommate D'Sena, who warned me not to go there. I had a lot of respect for him so I decided to forget about it.

7. I attempted to surf a spot just north of Lunada Bay known as Turbos. When I reached the bottom of the trail, I began to put my things down when one of the locals looked at me and said, "You can't put your stuff there. That's my spot." I walked a few feet away to set my things down in a different place, and the same local told me "You can't use that spot either," because apparently, it was reserved for someone else. There were places all over the beach and it was obvious was what going on. At this point, I turned around and left. I was later informed that Turbos is surfed by many Lunada Bay locals.

8. On another occasion, I went to surf at a spot in Palos Verdes called Indicator. While there, my car was vandalized with surf wax.

9. In the winter of 2002, I was watching television when I saw a news report about a surfer named Tim Banas and his son who were attacked at Indicator by a group of local surfers known as the "Dirty Underwear Gang." It was reported that large rocks were thrown and that they were seriously injured. I was appalled that such an incident could happen. I was beginning to form a deep resentment towards the people doing these unjust acts and a police force that seemed to look the other way.

///

10. Around 2006, my friends Keola Sakima and Theodore Encarnado, who are also from Hawaii, attempted to surf Lunada Bay. They told me that after they parked on Paseo Del Mar and walked to the bottom of the trail on the North end of the bay, they were approached by about 6 locals who they believed were Bay Boys. The men came from the Rock Fort and started yelling the following types of things at them "You don't belong here!", ,"Something bad will happen if you don't leave now!" My friends decided to leave, but the men followed them up the cliff and continued to harass them. My friends told me that the men were filming them- something that I have seen them do as a form of harassment. On top of the cliff, the men formed a circle around my friends while they continued to threaten and taunt them. Fearing for his safety, my friend Keola punched one of the men to escape. Together, they then broke away from the circle the men had formed and ran to their car to leave.

11. Around December 2012/13, several Bay Boys came to surf on the North Shore in Hawaii, including one of the individuals who harassed Keola Sakima at Lunada Bay previously. The Bay Boys were noticed because they were hanging out with a famous professional surfer from Palos Verdes Estates named Alex Gray. I received a call from a friend of mine who recognized spotted Gray. My friend said one of the Bay Boys with him was acting like a real idiot. a. Knowing that my friend Keola was at the house across the street from where Alex and the Bay Boys were, I was concerned that there would be trouble. I called Keola and told him about a party a few streets away from the beach. I did this to get him out of the area to avoid a conflict.

12. At this point, I was tired of the hypocrisy of the Lunada Bay Boys coming to Hawaii to surf but not allowing any non-locals to surf their break. I called Jim Russi, a Lunada Bay local who moved to Hawaii many years ago

to work as a surf photographer. Russi told me not to surf Lunada Bay, and that he was trying to forget bad memories from his past associations with the place. I also reached out to my old roommate, Gerald D'Sena who eventually agreed to put me in contact with a friend of his named Ron Bornstein, "Borno," a Lunada Bay local who had moved out of the area but still knew the local surfers. Borno explained some basic rules about surfing Lunada Bay, including: 1) do not bring a body board; 2) do not look anyone in the eye; 3) do not change in your wetsuit at the top of the bluff; 4) come alone; and 4) don't drop in on anyone. Borno told me about the ways the Bay Boys used to mistreat him, like harassing and embarrassing him in front of his girlfriend. Eventually, Borno agreed to introduce me to Michael S. Papayans, who he told me is one of the main locals at Lunada Bay.

13. Borno took me to Michael's home. Michael's wife was there with a young child. I instantly felt a bad vibe when I entered the house. I told Borno and Michael about the harassment of my friends at Lunada Bay. I explained that I did not want to bring anyone with me; I just wanted to surf Lunada Bay peacefully. The meeting did not last long and nothing was said about me surfing there. On the way home, Borno showed me where to park my car.

14. The next day, Borno called me. His voice sounded completely panicked, and I remember thinking it odd that a grown man in his 50's should sound so frightened. Borno told me that I could not surf Lunada Bay, and that he was receiving being threats for bringing me to Michaels house. Borno told me that if I returned to Lunada Bay, both of us would be harmed. I was embarrassed by the scared tone of Borno's voice.

15. This was the final straw for me. The locals at Lunada has terrorized people for years. They assaulted two of my close friends. They had the nerve to come to the North shore, Torrance Beach, Malibu and

anywhere they wanted. And now, they threatened a 50 year old man to the point where he was trembling when he spoke to me. I decided to use a social media campaign to end localism at Lunada Bay. Previously, a group of friends and I had started DK (Drop Knee) Wars, an informal bodyboarding event where people would show up at a break and compete for money. I promoted these events on the internet and social media platforms. I posted on my Facebook page about an upcoming event at Lunada Bay. D'Sena left me a message begging me not to have the event, and I began receiving threats. The Bay Boys blamed Borno for what I did and he both received death threats.

16. My friends and I began researching Lunada Bay localism and police involvement. I had heard that some Bay Boys had connections in the police department, and that some police officers were racist. On December 30, 2013, the DK Wars Facebook page posted about an upcoming DK Wars event at Lunada Bay, and promised to follow up with organization details.

17. On January 20, 2014 – Martin Luther King, Jr. Day – I helped organize a group of surfers for a peaceful paddle out at Lunada Bay and publicized the event through Facebook. When I paddled out, locals kicked me underwater. One of the locals paddled out painted in "Blackface" makeup and wearing an afro wig and told me, "You don't pay enough taxes to be here." A friend filmed the event from the cliffs, and I waved my arms in the water so that he would notice when the locals were harassing myself and others. One of the defendants, Alan Johnston aka Jalian Johnston, told me, "I will take many a beating for this place," and kicked me when a wave came afterwards.

18. After the January 20, 2014 paddle out, I tried to surf Lunada Bay again; this time with Jared Brown. I arranged to have Matt Kitchen and his brother stay on the cliffs to watch our cars. Jared and I went down the trail,

where we could see about four or five guys out in the water. When we got in the water, a blond woman began harassing us, trying to burn us on waves so we would end up hitting the rocks in the water. Some of the surfers were calling me names and one guy asked me, "Who are the black guys on the cliff?" When I responded that I did not know, the person looked baffled. Locals were surfing on the same waves as me in what I believed was an attempt to collide with me. One of the locals told me, "That's assault. I'm going to have you arrested and have you fucked in the ass by a black or Mexican in the holding cell. You will get AIDS. We own the cops." I left immediately. The locals claimed to own the police and judges. Regarding the latter, I believe the fact that Alex Gray's father is a retired judge is used by some of the Bay Boys as a threat that they have some kind of influence in the judicial system.

19. While my last trip to Lunada Bay was not pleasant, I was determined not to let a bunch of bullies keep me from a public beach. So my friend Jared Brown and I decided to visit Lunada Bay to look at the surf. There were a few locals were standing on the bluff. A large black lifted truck pulled up and parked, and defendant Michael Rae Papayans got out of the driver's seat. Papayans marched across a muddy filed and stood directly in front of me, inches from my face in what I believed was an attempt to intimidate me and impede my access and movement down the trail. After what seemed like several minutes of him trying to provoke me into an altercation, I called the police.

20. In January 2016, I again attempted to surf Lunada Bay, this time with Cory Spencer. We hired a friend to watch our cars, and arrived at the cliffs at around 7:00 A.M. The locals immediately surrounded us on the cliff, yelling "Beat it, kook." We had notified the police prior to arriving,. We walked down the trail and got in the water. There were about four or five

locals in the water, including Brant Blakeman. It became obvious that Blakeman was not there to surf and wanted to make sure that we did not have a good time surfing. He began shadowing Cory's moves in the water, and sitting uncomfortably close to him. At one point, Blakeman paddled over to me, and I told him that he was too close. Blakeman told me, "This is the ocean. We are surfing. I can be wherever." I kept moving, but Blakeman was not in good enough shape to keep up with me. After we finished surfing and I was about to get into my car to leave, I saw Sang Lee working at a house across the street. Sang told me that he and I should have a talk, and told me, "This is how it is up here. This is our culture."

21. On or about December 5, 2016, I received a letter from John Hougan, who identified himself as an investigator for one of the defendants. I was extremely offended by the letter because it seemed like an obvious threat by stating: "your decision not to only speak to the plaintiff may impact your credibility at trial." A copy of the letter is attached to this declaration as **Exhibit "1"**.

22. I believe that the Bay Boys will continue to harass, assault, and terrorize all non-locals who attempt to surf there if there continues to be no consequences. I want all surfers to be able to safely surf at Lunada Bay and have access to the beach as a public resource without fear of harassment or intimidation. I believe that as a public beach, all should be able to enjoy it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of December, 2016, at North Hollywood, California.

*Christopher Taloa* 11/28/2016
CHRISTOPHER TALOA

Case 2:16-cv-02129-SJO-RAO   Document 309-20   Filed 02/29/17   Page 11 of 12   Page ID #:8990

# Exhibit 1



**Resolute Investigations**

December 5, 2016

Christopher Bachmann Taloa
10767 Valley Spring Lane
N. Hollywood, CA 91602

Dear Mr. Taloa,

You have been identified by the law firm *Hanson Bridgett LLP* as a witness for the plaintiffs in a civil lawsuit against the 'Lunada Bay Boys' and others. I am a Private Investigator working for the defense in this case and would like to meet with you for an interview. While you are not under any obligation to speak to me, your decision to only speak to the plaintiffs may impact your credibility at trial.

Please contact me by phone or email (below), so we can arrange a date for your interview.

Sincerely,

John Hougan, Investigator
(949)422-8344

28241 Crown Valley PKWY, Suite F #167
Laguna Niguel, CA 92677
E-Mail: Resolute-investigations@cox.net
Phone: (949)422-8344