# EXHIBIT 34

**Exhibit 34:** My co-counsel in this matter, Victor Otten, is lodging a true and correct copy select video excerpts from the documentary The Swell Life (2001), Darren McInerney, Director, which documents surfing localism. A true and correct copy of this video, bates PLTF002249 is lodged with the Court pursuant to Local Rule 11-5-1. *See* Notice of Lodging filed herewith.