HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
CAROLINE LEE, SBN 293297
clee@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF GEOFF HAGINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF** |

-1-  2:16-cv-02129-SJO (RAOx)

12966332.1

DECLARATION OF GEOFF HAGINS IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF
POLICE JEFF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
SUMMARY ADJUDICATION

| | |
|---|---|
| California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | **KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Judge: Hon. S. James Otero<br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

I, John Geoffrey Hagins, declare as follows:

1. I am a 61-year-old, recently retired correctional officer, living in Missouri. I grew up in the Hollywood Riviera neighborhood of Torrance, California. I am a longtime surfer, and surfed regularly in the South Bay until I moved away in 1997. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On December 29, 2016, I signed a declaration supporting Plaintiffs' Motion for Class Certification in the matter.

3. This new declaration is to authenticate video footage of an incident where my nephew and I were assaulted by a Bay Boy back in 1995. While it has been just more than 22 years, I remember this day well. And, unfortunately, little has changed in the way the Bay Boys operate. And little has changed in how the City of Palos Verdes Estates treats outsiders – meaning outsiders are not welcomed in the City, being deterred by both the Bay Boys and the City itself.

4. On March 13, 1995, a news crew accompanied myself and six other individuals to Lunada Bay and filmed the events that transpired. When we arrived, one of the people that I was with, Mike Bernard, recognized a Bay Boy who was on the bluff named Kelly Logan, who said we got a "pass" that day because they knew each other.

5. As we were coming back up the trail, Bay Boy Peter McCollum approached me, screaming, "Don't surf on the hill." He was pounding his fists very close to my face as he told me, "This is what will happen to you if I see you again." He continued to yell numerous things, including, "Come back and you will be killed." He then assaulted me, all of which was caught on camera. He also threatened by nephew Hagan Kelly.

6. I have watched the documentary The Swell Life, and it appears that the director obtained some of the footage from March 13, 1995. When I compare it to the footage from Channel 13 it appears identical; also the Channel 13 logo appears in sections of the video. This documentary accurately depicts Peter McCollum threatening my nephew and Mike Bernard, where McCollum screams: "He won't surf here again, though, got it? Got it? You got that, son? You got it? Hey, hey, I'm touching nobody. Nothing. But you won't surf here again, boy. You won't surf here again.

1 Fuck that, fuck you guys! I've been here too long to take this shit." (5:14
2 seconds to 5:31).

3     7.    Later in the documentary the Swell Life, there is more film
4 footage from the same day, where McCollum screams: "How many guys are
5 at Malibu right now, huh? How many fucking guys are at Malibu, huh? (I
6 don't know.) Did you ever notice we've done a good thing here, haven't we?
7 It's pretty nice and pretty, huh? (It's beautiful.) It's beautiful! And so when
8 you exploit it, we'll thank you." (15:05 to 15:19). This, too, is an accurate
9 depiction of Peter McCollum on the day he threatened my nephew and me.

10     8.    We did nothing to provoke Peter McCollum or any other resident,
11 other than we were not from Palos Verdes Estates, and we showed up at a
12 public beach from out of town.

13     I declare under penalty of perjury under the laws of the United States
14 of America that the foregoing is true and correct.

15     Executed on this _30th_ day of July, 2017, at _INDEPENDENCE_
16 Missouri.

*/s/ John Geoffrey Hagins*
JOHN GEOFFREY HAGINS

-4-    2:16-cv-02129-SJO (RAOx)
DECLARATION OF GEOFF HAGINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION