HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF JOHN OLINGER**<br><br>Judge: Hon. S. James Otero<br>Date: August 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C |

13661981.1

Case No. 2:16-cv-02129-SJO (RAOx)
DECLARATION OF JOHN OLINGER

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Complaint Filed: March 29, 2016
Trial Date: November 7, 2017

I, John Olinger, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently as to its contents.

2. I was raised in Ranch Palos Verdes and started surfing around the 5th grade. I learned to surf primarily at the beaches in Torrance, California. Being from Rancho Palos Verdes, I knew about different beaches and surfing locations on the Palos Verdes Peninsula and how good they were. Lunada Bay, located in the nearby City of Palos Verdes Estates, was said to be a great big wave spot, and I wanted to surf there but given its reputation of localism in the City, along with the City's reputation and support for keeping its prized beaches available for locals only, I stayed away. On occasion, my friends and I would surf using a longboard in Bluff Cove in Palos Verdes Estates. Notably, Bluff Cove is more of a beginners' beach in terms of surfing, generally has smaller surf, and is the rare beach in Palos Verdes

Estates where it is not typically hostile for an outsider to visit.

3. I graduated from Rolling Hills High School in 1990 and received a BS in Mechanical Engineering from Santa Clara University four years later.

4. In 1996, I moved to San Diego for work but would return to Rancho Palos Verdes several times per year, usually on holidays, to visit my parents. Having wanted to surf Lunada Bay for many years, I would occasionally drive and look at the waves.

5. Two or three years ago, I came home to visit my family. It was in the beginning of the winter surfing season, and I decided to go surfing. I got into my car and started looking for the best spot to surf that day. There were not many waves, so I checked several different surfing locations. During my surf check, Lunada Bay had the best waves that day. Because there were only two guys in the water, I decided to paddle out.

6. Having grown up on the Palos Verdes Peninsula in a city close to Palos Verdes Estates, I knew about two claimed "local rules" when surfing the area: (a) come alone; and (b) don't walk down the trail in your wetsuit. I went by myself. And, I walked down the trail to the beach at Lunada Bay in my clothes and shoes, with my wetsuit and towel draped over my surfboard. When I got to the bottom of the trail, I started walking towards the point. I was approached by a man that appeared to be in his late 40s. This man was aggressive, and immediately got in my face and started telling me that I could not surf there and to "just go somewhere else." He also said, "Well you are not going to catch any waves. I'm going to make sure of that." There was a another man on the patio, who was wearing a hat, who was affirming and otherwise backing up the intimidation directed at me, although he looked to be getting ready to leave. I did my best to ignore the aggressive man, changed into my wetsuit, and paddled out to the surf Lunada Bay.

7. There was one other surfer in the water when I paddled out at Lunada Bay. While the waves were barely shoulder high, it was better at Lunada Bay than

the other areas I'd driven by. The aggressive man that was harassing me on shore put his wetsuit back on, and paddled out to continue to yell and intimidate me. He did not even attempt to catch a wave, and just paddle around following me and blocking me as I tried to surf. Finally, as the sun was setting, the aggressive man paddled to shore while I was still in the water.

8. When I returned to shore, my shoes were stolen and belongings (towel and dry clothes) drenched in sea water. In the dark, I had to walk wet across the rocks and up the steep cliff barefoot; my feet were cut and sore by the time I made it to the top of the trail. Because it was dark, I never saw who threw my stuff in the water. And because the police have a longstanding reputation of being "friendly" with and supporting the local surfers, and being indifferent to complaints by outsiders regarding access to Lunada Bay and the related deterrent efforts by the locals, I did not report what happened to me.

9. I learned of this action through the media and contacted the attorneys representing Plaintiff Coastal Protection Rangers in this matter. I was provided photographs, and a link to the Guardian video, and immediately recognized the aggressive man that had hassled me on that day. His name is Sang Lee.

10. I attempted to follow the rules that day when Mr. Lee harassed me. I arrived alone, was willing to wait longer for waves, let the locals have the best ones and was respectful. Yet, the Lunada Bay Boys think that they own the public beach and use intimidation and the excuse of "making it safe" to justify their behavior and exclusivity. I was never given the chance to surf Lunada Bay which is why I believe this lawsuit it necessary.

11. I want the City of Palos Verdes Estates to take measures to stop localism at Lunada Bay and other surf spots in Palos Verdes Estates. I would like to be able to surf at Lunada Bay without the fear of being harassed by the locals. I should not be required to "take a cell phone" with me to the beach, nor should I be required travel in a group or notify the police in advance when I want to visit

Lunada Bay or other City beaches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _CARLSBAD_, California on July 28, 2017.

_____
JOHN OLINGER