# EXHIBIT 1

# Coastal Conservancy Statewide Survey

## – Report on Results –

April 24, 2017



**Opinion Research on Public Policy**

Probolsky Research
20 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

# Coastal Conservancy – Statewide Survey

## Report on results

From Thursday, March 23 to Wednesday, March 29, 2017, Probolsky Research conducted a telephone survey of California residents.

A total of 1200 residents were surveyed. A survey of this size yields a margin of error of +/- 3.2% with a confidence level of 95%. Interviews were conducted with residents on both landline and mobile phones (30%) and were offered in English and Spanish languages.

Probolsky Research specializes in in opinion research on behalf of business, government, non-profit and special interest clients.



**Probolsky Research**
23 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco  (415) 870-8150
Newport Beach  (949) 855-6400
Washington DC  (202) 559-0270

2

# Sizes of Demographic/Geographic

## Categories SnapShot

### Gender



- Male 48.0%
- Female 52.0%

### Age



- 18-34 27.8%
- 35-54 32.0%
- 55-64 17.5%
- 65+ 22.8%

### Household Income

- Under $25K 15.6%
- $25K-$50K 19.3%
- $51K-$75K 14.3%
- $76K-$100K 13.1%
- $101K-$200K 13.6%
- Over $200K 5.5%
- Refused 18.7%

### Geographic: County Groupings



- Los Angeles County 27.0%
- Other Southern California 31.2%
- Central Valley 16.6%
- San Francisco Bay Area 20.4%
- Other Northern California 4.8%

### Geographic: Coastal Region



- North Coast 3.0%
- Bay Area 16.5%
- Central Coast 5.8%
- South Coast 45.5%

### Geographic: Distance from Coast



- Coastal 5 11.3%
- Coastal 10 7.8%
- Inland 83.0%



**Probolsky Research**
20 2nd Street, 3rd Floor 19172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

3





Probolsky Research

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 558-0270



## Coastal Conservancy
## Statewide Survey



Probolsky Research

San Francisco        (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

6

# Top Issues

Open-ended question



**Probolsky Research**
29 2nd Street Suite 212
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

# Public Safety is the Most Important Issue

## Among California residents

Question:   What is the most important issue facing your community today?

| Issue | Percentage |
|-------|-----------|
| Public safety | 22.4% |
| Jobs and the economy | 11.1% |
| Poverty | 9.8% |
| Transportation | 8.4% |
| Healthcare | 8.1% |
| Government | 8.0% |
| Education/schools/higher education | 6.8% |
| Affordable housing | 5.9% |
| Environmental issues | 5.5% |
| Water/drought | 2.8% |
| Moral issues | 2.2% |
| Overpopulation/controlling growth/development | 1.5% |
| None/nothing | 4.0% |
| Other | 2.3% |
| Don't know/refused | 17.8% |



**Probolsky Research**
23 and Street 3rd Floor 92172
San Francisco CA 94105

San Francisco    (415) 870-6150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

7

8

# Overall Coastal Experience

**Probolsky Research**
29 2nd Street #172
San Francisco CA 94105

San Francisco       (415) 870-8150
Newport Beach       (949) 855-6400
Washington DC       (202) 559-0270



# 79.2% of Respondents Say that California

Beaches are clean and safe places to visit

Statement:   California beaches are clean and safe places to visit.



79.2%

13.8%

7.0%

Agree

Disagree

Unsure/Refused

**Probolsky Research**
23 2nd Street Ste 001 Ste 48-73
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC    (202) 559-0270

9



# 89.3% of Respondents Agree that the

California coast, including beaches and the ocean, are personally important to them.

Statement:   The California coast, including beaches and the ocean are personally important to me.

89.3%

9.2%

1.5%

Agree

Disagree

Unsure/Refused

10

Probolsky Research
25 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

PROBOLSKY RESEARCH

# 75.6% Agree that Even When They are Not

Visiting the California coast, they feel a strong connection to it

Statement:   Even when I am not visiting the California coast, I feel a strong connection to it.



75.6%

21.6%

2.8%

Agree

Disagree

Unsure/Refused

**Probolsky Research**
23 2nd Street Floor #3172
San Francisco, CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

PROBOLSKY
RESEARCH

11

# Latino/Hispanic and White/Caucasian

Respondents feel a strong connection to the California coast, even when they are not visiting

Statement:   Even when I am not visiting the California coast, I feel a strong connection to it.

Latino/Hispanic — 76.7% Agree / 19.2% Disagree

White/Caucasian — 79.4% Agree / 18.8% Disagree

Black/African American — 63.3% Agree / 36.7% Disagree

Asian — 71.6% Agree / 25.0% Disagree

Other — 67.5% Agree / 28.9% Disagree

■ Agree
■ Disagree



Probolsky Research
26 2nd Street 5th Floor 90172
San Francisco CA 95105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

12

# 94.3% Agree that People of All Backgrounds
## Are welcome at the California coast

Statement:    People of all backgrounds are welcome at the California coast.



Agree — 94.3%

Disagree — 2.7%

Unsure/Refused — 3.0%

**Probolsky Research**
26 2nd Street 2nd Floor #172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

PROBOLSKY
RESEARCH

13

# 81.7% of Respondents Say They are

Familiar with California's beaches and their amenities

Statement:   I am familiar with California's beaches and their amenities.



81.7%

15.2%

3.1%

Agree

Disagree

Unsure/Refused

**Probolsky Research**
23 2nd Street 3rd Floor #1172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

14

# Childhood Memories of the CA Coast



**Probolsky Research**
23 2nd Street 2nd Floor #3172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

# 49.9% of Respondents Say They Have

Fond memories of visiting the CA coast on school field trips when they were kids

Statement:    I have fond memories of visiting the California coast on school field trips when I was a kid.



| | | | |
|---|---|---|---|
| 49.9% | 35.6% | 11.8% | 2.7% |
| Agree | Disagree | Did not live in CA as a child | Unsure/Refused |

Probolsky Research
23 2nd Street Ste. 500 #8172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach     (949) 855-6400
Washington DC     (202) 559-0270

16

# Younger Respondents Agree the Most that

They have fond memories of visiting the CA coast on school field trips when they were kids

Statement:   I have fond memories of visiting the California coast on school field trips when I was a kid.



% Agree
% Disagree

18-34   58.6%   36.6%
35-54   49.0%   37.8%
55-64   51.0%   34.8%
65 and older   39.9%   31.9%



**Probolsky Research**
23 2nd Street 3rd Floor #3172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

17

# Latino/Hispanic and Asian Respondents

Agree almost equally that they have fond memories of visiting the CA coast when they were kids

Statement:   I have fond memories of visiting the California coast on school field trips when I was a kid.





**Probolsky Research**
23 2nd Street Ste #213172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

18

# How Often do California Residents Visit the Coast?



Probolsky Research
20 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270



# Over 70% of Respondents Say They Visited

## The coast within the last year

Question: When was the last time you went to the coast in California?

- Within the last week — 19.6%
- Within the last month — 19.8%
- Within the last year — 30.9%
- Over one year ago — 21.8%
- Don't know/Refused — 7.9%

**Probolsky Research**
23 2nd Street 3rd Floor 10172
San Francisco CA 94105

San Francisco (415) 870-8150
Newport Beach (949) 855-6400
Washington DC (202) 559-0270

20

# 42.9% of Central Coast Respondents

## Report that the last time they've been to the coast was within the last week

Question:    When was the last time you went to the coast in California?



Within the last week
Within the last month
Within the last year
Over one year ago

North Coast
27.8%
30.6%
27.8%
2.8%

Bay Area
12.6%
20.7%
39.9%
19.2%

Central Coast
42.9%
20.0%
21.4%
10.0%

South Coast
27.5%
21.8%
24.7%
17.6%



**Probolsky Research**
20 2nd Street Ste Floor #3772
San Francisco, CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

21



# More Respondents Go to the Coast

"At least once per year" (37.9%) than any other frequency

Question:   How often do you go the to the coast in California?

| Frequency | Percentage |
|---|---|
| Daily | 3.6% |
| Weekly | 9.3% |
| Monthly | 22.2% |
| At least once per year | 37.9% |
| Less than once per year | 17.6% |
| Never been | 7.3% |
| Don't know/Refused | 2.3% |

**Probolsky Research**
23 2nd Street 3rd Floor · 2172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach     (949) 855-6400
Washington DC     (202) 559-0270

PROBOLSKY
RESEARCH

22

23

# Traveling to the CA Coast

**Probolsky Research**
25 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco        (415) 870-8150
Newport Beach     (949) 855-6400
Washington DC      (202) 559-0270



# 62.8% of Respondents Agree that

Transportation to the CA coast is convenient and affordable

Statement:   Transportation to the California coast is convenient and affordable.



**Probolsky Research**
26 21 d Street 3rd Floor #0172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

24

# Respondents of All Income Brackets Agree

That transportation to the CA coast is convenient and affordable

Statement:   Transportation to the California coast is convenient and affordable.

| Income Bracket | Agree | Disagree |
|---|---|---|
| Under $25K | 63.1% | 24.1% |
| $25K-$50K | 67.5% | 25.1% |
| $51K-$75K | 60.5% | 25.6% |
| $76K-$100K | 64.3% | 24.2% |
| $101K-$200K | 66.9% | 23.3% |
| Over $200K | 63.5% | 30.3% |

■ Agree
▨ Disagree



**Probolsky Research**
20 2nd Street 2nd Floor #3170
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

25

26

# Arriving to the CA Coast (Parking)

**Probolsky Research**
23 2nd Street 3rd Floor 92172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270



# 54.3% of Respondents Agree that Parking

is convenient and generally available at the California coast

Statement:    Parking is convenient and generally available at the California coast.



54.3%

37.8%

7.9%

Agree

Disagree

Unsure/Refused

Probolsky Research
23 2nd Street Suite 2 or #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

27

# 62.5% of Respondents Agree that Parking

is affordable at the California coast

Statement:   Parking is affordable at the California coast.



| Agree | Disagree | Unsure/Refused |
|-------|----------|----------------|
| 62.5% | 26.6% | 10.9% |

28

Probolsky Research
23 2nd Street Suite 45172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270



# A Majority Among All Income Brackets

Agree that parking is affordable at the CA coast

Statement:   Parking is affordable at the California coast.

- Under $25K — 52.4% / 31.0%
- $25K–$50K — 61.5% / 29.4%
- $51K–$75K — 66.9% / 30.2%
- $76K–$100K — 63.1% / 28.0%
- $101K–$200K — 70.6% / 21.5%
- Over $200K — 77.3% / 18.2%

☒ Agree
☒ Disagree

29



**Probolsky Research**
23 2nd Street 3rd Floor #372
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

30

# Experience at the Coast



**Probolsky Research**
23 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco (415) 870-8150
Newport Beach (949) 855-6400
Washington DC (202) 559-0270

# 35% of Respondents Cite Walking/Hiking

As their main activity when they visit the coast

Question:   In your own words, please tell me what do you do when you get to the coast in California?

| Activity | Percent |
|---|---|
| Walking/hiking | 35.6% |
| Water activities (i.e. swimming, fishing, kayaking, surfing, boating, rowing, etc.) | 21.0% |
| Relax/sit on the beach | 16.7% |
| Eating/dining/looking for food/go to the restaurants | 16.2% |
| Visit/going to the beach | 15.8% |
| Sightseeing/enjoying the view/scenery/looking around | 15.4% |
| Looking/watching/enjoying the waves/water | 11.5% |
| Visit/spending time with family/friends | 10.2% |
| Playing | 6.2% |
| Biking/driving/skate boarding along the coast | 4.9% |
| Enjoy the sun/sunset | 4.8% |
| Having fun/enjoying | 4.7% |
| Shopping | 4.6% |
| Hanging out | 4.5% |
| Picnic | 4.0% |
| Enjoy the sand/make sand castles | 3.4% |
| Camping | 2.5% |
| Taking pictures | 2.1% |
| Feel the air/catch some fresh air | 2.0% |
| Visiting/going to the port/pier | 1.9% |
| Tidepooling/collecting shells | 1.9% |
| Observing the wildlife/animals | 1.7% |
| Go to the park/circus/carnival/museum | 1.4% |
| Live/work near the coast | 1.3% |
| Observing/watching the people around | 1.3% |
| Go to the boardwalk | 0.9% |
| Doing bonfire | 0.8% |
| For vacation | 0.7% |
| Went to an event (i.e. party, conventions, etc.) | 0.6% |
| Visit places/different destinations | 0.6% |
| Exercise | 0.5% |
| Looking/collecting rocks | 0.5% |
| Cleaning/pick up trash | 0.4% |
| Fly a kite | 0.4% |
| Nothing/don't go to the beach/busy/no time for it/Other/Don't know/Refused | 3.6% |

*ASKED OF THOSE WHO HAVE VISITED THE COAST



**Probolsky Research:**
3990 Westerly Place Suite 185
Newport Beach CA 92660 USA

Newport Beach   (949) 855-6400
San Francisco   (415) 870-8150
Washington DC   (202) 559-0270

31



# 64.6% Do Not Wish There were More

Things to do at the CA coast when they get there

Statement:   I wish there were more things to do at the California coast when I get there.

31.9%

64.6%

3.5%

Agree          Disagree          Unsure/Refused

32

**Probolsky Research**
2 3 2 0 3 Brdal 2nd Floor #3172
San Francisco CA 64105

San Francisco      (415) 870-8150
Newport Beach     (949) 855-6400
Washington DC     (202) 559-0270

PROBOLSKY RESEARCH

# A Majority of Latino/Hispanic Residents

## Wish there were more things to do at the CA coast

Statement:   I wish there were more things to do at the California coast when I get there.

Latino/Hispanic — 54.0% Agree, 42.2% Disagree

White/Caucasian — 18.0%, 79.4%

Black/African American — 41.7%, 56.7%

Asian — 40.5%, 51.7%

Other — 22.8%, 72.8%

☑ Agree
☒ Disagree



**Probolsky Research**
26 2nd Street 3rd Floor #172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

# 47.6% of Respondents with an Income Under

$25K wish there were more things to do at the CA coast when they get there

Statement:   I wish there were more things to do at the California coast when I get there.



- Under $25K — 47.6% / 44.9%
- $25K-$50K — 41.6% / 55.8%
- $51K-$75K — 28.5% / 70.9%
- $76K-$100K — 23.6% / 75.2%
- $101K-$200K — 16.0% / 82.2%
- Over $200K — 19.7% / 80.3%

Agree
Disagree

34



Probolsky Research
22 2nd Street 3rd Floor #5172
San Francisco CA 94105

San Francisco   (415) 870-6150
Newport Beach   (949) 855-3400
Washington DC   (202) 559-0270

35

# Staying Overnight at the Coast



**Probolsky Research**
23 2nd Street 3rd Floor #2172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

# 58.3% Do Not Stay Overnight When They
## Visit the California coast

Question:   Do you ever stay overnight when you visit the California coast?



41.1%

58.3%

0.6%

Yes

No

Unsure/Refused

*ASKED OF ALL EXCEPT THOSE WHO RESPONDED "NEVER BEEN"

36

**Probolsky Research**
85 2nd Street 3rd Floor #1172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC    (202) 559-0270

PROBOLSKY RESEARCH

37



## Coastal Conservancy
## Statewide Survey



**Probolsky Research**
29 2nd Street 3rd Floor '13172
San Francisco CA 94105

San Francisco        (415) 870-8150
Newport Beach        (949) 855-6400
Washington DC        (202) 558-0270



# Californians 65 and older are the only
## Age group (majority) that stays overnight when visiting the CA coast

Question:   Do you ever stay overnight when you visit the California coast?

18-34    28.6%    70.4%
35-54    42.5%    57.5%
55-64    44.8%    54.6%
65 and older    52.1%    46.6%

≋ Yes
≋ No

"ASKED OF ALL EXCEPT THOSE WHO RESPONDED "NEVER BEEN""

**Probolsky Research**
20 2nd Street 3rd Floor 92172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

38

# A Majority of White/Caucasian Residents
## Say they stay overnight when they visit the California coast

Question:   Do you ever stay overnight when you visit the California coast?



Latino/Hispanic   26.5%   73.5%

White/Caucasian   51.2%   48.2%

Black/African American   33.3%   64.8%

Asian   29.5%   69.5%

Other   43.9%   54.2%

Yes
No

*ASKED OF ALL EXCEPT THOSE WHO RESPONDED "NEVER BEEN"

Probolsky Research
23 2nd Street 3rd Floor 91172
San Francisco CA 94105

San Francisco      (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

39

# 74.8% of Those with a Household Income

Under $25K do not stay overnight at the CA coast

Question:   Do you ever stay overnight when you visit the California coast?



| Income | Yes | No |
|---|---|---|
| Under $25K | 25.2% | 74.8% |
| $25K-$50K | 36.7% | 63.3% |
| $51K-$75K | 40.6% | 58.6% |
| $76K-$100K | 45.2% | 52.9% |
| $101K-$200K | 48.4% | 51.6% |
| Over $200K | 66.7% | 33.3% |

☐ Yes
☐ No

40



**Probolsky Research**
23 2/d Street 3'd Floor #272
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC    (202) 559-0270

# 25% of Respondents Note Financial

## Reasons as a barrier to staying overnight at the CA coast

Question: In your own words, please tell me what are the barriers to staying overnight at the California coast.

| Barrier | Percent |
|---|---|
| Financial reasons | 25.0% |
| Live near at the coast/have family/friends live nearby | 13.9% |
| No time/busy at work/busy in school | 11.0% |
| Not interested/don't want to stay overnight | 8.8% |
| Accommodation issues/no place to stay | 4.2% |
| Inconvenient location/far from the coast | 3.0% |
| Health conditions | 2.8% |
| Camping not allowed on the beach | 2.4% |
| Not safe/dangerous | 2.1% |
| Weather issues | 1.8% |
| Haven't been there | 1.8% |
| Too crowded/not enough camp grounds/space to camp | 1.7% |
| Have obligations at home/family issues/taking care with the kids/loved one | 1.6% |
| Transportation issues | 1.5% |
| Prefer to stay at home | 1.3% |
| Difficult to get reservations/hassle for booking | 1.2% |
| Don't have equipment for camping | 0.7% |
| Traffic issues | 0.4% |
| Parking issues | 0.4% |
| There is not much to do there | 0.3% |
| Beach facilities issues | 0.3% |
| None/no barriers/always go there | 15.3% |
| Other | 3.3% |
| Don't know/Refused | 9.3% |

*ASKED OF ALL EXCEPT THOSE WHO RESPONDED "NEVER BEEN"



**Probolsky Research**
23 21st Suset 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

# Hotel Accommodations are Most Common

## Among respondents when they visit the California coast

Question:   What kind of accommodations do you stay at when you visit the California coast?

| Accommodation | Percentage |
|---|---|
| Hotel | 40.7% |
| Camp ground such as sleeping in a tent, sleeping bag or RV | 18.6% |
| With friends and family | 12.5% |
| Motel | 11.4% |
| Your own vacation home or time share | 7.0% |
| Short-term rental (AirBnb, VRBO, HomeAway) | 5.0% |
| Indoor camping such as staying in a cabin, cottage or bunkhouse | 3.1% |
| Somewhere else | 1.1% |
| Don't know/Refused | 2.4% |

*ASKED ONLY OF THOSE WHO RESPOND "YES" TO STAYING OVERNIGHT AT THE COAST*



**Probolsky Research**
28 2nd Street 3rd Floor 10172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

42

# 59.5% of Respondents Would Not Stay in
## College dorms, or other similar accommodations, near the coast

Question:   If there was an option to stay in college dorms near the coast, or other similar accommodations with shared bathrooms, for a modest per night price, would you ever choose to stay there?



37.8%

Yes

59.5%

No

2.7%

Unsure/Refused

43

**Probolsky Research**
23 2nd Street 3rd Floor 08472
San Francisco CA 94105

San Francisco        (415) 870-8150
Newport Beach      (949) 855-6400
Washington DC     (202) 559-0270



# Respondents 18-34 Show More Inclination
## In choosing to stay in college dorms near the coast, or other similar options

Question:   If there was an option to stay in college dorms near the coast, or other similar accommodations with shared bathrooms, for a modest per night price, would you ever choose to stay there?

18-34: 48.0%, 49.5%

35-54: 38.5%, 59.1%

55-64: 31.9%, 64.8%

65 and older: 28.6%, 68.1%

▨ Yes
▥ No

**Probolsky Research**
28 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270

PROBOLSKY
RESEARCH

44

# A Majority of Respondents Across All Income

## Brackets would not choose to stay in college dorms/similar accommodations near the coast

Question:   If there was an option to stay in college dorms near the coast, or other similar accommodations with shared bathrooms, for a modest per night price, would you ever choose to stay there?



| | Yes | No |
|---|---|---|
| Under $25K | 47.1% | 49.7% |
| $25K-$50K | 42.4% | 55.8% |
| $51K-$75K | 40.1% | 58.7% |
| $76K-$100K | 43.3% | 56.7% |
| $101K-$200K | 28.8% | 69.3% |
| Over $200K | 33.3% | 63.6% |

45



PROBOLSKY
RESEARCH

**Probolsky Research**
28 2nd Street 3rd Floor #5172
San Francisco CA 94105

San Francisco      (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

46

# Overnight Accommodations



**Probolsky Research**
23 2nd Street 2nd Floor 12-72
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

# 45.3% of Respondents Disagree that

Finding overnight accommodations at the CA coast is convenient and affordable

Statement:    Finding overnight accommodations at the California coast is convenient and affordable.



**Probolsky Research**
28 2nd Street 3rd Floor 19-72
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

47

# Latino/Hispanic Residents Agree the

Most that finding overnight accommodations at the CA coast is convenient, affordable

Statement:   Finding overnight accommodations at the California coast is convenient and affordable.



Latino/Hispanic — 44.8% / 38.1%
White/Caucasian — 34.9% / 48.9%
Black/African American — 35.0% / 51.7%
Asian — 34.5% / 44.0%
Other — 29.8% / 50.0%

Agree
Disagree



Probolsky Research
23 2nd Street 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

48

# A Majority of Respondents Across All Income

Brackets disagree that finding overnight accommodations at the CA coast is convenient and affordable

Statement:   Finding overnight accommodations at the California coast is convenient and affordable.



| Income | Agree | Disagree |
|---|---|---|
| Under $25K | 36.4% | 41.2% |
| $25K-$50K | 41.1% | 44.6% |
| $51K-$75K | 33.4% | 47.7% |
| $76K-$100K | 37.6% | 52.9% |
| $101K-$200K | 35.6% | 49.7% |
| Over $200K | 43.9% | 47.0% |

49



PROBOLSKY
RESEARCH

**Probolsky Research**
23 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco      (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC     (202) 559-0270

# Desire to Visit the Coast More Often

50

**Probolsky Research**
20 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270



# 68.9% Say They Wish They Could Visit the

California coast more often

Question:    Do you wish you could visit the coast in California more often?



68.9%

29.7%

1.4%

Yes

No

Unsure/Refused

"ASKED OF ALL EXCEPT THOSE WHO RESPONDED "DAILY""

**Probolsky Research**
25 3rd Street, Ste F 701-15772
San Francisco CA 94105

San Francisco       (415) 870-8150
Newport Beach     (949) 855-6400
Washington DC      (202) 559-0270

51

# 71.1% of Respondents from Inland Area

## Wish they could visit the coast in California more often

Question:   Do you wish you could visit the coast in California more often?



*ASKED OF ALL EXCEPT THOSE WHO RESPONDED "DAILY"



**Probolsky Research**
29 2nd Street 3rd Floor #0172
San Francisco CA 94105

San Francisco     (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC     (202) 559-0270

52

# 60.2% Say They Have No Time or are

Too busy with work or school to visit the coast more often

**Question:** In your own words, please tell me what are the barriers to your visiting the coast more often.

| | |
|---|---|
| No time/too busy | 33.9% |
| Working/busy at work | 23.0% |
| Distance/too far/hard to get there | 20.3% |
| Road condition/too much traffic/congested | 13.3% |
| Transportation issues | 11.7% |
| Financial reasons | 10.0% |
| Family issues/taking care with the kids/loved one | 5.6% |
| Parking lot is expensive/too hard to park | 5.3% |
| Health problems | 4.4% |
| Age/too old | 3.9% |
| Busy in school | 3.3% |
| Weather condition | 2.8% |
| Overpopulated/too crowded | 2.1% |
| Prefer to go to somewhere else/have other priorities/plans | 1.9% |
| The water/beach is undesirable/not clean | 1.6% |
| Don't like to go there/not interested | 1.3% |
| Companion/social contact/need someone to go with | 1.3% |
| It is not safe/dangerous | 0.8% |
| None/no barriers/always go there | 2.4% |
| Other | 1.0% |
| Don't know/Refused | 2.6% |

**Too Busy**

| Work/School/General: |
|---|
| 60.2% |



**Probolsky Research**
29 2nd Street 3rd Floor #372
San Francisco CA 94105

San Francisco       (415) 870-8150
Newport Beach       (949) 855-6400
Washington DC       (202) 559-0270

53

54

# Next Steps

**Probolsky Research**
20 2nd Street 3rd Floor #3172
San Francisco CA 94105

San Francisco      (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC    (202) 559-0270



# Next Steps

## For the Coastal Conservancy

- CHALLENGE: Concern over transportation and distance cause more people not to visit the coast than any other reason.

  - SOLUTION: Address this with new transportation options, such as partnerships with transit agencies or private enterprise.

- CHALLENGE: Cost is the top reason that prevents people from staying overnight at the coast.

  - Find ways of offering low-cost options for overnight stays, such as the partnering with state universities. Increase/preserve the overall availability of overnight accommodations to drive down/stabilize costs.

- IMPORTANT: Californians have a strong connection to the coast; they appreciate it and want to visit it more. The coast has a different meanings to different people, including some who have fond memories of visiting as a child and others who simply like that the coast is there. Some people want a more active experience when visiting the coast, but most people like it the way it is now. It is important to recognize that even if people are not visiting the coast, they still highly value it.

  - Measuring "coastal engagement" is not just about how many people physically visit the coast.



**Probolsky Research**
25 2nd Street, 3rd Floor #3172
San Francisco CA 94105

San Francisco    (415) 870-8150
Newport Beach    (949) 855-6400
Washington DC    (202) 559-0270

55

Thank You.



Opinion Research
on Public Policy

Probolsky Research
20 2nd Street 3rd Floor #172
San Francisco CA 94105

San Francisco   (415) 870-8150
Newport Beach   (949) 855-6400
Washington DC   (202) 559-0270