# EXHIBIT 4



CITY OF PALOS VERDES ESTATES

INCORPORATED 1939

CALIFORNIA

# SHORELINE PRESERVE
# MASTER PLAN

MASTER PLAN FOR PALOS VERDES ESTATES

SHORELINE PRESERVE

March 10, 1970

March 9, 1970.

MEMO TO:        Mayor and City Council

FROM:           Anne F. Leeper, Chairman, Planning Commission

RE:             Master Plan for Palos Verdes Estates Shoreline Preserve.


        In accordance with the direction of the Council in its
Resolution No. 648 (designating the Palos Verdes Estates Shoreline
Preserve), the Planning Commission submits herewith a master plan
for development of the City's coastline area in a manner that will,
insofar as possible, accomplish two objectives that appear at first
glance to be contradictory:

        (1)  to "preserve and maintain its natural state" and
        (2)  to undertake both short- and long-term improvements
             designed to increase safety of access, enhance the
             appearance, and satisfy the requirements of the
             State's grant of the submerged lands to the City.


        The attached report, as prepared by Mr. Smalley and Mr.
Coakley, has been considered in detail by the entire Planning
Commission.  At its meeting of March 2, 1970, the Commission gave
unanimous approval to the final draft, and directed that the report
be forwarded for Council consideration.  Please advise if any
further information is required.

                                    Anne F. Leeper

MASTER PLAN FOR PALOS VERDES ESTATES

SHORELINE PRESERVE

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| I | INTRODUCTION | 1 |
| II | EXISTING PATTERNS OF PUBLIC USE | 2 |
| III | OBJECTIVES | 3 |

Protect and Restore the Indigenous Ecology
Maintain and Enhance Existing Recreation Uses
Retain Local Control of Submerged Land Uses
Deter Adverse Developments of Adjacent State and Federal
    Submerged Lands
Preserve Residential Character of Adjacent Property
Perfect Tideland Grant

| IV | CURRENT USAGE AND RECOMMENDATIONS FOR FUTURE CONSERVATION AND USE | 6 |

Conservation:  Preservation and Maintenance    6

    Present Status
    Recommendations

Recreation    10

    Present Status
    Recommendations

   13

Education

    Present Status
    Recommendations

| V | SUMMARY OF RECOMMENDATIONS | 17 |

VI    APPENDICES

PVE Tideland Grant------------------------------------------------------ I

City Resolution Establishing PVE Shoreline Preserve --------------- II

Shoreline Sign Program ------------------------------------------------ III

Codes Establishing Marine Life Refuges ---------------------------- IV

    State Fish & Game Code

    Pacific Grove City Code

    Some Comments by PVE City Attorney on Possible
    PVE Marine Life Refuge

Background on Precedent Setting Laguna Beach Marine Life Refuges -- V

Some Ecological Aspects of the PVE Shoreline ----------------------- VI

Boating Report---------------------------------------------------------- VII

Sample Use Agreement ------------------------------------------------ VIII

See map of Shoreline Preserve in rear pocket.

## I.   INTRODUCTION

Established by Resolution of the City Council, dated January 28, 1969, the "Palos Verdes Estates Shoreline Preserve" (Exhibit I), constitutes an asset of priceless value.  It consists of two major portions:  (a) a continuous strip of City owned parkland containing one hundred thirty acres contiguous with and running the full length of the City's four and one-half mile shoreline; and (b) submerged lands extending from the City mean-high tide boundary to the county boundary in the ocean.

Palos Verdes Estates has the rather unique opportunity to develop long range plans for the Preserve from the position of direct ownership.  As our population increases, we will be subject to intense pressures from both within and outside of our City for undesirable improvements within the area included in the Preserve.  The Planning Commission understands that the majority of residents would like to see the natural beauty of our shores protected.  In the absence of any plan, small increment by small increment, the shoreline is losing the very values the residents would like to see preserved.

Accordingly, the Planning Commission proposes for City Council consideration a program for the shoreline that will preserve and maintain its natural state; favor current limited recreational uses; and support expanded educational and scientific activities.  The program, as developed in detail in the following report, includes specific recommendations for regulation of uses, clean-up, access improvements, and cooperative efforts with organizations interested in shoreline activites and preservation that will further the City's interests in conservation and compatible uses.

## II.   EXISTING PATTERNS OF PUBLIC USE

For the most part, our shoreline is in a relatively natural condition, and uncontrolled use by the general public has produced difficulties.  A spider-web of trails descends most of the precipitous cliffs that edge the Peninsula and many of these are hazardous in the extreme.   Every year accidents occur and injured people must be hauled up from the shore or from perilous locations on the cliff itself.   The public has strewn much of our cliffland, beaches and intertidal zone with debris of one sort or another, ranging from papers and broken bottles to automobiles which have been pushed off of cliffs where there is easy road access.   All of this is unsightly and some a health hazard.   In some places along the cliff, developments have caused erosion to occur at a much more rapid rate than it normally does, resulting in coverage of beaches with rocks, mud, and gravel and also resulting in the localized retrenchment of the cliffs themselves.   Thus far, there have been no dangerous developments from the retrenchment that have seriously threatened property, but it is not beyond possibility that this could occur.

Among the visitors to our shoreline, we have long had educators, students, and scientists who have used the remarkable fauna and flora of our shores for teaching and research purposes.   To a lesser degree, our own school system has used the shoreline for its purposes though, for the most part, classes from the Palos Verdes School District have been unable to reach the intertidal zone because of the hazards of trails descending the cliffsides.   The scientific use of the intertidal zone is on the increase and though it is completely admirable in its ends, it too needs to be controlled so

that fauna and flora do not become decimated.

Other visitors to the shoreline are fishermen, swimmers, skin divers, surfers, and picknickers, and those who gather intertidal animals such as the octopus and owl limpets for food. Often these latter animals are collected by poisons such as chlorox or copper sulfate which kill considerable areas around their point of application. Together these activities place the shoreline under severe pressure at several points. Every new development in the shore-line can be expected to increase foot traffic unless it is specifically controlled, and these problems can be expected to increase. In particular, it has been difficult to control the passage of the public across private lands at the top of the cliffs with consequent damage of gardens, hedges, and so forth. Parking and traffic on the streets during weekends has become a problem in some areas.

## III.   OBJECTIVES

The primary objective in planning for the future is to preserve the shoreline of Palos Verdes Estates in its natural state as nearly as is possible, while at the same time providing for the use and maintenance of the area in a manner and under conditions which will not conflict with that primary objective. Toward this end, the recommendations made by the Commission are set out below in three categories:

A.   Conservation: Preservation and Maintenance

B.   Recreation

C.   Education

In developing its recommendations, the Commission also took note of

the many secondary or corollary objectives in the light of which each suggestion should be evaluated:

Protect and Restore the Indigenous Ecology - The seemingly modest plants and animals living in the unique intertidal zone of Palos Verdes are a priceless resource for scientific research. Several unique indigenous plants occur in several cliff areas. The ecological balance on the shoreline is relatively delicate and is easily disrupted by man's indiscriminate abuse. These resources should be maintained and guarded so that it may continue to be available for the scientist, educator and layman, but without decimating the environment through overuse.

Maintain and Enhance Existing Recreation Uses - The access trails and parking improvements recommended in this report favor current recreation uses as well as educational and scientific uses and conservation objectives. It is not believed that the regenerative program proposed or the establishment of limited closed areas for research would adversely affect recreation uses.

Retain Local Control of Submerged Land Uses - A most vital requirement of any proposed improvement is the ability of the City to maintain effective control of all parts of the Shoreline Preserve.

Deter Adverse Developments of Adjacent State and Federal Submerged Lands - Only if the City has taken positive steps to insure that the scenic beauty and wildlife environment of the PVE coastline will be preserved as an asset of immeasurable value to the people of the City, the Peninsula

community and of the State of California is it likely that any unacceptable County, State or Federal use of adjacent submerged lands can be successfully deterred. Even with the declaration of a conservatory zone - as in the case of Santa Barbara - unacceptable uses may be authorized on Federal lands. Nonetheless, the first step to State and eventual Federal legislative action to protect our coastline is necessarily commitment of local government to conservation uses in the public interest.

Preserve Residential Character of Adjacent Property - Conservation oriented improvements of our tidelands will satisfy the requirements of the PVE Tideland Grant. Much more than construction oriented improvements, they will enable us to maintain the residential character of our City. As a residential community it is logical to minimize the promotion of activities which would develop high foot and automobile traffic densities.

Perfect Tideland Grant - Under the terms of the legislation, as amended, that grants to the City the rights of the State of California to the submerged lands incorporated in the Shoreline Preserve, if the State Lands Commission should after September 20, 1973 determine that the City has not "substantially improved restored, preserved or maintained the lands as required by such grant, all rights thereto would revert to the State. Reversion of these lands to the State would defeat the objective of local control of submerged land uses. A program intended to preclude such reversion is herein proposed. It is in the best interests of the City to assure that our shoreline preserve plan satisfies the requirements of this Legislation.

IV.   CURRENT USAGE AND RECOMMENDATIONS FOR FUTURE
      CONSERVATION AND USE

In line with the primary objectives stated above, the Commission developed its study of the Shoreline Preserve area as it presently exists, and its recommendations for the future of this area, under the following general headings:

A.   Conservation:  Preservation and Maintenance.

Present Status:- Present activities tend to debilitate the natural resources and erode the land.  There is no formal program for either conservation or maintenance.  Trash accumulates.  New trails are cut by use indiscriminately.  Visitors are not even urged by appropriate posting not to litter or in any other way despoil the natural beauty.

Recommendations:

1.   Establish Sign Posting Program - The City should post signs identifying the Shoreline Preserve.  Uniform signs containing suitable symbols as well as the name should be utilized.  Appendix III  describes how a neptune theme might be incorporated.  This approach would enhance the image of an integrated and well coordinated shoreline program.

In addition to the basic identification signs, a number of instructional signs should be posted.  These would request visitors to cooperate in shoreline preservation by not removing sealife; returning shoreline rocks to their original positions; carrying litter out when leaving and not cutting new cliffside trails.

2.   Expand Shoreline Clean-up Program - The City should encourage

repeated clean-up programs by interested groups such as the Oceano-
graphic Society, Sierra Club, Boy and Girl Scouts, church groups and
other organizations.

Clean-up should be promoted by the City designating and pub-
licizing an annual Shoreline Clean-up Day.  The City should continue
its past practice of providing sacks for collecting trash and a city truck
to collect the filled sacks at designated pick-up points.

"Bear Proof" trash containers should be installed immediately
at the improved Bluff Cove viewing site on Paseo Del Mar and P. V.
Drive West, the Bluff Cove access area and Malaga Cove.  It would
be inconsistent for the City to sponsor a Shoreline Clean-up Program without
providing permanent refuse containers in these areas of heavy existing
usage.  Responsibility for regular emptying of these containers should
be assumed by the City.

3.   Establish Marine Life Refuge - The City should consider
proposing legislation whereby the State would establish a subtidal area
(exclusive of parkland) as a Marine Life Refuge as has been done at
Laguna Beach, Newport Beach, and South Laguna Refuge.  This step
would make it a misdemeanor under the Fish and Game Code of California
to disturb or remove any plant or animal with a few exceptions within
the Refuge.  The net effect of such legislation would be to qualify the
State's reservation of fishing rights in the tideland grant.  See Appendix VII
(Laguna Beach Marine Life Refuge) and Appendix VIII (PVE Marine Life

Refuge) for background materials including comments by the PVE City Attorney.   The State of California pre-empts the City in regulation of fishing and fishery resources so it would not be possible for the City to adopt an ordinance prohibiting collecting of marine life from tidepools.

4.   <u>Support Sea Projects</u> - In a continuing effort to improve and maintain the biological resource of our tidelands, the City should initiate or cooperate with interested groups in projects such as kelp reforestation which in turn would improve the fishing resource and, thereby, also enhance the interests of the sports fisherman and skin diver which is a statewide purpose.   See Appendix IX for a discussion of kelp and its disappearance.       Kelp reforestation should be pursued in concert with interested groups such as the Department of Fish & Game, the P.V. Oceanography Society, the Sierra Club, the TRW Divers, the L.A. County Department of Parks and Recreation, and possibly others.

Another sea project would be an effort to rejuvenate selected tidepool areas.   This might ultimately require reintroduction of certain species, but initially, as a pilot program, the City could post signs advising that parkland access is closed for a limited period of time and let nature perform the restoration.   The closing of parkland access would not conflict with California Fish and Game Regulations.   Selected areas could be alternately opened and closed in a rotating fashion.   This method would also support certain research activities where it is desirable to measure the regenerative effects.

-8-

5.   <u>Consider Establishment of Manipulative Zones</u> - Future
consideration should be given to creating several manipulative zones.
Such shoreline zones could be selected because of their natural life
and would be periodically closed to the public, perhaps for several
years, for purposes of life regeneration.   Such a shoreline practice
would probably be coordinated with educational or research oriented
groups and our own tidepool regeneration program.

6.   <u>Provide Landscaping</u> - Locations attracting major foot traffic
should receive landscaping attention.   Selected low maintenance plantings
would serve to promote safety, slow erosion and enhance the natural
beauty of the tidelands setting; i.e., of the shoreline.  Volunteer groups
may be willing to provide such plantings if the City will provide the
necessary landscape plan.

7.   <u>Control Erosion</u> - Nowhere along the coastline has
greater erosion occurred than where storm drain outfalls have
been projected over the cliffside and not piped to the sea
as required of private owners of shoreline properties.   The first com-
mitment of the City to the preservation program herein proposed should
be immediate attention to this condition at every location where this
erosion problem has not yet been corrected.   Further, by such admin-
istrative or other means as are necessary, the City should assure
that future residential developments and street construction does not
involve the massive dumping of rock and soil off the cliffsides as occurre

-9-

since the Tideland Grant in the construction of Resort Point improvements.

B.   Recreation.

Present Status:

1.   Surfing - Surfing appears to be the most popular current use of our tidelands.   The usage exists primarily at Haggarty's Pier in Malage Cove, Bluff Cove and Lunada Bay.

2.   Scuba Diving - Discussions with local divers and scuba shops indicate usage is quite generalized on our coastline.   A considerable number of divers utilize boats for access.   Utilization of tidelands by divers would undoubtedly increase moderately if shoreline access were improved.

3.   Beach and Swim - Some usage currently exists for purposes of swimming and beach visiting.   There is already located on parkland within the Shoreline Preserve a City owned and operated swim facility and recreation center.   A consulting geologist indicates that if sand were introduced into Bluff Cove, Lunada Bay, and Honeymoon Cove, it would likely stay for some years.   Sand would tend to wash northward from Malaga Cove, and hence, that location would appear to be a poor candidate for a sandy beach.

4.   Boating - Malaga Cove is occasionally used as a launching site for small boats.   The Palos Verdes Yacht Club holds an annual

small boat race at Malaga Cove; launching the small boats over the rocks on improvised wooden tracks.  See Appendix VII  for description of past interests and notes on activity regarding boating facilities.

Recommendations:

1.   Improve Access Trails - Access trails should be delineated so as to direct the public to those areas where appropriate activities are to be encouraged while at the same time promote public safety and reduce the assistance required of police, Coast Guard and the fire department.  To encourage attentiveness on the part of those using trails, they should all be appropriately posted as to risk.  Exhibits II and III identify most existing trails.  Existing and future trails may be discussed in three categories:

    a.   Existing Improved Trails:

        Malaga Cove - Swim Club Road

        Bluff Cove - path to Flat Rock Point

        These trails are the most heavily used.  No immediate improvements are recommended.

    b.   Existing Improvable Trails:

        "Haggarty's"
        Margate Canyon
        Chiswick Road
        Via Neve
        Lunada Bay

        Home construction has now blocked off the two trails most frequently used in the past at Lunada Bay and currently the only accesses are very  hazardous and heavily traveled.  A reasonably safe access trail should be provided at Lunada Bay.  Improvable trails should be scheduled for improvement.  Trail improvements might be accomplished in coordination with a trail committee of the Sierra Club or Oceanographic Society, or alternatively in connection with storm drain or other related improvements.

See map of topography and trail locations in rear pocket.

## BEACH ACCESS TRAILS

| Map Key | | Ownership | Bluff Height | Public Frontage Parking | Trail Difficulty | View Site |
|---|---|---|---|---|---|---|
| 1. | Torrance Beach | Public | * | | 3 | |
| 2. | Rosita Place | Private | 125 | 0 | 10 | |
| 3. | Swim Club Road | Public | 85 | 50 | 2 | X |
| 4. | "Haggarty's" | Public | 75 | 12 | 6 | |
| 5. | Via Chino | Public | 80 | 30 | 6 | |
| 6. | Flat Rock Point | Public | 175 | 40 | 4 | X |
| 7. | Bluff Cove | Public | 300 | 20+ | 8 | X |
| 8. | Margate Canyon | Public | 230 | 20+ | 8 | |
| 9. | Chiswick North | Public | 205 | 20+ | 8 | |
| 10. | Chiswick Road | Public | 200 | 20+ | 7 | |
| 11. | Cloyden Road | Private | 175 | 0 | 7 | |
| 12. | Lunada Bay | Public | 160 | 30+ | 7 | X |
| 13. | Via Oleadas | Private | 145 | 0 | 6 | |
| 14. | Resort Point South | Public | 165 | 10 | 8 | |
| 15. | Via Neve | Public | 170 | 20+ | 7 | |
| 16. | Southern Boundary | Private | * | | 10 | |

Difficulty:  1 = excellent, 10 = very poor

* Access from adjacent beaches

**4** Sunday
Feb. 25, 2968

PALOS VERDES PENINSULA NEWS
and ROLLING HILLS HERALD

# Dangerous Coastline

The front page of Wednesday's issue of this newspaper this week told the dramatic story of two rescue operations along the Palos Verdes Peninsula coastline last Sunday.

The two rescues — which fortunately turned out happily — were fairly routine for the rescue crews from Palos Verdes Estates Police and Los Angeles County Sheriff's office who participated. Making rescues and climbing up and down the Palos Verdes Peninsula cliffs are all in a days work for the rescue crews.

The rescues may all be in a day's work for the men involved, but they certainly aren't for the persons saved from bodily harm or death.

Last Sunday the lure of the Dominator sent three persons hurtling through the rocky surf when their boat was overturned by a huge wave. If one of the young women aboard the boat had given in to her husband and brought along their 18-month old child there probably would have been a disaster.

At almost the same instant, a mile or two down the coastline, a young fisherman was being dashed on the rocks by another huge wave. It took a Coast Guard helicopter to start him on the first leg of his journey to the hospital for care of a broken ankle.

We repeat this detail about both rescue operations to record the danger of our coastline. Hardle a week goes by without someone being rescued from the cliffs or from the water along this fabulous Palos Verdes Peninsula coastline. Not infrequently the Coast Guard helicopter is dispatched from International Airport to tote a basket case to a waiting ambulance or nearby hospital.

Our immediate gratitude must go to the men who staff these crew operations. Often they risk their lives to snatch a person from possible death or further injury at the hands of the elements.

The Peninsula coastline, like a magnet, attracts the unwary to its fascinations. In most places the descent is treacherous; in many places the drop is straight down. At such well known tourist spots as the Grand Canyon equally dangerous cliffs are protected with railings and signs. Yet along the Palos Verdes Peninsula shore there are few, if any, warnings of the danger.

The cost of roping off or controlling public access to the coastline would be prohibitive, yet at some time consideration must be given to alerting the public to the danger of the high cliffs and the rocky shore. As population increases and as persons living in other areas learn of our attractive features there will be greater and greater numbers climbing the rugged cliffs.

A comparison of the number of people along the shoreline on any given Sunday afternoon five and ten years ago with the traffic today tells the story of increased traffic.

Local police and sheriff's deputies are equipped to handle today's emergencies, but will they be able to handle tomorrow's?

Involved in the study of the future of the shoreline must be consideration of public safety and minimizing the harm that can come to unsuspecting visitors.

11 C

c.   Dangerous Trails:

Via Chino
Cloyden Road
Others less commonly used

Future use of very dangerous trails should be discouraged by fencing camouflaged with barrier type shrubbery.

2.   Designate and Improve View Sites and Associated Parking - View sites permit viewing of the scenic values of the tidelands.   Such viewing of tidelands is a purpose in which there is local and statewide interest.   View sites will require some parking area.   We believe limited and carefully controlled parking areas are preferable to either major shoreline developments with large parking and traffic require- ments, or reversion of tidelands to the State.   All existing view sites should be posted as such.

a.   Bluff Cove North - The Bluff Cove access area is now being used as a view site and parking currently is on an "informal" basis.   An improved and landscaped view site with appropriate parking facilities would present a much better appearance and greater safety than the uncontrolled offstreet parking now practiced.

The northern edge of Bluff Cove contains two possible parking areas in the Paseo Del Mar right-of-way with minimal

-12-

use of parkland.   The larger area should be developed initially
with the other developed as needed at a later date.

b.   Bluff Cove South View Site - The view site on the south
side of Bluff Cove should be further developed to provide an area
for viewing by pedestrians.   Parking has already been provided
near the intersection of P.V. Drive West and Paseo Del Mar.

c.   Malaga Cove - The Gazebo at Malaga Cove exists already
as a viewing site.   It should be identified as a view site and receive
some repair attention.   A parking area already exists here in the
center of the street right-of-way.   Paving, curbs striping and
proper landscape development should be provided.   This improve-
ment would also benefit the summer program at the Roessler
Memorial Swim facility.

d.   Lunada Bay - A fourth view site should be considered
a future possibility at one of the Lunada Bay trail access points.
Designation of such a site would warrant offstreet landscaped
parking to accommodate both viewers and trail users.

C.   Education.

Present Status:   Various portions of our intertidal zones have
provided a research laboratory for graduate university students for
many years.   There is very little grade school and high school class
utilization of the tidelands because of the hazardous accesses.   The
Palos Verdes Oceanographic Society has for the past two years held

SUMMARY

Appendix VIII contains a sample copy of one of their use agreements for Ano Nuevo Island. Any agreement reached with the City of Palos Verdes Estates presumably would be similar.

SUMMARY OF RECOMMENDATIONS

| ACTION | ADOPT NOW | | LONG |
|---|---|---|---|
| | X | APPROX. COST | WHEN |
| A. CONSERVATION: PRESERVATION & MAINTENANCE | | | |
| 1. Post Shoreline Preserve Signs: | | | |
| Identification Signs (12) | X | $ 400 | |
| Instructional Signs (6) | X | 600 | |
| 2. Shoreline Clean-up Program: | | | |
| Adopt policy of Annual Clean-up Day | X | 100 per day | |
| Trash containers (3 locations) | X | 300 | |
| City pick-up of trash in containers | X | 100 per year | |
| 3. Establishment of a PVE Marine Life Refuge | X | Nil | |
| 4. Sea Projects: | | | |
| Kelp Reforestation | | | 1-3 years |
| Pilot Tidepool Rejuvenation Program | | | 1-3 years |
| 5. Manipulative Zones | | | 1-5 years |
| 6. Selected Landscaping | | | 1-5 years |
| 7. Erosion Control | X | In part 3500 | Balance 1-5 years |

a Currently budgeted as storm drain control

17

## SUMMARY OF RECOMMENDATIONS

| ACTION | ADOPT NOW | | LONG RANGE |
|---|---|---|---|
| | X | APPROX. COST | WHEN |
| B.  RECREATION: | | | |
| 1.  Access Trails & Safety | | | |
|     Existing Improvable Trails | | | 1-3 years |
|     Lunada Bay Access Trail | | | 2-5 years [a] |
|     Control Current Dangerous Trails | X | $1000 | |
| 2.  View Sites & Parking | | | |
|     Post 3 Existing View Sites | | | |
|         Bluff Cove North | X | ) | |
|         Bluff Cove South (at Paseo Del Mar) | X | )-200 | |
|         Malage Cove Gazebo | X | ) | |
|     Improve View Site and Parking at Bluff Cove North | X | In part 8000 | Balance 3-5 years |
|     Improve View Site at Bluff Cove South | X | 2000 | |
|     Improve View Site at Malage Cove as follows: | | | |
|         Repair Gazebo | X | 600 | |
|         Improve Parking | | | 1-3 years |

[a] Possible to develop access trail as part of storm drain improvement project.

18

## SUMMARY OF RECOMMENDATIONS

| ACTION | ADOPT NOW | | LONG | |
|---|---|---|---|---|
| | X | APPROX. COST | WHEN | |
| C.  EDUCATION | | | | |
| 1.  Promote Shoreline nature trails | | | 1-7 years | |
| 2.  Encourage a subtidal trail | | | 1-5 years | |
| 3.  Establish Botanical Area | | | 1-7 years | |
| 4.  Cooperate with the Palos Verdes Oceanographics Society and other interested groups | X | None Identified as yet | | |
| 5.  Encourage scientific research.  Further explore the possibilities of a 1/2 mile Shoreline educational use agreement with the Inter-University Natural Lands and Waters Committee headed by UCLA. | X | None | | |

19

APPENDICES

APPENDIX I


PVE TIDELANDS GRANT

Senate Bill No. 844

Passed the Senate May 13, 1968

_____

*Secretary of the Senate*

Passed the Assembly June 10, 1968

_____

*Chief Clerk of the Assembly*

This bill was received by the Governor this ____17____

day of ____June____ , 1968, at ____ o'clock ____ M.

_____

*Private Secretary of the Governor*

Compliments of

---

**CHAPTER** ____

An act to amend Section 1 of Chapter 1975 of the Statutes of 1963, relating to tide and submerged lands granted in trust to the City of Palos Verdes Estates.

*The people of the State of California do enact as follows:*

SECTION 1. Section 1 of Chapter 1975 of the Statutes of 1963 is amended to read:

Section 1. There is hereby granted to the City of Palos Verdes Estates, a municipal corporation of the State of California, and to its successors, all the right, title and interest of the State of California held by said state by virtue of its sovereignty in and to all tidelands and submerged lands, whether filled or unfilled, which are described as follows:

That part of state-owned tide and submerged land which lies directly joining the Mean High Tide Line of the Pacific Ocean along the City of Palos Verdes Estates, California, and is limited to the following extent:

In the south by a line which is a westerly prolongation of the southerly boundary of Tract 4400, as recorded in Book 72, pages 95-96 of Maps in the office of the Recorder of Los Angeles County.

In the north by a line which is a westerly prolongation of the northerly boundary of Tract 4400 us recorded in Book 72, pages 95-96 of Maps in the office of the Recorder of Los Angeles County.

In the east by the Mean High Tide Line of the Pacific Ocean between the above described southerly and northerly limits.

In the west by the southwesterly boundary of the County of Los Angeles between the above described southerly and northerly limits.

To be forever held by said city and by its successors in trust for the use and purposes, and upon the express conditions following, to wit:

(a) That said lands shall be used by said city and its successors for purposes in which there is a general statewide interest as follows:

(1) For the establishment, improvement and conduct of a harbor, and for the construction, reconstruction, repair, maintenance, and operation of wharves, docks, piers, slips, quays, and all other works, buildings, facilities, utilities, structures and appliances incidental, necessary or convenient for the promotion and accommodation of commerce and navigation,

— 2 —

— 3 —

(2) For the establishment, improvement and conduct of an airport and heliport or aviation facilities, including but not limited to approach, takeoff and clear zones in connection with airport runways, and for the construction, reconstruction, repair, maintenance and operation of terminal buildings, runways, roadways, aprons, taxiways, parking areas, and all other works, building, facilities, utilities, structures and appliances incidental, necessary or convenient for the promotion and accommodation of air commerce and air navigation.

(3) For the construction, reconstruction, repair and maintenance of highways, streets, roadways, bridges, belt line railroads, parking facilities, power, telephone, telegraph or cable lines or landings, water and gas pipelines, and all other transportation and utility facilities or betterments incidental, necessary or convenient for the promotion and accommodation of any of the uses set forth in this Section 1.

(4) For the construction, reconstruction, repair, maintenance and operation of public buildings, public assembly and meeting places, convention centers, parks, playgrounds, bathhouses and bathing facilities, recreation and fishing piers, public recreation facilities, including but not limited to public golf courses, and for all works, buildings, facilities, utilities, structures and appliances incidental, necessary or convenient for the promotion and accommodation of any such uses.

(5) For the establishment, improvement and conduct of small boat harbors, marinas, aquatic playgrounds and similar recreational facilities, and for the construction, reconstruction, repair, maintenance and operation of all works, buildings, facilities, utilities, structures and appliances incidental, necessary or convenient for the promotion and accommodation of any of such uses, including but not limited to snackbars, cafés, restaurants, motels, hotels, launching ramps and hoists, storage sheds, boat repair facilities with cranes and marine ways, administration buildings, public restrooms, bait and tackle shops, chandleries, boat sales establishments, service stations and fuel docks, yacht club buildings, parking areas, roadways, pedestrian ways and landscaped areas.

(6) For the establishment, preservation, restoration, improvement, or maintenance of intertidal and subtidal marine biological reserves, restoration and maintenance of kelp forests, abalone and other shellfish and related fishery resources, development of nature study trails and areas, exhibits, research projects, preservation of areas of unique ocean phenomena for activities such as surfing and other water sports, and the natural beauty and biological resources and activities related thereto, subject to the prior approval of the Fish and Game Commission, subject to those matters which are subject to regulation by ... mission pursuant to the Fish and Game Code,

— 4 —

(b) Said city, or its successors shall not, at any time, grant, convey, give or alienate said lands, or any part thereof, to any individual, firm or corporation for any purposes whatever; provided, that said city, or its successors, may grant franchises thereon for limited periods, not exceeding 66 years, for wharves and other public uses and purposes, and may lease said lands, or any part thereof, for limited periods, not exceeding 66 years, for purposes consistent with the trusts upon which said lands are held by the State of California, and with the requirements of commerce and navigation, and collect and retain rents and other revenues from such leases, franchises and privileges. Such lease or leases, franchises and privileges may be for any and all purposes which shall not interfere with commerce and navigation.

Nothing contained in this paragraph (a) shall be deemed to affect the validity or term of any franchise previously granted by said city under the Franchise Act of 1937 (Chapter 2 (commencing at Section 6101), of Division 3 of the Public Utilities Code), and any such franchise shall be effective with respect to said land when title thereto passes to said city hereunder.

(c) Said lands shall be improved without expense to the state; provided, however, that nothing contained in this act shall preclude expenditures for the development of said lands for any public purpose not inconsistent with commerce, navigation and fishery, by the state, or any board, agency or commission thereof, when authorized or approved by the city, nor by the city of any funds received for such purpose from the state or any board, agency or commission thereof.

(d) In the management, conduct, operation and control of said lands or any improvements, betterments, or structures thereon, the city or its successors shall make no discrimination in rates, tolls or charges for any use or service in connection therewith.

(e) The State of California shall have the right to use without charge any transportation, landing or storage improvements, betterments or structures constructed upon said lands owned by the State of California.

(f) There is hereby reserved to the people of the State of California the right to fish in the waters on said lands with the right of convenient access to said water over said lands for said purpose.

(g) There is hereby excepted and reserved in the State of California all deposits of minerals, including oil and gas, in said lands, and to the State of California, or persons authorized by the State of California, the right to prospect for, and remove such deposits from said lands.

— 5 —

(h) Said lands are granted subject to the express reservation and condition that the state may at any time in the future use said lands or any portion thereof for highway purposes without compensation to the city, its successors or assigns, or any person, firm or public or private corporation claiming under it, except that in the event improvements, betterments or structures have been placed upon the property taken by the state for said purposes, compensation shall be made to the person entitled thereto for the value of his interest in the improvements, betterments or structures taken or the damages to such interest.

(i) The State Lands Commission shall, at the cost of the city, survey and monument the granted lands and record a description and plat thereof in the office of the County Recorder of Los Angeles County.

(j) Within 10 years from the effective date of this act the granted lands shall be substantially improved, restored, preserved, or maintained by the city without expense to the state and if the State Lands Commission determines that the city has failed to improve, restore, preserve, or maintain said lands as herein required, all right, title, and interest of said city in and to all lands granted by this act shall cease and all said right, title and interest in the granted lands shall revert and rest in the state.

JEW
JOROS

_____
President of the Senate

_____
Speaker of the Assembly

Approved _____ JUNE __ 17 _____, 1968

_____
Governor

RESOLUTION NO: ___648___

A RESOLUTION OF THE CITY COUNCIL OF
THE CITY OF PALOS VERDES ESTATES,
CALIFORNIA, DESIGNATING THE PALOS
VERDES ESTATES SHORELINE PRESERVE
AND DIRECTING THE CITY PLANNING
COMMISSION TO PREPARE AND SUBMIT
A REPORT

WHEREAS, the City of Palos Verdes Estates since March 20, 1963, by authority of Section 1 of Chapter 1975 of the Statutes of 1963, has held in trust all the right, title and interest of the State of California in and to all the tidelands and submerged lands (herein collectively called "tidelands"), described in said Section 1, that directly join the Mean High Tide Line of the Pacific Ocean at the westernmost boundary of the City; and

WHEREAS, the City's right, title and interest to such lands will cease and revert to and rest in the State of California on March 20, 1973, unless the tidelands, without expense to the State, shall have been substantially improved, restored, preserved or maintained by the City; and

WHEREAS, it is the declared objective and intent of the City to take all action necessary to assure that title to the tidelands shall continue in the City and not revert to the State; and

WHEREAS, the City, under various deeds from the Palos Verdes Homes Association, also holds title to all the property (herein called "parklands") bordering the tidelands at the City's westernmost boundary, including the beaches and cliffsides of the shoreline and several lots along the cliffs (totaling approximately 130 acres), for park and/or recreational purposes; and

WHEREAS, in combination, the tidelands and parklands constitute a singular natural asset of the City and of the State of California

APPENDIX II


CITY RESOLUTION DESIGNATING


PVE SHORELINE PRESERVE

as a shoreline of exceptional and dramatic scenic beauty and of significant geological, botanical and biological interest; and

WHEREAS, there is the clear and present danger that the unique marine life and other natural features, including even the physical appearance and formation of the tidelands and parklands, will be irretrievably impaired by unrestricted use, unregulated access and private appropriation;

NOW, THEREFORE, the City finds it to be in the public interest that the City take immediate action to preserve and maintain the tidelands and parklands as a natural preserve and recreational area and accordingly:

1. Said tidelands and parklands, all as described in Schedule A hereto, are hereby designated and shall hereafter be known as the "Palos Verdes Estates Shoreline Preserve;"

2. The City's Planning Commission is hereby authorized and directed to prepare and submit to the City Council, as soon as reasonably possible and in at least preliminary fashion within not more than six (6) months from the date of this Resolution, an appropriate and detailed master plan for the Palos Verdes Estates Shoreline Preserve that will satisfy the conditions of the State of California's grant of the tidelands to the City and comply with the conditions of the Palos Verdes Homes Association's grant of the parklands to the City.

APPROVED and ADOPTED this 28th day of January 1969.

JOSEPH T. BARNETT, Mayor
Palos Verdes Estates, California

ATTEST:

BETTY STOFFERS, City Clerk

SCHEDULE A

PROPERTY DESCRIPTION

There shall be included in the Palos Verdes Shoreline Preserve the following:

(A)     That part of state-owned tide and submerged land which lies directly joining the Mean High Tide Line of the Pacific Ocean along the City of Palos Verdes Estates, California, and is limited to the following extent:

In the south by a line which is a westerly prolongation of the southerly boundary of Tract 4400, as recorded in Book 72, Pages 95-96 of Maps in the office of the Recorder of Los Angeles County.

In the north by a line which is a westerly prolongation of the northerly boundary of Tract 4400 as recorded in Book 72, Pages 95-96 of Maps in the office of the Recorder of Los Angeles County.

In the east by the Mean High Tide Line of the Pacific Ocean between the above-described southerly and northerly limits.

In the west by the southwesterly boundary of the County of Los Angeles between the above-described southerly and northerly limits.

(B)     That part of the parklands west of the right-of-way of Paseo del Mar from the City's northern boundary to its southern boundary, including, without limiting the generality of the foregoing, all the following numbered lots:

Lots B and C, Tract No. 6886; F and G, Tract No. 6888; C and D, Tract No. 7140; B and C, Tract No. 7144; E, Tract No. 7331; A and G, Tract No. 7536; A, Tract No. 10170; and F, Tract No. 10624.

BACKGROUND

## 1963 Chapel Bill (Assembly Bill 2002)

Assembly Bill No. 2002 was passed by the California Legislature
March 20, 1963; was signed by the Governor July 19, 1963 and became
effective September 20, 1963.

The law granted in trust the title to the PVE Submerged Tidelands and
provided that if said Tidelands were not "Substantially Improved"
within ten years that title would revert to the State.  The "substantial
improvements" were incompletely delineated so in 1968, the act was
amended.

## 1968 Tideland Grant Amendment (Senate Bill No. 844)

On May 13, 1968, the City Tideland Grant was amended to incorporate
conservation as a legitimate use of the Tidelands.  The City of PVE
has until September 20, 1973 to show that it has "substantially improved,
restored, preserved or maintained" the Granted Lands.  If the State
Lands Commission determines that the City has failed to do so by that
date, title shall revert to the State.

APPENDIX III

SHORELINE SIGN PROGRAM

Some Possible Sign Styles

Possible Uses:

    Identification of Preserve
    Education
    Marine Life Refuge Designation
    View Site
    Hazard Area

# Marine Refuge



# Palos Verdes Estates
# Shoreline Preserve

3






Palos Verdes Estates
Shoreline Preserve

# Marine Refuge

# Palos Verdes Estates Shoreline Preserve



The Palos Verdes Estates Shoreline Preserve

The rocky shoreline and coves of this Preserve are an important recreational, aesthetic, and scientific resource. These areas, rich in marine flora and fauna, play an important part in the activities of marine biologists and others from all educational levels. Because of their accessibility, these areas have been greatly depleted in recent years by unrestricted collecting activities.

(In 1970 the California Legislature established the Palos Verdes Marine Refuge under the California Fish and Game Code, sections 10664 and 1090X, to protect these marine resources for future study and enjoyment by the people.) The Preserve area is a park where living things are protected to perpetuate the plant and animal life within the boundaries of the Preserve for the public of today and tomorrow. Given a rest, this area will come back to nearly its original lushness of biota.

The boundaries of the Preserve are posted. The map adjacent shows the extent of the Preserve, view points and access trails.

Sample WORDING



<u>PALOS VERDES MARINE RESERVE</u>

"Take nothing but pictures; leave nothing but footprints."   This is a living marine reserve.   Please:

1. Always return tide pool animals to their original habitat after studying them.

2. Take <u>nothing</u> from the preserve.   All animals, algae, shells, etc., must be left in place.

3. Return rocks to their original position after you have finished observing their undersides.

4. Carry no glass or other containers with you into the marine reserve.

5. <u>Practice conservation</u> - it is a good habit to acquire. Carry all of your litter back to a trash can.

(Instructional Sign Comments now used at Point Fermin Marine Life Refuge)

APPENDIX IV


CODES ESTABLISHING MARINE LIFE REFUGES

Section

State Fish & Game Code ------------------------------ A

Pacific Grove City Code ----------------------------- B

Some Comments by PVE City Attorney
on Possible PVE Marine Life Refuge------------------- C

Special Rules

Please do not disturb, injure, or remove any plant or animal life of any description.

Fishing is permitted as licensed by the California Fish and Game Code. (The following may be taken: abalone, lobster, bonita, rock fish (sebastodes), mackerel, perch, kelp bass, sand bass, spotted bass, corbina, croaker, and halibut. All other fish and forms of marine life are protected.)

The Shoreline Preserve habitat should not be destroyed by relocating or repositioning of large rocks. The quantity of non-living plants and animals, shells, and pebbles taken and possessed is restricted to small amounts.

Fires are prohibited above the mean high tide line (Palos Verdes Estates City Code, section 4.4).

Please carry out all refuse, bottles, cans, and paper.

Violation of the Fish and Game Code or the City Code is a misdemeanor.

This is your park for the enjoyment of all the people. Please protect this natural heritage for future generations.

*Sample Wording*