# EXHIBIT 7



STATE OF CALIFORNIA
AUTHENTICATED
ELECTRONIC LEGAL MATERIAL

CONSTITUTION OF THE STATE OF CALIFORNIA

ARTICLE X  WATER

Section 4

---

SEC. 4.  No individual, partnership, or corporation, claiming or possessing the frontage or tidal lands of a harbor, bay, inlet, estuary, or other navigable water in this State, shall be permitted to exclude the right of way to such water whenever it is required for any public purpose, nor to destroy or obstruct the free navigation of such water; and the Legislature shall enact such laws as will give the most liberal construction to this provision, so that access to the navigable waters of this State shall be always attainable for the people thereof.

   (Sec. 4 added June 8, 1976, by Prop. 14. Res.Ch. 5, 1976.)