HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF LISA M. POOLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

13671860.1

|  | Judge: | Hon. S. James Otero |
|---|---|---|
| v. | Date: | September 5, 2017 |
| | Time: | 10:00 a.m. |
| LUNADA BAY BOYS; THE | Crtrm.: | 10C |

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative
capacity; and DOES 1-10,

     Defendants.

Judge:  Hon. S. James Otero
Date:   September 5, 2017
Time:   10:00 a.m.
Crtrm.: 10C

Complaint Filed:   March 29, 2016
Trial Date:       November 7, 2017

I, Lisa M. Pooley, declare as follows:

     1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Hanson Bridgett LLP, attorneys of record for Plaintiffs CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

Initial Efforts To Schedule Defendant Johnston's Deposition

     2.    On June 7, 2017, I contacted Defendant Alan Johnston's attorney, Patrick Carey, and advised him that Plaintiffs wanted to take Mr. Johnston's deposition.  I asked for dates that Mr. Johnston and his attorney were available in June.  In response, Mr. Carey advised that Mr. Johnston was out of the country, but he had contacted Mr. Johnston and asked him to schedule a time as soon as possible to come back for his deposition.

13671860.1

3.      Later on June 7, 2017, Mr. Carey informed me that Mr. Johnston was "booked for work through July" and "has a flight scheduled for August 17th."  Mr. Carey stated that Plaintiffs could choose any date that week for his deposition.

4.      On June 8, 2017, I responded to Mr. Carey explaining that waiting over two months to take Mr. Johnston's deposition was not feasible for Plaintiffs.  I inquired if Mr. Johnston was working remotely until August 17, where he was flying in from, and whether he could not make himself available on some date in June.

5.      Mr. Carey responded that Mr. Johnston "spends most of his time traveling internationally for VAST," that he currently was in Taiwan "working for VAST Life Taiwan," and that he was advised that Mr. Johnston could not make it back until August 17.  Mr. Carey proposed an international video deposition.

6.      In response to Mr. Carey, I reminded him that discovery closes on August 7.  I also advised that Plaintiffs preferred to take Mr. Johnston's deposition in person, as they are entitled to do.  I also stated that I was unsure of Mr. Johnston's employment position, but as a party to this lawsuit, he needed to appear for his deposition upon reasonable notice.  I stated that if Mr. Johnston did not agree to appear for his deposition in June, then a conference with Magistrate Judge Oliver would be necessary to resolve the issue.  Mr. Johnston did not agree.

First Hearing Regarding Mr. Johnston's Deposition

7.      On June 15, 2017, Magistrate Judge Oliver held a telephonic hearing. After hearing from each party, the Court indicated that if Mr. Johnston was saying he had no date available for his deposition before the close of discovery, then Plaintiffs should proceed with noticing his deposition and, if Mr. Johnston did not appear as noticed, then Plaintiffs would need to follow procedures to compel his attendance.  During the hearing, Mr. Carey clarified that Mr. Johnston is not an employee of VAST, but rather he is "sponsored" by this surf company.

13671860.1

8.     After the hearing, Magistrate Judge Oliver issued an Order directing the parties to meet and confer in good faith and, if unable to reach a resolution, to schedule a telephonic conference with the Court.  (Dkt. 251.)

Continued Efforts To Schedule Defendant Johnston's Deposition

9.     Later on June 15, 2017, Mr. Carey advised me that he had left a message for Mr. Johnston telling him that he must choose a date to come home as soon as possible or Plaintiffs simply would notice his deposition.  I advised that Plaintiffs intended to notice Mr. Johnston's deposition, given the delay in scheduling thus far, the impending discovery deadline, and counsel's calendar.  But I also stated that Plaintiffs would consider a proposed alternative date on which Mr. Johnston agreed to appear, should he do so.  Plaintiffs noticed Mr. Johnston's deposition for June 30, 2017.  (Attached hereto as **Exhibit 1** is a true and correct of Plaintiffs' Notice of Deposition of Defendant Alan Johnston, dated June 15, 2017.)

10.     On June 19, 2017, I contacted Mr. Carey attorney to inquire if he had communicated further with Mr. Johnston about his return.  Mr. Carey stated that Mr. Johnston "could not make it back for 6/30/17" and he was "still working on it."

11.     On June 20, 2017, Mr. Carey informed me again that Mr. Johnston could not make it back for his deposition on June 30.  Mr. Carey stated that the "only break" in Mr. Johnston's schedule is on July 11.  Mr. Carey that he was trying to arrange something around that date and urging Mr. Johnston to arrange a break and book travel home.

12.     On June 21, 2017, I informed Mr. Carey that because Mr. Johnston had not agreed to appear for his deposition on a mutually-agreeable date, Plaintiffs were not taking the June 30 deposition off calendar.  I advised that if Mr. Johnston did not appear for his deposition as noticed, then Plaintiffs would move to compel his deposition and seek sanctions for his failure to appear.

/ / /

/ / /

13671860.1

<u>After Plaintiffs Requested A Second Hearing With The Court, The Parties Continued To Meet And Confer As Ordered</u>

13.    On June 26, 2017, I contacted the Court to request a telephonic hearing concerning Mr. Johnston's deposition.  The Court issued an Order directing the parties to meet and confer one more time regarding this dispute and, if not resolved, to submit letter briefs to the Court.  (Dkt. 255.)

14.    Later that day, Mr. Carey advised me that he "may have Mr. Johnston secured for 7/28/27 deposition," but he could not "100% confirm."  He said he hoped to hear from Mr. Johnston shortly.  (Mr. Carey made no further mention of Mr. Johnson's "break in his schedule" on July 11.)

<u>Final Meet And Confer Proposals</u>

15.    On June 27, 2017, I met and conferred with Mr. Carey again as ordered by the Court, but we did not resolve the matter.

16.    Mr. Carey proposed that Mr. Johnston's deposition proceed on July 28, although he had not received confirmation from Mr. Johnston yet that he would return to the country for his deposition on that date.

17.    In response, I explained that waiting until July 28, even assuming that Mr. Johnston agreed to appear on that date, would put Plaintiffs at an unfair disadvantage given that:  (1) Mr. Johnston's testimony might be relevant and necessary to oppose the two defense summary judgment motions, which Plaintiffs had been advised would be filed against them (and which had to be filed by July 24, at the latest)[1] and (2) Plaintiffs likely would have insufficient time before the close of discovery on August 7, 2017 to compel testimony from Mr. Johnston, should they need to do so based on his responses at his deposition.  I proposed that Mr. Johnston

---

[1] Since then, all Defendants have filed summary judgment motions.

1  cooking and barbeques at Lunada Bay, for which the Palos Verdes Police have
2  never cited him or asked him to stop.

3      24.    Mr. Johnston also testified during his deposition about his availability
4  in June 2017, which suggests he could have appeared for his deposition prior to July
5  28, 2017. Mr. Johnston testified that he did not know that his deposition had been
6  requested in June and did not know that Plaintiffs had served a notice for his
7  deposition to take place on June 30, 2017.

8      25.    Mr. Johnston also testified during his deposition about his personal use
9  of a laptop computer, a desktop computer, and several external hard drives, which
10 he admittedly did not search to determine if they contained any materials responsive
11 to discovery requests in this case.

12     I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct.

14     Executed on this 31st day of July, 2017, at San Francisco, California.

15

16     _____
       Lisa M. Pooley

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:16-cv-02129-SJO (RAOx)
DECL. OF LISA M. POOLEY IN SUPP. OF OPP. TO DEFTS. CITY OF PALOS VERDES ESTATES AND CHIEF
OF POLICE JEFF KEPLEY'S MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUDICATION

13662938.1

# EXHIBIT 1

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx) |
| | PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT ALAN JOHNSTON |
| | Complaint Filed:    March 29, 2016 |
| | Trial Date:          November 7, 2017 |

1             Plaintiffs,

2      v.

3
4
5
6
7
8
9
10
11
12 LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

13             Defendants.

14

15

16 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17      Please take notice that on June 30, 2017 at 9:00 a.m., Plaintiffs Cory

18 Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc.

19 ("Plaintiffs") will take the deposition of Defendant Alan Johnston at Premier

20 Business Center, One Park Plaza, Suite 600, Irvine, CA  92614,

21 (949) 852-4400.  The deposition will be taken from day to day thereafter until

22 completed.

23      NOTICE IS FURTHER GIVEN that the deposing party intends to

24 cause the proceedings to be recorded stenographically through the instant

25 / / /

26 / / /

27 / / /

28 / / /

Case No. 2:16-cv-02129-SJO (RAOx)

13571370.1         PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT ALAN JOHNSTON

1 | visual display of the testimony and will also be recorded by videotape and
2 | audiotape.
3 | DATED: June 15, 2017                    HANSON BRIDGETT LLP

4

5

6 |                                    By: _____
                                         KURT A. FRANKLIN
7 |                                      LISA M. POOLEY
                                         SAMANTHA D. WOLFF
8 |                                      JENNIFER ANIKO FOLDVARY
9 |                                      TYSON M. SHOWER
                                         LANDON D. BAILEY
10 |                                     Attorneys for Plaintiffs
11 |                                     CORY SPENCER, DIANA MILENA
                                         REED, and COASTAL PROTECTION
12 |                                     RANGERS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          -3-                    Case No. 2:16-cv-02129-SJO (RAOx)

1
2

## PROOF OF SERVICE
*Spencer, et al. v. Lunada Bay Boys, et al.*
(Case #2:16-cv-02129-SJO (RAOx))

3  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

4       At the time of service, I was over 18 years of age and not a party to
this action.  I am employed in the County of San Francisco, State of
5  California.  My business address is 425 Market Street, 26th Floor, San
Francisco, CA  94105.

6
      On **June 15, 2017**, I served a true copy of the following document(s)
7  described as:

8              PLAINTIFFS' NOTICE OF DEPOSITION OF
                    DEFENDANT ALAN JOHNSTON

9

10  on the interested parties in this action as follows:

11              SEE ATTACHED SERVICE LIST

12       **BY MAIL:** I enclosed the document(s) in a sealed envelope or
package addressed to the persons at the addresses listed in the Service List
13  and placed the envelope for collection and mailing, following our ordinary
business practices.  I am readily familiar with Hanson Bridgett LLP's practice
14  for collecting and processing correspondence for mailing.  On the same day
that correspondence is placed for collection and mailing, it is deposited in
15  the ordinary course of business with the United States Postal Service, in a
sealed envelope with postage fully prepaid.

16
       I declare under penalty of perjury under the laws of the United States
17  of America that the foregoing is true and correct and that I am employed in
the office of a member of the bar of this Court at whose direction the service
18  was made.

19       Executed on **June 15, 2017**, at San Francisco, California.

20

21                                  *Ann D. Ghiorso*
                                    Ann D. Ghiorso
22

23

24

25

26

27

28

                                        Case No. 2:16-cv-02129-SJO (RAOx)

1

2

SERVICE LIST
*Spencer, et al. v. Lunada Bay Boys, et al.*
(Case #2:16-cv-02129-SJO (RAOx))

3

4 Robert T. Mackey
Peter H. Crossin
Richard P. Dieffenbach
5 John P. Worgul
John E. Stobart
6 VEATCH CARLSON, LLP
1055 Wilshire Blvd., 11th Floor
7 Los Angeles, CA 90017

8

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel:   213.381.2861
Fax:   213.383.6370
E-Mail: rmackey@veatchfirm.com
          pcrossin@veatchfirm.com
          rdieffenbach@veatchfirm.com
          jworgul@veatchfirm.com
          jstobart@veatchfirm.com

9

10 Robert S. Cooper
Audrey S. Olson
BUCHALTER NEMER, APC
11 1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

12

13

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel:   213.891.0700
Fax:   213.896.0400
E-Mail: rcooper@buchalter.com
          aolson@buchalter.com

14 J. Patrick Carey
LAW OFFICES OF J. PATRICK
15 CAREY
1230 Rosecrans Ave., Suite 300
16 Manhattan Beach, CA 90266

17

*(Attorney for Defendant ALAN JOHNSTON a/k/a JALIAN JOHNSTON)*

Tel:   310.526.2237
Fax:   424.456.3131
E-Mail: pat@patcareylaw.com

18

19 Peter T. Haven
HAVEN LAW
1230 Rosecrans Ave., Suite 300
20 Manhattan Beach, CA 90266

21

*(Attorney for Defendant MICHAEL RAY PAPAYANS)*

Tel:   310.272.5353
Fax:   213.477.2137
E-Mail: peter@havenlaw.com

22

23 Edwin J. Richards
Antoinette P. Hewitt
Rebecca L. Wilson
24 Jacob Song
Christopher D. Glos
25 KUTAK ROCK LLP
5 Park Plaza, Suite 1500
26 Irvine, CA 92614-8595

27

28

*(Attorneys for Defendants CITY OF PALOS VERDES and CHIEF OF POLICE JEFF KEPLEY)*

Tel:   949.417.0999
Fax:   949.417.5394
E-Mail: ed.richards@kutakrock.com
          jacob.song@kutakrock.com
          antoinette.hewitt@kutakrock.com
          rebecca.wilson@kutakrock.com

Case No. 2:16-cv-02129-SJO (RAOx)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Dana Alden Fox<br>Edward E. Ward, Jr.<br>Eric Y. Kizirian<br>Tera Lutz<br>LEWIS BRISBOIS BISGAARD &<br>SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | *(Attorneys for Defendant SANG LEE)*<br><br>Tel:  213.580.3858<br>Fax:  213.250.7900<br>E-Mail: dana.fox@lewisbrisbois.com<br>        edward.ward@lewisbrisbois.com<br>        eric.kizirian@lewisbrisbois.com<br>        tera.lutz@lewisbrisbois.com |
| 6<br>7<br>8 | Daniel M. Crowley<br>BOOTH, MITCHEL & STRANGE<br>LLP<br>707 Wilshire Blvd., Suite 4450<br>Los Angeles, CA 90017 | *(Attorneys for Defendant SANG LEE)*<br><br>Tel:  213.738.0100<br>Fax:  213.380.3308<br>E-Mail: dmcrowley@boothmitchel.com |
| 9<br>10<br>11<br>12<br>13 | Mark C. Fields<br>LAW OFFICES OF MARK C.<br>FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | *(Attorney for Defendant ANGELO<br>FERRARA and Defendant N. F.<br>appearing through Guardian Ad Litem,<br>Leonora Ferrara)*<br><br>Tel:  213.948.2349<br>Fax:  213.629.4520<br>E-Mail: fields@markfieldslaw.com |
| 14<br>15<br>16<br>17 | Thomas M. Phillips<br>THE PHILLIPS FIRM<br>800 Wilshire Blvd., Suite 1550<br>Los Angeles, CA 90017 | *(Attorneys for Defendant ANGELO<br>FERRARA)*<br><br>Tel:  213.244.9913<br>Fax:  213.250.7900<br>E-Mail: tphillips@thephillipsfirm.com |
| 18<br>19<br>20<br>21 | Alison K. Hurley<br>Tiffany L. Bacon<br>BREMER WHYTE BROWN &<br>O'MEARA, LLP<br>20320 S.W. Birch St., 2nd Floor<br>Newport Beach, CA 92660 | *(Attorneys for Defendants FRANK<br>FERRARA and CHARLIE FERRARA)*<br><br>Tel:  949.221.1000<br>Fax:  949.221.1001<br>E-Mail: ahurley@bremerwhyte.com<br>        tbacon@bremerwhyte.com |
| 22<br>23<br>24<br>25<br>26<br>27<br>28 | | |

Case No. 2:16-cv-02129-SJO (RAOx)

PROOF OF SERVICE