HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>            Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

|   |   |
|---|---|
| 1 | v. |
| 2 |   |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |
| 12 | Defendants. |

Plaintiffs' Application for Leave to File Documents Under Seal came before this Court for consideration. After full consideration of the matter, this Court finds as follows:

Exhibit 21 (Bates Nos. CITY 7087-7096) to the Declaration of Kurt Franklin in Support of Plaintiffs' Opposition to the City of Palos Verdes Estates and Chief Kepley's Motion for Summary Judgment ("Franklin Declaration") is _not_ a confidential document in that it does not contain sensitive material. The Court therefore rejects the City's designation of "Confidential" and orders this document be filed publicly.

Exhibit 15 to the Franklin Declaration (Defendant Alan Johnston's Cell Phone Record Detail) contains the private information of Defendant Johnston and third parties and therefore _is_ a confidential document containing sensitive material. The Court therefore orders that this document be filed under seal.

IT IS THEREFORE ORDERED that Plaintiffs' Application to File

1  Documents Under Seal is GRANTED IN PART AND DENIED IN PART.

2  Plaintiffs are ordered to file Exhibit 21 publicly and Exhibit 15 under seal.

4  Dated:

        Hon. S. James Otero
        Judge, United States District Court