1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:  (415) 777-3200
6  Facsimile:  (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone:  (916) 442-3333
11 Facsimile:  (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone:  (310) 378-8533
16 Facsimile:  (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF ERRATA AND ERRATA TO DECLARATION OF KURT A. FRANKLIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF KEPLEY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE. SUMMARY** |

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | ADJUDICATION<br><br>Judge: Hon. S. James Otero<br>Date: September 5, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

PLEASE TAKE NOTICE THAT Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. (Plaintiffs) file this Notice of Errata and Errata to correct the following errors contained in the Declaration of Kurt A. Franklin in Support of Plaintiffs' Opposition to the Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Franklin Declaration"), filed on July 31, 2017 at Docket No. 305:

1. Plaintiffs inadvertently attached an incorrect version of Exhibit 16, which is a transcript of the DVD of Swell Life of Chief Timm Browne and Peter McCollum. *See also* Franklin Decl., ¶ 17. Paragraph 17 has also been edited to note that the transcript is of selected excerpts from the DVD of Swell Life.

2. Plaintiffs inadvertently omitted an exhibit from the Franklin Declaration. The omitted exhibit contains a video of two reporters from The Guardian interacting with surfers at Lunada Bay, including Bay Boy Defendant Sang Lee, and Palos Verdes Estates Police Department Service Officer Catherine

1  Placek. This video was previously produced in discovery by Plaintiffs and labeled
2  bates PLTF002054 and is attached to the Franklin Declaration as Exhibit 37.
3       3.    Plaintiffs mistakenly identified Exhibit 35 to the Franklin Declaration
4  as Bates No. PLTF002251. The correct Bates No. is PLTF002055. Paragraph 27 of
5  the Franklin Declaration has been revised to reflect the correct Bates number.
6       4.    Paragraph 18 incorrectly states that Exhibit 34 consists of "select video
7  excerpts from the documentary The Swell Life (2001), Darren McInerney, Director,
8  which documents surfing localism." Language referencing "select video excerpts"
9  has been deleted to properly reflect that Exhibit 34 has been produced in its entirety.
10      Plaintiffs submit a revised version of the Franklin Declaration herewith,
11 which now: (1) includes a corrected Exhibit 16; (2) references The Guardian video
12 at Paragraph 45 and attaches the video at Exhibit 37; (3) references the correct Bates
13 No. for Exhibit 35; and (4) correctly reflects the substance of Exhibit 34. No other
14 changes have been made to the Franklin Declaration, though Plaintiffs resubmit all
15 exhibits to the Franklin Declaration to ensure completeness and clarity.

17 DATED: August 1, 2017               HANSON BRIDGETT LLP

20                                      By:   */s/ Kurt A. Franklin*
21                                            KURT A. FRANKLIN
                                              LISA M. POOLEY
22                                            SAMANTHA D. WOLFF
                                              TYSON M. SHOWER
23                                            LANDON D. BAILEY
24                                            Attorneys for Plaintiffs
                                              CORY SPENCER, DIANA MILENA
25                                            REED, and COASTAL PROTECTION
                                              RANGERS, INC.