HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

CASE NO. 2:16-cv-02129-SJO (RAOx)

**PLAINTIFFS' NOTICE OF LODGING**

Judge: Hon. S. James Otero
Date: September 5, 2017
Time: 10:00 a.m.
Crtrm.: 10C

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Complaint Filed: March 29, 2016
Trial Date: November 7, 2017

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") hereby lodge the following non-paper physical documents:

1. Declaration of **Kurt A. Franklin** in Opposition to Defendants City Of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication:

| Exhibit | Description |
|---|---|
| Ex. 17 | Video taken by Defendant Brant Blakeman on February 13, 2016, bates DEFT.BB081 and DEFT.BB082. |
| Ex. 18 | News correspondent Frank Stoltze of AirTAlk Radio Los Angeles, KPCC 89.3, interviewed Defendant Chief of Police Jeff Kepley regarding localism in Lunada Bay. The radio interview is titled "How surfer 'gang mentality' is keeping people off some SoCal beaches," and dated July 17, 2015. This was produced in discovery at bates. PLTF002251. |
| Ex. 34 | DVD documentary The Swell Life (2001), Darren McInerney, Director, which documents surfing localism, bates |

| | PLTF002249. |
|---|---|
| Ex. 35 | CBS News produced a nationwide news story on Lunada Bay, led by correspondent Carter Evans, bates PLTF002055. |
| Ex. 36 | Video of Officer Aaron Belda interacting with an event participant at Coastal Protection Rangers' 2017 Martin Luther King Jr., whom was intending to file a complaint about violation of the local surfing ordinance, bates PLTF002250. |
| Ex. 37 | Video of two reporters from The Guardian interacting with surfers at Lunada Bay, including Bay Boy Defendant Sang Lee, and Palos Verdes Estates Police Department Service Officer Catherine Placek, bates PLTF002054. |

2. Declaration of **Alicia Apostol** in Support of Plaintiffs' Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment Or, In The Alternative, Summary Adjudication:

| Exhibit | Description |
|---|---|
| Ex. 6 | Video explaining the January 16, 2017 Martin Luther King, Jr. Day event, bates PLTF002059. |

These videos will be lodged with the Court in CD format and served on all parties.

DATED: August 1, 2017

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*

KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.