HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Filed Concurrently with Declaration of Samantha Wolff; Redacted Version of Documents Proposed to be Filed Under Seal; Unredacted Version of Documents Proposed to be Filed Under Seal; and |

|   |   |   |
|---|---|---|
| 1 | v. | [Proposed] Order |
| 2 |   |   |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Complaint Filed:  March 29, 2016<br>Trial Date:      November 7, 2017 |

Pursuant to Local Rule 79-5, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") hereby apply for leave of Court to file the following documents under seal: (1) Plaintiffs' Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, In the Alternative, Summary Adjudication ("Plaintiffs' Opposition"); (2) Plaintiffs' Additional Material Facts in Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Plaintiffs' AMF"); and (3) Declaration of Kurt Franklin in Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Franklin Declaration"). Each of these documents reference information contained in Exhibit 21 to the Franklin Declaration, which Exhibit was also the subject of Plaintiffs' Application for Leave to File Documents Under Seal (Dkt. No. 311).

Exhibit 21 is a report prepared by a third-party investigator retained by the City on an investigation into the source of a leak of a Palos Verdes Estates Police Department undercover operation ("Report"). This Report was produced in discovery by the City of Palos Verdes Estates (City) and marked as "CONFIDENTIAL" pursuant to the parties' stipulated protective order. *See* Franklin Decl. at ¶ 31. Although Plaintiffs dispute the confidential nature of this document, Plaintiffs nonetheless submit this application to file the Report under seal in accordance with the Local Rules and the parties' stipulated protective order.

Counsel for the City was previously informed of Plaintiffs' intent to seek leave to file Exhibit 21 under seal.[1] *See* Declaration of Samantha Wolff In Support of Application for Leave to File Under Seal, filed in support of Plaintiffs' Application to file Exhibit 21 under seal. Dkt. No. 312 ¶ 2.

DATED: August 1, 2017                    HANSON BRIDGETT LLP

By:   */s/ Samantha D. Wolff*
KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

---

[1] Plaintiffs sought leave to file Exhibits 21 and 15 under seal, however, the unredacted/confidential contents Exhibit 15 are not referenced in Plaintiffs' Opposition, Plaintiffs' AMF, or the Franklin Declaration.