HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

1        v.

2

3  LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE

4  LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT

5  BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,

6  MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK

7  FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES

8  ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative

9  capacity; and DOES 1-10,

10

11        Defendants.

12

13

14       Plaintiffs' Application for Leave to File Documents Under Seal came before

15  this Court for consideration.  After full consideration of the matter, this Court finds

16  as follows:

17       The three documents that are the subject of Plaintiffs' Application – (1)

18  Plaintiffs' Opposition to the City of Palos Verdes Estate and Chief of Police Jeff

19  Kepley's Motion for Summary Judgment or, in the alternative, Summary

20  Adjudication ("Plaintiffs' Opposition"); (2) Plaintiffs' Additional Material Facts in

21  Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff

22  Kepley's Motion for Summary Judgment or, in the Alternative, Summary

23  Adjudication ("Plaintiffs' AMF"); and (3) the Declaration of Kurt Franklin in

24  Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff

25  Kepley's Motion for Summary Judgment or, in the Alternative, Summary

26  Adjudication ("Franklin Declaration") – <u>do not</u> contain confidential information

27  insofar as Exhibit 21 (Bates Nos. CITY 7087-7096) to the Franklin Declaration is

13673278.1

1   <u>not</u> a confidential document.  The Court therefore rejects the City's designation of

2   "Confidential," Plaintiffs' Application to File Documents Under Seal is DENIED,

3   and Plaintiffs are ordered to publicly file unredacted copies of Plaintiffs' Opposition,

4   Plaintiffs' AMF, and the Franklin Declaration in accordance with the Local Rules.

5       IT IS SO ORDERED.

6

7   Dated: _____

8                                         _____
                                          Hon. S. James Otero
9                                         Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28