# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | August 1, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS:

This matter is before the Court on Plaintiffs' Application for Leave to File Documents Under Seal. (See ECF No. 311.) After full consideration of the matter, this Court finds as follows:

Exhibit 21 (Bates Nos. CITY 7087-7096) to the Declaration of Kurt Franklin filed in support of Plaintiffs' Opposition to the City of Palos Verdes Estates (the "City") and Chief Kepley's Motion for Summary Judgment ("Franklin Declaration") does not contain confidential informationt that cannot be publicly filed. The Court therefore rejects the City's designation of "Confidential" and ORDERS that this document be filed publicly. By contrast, Exhibit 15 to the Franklin Declaration (Defendant Alan Johnston's Cell Phone Record Detail) contains private information relating both to Defendant Johnston and to third parties and therefore should be sealed from public view. The Court therefore ORDERS that this document be filed under seal.

| | : | 0/00 |
|---|---|---|
| Initials of Preparer | | vpc |