UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | August 2, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         IN CHAMBERS -

This matter is before the Court on Plaintiffs' Application for Leave to File Documents Under Seal.  (See ECF Nos. 316 and 317.)  After full consideration of the matter, this Court finds as follows:

The three documents that are the subject of Plaintiff's Application-- (1) Plaintiffs' Opposition to the City of Palos Verdes Estate and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the alternative, Summary Adjudication ("Plaintiffs' Opposition"); (2) Plaintiffs' Additional Material Facts in Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Plaintiffs' AMF"); and (3) the Declaration of Kurt Franklin in Opposition to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Franklin Declaration")-- do not contain confidential information that cannot be publicly filed. Plaintiff's Application to File Documents Under Seal is therefore DENIED and the Court ORDERS that these documents be filed publicly.

|  | : |  |
|---|---|---|
| Initials of Preparer | | vpc |