# EXHIBIT 15

**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED AUGUST 1, 2017**

| # | Party | | Date | Time | Folder | Status | Message |
|---|---|---|---|---|---|---|---|
| | SMS Messages | | | | | | |
| 107 | To: | 8004 Josh Bernstien | 8/19/2016 | 8/19/2016 6:36:05 PM(UTC-7) | Sent | Sent | Patio |
| 108 | To: | 8004 Josh Bernstien | 8/19/2016 | 8/19/2016 6:27:34 PM(UTC-7) | Sent | Sent | To dogggg were fire at the bbq |
| 126 | To: | 0087 Tom Sully | 8/19/2016 | 8/19/2016 3:31:16 PM(UTC-7) | Sent | Sent | Van dine and I are raging patio tonight campfire style for all the good times ever... Spread the word!!! |
| 582 | From: | 1103 | 4/20/2016 | 4/20/2016 5:11:03 PM(UTC-7) | Inbox | Read | I'm avoiding process servers!!! 👍 😉 |
| 617 | To: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:57:15 AM(UTC-7) | Sent | Sent | Got to tell my side of story to detective said it will prob be thrown out... |
| 618 | To: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:56:27 AM(UTC-7) | Sent | Sent | Cops were being cool was only in there for 2 hours |
| 619 | To: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:56:03 AM(UTC-7) | Sent | Sent | Yea pretty gay |
| 620 | From: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:55:24 AM(UTC-7) | Inbox | Read | Bummer |
| 621 | To: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:55:08 AM(UTC-7) | Sent | Sent | Yea true was a warrant out just went and turned self in.. |
| 622 | From: | 0087 Tom Sully | 4/18/2016 | 4/18/2016 10:52:41 AM(UTC-7) | Inbox | Read | Gonna eat then sand a bit heard you got arrested any truth to that? |
| 753 | From: | 3207 | 3/30/2016 | 3/30/2016 11:24:50 AM(UTC-7) | Inbox | Read | News van at the bay...looks like we'll be on TV again... |
| 754 | From: | 9561 Charlie Moet | 3/29/2016 | 3/29/2016 9:51:46 PM(UTC-7) | Inbox | Read | On a happier note. Four day Masters Golf party open house at my place April 7-10. Bring food and booze. Stop by anytime. No Fred! |
| 755 | From: | 5981 | 3/29/2016 | 3/29/2016 9:50:13 PM(UTC-7) | Inbox | Read | Total joke of a lawsuit will fail. Call Dan Dunbar. No "gang" exists. There is no group that meets the definition. There is hopefully no evidence that those named barred the plaintiffs from going surfing and no proof of any physical or economic damage. |
| 756 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:23:13 PM(UTC-7) | Inbox | Read | Probably not a bad idea till shit cools down |
| 757 | To: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:22:19 PM(UTC-7) | Sent | Sent | I'm leavin town!! Fuc this place |
| 758 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:21:31 PM(UTC-7) | Inbox | Read | Sorry that shit nanded in your lap bro |
| 759 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:16:26 PM(UTC-7) | Inbox | Read | (2/2) ying. .just be prepared for shit show talk to bruce roridy good lwyaer just to cover your bases bro |
| 760 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:16:21 PM(UTC-7) | Inbox | Read | (1/2) I bet it was police chief he has photos of all of us she probably just picked from a line up don't trip to hard she has nothin it's not illegal to be anno |
| 761 | To: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:12:41 PM(UTC-7) | Sent | Sent | Yea saw that super gay!! Who narked my name!! So lame!! |
| 762 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:04:37 PM(UTC-7) | Inbox | Read | Read it you're being fingered broham |

| # | From/To | | Date | Timestamp | Folder | Status | Message |
|---|---|---|---|---|---|---|---|
| 763 | From: | 0087 Tom Sully | 3/29/2016 | 3/29/2016 9:04:11 PM(UTC-7) | Inbox | Read | http://www.theinertia.com/surf/surfers-file-a-federal-class-action-suit-against-lunada-bay-surf-gang/ |
| 764 | | | 3/29/2016 | 3/29/2016 8:55:00 PM(UTC-7) | Sent | Sent | Super gay!! How'd they get the names? |
| 765 | From: | 9561 Charlie Moet | 3/29/2016 | 3/29/2016 8:36:43 PM(UTC-7) | Inbox | Read | http://www.theinertia.com/surf/surfers-file-a-federal-class-action-suit-against-lunada-bay-surf-gang/ |
| 766 | From: | 9561 Charlie Moet | 3/29/2016 | 3/29/2016 7:08:19 PM(UTC-7) | Inbox | Read | My source tells me that a that a class action lawsuit is in the works against the "bay boys" and the city of PVE. Probably that Diana bitch. Watch out for subpoenas. Great time to be on the ultra down-low. |
| 844 | From: | 1527 | 3/8/2016 | 3/8/2016 2:56:00 PM(UTC-8) | Inbox | Read | Had to be 6to 8 today, I surfed smaller spot and had fun, got my exercise and did my duty... Cpfairbrother |
| 845 | From: | 1527 | 3/8/2016 | 3/8/2016 2:46:04 PM(UTC-8) | Inbox | Read | When are u leaving tommorow? Talk at bay this eve or first thing in morn? Cpfairbrother |
| 889 | From: | 5909 Ino Humboldt | 3/4/2016 | 3/4/2016 5:21:27 PM(UTC-8) | Inbox | Read | Ya right...lol...to much surf |
| 890 | To: | 5909 Ino Humboldt | 3/4/2016 | 3/4/2016 5:10:14 PM(UTC-8) | Sent | Sent | Will do!! |
| 891 | To: | 5143 Blake Lucas Friend | 3/4/2016 | 3/4/2016 5:10:05 PM(UTC-8) | Sent | Sent | Will be ready about 7-8 ish fire on the patio come down? |
| 892 | From: | 5143 Blake Lucas Friend | 3/4/2016 | 3/4/2016 5:03:54 PM(UTC-8) | Inbox | Read | What's the word? |
| 948 | To: | 1505 Andy Patch | 2/28/2016 | 2/28/2016 11:51:05 AM(UTC-8) | Sent | Sent | Thanks for the heads up!! |
| 949 | From: | 1505 Andy Patch | 2/28/2016 | 2/28/2016 11:48:26 AM(UTC-8) | Inbox | Read | That chick is on the patio right now |
| 1042 | From: To: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:58:13 PM(UTC-8) | Sent | Sent | Sweet roll in |
| 1043 | To: From: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:57:52 PM(UTC-8) | Inbox | Read | I'm here |
| 1044 | From: To: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:50:01 PM(UTC-8) | Sent | Sent | Awesome dude I'm here!! |
| 1045 | To: From: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:41:53 PM(UTC-8) | Inbox | Read | Headed your way. 10min |
| 1046 | From: To: | 3303 7393 Bruce New | 2/13/2016 | 2/13/2016 3:25:17 PM(UTC-8) | Sent | Sent | Ok buddy !! Lemme know |
| 1047 | To: From: | 3303 7393 Bruce New | 2/13/2016 | 2/13/2016 3:24:50 PM(UTC-8) | Inbox | Read | Hang on he is not ready yet....... |
| 1048 | From: To: | 3303 7393 Bruce New | 2/13/2016 | 2/13/2016 3:21:58 PM(UTC-8) | Sent | Sent | Ok cool I'll roll down in an hour or two!! Surf was amazing today!! |
| 1049 | To: From: | 3303 7393 Bruce New | 2/13/2016 | 2/13/2016 3:12:35 PM(UTC-8) | Inbox | Read | Can any time its a short ride |
| 1050 | To: From: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:07:55 PM(UTC-8) | Inbox | Read | Of course |
| 1051 | From: To: | 3303 5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:03:37 PM(UTC-8) | Sent | Sent | Cool awesome!! Can u roll a bit further to my house? I don't have my car?!! |

| # | Dir | Contact | Date | Timestamp | Folder | Status | Message |
|---|---|---|---|---|---|---|---|
| 1052 | To:<br>From: | 3303<br>5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 3:01:52 PM(UTC-8) | Inbox | Read | Yup. Gonna go to golden cove in a bit. 30 min. |
| 1053 | From:<br>To: | 3303<br>5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 2:58:49 PM(UTC-8) | Sent | Sent | Cool buddy awesome!! Can u roll by Pv? |
| 1054 | From:<br>To: | 3303<br>1810 Bradp Travers | 2/13/2016 | 2/13/2016 2:58:07 PM(UTC-8) | Sent | Sent | Thanks dude made it home!! |
| 1055 | From:<br>To: | 3303<br>7393 Bruce New | 2/13/2016 | 2/13/2016 2:57:51 PM(UTC-8) | Sent | Sent | Really awesome thanks brother!! When do u want to do this? |
| 1056 | To:<br>From: | 3303<br>1810 Bradp Travers | 2/13/2016 | 2/13/2016 1:08:15 PM(UTC-8) | Inbox | Read | Dont see any cops at the top |
| 1057 | To:<br>From: | 3303<br>5143 Blake Lucas Friend | 2/13/2016 | 2/13/2016 12:51:15 PM(UTC-8) | Inbox | Read | Henever you are ready brother. I am off work. |
| 1058 | To:<br>From: | 3303<br>7393 Bruce New | 2/13/2016 | 2/13/2016 11:54:40 AM(UTC-8) | Inbox | Read | Got that sold bro 2! |
| 1059 | To: | 3303 | 2/13/2016 | 2/13/2016 10:15:27 AM(UTC-8) | Inbox | Read | Out of town onn my way home |
| 1599 | To: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:35:06 PM(UTC-7) | Sent | Sent | K doggy |
| 1600 | From: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:31:35 PM(UTC-7) | Inbox | Read | Just call when you're out front of Grandma's house |
| 1601 | From: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:29:35 PM(UTC-7) | Inbox | Read | Shoots my chick has to get ready |
| 1602 | General: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:28:02 PM(UTC-7) | | Unknown | |
| 1603 | To: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:28:02 PM(UTC-7) | Sent | Sent | Sure gimme a few bra |
| 1604 | From: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:27:29 PM(UTC-7) | Inbox | Read | Grandma's can you pick me up for sun set? |
| 1605 | General: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:26:06 PM(UTC-7) | | Unknown | |
| 1606 | To: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:26:06 PM(UTC-7) | Sent | Sent | Ya male where u at? |
| 1607 | From: | 0547 Adam Miller | 7/26/2015 | 7/26/2015 7:13:14 PM(UTC-7) | Inbox | Read | What beers at bay are you around |
| 1681 | From: | 7879 James Sully Friend | 6/19/2015 | 6/19/2015 8:29:57 PM(UTC-7) | Inbox | Read | Hey bro, was trying to contact u, headin back to lunada. Where's J live? |
| 1682 | To: | 7879 James Sully Friend | 6/19/2015 | 6/19/2015 8:27:48 PM(UTC-7) | Sent | Sent | Jaliens phone |
| 1683 | To: | 7879 James Sully Friend | 6/19/2015 | 6/19/2015 8:27:27 PM(UTC-7) | Sent | Sent | Hey it's sully my reception sucks here I'm in Luanda at jaliens |
| 1747 | To: | 5005 Jason Stafford | 6/4/2015 | 6/4/2015 5:38:55 PM(UTC-7) | Sent | Sent | Hey I'm at the bay zach drove off and left his insurance card on the ground dunno if u wanna txt him real quick I'll still be here |
| 1748 | From: | 0547 Adam Miller | 6/3/2015 | 6/3/2015 3:54:57 PM(UTC-7) | Inbox | Read | Can u pick me up at my grandma's I will by beer |
| 1749 | General: | 0547 Adam Miller | 6/3/2015 | 6/3/2015 3:54:11 PM(UTC-7) | | Unknown | |
| 1750 | To: | 0547 Adam Miller | 6/3/2015 | 6/3/2015 3:54:11 PM(UTC-7) | Sent | Sent | Meet u at point trail |
| 1751 | From: | 0547 Adam Miller | 6/3/2015 | 6/3/2015 3:52:07 PM(UTC-7) | Inbox | Read | On my way to LB |
| 1752 | To: | 0547 Adam Miller | 6/3/2015 | 6/3/2015 3:51:52 PM(UTC-7) | Sent | Sent | Ok cool Lemme know cops at bay somebody got hurt |
| 1781 | To: | 0547 Adam Miller | 6/2/2015 | 6/2/2015 1:32:32 PM(UTC-7) | Sent | Sent | Dunno maybe roll by |
| 1782 | From: | 0547 Adam Miller | 6/2/2015 | 6/2/2015 1:32:15 PM(UTC-7) | Inbox | Read | Is there any waves at DA bay |
| 2020 | To:<br>From: | 3303<br>9561 Charlie Moet | 3/12/2015 | 3/12/2015 6:43:47 PM(UTC-7) | Inbox | Read | Post. |
| 2021 | To:<br>From: | 3303<br>9561 Charlie Moet | 3/12/2015 | 3/12/2015 6:18:40 PM(UTC-7) | Inbox | Read | Got Sully and Mel here. Going to cruise down to the bay for sunset. See you here or there |

## Chat Messages

| # | Start Time: Date | Start Time: Time | Participants | Source | From | To | Body | Status | Timestamp: Date | Timestamp: Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 1112 | 2/19/2016 | 2/19/2016 5:43:54 PM(UTC-8) | 3303 (owner) 5658 Devon Pbc | iMessage: 3303 | 5658 Devon Pbc | | 😂😂😂😂still @ patio | Read | 2/19/2016 | 2/19/2016 5:43:54 PM(UTC-8) |
| 1188 | 3/1/2016 | 3/1/2016 11:40:05 AM(UTC-8) | 3303 (owner) 0661 | iMessage: 3303 | 0661 | | Hey Jalian, It's Cobber. You around right now? I could stop by and grab that hat. I have some offerings for the hat art | Read | 3/1/2016 | 3/1/2016 11:40:05 AM(UTC-8) |
| 1189 | 3/1/2016 | 3/1/2016 1:37:51 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | 3303 | | Hey bro I'm at patio!! | Sent | 3/1/2016 | 3/1/2016 1:37:51 PM(UTC-8) |
| 1195 | 3/2/2016 | 3/2/2016 2:52:10 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | Epic patio Rager. Got wood and beer. Not leaving. Get down here. | Read | 3/2/2016 | 3/2/2016 2:52:10 PM(UTC-8) |
| 1245 | 3/5/2016 | 3/5/2016 3:32:18 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | 3303 | | Hey I think Devon left her phone at the patio on table | Sent | 3/5/2016 | 3/5/2016 3:32:18 PM(UTC-8) |
| 3654 | 8/19/2016 | 8/19/2016 3:30:01 PM(UTC-7) | 3303 (owner) | iMessage: 3303 | 3303 | | Van dine and I are raging patio tonight campfire style for all the good times ever... Spread the word!!! | Sent | 8/19/2016 | 8/19/2016 3:30:01 PM(UTC-7) |
| 2058 | 4/16/2016 | 4/16/2016 8:45:05 AM(UTC-7) | 3303 (owner) 9329 Jan Weekley | iMessage: 3303 | 9329 Jan Weekley | | Pve cops came by, wanted to talk to u I gave them cell | Read | 4/16/2016 | 4/16/2016 8:45:05 AM(UTC-7) |
| 2244 | 4/21/2016 | 4/21/2016 7:41:41 PM(UTC-7) | 3303 (owner) 8696 Matias Sandoval | iMessage: 3303 | 8696 Matias Sandoval | | No problem. Tomorrow is earth day. I'm thinking about picking up some trash at the bay in the am. Pass it on. | Read | 4/21/2016 | 4/21/2016 7:41:41 PM(UTC-7) |
| 212 | 6/4/2015 | 6/4/2015 5:37:55 PM(UTC-7) | 3303 (owner) | iMessage: 3303 | 3303 | | At bay male | Sent | 6/4/2015 | 6/4/2015 5:37:55 PM(UTC-7) |
| 339 | 6/19/2015 | 6/19/2015 3:56:13 PM(UTC-7) | 3303 (owner) 3422 Marshall Leo Friend | iMessage: 3303 | 3422 Marshall Leo Friend | | Just got to the bay | Read | 6/19/2015 | 6/19/2015 3:56:13 PM(UTC-7) |
| 1032 | 2/12/2016 | 2/12/2016 11:04:16 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | No fucking way Taloa is back this year? | Read | 2/12/2016 | 2/12/2016 11:04:16 PM(UTC-8) |
| 1033 | 2/12/2016 | 2/12/2016 11:04:21 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | 3303 | | If u really wanna be a bay boy we might meet help tomm | Sent | 2/12/2016 | 2/12/2016 11:04:21 PM(UTC-8) |
| 1034 | 2/12/2016 | 2/12/2016 11:05:15 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | Fuck I'm supposed to surf BA tomorrow morning early then set up this party for my babe all morning but if you ever need me I'm fucking there | Read | 2/12/2016 | 2/12/2016 11:05:15 PM(UTC-8) |
| 1035 | 2/12/2016 | 2/12/2016 11:05:18 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | Straight up | Read | 2/12/2016 | 2/12/2016 11:05:18 PM(UTC-8) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1036 | 2/12/2016 | 2/12/2016 11:05:36 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | Anywhere in Pv especially your home break is special to me | Read | 2/12/2016 | 2/12/2016 11:05:36 PM(UTC-8) |
| 1037 | 2/12/2016 | 2/12/2016 11:08:03 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | 3303 | | Could be a great help if ur there !!! Supposed to be a police setup at our spot calling all gards | Sent | 2/12/2016 | 2/12/2016 11:08:03 PM(UTC-8) |
| 1038 | 2/12/2016 | 2/12/2016 11:19:34 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | | | Fuck ok well I am gunna get up and try to crack it at BA cuz we're short on crew as well but tide could very well plug it and I'll shoot over. Either way I'll hit u up in the morning early to see what's the haps | Read | 2/12/2016 | 2/12/2016 11:19:34 PM(UTC-8) |
| 1045 | 2/13/2016 | 2/13/2016 3:51:14 PM(UTC-8) | 3303 (owner) 9329 Jan Weekley | iMessage: 3303 | 9329 Jan Weekley | | I miss my Crickey already! How is she? What happened at the bay? | Read | 2/13/2016 | 2/13/2016 3:51:14 PM(UTC-8) |
| 1046 | 2/13/2016 | 2/13/2016 4:11:17 PM(UTC-8) | 3303 (owner) | iMessage: 3303 | 3303 | | She's good!! Nothing happened really couple trolls they got nothing | Sent | 2/13/2016 | 2/13/2016 4:11:17 PM(UTC-8) |
| 1050 | 2/14/2016 | 2/14/2016 12:05:16 PM(UTC-8) | 3303 (owner) 7722 Sean Vandine | iMessage: 3303 | 7722 Sean Vandine | | point now good | Read | 2/14/2016 | 2/14/2016 12:05:16 PM(UTC-8) |
| 1836 | 4/6/2016 | 4/6/2016 7:13:57 PM(UTC-7) | 3303 (owner) | iMessage: 3303 | 3303 | | Haha stir the pot with heckling!! Bra us locs are gettin sued over here for being locs | Sent | 4/6/2016 | 4/6/2016 7:13:57 PM(UTC-7) |
| 1837 | 4/6/2016 | 4/6/2016 7:23:44 PM(UTC-7) | 3303 (owner) 1833 Logan Coke | iMessage: 3303 | 1833 Logan Coke | | How so ? | Read | 4/6/2016 | 4/6/2016 7:23:44 PM(UTC-7) |
| 1838 | 4/6/2016 | 4/6/2016 7:36:10 PM(UTC-7) | 3303 (owner) | iMessage: 3303 | 3303 | | Dude I guess anyone can sue anyone for no reason!!! | Sent | 4/6/2016 | 4/6/2016 7:36:10 PM(UTC-7) |
| 1839 | 4/6/2016 | 4/6/2016 7:36:54 PM(UTC-7) | 3303 (owner) | iMessage: 3303 | 3303 | | http://www.theinertia.com/surf/surfers-file-a-federal-class-action-suit-against-lunada-bay-surf-gang/ | Sent | 4/6/2016 | 4/6/2016 7:36:54 PM(UTC-7) |

| | Call Log | | | | |
|---|---|---|---|---|---|
| # | Parties | Date | Time | Duration | Call Type |
| 11 | **To:** 6932 Mark Arico | 8/25/2016 | 8/25/2016 9:23:50 PM(UTC-7) | 00:25:29 | Outgoing |
| 12 | **From:** 6932 Mark Arico | 8/25/2016 | 8/25/2016 8:50:45 PM(UTC-7) | 00:00:00 | Missed |
| 369 | **From:** 6932 Mark Arico | 4/18/2016 | 4/18/2016 1:08:23 PM(UTC-7) | 00:05:39 | Incoming |
| 370 | **From:** 6932 Mark Arico | 4/18/2016 | 4/18/2016 1:06:25 PM(UTC-7) | 00:00:40 | Incoming |
| 430 | **From:** 6932 Mark Arico | 4/8/2016 | 4/8/2016 7:54:20 PM(UTC-7) | 00:09:56 | Incoming |
| 431 | **To:** 6932 Mark Arico | 4/8/2016 | 4/8/2016 7:33:04 PM(UTC-7) | 00:00:53 | Outgoing |
| 432 | **From:** 6932 Mark Arico | 4/8/2016 | 4/8/2016 7:19:12 PM(UTC-7) | 00:00:00 | Missed |
| 490 | **To:** 6932 Mark Arico | 4/1/2016 | 4/1/2016 11:36:00 PM(UTC-7) | 00:00:59 | Outgoing |
| 492 | **From:** 6932 Mark Arico | 4/1/2016 | 4/1/2016 8:54:31 PM(UTC-7) | 00:00:00 | Missed |
| 620 | **To:** 6932 Mark Arico | 3/7/2016 | 3/7/2016 12:13:52 PM(UTC-8) | 00:00:27 | Outgoing |
| 622 | **To:** 6932 Mark Arico | 3/6/2016 | 3/6/2016 2:37:26 PM(UTC-8) | 00:03:41 | Outgoing |
| 624 | **From:** 6932 Mark Arico | 3/5/2016 | 3/5/2016 11:01:39 PM(UTC-8) | 00:00:00 | Missed |
| 625 | **From:** 6932 Mark Arico | 3/5/2016 | 3/5/2016 7:45:32 PM(UTC-8) | 00:00:00 | Missed |
| 636 | **To:** 9561 Charlie Moet | 3/5/2016 | 3/5/2016 4:00:01 PM(UTC-8) | 00:00:04 | Outgoing |
| 640 | **To:** 9561 Charlie Moet | 3/5/2016 | 3/5/2016 3:31:22 PM(UTC-8) | 00:00:09 | Outgoing |
| 642 | **From:** 6932 Mark Arico | 3/5/2016 | 3/5/2016 6:49:38 AM(UTC-8) | 00:00:00 | Missed |
| 645 | **From:** 6932 Mark Arico | 3/4/2016 | 3/4/2016 12:48:56 PM(UTC-8) | 00:00:00 | Missed |
| 650 | **To:** 6932 Mark Arico | 3/3/2016 | 3/3/2016 3:08:23 PM(UTC-8) | 00:00:31 | Outgoing |
| 651 | **From:** 6932 Mark Arico | 3/3/2016 | 3/3/2016 3:05:06 PM(UTC-8) | 00:00:00 | Missed |
| 652 | **From:** 6932 Mark Arico | 3/3/2016 | 3/3/2016 3:04:02 PM(UTC-8) | 00:00:00 | Missed |
| 654 | **From:** 6932 Mark Arico | 3/3/2016 | 3/3/2016 1:37:29 PM(UTC-8) | 00:00:53 | Incoming |
| 670 | **From:** 6932 Mark Arico | 2/29/2016 | 2/29/2016 4:33:31 PM(UTC-8) | 00:04:47 | Incoming |
| 701 | **From:** 6932 Mark Arico | 2/25/2016 | 2/25/2016 8:11:32 AM(UTC-8) | 00:00:00 | Missed |
| 704 | **From:** 6932 Mark Arico | 2/24/2016 | 2/24/2016 12:58:07 PM(UTC-8) | 00:00:00 | Missed |
| 738 | **To:** 6932 Mark Arico | 2/15/2016 | 2/15/2016 1:14:38 PM(UTC-8) | 00:02:17 | Outgoing |
| 739 | **From:** 6932 Mark Arico | 2/15/2016 | 2/15/2016 12:57:26 PM(UTC-8) | 00:00:00 | Missed |
| 742 | **From:** 6932 Mark Arico | 2/15/2016 | 2/15/2016 8:40:17 AM(UTC-8) | 00:00:00 | Missed |
| 743 | **To:** 6932 Mark Arico | 2/14/2016 | 2/14/2016 7:46:58 PM(UTC-8) | 00:09:26 | Outgoing |
| 745 | **From:** 9561 Charlie Moet | 2/14/2016 | 2/14/2016 4:29:12 PM(UTC-8) | 00:00:00 | Missed |
| 748 | **From:** 6932 Mark Arico | 2/14/2016 | 2/14/2016 11:42:27 AM(UTC-8) | 00:00:00 | Missed |
| 753 | **To:** 9561 Charlie Moet | 2/13/2016 | 2/13/2016 2:15:53 PM(UTC-8) | 00:01:17 | Outgoing |
| 755 | **From:** 9561 Charlie Moet | 2/13/2016 | 2/13/2016 11:12:14 AM(UTC-8) | 00:00:00 | Missed |
| 874 | **From:** 6932 Mark Arico | 1/21/2016 | 1/21/2016 12:40:09 PM(UTC-8) | 00:00:00 | Missed |
| 932 | **From:** 6932 Mark Arico | 1/13/2016 | 1/13/2016 10:15:34 PM(UTC-8) | 00:07:26 | Incoming |
| 976 | **From:** 1179 Pete Babros | 12/30/2015 | 12/30/2015 5:23:11 PM(UTC-8) | 00:01:35 | Incoming |

| 986 | To: | ▮▮▮▮6932 Mark Arico | 12/27/2015 | 12/27/2015 1:06:02 PM(UTC-8) | 00:00:36 | Outgoing |
|---|---|---|---|---|---|---|
| 988 | From: | ▮▮▮▮6932 Mark Arico | 12/27/2015 | 12/27/2015 11:47:34 AM(UTC-8) | 00:00:00 | Missed |
| 1037 | From: | ▮▮▮▮6932 Mark Arico | 12/3/2015 | 12/3/2015 12:00:30 PM(UTC-8) | 00:08:12 | Incoming |
| 1517 | To: | ▮▮▮▮6932 Mark Arico | 6/2/2015 | 6/2/2015 10:28:50 AM(UTC-7) | 00:01:09 | Outgoing |
| 1518 | From: | ▮▮▮▮6932 Mark Arico | 6/2/2015 | 6/2/2015 7:43:55 AM(UTC-7) | 00:00:00 | Missed |
| 1653 | To: | ▮▮▮▮6932 Mark Arico | 3/22/2015 | 3/22/2015 4:42:40 PM(UTC-7) | 00:05:40 | Outgoing |
| 1663 | From: | ▮▮▮▮6932 Mark Arico | 3/20/2015 | 3/20/2015 5:54:05 PM(UTC-7) | 00:02:43 | Incoming |