HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' REQUEST FOR JUDICIAL NOTICE IN OPP. TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALT., SUMMARY ADJUD.

13666135.1

|   |   |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:   Hon. S. James Otero<br>Date:    September 5, 2017<br>Time:    10:00 a.m.<br>Crtrm.:   10C<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:       November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") respectfully request this Court take judicial notice, pursuant to Rule 201(b)(2) of the Federal Rules of Civil Procedure, of the following:

1. Attached as Exhibit A is a true and correct copy of a February 6, 2014 Easy Reader News article authored by Rachel Reeves, entitled "Lunada Bay localism faces a new challenge." This article is available online through the Easy Reader News website at: https://www.easyreadernews.com/lunada-bay-localism-faces-new-challenge/;

2. Attached as Exhibit B is a true and correct copy of a May 8, 1995 Los Angeles Times article authored by Tony Perry, entitled "Turf Wars Spoil Sanctity of Southland Surf Beaches : Violence: Popularity leads to crowding. Charges that one group attacked outsiders highlight the problem." This article is available online through the Los Angeles Times website at: http://articles.latimes.com/1995-05-08/news/mn-63795_1_lunada-bay;

3. Attached as Exhibit C is a true and correct copy of a May 9, 2016 LA

Weekly article authored by Hillel Aron, entitled "Can a Cop, a Model and Two Lawyers Break a Surf Gang's 45-Year Grip on Lunada Bay?"  This article is available online through LA Weekly's website at:

http://www.laweekly.com/news/can-a-cop-a-model-and-two-lawyers-break-a-surf-gang-s-45-year-grip-on-lunada-bay-6902450.

The Court may take judicial notice of Exhibits A, B, and C under Federal Rule of Civil Procedure 201(b)(2) because these documents can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

DATED:  August 7, 2017                         HANSON BRIDGETT LLP

By:      */s/ Kurt A. Franklin*
KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

13666135.1

-3-   Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' REQUEST FOR JUDICIAL NOTICE IN OPP. TO INDIVIDUAL DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALT., SUMMARY ADJUD..