EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[Exempt From Filing Fees Pursuant To Government Code § 6103]**<br><br>**DECLARATION OF CHRISTOPHER D. GLOS IN SUPPORT OF CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Reply; Opposition & Objections to Request for Judicial Notice; Evidentiary Response to Additional Material Facts; Evidentiary Objections]<br><br>[FRCP Rule 56]<br><br>Date: September 5, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 10C; Hon. S. JAMES OTERO<br><br>Complaint Filed: March 29, 2016<br>Trial: November 7, 2017 |

Kutak Rock LLP
Attorneys At Law
Irvine

4835-9358-8300.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO REPLY TO MSJ

# **DECLARATION OF CHRISTOPHER D. GLOS**

I, Christopher D. Glos, declare as follows:

1. I am a partner with the law firm Kutak Rock, LLP, counsel of record for Defendants City of Palos Verdes Estates (the "City") and Chief of Police Jeff Kepley ("Kepley") in the above captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. Plaintiffs served an Amended Notice of Deposition of Person Most Knowledgeable for Defendant City of Palos Verdes Estates ("Amended Deposition Notice"). Please find attached hereto as Exhibit "I" a true and correct copy of the Amended Deposition Notice. The Amended Deposition Notice sets forth a number of examination categories. The City produced Tony Best, Police Captain, to address Beaches and Surfing within Palos Verdes Estates; City Policing; and City [Police Department] Non-Discrimination Efforts. It produced Tony Dalherbruch, City Manager, address City Non-Discrimination Efforts and City Document Retention and Deputy City Manager Sheri Repp Loadsman to address the California Coastal Act and the City's Local Coastal Program.

3. The Amended Deposition Notice, while setting forth numerous examination categories, does not identify a category regarding (1) "traffic citations issued to non-residents versus residents"; (2) "traffic citations issued to persons of color versus Caucasians"; (3) "bookings of non-residents versus residents"; and (4) "bookings in the City jail involving persons of color versus Caucasians". Plaintiffs AMPF 137-138 and 146-147 improperly insinuate that the City should have been prepared to address questions on topics not noticed. *See* Exhibit "I".

///

///

///

Kutak Rock LLP
Attorneys At Law
Irvine

4835-9358-8300.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO REPLY TO MSJ

4.  Moreover, the Amended Deposition Notice does not request documents or data. Still Plaintiffs AMPG 137-138 and 146-147 improperly insinuate that the City failed to produce evidence at the depositions. *See* Exhibit "I".

5.  Plaintiffs' PAMF 189 and 191 insinuate the City withheld evidence. Please find attached hereto as Exhibit "J" a true and correct copy of the City's Responses to Plaintiff Cory Spencer's Interrogatories (Set Two) regarding discovery seeking access to police officer's personal cell phones. The responses are dated April, 2017. The Exhibit, as well as the exhibit attached to Exhibit "J" shows Plaintiffs were aware months before the June 22, 2017 deposition of Steven Barber that the Palos Verdes Police Officer's Association – not a part of the City – objected to the production of police officer personal cell phone data.

6.  Please find attached hereto as Exhibit "K" true and correct copies of select portions of Steven Barber's June 22, 2017 Deposition that was not included in Plaintiffs' evidence. It shows that Sergeant Barber was represented at his deposition by this personal attorney.

7.  Please find attached hereto as Exhibit "L" true and correct copies of additional select portions of the November 18, 2016 deposition testimony of Anton Dahlerbruch.

8.  Please find attached hereto as Exhibit "M" true and correct copies of select portions of the Kenneth Claypool's June 13, 2017 Deposition.

9.  Please find attached hereto as Exhibit "N" true and correct copies of select portions of the July 12, 2017 Deposition of the City of Palos Verdes Estates through and by Tony Best.

10. Please find attached hereto as Exhibit "O" true and correct copies of additional select portions of Jeff Kepley's October 10, 2016 Deposition.

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4835-9358-8300.1
11317-242

- 3 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO REPLY TO MSJ

11. Please find attached hereto as Exhibit "P" true and correct copies of selection portions of Catherine Placek's June 23, 2017 Deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of August 2017 at Irvine, California.

                                                                 *s/ Christopher D. Glos*
                                                                 Christopher D. Glos

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4835-9358-8300.1
11317-242

- 4 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO REPLY TO MSJ