# EXHIBIT 1

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
JENNIFER ANIKO FOLDVARY, SBN 292216
jfoldvary@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT ALAN JOHNSTON**<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

Plaintiffs,

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on June 30, 2017 at 9:00 a.m., Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") will take the deposition of Defendant Alan Johnston at Premier Business Center, One Park Plaza, Suite 600, Irvine, CA 92614, (949) 852-4400. The deposition will be taken from day to day thereafter until completed.

NOTICE IS FURTHER GIVEN that the deposing party intends to cause the proceedings to be recorded stenographically through the instant

/ / /

/ / /

/ / /

/ / /

visual display of the testimony and will also be recorded by videotape and audiotape.

DATED: June 15, 2017

HANSON BRIDGETT LLP

By: /s/ Lisa M. Pooley

KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
JENNIFER ANIKO FOLDVARY
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

PROOF OF SERVICE
*Spencer, et al. v. Lunada Bay Boys, et al.*
**(Case #2:16-cv-02129-SJO (RAOx))**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On **June 15, 2017**, I served a true copy of the following document(s) described as:

**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT ALAN JOHNSTON**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 15, 2017**, at San Francisco, California.

Ann D. Ghiorso
Ann D. Ghiorso

**SERVICE LIST**
***Spencer, et al. v. Lunada Bay Boys, et al.***
**(Case #2:16-cv-02129-SJO (RAOx))**

Robert T. Mackey
Peter H. Crossin
Richard P. Dieffenbach
John P. Worgul
John E. Stobart
VEATCH CARLSON, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel: 213.381.2861
Fax: 213.383.6370
E-Mail: rmackey@veatchfirm.com
pcrossin@veatchfirm.com
rdieffenbach@veatchfirm.com
jworgul@veatchfirm.com
jstobart@veatchfirm.com

Robert S. Cooper
Audrey S. Olson
BUCHALTER NEMER, APC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel: 213.891.0700
Fax: 213.896.0400
E-Mail: rcooper@buchalter.com
aolson@buchalter.com

J. Patrick Carey
LAW OFFICES OF J. PATRICK CAREY
1230 Rosecrans Ave., Suite 300
Manhattan Beach, CA 90266

*(Attorney for Defendant ALAN JOHNSTON a/k/a JALIAN JOHNSTON)*

Tel: 310.526.2237
Fax: 424.456.3131
E-Mail: pat@patcareylaw.com

Peter T. Haven
HAVEN LAW
1230 Rosecrans Ave., Suite 300
Manhattan Beach, CA 90266

*(Attorney for Defendant MICHAEL RAY PAPAYANS)*

Tel: 310.272.5353
Fax: 213.477.2137
E-Mail: peter@havenlaw.com

Edwin J. Richards
Antoinette P. Hewitt
Rebecca L. Wilson
Jacob Song
Christopher D. Glos
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595

*(Attorneys for Defendants CITY OF PALOS VERDES and CHIEF OF POLICE JEFF KEPLEY)*

Tel: 949.417.0999
Fax: 949.417.5394
E-Mail: ed.richards@kutakrock.com
jacob.song@kutakrock.com
antoinette.hewitt@kutakrock.com
rebecca.wilson@kutakrock.com

| | |
|---|---|
| Dana Alden Fox<br>Edward E. Ward, Jr.<br>Eric Y. Kizirian<br>Tera Lutz<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA 90071 | *(Attorneys for Defendant SANG LEE)*<br><br>Tel: 213.580.3858<br>Fax: 213.250.7900<br>E-Mail: dana.fox@lewisbrisbois.com<br>edward.ward@lewisbrisbois.com<br>eric.kizirian@lewisbrisbois.com<br>tera.lutz@lewisbrisbois.com |
| Daniel M. Crowley<br>BOOTH, MITCHEL & STRANGE LLP<br>707 Wilshire Blvd., Suite 4450<br>Los Angeles, CA 90017 | *(Attorneys for Defendant SANG LEE)*<br><br>Tel: 213.738.0100<br>Fax: 213.380.3308<br>E-Mail: dmcrowley@boothmitchel.com |
| Mark C. Fields<br>LAW OFFICES OF MARK C. FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | *(Attorney for Defendant ANGELO FERRARA and Defendant N. F. appearing through Guardian Ad Litem, Leonora Ferrara)*<br><br>Tel: 213.948.2349<br>Fax: 213.629.4520<br>E-Mail: fields@markfieldslaw.com |
| Thomas M. Phillips<br>THE PHILLIPS FIRM<br>800 Wilshire Blvd., Suite 1550<br>Los Angeles, CA 90017 | *(Attorneys for Defendant ANGELO FERRARA)*<br><br>Tel: 213.244.9913<br>Fax: 213.250.7900<br>E-Mail: tphillips@thephillipsfirm.com |
| Alison K. Hurley<br>Tiffany L. Bacon<br>BREMER WHYTE BROWN & O'MEARA, LLP<br>20320 S.W. Birch St., 2nd Floor<br>Newport Beach, CA 92660 | *(Attorneys for Defendants FRANK FERRARA and CHARLIE FERRARA)*<br><br>Tel: 949.221.1000<br>Fax: 949.221.1001<br>E-Mail: ahurley@bremerwhyte.com<br>tbacon@bremerwhyte.com |