# EXHIBIT 2

| | |
|---|---|
| **From:** | Lisa M. Pooley <lpooley@hansonbridgett.com> |
| **Sent:** | Wednesday, July 26, 2017 11:38 AM |
| **To:** | rdieffenbach@veatchfirm.com; rmackey@veatchfirm.com; pcrossin@veatchfirm.com; jworgul@veatchfirm.com; jstobart@veatchfirm.com; rcooper@buchalter.com |
| **Cc:** | Kurt A. Franklin; Samantha Wolff; Victor Otten (vic@ottenlawpc.com); Ann D. Ghiorso |
| **Subject:** | Spencer v Lunada Bay Boys |

Dear Counsel:

Having received your Notice of Lodging A Video in support of Mr. Blakeman's motion for summary judgment, we are puzzled by the fact that we have not received a copy of what you submitted to the Court. Such an ex parte submission is improper. Please immediately provide us with a copy of what you lodged with the Court. Also, to the extent what you submitted has been Bates-labeled or otherwise marked in discovery proceedings, please provide us with the identification information.

Thank you.

Regards,

Lisa

**Lisa M. Pooley**
**Partner**
Hanson Bridgett LLP
(415) 995-5051 Direct
(415) 995-3405 Fax
lpooley@hansonbridgett.com



425 Market Street, 26th Floor
San Francisco, CA 94105

San Francisco | Sacramento | North Bay | East Bay   

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.