1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone: (415) 777-3200
6  Facsimile: (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone: (916) 442-3333
11 Facsimile: (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone: (310) 378-8533
16 Facsimile: (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.

19

20                    **UNITED STATES DISTRICT COURT**

21              **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

22

23  CORY SPENCER, an individual;                CASE NO. 2:16-cv-02129-SJO (RAOx)
    DIANA MILENA REED, an
24  individual; and COASTAL                     **PLAINTIFFS' OBJECTIONS TO**
    PROTECTION RANGERS, INC., a                 **DEFENDANT BRANT BLAKEMAN'S**
25                                              **EVIDENCE IN SUPPORT OF HIS**
    California non-profit public benefit        **MOTION FOR SUMMARY**
26  corporation,                                **JUDGMENT, OR IN THE**
                                                **ALTERNATIVE FOR SUMMARY**
27                                              **ADJUDICATION OF CLAIMS**
                 Plaintiffs,
28
                                                Case No. 2:16-cv-02129-SJO (RAOx)

|   |   |
|---|---|
| v. | |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br>Defendants. | Judge:     Hon. S. James Otero<br>Date:      September 5, 2017<br>Time:      10:00 a.m.<br>Crtrm.:    10C<br><br><br>Complaint Filed:  March 29, 2016<br>Trial Date:       November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed and Coastal Protection Rangers, Inc. (collectively referred to as "Plaintiffs") hereby object to the following evidence presented by Defendant Brant Blakeman ("Defendant") in connection with Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication set for hearing on September 5, 2017, before this Court:

**A.   OBJECTION TO DECLARATION OF RICHARD P. DIEFFENBACH IN SUPPORT OF DEFENDANT BRANT BLAKEMAN'S MOTION FOR SUMMARY JUDGMENT, EXHIBIT A**

| **Evidence:** | **Objections:** |
|---|---|
| 1. Declaration of Richard P. Dieffenbach, Ex. A. | 1. This evidence is inadmissible because it has not been properly authenticated, the declarant has not stated facts |

| Evidence: | Objections: |
|---|---|
|  | demonstrating that he has personal knowledge of the creation of the video, its contents, or what occurred in the video, and to the extent that it contains inadmissible hearsay.  FRE 901, 602, 802. Additionally, this evidence is inadmissible because Defendant failed to serve Plaintiffs with this evidence, which he lodged with the Court in support of this Motion. (*See* Declaration of Lisa M. Pooley in Support of Plaintiffs' Opposition to Individual Defendants' Motions for Summary Judgment or, in the alternative, Summary Adjudication, ¶¶ 23-25.) |

DATED:  August 7, 2017    HANSON BRIDGETT LLP


By:     */s/ Kurt A. Franklin*
       KURT A. FRANKLIN
       LISA M. POOLEY
       SAMANTHA D. WOLFF
       TYSON M. SHOWER
       LANDON D. BAILEY
       Attorneys for Plaintiffs
       CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.