1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:  (415) 777-3200
6  Facsimile:   (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone:  (916) 442-3333
11 Facsimile:   (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone:  (310) 378-8533
16 Facsimile:   (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.

19

20              UNITED STATES DISTRICT COURT

21        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

22

23 CORY SPENCER, an individual;            CASE NO. 2:16-cv-02129-SJO (RAOx)
   DIANA MILENA REED, an
24 individual; and COASTAL                 **PLAINTIFFS' OBJECTIONS TO**
   PROTECTION RANGERS, INC., a             **DEFENDANT CHARLIE FERRARA'S**
25 California non-profit public benefit    **EVIDENCE IN SUPPORT OF**
   corporation,                            **MOTION FOR SUMMARY**
26                                         **JUDGMENT, OR IN THE**
                                           **ALTERNATIVE FOR SUMMARY**
27                                         **ADJUDICATION OF CLAIMS**
28              Plaintiffs,

                                           Case No. 2:16-cv-02129-SJO (RAOx)

13663507.1

PLTFS.' OBJECTIONS TO DEFT. CHARLIE FERRARA'S EVIDENCE IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Judge:        Hon. S. James Otero
Date:         September 5, 2017
Time:         10:00 a.m.
Crtrm.:       10C

Complaint Filed:   March 29, 2016
Trial Date:        November 7, 2017

Plaintiffs Cory Spencer, Diana Milena Reed and Coastal Protection Rangers, Inc. (collectively referred to as "Plaintiffs") hereby object to the following evidence presented by Defendant Charlie Ferrara ("Defendant") in connection with Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication set for hearing on September 5, 2017, before this Court:

**A.   OBJECTION TO EXHIBIT N (DECLARATION OF LEO FRANK FERRARA) TO THE DECLARATION OF TIFFANY BACON IN SUPPORT OF CHARLIE FERRARA'S MOTION FOR SUMMARY JUDGMENT.**

| **Evidence:** | **Objections:** |
|---|---|
| 1.  Declaration of Leo Ferrara. | 1.  This evidence is inadmissible because it was not timely disclosed in discovery. Although the declaration purports to be signed on April 16, 2017, Defendant |

| Evidence: | Objections: |
|---|---|
| | Charlie Ferrara did not serve Plaintiffs with this document until after the close of business on July 7, 2017 – the same day that Charlie Ferrara was deposed. |

DATED: August 7, 2017          HANSON BRIDGETT LLP


By:    */s/ Samantha Wolff*
     KURT A. FRANKLIN
     LISA M. POOLEY
     SAMANTHA D. WOLFF
     TYSON M. SHOWER
     LANDON D. BAILEY
     Attorneys for Plaintiffs
     CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.