HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

CASE NO. 2:16-cv-02129-SJO (RAOx)

**PLAINTIFFS' OBJECTIONS TO DEFENDANT FRANK FERRARA'S EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS**

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge: Hon. S. James Otero<br>Date: September 5, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed and Coastal Protection Rangers, Inc. (collectively referred to as "Plaintiffs") hereby object to the following evidence presented by Defendant Frank Ferrara ("Defendant") in connection with Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication set for hearing on September 5, 2017, before this Court:

**A. Objections To Exhibit O (Deposition of Kenneth Claypool) to The Declaration Of Tiffany Bacon In Support Of Frank Ferrara's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.**

| **Evidence:** | **Objections:** |
|---|---|
| 1. Q: Would you classify Frank Ferrara as one of the Lunada Bay Boys?<br>A: Not the father or Angelo's dad.<br><br>Claypool Dep. at 88:3-88:7. | 1. This evidence is inadmissible because Mr. Claypool has not stated facts to establish that he has personal knowledge of the names, characteristics, or current members of the Lunada Bay Boys to say |

| **Evidence:** | **Objections:** |
|---|---|
| | whether Mr. Ferrara should also be classified as a Lunada Bay Boy. FRE 602. As a result, his testimony in the form of an opinion is inadmissible. FRE 701. |

**B. Objection to Exhibit P (Declaration of Jim Russi) to The Declaration Of Tiffany Bacon In Support Of Frank Ferrara's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment.**

| **Evidence:** | **Objections:** |
|---|---|
| 2. (9) I have no knowledge of Frank Ferrara being involved in any surf related incidents at or around Lunada Bay.<br>(10) I have no knowledge of Frank Ferrara being involved in any incident of vandalism, harassment, intimidation or threatening behavior at or near Lunada Bay, nor any other wrongful behavior.<br><br>Russi Decl. at 2:17-21. | 2. This testimony is inadmissible because it is irrelevant. FRE 402. Additionally, this testimony is inadmissible because the witness lacks personal knowledge. FRE 602. Talking to Frank Ferrara "approximately 2-3 times per year" (*see* Russi Decl. at 2:6-7) does not demonstrate that Mr. Russi has any basis to know whether Frank Ferrara was involved in any surf related incidents at or around Lunada Bay, or whether Frank Ferrara was involved in any incident of vandalism, harassment, intimidation or threatening behavior, or any other wrongful behavior. |

DATED: August 7, 2017

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*

KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.