HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT ALAN JOHNSTON'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:       Hon. S. James Otero<br>Date:         September 5, 2017<br>Time:        10:00 a.m.<br>Crtrm.:      10C<br><br><br>Complaint Filed:    March 29, 2016<br>Trial Date:             November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs") hereby respectfully submit the following Statement of Genuine Disputes of Material Fact in Opposition to Alan Johnston's ("Defendant") Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

As a preliminary matter, Plaintiffs object to Defendant Alan Johnston's Statement of Uncontroverted Facts & Conclusions of Law ("Separate Statement") on the grounds that it does not comply with Judge Otero's Standing Order. Specifically, Defendant Johnston's Separate Statement does not comply with the requirement that it be prepared in a two-column format. Nor does it separate the statements of undisputed facts in support of each claim for relief. As a result, it is unclear which allegedly undisputed facts support which claim for relief. On this basis alone Defendant Johnston's Motion for Summary Judgment should be denied.

-2-    Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT ALAN JOHNSTONS' MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.

13660195.1

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| 1. Plaintiff Corey Spencer has not seen Defendant Alan Johnston.<br><br>[Declaration of J. Patrick Carey ("Carey Decl."), ¶ 3, Exhibit 1, Deposition of Plaintiff Cory Spencer ("Spencer Depo."), 323:17-20.] | 1. Disputed. The evidence does not support the UMF. Plaintiff Spencer did not testify that he did not see Defendant Alan Johnston. He testified that he did not know if he had seen him. Spencer Depo., 323:17-20. See also Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |
| 2. On February 13, 2016, Defendant Johnston approached Plaintiff Reed at the patio structure at Lunada Bay. Carrying his surfboard preparing to go surfing, he stated, "Another day in [expletive] paradise."<br><br>[Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").] | 2. Disputed in Part. Plaintiffs do not dispute that Defendant Johnston was present on the patio structure on February 13, 2016, that he approached Plaintiff Reed, or that he stated "another day in [expletive] paradise." However, the evidence cited does not support the UMF. The screenshots cited in support of this UMF do not establish that who is depicted in these images, let alone what occurred or what was said. See also Plaintiffs' Statement of Additional Material Facts In Opposition to Individual |

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| | Defendants' Motions for Summary Judgment. |
| 3.      Defendant Johnston reached into his backpack and grabbed a can of beer. He asked Plaintiff Reed and her friend if they were drinking and if they wanted a beer.<br><br>[Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").] | 3.      Disputed in Part.  The evidence cited does not support the UMF. Plaintiffs do not dispute that Defendant Johnston was drinking beer, however, the screenshots cited in support of this UMF do not establish who is depicted in these images, let alone what occurred or what was said.  See also Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |
| 4.      Defendant Johnston then opened his can of beer. A small amount of foam from the beer sprayed onto Plaintiff Reed's sweater sleeve and her camera as Defendant Johnston opened the beer.<br><br>[Declaration of J. Patrick Carey ("Carey Decl."), ¶ 5, Exhibit 3, Screenshots from Video of February 13, 2016 incident ("Feb 13 Video").] | 4.      Disputed in Part.  The evidence cited does not support the UMF.  The screenshots cited in support of this UMF do not establish who is depicted in these images, let alone what occurred or what was said. Additionally, Defendant's counsel's characterization of the event is not evidence.  See also Plaintiffs' Statement of Additional Material Facts In Opposition to Individual |

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| | Defendants' Motions for Summary Judgment. |
| 5. Plaintiff Reed's camera was not damaged. [Declaration of J. Patrick Carey ("Carey Decl."), ¶ 4, Exhibit 2, Deposition of Plaintiff Diana Reed ("Reed Depo."), 176:5-6.] | 5. Undisputed. |

| Defendant's Conclusions of Law | Plaintiffs' Response in Opposition |
|---|---|
| 1. Plaintiffs Corey Spencer, Diana Reed, and Coastal Protection Rangers, Inc. (collectively "Plaintiffs") do not have evidence sufficient to prove that Defendant Johnson committed a battery upon Plaintiffs. | 1. Disputed. |
| 2. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston committed an assault upon Plaintiffs. | 2. Disputed. |

| | |
|---|---|
| 3. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston was negligent toward Plaintiffs. | 3. Disputed. |
| 4. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston committed acts of public nuisance against Plaintiffs. | 4. Disputed. |
| 5. Plaintiffs do not have evidence sufficient to prove that Defendant Johnston interfered with or attempted to interfere with Plaintiffs exercise or enjoyment of federal or state constitutional rights in violation of California's Bane Act, California *Civil Code* § 52.1(b). | 5. Disputed. |
| 6. Judgment should be entered favor of Defendant Johnston forthwith. | 6. Disputed. |

-6-   Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT ALAN JOHNSTONS' MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.

13660195.1

| | | |
|---|---|---|
| 1 | DATED: August 7, 2017 | HANSON BRIDGETT LLP |

By: ___*/s/ Samantha Wolff*___
    KURT A. FRANKLIN
    LISA M. POOLEY
    SAMANTHA D. WOLFF
    TYSON M. SHOWER
    LANDON D. BAILEY
    Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
    REED, and COASTAL PROTECTION
    RANGERS, INC.

-7-   Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT ALAN JOHNSTONS' MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.

13660195.1