HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone: (310) 378-8533
Facsimile: (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT ANGELO FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

|  |  |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:    Hon. S. James Otero<br>Date:      September 5, 2017<br>Time:     10:00 a.m.<br>Crtrm.:    10C<br><br>Complaint Filed:   March 29, 2016<br>Trial Date:        November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs") hereby respectfully submit the following Statement of Genuine Disputes of Material Fact in Opposition to Defendant Angelo Ferrara's (Defendant) Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

| **Defendant's Statement of Uncontroverted Facts and Evidence in Support** | **Plaintiffs' Response in Opposition** |
|---|---|
| 1.   Before January 2016, Cory Spencer ("Spencer") visited Lunada Bay on at least eight to ten occasions.<br><br>Declaration of Mark C. Fields ("Fields Dec."), ¶ 2, Ex. A: October 11, 2016 Deposition of Plaintiff Cory Eldon | 1.   Undisputed, to the extent "visited" refers to brief stops on the bluff top. |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| Spencer ("Spencer Deposition") 59: 9-12; 64: 13-25; 65: 1-8. | |
| 2. Since January 29, 2016, Spencer has visited Lunada Bay on at least three to five occasions.<br><br>Fields Dec., ¶ 2, Ex. A: Spencer Deposition 170:9-21. | 2. Undisputed, to the extent "visited" refers stops on the bluff top only to watch the cars of other outsiders, for a Coastal Protection Rangers' event on Martin Luther King Day, or meeting with news correspondents to discuss the topic of illegal exclusivity in Lunada Bay. |
| 3. Spencer has no personal knowledge of having ever met Angelo or of Angelo engaging in any wrongful behaviour (*sic*).<br><br>Fields Dec., ¶ 2, Ex. A: Spencer Deposition, 217:1 — 222:15. | 3. Disputed. The cited evidence does not support this asserted (and argumentative) fact. Plaintiff Spencer did not testify that he never met Defendant Angelo or that Defendant Angelo never engaged in wrongful behavior. (Fields Dec., Ex. A, p. 217, line 1 – p. 222, line 15.) Additionally, Angelo Ferrara is a member of the Bay Boys' conspiracy. See Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |
| 4. Plaintiff Diana Milena Reed | 4. Undisputed, to the extent |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| ("Reed") has visited Lunada Bay on at least four occasions—January 6, 2016, January 29, 2016; February 5, 2016; and February 13, 2016.<br><br>Fields Dec., ¶ 3, Ex. B: October 24, 2016 Deposition of Diana Milena Reed, 105: 13-15; 103: 19-25; 104: 1-9; 146: 11-15; 156: 23-25; 157: 1-5. | "visited" does not include time in the submerged tidelands or surfing. Further, Defendant failed to attach pages 146 and 157 of the Deposition of Plaintiff Reed. Consequently, Defendant provided no evidence to support his statement that Plaintiff Reed visited Lunada Bay on February 5, 2016. |
| 5.   Reed has no personal knowledge of having ever met Angelo or of Angelo engaging in any wrongful behaviour (*sic*).<br><br>Fields Dec., ¶ 4, Ex. C: October 25, 2016 Deposition of Diana Milena Reed, 343:16 — 345:13. | 5.   Disputed. The cited evidence does not support the asserted (and argumentative) fact. Plaintiff Reed did not testify that she never met Defendant Angelo or that Defendant Angelo never engaged in any wrongful behavior. She testified that she did not "recall" if she ever met him. She also testified that she was informed by Defendant Charlie Ferrara that Defendant Angelo, along with Angelo's brother (Frank), were among the original Bay Boys.  (Fields Dec., Ex. C, p.  345;, line15 – p. 346, line 3.) Additionally, Angelo Ferrara is a member of the Bay Boys' conspiracy. |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
|  | See Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |

DATED:  August 7, 2017

HANSON BRIDGETT LLP

By:    */s/ Samantha Wolff*
KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.