HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT FRANK FERRARA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

13660192.1

Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. FRANK FERRARA MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:   Hon. S. James Otero<br>Date:    September 5, 2017<br>Time:   10:00 a.m.<br>Crtrm.:  10C<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:         November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs") hereby respectfully submit the following Statement of Genuine Disputes of Material Fact in Opposition to Defendant Frank Ferrara's ("Defendant") Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

**ISSUE 1:** Defendant is entitled to Summary Judgment on all of Plaintiff's claims, including Bane Act, Public Nuisance, Assault, Battery, and Negligence, as Plaintiffs' claims are without merit.

| **Defendants' Statement of Uncontroverted Facts and Evidence in Support** | **Plaintiffs' Response in Opposition** |
|---|---|
| 1. Frank Ferrara is the father of Defendant Charlie Ferrara.<br><br>Declaration of Tiffany Bacon ("Bacon Decl."), Ex. L (hereinafter "F. Ferrara Dep.) at 22:21-23:2. | 1. Undisputed. |

-1-  Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. FRANK FERRARA MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.
13660192.1

-2-

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| 2.     Frank Ferrara is the brother of Defendant Angelo Ferrara and the uncle of Defendant N.F. and non-party Leo Ferrara.<br><br>F. Ferrara Dep. at 21:23-21:25; Bacon Decl., Ex. R (hereinafter C. Ferrara Dep.") at 18:2-18:19. | 2.     Disputed in part. N.F. is no longer a Defendant to this action. |
| 3.     Frank Ferrara has never met or come into contact with Plaintiff Spencer or Plaintiff Reed.<br><br>F. Ferrara Dep. at 213:9-213:20. | 3.     Disputed. The evidence cited does not support the fact stated. Defendant simply testified that he had never met "or been near" Plaintiff Spencer or Plaintiff Reed. The testimony does not establish that he never had contact, whether physical or verbal, with either individual Plaintiff. (Bacon Decl., Ex. R, 213:9-213:20.) |
| 4.     Prior to January of 2016, Plaintiff Spencer never surfed at Lunada Bay.<br><br>Bacon Decl., Ex. M (hereinafter "Spencer Dep.") at 62:15-62:22. | 4.     Undisputed. |
| 5.     Plaintiff Spencer is unable to distinguish one member of the Ferrara family from the next.<br><br>Spencer Dep. at 219:9-219:20. | 5.     Undisputed. |

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| 6. Plaintiff Spencer has never interacted with Frank Ferrara.<br><br>Bacon Decl., Ex. M and Q; RJN, Ex. H. | 6. Disputed. Defendant has not cited to any specific evidence supporting this asserted fact. Instead, in violation of this Court's Standing Order, Defendant improperly cites to the entire deposition of Plaintiff Spencer, six (6) entire sets of Plaintiffs' discovery responses, and the entire declaration of Plaintiff Spencer in support of the Plaintiffs' motion for class certification. |
| 7. Plaintiff Reed never surfed at Lunada Bay prior to January 2016.<br><br>Bacon Decl., Ex. N (hereinafter "Reed Dep.") at 104:7-105:6. | 7. Undisputed. |
| 8. Plaintiff Reed has never interacted with Frank Ferrara.<br><br>Bacon Decl., Ex. N and Q; RJN, Ex. I. | 8. Disputed. Defendant has not cited to any specific evidence supporting this asserted fact. Instead, in violation of the Court's Standing Order, Defendant improperly cites to the entire transcript of Plaintiff Reed's deposition, six (6) entire sets of discovery responses, and Plaintiff Reed's entire declaration in support of Plaintiffs' motion for class certification. |

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| 9. With respect to members of the Ferrara family, Ken Claypool has only interacted with Frank Ferrara, Senior (the father of Moving Party Frank Ferrara) and Defendant Angelo Ferrara.<br><br>Bacon Decl., Ex. O ("Claypool Dep.") at 50:16-51:16. | 9. Disputed. The evidence cited does not support the stated fact. The cited testimony does not relate to Mr. Claypool's "interactions" with the Ferrara family. (Bacon Dec., Ex. O, 50:16-51:16.) |
| 10. Mr. Claypool did not identify Moving Party Frank Ferrara as one of the "Lunada Bay Boys."<br><br>Claypool Dep. at 88:3-88:7. | 10. Disputed. The cited evidence reflects that Mr. Claypool would not classify Frank Ferrara, Senior, as one of the Lunada Bay Boys. (Bacon Dec., Ex. P, 88:3-5.) |
| 11. Jim Russi has no knowledge of Frank Ferrara engaging in any wrongful conduct at or near Lunada Bay nor Frank Ferrara being involved in any illegal activity at or near Lunada Bay.<br><br>Bacon Decl., Ex. P (hereinafter "Russi Decl.".) | 11. Undisputed, but immaterial. Mr. Russi has lived in Hawaii since 1979. (Bacon Dec., Ex. P, ¶ 2.) |
| 12. Plaintiffs have not provided a single discovery response tying any action or inaction of Frank Ferrara to any of the Plaintiffs' claimed damages | 12. Disputed. Further, this statement is argument, not fact, and the cited evidence does not support the statement. For example, Plaintiff Reed |

| | Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|---|
| | in this case.<br><br>Bacon Decl., Ex. Q. | provided a discovery response explaining that the hostile conduct directed towards the Plaintiffs at Lunada Bay is part of an agreement between Defendant Ferrara and the other Bay Boys. (Bacon Decl., Ex. Q, 9:15-19.) Further, Plaintiff Spencer provided a discovery response that quoted Defendant Ferrara describing himself as "a protector of Palos Verdes" in a December 1991 article in Surfer Magazine. (Bacon Decl., Ex. Q, 10:1-27.) |
| | 13. Defendant Sang Lee has never had any communications with Frank Ferrara about how to behave at Lunada Bay, or any communications about preventing people from visiting Lunada Bay, or any communications about preventing persons from surfing Lunada Bay.<br><br>Bacon Decl., Ex. S ("Lee Dep.") at 294:14-295:5; F. Ferrara Dep. at 275:16-276:23. | 13. Disputed. Although Defendant Sang Lee denied that he had any communications with Defendant Frank Ferrara about how to behave at Lunada Bay or communications about preventing persons from surfing at Lunada Bay, Plaintiff Spencer testified to his belief that Defendant Sang Lee participated in a coordinated effort in which members of the Bay Boys, including Defendant Frank Ferrara, would communicate by cell phone and |

| Defendants' Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| | sometimes walkie-talkies to hassle people in the water. (Bacon Decl., Ex. M, 308:18-25; 309:1-3; 312:13-25; 313:1.) The cited evidence further establishes that Defendant Frank Ferrara has communicated with Defendant Sang Lee via cell phone before. (Bacon Decl., Ex. L at 276:4-8.) Further, Defendant Sang Lee testified that he was "brought up this way" by the "older boys," including Frank Ferrara. Sang Lee Depo. 113:20-126:7. |
| 14.    Defendant Sang Lee has never witnessed Frank Ferrara attempting to prevent any person from visiting or surfing Lunada Bay.<br><br>Lee Dep. at 295:20-295:25. | 14.    Undisputed, to the extent this is how Sang Lee testified during his deposition. |

**ISSUE 2**:    Defendant is entitled to Partial Summary Judgment on Plaintiff's First Cause of Action for Bane Act, as Plaintiffs' claim is without merit.

| | |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this | Plaintiffs incorporate their response to Defendant Frank Ferrara's Uncontroverted Facts and Conclusions |

| | |
|---|---|
| reference as though fully set forth herein. | of Law Nos. 1 through 14 by reference as though fully set forth herein. |

**ISSUE 3**:  Defendant is entitled to Partial Summary Judgment Plaintiffs' Second Cause of Action for Public Nuisance as Plaintiffs' claim is without merit.

| | |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Plaintiffs incorporate their response to Defendant Frank Ferrara's Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by reference as though fully set forth herein. |

**ISSUE 4**:  Defendant is entitled to Partial Summary Judgment on Plaintiff's Sixth Cause of Action for Assault as Plaintiffs' claim is without merit.

| | |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Plaintiffs incorporate their response to Defendant Frank Ferrara's Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by reference as though fully set forth herein. |

**ISSUE 5**:  Defendant is entitled to Partial Summary Judgment on Plaintiffs' Seventh Cause of Action for Battery as Plaintiffs' claim is without merit.

| | |
|---|---|
| Frank Ferrara incorporates Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by this reference as though fully set forth herein. | Plaintiffs incorporate their response to Defendant Frank Ferrara's Uncontroverted Facts and Conclusions of Law Nos. 1 through 14 by reference as though fully set forth herein. |

| | | |
|---|---|---|
| 1 | DATED: August 7, 2017 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Samantha Wolff_____ |
| 5 | | KURT A. FRANKLIN |
| | | LISA M. POOLEY |
| 6 | | SAMANTHA D. WOLFF |
| 7 | | TYSON M. SHOWER |
| | | LANDON D. BAILEY |
| 8 | | Attorneys for Plaintiffs |
| 9 | | CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION |
| 10 | | RANGERS, INC. |

13660192.1

-8-

Case No. 2:16-cv-02129-SJO (RAOx)

PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. FRANK FERRARA MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.