HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx) <br><br> **PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT MICHAEL PAPAYANS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS** <br><br> Case No. 2:16-cv-02129-SJO (RAOx) |

13660200.1

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative
capacity; and DOES 1-10,

                    Defendants.

Judge:          Hon. S. James Otero
Date:           September 5, 2017
Time:           10:00 a.m.
Crtrm.:         10C


Complaint Filed:    March 29, 2016
Trial Date:         November 7, 2017

          Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers,

Inc. ("Plaintiffs") hereby respectfully submit the following Statement of Genuine

Disputes of Material Fact in Opposition to Defendant Michael Papayans

("Defendant") in opposition to Defendant's Motion for Summary Judgment, or in

the Alternative for Summary Adjudication of Claims.

          As a preliminary matter, Plaintiffs object to Defendant Michael Papayans'

Statement of Uncontroverted Facts & Conclusions of Law ("Separate Statement")

on the grounds that it does not comply with Judge Otero's Standing Order.

Specifically, Plaintiff's Separate Statement does not comply with the requirement

that it be prepared in a two-column format.  Nor does it separate the statements of

undisputed facts in support of each claim for relief.  As a result, it is unclear which

allegedly undisputed facts support which claim for relief.  On this basis alone

Defendant Papayans' Motion for Summary Judgment should be denied.

Case No. 2:16-cv-02129-SJO (RAOx)

PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. MICHAEL PAPAYANS
MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., FOR SUMMARY ADJUD. OF CLAIMS

13660200.1

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| 1.      Plaintiff Corey Spencer did not see Defendant Michael Papayans at Lunada Bay.<br><br>[Decl. of Peter T. Haven ("Haven Decl."), ¶ 3, Exhibit 1, Depo. of Plaintiff Cory Eldon Spencer ("Spencer Depo."), 323:7-16, 324:18-23.] | 1.      Disputed. The evidence does not support the UMF.  Plaintiff Spencer did not testify that he did not see Defendant Michael Papayans at Lunada Bay. He testified that he did not recall seeing him. Spencer Depo., 323:7-16. |
| 2.      Spencer does not know if Papayans was at Lunada Bay when Spencer was at Lunada Bay.<br><br>[Haven Decl., ¶ 3, Exhibit 1, Spencer Depo., 324:18-23.] | 2.      Undisputed, but immaterial. |
| 3.      Plaintiff Diana Reed did not see Papayans at Lunada Bay.<br><br>[Haven Decl., ¶ 4, Exhibit 2, Deposition of Diana Milena Reed ("Reed Depo."), 370:18 – 371:2.] | 3.      Disputed. The evidence cited does not support the UMF.  Plaintiff Reed did not testify that she did not see Papayans at Lunada Bay.  She testified that she did not remember personally seeing him. Reed Dep. 370:18-371:2. |
| 4.      Reed has not had a personal encounter with Papayans.<br><br>[Haven Decl., ¶ 4, Exhibit 2, Reed Depo., 372:1-5.] | 4.      Disputed in Part.  Plaintiff Reed testified that she did not have a personal encounter with Papayans. However, she did testify that he was involved in the organization of the Bay |

-3-

Case No. 2:16-cv-02129-SJO (RAOx)

PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. MICHAEL PAPAYANS
MOT. FOR SUMM. JUDGMENT OR, IN THE ALT., FOR SUMMARY ADJUD. OF CLAIMS

13660200.1

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| | Boys and organized the harassment and violence that she experienced at Lunada Bay, and was present on February 5, 2016 when she was harassed.  Reed Dep. 371:3-12. |

| Defendant's Conclusions of Law | Plaintiffs' Response in Opposition |
|---|---|
| 1.      Plaintiffs Corey Spencer, Diana Reed, and Coastal Protection Rangers, Inc. (collectively "Plaintiffs") do not have evidence sufficient to prove that Defendant Papayans committed a battery upon Plaintiffs. | 1.      Disputed. |
| 2.      Plaintiffs do not have evidence sufficient to prove that Defendant Papayans committed an assault upon Plaintiffs. | 2.      Disputed. |
| 3.      Plaintiffs do not have evidence sufficient to prove that Defendant Papayans was negligent toward Plaintiffs. | 3.      Disputed. |

13660200.1

| | |
|---|---|
| 4.    Plaintiffs do not have evidence sufficient to prove that Defendant Papayans committed acts of public nuisance against Plaintiffs. | 4.    Disputed. |
| 5.    Plaintiffs do not have evidence sufficient to prove that Defendant Papayans interfered with or attempted to interfere with Plaintiffs exercise or enjoyment of federal or state constitutional rights in violation of California's Bane Act, California *Civil Code* § 52.1(b). | 5.    Disputed. |
| 6.    Judgment should be entered favor of Defendant Papayans forthwith. | 6.    Disputed. |

DATED:  August 7, 2017          HANSON BRIDGETT LLP


By:     */s/ Samantha Wolff*
              KURT A. FRANKLIN
              LISA M. POOLEY
              SAMANTHA D. WOLFF
              TYSON M. SHOWER
              LANDON D. BAILEY
              Attorneys for Plaintiffs
              CORY SPENCER, DIANA MILENA
              REED, and COASTAL PROTECTION
              RANGERS, INC.

13660200.1