HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT SANG LEE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:   Hon. S. James Otero<br>Date:    September 5, 2017<br>Time:    10:00 a.m.<br>Crtrm.:   10C<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:       November 7, 2017 |

Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs") hereby respectfully submit the following Statement of Genuine Disputes of Material Fact in Opposition to Defendant SANG LEE's ("Defendant") Motion for Partial Summary Judgment.

| **Defendant's Statement of Uncontroverted Facts and Evidence in Support** | **Plaintiffs' Response in Opposition** |
|---|---|
| 1. Before January 2016, Cory Spencer ("Spencer") visited Lunada Bay on at least eight to ten occasions.<br><br>October 11, 2016 Deposition of Plaintiff Cory Eldon Spencer ("Spencer Deposition") 59: 9-12; 64: 13-25; 65: 1-8. | 1. Undisputed, to the extent "visited" refers to brief stops on the bluff top. |
| 2. Since January 29, 2016, Spencer has visited Lunada Bay on at least three to five occasions. | 2. Undisputed, to the extent "visited" refers stops on the bluff top only to watch the cars of other |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| Spencer Deposition 170:9-21. | outsiders, for a Coastal Protection Rangers' event on Martin Luther King Day, or meeting with news correspondents to discuss the topic of illegal exclusivity in Lunada Bay. |
| 3.    Spencer has only seen Lee on one occasion.<br><br>Spencer Deposition 307: 11-14. | 3.    Disputed in part. The asserted fact misstates the cited evidence. Plaintiff Spencer testified that he has only seen Defendant Lee in person one time, but has seen Defendant Lee on video many times since January 29, 2016. (Lutz Dec., Ex. A. 318:2-5). |
| 4.    During a visit to Lunada Bay on January 29, 2016, Spencer saw Lee communicating with Christopher Taloa.<br><br>Spencer Deposition 121:18-25; 122; 123; 124: 1-22. | 4.    Undisputed. |
| 5.    Lee has never spoken to Spencer.<br><br>Spencer Deposition 308: 11-12. | 5.    Disputed. The asserted fact misstates the cited evidence. Plaintiff Spencer testified that he has never spoken to Lee. Additionally, Plaintiff Spencer testified that he was within three to five feet of Defendant Lee when he heard Lee verbally harassing Chris Taloa for an estimated ten |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| | minutes. (Lutz Dec., Ex. A., 318:6-14; 310:1-312:12). |
| 6. Lee never threatened Spencer.<br><br>Spencer Deposition 308: 13-14 | 6. Disputed. The asserted fact misstate the cited evidence. Additionally, Plaintiff Spencer testified that he did not know if Lee had been part of a group effort to threaten and hassle him. (Lutz Dec., Ex. A., 308:13-309:3; 312:13-17). Additionally, Sang Lee is a member of the Bay Boys' conspiracy. See Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |
| 7. Lee has never made any physical contact with Spencer.<br><br>Spencer Deposition 309: 4-9. | 7. Disputed in Part. Sang Lee is a member of the Bay Boys' conspiracy. See Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |
| 8. Spencer has never seen Lee injure anyone at Lunada Bay or engage in the destruction of anyone's property. | 8. Disputed in Part. Sang Lee is a member of the Bay Boys' conspiracy. See Plaintiffs' Statement of Additional Material Facts In Opposition to |

| Defendant's Statement of Uncontroverted Facts and Evidence in Support | Plaintiffs' Response in Opposition |
|---|---|
| Spencer Deposition 313:6-14. | Individual Defendants' Motions for Summary Judgment. |
| 9.   Plaintiff Diana Milena Reed ("Reed") has visited Lunada Bay on at least four occasions- January 6, 2016, January 29, 2016; February 5, 2016; and February 13, 2016.<br><br>October 24, 2016 Deposition of Diana Milena Reed, 105: 13-15; 103: 19-25; 104: 1-9; 146: 11-15; 156: 23-25; 157: 1-5. | 9.   Undisputed, to the extent "visited" does not include time in the submerged tidelands or surfing. |
| 10.   Reed has never had any interaction with Lee and did not see him during any of her visits to Lunada Bay.<br><br>October 25, 2016 Deposition of Diana Milena Reed, 366: 23-25; 367: 1-18. | 10.   Disputed.  The asserted fact misstates the cited evidence.  Plaintiff Reed testified that she did not recall if she had any personal interaction with Defendant Lee and did not see him at Lunada Bay in February 2016, only. (Lutz Dec., Ex. C., 366:23-367:18). Further, Sang Lee is a member of the Bay Boys' conspiracy.  See Plaintiffs' Statement of Additional Material Facts In Opposition to Individual Defendants' Motions for Summary Judgment. |

1  DATED: August 7, 2017                    HANSON BRIDGETT LLP

                                            By: */s/ Samantha Wolff*
                                                KURT A. FRANKLIN
                                                LISA M. POOLEY
                                                SAMANTHA D. WOLFF
                                                TYSON M. SHOWER
                                                LANDON D. BAILEY
                                                Attorneys for Plaintiffs
                                                CORY SPENCER, DIANA MILENA
                                                REED, and COASTAL PROTECTION
                                                RANGERS, INC.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13660184.1

-5-    Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS.' STMT. OF GENUINE DISPUTES OF MATERIAL FACT IN OPP. TO DEFT. SANG LEE MOT. FOR
SUMM. JUDGMENT OR, IN THE ALT., SUMM. ADJUD.