# EXHIBIT 4

Atkinson-Baker Court Reporters
www.depo.com

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                         WESTERN DIVISION

4                              - - -

5    CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
6    INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
7    A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
8                                    )
                    Plaintiffs,      )
9                                    )
         vs.                         ) No.:  2:16-cv-02129-SJO
10                                   )        (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                    VIDEOTAPED DEPOSITION OF

18                        CHARLES FERRARA

19                        IRVINE, CALIFORNIA

20                          JULY 7, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376

23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A33

| | | |
|---|---|---|
| 1 | A.  Yes. | 09:40:28 |
| 2 | Q.  And you're here today pursuant to this | 09:40:29 |
| 3 | Deposition Notice; is that correct? | 09:40:32 |
| 4 | A.  Yes. | 09:40:33 |
| 5 | Q.  And if you look at the caption page which is | 09:40:33 |
| 6 | at the bottom of page one and goes to the top of page | 09:40:39 |
| 7 | two, at the top of page two you're listed as one of | 09:40:42 |
| 8 | the Defendants; is that correct? | 09:40:45 |
| 9 | MS. HURLEY:  Objection, the document speaks | 09:40:47 |
| 10 | for itself.  Go ahead. | 09:40:49 |
| 11 | THE WITNESS:  Yes. | 09:40:50 |
| 12 | BY MS. WOLFF: | 09:40:51 |
| 13 | Q.  Have you ever used another name? | 09:40:52 |
| 14 | A.  No. | 09:40:55 |
| 15 | Q.  Did you review any documents in preparation | 09:40:55 |
| 16 | for your deposition today? | 09:41:00 |
| 17 | A.  No. | 09:41:02 |
| 18 | Q.  Did you discuss your deposition with anyone | 09:41:02 |
| 19 | besides your attorneys? | 09:41:07 |
| 20 | A.  No. | 09:41:08 |
| 21 | Q.  Have you ever spoken with any of the | 09:41:09 |
| 22 | Defendants about this lawsuit? | 09:41:13 |
| 23 | A.  No. | 09:41:14 |
| 24 | Q.  You've never spoken with your father about | 09:41:15 |
| 25 | this lawsuit? | 09:41:22 |

14

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    your other family members lived in Hawaii for any      09:45:32
 2    period of time?                                        09:45:35
 3         A.  My dad lived in Hawaii, I believe, when he    09:45:36
 4    was, I don't know the years, but I believe that he     09:45:40
 5    lived there for a little bit.                          09:45:43
 6         Q.  Okay.  Anyone else?                           09:45:44
 7         A.  No.                                           09:45:46
 8         Q.  And do you have any other family members      09:45:46
 9    other than the ones that we've just discussed who      09:45:51
10    live on the Palos Verde Peninsula now?                 09:45:54
11         A.  No.                                           09:45:57
12         Q.  And did either of your parents grow up in     09:45:58
13    Palos Verdes Estates?                                  09:46:00
14         A.  My dad did, yes, he grew up -- actually, he   09:46:02
15    grew up in, he moved to Palos Verdes Estates when he   09:46:06
16    was like 13.                                           09:46:11
17         Q.  So, he went to the Palos Verdes High School?  09:46:11
18         A.  Yeah.  My mom is from there.                  09:46:14
19         Q.  Where did you attend high school?             09:46:17
20         A.  Peninsula.                                    09:46:20
21         Q.  Did you graduate?                             09:46:21
22         A.  No.  I moved to Hawaii and I got my G.E.D.    09:46:22
23         Q.  And when did you get your G.E.D.?             09:46:26
24         A.  In '03.                                       09:46:28
25         Q.  Did you play any sports in high school?       09:46:30
```

19

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1        A.  No, I wouldn't go surfing there in Hawaii,     10:59:35
2    yes.                                                    10:59:38
3        Q.  And why is that?                                10:59:38
4        A.  Because there are some spots that were          10:59:39
5    localized with the, you know.  And then they were not   10:59:41
6    like, um, they were very -- I feel like prejudiced      10:59:46
7    over in Hawaii.                                         10:59:51
8            They really didn't like white people.  And so   10:59:53
9    I just, instead of trying to get into a fight or        10:59:57
10   something or I just didn't want to deal with it.        11:00:01
11       Q.  And so what did localized mean to you when      11:00:04
12   you were surfing in Hawaii?                             11:00:07
13           MS. HURLEY:  Objection, vague and ambiguous,    11:00:09
14   misstates testimony, lacks foundation.                  11:00:11
15           THE WITNESS:  Can you repeat the question.      11:00:13
16   BY MS. WOLFF:                                           11:00:15
17       Q.  Sure.                                           11:00:15
18           What did localized mean to you when you were    11:00:15
19   surfing in Hawaii?                                      11:00:17
20           MS. HURLEY:  Same objections.                   11:00:19
21           THE WITNESS:  Um, it just meant that, um,       11:00:20
22   there was a group of people that surfed there.  I       11:00:34
23   mean, I don't know how to answer it anymore than just   11:00:40
24   it's local, like local going to a coffee shop or a      11:00:47
25   gas station or a restaurant.                            11:00:50
```

84

Charles Ferrara
July 7, 2017

```
 1    good?                                              11:46:45

 2         A.  The conditions were good.  There was swell.  11:46:45

 3         Q.  So, did you receive a phone call or a text  11:46:47

 4    message from anyone encouraging you to go to Lunada  11:46:50

 5    Bay that day --                                    11:46:54

 6         A.  No.                                       11:46:54

 7         Q.  -- or an E-Mail for that matter?          11:46:54

 8         A.  No.                                       11:46:56

 9         Q.  And you hung out on the patio at Lunada Bay  11:46:56

10    on that day; right?                               11:47:00

11         MS. HURLEY:  Objection, vague and ambiguous.  11:47:03

12         THE WITNESS:  I was not hanging out.  I went  11:47:05

13    to go surfing.                                     11:47:06

14    BY MS. WOLFF:                                      11:47:07

15         Q.  Did you spend any time on the patio at    11:47:08

16    Lunada Bay on that day?                            11:47:13

17         A.  That's where I got ready near the patio to go  11:47:14

18    surfing.                                           11:47:18

19         Q.  And do you recall what time of day that you  11:47:19

20    were there on that day?                            11:47:23

21         A.  It was the morning.  It was like maybe 7:30  11:47:24

22    or 8:00.                                           11:47:30

23         Q.  And at some point Alan Johnston and Brant  11:47:32

24    Blakeman were at the patio as well; is that right?  11:47:35

25         A.  Yes.                                      11:47:38
```

118

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  And when they came into the patio where were    11:47:39

 2   you?                                                     11:47:44

 3        A.  I was on the top side, kind of just getting     11:47:44

 4   ready to go out.  I put my wet suit, I had my wet        11:47:49

 5   suit already on.  And I was getting ready to go          11:47:53

 6   surfing.  I was kind of looking at the ocean seeing      11:47:56

 7   where I was going to paddle out exactly.                 11:48:00

 8        Q.  Was anyone else at the patio at that time?      11:48:03

 9        A.  Yes.                                            11:48:06

10        Q.  The Plaintiff?                                  11:48:12

11        A.  I saw the Plaintiff there, yeah.                11:48:12

12        Q.  Diana Reed?                                     11:48:15

13        A.  Yeah, I saw her and one other, another one of   11:48:16

14   her friends.                                             11:48:19

15        Q.  Was it a female or male?                        11:48:19

16        A.  Yeah, a female, yeah.  I was just, I saw them   11:48:21

17   and I said, hi, good morning.  I didn't know who they    11:48:27

18   were, just good morning.                                 11:48:31

19            And then I was going surfing.  And as I was     11:48:33

20   getting ready to go out, I saw Brant and Alan walking    11:48:37

21   up to the patio.                                         11:48:42

22        Q.  And do you recall what the other woman looked   11:48:43

23   like who was with Diana Reed?                            11:48:45

24        A.  I believe she had darker hair.  That's about    11:48:48

25   it.                                                      11:48:52
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  No, I wouldn't go surfing there in Hawaii, | 10:59:35 |
| 2 | yes. | 10:59:38 |
| 3 | Q.  And why is that? | 10:59:38 |
| 4 | A.  Because there are some spots that were | 10:59:39 |
| 5 | localized with the, you know.  And then they were not | 10:59:41 |
| 6 | like, um, they were very -- I feel like prejudiced | 10:59:46 |
| 7 | over in Hawaii. | 10:59:51 |
| 8 | They really didn't like white people.  And so | 10:59:53 |
| 9 | I just, instead of trying to get into a fight or | 10:59:57 |
| 10 | something or I just didn't want to deal with it. | 11:00:01 |
| 11 | Q.  And so what did localized mean to you when | 11:00:04 |
| 12 | you were surfing in Hawaii? | 11:00:07 |
| 13 | MS. HURLEY:  Objection, vague and ambiguous, | 11:00:09 |
| 14 | misstates testimony, lacks foundation. | 11:00:11 |
| 15 | THE WITNESS:  Can you repeat the question. | 11:00:13 |
| 16 | BY MS. WOLFF: | 11:00:15 |
| 17 | Q.  Sure. | 11:00:15 |
| 18 | What did localized mean to you when you were | 11:00:15 |
| 19 | surfing in Hawaii? | 11:00:17 |
| 20 | MS. HURLEY:  Same objections. | 11:00:19 |
| 21 | THE WITNESS:  Um, it just meant that, um, | 11:00:20 |
| 22 | there was a group of people that surfed there.  I | 11:00:34 |
| 23 | mean, I don't know how to answer it anymore than just | 11:00:40 |
| 24 | it's local, like local going to a coffee shop or a | 11:00:47 |
| 25 | gas station or a restaurant. | 11:00:50 |

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q. Have you ever received an E-Mail asking you | 12:52:22 |
| 2 | to go out and surf because certain people were | 12:52:24 |
| 3 | expected to be present at Lunada Bay? | 12:52:27 |
| 4 | A. No. | 12:52:29 |
| 5 | Q. Have you ever been part of a group text that | 12:52:30 |
| 6 | discussed surfing at Lunada Bay? | 12:52:37 |
| 7 | A. No. | 12:52:40 |
| 8 | Q. Have you ever been part of a group E-Mail | 12:52:40 |
| 9 | chain that discussed surfing at Lunada Bay? | 12:52:44 |
| 10 | A. No. | 12:52:47 |
| 11 | Q. Do you know if there's any FaceBook page | 12:52:47 |
| 12 | that's devoted to people who regularly surf at | 12:52:58 |
| 13 | Lunada Bay? | 12:53:02 |
| 14 | A. No. | 12:53:02 |
| 15 | Q. Do you own a walkie-talkie? | 12:53:03 |
| 16 | A. No. | 12:53:08 |
| 17 | Q. Do you own a police scanner? | 12:53:08 |
| 18 | A. No. | 12:53:10 |
| 19 | Q. Have you ever had any issues with your cell | 12:53:11 |
| 20 | phone working at Lunada Bay down by the beach? | 12:53:17 |
| 21 | A. Yeah, I don't get service down there. | 12:53:22 |
| 22 | Q. Have you ever gotten service down there with | 12:53:23 |
| 23 | any of your cell phone providers? | 12:53:27 |
| 24 | A. No.  It's really pretty bad no matter what. | 12:53:28 |
| 25 | Q. Okay.  Since this lawsuit was filed in March | 12:53:31 |

172

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | of last year, have you done anything to preserve the | 12:53:42 |
| 2 | information that's on your phone, including | 12:53:47 |
| 3 | photographs and text messages? | 12:53:49 |
| 4 | A.  No. | 12:53:50 |
| 5 | Q.  Have you deleted any text messages or | 12:53:51 |
| 6 | photographs on your phone that relate to surfing | 12:53:57 |
| 7 | since this lawsuit was filed? | 12:54:01 |
| 8 | A.  No. | 12:54:03 |
| 9 | Q.  And I don't want to know about conversations | 12:54:03 |
| 10 | that you've had with your attorney, but you're aware | 12:54:18 |
| 11 | that you have an obligation to preserve all | 12:54:21 |
| 12 | information that you have that's potentially related | 12:54:24 |
| 13 | to this lawsuit? | 12:54:26 |
| 14 | MS. HURLEY:  Objection, argumentative, vague | 12:54:28 |
| 15 | and ambiguous, lacks foundation. | 12:54:30 |
| 16 | THE WITNESS:  Can you -- | 12:54:32 |
| 17 | BY MS. WOLFF: | 12:54:33 |
| 18 | Q.  Do you want me to repeat it? | 12:54:34 |
| 19 | A.  Or rephrase it, I don't understand. | 12:54:36 |
| 20 | Q.  Are you aware that you're supposed to | 12:54:38 |
| 21 | maintain everything that you have in your possession | 12:54:42 |
| 22 | that relates -- | 12:54:44 |
| 23 | A.  Yes. | 12:54:45 |
| 24 | Q.  -- that relates to this lawsuit? | 12:54:45 |
| 25 | A.  Yes, yes. | 12:54:46 |

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.   Thank you. | 09:44:24 |
| 2 | Q.   Your uncle is Angelo Ferrara and he's a | 09:44:24 |
| 3 | Defendant in this lawsuit; is that correct? | 09:44:27 |
| 4 | A.   Yes, Ma'am. | 09:44:29 |
| 5 | Q.   And what does he do for a living? | 09:44:29 |
| 6 | A.   Auto body and paint, it's a body shop. | 09:44:31 |
| 7 | Q.   Is he also a shaper? | 09:44:35 |
| 8 | A.   Yes, but he's in auto body.  He's an auto | 09:44:38 |
| 9 | body, he fixes cars and paints them. | 09:44:41 |
| 10 | Q.   And your cousin is N.F., and you understand | 09:44:44 |
| 11 | that we're using his initials because when he was | 09:44:49 |
| 12 | first named in this lawsuit, he was a minor at the | 09:44:51 |
| 13 | time? | 09:44:54 |
| 14 | A.   Yes. | 09:44:54 |
| 15 | Q.   And he's also a Defendant in this lawsuit; is | 09:44:55 |
| 16 | that correct? | 09:44:58 |
| 17 | A.   Yes. | 09:44:58 |
| 18 | Q.   And is Leo Ferrara N.F.'s brother? | 09:44:59 |
| 19 | A.   Yes. | 09:45:04 |
| 20 | Q.   So, other than the conversation that you've | 09:45:04 |
| 21 | had with your father in the presence of your | 09:45:14 |
| 22 | attorneys, have you had any other conversations with | 09:45:18 |
| 23 | other family members about this lawsuit? | 09:45:20 |
| 24 | A.   No. | 09:45:22 |
| 25 | Q.   And aside from you and Felipa, have any of | 09:45:22 |

18

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                    WESTERN DIVISION

 4                        - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                  Plaintiffs,        )
 9                                   )
          vs.                        ) No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                  Defendants.        )
16   - - - - - - - - - - - - - - - - )

17              VIDEOTAPED DEPOSITION OF

18                   CHARLES FERRARA

19                   IRVINE, CALIFORNIA

20                    JULY 7, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:     AB06A33
```

1

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | in Palos Verdes Estates about this lawsuit? | 09:42:07 |
| 2 | A.  No. | 09:42:10 |
| 3 | Q.  Where do you currently live? | 09:42:10 |
| 4 | A.  I live in San Pedro. | 09:42:11 |
| 5 | Q.  And your address? | 09:42:13 |
| 6 | MS. HURLEY:  I'm going to object on the right | 09:42:15 |
| 7 | to privacy.  The witness can be contacted through my | 09:42:15 |
| 8 | office. | 09:42:15 |
| 9 | And I'll instruct him not to answer. | 09:42:17 |
| 10 | MS. WOLFF:  That's fine. | 09:42:18 |
| 11 | BY MS. WOLFF: | 09:42:19 |
| 12 | Q.  How long have you lived in San Pedro? | 09:42:20 |
| 13 | A.  One year. | 09:42:23 |
| 14 | Q.  And where did you live before that? | 09:42:26 |
| 15 | A.  With my parents, Wildomar. | 09:42:28 |
| 16 | Q.  What was that? | 09:42:32 |
| 17 | A.  At my parents' house in Wildomar. | 09:42:33 |
| 18 | Q.  Where did you grow up? | 09:42:35 |
| 19 | A.  Palos Verdes. | 09:42:37 |
| 20 | Q.  And how long did you live in Palos Verdes? | 09:42:39 |
| 21 | A.  Until I was 17.  So, um, from when I was born | 09:42:43 |
| 22 | to when I was 17.  And I moved to Hawaii.  And then I | 09:42:52 |
| 23 | came back and lived in Palos Verdes for another | 09:42:56 |
| 24 | couple of years.  And then I moved to Redondo Beach. | 09:42:59 |
| 25 | Q.  And how long did you live in Hawaii? | 09:43:03 |

16

Charles Ferrara
July 7, 2017

| | | |
|---|---|---|
| 1 | surfing? | 10:15:16 |
| 2 | A.  No.  So, like I'm computer illiterate.  I can | 10:15:17 |
| 3 | barely open my E-Mail.  It's terrible. | 10:15:21 |
| 4 | Q.  Do you ever get text messages asking you to | 10:15:25 |
| 5 | hangout at Lunada Bay? | 10:15:28 |
| 6 | A.  No. | 10:15:30 |
| 7 | Q.  And these texts, I'm sorry, you said phone | 10:15:31 |
| 8 | calls with your dad about surfing at Lunada Bay, has | 10:15:39 |
| 9 | he called you, would you say, in the past three | 10:15:41 |
| 10 | years? | 10:15:43 |
| 11 | A.  Well, before that I wasn't surfing because I | 10:15:44 |
| 12 | had my injuries, but I would say in the last year | 10:15:48 |
| 13 | since '15, '16, there has been a couple of times | 10:15:53 |
| 14 | where I was at work and he would say, try to go | 10:15:56 |
| 15 | straight after work. | 10:15:59 |
| 16 | It's worth it to come down.  There's surf or | 10:16:00 |
| 17 | I would drive by and say, dad, there are some waves. | 10:16:03 |
| 18 | It looks like fun.  That's basically it. | 10:16:07 |
| 19 | Q.  How long is the drive from San Pedro to | 10:16:10 |
| 20 | Lunada Bay? | 10:16:13 |
| 21 | A.  Oh, it's like a good, it can be, if there's | 10:16:14 |
| 22 | traffic on 25th Street, sometimes it can be like a | 10:16:19 |
| 23 | half hour, you know, 35 minutes, but it's usually | 10:16:23 |
| 24 | like 15 to 20 minutes. | 10:16:29 |
| 25 | Q.  Do you communicate with Sang Lee by cell | 10:16:31 |

Charles Ferrara
July 7, 2017

| | | |
|---|---|---|
| 1 | phone? | 10:16:43 |
| 2 | A.  No. | 10:16:43 |
| 3 | Q.  Have you ever texted or called him? | 10:16:44 |
| 4 | A.  Yes.  I used to work with him like a few | 10:16:47 |
| 5 | years ago.  We would do some -- he's a roofer.  And | 10:16:50 |
| 6 | he had some work for me.  So, I worked with him so. | 10:16:55 |
| 7 | Q.  Do you recall approximately the dates that | 10:16:59 |
| 8 | you worked with him? | 10:17:01 |
| 9 | A.  The years probably, let me think, um, | 10:17:02 |
| 10 | probably 2013 -- well, no, no, it's before that.  So, | 10:17:10 |
| 11 | about 2008.  And then 2014 a couple little side jobs. | 10:17:23 |
| 12 | That's pretty much it. | 10:17:36 |
| 13 | Q.  It's just working with him kind of | 10:17:37 |
| 14 | sporadically? | 10:17:40 |
| 15 | A.  Exactly. | 10:17:41 |
| 16 | Q.  Other than talking about roofing jobs, it | 10:17:42 |
| 17 | sounds like were there any other times that you | 10:17:44 |
| 18 | communicated with Sang Lee? | 10:17:47 |
| 19 | A.  No, no. | 10:17:48 |
| 20 | Q.  And that was by text or phone? | 10:17:49 |
| 21 | A.  Phone, I believe, phone. | 10:17:52 |
| 22 | Q.  And have you communicated with any other | 10:17:55 |
| 23 | Defendant by phone in the past four years? | 10:18:05 |
| 24 | MS. HURLEY:  Objection, lacks foundation, | 10:18:07 |
| 25 | calls for speculation, if you even know who the | 10:18:09 |

| | | |
|---|---|---|
| 1 | Defendants are. | 10:18:13 |
| 2 | THE WITNESS:  Yes, can I just look? | 10:18:15 |
| 3 | BY MS. WOLFF: | 10:18:16 |
| 4 | Q.  Yes, please. | 10:18:16 |
| 5 | A.  How many years is that? | 10:18:17 |
| 6 | Q.  In the past four years? | 10:18:18 |
| 7 | A.  Four years -- | 10:18:20 |
| 8 | MS. HURLEY:  For the record the witness is | 10:18:20 |
| 9 | referring to only the list of the Defendants on the | 10:18:22 |
| 10 | caption that was part of Exhibit 266. | 10:18:24 |
| 11 | THE WITNESS:  So, that would mean that I have | 10:18:28 |
| 12 | talked with Sang Lee because that was in those four | 10:18:30 |
| 13 | years about working. | 10:18:32 |
| 14 | Um, I don't talk to Brant. | 10:18:35 |
| 15 | I haven't talked to Alan. | 10:18:40 |
| 16 | I don't talk to Michael. | 10:18:42 |
| 17 | I've talked to my Uncle Angelo. | 10:18:44 |
| 18 | BY MS. WOLFF: | 10:18:47 |
| 19 | Q.  You didn't talk to your Uncle Angelo? | 10:18:48 |
| 20 | A.  No.  I've talked to Angelo. | 10:18:51 |
| 21 | And I've talked to my dad. | 10:18:54 |
| 22 | And I've talked to Nick. | 10:18:55 |
| 23 | Q.  And when you've had discussions with your | 10:18:57 |
| 24 | Uncle Angelo was that about surfing at Lunada Bay? | 10:19:08 |
| 25 | MS. HURLEY:  Objection, over broad, vague and | 10:19:12 |

49

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | ambiguous. | 10:19:14 |
| 2 | THE WITNESS:  No.  It was about work. | 10:19:14 |
| 3 | BY MS. WOLFF: | 10:19:16 |
| 4 | Q.  And the same question with respect to your | 10:19:17 |
| 5 | Cousin Nick, was it ever about surfing? | 10:19:21 |
| 6 | A.  No.  It's about work.  I'm trying to have him | 10:19:25 |
| 7 | work with me a little bit.  I'm trying to get him | 10:19:29 |
| 8 | work. | 10:19:32 |
| 9 | Q.  You're trying to get your Cousin Nick some | 10:19:33 |
| 10 | work? | 10:19:35 |
| 11 | A.  Yeah, a little work, yeah, so. | 10:19:35 |
| 12 | Q.  I apologize if I have asked this before.  I | 10:19:40 |
| 13 | don't think that I have. | 10:19:46 |
| 14 | Have you ever E-Mailed any Defendant in this | 10:19:47 |
| 15 | lawsuit related to surfing at Lunada Bay within the | 10:19:49 |
| 16 | past four years? | 10:19:53 |
| 17 | A.  No. | 10:19:55 |
| 18 | Q.  Have you ever E-Mailed any Defendant in this | 10:19:55 |
| 19 | lawsuit about non-locals accessing Lunada Bay in the | 10:20:01 |
| 20 | last four years? | 10:20:06 |
| 21 | A.  No. | 10:20:07 |
| 22 | Q.  Do you know if there's a day each year when | 10:20:07 |
| 23 | locals come together to pickup trash at Lunada Bay? | 10:20:14 |
| 24 | A.  I've heard, I think, on Earth day.  I don't | 10:20:18 |
| 25 | know the exact date.  We just naturally just try to | 10:20:23 |

50

Charles Ferrara
July 7, 2017

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This will mark the start | 11:45:32 |
| 2 | of D.V.D. two, Volume One in the continuing testimony | 11:45:34 |
| 3 | of Charles Ferrara. | 11:45:37 |
| 4 | We're back on the record at 11:45 a.m., | 11:45:39 |
| 5 | Counsel. | 11:45:43 |
| 6 | BY MS. WOLFF: | 11:45:43 |
| 7 | Q.  Have you ever heard of the term "takers" in | 11:45:43 |
| 8 | the context of surfing at Lunada Bay? | 11:45:48 |
| 9 | A.  No. | 11:45:51 |
| 10 | Q.  Have you ever heard of the Palos Verdes | 11:45:51 |
| 11 | Estates police conducting an undercover operation at | 11:45:54 |
| 12 | Lunada Bay? | 11:45:58 |
| 13 | A.  No. | 11:45:59 |
| 14 | Q.  Have you ever heard from any local surfers | 11:45:59 |
| 15 | who were -- have you ever heard from any local | 11:46:09 |
| 16 | surfers that they had heard of a planned undercover | 11:46:14 |
| 17 | operation at Lunada Bay? | 11:46:18 |
| 18 | A.  No. | 11:46:19 |
| 19 | Q.  Do you recall surfing at Lunada Bay on | 11:46:20 |
| 20 | February 13, 2016? | 11:46:27 |
| 21 | A.  Yes. | 11:46:29 |
| 22 | Q.  And you were surfing that day; is that right? | 11:46:30 |
| 23 | A.  Yes, yes. | 11:46:37 |
| 24 | Q.  Was there any reason in particular that you | 11:46:38 |
| 25 | decided to surf that day or the conditions were just | 11:46:40 |

117

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | good? | 11:46:45 |
| 2 | A.  The conditions were good.  There was swell. | 11:46:45 |
| 3 | Q.  So, did you receive a phone call or a text | 11:46:47 |
| 4 | message from anyone encouraging you to go to Lunada | 11:46:50 |
| 5 | Bay that day -- | 11:46:54 |
| 6 | A.  No. | 11:46:54 |
| 7 | Q.  -- or an E-Mail for that matter? | 11:46:54 |
| 8 | A.  No. | 11:46:56 |
| 9 | Q.  And you hung out on the patio at Lunada Bay | 11:46:56 |
| 10 | on that day; right? | 11:47:00 |
| 11 | MS. HURLEY:  Objection, vague and ambiguous. | 11:47:03 |
| 12 | THE WITNESS:  I was not hanging out.  I went | 11:47:05 |
| 13 | to go surfing. | 11:47:06 |
| 14 | BY MS. WOLFF: | 11:47:07 |
| 15 | Q.  Did you spend any time on the patio at | 11:47:08 |
| 16 | Lunada Bay on that day? | 11:47:13 |
| 17 | A.  That's where I got ready near the patio to go | 11:47:14 |
| 18 | surfing. | 11:47:18 |
| 19 | Q.  And do you recall what time of day that you | 11:47:19 |
| 20 | were there on that day? | 11:47:23 |
| 21 | A.  It was the morning.  It was like maybe 7:30 | 11:47:24 |
| 22 | or 8:00. | 11:47:30 |
| 23 | Q.  And at some point Alan Johnston and Brant | 11:47:32 |
| 24 | Blakeman were at the patio as well; is that right? | 11:47:35 |
| 25 | A.  Yes. | 11:47:38 |

118

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  And when they came into the patio where were    11:47:39
 2   you?                                                      11:47:44
 3        A.  I was on the top side, kind of just getting      11:47:44
 4   ready to go out.  I put my wet suit, I had my wet         11:47:49
 5   suit already on.  And I was getting ready to go           11:47:53
 6   surfing.  I was kind of looking at the ocean seeing       11:47:56
 7   where I was going to paddle out exactly.                  11:48:00
 8        Q.  Was anyone else at the patio at that time?       11:48:03
 9        A.  Yes.                                             11:48:06
10        Q.  The Plaintiff?                                   11:48:12
11        A.  I saw the Plaintiff there, yeah.                 11:48:12
12        Q.  Diana Reed?                                      11:48:15
13        A.  Yeah, I saw her and one other, another one of    11:48:16
14   her friends.                                              11:48:19
15        Q.  Was it a female or male?                         11:48:19
16        A.  Yeah, a female, yeah.  I was just, I saw them    11:48:21
17   and I said, hi, good morning.  I didn't know who they     11:48:27
18   were, just good morning.                                  11:48:31
19             And then I was going surfing.  And as I was     11:48:33
20   getting ready to go out, I saw Brant and Alan walking     11:48:37
21   up to the patio.                                          11:48:42
22        Q.  And do you recall what the other woman looked    11:48:43
23   like who was with Diana Reed?                             11:48:45
24        A.  I believe she had darker hair.  That's about     11:48:48
25   it.                                                       11:48:52
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1        Q.  Do you recall if Alan Johnston was carrying a     11:48:52

2   case of beer when he was coming into the patio that       11:48:58

3   day?                                                       11:49:01

4        A.  I don't recall.                                   11:49:01

5        Q.  Do you recall if the Defendant Johnston said      11:49:02

6   anything to Ms. Reed when he came onto the patio that      11:49:07

7   day?                                                       11:49:10

8        A.  I don't recall.                                   11:49:10

9        Q.  Do you recall if he was being loud and            11:49:11

10  aggressive towards Ms. Reed that day?                      11:49:16

11       MS. HURLEY:  Objection, vague and ambiguous,          11:49:18

12  lacks foundation.                                          11:49:20

13       THE WITNESS:  I don't recall.                         11:49:21

14  BY MS. WOLFF:                                              11:49:22

15       Q.  Do you remember if you got any impression         11:49:23

16  that Alan Johnston was trying to intimidate Ms. Reed       11:49:27

17  that day?                                                  11:49:30

18       A.  No.                                               11:49:30

19       Q.  Did you observe Alan Johnston spray Ms. Reed      11:49:31

20  with his beer, either intentionally or                     11:49:38

21  unintentionally?                                           11:49:41

22       A.  No.                                               11:49:42

23       Q.  And what was Brant Blakeman doing during this     11:49:43

24  time?                                                      11:49:49

25       MS. HURLEY:  Objection, vague and ambiguous,          11:49:49
```

120

Charles Ferrara
July 7, 2017

1    during what time?                                    11:49:51

2    BY MS. WOLFF:                                        11:49:52

3        Q.   During the time that you were on the patio?  11:49:53

4            MS. HURLEY:  Objection, misstates testimony.  11:49:54

5            THE WITNESS:  I don't know.  I was going      11:49:56

6    surfing.  I was concerned about what, how the surf   11:49:57

7    was.  Like I said, where I was going to paddle out   11:50:01

8    for my safety.                                       11:50:06

9            I know that I only had a small time frame to  11:50:07

10   go surfing because I had to get back up to work.  So,  11:50:11

11   I wasn't even concerned with -- I was just concerned   11:50:14

12   with I have got a small window here to surf.  Let me   11:50:17

13   go surfing and that's it.                            11:50:19

14   BY MS. WOLFF:                                        11:50:21

15       Q.   So, do you recall if Brant Blakeman was using  11:50:22

16   a video camera to film while he was on the patio that  11:50:25

17   morning?                                             11:50:29

18       A.   I don't recall.                             11:50:30

19       Q.   Have you ever seen Brant Blakeman with a     11:50:33

20   video camera to film while he's at Lunada Bay?       11:50:40

21       A.   I don't recall that, no.                    11:50:45

22       Q.   Do you remember hearing Ms. Johnston --     11:50:47

23   sorry.                                               11:50:57

24           Do you remember Alan Johnson telling Ms. Reed  11:50:57

25   that she was hot?                                    11:51:02

121

Atkinson-Baker Court Reporters
www.depo.com

```
 1       A.  I don't recall that.                         11:51:02

 2       Q.  Do you remember him telling Ms. Reed that she  11:51:03

 3  was fucking sexy?                                      11:51:07

 4       A.  I don't recall that.  I heard a couple, I    11:51:08

 5  just heard like a conversation, but I was going       11:51:11

 6  surfing, like I said.  So, I was on the other side.   11:51:14

 7       I wasn't getting involved in that at all.  I     11:51:17

 8  just was, I had like I said, I had a small time to go  11:51:19

 9  surfing and that was it.  And I was concerned about    11:51:24

10  getting out there, so.                                 11:51:27

11       Q.  So, from where you were on the patio at the  11:51:28

12  time that Mr. Johnston and Mr. Blakeman came onto the  11:51:41

13  patio, about how far away from them were you seated?   11:51:45

14       MS. HURLEY:  Objection, misstates testimony.     11:51:48

15       THE WITNESS:  Um, pretty far, I mean,            11:51:52

16  probably like 20 feet.  I was going surfing and they  11:51:57

17  were coming onto the patio.                            11:52:02

18       And so I wasn't there, you know, maybe           11:52:03

19  20 feet for a moment of time, you know.                11:52:08

20  BY MS. WOLFF:                                          11:52:11

21       Q.  So, how long would you say that all three of 11:52:12

22  you were on the patio at the same time?                11:52:14

23       MS. HURLEY:  Objection, misstates testimony.     11:52:16

24       THE WITNESS:  Um, how long would I say, gosh,    11:52:18

25  maybe five minutes.                                    11:52:23
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MS. WOLFF:                                        11:52:25
 2       Q.   And during that five minutes were you in    11:52:26
 3   approximately the same area of the patio?            11:52:30
 4       A.   No.   I was in the top corner going surfing, 11:52:33
 5   my stuff was above and they were below on the patio. 11:52:36
 6   I wasn't even on the patio.   I was above on the      11:52:40
 7   patio.                                               11:52:42
 8       Q.   Were you sitting on the roof?               11:52:43
 9           MS. HURLEY:   Objection, misstates testimony. 11:52:46
10           THE WITNESS:   No, not really.   There's kind 11:52:47
11   of a roof, I guess.                                  11:52:49
12   BY MS. WOLFF:                                        11:52:51
13       Q.   And is the distance from where you were and 11:52:52
14   where they were you said it's about 20 feet; is that 11:52:55
15   right?                                               11:52:57
16       A.   Yeah, maybe more, maybe like 30 because they 11:52:57
17   were on the corner of the patio.   And I was just     11:53:00
18   above where you go down to go surfing and so, yeah.   11:53:03
19       Q.   Do you recall hearing Alan Johnston         11:53:08
20   mentioning that he saw Ms. Reed on the front of the  11:53:18
21   L.A. Times that morning?                             11:53:20
22       A.   No.                                         11:53:21
23       Q.   And had you seen the L.A. Times that morning 11:53:23
24   before you had gone surfing?                         11:53:29
25       A.   No.                                         11:53:31
```

123

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  Do you recall hearing Alan Johnston telling       11:53:31
 2   Ms. Reed that he was big enough to get the job done?       11:53:36
 3        A.  No.                                                11:53:41
 4        Q.  Do you recall whether or not Mr. Johnston was      11:53:44
 5   acting in a sexually suggestive manner at the time?         11:53:49
 6           MS. HURLEY:  Objection, calls for                   11:53:52
 7   speculation, calls for expert opinion testimony,            11:53:54
 8   lacks foundation.                                           11:53:57
 9           THE WITNESS:  I'm not aware of that.  I don't        11:53:57
10   know.                                                       11:53:59
11   BY MS. WOLFF:                                               11:53:59
12        Q.  Do you remember whether or not Alan Johnston       11:54:00
13   changed into his wet suit in front of Ms. Reed?             11:54:05
14        A.  I'm not aware of that.  I was surfing by that      11:54:09
15   time.                                                       11:54:12
16        Q.  Do you recall whether or not you saw any           11:54:12
17   police present at time of this incident?                    11:54:20
18           MS. HURLEY:  Objection, vague and ambiguous         11:54:23
19   as to incident, lacks foundation, calls for                11:54:25
20   speculation.                                                11:54:28
21           THE WITNESS:  Can you rephrase that.                11:54:28
22   BY MS. WOLFF:                                               11:54:30
23        Q.  Sure.                                              11:54:30
24           Were there any police down at the beach when        11:54:30
25   you were sitting on the patio that morning?                 11:54:33
```

Charles Ferrara
July 7, 2017

```
1        A.  That morning?                            11:54:35

2        Q.  Right.                                   11:54:36

3        A.  No, there was not.                       11:54:36

4        Q.  Were there any police at the top of the bluff   11:54:38

5    when you were there when, sorry, when you were first   11:54:41

6    arriving?                                         11:54:45

7        A.  When I first arrived, I didn't see anybody up   11:54:45

8    there, I mean, I don't know.  There could have been.   11:54:49

9        Q.  Do you recall whether or not Ms. Reed     11:54:52

10   appeared frightened by her interaction with       11:55:02

11   Defendants Johnston and Blakeman?                 11:55:07

12        MS. HURLEY:  Objection, calls for            11:55:08

13   speculation, lacks foundation, vague and ambiguous.   11:55:09

14        MR. DIEFFENBACH:  Also, assumes facts.       11:55:13

15        THE WITNESS:  I'm not aware of that.         11:55:16

16   BY MS. WOLFF:                                     11:55:17

17        Q.  And did you say anything to Defendants    11:55:18

18   Johnston or Blakeman or Ms. Reed while you were on   11:55:24

19   the patio?                                        11:55:27

20        A.  No.                                      11:55:28

21        Q.  Okay.                                    11:55:29

22        A.  Besides I said, good morning, when I got  11:55:30

23   there.                                            11:55:33

24        Q.  Other than that, you didn't speak to any of   11:55:33

25   them?                                             11:55:36
```

125

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  No. | 11:55:36 |
| 2 | Q.  Did you say "hi" to Alan Johnston when he | 11:55:36 |
| 3 | walked onto the patio? | 11:55:40 |
| 4 | A.  Did I say "hi" to them, I don't remember.  I | 11:55:41 |
| 5 | could have said hi.  That doesn't seem like too | 11:55:46 |
| 6 | farfetched, but I don't remember it.  I was kind of | 11:55:50 |
| 7 | in a hurry. | 11:55:54 |
| 8 | I was trying to get ready, get your wet suit | 11:55:55 |
| 9 | on.  The next thing, you know, trying to get out | 11:55:58 |
| 10 | there, you know, so, I was like. | 11:56:01 |
| 11 | Q.  And when you left to go surfing, were Alan | 11:56:03 |
| 12 | Johnston and Brant Blakeman and Ms. Reed all still on | 11:56:06 |
| 13 | the patio? | 11:56:09 |
| 14 | A.  Yes. | 11:56:10 |
| 15 | Q.  And how long would you say that you went | 11:56:11 |
| 16 | surfing that morning? | 11:56:21 |
| 17 | A.  Probably an hour and a half, two hours. | 11:56:22 |
| 18 | Q.  And then after you were done surfing, you | 11:56:27 |
| 19 | came back in and did you change out of your wet suit | 11:56:30 |
| 20 | at some point? | 11:56:34 |
| 21 | A.  I came back in, yes.  And that's when there | 11:56:35 |
| 22 | were two cops down there.  And where I came in was a | 11:56:38 |
| 23 | different spot from where I paddled out. | 11:56:41 |
| 24 | You can't get in there when the tide gets | 11:56:44 |
| 25 | lower.  So, they said, this girl wanted to, we have a | 11:56:47 |

126

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | couple of questions to ask you. | 11:56:52 |
| 2 | She said that you said some things to her. | 11:56:54 |
| 3 | Me and Alan have blonde hair, too.  And we look kind | 11:56:56 |
| 4 | of similar, sure, no sweat. | 11:57:00 |
| 5 | And then I walked up to the point with the | 11:57:02 |
| 6 | two police officers and she said, oh, no, that wasn't | 11:57:04 |
| 7 | him.  It's a different guy.  So, that was basically | 11:57:08 |
| 8 | it. | 11:57:11 |
| 9 | Q.  Do you recall the names of either officer? | 11:57:12 |
| 10 | A.  I think one -- no, I don't, sorry. | 11:57:14 |
| 11 | Q.  Can you describe what he looked like? | 11:57:23 |
| 12 | A.  One was a younger guy, a younger officer. | 11:57:25 |
| 13 | And then one was a little older, you know. | 11:57:30 |
| 14 | Q.  Do you recall what color hair they had? | 11:57:34 |
| 15 | A.  They were both like one maybe was, was | 11:57:36 |
| 16 | Caucasian.  And the other one was maybe Hispanic a | 11:57:40 |
| 17 | little bit or something. | 11:57:44 |
| 18 | Q.  Was the younger one or the older one | 11:57:45 |
| 19 | Caucasian? | 11:57:49 |
| 20 | A.  The younger one. | 11:57:49 |
| 21 | Q.  Do you recall if -- excuse me. | 11:57:51 |
| 22 | Do you recall if either officer greeted you | 11:57:54 |
| 23 | by saying, hi, Charlie? | 11:57:58 |
| 24 | A.  No, they didn't, no. | 11:57:59 |
| 25 | Q.  Sorry, you don't recall or -- | 11:58:00 |

127

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  They didn't. | 11:58:03 |
| 2 | Q.  They didn't greet you that way? | 11:58:03 |
| 3 | A.  No, they didn't greet me that way. | 11:58:05 |
| 4 | Q.  And did you cooperate with the police and | 11:58:07 |
| 5 | tell them what you saw? | 11:58:12 |
| 6 | A.  Yes. | 11:58:13 |
| 7 | Q.  Did you recall what you told them? | 11:58:14 |
| 8 | A.  I don't, I mean, just that I was going | 11:58:16 |
| 9 | surfing and that I said good morning to her and then, | 11:58:22 |
| 10 | you know, it wasn't me. | 11:58:26 |
| 11 | Alan and Brant, I guess, came on the patio | 11:58:29 |
| 12 | and I guess they had some words or an exchange of | 11:58:32 |
| 13 | words.  And that's pretty much it what I told you | 11:58:35 |
| 14 | guys today so. | 11:58:38 |
| 15 | Q.  Do you recall what the police asked you | 11:58:39 |
| 16 | specifically? | 11:58:41 |
| 17 | A.  No, I don't recall.  I think they, honestly, | 11:58:45 |
| 18 | I think they were just, she said there was some blond | 11:58:49 |
| 19 | hair kid that said something to her. | 11:58:53 |
| 20 | So, they thought, oh, you're the blonde hair | 11:58:55 |
| 21 | kid.  She saw me, no, it's not him.  And that was it. | 11:58:58 |
| 22 | Q.  Do you remember if Alan Johnston was in the | 11:59:04 |
| 23 | water at the same time as you at any point that | 11:59:07 |
| 24 | morning? | 11:59:11 |
| 25 | A.  I mean, I was surfing and then he came out. | 11:59:11 |

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | There was a lot of surf.  It was just one of those | 11:59:15 |
| 2 | days that it was a pretty good surf. | 11:59:18 |
| 3 | There was a lot of surf.  So, I didn't | 11:59:20 |
| 4 | physically see him.  If you're coming down to go | 11:59:22 |
| 5 | surfing, there are a few other spots you can surf up | 11:59:25 |
| 6 | the point a little bit.  So, I didn't physically see | 11:59:28 |
| 7 | him. | 11:59:30 |
| 8 | Q.  Do you recall seeing anyone else in the water | 11:59:31 |
| 9 | that morning? | 11:59:33 |
| 10 | A.  There was like, yeah, like probably, you | 11:59:35 |
| 11 | know, 15 guys surfing there. | 11:59:38 |
| 12 | Q.  Do you remember any of their names from that | 11:59:40 |
| 13 | morning? | 11:59:43 |
| 14 | A.  No, I vaguely, I mean, I don't know who was | 11:59:43 |
| 15 | out there exactly, but there were probably like 15 | 11:59:47 |
| 16 | guys. | 11:59:50 |
| 17 | Q.  Do you remember seeing Brant Blakeman in the | 11:59:50 |
| 18 | water that morning? | 11:59:54 |
| 19 | A.  Um, you know what, he might have, yeah, I | 11:59:55 |
| 20 | think that he came out eventually like towards the | 12:00:00 |
| 21 | end, but like I said, there was a lot of surf.  And I | 12:00:03 |
| 22 | didn't cross paths with him too much. | 12:00:05 |
| 23 | But he came down to go surfing.  So, he | 12:00:07 |
| 24 | definitely went surfing, but I don't know exactly the | 12:00:10 |
| 25 | time frame that he went surfing. | 12:00:13 |

Charles Ferrara
July 7, 2017

1       Q.  Sure.  So, aside from Brant and Alan who          12:00:14

2   possibly went surfing that morning, do you remember       12:00:19

3   anyone else who was there?                                12:00:22

4       A.  Do I remember, um, no, I don't.  I mean,          12:00:24

5   they're just people surfing.  There are probably,         12:00:32

6   yeah, not really.                                         12:00:38

7       Q.  Fair enough.                                      12:00:39

8           And then at some point when the police            12:00:41

9   finished speaking with you, you told Ms. Reed that        12:00:45

10  you were sorry for what happened to her; is that          12:00:50

11  correct?                                                  12:00:53

12          MS. HURLEY:  Objection, vague and ambiguous,      12:00:53

13  lacks foundation.                                         12:00:57

14          THE WITNESS:  I just told, um, the officers       12:00:58

15  that I apologized for them having to come down the        12:01:02

16  hill, the cliff, and go on the rocks and do all of        12:01:05

17  that.                                                     12:01:09

18          So, maybe she overheard that and she thought      12:01:09

19  that I was saying I'm sorry to her, but I was kind of     12:01:13

20  apologizing to the cops for having to go through all      12:01:16

21  of that.                                                  12:01:19

22  BY MS. WOLFF:                                             12:01:19

23      Q.  So, you weren't apologizing to Ms. Reed?          12:01:19

24      A.  No.  I wasn't apologizing to Ms. Reed.  I         12:01:23

25  don't know what happened.  What would I apologize, so     12:01:26

130

```
 1    whatever.                                          12:01:31

 2         Q.  Did you receive a group E-Mail about that 12:01:31

 3    interaction with Ms. Reed and Alan Johnston and    12:01:35

 4    Brant Blakeman at any point?                       12:01:38

 5         A.  No.                                        12:01:40

 6         Q.  Did you receive a group text about that   12:01:40

 7    incident at any point?                             12:01:43

 8         A.  No.                                        12:01:44

 9         Q.  And did you communicate with Alan Johnston 12:01:45

10    about that incident after it occurred?             12:01:48

11         A.  No.                                        12:01:50

12         Q.  Did you communicate with Brant Blakeman after 12:01:51

13    it occurred?                                       12:01:55

14         A.  No.                                        12:01:56

15         Q.  And did you communicate with anybody about 12:01:56

16    the incident after it occurred aside from the police 12:01:59

17    officers?                                          12:02:01

18         MS. HURLEY:  And aside from conversations     12:02:02

19    that you had with attorneys.                       12:02:03

20         MS. WOLFF:  Of course.                        12:02:04

21         THE WITNESS:  No.                             12:02:05

22    BY MS. WOLFF:                                      12:02:05

23         Q.  So, I want to play for you a couple of short 12:02:06

24    videos that Brant Blakeman filmed from that morning. 12:02:16

25    And I'm just going to ask you a couple of questions 12:02:22
```

131

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  No.  I know that I've never surfed with him. | 12:55:53 |
| 2 | Q.  And you don't think that you've ever seen him | 12:55:56 |
| 3 | at Lunada Bay? | 12:55:59 |
| 4 | A.  No, I've never seen him at Lunada Bay. | 12:56:00 |
| 5 | Q.  Okay.  Do you know who Corey Spencer is, | 12:56:01 |
| 6 | outside of conversations with attorney? | 12:56:04 |
| 7 | A.  I don't know him outside of conversations | 12:56:06 |
| 8 | with my attorney. | 12:56:08 |
| 9 | Q.  Okay.  Do you know who Ken Claypool is? | 12:56:09 |
| 10 | A.  No. | 12:56:13 |
| 11 | Q.  Do you know who Grace Claypool is? | 12:56:13 |
| 12 | A.  No. | 12:56:16 |
| 13 | Q.  Do you know who Jordan Wright is? | 12:56:16 |
| 14 | A.  No. | 12:56:19 |
| 15 | Q.  Have you ever been arrested? | 12:56:19 |
| 16 | MS. HURLEY:  Objection, you can ask him if he | 12:56:23 |
| 17 | has ever had any felony convictions, but as to any | 12:56:26 |
| 18 | arrest, I'll go ahead and instruct him not to answer | 12:56:29 |
| 19 | as to the right of privacy. | 12:56:32 |
| 20 | BY MS. WOLFF: | 12:56:34 |
| 21 | Q.  Have you ever had any convictions? | 12:56:35 |
| 22 | MS. HURLEY:  Felony convictions is the only | 12:56:36 |
| 23 | response that he's giving.  So, only felony | 12:56:39 |
| 24 | convictions you can answer. | 12:56:42 |
| 25 | THE WITNESS:  No. | 12:56:43 |

175

Charles Ferrara
July 7, 2017

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4          I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5   Certified Shorthand Reporter in the State of California,

6   certify that the foregoing pages are a true and correct

7   copy of the original deposition of CHARLES FERRARA,

8   taken on Friday, July 7, 2017.

9          I declare under penalty of perjury under the

10  laws of the State of California that the foregoing is

11  true and correct.

12          Dated this 7th day of July, 2017.

13

14

15

16

17

18          Angelique Melody Ferrio
             CSR No. 6979

19

20

21

22

23

24

25

REPORTER'S CERTIFICATE

1

2

3        I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

4   Certified Shorthand Reporter, certify:

5        That the foregoing proceedings were taken

6   before me at the time and place therein set forth, at

7   which time the witness was put under oath by me;

8        That the testimony of the witness and all

9   objections made at the time of the examination were

10  recorded stenographically by me and were thereafter

11  transcribed;

12       That the foregoing is a true and correct

13  transcript of my shorthand notes so taken.

14       I further certify that I am not a relative or

15  employee of any attorney or of any of the parties, nor

16  financially interested in the action.

17       I declare under penalty of perjury under the

18  law of the State of California that the foregoing is

19  true and correct.

20       Dated this 7th day of July, 2017.

21       (SIGNATURE WAIVED)

22

23

24       Angelique Melody Ferrio
         CSR No. 6979

25