# EXHIBIT 7

```
 1                  UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3
 4     CORY SPENCER, an individual; DIANA  )
       MILENA REED, an individual; and     )
 5     COASTAL PROTECTION RANGERS, INC., a )
       California non-profit public        )
 6     benefit corporation,                )
                                           )
 7                 Plaintiffs,             )
                                           )
 8        vs.                              ) Case No.: 2:16-cv-2129
                                           )
 9     LUNADA BAY BOYS; THE INDIVIDUAL     )
       MEMBERS OF THE LUNADA BAY BOYS,     )
10     including but not limited to SANG   )
       LEE, BRANT BLAKEMAN, ALAN JOHNSTON, )
11     AKA JALIAN JOHNSTON, MICHAEL RAE    )
       PAPAYANS, ANGELO FERRARA, FRANK     )
12     FERRARA, CHARLIE FERRARA AND CITY   )
       OF PALOS VERDES ESTATES; CHIEF OF   )
13     POLICE JEFF KEPLEY, in his          )
       representative capacity; and DOES   )
14     1-10,                               )
                                           )
15                 Defendants.             )
                                           )
16     _____
17                         DEPOSITION
18                         Jeff Kepley
19                  Monday, October 10, 2016
20                          Volume 1
21
22     Reported by:  Kathy L. Pa'u
23                   CSR No. 5684
24     Job No.  2454464
25     Pages 1 through 270
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1    of using undercover officers in the area or in the water
 2    to further witness and investigate these matters.
 3            Do you know if any officers went with              09:50:40
 4    undercover in Lunada Bay following this incident?
 5        A   They did not, not that I am aware of.              09:50:45
 6        Q   Why is that?                                       09:50:48
 7        A   Well, logistics, for one, are a little bit         09:50:54
 8    difficult.  Because we are a small city, in the context,
 9    that many of our officers know the surfers and the
10    surfers know our officers.
11            So I would need to use officers from other         09:51:13
12    areas.  And that creates kind of a logistical challenge.
13    That -- so --
14        Q   Did you reach out to any other local               09:51:34
15    jurisdictions to ask for help in this regard?
16        A   I did.                                             09:51:40
17        Q   Which jurisdictions?                               09:51:40
18        A   City of Santa Monica.                              09:51:42
19        Q   Any others?                                        09:51:46
20        A   I actually extended the request to several         09:51:47
21    agencies.  And Santa Monica was the agency that
22    responded.
23        Q   No others responded?                               09:51:58
24        A   No.                                                09:52:00
25        Q   Sorry, was that a no?                              09:52:00
```

Page 40

| | | |
|---|---|---|
| 1 | A   That was a no. | 09:52:02 |
| 2 | Q   And what was the nature of your request? | 09:52:06 |
| 3 | A   Well, I asked for officers to go undercover as | 09:52:10 |
| 4 | surfers, or in some other way offer some support for | |
| 5 | surveillance, or get some other additional resources to | |
| 6 | police the Lunada Bay issue. | |
| 7 | Q   And what was the City of Santa Monica's | 09:52:24 |
| 8 | response to your request? | |
| 9 | A   It was favorable and helpful.  They provided | 09:52:31 |
| 10 | supervisory and line level officers in an undercover | |
| 11 | capacity. | |
| 12 | Q   Did they provide surfers? | 09:52:39 |
| 13 | A   Officers that would pose as surfers, yes. | 09:52:42 |
| 14 | Q   So they did send undercover officers? | 09:52:47 |
| 15 | A   They offered those officers to us. | 09:52:53 |
| 16 | Q   But you didn't accept their offer? | 09:52:56 |
| 17 | A   We accepted, but had to cancel. | 09:52:58 |
| 18 | Q   Why is that? | 09:53:01 |
| 19 | A   Because the -- we categorize this as an | 09:53:04 |
| 20 | undercover operation, if you will, with a plan that | |
| 21 | involved surveillance units, supervisory units and line | |
| 22 | level officers posing as surfers to go into the bay. | |
| 23 | But that operation was compromised.  And it | 09:53:20 |
| 24 | became known to other surfers in the area.  So as | |
| 25 | typical, when that happens, the operation was canceled | |

Page 41

1    to protect the officers.

2        Q    When was the operation scheduled to commence?    09:53:34

3        A    I don't recall the date.    09:53:39

4        Q    It was in 2015 or 2016?    09:53:41

5        A    I believe it was January or February of 2016.    09:53:45

6        Q    And how long had it been planned?  In other    09:53:55

7    words, how long had your department been working with

8    Santa Monica to coordinate this?

9        A    I would estimate maybe a month.    09:54:08

10       Q    And you said the operation was compromised, how    09:54:17

11   was it compromised?

12       A    It was brought to my attention that the city    09:54:25

13   manager had received a phone call from someone claiming

14   to be a surfer in Lunada Bay that was questioning why

15   the cops are coming out undercover tomorrow.

16            So the caller appeared to have information that    09:54:41

17   he knew that our operation was the following day.  And

18   that we would have an undercover operation that day.

19            So upon hearing that from the city manager, it    09:54:56

20   was clear, to me, the information had been leaked out to

21   the community somehow or to surfers, whoever that might

22   have been on the phone.  And to protect the officers, I

23   decided to cancel the operation.

24       Q    Did you follow up to investigate where that    09:55:11

25   leak might have occurred?

Page 42

```
 1       Q    Of course.  Take your time.                    10:07:06

 2       A    So I do not recall being interviewed for this   10:07:24

 3  particular article.  But I did have many conversations

 4  with its author, Garrett Therolf, from the L.A. Times,

 5  some of which may be for this article.

 6       Q    Okay.  If you turn to page two of the article,  10:07:40

 7  the first full paragraph, you're quoted as saying,

 8  quote, I'm not so naive to believe that we can solve

 9  this instantly or overnight.  It took 50 years to get

10  here.  Hopefully, it won't take that long to resolve, I

11  think it's very important to get the word out as

12  aggressively and enthusiastically as we can that the

13  status quo is going to be mixed up around here.

14            Do you recall saying that?                      10:08:11

15       A    I recall making statements like that to him,    10:08:14

16  yes.

17       Q    Okay.  What did you mean when you said that the 10:08:16

18  status quo is going to be mixed up around here?

19       A    When this Guardian video came out, it caused a  10:08:33

20  quick steep learning curve for me to learn some of the

21  history.  And I had heard people from the community and

22  staff members, and all, tell me that there have been

23  conflicts and issues in the surfing culture for many,

24  many years, as many as 50 years or more.

25            And I just felt strongly that if that had been  10:09:07
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | And, in La Habra, we had a specialized gang | 10:31:47 |
| 2 | detail that I worked with, but was not specifically a | |
| 3 | part of.  I was a command staff member. | |
| 4 | Q    In your department, now, do you presently | 10:32:02 |
| 5 | conduct any formal education or training with respect to | |
| 6 | policing gangs? | |
| 7 | A    I don't believe so.  And I'm quantifying my | 10:32:12 |
| 8 | response to the time that I've been there.  What | |
| 9 | happened before I got there, I don't know. | |
| 10 | Q    Understood.  Now, going back to The Guardian | 10:32:30 |
| 11 | video, I believe you said earlier, you don't know who | |
| 12 | the people are who were in the video that was recorded | |
| 13 | by The Guardian at the beach? | |
| 14 | A    That's correct. | 10:32:57 |
| 15 | Q    Now, you said that the bay boys have a gang | 10:33:05 |
| 16 | like mentality or a gang mentality, what did you mean by | |
| 17 | that? | |
| 18 | MR. WORGUL:  I'm going to object; it misstates | 10:33:22 |
| 19 | the quote. | |
| 20 | MR. CROWLEY:  Vague and ambiguous and | 10:33:27 |
| 21 | overbroad. | |
| 22 | THE WITNESS:  I'm sorry to ask you, if you | 10:33:32 |
| 23 | would not mind repeating that question. | |
| 24 | MS. WOLF:  No worries.  I'm sorry to ask. | 10:33:35 |
| 25 | Would you mind rereading that? | |

| | | |
|---|---|---|
| 1 | (Record read.) | 10:33:51 |
| 2 | THE WITNESS: Okay. So the gang like mentality | 10:33:53 |
| 3 | that I referred to was the way in which gangs, street | |
| 4 | gangs, often claim a territory. And will confront | |
| 5 | people who come into their territory, where you from, | |
| 6 | what are you doing, type of thing. | |
| 7 | Some of that was relayed to me with respect to | 10:34:14 |
| 8 | those involved in disputes down on Lunada Bay in | |
| 9 | dissuading them from coming to surf there, because they | |
| 10 | are not from there. That was a similarity to how some | |
| 11 | gang members might speak to a person coming into a | |
| 12 | particular area. | |
| 13 | BY MS. WOLF | 10:34:33 |
| 14 | Q   So, in that respect, you believed that the bay | 10:34:34 |
| 15 | boys were like a gang in the sense that they were | |
| 16 | protecting territory? | |
| 17 | MR. CROWLEY: Same objections. | 10:34:43 |
| 18 | MR. WORGUL: Objection; vague and ambiguous, | 10:34:45 |
| 19 | and overbroad as to who the bay boys are. | |
| 20 | THE WITNESS: I think my statement was their | 10:34:51 |
| 21 | gang like mentality, but I didn't think they were a | |
| 22 | gang. I think there were similarities, certainly by | |
| 23 | reading the papers, or hearing stories in the past, or | |
| 24 | maybe watching that video, that there may be | |
| 25 | similarities. And that was the extent to which I was | |

Page 68

```
 1    to view those photos?
 2         A    No.                                              14:37:40
 3              MR. CROWLEY:  Objection; lacks foundation.       14:37:42
 4              MR. WORGUL:  Join.                               14:37:43
 5              THE WITNESS:  No.                                14:37:44
 6    BY MS. WOLF                                                14:37:45
 7         Q    Now, Ms. Reed was also asked by Detective        14:37:54
 8    Vanegas, is that how you pronounce it?
 9         A    That's correct.                                  14:38:00
10         Q    Why would a woman want to go down to that beach  14:38:01
11    at rock point anyway, there is only rocks down there.
12    Should it matter why Ms. Reed wanted to access the
13    beach?
14         A    No.                                              14:38:11
15         Q    You agree that anyone should be able to access   14:38:15
16    the beach; right?
17         A    Yes.                                             14:38:18
18         Q    Whether or not it's a woman, or a man or a       14:38:21
19    non-resident?
20         A    Yes.                                             14:38:25
21         Q    Do you believe that it is unsafe for a woman to  14:38:28
22    enjoy Lunada Bay?
23              MR. CROWLEY:  Vague and ambiguous.               14:38:36
24              MR. WORGUL:  Join.                               14:38:37
25              THE WITNESS:  I do not believe that it's         14:38:39
```

Page 184

```
 1    unsafe.  But sense of safety and security is in the eye
 2    of the beholder.  And it's an individual feeling that
 3    some people have.  But, in my opinion, it's safe.
 4    BY MS. WOLF                                            14:39:01
 5       Q    Do you think that a police officer asking a    14:39:07
 6    woman why she would want to go visit a public space
 7    could deter her from doing so?
 8       A    One more time.                                 14:39:19
 9       Q    Do you think that a police officer asking a    14:39:21
10    woman why she would want to visit a public space would
11    deter her from doing so in the future?
12            MS. LUTZ:  Speculation.                        14:39:34
13            MR. WORGUL:  Incomplete hypothetical.          14:39:35
14            THE WITNESS:  I don't know if it would have a  14:39:36
15    deterrent effect.  And I don't know why that question
16    was asked.
17    BY MS. WOLF                                            14:39:43
18       Q    Do you believe that question was improper?     14:39:43
19       A    I can't say it was improper without asking the 14:39:45
20    reason as to why it was asked.
21       Q    Then subsequent to this report, you and Captain 14:39:53
22    Best met with Ms. Reed and Mr. Otten on March 21st,
23    2016.  Does that sound right?
24       A    Yes.                                           14:40:03
25       Q    What was the purpose of that meeting?          14:40:04
```

Page 185

| | | |
|---|---|---|
| 1 | BY MS. WOLF | 16:08:34 |
| 2 | Q    Sure.  Do you think that localism has been a | 16:08:35 |
| 3 | problem at Lunada Bay this year? | |
| 4 | A    Yes. | 16:08:45 |
| 5 | Q    Do you think that localism was a problem at | 16:08:46 |
| 6 | Lunada Bay last year? | |
| 7 | A    Yes. | 16:08:51 |
| 8 | Q    Do you think localism was a problem in Lunada | 16:08:52 |
| 9 | Bay in 2014? | |
| 10 | A    I don't know. | 16:08:58 |
| 11 | Q    Do you have concerns that localism may be a | 16:09:01 |
| 12 | problem in the upcoming surf season? | |
| 13 | A    I don't know.  Well, I have plans to address it | 16:09:08 |
| 14 | if it does, but I don't know. | |
| 15 | Q    I think we touched on this briefly.  But do you | 16:09:40 |
| 16 | believe that the bay boys is a gang under Penal Code | |
| 17 | Section 186? | |
| 18 | MR. CROWLEY:  Asked and answered, lacks | 16:09:50 |
| 19 | foundation. | |
| 20 | MR. WORGUL:  Argumentative. | 16:09:52 |
| 21 | MR. RICHARDS:  Asked and answered.  You can | 16:09:53 |
| 22 | answer. | |
| 23 | THE WITNESS:  No. | 16:09:55 |
| 24 | BY MS. WOLF | 16:09:55 |
| 25 | Q    Can you explain why?  I think you said earlier | 16:09:56 |

```
 1        that --
 2              MR. WORGUL:  Objection.                           16:10:08
 3              MS. WOLF:  Can I finish my question?              16:10:09
 4        Q    Earlier you said you thought they had a gang      16:10:12
 5   mentality, but that they are not a gang because they are
 6   not shooting people and they are not stabbing people; is
 7   that right?
 8        A    I did make statements like that, yes.             16:10:21
 9        Q    And where in the Penal Code does it say that a    16:10:27
10   gang member has to be shooting or stabbing somebody to
11   be a criminal street gang?
12        A    There are a list of enumerated crimes in PC       16:10:36
13   186.22.
14        Q    And there are crimes that are listed, other       16:10:42
15   than -- I'm sorry -- in addition to homicide or assault;
16   correct?
17              MR. CAREY:  Objection; as to which subsection    16:10:51
18   of 186.22 we are discussing.
19              MR. WORGUL:  Objection; argumentative.           16:10:57
20              THE WITNESS:  Yes.                               16:10:59
21   BY MS. WOLF                                                 16:11:03
22        Q    To your knowledge, has the Palos Verdes Estates   16:11:04
23   Police Department ever investigated whether three or
24   more men have acted in concert together to commit
25   vandalism at Lunada Bay?
```

Page 221