# EXHIBIT 9

Atkinson-Baker Court Reporters
www.depo.com

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4                             - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                 Plaintiffs,         )
 9                                   )
        vs.                          ) No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                 Defendants.         )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                  VIDEOTAPED DEPOSITION OF

18                           N.F.

19                      IRVINE, CALIFORNIA

20                        JULY 6, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A32
```

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q. And did you feel safe surfing? | 11:34:16 |
| 2 | A. Yeah. | 11:34:19 |
| 3 | Q. Okay. You didn't feel like it was too | 11:34:20 |
| 4 | crowded? | 11:34:21 |
| 5 | A. No. | 11:34:22 |
| 6 | Q. Did you think that there was space for more | 11:34:22 |
| 7 | surfers in the water? | 11:34:26 |
| 8 | A. Yeah. | 11:34:27 |
| 9 | Q. Do you socialize with anyone on the Palos | 11:34:27 |
| 10 | Verdes Estates police force? | 11:34:36 |
| 11 | A. No. The only cop I knew was Sean Crisfield. | 11:34:39 |
| 12 | I grew up, our families grew up together. | 11:34:41 |
| 13 | Q. How do spell -- do you know how to spell his | 11:34:44 |
| 14 | last name? | 11:34:46 |
| 15 | A. Crisfield, C-r-i-s-f-i-e-l-d. | 11:34:46 |
| 16 | Q. And did he -- sorry. | 11:34:55 |
| 17 | He was a cop for Palos Verdes Estates? | 11:34:58 |
| 18 | A. Yes, he still is. | 11:35:03 |
| 19 | Q. He still is? | 11:35:04 |
| 20 | A. (Witness Nods). | 11:35:06 |
| 21 | Q. Does he have any kids? | 11:35:06 |
| 22 | A. No. | 11:35:08 |
| 23 | Q. Was he friends or is he friends with your | 11:35:08 |
| 24 | father and your mother? | 11:35:11 |
| 25 | A. More my mom, more my mom. His mom was good | 11:35:13 |

93

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. WOLFF:                                          13:45:13
 2        Q.  Does that voice sound familiar to you?         13:45:13
 3        A.  Yeah.                                          13:45:15
 4        Q.  Who do you think that is?                      13:45:15
 5        A.  My brother.                                    13:45:17
 6        Q.  Leo?                                           13:45:17
 7        A.  Yeah.                                          13:45:18
 8        Q.  You don't think that's Charlie?                13:45:19
 9        A.  No.                                            13:45:20
10        Q.  And so Leo says, essentially, that everyone    13:45:21
11    gets the wrong vibe because that's the hazing.  It's   13:45:26
12    like a fraternity.                                     13:45:28
13            Do you agree that the group of surfers at      13:45:29
14    Lunada Bay is like a fraternity?                       13:45:32
15        A.  I don't think that it's like a fraternity.     13:45:35
16    I've never been to a fraternity.  I don't think that   13:45:38
17    it's like a fraternity.  I've heard how fraternities   13:45:38
18    are.                                                   13:45:45
19        Q.  And do you disagree with him that there's      13:45:45
20    hazing?                                                13:45:48
21        A.  I've never had hazing.  I've never seen        13:45:48
22    anybody get hazed.  It's kind of different how         13:45:52
23    people --                                              13:45:54
24            MR. FIELDS:  You've answered the question.     13:45:55
25            THE WITNESS:  Yeah.                            13:45:56
```

143

N. F.
July 6, 2017

Case 2:16-cv-02129-SJO-RAO   Document 346-7   Filed 08/07/17   Page 5 of 7   Page ID #:11892
Atkinson-Baker Court Reporters
www.depo.com

|   |   |   |
|---|---|---|
| 1 | Diana Reed, had a conversation at Lunada Bay with one | 13:40:52 |
| 2 | of the guys who regularly surfs down there. | 13:40:55 |
| 3 |     She says it was with Charlie Ferrera, but | 13:40:57 |
| 4 | we've heard that your brother has also taken credit | 13:41:00 |
| 5 | for it.  So, I'm going to play you a short clip and | 13:41:03 |
| 6 | ask you some questions about it. | 13:41:07 |
| 7 |   A.  Okay. | 13:41:09 |
| 8 |     MR. FIELDS:  And I'll object that I believe | 13:41:09 |
| 9 | that recording was illegally recorded.  We're going | 13:41:15 |
| 10 | to be making a motion in limine. | 13:41:18 |
| 11 |     So, subject to that, you can ask the | 13:41:21 |
| 12 | questions that you like. | 13:41:24 |
| 13 |     MS. WOLFF:  Actually, I don't need the | 13:41:27 |
| 14 | content of the video.  I don't think that it's | 13:41:29 |
| 15 | necessary. | 13:41:36 |
| 16 |     MR. FIELDS:  Is that video or audio? | 13:41:55 |
| 17 |     MS. WOLFF:  There's no audio. | 13:41:58 |
| 18 |     MR. FIELDS:  This whole line of questioning | 13:42:01 |
| 19 | is subject to objection and that it's illegally | 13:42:02 |
| 20 | recorded. | 13:42:05 |
| 21 |  | 13:42:12 |
| 22 |     (Discussion held off the record.) | 13:42:12 |
| 23 |  | 13:45:06 |
| 24 |     MS. WOLFF:  It was produced as bates | 13:45:06 |
| 25 | Plaintiff or it's PLTF 002027. | 13:45:07 |

142

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MS. WOLFF:                                            13:45:13
 2        Q.   Does that voice sound familiar to you?         13:45:13
 3        A.   Yeah.                                          13:45:15
 4        Q.   Who do you think that is?                      13:45:15
 5        A.   My brother.                                    13:45:17
 6        Q.   Leo?                                           13:45:17
 7        A.   Yeah.                                          13:45:18
 8        Q.   You don't think that's Charlie?                13:45:19
 9        A.   No.                                            13:45:20
10        Q.   And so Leo says, essentially, that everyone    13:45:21
11   gets the wrong vibe because that's the hazing.  It's    13:45:26
12   like a fraternity.                                       13:45:28
13             Do you agree that the group of surfers at      13:45:29
14   Lunada Bay is like a fraternity?                         13:45:32
15        A.   I don't think that it's like a fraternity.     13:45:35
16   I've never been to a fraternity.  I don't think that    13:45:38
17   it's like a fraternity.  I've heard how fraternities    13:45:38
18   are.                                                     13:45:45
19        Q.   And do you disagree with him that there's      13:45:45
20   hazing?                                                  13:45:48
21        A.   I've never had hazing.  I've never seen        13:45:48
22   anybody get hazed.  It's kind of different how          13:45:52
23   people --                                                13:45:54
24             MR. FIELDS:  You've answered the question.    13:45:55
25             THE WITNESS:  Yeah.                            13:45:56
```

143

N. F.
July 6, 2017

```
 1                    REPORTER'S CERTIFICATE
 2
 3        I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a
 4   Certified Shorthand Reporter, certify:
 5        That the foregoing proceedings were taken
 6   before me at the time and place therein set forth, at
 7   which time the witness was put under oath by me;
 8        That the testimony of the witness and all
 9   objections made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed;
12        That the foregoing is a true and correct
13   transcript of my shorthand notes so taken.
14        I further certify that I am not a relative or
15   employee of any attorney or of any of the parties, nor
16   financially interested in the action.
17        I declare under penalty of perjury under the
18   law of the State of California that the foregoing is
19   true and correct.
20        Dated this 6th day of July, 2017.
21
22
23                    _____
24                    Angelique Melody Ferrio
                      CSR No. 6979
25
```