1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:  (415) 777-3200
6  Facsimile:   (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone:  (916) 442-3333
11 Facsimile:   (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone:  (310) 378-8533
16 Facsimile:   (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, et al.<br>Plaintiffs,<br>v.<br>LUNADA BAY BOYS, et al.<br>Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**NOTICE OF MOTION TO COMPEL DEFENDANT, SANG LEE'S PRODUCTION OF DOCUMENTS**<br><br>[Filed concurrently With: Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents; Declaration of Victor Otten] |

|   |   |
|---|---|
|   | Judge: Hon. Rozella A. Oliver<br>Date:  September 6, 2017<br>Time:  10:00 am<br>Crtrm.: F,- 9th Floor___ |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on at 10:00 a.m., on September 6, 2017 in the courtroom of the Honorable Rozella A. Oliver, located at 312 North Spring Street, Los Angeles, California, 90012, in Courtroom F, 9th floor, Plaintiff Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers will and hereby does move pursuant to Fed. R. Civ. P. 37(a) for an order compelling Defendant, Sang Lee to produce documents. Plaintiffs further request that this Court order Mr. Lee and his attorney to pay Plaintiffs' counsel's fees and costs incurred because of his refusal to respond to Plaintiffs' document requests.  There is no justification for his failure to produce any documents in response to Plaintiffs' requests.  Accordingly, Plaintiffs are entitled to recover their reasonable expenses. Fed. R. Civ. P. 37(a)(5).

Prior to filing this Motion, the parties have met and conferred pursuant to L. R. 37-1, and made a good faith attempt to resolve this dispute but were unable to do so.

This Motion to Compel is based upon this Notice, the concurrently filed Joint Stipulation Regarding Plaintiff's Motion to Compel documents, the declaration of Victor Otten filed in support of the Joint Stipulation, the pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

///

///

13675145.4

-2-   Case No. 2:16-cv-02129-SJO (RAOx)
[PROPOSED JOINT] NOTICE OF MOTION TO COMPEL DEFENDANT, SANG LEE'S PRODUCTION OF DOCUMENTS

| | |
|---|---|
| 1 | OTTEN LAW PC |
| 2  DATED:  August 7, 2017 | |
| 3 | By:     */s/ Victor Otten* |
| 4 | VICTOR OTTEN |
| 5 | KAVITA TEKCHANDANI |
|   | Attorneys for Plaintiffs |
| 6 | CORY SPENCER, DIANA MILENA |
| 7 | REED, and COASTAL PROTECTION RANGERS, INC. |