HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, et al.<br>      Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS, et al.<br>      Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**[PROPOSED] ORDER RE: MOTION TO COMPEL DEFENDANT, SANG LEE'S PRODUCTION OF DOCUMENTS**<br>[Filed concurrently With: Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Documents; Declaration of Victor Otten] |

|   |   |
|---|---|
| 1 | Judge: Hon. Rozella A. Oliver |
| 2 | Date:   September 6, 2017 |
|   | Time:   10:00 am |
|   | Crtrm.: F, - 9th Floor |
| 3 |   |
| 4 | Complaint Filed:   March 29, 2016 |
|   | Trial Date:            November 7. 2017 |

     Having considered Plaintiffs' Motion to Compel Production of Documents Set 1 brought against Defendant, Sang Lee, and finding good cause therefore, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

     IT IS DETERMINED THAT Defendant Sang Lee and his attorneys improperly withheld documents, and that Defendant Sang Lee destroyed evidence.

     IT IS ORDERED THAT that Sang Lee produce all the documents that have not been turned over and any objections and/or privileges are not applicable.

     IT IS FURTHER ORDERED THAT monetary sanctions against Sang Lee and his attorneys are granted, and are to be paid to counsel for Plaintiffs.

Dated: _____ Signed: _____

Hon. _____

(Judge's name)