| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | KURT A. FRANKLIN, SBN 172715 |
| 2 | kfranklin@hansonbridgett.com |
| | LISA M. POOLEY, SBN 168737 |
| 3 | lpooley@hansonbridgett.com |
| | SAMANTHA WOLFF, SBN 240280 |
| 4 | swolff@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, California 94105 |
| | Telephone:  (415) 777-3200 |
| 6 | Facsimile:   (415) 541-9366 |
| 7 | HANSON BRIDGETT LLP |
| | TYSON M. SHOWER, SBN 190375 |
| 8 | tshower@hansonbridgett.com |
| | LANDON D. BAILEY, SBN 240236 |
| 9 | lbailey@hansonbridgett.com |
| | 500 Capitol Mall, Suite 1500 |
| 10 | Sacramento, California 95814 |
| | Telephone:  (916) 442-3333 |
| 11 | Facsimile:   (916) 442-2348 |
| 12 | OTTEN LAW, PC |
| | VICTOR OTTEN, SBN 165800 |
| 13 | vic@ottenlawpc.com |
| | KAVITA TEKCHANDANI, SBN 234873 |
| 14 | kavita@ottenlawpc.com |
| | 3620 Pacific Coast Highway, #100 |
| 15 | Torrance, California 90505 |
| | Telephone:  (310) 378-8533 |
| 16 | Facsimile:   (310) 347-4225 |
| 17 | Attorneys for Plaintiffs |
| | CORY SPENCER, DIANA MILENA |
| 18 | REED, and COASTAL PROTECTION |
| | RANGERS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | | |
|---|---|---|
| 23 | CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx) |
| | | **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT CHIEF KEPLEY TO PRODUCE DOCUMENTS** |
| | Plaintiffs, | [Filed Concurrently with: [Proposed Joint Statement Re Plaintiffs motion to Comprl Production of Documents; Declaration of Victor Otten] |

|   |   |   |
|---|---|---|
| 1 | v. | |
| 2 | | |
| 3 | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | Judge: Hon. Rozella A. Oliver<br>Date: September 6, 2017<br>Time: 10:00 am<br>Crtrm.: F, 9th Floor___ |
| | | Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |
| | Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on at 10:00 a.m., in the courtroom of the Honorable Rozella A. Oliver, located at 312 North Spring Street, Los Angeles, California, 90012, in Courtroom F, 9th floor, Plaintiff will and hereby does move pursuant to Fed. R. Civ. P. 37(a) for an order compelling Defendant Chief Kepley to be ordered to produce all the documents that have not been turned over, and a ruling that any objections and/or privileges are not proper. Plaintiffs further request that this Court order Defendant and his attorney to pay Plaintiffs' counsel's fees and costs incurred because of his refusal to respond to Plaintiffs' document requests. There is no justification for his failure to produce any documents in response to Plaintiffs' requests. Accordingly, Plaintiffs are entitled to recover their reasonable expenses. Fed. R. Civ. P. 37(a)(5).

Prior to filing this Motion, the parties have met and conferred pursuant to L. R. 37-1, and made a good faith attempt to resolve this dispute but were unable to do

so.

This Motion is being brought pursuant to the discussion between counsel and Judge Oliver at the hearing held on July 26, 2017.

This Motion to Compel is based upon this Notice, the concurrently filed Proposed Joint Stipulation Regarding Plaintiff's Motion to Compel documents, the declaration of Victor Otten. The pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

DATED: August 7, 2017   OTTEN LAW PC

By: */s/ Victor Otten*
VICTOR OTTEN
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28