HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Filed Concurrently with Declaration of Samantha Wolff; Redacted Versions of Documents Proposed to be Filed Under Seal; Unredacted Versions of Documents Proposed to be Filed Under Seal; and |

| | |
|---|---|
| v. | [Proposed] Order |
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, | Complaint Filed:   March 29, 2016<br>Trial Date:   November 7, 2017 |
| Defendants. | |

Pursuant to Local Rule 79-5, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") hereby apply for leave of Court to file **Exhibits 39, 40, 41, and 42** to the Declaration of Samantha Wolff In Support of Plaintiffs' Opposition to the Individual Defendants' Motions for Summary Judgment Or, In the Alternative, Summary Adjudication ("Wolff Declaration") and portions of **Exhibit 8** to the Wolff Declaration, under seal. Exhibits 39 and 40 consist of Defendant Sang Lee's cell phone records, as produced by his cell phone carrier.  Exhibit 41 consists of text messages sent and received by Defendant Alan Johnston.  Portions of Exhibit 8 consist of a number of emails sent and received by Defendant Sang Lee.  These documents were produced in discovery by Defendants and contain information protected from disclosure pursuant to the parties' stipulated protective order, including Defendants' full cell phone numbers and the cell phone numbers of third parties, as well as Defendants' and third parties' email addresses.

Case No. 2:16-cv-02129-SJO (RAOx)
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

13683298.1

1    Counsel for the Individual Defendants were informed of Plaintiffs' intent to

2 seek leave to file these exhibits under seal.  *See* Declaration of Samantha Wolff In

3 Support of Application for Leave to File Under Seal.

4 DATED:  August 8, 2017                    HANSON BRIDGETT LLP

5

6

7                                    By:    */s/ Samantha D. Wolff*
                                            KURT A. FRANKLIN
8                                           LISA M. POOLEY
9                                           SAMANTHA D. WOLFF
                                            TYSON M. SHOWER
10                                          LANDON D. BAILEY
11                                          Attorneys for Plaintiffs
                                            CORY SPENCER, DIANA MILENA
12                                          REED, and COASTAL PROTECTION
13                                          RANGERS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                 Case No. 2:16-cv-02129-SJO (RAOx)
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL