# EXHIBIT 8

Case 2:16-cv-02129-SJO-RAO   Document 395-2   Filed 08/08/17   Page 2 of 82   Page ID
#:13329
Atkinson-Baker Court Reporters
www.depo.com

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4                       - - -

5    CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
6    INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
7    A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
8                                    )
                  Plaintiffs,        )
9                                    )
         vs.                         )  No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
     LUNADA BAY BOYS; THE INDIVIDUAL )
11   MEMBERS OF THE LUNADA BAY BOYS, )
     INCLUDING BUT NOT LIMITED TO    )
12   SANG LEE, BRANT BLAKEMAN, ALAN  )
     JOHNSTON AKA JALIAN JOHNSTON,   )
13   MICHAEL RAE PAPAYANS, ANGELO    )
     FERRARA, FRANK FERRARA,         )
14   CHARLIE FERRARA, ET AL.,        )
                                     )
15                Defendants.        )
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
16

17               VIDEOTAPED DEPOSITION OF

18                      SANG LEE

19                COSTA MESA, CALIFORNIA

20                   MAY 31, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB05A10

1

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | you at your home? | 09:27:05 |
| 2 | A. No. I'm at her house. | 09:27:07 |
| 3 | Q. Where does your mother live? | 09:27:11 |
| 4 | A. In Rancho Palos Verdes, also. | 09:27:13 |
| 5 | Q. At what address? | 09:27:15 |
| 6 | A. It's 30341 Camino Porvenir, P-o-r-v-e-n-i-r, | 09:27:17 |
| 7 | and that's Rancho Palos Verdes, California, 90275. | 09:27:29 |
| 8 | Q. Okay. And have you ever been married? | 09:27:35 |
| 9 | A. No. | 09:27:50 |
| 10 | Q. Have you ever been arrested? | 09:27:51 |
| 11 | A. No. | 09:27:56 |
| 12 | Q. Have you ever been convicted of any crimes? | 09:27:57 |
| 13 | A. No. | 09:28:01 |
| 14 | Q. And where did you go to high school? | 09:28:04 |
| 15 | A. P.V. High School, Palos Verdes High School. | 09:28:06 |
| 16 | Q. And did you graduate? | 09:28:11 |
| 17 | A. Yes. | 09:28:12 |
| 18 | Q. In what year? | 09:28:13 |
| 19 | A. '84. | 09:28:14 |
| 20 | Q. And after high school did you attend any | 09:28:19 |
| 21 | college? | 09:28:22 |
| 22 | A. I attended some junior college. | 09:28:22 |
| 23 | Q. Which junior college? | 09:28:26 |
| 24 | A. I believe I went to Marymount for a little | 09:28:28 |
| 25 | bit and then Harbor College. And I might have even | 09:28:33 |

27

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  I think it was -- the last time I did it was    09:32:50
 2   maybe 2014 or something around then.                      09:32:56
 3        Q.  Is that your best estimate?                      09:33:01
 4        A.  Yeah, around then.  It was because of            09:33:03
 5   injuries that I stopped.                                  09:33:06
 6        Q.  And how long did you practice Jiu-Jitsu          09:33:08
 7   overall?                                                  09:33:12
 8        A.  I started from 2004, I think.                    09:33:12
 9        Q.  So, about ten years?                             09:33:15
10        A.  Off and on, uh-huh, about that.  I had to        09:33:16
11   stop I think like '10 or '11 because I got injured.       09:33:20
12   And then I re-started again.  And then I got injured      09:33:24
13   again and so I stopped.                                   09:33:27
14        Q.  Do you have any tattoos?                         09:33:32
15        A.  Yes.                                             09:33:37
16        Q.  How many?                                        09:33:37
17        A.  Like, I mean, well, just there are three        09:33:40
18   separate ones, yeah, three, yeah, three.                  09:33:46
19        Q.  And where are your three tattoos?               09:33:49
20        A.  On my shoulder.                                  09:33:52
21        Q.  Which shoulder?                                  09:33:53
22        A.  Left.                                            09:33:55
23        Q.  And what are they of?                            09:33:58
24        A.  It says, one of them says Lunada Bay on it.      09:34:01
25        Q.  Okay.                                            09:34:12
```

31

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  And another one has a rose underneath it. | 09:34:12 |
| 2 | Q.  A drawing of a rose as opposed to the word | 09:34:16 |
| 3 | rose? | 09:34:21 |
| 4 | A.  Yeah.  And next to it, it has a Trident head, | 09:34:21 |
| 5 | like a spearhead.  It's kind of like a high school | 09:34:25 |
| 6 | logo, so. | 09:34:29 |
| 7 | Q.  And do they go in that order that you just | 09:34:38 |
| 8 | described Lunada Bay, then a rose, then the Trident | 09:34:43 |
| 9 | head or how are they arranged? | 09:34:46 |
| 10 | MR. CROWLEY:  Objection, vague. | 09:34:48 |
| 11 | THE WITNESS:  I don't know, I mean, you can | 09:34:49 |
| 12 | look at it and see.  I don't really know the exact | 09:34:52 |
| 13 | thing. | 09:34:56 |
| 14 | The letter and the rose is underneath.  And | 09:34:56 |
| 15 | the Trident head used to be right next to the letter. | 09:34:59 |
| 16 | MS. POOLEY:  Are you opposed to having him | 09:35:06 |
| 17 | show me? | 09:35:08 |
| 18 | MR. CROWLEY:  I am.  I don't think that he | 09:35:09 |
| 19 | needs to disrobe for the deposition. | 09:35:11 |
| 20 | MS. POOLEY:  He offered, so, that's why I | 09:35:13 |
| 21 | asked. | 09:35:16 |
| 22 | MR. CROWLEY:  I understand. | 09:35:16 |
| 23 | BY MS. POOLEY: | 09:35:18 |
| 24 | Q.  Are you a surfer? | 09:35:18 |
| 25 | A.  Yeah. | 09:35:24 |

32

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    breath.                                              09:50:57
 2    BY MS. POOLEY:                                       09:50:57
 3        Q.  When you say -- when you talk about paying   09:50:58
 4    dues, what do you mean?                              09:51:00
 5        A.  Just like what I just explained, just putting 09:51:01
 6    in your time in a place.  Respecting the people that 09:51:05
 7    were there before you, you know, just little things. 09:51:08
 8    Picking up trash, being cordial to the kids, just    09:51:11
 9    being respectful.                                    09:51:14
10        Q.  When you say putting in your time, what do   09:51:22
11    you mean by that?                                    09:51:29
12        A.  Just like, you just, you know, you go to a   09:51:30
13    spot and you want to start surfing there, you know,  09:51:34
14    you just go out whenever you can, whenever there's a 09:51:38
15    break putting in your time in the water, in the      09:51:42
16    line-up, you know.                                   09:51:44
17        Q.  And when you say respecting the older folks, 09:51:45
18    what do you mean by that?                            09:51:54
19        A.  Anyone that has been there before you.       09:51:55
20        Q.  And how do you show respect to the people    09:51:58
21    that have been there before you?                     09:52:02
22        A.  By not paddling deeper than them, getting out 09:52:03
23    of their way when they're riding waves, you know.    09:52:08
24        Q.  Does that same etiquette that you learned at 09:52:21
25    Indicator hold at Lunada Bay?                        09:52:30
```

44

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.   I think that etiquette holds for anywhere in      09:52:36
 2   the world.  It's very similar anywhere down from            09:52:40
 3   Ensenada, down to Hawaii, Northern California,              09:52:45
 4   Redondo Beach, San Pedro, all those spots.  It's the       09:52:48
 5   same etiquette, I believe.                                 09:52:52
 6        MR. CROWLEY:  I want to breakout in a                  09:52:58
 7   Beach Boys' song.                                          09:53:03
 8   BY MS. POOLEY:                                             09:53:03
 9        Q.   At this point, how often do you surf at          09:53:03
10   Lunada Bay?                                                09:53:07
11        A.   What do you mean how often, not, like what, a    09:53:08
12   couple times a year or what are you -- it doesn't          09:53:13
13   break all the time.                                       09:53:19
14             So, then whenever it does break sometimes in     09:53:19
15   a year, it maybe breaks ten times.  Sometimes it          09:53:25
16   breaks a little more.                                     09:53:29
17             And if I'm not working, if I don't have any      09:53:30
18   stuff to do, I'll try to go surfing.  So, it all          09:53:33
19   varies from the weather, you know.                        09:53:36
20        Q.   Let's say in the last six months, how many       09:53:39
21   times have you surfed at Lunada Bay?                       09:53:42
22        A.   Probably the last six months, maybe, how many    09:53:45
23   days?                                                     09:53:50
24        Q.   Yes.                                             09:53:51
25        A.   Maybe like five to ten times, maybe a little     09:53:51
```

45

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | more. | 09:53:58 |
| 2 | Q.  Have you ever barbecued on the beach at | 09:54:04 |
| 3 | Lunada Bay? | 09:54:17 |
| 4 | A.  There's no beach, but on the rocks, yeah. | 09:54:18 |
| 5 | Q.  And how often have you done that? | 09:54:29 |
| 6 | MR. CROWLEY:  Over broad, but you can answer. | 09:54:37 |
| 7 | THE WITNESS:  It just depends whoever, if | 09:54:40 |
| 8 | someone decides to bring food down, you do it.  It's | 09:54:43 |
| 9 | not like a thing that we have every time that someone | 09:54:47 |
| 10 | brings food.  There are days people don't eat.  I | 09:54:50 |
| 11 | don't bring food. | 09:54:54 |
| 12 | BY MS. POOLEY: | 09:54:54 |
| 13 | Q.  There's a barbecue pit? | 09:54:54 |
| 14 | A.  There used to be. | 09:54:58 |
| 15 | Q.  Do you know did somebody put that in? | 09:55:05 |
| 16 | A.  The barbecue pit? | 09:55:10 |
| 17 | Q.  Yeah. | 09:55:11 |
| 18 | MR. CROWLEY:  Objection, vague and ambiguous, | 09:55:12 |
| 19 | lacks foundation.  Go ahead. | 09:55:13 |
| 20 | THE WITNESS:  It was already there when I | 09:55:15 |
| 21 | went.  It was built before I started surfing there. | 09:55:18 |
| 22 | So, I don't know if it was there or not. | 09:55:22 |
| 23 | BY MS. POOLEY: | 09:55:25 |
| 24 | Q.  And you say that it used to be there, is it | 09:55:25 |
| 25 | no longer there? | 09:55:27 |

46

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A. Well, the City had to tear it down. So, it's | 09:55:28 |
| 2 | gone. | 09:55:33 |
| 3 | Q. Did the annual ceremonies for Danny Camplin | 09:55:38 |
| 4 | and others who have passed, does that involve a | 09:55:53 |
| 5 | barbecue? | 09:55:56 |
| 6 | A. Yes. It's a potluck. People bring food | 09:55:57 |
| 7 | down. | 09:56:02 |
| 8 | Q. And they barbecue as well? | 09:56:02 |
| 9 | A. Yeah. | 09:56:05 |
| 10 | Q. Do you ever drink beer at Lunada Bay? | 09:56:15 |
| 11 | A. Yes. | 09:56:20 |
| 12 | Q. Okay. Have you seen others drink beer at | 09:56:20 |
| 13 | Lunada Bay? | 09:56:23 |
| 14 | A. Yes. | 09:56:24 |
| 15 | Q. Do you know if it's legal to drink beer at | 09:56:24 |
| 16 | Lunada Bay? | 09:56:32 |
| 17 | MR. CROWLEY: Objection, calls for a legal | 09:56:34 |
| 18 | opinion. You can answer, if you know. | 09:56:36 |
| 19 | THE WITNESS: I don't know. | 09:56:38 |
| 20 | BY MS. POOLEY: | 09:56:39 |
| 21 | Q. You don't know? | 09:56:39 |
| 22 | A. Yeah. | 09:56:40 |
| 23 | Q. Have you ever seen any members of the | 09:56:42 |
| 24 | Palos Verdes police at Lunada Bay? | 09:56:56 |
| 25 | A. Down on the rocks or like where, on the cliff | 09:57:01 |

47

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MS. POOLEY:                                        10:02:57

 2        Q.  And do you know where that garage door came  10:02:57

 3   from?                                                 10:03:00

 4        A.  I think it was -- it was Charlie Mowatt's    10:03:00

 5   door.  I think it was an old one, yeah.               10:03:11

 6        Q.  And who brought the garage door down to the  10:03:25

 7   patio?                                                10:03:29

 8        A.  I don't know.                                10:03:29

 9        Q.  And were you there?                          10:03:30

10        A.  Not when it was there.                        10:03:31

11        Q.  So, you didn't see it --                     10:03:35

12        A.  No.                                          10:03:37

13        Q.  -- being put in?                             10:03:37

14        A.  No, no, but I helped.                        10:03:39

15        MR. CROWLEY:  That's okay.  You've answered.     10:03:41

16   BY MS. POOLEY:                                        10:03:43

17        Q.  What did you help do?                        10:03:43

18        A.  I did a little roofing on the garage door.  I 10:03:45

19   put a cover on like a -- like a roofing material so   10:03:48

20   that it's waterproof.                                 10:03:55

21        Q.  Did you see anyone else work on that roofing 10:04:02

22   or the patio at anytime?                              10:04:06

23        A.  I don't remember, but yeah.                  10:04:08

24        Q.  You don't remember if you saw anyone doing   10:04:12

25   any work?                                             10:04:14
```

53

Sang Lee
May 31, 2017

```
 1            MR. DIEFFENBACH:  Can we stipulate that I'll     10:30:48
 2   join in every objection that counsel states here.        10:30:51
 3            MS. BACON:  And I will as well.                  10:30:55
 4            THE WITNESS:  Repeat that again.                 10:30:56
 5   BY MS. POOLEY:                                            10:30:57
 6       Q.  If someone wanted to come to Lunada Bay who       10:30:58
 7   was not from the area --                                  10:31:01
 8       A.  Uh-huh.                                           10:31:02
 9       Q.  -- and spend some time there, would that be       10:31:02
10   all right?                                                10:31:05
11            MR. CROWLEY:  Same objection.                    10:31:06
12            THE WITNESS:  Yeah, I don't -- to me             10:31:06
13   personally --                                             10:31:12
14   BY MS. POOLEY:                                            10:31:13
15       Q.  Yeah.                                             10:31:13
16       A.  -- personally, I probably would not like to      10:31:14
17   see other people, but I can't say for other people,      10:31:20
18   you know.                                                 10:31:26
19       Q.  When you say that you would not like to see      10:31:26
20   other people, what do you mean by other people?          10:31:28
21       A.  Just other surfers maybe that, you know.         10:31:31
22       Q.  Other than what?                                 10:31:36
23       A.  Just other surfers, other than the people        10:31:39
24   whoever surfs there, I guess.                             10:31:42
25       Q.  So, the people who regularly surf there, is      10:31:48
```

68

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | that what you mean, is that the comparison of people | 10:31:51 |
| 2 | who regularly surf there? | 10:31:53 |
| 3 | A.  I can't tell what they're saying, but I'm | 10:31:53 |
| 4 | just saying from my point of view, I probably | 10:31:56 |
| 5 | wouldn't be that happy about it. | 10:31:59 |
| 6 | Q.  You wouldn't be happy about someone who was | 10:32:01 |
| 7 | new to Lunada Bay coming down to the Bay; is that | 10:32:05 |
| 8 | correct, is that what you're saying? | 10:32:11 |
| 9 | A.  Yeah, a little bit, yeah. | 10:32:12 |
| 10 | Q.  And why would you not be happy about that? | 10:32:14 |
| 11 | A.  Because a lot of those people don't have | 10:32:16 |
| 12 | etiquette.  They don't do, you know, they trash the | 10:32:19 |
| 13 | place and it just ruins everything, yeah. | 10:32:23 |
| 14 | Q.  And what etiquette do they not have? | 10:32:27 |
| 15 | A.  Lots of times it's not just Lunada Bay, but | 10:32:30 |
| 16 | etiquette, like all the other spots, it's a | 10:32:33 |
| 17 | competitive that is a high-performance wave, there's | 10:32:36 |
| 18 | etiquette of people backpedaling people going deeper | 10:32:41 |
| 19 | instead of waiting your turn. | 10:32:45 |
| 20 | And there's also etiquette of when you're | 10:32:47 |
| 21 | kind of, you know, a spot where it's competitive like | 10:32:50 |
| 22 | that, more of a high-performance wave, if you're new | 10:32:54 |
| 23 | in it, you kind of have to try to wait your turn, you | 10:32:57 |
| 24 | kind of just, you know. | 10:33:00 |
| 25 | And from what I experience people that come | 10:33:05 |

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  No. | 10:38:38 |
| 2 | Q.  Is there any expectation with respect to | 10:38:38 |
| 3 | where people park when they come to Lunada Bay? | 10:38:42 |
| 4 | MR. CROWLEY:  Objection, lacks foundation, | 10:38:47 |
| 5 | it's vague. | 10:38:49 |
| 6 | THE WITNESS:  No. | 10:38:50 |
| 7 | BY MS. POOLEY: | 10:38:51 |
| 8 | Q.  Are there any rules or expectations with | 10:38:52 |
| 9 | respect to where people change into their wetsuits at | 10:38:58 |
| 10 | Lunada Bay? | 10:39:01 |
| 11 | MR. CROWLEY:  Same objection. | 10:39:02 |
| 12 | THE WITNESS:  Are you talking about outsiders | 10:39:03 |
| 13 | or just people that surf there? | 10:39:05 |
| 14 | BY MS. POOLEY: | 10:39:07 |
| 15 | Q.  Anyone? | 10:39:08 |
| 16 | A.  No.  You can change anywhere you want, yeah. | 10:39:09 |
| 17 | Q.  And that doesn't bother you? | 10:39:12 |
| 18 | A.  What? | 10:39:15 |
| 19 | Q.  If people change wherever they want? | 10:39:15 |
| 20 | A.  It bothers me when a guy pulls up right next | 10:39:18 |
| 21 | to me, like don't give you your space kind of like | 10:39:21 |
| 22 | it's weird. | 10:39:26 |
| 23 | When you have a whole stretch of rocks and | 10:39:26 |
| 24 | they decide to come and park right next to you, maybe | 10:39:30 |
| 25 | they're trying to push people's buttons.  They can do | 10:39:33 |

75

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | whatever they want, yeah. | 10:39:37 |
| 2 | Q.   Okay.   Are there any rules or expectations | 10:39:39 |
| 3 | about how many people should surf at a time at | 10:39:44 |
| 4 | Lunada Bay? | 10:39:48 |
| 5 | MR. CROWLEY:   Objection, vague, lacks | 10:39:49 |
| 6 | foundation, incomplete hypothetical. | 10:39:51 |
| 7 | THE WITNESS:   No. | 10:39:53 |
| 8 | BY MS. POOLEY: | 10:39:53 |
| 9 | Q.   No? | 10:39:54 |
| 10 | A.   No. | 10:39:54 |
| 11 | Q.   Is there any number that you think that is | 10:39:55 |
| 12 | ideal for the number that should be surfing at a time | 10:39:58 |
| 13 | at Lunada Bay? | 10:40:02 |
| 14 | MR. CROWLEY:   Objection, incomplete | 10:40:04 |
| 15 | hypothetical, over broad, go ahead. | 10:40:05 |
| 16 | THE WITNESS:   No. | 10:40:07 |
| 17 | BY MS. POOLEY: | 10:40:07 |
| 18 | Q.   And you mentioned earlier about some older | 10:40:08 |
| 19 | people who have some priority to take a wave if they | 10:40:19 |
| 20 | want to because they have been there longer; is that | 10:40:24 |
| 21 | correct? | 10:40:26 |
| 22 | MR. CROWLEY:   Objection, misstates his prior | 10:40:26 |
| 23 | testimony, but you can answer. | 10:40:28 |
| 24 | THE WITNESS:   That they have the | 10:40:30 |
| 25 | right-of-way? | 10:40:32 |

76

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                     10:40:33

 2       Q.  Yes?                                        10:40:33

 3       A.  That's my point of view.  That's my         10:40:34

 4    etiquette, yeah, absolutely.  I think people that  10:40:36

 5    were there before me, I have to give them respect. 10:40:39

 6       Q.  And who are those people that have that right 10:40:43

 7    in your perspective?                               10:40:48

 8           MR. CROWLEY:  Objection, vague, lacks       10:40:50

 9    foundation.                                        10:40:51

10           THE WITNESS:  Just anyone that has been there 10:40:53

11    before me.                                         10:40:55

12    BY MS. POOLEY:                                     10:40:56

13       Q.  And who is that?                            10:40:57

14       A.  Just like, you know, Frank Ferrara, Joe, you 10:40:58

15    know, Joe Bark.                                    10:41:04

16       Q.  Who did you say after Frank?                10:41:07

17       A.  Frank Ferrara.                              10:41:09

18       Q.  Okay.  Thank you.                           10:41:11

19           Anyone else besides Frank and Joe?          10:41:14

20       A.  Yeah, just, there are other people.  Anyone 10:41:19

21    that has been there longer than me.                10:41:25

22       Q.  And who is that?  I don't know who that is.  10:41:26

23    I'm asking for you to tell me.                     10:41:29

24           MR. CROWLEY:  Objection, lacks foundation.  10:41:31

25           THE WITNESS:  Well, just it could be like   10:41:32
```

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Charlie Mowatt. | 10:41:39 |
| 2 | BY MS. POOLEY: | 10:41:46 |
| 3 | Q.  Just those three? | 10:41:47 |
| 4 | A.  Yeah.  My mind is going blank.  It's like, | 10:41:49 |
| 5 | you know.  So, it's just basically anyone.  It's not | 10:41:52 |
| 6 | even the name.  It's just people who have been there | 10:41:57 |
| 7 | before you. | 10:41:59 |
| 8 | Q.  How do you know that they have been there | 10:42:00 |
| 9 | before you? | 10:42:02 |
| 10 | A.  Because when I first went there, they were | 10:42:02 |
| 11 | already there. | 10:42:07 |
| 12 | Q.  And do you know any others have that been | 10:42:08 |
| 13 | there before you that you would give deference to in | 10:42:12 |
| 14 | terms of taking a wave? | 10:42:19 |
| 15 | A.  What now? | 10:42:20 |
| 16 | Q.  That you would allow to take a wave when you | 10:42:21 |
| 17 | thought that it was your turn? | 10:42:24 |
| 18 | A.  What now, are there people? | 10:42:26 |
| 19 | Q.  Are there others besides that you've | 10:42:29 |
| 20 | identified? | 10:42:34 |
| 21 | A.  That I can remember now. | 10:42:35 |
| 22 | Q.  You don't remember anyone else? | 10:42:35 |
| 23 | A.  Yeah, my mind is just. | 10:42:37 |
| 24 | Q.  And did anyone ever explain to you any | 10:42:40 |
| 25 | particular etiquette for Lunada Bay? | 10:42:54 |

78

Sang Lee
May 31, 2017

| | | |
|---|---|---|
| 1 | MS. BACON:  Vague and ambiguous. | 10:42:59 |
| 2 | THE WITNESS:  No. | 10:43:03 |
| 3 | BY MS. POOLEY: | 10:43:03 |
| 4 | Q.  Do you believe that people who are new to | 10:43:04 |
| 5 | Lunada Bay should come to the beach a few times | 10:43:17 |
| 6 | before they surf? | 10:43:21 |
| 7 | A.  No.  They can do whatever they want.  I don't | 10:43:22 |
| 8 | feel that. | 10:43:26 |
| 9 | Q.  Have you ever expressed that view to anyone? | 10:43:26 |
| 10 | A.  No. | 10:43:29 |
| 11 | Q.  You, I think, referred to Lunada Bay as being | 10:43:30 |
| 12 | a competitive high-performance wave; is that correct? | 10:43:56 |
| 13 | A.  Well, the wave is, yeah, kind of, you know. | 10:43:59 |
| 14 | Q.  What do you mean by that? | 10:44:03 |
| 15 | A.  It's a high performance, like the wave is | 10:44:04 |
| 16 | fast and it's not for the beginners.  It's a little | 10:44:09 |
| 17 | bit more for the experienced people.  There are rocks | 10:44:14 |
| 18 | everywhere so.  It's a better wave. | 10:44:18 |
| 19 | Q.  A what wave? | 10:44:21 |
| 20 | A.  It's a better wave a point break so the shape | 10:44:23 |
| 21 | is good. | 10:44:27 |
| 22 | Q.  Do women surf at Lunada Bay? | 10:44:47 |
| 23 | A.  Yes. | 10:44:52 |
| 24 | Q.  Do you know any women who surf there? | 10:44:53 |
| 25 | A.  Yes. | 10:44:56 |

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                    10:48:42

 2        Q.  Have you ever seen anybody in a wheelchair 10:48:42

 3    down on the rocks at the Bay, Lunada Bay?         10:48:48

 4        A.  No.                                       10:48:52

 5        Q.  Have you ever seen anyone in a wheelchair up 10:48:52

 6    on the bluff at Lunada Bay?                       10:48:58

 7        A.  No.                                       10:49:00

 8        Q.  Have you ever said anything to someone that 10:49:01

 9    you didn't recognize as being a local at Lunada Bay 10:49:21

10    to discourage them from being there?             10:49:26

11        A.  What?                                     10:49:31

12        Q.  Have you ever said anything to anyone who  10:49:32

13    wasn't someone who you considered to be a local?  10:49:34

14        A.  A non-local.                              10:49:38

15        Q.  Okay.  Let's use that term then.          10:49:39

16            Have you ever said anything to a non-local of 10:49:42

17    Lunada Bay to deter them from being at Lunada Bay? 10:49:47

18        A.  I may have heckled, like booed.           10:49:51

19        Q.  Heckled and booed?                        10:49:59

20        A.  Like booing, that's about it, yeah.       10:50:02

21        Q.  Where were you when you were booing someone 10:50:09

22    at Lunada Bay for being a newcomer?              10:50:16

23        A.  Maybe just on the rocks.                  10:50:19

24        Q.  So, not in the water --                   10:50:23

25        A.  No.                                       10:50:24
```

83

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  -- correct? | 10:50:26 |
| 2 | A.  Yeah. | 10:50:26 |
| 3 | Q.  Okay.  And so what was the person doing -- | 10:50:27 |
| 4 | let's backup. | 10:50:31 |
| 5 | How many times have you booed somebody who | 10:50:32 |
| 6 | was a newcomer? | 10:50:36 |
| 7 | A.  I don't know. | 10:50:37 |
| 8 | Q.  What's your best estimate? | 10:50:40 |
| 9 | A.  More than 10 times. | 10:50:45 |
| 10 | Q.  More than 20 times? | 10:50:49 |
| 11 | A.  Maybe, I don't know. | 10:50:52 |
| 12 | Q.  More than 30 times? | 10:50:53 |
| 13 | A.  No, I don't think so. | 10:50:56 |
| 14 | Q.  Is your best estimate between 10 and 30 | 10:50:59 |
| 15 | times? | 10:51:04 |
| 16 | A.  Yeah, I guess, but I don't think that it's | 10:51:05 |
| 17 | more than 30, yeah. | 10:51:09 |
| 18 | Q.  Okay.  And what was the person or persons | 10:51:11 |
| 19 | doing on those occasions when you were booing them? | 10:51:19 |
| 20 | A.  Probably they were riding a wave. | 10:51:23 |
| 21 | Q.  And you were on the shore and not in the | 10:51:28 |
| 22 | water? | 10:51:32 |
| 23 | MR. CROWLEY:  Objection, compound. | 10:51:32 |
| 24 | THE WITNESS:  I think I was just sitting on | 10:51:33 |
| 25 | the rocks. | 10:51:35 |

84

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                    10:51:36
 2         Q.  And why were you booing people?          10:51:37
 3         A.  Because I just felt like it.  Can't you just  10:51:49
 4    boo, boo, you know.                               10:51:53
 5         Q.  Did you say anything to these non-locals who  10:51:57
 6    were surfing other than booing at them --         10:52:04
 7         A.  No.                                       10:52:08
 8         Q.  -- and other than booing?                10:52:14
 9         A.  One time like recently once the, a bunch of  10:52:24
10    kids came out, and one kid was being totally no   10:52:29
11    etiquette, a total A-hole, but the one guy that he  10:52:33
12    was with was nice, kind of a nice guy.            10:52:37
13         And I remember when they were going in,      10:52:40
14    paddling in and leaving and I talked to one guy and I  10:52:43
15    told him, hey, your friend has no etiquette.  He's  10:52:45
16    just a jerk.                                      10:52:49
17         I kind of told him, hey, don't think that the  10:52:50
18    good waves are always at the peak.  You sit inside  10:52:53
19    and you will be surprised how many good waves that  10:52:56
20    you get.                                          10:52:59
21         A lot of the people just think that the best  10:52:59
22    is there.  They don't know the breaks.  So, I     10:53:02
23    remember telling the kid, hey kid, don't think that  10:53:04
24    it's out there.                                   10:53:07
25         Don't listen to your buddy.  If you sit      10:53:08
```

85

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | inside, you'll get good waves.  I remember I said | 10:53:10 |
| 2 | that to him just recently. | 10:53:13 |
| 3 | Q.  Okay.  Have you ever said anything to any | 10:53:15 |
| 4 | non-local to deter them from being at Lunada Bay? | 10:53:20 |
| 5 | A.  No. | 10:53:26 |
| 6 | Q.  Have you ever brought any friends from | 10:53:36 |
| 7 | outside Lunada Bay to surf there? | 10:53:42 |
| 8 | A.  No. | 10:53:46 |
| 9 | Q.  Any reason why not? | 10:53:47 |
| 10 | A.  Because it's, it's kind of like the etiquette | 10:53:48 |
| 11 | up in the area.  So, just you come alone. | 10:53:54 |
| 12 | Q.  Do you understand why that is the etiquette | 10:54:03 |
| 13 | to come alone? | 10:54:06 |
| 14 | MR. CROWLEY:  Objection, lacks foundation. | 10:54:08 |
| 15 | THE WITNESS:  I don't know.  You just come | 10:54:10 |
| 16 | alone.  I don't know why.  You just come by yourself. | 10:54:13 |
| 17 | BY MS. POOLEY: | 10:54:17 |
| 18 | Q.  You mentioned earlier that it's difficult to | 10:54:18 |
| 19 | get down the trail if you have having trouble | 10:54:34 |
| 20 | walking? | 10:54:38 |
| 21 | A.  Uh-huh. | 10:54:38 |
| 22 | Q.  Would it be safer if the trails were improved | 10:54:39 |
| 23 | down to the Bay? | 10:54:42 |
| 24 | MR. CROWLEY:  Objection, lacks foundation, | 10:54:45 |
| 25 | incomplete hypothetical, it's vague. | 10:54:47 |

86

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              THE WITNESS:  What was that question again?     10:54:51
 2     BY MS. POOLEY:                                           10:54:53
 3         Q.  Would it be safer if the trails were            10:54:53
 4     improved?                                                10:54:56
 5              MS. BACON:  Calls for speculation.              10:54:57
 6              THE WITNESS:  Go ahead.                         10:54:58
 7     BY MS. POOLEY:                                           10:54:59
 8         Q.  Would it be safer do you think if the trails    10:55:00
 9     were improved?                                           10:55:03
10              MR. CROWLEY:  Same objection.                  10:55:04
11              THE WITNESS:  No, because those are not, the   10:55:05
12     hillside, that whole area it always erodes and stuff.   10:55:09
13     It's not an area where you can just put stairs or       10:55:14
14     something.                                              10:55:17
15              They have erosion, landslides after it rains,  10:55:18
16     sometimes after a long drought we have slides, so,      10:55:22
17     you know.                                               10:55:25
18     BY MS. POOLEY:                                          10:55:28
19         Q.  Okay.                                           10:55:28
20         A.  I think it would just, it would be very         10:55:28
21     difficult to build something.  I don't know.            10:55:31
22         Q.  All right.  Have you ever observed any other    10:55:34
23     people saying or doing anything to deter non-locals     10:55:58
24     from using Lunada Bay?                                  10:56:04
25         A.  No.                                             10:56:08
```

87

Atkinson-Baker Court Reporters
www.depo.com

```
 1              MR. CROWLEY:  Objection, lacks foundation,     10:56:08

 2    calls for speculation.  You may answer.              10:56:10

 3              THE WITNESS:  No.                           10:56:13

 4              MS. POOLEY:  I think that he already did.   10:56:14

 5              MR. CROWLEY:  Just give me a second; okay.  10:56:19

 6              MS. BACON:  Could you read back the question, 10:56:36

 7    please.                                              10:56:37

 8                                                         10:56:37

 9         (Whereupon, the record was read as

10         follows:)

11              Q.  All right.  Have you ever

12         observed any other people saying or

13         doing anything to deter non-locals

14         from using Lunada Bay?

15              A.  No.

16                                                         10:56:38

17    BY MS. POOLEY:                                       10:56:38

18         Q.  Mr. Lee, you've been handed what has been   10:56:38

19    marked as Exhibit 222 which is a three-page bates    10:57:36

20    document, bates number Lee 00001 through 00003.      10:57:39

21                                                         10:57:44

22         (Deposition Exhibit 222 was                     10:57:44

23         marked for identification                       10:57:44

24         and is attached hereto.)                        10:57:44

25                                                         10:57:44
```

88

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | BY MS. POOLEY: | 10:57:44 |
| 2 | Q.  Have you ever seen Exhibit 222 before? | 10:57:45 |
| 3 | A.  Have I seen this? | 10:58:03 |
| 4 | Q.  Yes. | 10:58:06 |
| 5 | A.  Yes. | 10:58:07 |
| 6 | Q.  And Exhibit 222 contains E-Mails that you | 10:58:08 |
| 7 | sent on January 7th and 8th of 2011? | 10:58:32 |
| 8 | A.  What now? | 10:58:43 |
| 9 | Q.  Excuse me. | 10:58:44 |
| 10 | A.  What now? | 10:58:45 |
| 11 | Q.  Does Exhibit 222 contain E-Mails that you | 10:58:45 |
| 12 | sent on January 7th and 8th of 2011? | 10:58:49 |
| 13 | A.  It just says, yeah, 7th and 8th, yeah. | 10:58:54 |
| 14 | Q.  Yes? | 10:59:06 |
| 15 | A.  Yes. | 10:59:07 |
| 16 | Q.  And the E-Mail that's dated January 7, 2011, | 10:59:07 |
| 17 | it begins on the bottom of the second page, yeah, the | 10:59:33 |
| 18 | second page? | 10:59:40 |
| 19 | A.  Uh-huh. | 10:59:42 |
| 20 | Q.  Can you identify who you sent that E-Mail to? | 10:59:43 |
| 21 | A.  That's Brad Ringer, I believe that one might | 10:59:48 |
| 22 | be Charlie Beukema. | 10:59:55 |
| 23 | Q.  The Roxy Quinn is Brad? | 11:00:00 |
| 24 | A.  Excuse me? | 11:00:03 |
| 25 | Q.  You're saying the Roxy -- | 11:00:03 |

89

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | | |
|---|---|---|---|
| 1 | A. | Roxy Quinn, yeah. | 11:00:05 |
| 2 | Q. | That's who? | 11:00:07 |
| 3 | A. | I think that's Charlie Beukema. | 11:00:08 |
| 4 | Q. | And who's next? | 11:00:16 |
| 5 | A. | Colm. | 11:00:19 |
| 6 | Q. | Collin? | 11:00:21 |
| 7 | A. | Colm, C-o-l-m. | 11:00:22 |
| 8 | Q. | Oh, before that isn't there one? | 11:00:26 |
| 9 | A. | Charlie Mowatt. | 11:00:29 |
| 10 | Q. | Charlie Mowatt, and then Colm, and who is | 11:00:32 |
| 11 | that? | | 11:00:36 |
| 12 | A. | Just another guy that surfs there. | 11:00:36 |
| 13 | Q. | What's his last name? | 11:00:39 |
| 14 | A. | I believe it's Gallagher. | 11:00:40 |
| 15 | Q. | Is his first name C-o-l-m? | 11:00:43 |
| 16 | A. | Yes. | 11:00:47 |
| 17 | Q. | Colm Gallagher, okay, who else? | 11:00:47 |
| 18 | A. | I think that next one was David Camplin. | 11:00:51 |
| 19 | Q. | Okay, and L.B. Control Agency? | 11:00:58 |
| 20 | A. | Yeah, he just makes it. | 11:01:03 |
| 21 | Q. | That's David? | 11:01:05 |
| 22 | A. | Yeah. | 11:01:06 |
| 23 | Q. | And who's next? | 11:01:06 |
| 24 | A. | Dave Mello. | 11:01:08 |
| 25 | Q. | Okay.  Who's next? | 11:01:13 |

90

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.   David Millcreek. | 11:01:15 |
| 2 | Q.   Okay.  Who's next? | 11:01:26 |
| 3 | A.   Derek Debraal. | 11:01:28 |
| 4 | Q.   Who's next? | 11:01:44 |
| 5 | A.   Eric Binz. | 11:01:45 |
| 6 | Q.   All right.  Who's next? | 11:01:50 |
| 7 | A.   Geoff Dsena. | 11:01:52 |
| 8 | Q.   Okay.  Who's next? | 11:02:01 |
| 9 | A.   Greg Jehelkas. | 11:02:04 |
| 10 | Q.   Who's next? | 11:02:15 |
| 11 | A.   Jay Duston. | 11:02:18 |
| 12 | Q.   Who's next? | 11:02:23 |
| 13 | A.   Joe Bark. | 11:02:27 |
| 14 | Q.   Who's next? | 11:02:31 |
| 15 | A.   John Camplin. | 11:02:33 |
| 16 | Q.   Who's next? | 11:02:39 |
| 17 | A.   Andy Patch. | 11:02:41 |
| 18 | Q.   Okay.  Who's next? | 11:02:50 |
| 19 | A.   Art Rozzi. | 11:02:52 |
| 20 | Q.   Who's next? | 11:02:57 |
| 21 | A.   Mark Griep. | 11:03:05 |
| 22 | Q.   Does Mark spell his name with a "K" or a "C"? | 11:03:12 |
| 23 | A.   I don't know. | 11:03:14 |
| 24 | Q.   Okay. | 11:03:15 |
| 25 | A.   And Michael Papayans. | 11:03:16 |

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  Who's next?                                11:03:27
 2        A.  I don't know who that one is, Woody.        11:03:29
 3        Q.  Woody Ris at Yahoo Dot Com, you don't know? 11:03:34
 4        A.  Yeah.                                       11:03:38
 5        Q.  Who's the next one?                         11:03:43
 6        A.  The next one could be Peter Babros.         11:03:45
 7        Q.  Spell his last name.                        11:03:49
 8        A.  B-a-b-r-o-s.                                11:03:51
 9        Q.  Okay.  Who's next?                          11:03:56
10        A.  I don't know that one, Redondo Beach.  I    11:03:59
11   don't know that one.                                 11:04:03
12        Q.  Who's next?                                 11:04:06
13        A.  Reno Caldwell.                              11:04:10
14        Q.  Who's next?                                 11:04:19
15        A.  Steve Fairbrother.                          11:04:24
16        Q.  Who's next?                                 11:04:32
17        A.  Tom Sullivan.                               11:04:33
18        Q.  That's quite a list.  Go ahead.            11:04:40
19        A.  And one thing I think that you asked me about 11:04:43
20   the ashes, I think there has been one time that they 11:04:45
21   spread the ashes of Danny, I think.                  11:04:49
22        Q.  Were you present for that?                  11:04:51
23        A.  Yeah, but there were a lot of people there. 11:04:52
24   So, it was like, you know.                           11:04:54
25        Q.  So, you were present when Danny Camplin's   11:04:57
```

92

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | ashes were spread in the water at Lunada Bay; is that | 11:05:03 |
| 2 | correct? | 11:05:08 |
| 3 | A.  I was there for the ceremony, yeah. | 11:05:08 |
| 4 | Q.  And when was that? | 11:05:11 |
| 5 | A.  I think he died in '96.  So, it was probably | 11:05:13 |
| 6 | in '96 I think or maybe the following year in '97, | 11:05:18 |
| 7 | but maybe in '96. | 11:05:25 |
| 8 | Q.  And why did you send this E-Mail on | 11:05:27 |
| 9 | January 7, 2011, to this long list of individuals? | 11:05:39 |
| 10 | A.  Well, it all started from an E-Mail that was | 11:05:47 |
| 11 | sent that I just kind of gave my opinion.  It was not | 11:05:54 |
| 12 | towards outsiders. | 11:05:58 |
| 13 | It was towards the locals against localism of | 11:06:00 |
| 14 | the guys that already surf there, doesn't put | 11:06:03 |
| 15 | anything into it, so, we kind of, it was like a | 11:06:08 |
| 16 | New Year's resolution that I said. | 11:06:12 |
| 17 | I just said, they don't do anything.  They | 11:06:13 |
| 18 | don't come and pickup trash.  They don't do any of | 11:06:16 |
| 19 | the festivities.  They don't really support the, | 11:06:20 |
| 20 | whatever we have, like whatever people clean up and | 11:06:24 |
| 21 | stuff like that. | 11:06:27 |
| 22 | So, I wrote to people saying, let's just kind | 11:06:28 |
| 23 | of take back our waves.  It's just try to, you know, | 11:06:35 |
| 24 | so, that's when it all happened. | 11:06:43 |
| 25 | And then I thought that, and then Dave's | 11:06:46 |

93

Sang Lee
May 31, 2017

| | | |
|---|---|---|
| 1 | A.  No.  It was just a joke, yeah. | 11:25:03 |
| 2 | Q.  Why is -- what is funny about that? | 11:25:05 |
| 3 | A.  Well, a pirate, you see people, places, they | 11:25:09 |
| 4 | have pirate flags and stuff, you know.  It's kind of | 11:25:13 |
| 5 | like, you know.  There's no deep meaning.  I just | 11:25:17 |
| 6 | wrote that. | 11:25:27 |
| 7 | Q.  And then you wrote, because I was brought up | 11:25:28 |
| 8 | this way by you guys, paren, the older boys, paren, | 11:25:29 |
| 9 | not the fluffy powder puff ones, but the real solid | 11:25:37 |
| 10 | ones. | 11:25:41 |
| 11 | Who were you referring to as you guys that | 11:25:42 |
| 12 | brought you up this way? | 11:25:48 |
| 13 | A.  Well, they didn't bring me up, but -- | 11:25:49 |
| 14 | MR. CROWLEY:  Who were you referring to? | 11:25:51 |
| 15 | THE WITNESS:  Just the older people. | 11:25:53 |
| 16 | BY MS. POOLEY: | 11:25:56 |
| 17 | Q.  Who were the older people that you're | 11:25:56 |
| 18 | referring to? | 11:25:59 |
| 19 | A.  It could be anyone, anyone older than me, | 11:25:59 |
| 20 | Frankie, Angelo, you know. | 11:26:02 |
| 21 | Q.  Frankie who? | 11:26:10 |
| 22 | A.  Ferrara. | 11:26:12 |
| 23 | Q.  Angelo who? | 11:26:13 |
| 24 | A.  Angelo Ferrara, but then it's -- | 11:26:14 |
| 25 | MR. CROWLEY:  She just wants a list of names. | 11:26:17 |

107

Sang Lee
May 31, 2017

| | | |
|---|---|---|
| 1 | people that have been there.  You go about, you don't | 11:38:57 |
| 2 | drop in.  You get out of people's way.  You don't | 11:39:00 |
| 3 | wear your wetsuit. | 11:39:06 |
| 4 | BY MS. POOLEY: | 11:39:07 |
| 5 | Q.  I'm sorry, what? | 11:39:07 |
| 6 | A.  You don't wear your wetsuit, yeah, and just | 11:39:08 |
| 7 | come alone, things like that. | 11:39:15 |
| 8 | Q.  And when you say respect older, the older | 11:39:21 |
| 9 | people, what does it mean to respect the older | 11:39:30 |
| 10 | people; how do you show that respect? | 11:39:34 |
| 11 | MS. BACON:  Vague and ambiguous as to the | 11:39:38 |
| 12 | question, lacks foundation. | 11:39:40 |
| 13 | MR. CROWLEY:  Also, incomplete hypothetical. | 11:39:43 |
| 14 | Now you can answer. | 11:39:45 |
| 15 | MS. HEWITT:  Join. | 11:39:47 |
| 16 | THE WITNESS:  Um, what do you mean by | 11:39:47 |
| 17 | respect? | 11:39:49 |
| 18 | BY MS. POOLEY: | 11:39:49 |
| 19 | Q.  How do you demonstrate respect for older | 11:39:50 |
| 20 | people that you learn in terms of this etiquette? | 11:39:54 |
| 21 | MS. BACON:  Same objection. | 11:39:57 |
| 22 | MR. CROWLEY:  Same objection. | 11:39:58 |
| 23 | THE WITNESS:  Just by being cordial to them, | 11:39:59 |
| 24 | saying hello, just being out of their way, being | 11:40:01 |
| 25 | respectful, and being respectful. | 11:40:11 |

114

| | | |
|---|---|---|
| 1 | surfers' way at Lunada Bay if they're on a wave or | 11:43:07 |
| 2 | take a wave; right? | 11:43:11 |
| 3 | A.  You should, yes, but if an older guy that I | 11:43:11 |
| 4 | really respect, I really try to get out of the way. | 11:43:15 |
| 5 | And if it's maybe like a guy that's my age, we're | 11:43:18 |
| 6 | about the same, I might go to the shoulder and try | 11:43:21 |
| 7 | not to get in his way. | 11:43:25 |
| 8 | It's a preference on your part, whatever you | 11:43:27 |
| 9 | want to do, yeah. | 11:43:31 |
| 10 | Q.  Okay.  And you said the etiquette that you | 11:43:33 |
| 11 | learned is don't wear your wetsuit; what does that | 11:43:39 |
| 12 | mean? | 11:43:42 |
| 13 | A.  Sometimes we like, I do, people that | 11:43:42 |
| 14 | generally surf in that type of area where you have to | 11:43:46 |
| 15 | walk down a cliff, I wear my clothes and I have a | 11:43:49 |
| 16 | backpack and bring a wetsuit and then I change. | 11:43:56 |
| 17 | I change on the ground, on the rocks.  And | 11:44:00 |
| 18 | there are people that walk down in their wet suits | 11:44:03 |
| 19 | and just like etiquette and people that surf in that | 11:44:06 |
| 20 | area, we don't walk around in wetsuits. | 11:44:11 |
| 21 | It just gets too hot and so we don't, I don't | 11:44:14 |
| 22 | walk in my wetsuit.  You don't walk around in the | 11:44:17 |
| 23 | wetsuits. | 11:44:21 |
| 24 | Q.  And is there something that's a violation of | 11:44:21 |
| 25 | the way that you were brought up for someone to walk | 11:44:26 |

118

Atkinson-Baker Court Reporters
www.depo.com

```
 1   down in their wetsuit?                          11:44:29

 2        A.  No, no, it's not, no, no, you can do whatever   11:44:30

 3   you want, but I mean, why would you want to walk down   11:44:33

 4   10 to 20 minutes downhill in a wetsuit and you're all   11:44:37

 5   sweaty.                                         11:44:40

 6        So, people just don't wear wetsuits down the   11:44:41

 7   trail.  Every area is different.  Some areas they   11:44:44

 8   change and then walk around in wetsuits.        11:44:47

 9        Every spot, you know, different areas, they   11:44:50

10   all have different little etiquettes, you know, so,   11:44:53

11   yeah.                                           11:44:58

12        Q.  And you said that the etiquette that you   11:44:58

13   learned as well for Lunada Bay was to come alone?   11:45:05

14        A.  Yeah.  They don't bring, yeah, just coming by   11:45:09

15   yourself.                                       11:45:14

16        Q.  So, nobody ever comes to Lunada Bay with two   11:45:16

17   or more people together?                        11:45:20

18        A.  I don't know.                          11:45:21

19        MR. CROWLEY:  Objection, incomplete          11:45:22

20   hypothetical, over broad.                       11:45:24

21        THE WITNESS:  I don't know that.            11:45:26

22   BY MS. POOLEY:                                   11:45:27

23        Q.  Have you seen people go to Lunada Bay to surf   11:45:27

24   when they were not alone?                       11:45:32

25        A.  Do you mean locals or non-locals?        11:45:34
```

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  Either. | 11:45:36 |
| 2 | A.  Yeah, there are non-locals that come out in | 11:45:37 |
| 3 | groups, yeah. | 11:45:41 |
| 4 | Q.  And that you considered to be a breach of the | 11:45:42 |
| 5 | etiquette? | 11:45:44 |
| 6 | A.  No.  They can do whatever they want, you | 11:45:45 |
| 7 | know, that etiquette thing is kind of what like in | 11:45:48 |
| 8 | P.V. like in that area, so, people that don't surf | 11:45:57 |
| 9 | there, they wouldn't know. | 11:46:02 |
| 10 | It's just like other spots, other spots | 11:46:03 |
| 11 | usually everyone goes together, but in, that's not | 11:46:06 |
| 12 | just in Lunada Bay, but in that area in P.V. people | 11:46:10 |
| 13 | usually goes alone. | 11:46:13 |
| 14 | But no one says anything, yeah.  I've seen | 11:46:16 |
| 15 | people come out in groups and people come out by | 11:46:18 |
| 16 | themselves, but usually our people that surf there | 11:46:20 |
| 17 | they just come by themselves. | 11:46:24 |
| 18 | Q.  The locals just come by themselves? | 11:46:26 |
| 19 | A.  Yeah.  I'm sure if they don't have a ride, | 11:46:29 |
| 20 | they get a ride from someone, but they usually come | 11:46:32 |
| 21 | alone. | 11:46:35 |
| 22 | Q.  Okay.  When you say that it's the etiquette, | 11:46:35 |
| 23 | do you mean, what do you mean by etiquette? | 11:46:43 |
| 24 | A.  Etiquette is kind of like, it's not a rule, | 11:46:46 |
| 25 | but it's kind of an understanding when the first surf | 11:46:50 |

120

Sang Lee
May 31, 2017

| | | |
|---|---|---|
| 1 | culture arose.  There's no written rule book. | 11:46:54 |
| 2 | I think they did that to try to keep older -- | 11:47:01 |
| 3 | I don't know, etiquette has been around way before I, | 11:47:04 |
| 4 | from the sixties and seventies, you know so. | 11:47:08 |
| 5 | Q.  Then there's another line that says, you guys | 11:47:13 |
| 6 | made up the rules "N" terms of engagement; do you see | 11:47:19 |
| 7 | that? | 11:47:23 |
| 8 | A.  Oh, yeah, yeah. | 11:47:23 |
| 9 | Q.  Is the "N" short for "and"? | 11:47:28 |
| 10 | A.  Yes. | 11:47:32 |
| 11 | Q.  So, you guys made up the rules and terms of | 11:47:33 |
| 12 | engagement? | 11:47:37 |
| 13 | A.  Yes. | 11:47:38 |
| 14 | Q.  And what were you referring to as the rules | 11:47:39 |
| 15 | and terms of engagement? | 11:47:42 |
| 16 | A.  Just etiquette, but yeah. | 11:47:44 |
| 17 | Q.  Okay.  And is that the etiquette that you | 11:47:55 |
| 18 | just explained about respecting the older people, not | 11:48:06 |
| 19 | dropping in, getting out of the way, not wearing your | 11:48:09 |
| 20 | wetsuit, and coming alone? | 11:48:12 |
| 21 | MS. BACON:  Lacks foundation, vague and | 11:48:14 |
| 22 | ambiguous, calls for speculation. | 11:48:16 |
| 23 | MR. CROWLEY:  Argumentative, go ahead. | 11:48:23 |
| 24 | THE WITNESS:  I lost my train of thought. | 11:48:25 |
| 25 | Can you repeat that? | 11:48:27 |

121

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | BY MS. POOLEY: | 11:48:28 |
| 2 | Q.  When you refer to in your E-Mail of the rules | 11:48:28 |
| 3 | and terms of engagement, and you said that's just the | 11:48:31 |
| 4 | etiquette, is that the etiquette that you just | 11:48:34 |
| 5 | explained to me or some other etiquette? | 11:48:37 |
| 6 | A.  No, just general etiquette, how you behave, | 11:48:40 |
| 7 | you know. | 11:48:44 |
| 8 | Q.  Well, why don't you tell me specifically what | 11:48:45 |
| 9 | the etiquette was that you were referring to when you | 11:48:49 |
| 10 | said the rules and terms of engagement? | 11:48:52 |
| 11 | A.  Coming alone, but one thing I have to say, | 11:48:55 |
| 12 | they never told me.  This is from what I see.  These | 11:49:00 |
| 13 | guys are a lot older generation. | 11:49:04 |
| 14 | There are guys that are younger than them and | 11:49:06 |
| 15 | older than me.  They never told me like this is the | 11:49:09 |
| 16 | rule.  I don't want you to -- I just want to set that | 11:49:13 |
| 17 | straight. | 11:49:17 |
| 18 | So, the etiquette and stuff that I've noticed | 11:49:17 |
| 19 | is from my visual thing that I've seen how people | 11:49:21 |
| 20 | behave. | 11:49:23 |
| 21 | How people -- like coming alone.  I grew up | 11:49:24 |
| 22 | in Palos Verdes and lived there for a long time. | 11:49:31 |
| 23 | None of my friends that surfed there took me there. | 11:49:34 |
| 24 | I had to do it myself; do you understand kind of. | 11:49:38 |
| 25 | Q.  Uh-huh. | 11:49:41 |

122

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  It's kind of like that, so, yeah.        11:49:42
 2        Q.  Okay.  So, other than coming alone, what are  11:49:45
 3   the rules and terms of engagement that you were     11:49:50
 4   referring to that you called the etiquette?         11:49:52
 5        A.  Just being respectful.                     11:49:55
 6        Q.  Anything else?                             11:50:02
 7        A.  Know your place in the line-up.  Don't     11:50:04
 8   backpedal people.                                   11:50:08
 9        Q.  Is there anything else that you were       11:50:13
10   referring to as the rules and terms of engagement?  11:50:15
11        A.  That's probably about it.  That's it, you  11:50:18
12   know.  What did I write in there.                   11:50:24
13        Q.  When you say, know your place in the line-up,  11:50:25
14   what do you mean by that?                           11:50:29
15        A.  I just started surfing there, like if I go  11:50:30
16   there the first time, usually, it's not just Lunada  11:50:34
17   Bay, but all the other areas that are kind of       11:50:38
18   high-performance waves, you don't just go right out  11:50:40
19   to the peak.  You've got to sit.                    11:50:43
20             People can go anywhere they want, but in a  11:50:46
21   place like that, even like in Hawaii, you sit inside.  11:50:50
22   And it took me years to gradually little bit get    11:50:54
23   further up, further up, further up, you know, so.   11:50:57
24        Q.  And when you say don't backpedal people, what  11:51:07
25   are you referring to?                               11:51:13
```

123

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                        11:52:30
 2         Q.  Have you ever seen that happen?              11:52:31
 3         A.  Yeah.  They paddle around, but it's hard to  11:52:32
 4    get a wave because no one is going to give him a      11:52:36
 5    wave.  It's not an easy wave to ride and people that  11:52:39
 6    surf there for a long time know how the wave breaks.  11:52:44
 7             They've been sitting there and a guy comes   11:52:47
 8    out and goes deeper, they're just going to go.  It's  11:52:49
 9    totally disrespectful whether you go to San Onofre,   11:52:52
10    Hawaii, yeah.                                         11:52:56
11             You go to places, you're going to get punched 11:52:58
12    if you do that in Hawaii, you know.                   11:53:02
13             Here the worst of it probably, I don't know, 11:53:05
14    probably you would just dropped in on, a guy will     11:53:07
15    just go, you know.                                    11:53:11
16         Q.  Okay.  Then there's a line that says, I don't 11:53:13
17    understand why all of a sudden you're changing        11:53:21
18    everything for the worse; what were you referring to  11:53:23
19    there?                                                11:53:28
20         A.  I think, I'm not positive, but I think it was 11:53:29
21    from that, the Davis letter basically saying that the 11:53:39
22    ocean is open to everyone, the religious one, that    11:53:46
23    John's brother wrote.                                 11:53:53
24             So, maybe I just didn't like it that I       11:53:54
25    thought that he wrote that because he was just,       11:53:57
```

125

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    everything would get destroyed if you just had          11:53:59

 2    everyone with no etiquette and no nothing and you       11:54:02

 3    just come out and ruin everything.                      11:54:05

 4          And I just didn't feel in my opinion that, I      11:54:08

 5    didn't want the change.  It would have been a bummer.   11:54:11

 6    If it happens, it happens, but I couldn't understand    11:54:15

 7    why.  I thought that John wrote that, so, yeah.         11:54:17

 8          Q.  So, you were objecting to what you thought    11:54:20

 9    John, John Camplin had written, but his brother David   11:54:24

10    had written about --                                    11:54:27

11          A.  Yes, yes.                                     11:54:28

12          MR. CROWLEY:  Let her finish.                     11:54:29

13    BY MS. POOLEY:                                          11:54:30

14          Q.  -- about the ocean being open to everyone?   11:54:31

15          A.  Yes.                                          11:54:33

16          Q.  Okay.  And then you wrote, so, you don't mind 11:54:34

17    if Troy, parentheses, Buffalo head, close               11:54:37

18    parentheses, backpedals Jesse or Kailee; do you see    11:54:42

19    that?                                                   11:54:46

20          A.  Yes.                                          11:54:46

21          Q.  And who is Troy?                              11:54:47

22          A.  I think that I mentioned to you, he was the   11:54:50

23    taker.  Remember, we talked about the taker.           11:54:54

24          MR. CROWLEY:  I think that she's just asking      11:55:07

25    for his name.  What is Troy's name.                     11:55:09
```

126

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't know his last name, but | 11:55:12 |
| 2 | I told her that already. | 11:55:15 |
| 3 | BY MS. POOLEY: | 11:55:16 |
| 4 | Q.  And Troy is a non-local? | 11:55:17 |
| 5 | A.  Yeah, but he surfs there.  He's there.  He's | 11:55:19 |
| 6 | a local, no, what do you mean by non-local.  He | 11:55:24 |
| 7 | didn't grow up there, but he surfs there. | 11:55:28 |
| 8 | Q.  You used the term earlier non-local; what do | 11:55:31 |
| 9 | you mean? | 11:55:35 |
| 10 | A.  Non-local, they didn't go to high school | 11:55:35 |
| 11 | there.  They didn't grow up there.  They didn't go to | 11:55:38 |
| 12 | school there kind of. | 11:55:41 |
| 13 | Q.  And by there, you mean Palos Verdes? | 11:55:42 |
| 14 | A.  Yeah, it could mean general terms. | 11:55:48 |
| 15 | Q.  I'm just asking what you mean by that. | 11:55:52 |
| 16 | A.  Yeah, meaning, that he didn't grow up there. | 11:55:54 |
| 17 | He didn't go to school there. | 11:55:56 |
| 18 | Q.  And who is Jesse? | 11:55:59 |
| 19 | A.  Jesse is John's daughter. | 11:56:02 |
| 20 | Q.  John Camplin's daughter? | 11:56:05 |
| 21 | A.  Yes -- no, I'm sorry.  I'm sorry.  Jesse is | 11:56:08 |
| 22 | his son. | 11:56:11 |
| 23 | Q.  Okay.  And who is Kailee? | 11:56:13 |
| 24 | A.  That's his daughter, John's daughter. | 11:56:16 |
| 25 | Q.  John Camplin's daughter? | 11:56:21 |

127

Atkinson-Baker Court Reporters
www.depo.com

1    etiquette in that situation?                          12:09:51

2        A.  You just have to take it, deal with it, and   12:09:52

3    just don't mouth out.  That's what I would do.  Just  12:09:55

4    be respectful.  Don't go back, and act like nothing   12:09:58

5    happened.  Just sit there again and you wait.         12:10:02

6            That's how I did it, you know.  I never said  12:10:05

7    a word when someone dropped in on me after I waited   12:10:09

8    for hours for a wave.                                 12:10:14

9            I said nothing and I went back and sat back   12:10:16

10   and a smiling happy face.  That's all it's part of,   12:10:17

11   you know, putting your time into a place.             12:10:21

12       Q.  So, an outsider to Lunada Bay should expect   12:10:26

13   to put in some time before they can surf without      12:10:33

14   getting dropped in on?                                12:10:36

15           MS. HEWITT:  Misstates testimony.             12:10:40

16           MR. CROWLEY:  Vague and ambiguous.            12:10:41

17           THE WITNESS:  I don't know.  What, it's like  12:10:43

18   that anywhere.  It's not just Lunada Bay.  It's like  12:10:46

19   that anywhere that has a point break, a reef break,   12:10:50

20   they should expect that.                              12:10:53

21           And I guarantee you a hundred percent they go 12:10:55

22   out there someone being surfing there, not Lunada     12:10:58

23   Bay, other areas, they will get dropped in on.        12:11:02

24           Out in Hawaii, maybe the locals just didn't   12:11:05

25   have time, you have to show time, go anyway maybe the  12:11:07

137

Atkinson-Baker Court Reporters
www.depo.com

```
1    guy doesn't know that he's an outsider.  It's part of      12:11:11
2    it.  It's the culture.                                     12:11:14
3    BY MS. POOLEY:                                             12:11:16
4         Q.  Can an outsider at Lunada Bay ever put in         12:11:17
5    enough time so that they don't get dropped in on when      12:11:21
6    they try to surf there?                                    12:11:24
7              MR. CROWLEY:  Objection, vague and ambiguous.    12:11:26
8              THE WITNESS:  I'm sure they can.                 12:11:29
9    BY MS. POOLEY:                                             12:11:30
10        Q.  How much time?                                    12:11:30
11        A.  It takes a long time.                             12:11:31
12             MR. CROWLEY:  Same objection.                    12:11:32
13             THE WITNESS:  It took me a long time and I'm     12:11:33
14   from there.  It's not overnight.  It took me years,       12:11:35
15   five to ten years.                                         12:11:40
16   BY MS. POOLEY:                                             12:11:41
17        Q.  So, it would take that long for an outsider?      12:11:42
18             MR. CROWLEY:  Same objection.                    12:11:44
19             THE WITNESS:  No, no.                            12:11:46
20   BY MS. POOLEY:                                             12:11:46
21        Q.  Is that what you expect?                          12:11:46
22        A.  No.  It all varies, but that's how much I        12:11:48
23   felt it took me for me to get comfortable at a place.      12:11:53
24   You've just got to put in your time.                       12:11:57
25        Q.  And by putting in your time, you mean being       12:12:01
```

138

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | There are people that surf there that didn't grow up | 12:18:27 |
| 2 | there. | 12:18:31 |
| 3 | Q.  And are they an outsider or non-local? | 12:18:31 |
| 4 | A.  They didn't grow up there, non-local. | 12:18:36 |
| 5 | Q.  Does non-local mean outsider? | 12:18:39 |
| 6 | A.  Maybe in that part there I meant it, yeah. | 12:18:42 |
| 7 | Q.  Okay.  And then you wrote, there are other | 12:18:45 |
| 8 | options to deter outsiders from surfing our home. | 12:18:49 |
| 9 | What did you mean by deter outsiders from | 12:18:54 |
| 10 | surfing our home? | 12:18:56 |
| 11 | A.  Well, just make it, discourage them maybe | 12:18:57 |
| 12 | just. | 12:19:03 |
| 13 | Q.  And why were you talking about discouraging | 12:19:03 |
| 14 | outsiders from surfing at Lunada Bay? | 12:19:09 |
| 15 | A.  Because these guys already surf there, | 12:19:12 |
| 16 | they're takers.  To me they're just takers, you know. | 12:19:16 |
| 17 | They don't do anything.  They don't clean trash. | 12:19:19 |
| 18 | They just come, eat food, do whatever.  And then they | 12:19:23 |
| 19 | leave.  I just think they could do more. | 12:19:28 |
| 20 | Q.  And you reference riding together as a way to | 12:19:31 |
| 21 | deter these outsiders; what do you mean by riding | 12:19:34 |
| 22 | together? | 12:19:37 |
| 23 | A.  It's like you ride in front of them.  You | 12:19:37 |
| 24 | ride in front of them. | 12:19:44 |
| 25 | Q.  On the same wave? | 12:19:45 |

143

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | There are people that surf there that didn't grow up | 12:18:27 |
| 2 | there. | 12:18:31 |
| 3 | Q.  And are they an outsider or non-local? | 12:18:31 |
| 4 | A.  They didn't grow up there, non-local. | 12:18:36 |
| 5 | Q.  Does non-local mean outsider? | 12:18:39 |
| 6 | A.  Maybe in that part there I meant it, yeah. | 12:18:42 |
| 7 | Q.  Okay.  And then you wrote, there are other | 12:18:45 |
| 8 | options to deter outsiders from surfing our home. | 12:18:49 |
| 9 | What did you mean by deter outsiders from | 12:18:54 |
| 10 | surfing our home? | 12:18:56 |
| 11 | A.  Well, just make it, discourage them maybe | 12:18:57 |
| 12 | just. | 12:19:03 |
| 13 | Q.  And why were you talking about discouraging | 12:19:03 |
| 14 | outsiders from surfing at Lunada Bay? | 12:19:09 |
| 15 | A.  Because these guys already surf there, | 12:19:12 |
| 16 | they're takers.  To me they're just takers, you know. | 12:19:16 |
| 17 | They don't do anything.  They don't clean trash. | 12:19:19 |
| 18 | They just come, eat food, do whatever.  And then they | 12:19:23 |
| 19 | leave.  I just think they could do more. | 12:19:28 |
| 20 | Q.  And you reference riding together as a way to | 12:19:31 |
| 21 | deter these outsiders; what do you mean by riding | 12:19:34 |
| 22 | together? | 12:19:37 |
| 23 | A.  It's like you ride in front of them.  You | 12:19:37 |
| 24 | ride in front of them. | 12:19:44 |
| 25 | Q.  On the same wave? | 12:19:45 |

143

| | | |
|---|---|---|
| 1 | A.  No. | 13:13:18 |
| 2 | Q.  Did you go to court over threats? | 13:13:19 |
| 3 | A.  It wasn't a court.  He put a restraining | 13:13:23 |
| 4 | order.  So, I had to go to a restraining order in | 13:13:26 |
| 5 | front of the judge, yeah. | 13:13:31 |
| 6 | Q.  In a courthouse? | 13:13:33 |
| 7 | A.  So, like earlier if I've been to court, I | 13:13:35 |
| 8 | wasn't sure.  I've never been arrested for anything. | 13:13:37 |
| 9 | Q.  But you had a restraining order put on you? | 13:13:42 |
| 10 | A.  Uh-huh. | 13:13:45 |
| 11 | Q.  Who is Todd Clark? | 13:13:45 |
| 12 | A.  He was an ex-boyfriend of the girl that I was | 13:13:47 |
| 13 | dating at the time and he was stalking her. | 13:13:51 |
| 14 | Q.  Okay.  Did Todd Clark ever surf at Lunada Bay | 13:14:03 |
| 15 | to your knowledge? | 13:14:16 |
| 16 | A.  No.  He's not a surfer. | 13:14:16 |
| 17 | Q.  Then you say, there are other options than | 13:14:18 |
| 18 | threats and violence to make their time in our home a | 13:14:25 |
| 19 | bummer; do you see that?  It's all in caps. | 13:14:28 |
| 20 | A.  Uh-huh. | 13:14:42 |
| 21 | Q.  What other options were you referring to | 13:14:43 |
| 22 | there? | 13:14:46 |
| 23 | A.  Towards, just like, you know, maybe just, | 13:14:47 |
| 24 | just like dropping in on them.  Just ride together, | 13:14:53 |
| 25 | you know. | 13:14:57 |

152

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q. Anything other than dropping in on these | 13:15:02 |
| 2 | outsiders as a way to make their time in your home a | 13:15:05 |
| 3 | bummer? | 13:15:10 |
| 4 | A. What now? | 13:15:11 |
| 5 | Q. Were you referring to any other options to | 13:15:12 |
| 6 | make these outsiders' time in your home a bummer? | 13:15:18 |
| 7 | A. Was there any other options? | 13:15:21 |
| 8 | Q. Yeah. I'm referring to your E-Mail where you | 13:15:23 |
| 9 | say, there are other options? | 13:15:26 |
| 10 | A. No, no, no. | 13:15:27 |
| 11 | Q. The only option to make their time a bummer | 13:15:30 |
| 12 | is to drop in on them? | 13:15:35 |
| 13 | A. Or maybe heckle them, maybe. | 13:15:37 |
| 14 | Q. And have you ever dropped in on outsiders so | 13:15:40 |
| 15 | that they would have their time be a bummer? | 13:15:48 |
| 16 | A. No. | 13:15:53 |
| 17 | MR. CROWLEY: Objection, it's vague | 13:15:55 |
| 18 | argumentative. Go ahead. | 13:15:56 |
| 19 | BY MS. POOLEY: | 13:15:59 |
| 20 | Q. You've never done that? | 13:15:59 |
| 21 | A. No. | 13:16:00 |
| 22 | Q. Have you ever seen anyone else do that to an | 13:16:01 |
| 23 | outsider? | 13:16:03 |
| 24 | MR. CROWLEY: Same objections. | 13:16:04 |
| 25 | THE WITNESS: I've never seen it. | 13:16:05 |

153

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    Lunada Bay so that they would have a bummer of a time      13:17:08
 2    there?                                                     13:17:11
 3              MR. CROWLEY:  It's vague, but go ahead.          13:17:11
 4              THE WITNESS:  Probably, yeah, I've heckled       13:17:13
 5    people.                                                    13:17:15
 6    BY MS. POOLEY:                                             13:17:17
 7        Q.  And have you ever seen anyone else heckle any      13:17:20
 8    outsiders at Lunada Bay?                                   13:17:25
 9              MR. CROWLEY:  Objection, vague.                  13:17:27
10              THE WITNESS:  No.  I don't know exactly who,     13:17:28
11    because, no.                                               13:17:31
12    BY MS. POOLEY:                                             13:17:32
13        Q.  Is that "yes", you have and you don't know         13:17:33
14    who?                                                       13:17:35
15        A.  I hear maybe boo, but I don't know who yelled      13:17:35
16    it if I'm in the water.  I don't know.                     13:17:39
17        Q.  So, the only heckling of outsiders that            13:17:42
18    you've ever heard from anyone other than yourself is      13:17:44
19    like boo?                                                  13:17:50
20        A.  It's like boo or --                                13:17:55
21        Q.  What is that?                                      13:17:57
22        A.  It's just like a boo.  It's just like.            13:17:57
23        Q.  It's another sound?                                13:18:00
24        A.  Yeah.  There's no meaning or anything.             13:18:02
25        Q.  Okay.  And then you say, we just need to           13:18:07
```

155

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   you backpedal people.  Don't do that.  We can all get      13:21:12
 2   waves.  There are plenty of them.                          13:21:17
 3            MS. POOLEY:  Mr. Lee, you've been handed a        13:21:22
 4   one-page document that has been marked as Exhibit 224      13:21:54
 5   to your deposition and is bates stamped Lee 00000591.      13:21:57
 6                                                              13:21:57
 7            (Deposition Exhibit 224 was                       13:21:57
 8            marked for identification                         13:21:57
 9            and is attached hereto.)                          13:22:01
10                                                              13:22:01
11   BY MS. POOLEY:                                             13:22:01
12       Q.  Have you seen Exhibit 224 before?                  13:22:01
13       A.  Yes.                                               13:22:08
14       Q.  And Exhibit 224 contains an E-Mail that you        13:22:09
15   sent on January 2nd, 2011, on the lower portion;           13:22:17
16   correct?                                                   13:22:22
17       A.  Yes.                                               13:22:22
18       Q.  And who did you send that E-Mail to?               13:22:23
19       A.  The one on the bottom?                             13:22:36
20       Q.  Yes.                                               13:22:38
21       A.  That's the New Year's resolution.  This is         13:22:39
22   the one I believe that you guys -- I believe this is       13:22:45
23   the one that started the chain of E-Mails.  This is        13:22:52
24   the first one.                                             13:23:04
25       Q.  And so who did you send it to?                     13:23:05
```

158

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  I don't know exactly, but it was a group, I    13:23:07
 2   believe.                                                 13:23:10
 3        Q.  The same group that's listed on the second      13:23:10
 4   page of Exhibit 222?                                     13:23:13
 5        A.  I couldn't tell you, but it was a group,        13:23:15
 6   yeah.                                                    13:23:17
 7        Q.  There's a reference to, at least not in a       13:23:17
 8   peak; what is the peak?                                  13:23:27
 9        A.  That's the furthest out.                        13:23:28
10        Q.  The furthest out from where?                    13:23:33
11        A.  Further, like if here's this land, and the      13:23:37
12   waves break this way.  The guy sitting the furthest      13:23:45
13   out on the peak.                                         13:23:49
14        Q.  At Lunada Bay?                                  13:23:49
15        A.  Yeah.                                           13:23:52
16        Q.  Okay.                                           13:23:52
17        A.  Peak means where the wave starts to break.      13:23:54
18        Q.  And then you say, to tell you the truth, I      13:24:00
19   would rather see an empty unridden wave at the point     13:24:10
20   then to see certain people riding them.                  13:24:14
21            And where is the point?                         13:24:17
22        A.  That's the right, where we surf.                13:24:18
23        Q.  At Lunada Bay?                                  13:24:23
24        A.  Yeah.                                           13:24:25
25        Q.  And who are the certain people you would not    13:24:26
```

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   like to see riding a wave and prefer an unridden      13:24:29
 2   wave?                                                  13:24:33
 3        A.  I wouldn't really care, but if I was there,  13:24:33
 4   just the takers, you know.                             13:24:36
 5        Q.  And who are the takers that you were          13:24:41
 6   referring to here?                                     13:24:43
 7        A.  Like Troy, you know.                          13:24:44
 8        Q.  Anyone else?                                  13:24:47
 9        A.  There was Chris, but he really doesn't surf   13:24:49
10   there.                                                 13:24:54
11        Q.  So, were you only referring to Chris?         13:24:54
12        A.  Chris, me and him have personal kind of       13:24:57
13   issues, not in the water.  So, I just feel like he's   13:25:00
14   not a real good person, you know.                      13:25:03
15            Other people might differ.  So, me and him    13:25:04
16   have a difference.  It has nothing to do with          13:25:09
17   surfing.                                               13:25:12
18        Q.  When you say certain people, on this E-Mail   13:25:12
19   of Exhibit 224, were you referring to anyone other     13:25:15
20   than Troy?                                             13:25:18
21        A.  No, no.                                       13:25:20
22        Q.  Because it reads as more than one person when 13:25:24
23   you say people.  So, that's why I'm asking.            13:25:27
24        A.  No.  You've got to understand, I wrote this   13:25:30
25   like kind of like you get all, obviously, you can      13:25:33
```

160

Sang Lee
May 31, 2017

```
 1    listen to me, I'm not the best grammar, not talking        13:25:37

 2    stuff.                                                      13:25:42

 3            So, I'm just punching stuff in.  It might not       13:25:42

 4    be perfect grammar.  I might use words that mean            13:25:45

 5    differently, but so.                                        13:25:50

 6        Q.  So, Buffalo head is Troy?                           13:25:51

 7        A.  Yes.                                                13:25:55

 8        Q.  And then there's a reference to a faggot knee       13:25:55

 9    boarder who rides a Stavros surfboard; is that Troy?        13:26:00

10        A.  No, that's Chris.                                   13:26:06

11        Q.  Chris --                                            13:26:06

12        A.  Peterson.                                           13:26:07

13        Q.  So, you were referring to Chris Peterson as         13:26:08

14    well?                                                       13:26:11

15        A.  Yeah.                                               13:26:11

16        Q.  Is Chris Peterson gay?                             13:26:14

17        A.  No.  And I have to say that I was ignorant.         13:26:16

18    I should not say that calling him a faggot.  I'm not.      13:26:20

19    I should not have said that.  He's not gay.                13:26:23

20        Q.  And then you say, and does Chris Peterson           13:26:28

21    ride a knee boarder?                                       13:26:33

22        A.  Yes.                                                13:26:37

23        Q.  And it's a Stavros knee boarder?                    13:26:38

24        A.  That's the person who made it.                      13:26:42

25        Q.  Okay.  And you say, nothing against Mike; who       13:26:44
```

161

1    are you referring to; who is Mike?                    13:26:48

2         A.   That's Mike Stavros, that's the guy.        13:26:50

3         Q.   You weren't calling Mike Stavros a taker,   13:26:53

4    he's just the one who made the knee board; is that    13:26:57

5    correct?                                              13:27:01

6         A.   No.  Mike doesn't live in P.V.  He lives in 13:27:01

7    San Pedro.  That's a totally different group.         13:27:04

8         Q.   You weren't referring to Mike as someone you 13:27:07

9    didn't want to see riding the wave; is that correct?  13:27:12

10        A.   Mike Stavros?                               13:27:14

11        Q.   Yes.                                        13:27:16

12        A.   No.  I get along with Mike.                 13:27:18

13        Q.   And then there's a reference to, one who     13:27:20

14   makes millions and drives around in his $100,000 car, 13:27:22

15   but never gives --                                    13:27:26

16        A.   Uh-huh.                                     13:27:28

17        Q.   -- who is that?                             13:27:29

18        A.   Yeah, Mark Aricco.                          13:27:30

19        Q.   Mark who?                                   13:27:33

20        A.   Mark Aricco.                                13:27:34

21        Q.   Spell his last name.                        13:27:36

22        A.   A-r-i-c-c-o.                                13:27:38

23        Q.   Okay.  And then were you referring to him as 13:27:40

24   some of the certain people that you would rather not  13:27:43

25   see riding the wave?                                  13:27:47

162

Atkinson-Baker Court Reporters
www.depo.com

```
 1          A.  No, me and Mark we have our ups and downs.    13:27:49
 2     I've known him since we were in high school.  He        13:27:54
 3     makes a lot of money.  I wish that he would do more     13:27:57
 4     to help out the community.  Show up for trash pickup.   13:28:01
 5          Q.  In your view is Mark Aricco a taker?           13:28:04
 6          A.  It's hard to say because he's a nice guy.  I   13:28:07
 7     get along with Mark, if I saw him right now even        13:28:11
 8     though I wrote this.  I'm totally cordial with Mark,    13:28:14
 9     you know.                                               13:28:17
10          Q.  That's not really my question.                13:28:18
11          Do you consider Mark Aricco to be a taker?         13:28:20
12          A.  Sometimes when he acts like it, but lately he  13:28:23
13     has been, he's trying to change, I think.              13:28:28
14          Q.  So, in January of 2011 did you think of        13:28:34
15     Mike Aricco as a taker?                                 13:28:37
16          A.  Yes.                                           13:28:40
17          Q.  And he grew up where?                          13:28:40
18          A.  He grew up in Palos Verdes, also.  It's Mark   13:28:42
19     Aricco.                                                 13:28:47
20          Q.  Thank you.  So, next you wrote, next time      13:28:48
21     you're out in the water and you see one of these        13:29:08
22     takers taking another wave from your promised land,     13:29:11
23     our church, slash, home, slash, sanctuary, slash,       13:29:15
24     temple, paren, don't think twice and let's take back   13:29:19
25     what they're taking from us; do you see that?          13:29:22
```

163

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

1      A.  Yes.                                              13:29:25

2      Q.  And what did you mean by taking back what          13:29:26

3   they're taking from us?                                  13:29:29

4      A.  Well, I just, nothing specific.  I just feel      13:29:30

5   that they could do more, you know.  They just take       13:29:35

6   waves.  They grew up there.  They should appreciate      13:29:38

7   it.  So, that's what I basically.                        13:29:42

8      Q.  When you say that, that you and the people        13:29:45

9   that you're sending this E-Mail to, let's take back      13:29:49

10   what they're taking from us, how would you take back?    13:29:53

11      A.  Oh, I just mean maybe ride together.  We'll       13:29:56

12   just burn them.                                          13:30:01

13      Q.  So, drop in on them and burn them on their        13:30:03

14   wave?                                                    13:30:07

15      A.  Yeah, that was my suggestion, but understand      13:30:07

16   that the people don't because I said that, they don't    13:30:11

17   do what -- everybody is an individual.                   13:30:16

18      Q.  So then you wrote, do not feel guilty when        13:30:19

19   taking back what was ours in the first place.           13:30:23

20          What were you referring to as yours in the       13:30:25

21   first place?                                             13:30:28

22      A.  Well, I just feel like, I keep it clean.  I       13:30:29

23   feel that it's my home.  I feel close to it, you         13:30:35

24   know.  I put in a lot of time and I put in a lot of      13:30:39

25   effort to keep it clean.                                 13:30:42

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Keep it, you know, semi, keep it all | 13:30:44 |
| 2 | respectful and stuff.  I have a deep feeling for the | 13:30:50 |
| 3 | place.  So, that's what I meant. | 13:30:53 |
| 4 | Q.  And you are referring to Lunada Bay in | 13:30:55 |
| 5 | particular -- | 13:30:59 |
| 6 | A.  Yes. | 13:30:59 |
| 7 | Q.  -- as your home -- | 13:30:59 |
| 8 | A.  Yes. | 13:31:00 |
| 9 | Q.  -- and your church and your sanctuary and | 13:31:00 |
| 10 | your temple? | 13:31:03 |
| 11 | A.  Sure, yes, yes. | 13:31:04 |
| 12 | Q.  And in terms of your effort to keep it clean, | 13:31:05 |
| 13 | that's the annual trash clean up days and other times | 13:31:13 |
| 14 | that you pickup trash? | 13:31:16 |
| 15 | A.  Absolutely.  Any time I see trash on the | 13:31:18 |
| 16 | trail, I'll pick it up and I'll bring it up, you | 13:31:21 |
| 17 | know. | 13:31:48 |
| 18 | MS. POOLEY:  Is there another person who | 13:31:48 |
| 19 | would like to speak their presence on the record. | 13:31:51 |
| 20 | MR. OTTEN:  My name is Victor Otten, | 13:31:52 |
| 21 | V-i-c-t-o-r, O-t-t-e-n.  I'm on the caption with her | 13:32:08 |
| 22 | law firm. | 13:32:09 |
| 23 | MS. POOLEY:  You've been handed what has been | 13:33:10 |
| 24 | marked as Exhibit 225.  It's a one-page document and | 13:33:13 |
| 25 | is bates labeled Lee 00000595. | 13:33:15 |

165

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                    14:06:03
 2         Q.  You tell me when you hear your voice.    14:06:04
 3         A.  Okay.  Can you turn it a little this way. 14:06:06
 4              MS. POOLEY:  Sure.                       14:06:12
 5                                                       14:06:24
 6              (Discussion held off the record.)        14:06:24
 7                                                       14:06:40
 8              THE WITNESS:  That's me.                 14:06:41
 9    BY MS. POOLEY:                                    14:06:51
10         Q.  So, up until then?                       14:06:51
11         A.  Yeah.                                    14:06:53
12         Q.  Okay.  So, you said, the reason there's a lot 14:06:54
13    of space is because we keep it like that.  We fucking 14:06:59
14    hassle people; is that you?                       14:07:02
15         A.  Yes, I said that.                        14:07:03
16         Q.  You said, we'll burn you every single wave? 14:07:04
17         A.  Yes.                                     14:07:08
18         Q.  And you said, there are still fights down 14:07:09
19    here.  People will just fucking duke you out, work 14:07:11
20    your car and get in fights?                       14:07:14
21         A.  Yes.                                     14:07:15
22         Q.  Okay.  After the first line, a lot of younger 14:07:16
23    kids that will come down here, that sounds to me like 14:07:29
24    another voice.                                    14:07:33
25              I want you to listen to, you shouldn't  14:07:33
```

185

Atkinson-Baker Court Reporters
www.depo.com

```
 1    fucking come down here.  Stay away from this area.      14:07:34

 2    Stay right here.                                        14:07:34

 3          Tell me if you recognize the voice who says       14:07:39

 4    that; okay.                                             14:07:41

 5                                                            14:07:41

 6          (Discussion held off the record.)                14:07:41

 7                                                            14:07:57

 8    BY MS. POOLEY:                                          14:07:57

 9        Q.  Is that you?                                    14:07:58

10        A.  It's hard to say.  That could be me.            14:07:59

11        Q.  You shouldn't fucking come down here.  Stay     14:08:03

12    away from this area.  Stay right here.  That might be   14:08:06

13    you?                                                    14:08:10

14        A.  Yeah.                                           14:08:10

15        Q.  Do you want to hear it again?                   14:08:10

16        A.  Okay.                                           14:08:13

17                                                            14:08:13

18          (Discussion held off the record.)                14:08:13

19                                                            14:08:36

20    BY MS. POOLEY:                                          14:08:36

21        Q.  Is that you?                                    14:08:36

22        A.  That kind of sounds like me.                    14:08:37

23                                                            14:08:37

24          (Discussion held off the record.)                14:08:37

25                                                            14:09:00
```

186

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | don't want to go through that shit again? | 14:12:25 |
| 2 | A.  Yeah. | 14:12:28 |
| 3 | Q.  I never bring friends.  The friends that I | 14:12:28 |
| 4 | have here all surf here? | 14:12:31 |
| 5 | A.  Uh-huh. | 14:12:33 |
| 6 | Q.  Yes? | 14:12:33 |
| 7 | A.  Yes. | 14:12:34 |
| 8 | Q.  Did you say, you can't have friends outside | 14:12:34 |
| 9 | here because they're going to want to come out here | 14:12:36 |
| 10 | and surf and you have to got to pick and choose like | 14:12:39 |
| 11 | FaceBook? | 14:12:41 |
| 12 | A.  Yes. | 14:12:41 |
| 13 | Q.  Did you say, it's not just here.  It goes all | 14:12:41 |
| 14 | the way up the coast of California.  All the way up | 14:12:45 |
| 15 | to Oregon there are spots that you can't get out? | 14:12:47 |
| 16 | A.  Yes. | 14:12:50 |
| 17 | Q.  And do you know who said, good morning now | 14:12:50 |
| 18 | that you guys are leaving? | 14:12:53 |
| 19 | A.  No, I don't know. | 14:12:55 |
| 20 | Q.  And other than the voices, did you recognize | 14:12:57 |
| 21 | any of the individuals -- | 14:12:59 |
| 22 | A.  No. | 14:13:00 |
| 23 | Q.  -- that were shown in this video? | 14:13:00 |
| 24 | A.  I can't tell without seeing their face, no. | 14:13:04 |
| 25 | | 14:13:04 |

189

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

1          Q.   What did you mean by that?                    14:16:15

2          A.   Well, that whole thing right there hassling,  14:16:17

3     I just kind of fibbed that up.  It's kind of like, I    14:16:21

4     just wanted to discourage people, outsiders coming in   14:16:25

5     with no etiquette that take, that type.                 14:16:29

6               So, I hear about all of these rumors people   14:16:33

7     getting punched in the magazine.  Cars getting          14:16:36

8     vandalized, like I read it in the papers or             14:16:39

9     something, right, but that's all B.S.                   14:16:43

10              I've never seen cars get vandalized.          14:16:45

11              I've never seen guys get punched in the       14:16:48

12    30 years surfing there, not once.                       14:16:51

13              I've never seen a guy get laid his hands on,  14:16:53

14    all of this stuff comes out.  So, to me like my thing   14:16:55

15    I like to keep it with like people come out, but they   14:16:59

16    need to be respectful of the etiquette and stuff like   14:17:04

17    that, keep it in order.                                 14:17:09

18              So, if people think that all of that stuff    14:17:11

19    happens, I'm going to tell them, yeah, this stuff       14:17:13

20    happens.  It's kind of like, yeah.  So, that's why I    14:17:16

21    said that.                                              14:17:21

22         Q.   You try to intimidate and deter people from   14:17:21

23    coming out to Lunada Bay?                               14:17:25

24         A.   No.                                           14:17:27

25              MR. CROWLEY:  Objection, argumentative,       14:17:27

192

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    punched back.  And that was the only time.  So, Brant    14:24:07
 2    didn't start it.  Andy started it.                       14:24:10
 3           MR. CROWLEY:  She didn't ask that.  She asked     14:24:13
 4    if that was the only time.                               14:24:15
 5           THE WITNESS:  Yeah.  That's the only time          14:24:16
 6    that I seen him punch.                                   14:24:18
 7    BY MS. POOLEY:                                           14:24:20
 8        Q.  So, when you said on the video, there are        14:24:20
 9    still fights down here, that wasn't true; is that        14:24:22
10    correct?                                                 14:24:24
11        A.  No, no, no.                                      14:24:24
12        Q.  That's correct, it wasn't true?                  14:24:25
13        A.  It wasn't true.                                  14:24:26
14        Q.  And when you said, people will just fucking      14:24:27
15    duke it out, that's not true, also?                      14:24:31
16        A.  I've never seen it.                              14:24:33
17        Q.  Was it true when you said that?                  14:24:34
18        A.  Yeah, I've never seen a fight.  So, yeah,        14:24:36
19    well, what I said was that they still do it, but it's    14:24:39
20    not true.  I've never seen a person laying a hand on     14:24:43
21    another person down there.                               14:24:48
22        Q.  But you were saying these things that were       14:24:50
23    not true --                                              14:24:53
24        A.  Yeah.                                            14:24:54
25        Q.  -- to this individual to deter him from          14:24:55
```

199

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    surfing at Lunada Bay; is that correct?              14:24:57
 2         A.  Well, not so much deter, but it's just like 14:24:59
 3    they asked me.  And that's what the public thinks    14:25:03
 4    when you read stuff, magazines and whatever.  And    14:25:06
 5    they say that all this stuff.  So, I figured I'll     14:25:09
 6    just go with the story.                              14:25:12
 7         Q.  Why?                                         14:25:14
 8         A.  Yeah, because it kind of discourages people 14:25:15
 9    whatever, maybe.                                      14:25:19
10         Q.  So, you were saying these things that were  14:25:20
11    not true to discourage people from coming to Lunada  14:25:25
12    Bay and surfing; is that correct?                    14:25:29
13              MR. CROWLEY:  Over broad, incomplete        14:25:32
14    hypothetical.                                         14:25:34
15              THE WITNESS:  Yeah, yeah.                   14:25:35
16    BY MS. POOLEY:                                        14:25:37
17         Q.  Yes?                                         14:25:37
18         A.  Yes, blow up what has already been blown up. 14:25:38
19    I wasn't going to.                                    14:25:43
20         Q.  Okay.  The reason was to discourage people  14:25:45
21    from coming to Lunada Bay and surfing; is that       14:25:48
22    correct?                                              14:25:49
23         A.  Yeah.                                        14:25:49
24              MR. CROWLEY:  Same objection.               14:25:49
25              THE WITNESS:  Yeah.                         14:25:51
```

200

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1            MR. CROWLEY:  Objection, lacks foundation,      14:37:13
 2   calls for speculation.  You can answer if you know.      14:37:14
 3            THE WITNESS:  It's just, it's not when you      14:37:19
 4   say burning them, it sounds bad, but sometimes locals    14:37:22
 5   do it to locals.                                         14:37:26
 6            It's like a joke kind of thing, you know, but   14:37:27
 7   it's not meant as like when you say burn, oh, I'm        14:37:30
 8   going to ruin this, no, because Lunada Bay people        14:37:34
 9   that surf there regularly everyone pretty much knows     14:37:39
10   where they sit.                                          14:37:43
11            There's a pecking order.  And no one really     14:37:44
12   goes beyond that so.                                     14:37:47
13   BY MS. POOLEY:                                           14:37:49
14       Q.  I'm not sure that you answered my question.      14:37:50
15            My question really was who have you seen burn   14:37:52
16   someone on a wave at Lunada Bay?                         14:37:56
17            MR. CROWLEY:  Same objections.                  14:37:59
18            THE WITNESS:  Um, not lately.  Everyone is      14:38:01
19   pretty much in order.                                    14:38:08
20   BY MS. POOLEY:                                           14:38:09
21       Q.  My question was not specific to lately.          14:38:10
22       A.  Yeah.                                            14:38:13
23       Q.  My question is broader than that.                14:38:13
24       A.  Yeah, I'm trying to, oh, I'm trying to           14:38:16
25   remember.  I know that it happens, but I can't name      14:38:21
```

211

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | it.  Sorry. | 14:38:23 |
| 2 | Q.  As you sit here today, you can't think of one | 14:38:24 |
| 3 | other person -- let me finish my question. | 14:38:27 |
| 4 | As you sit here today, you can't think of one | 14:38:29 |
| 5 | other person who ever intentionally burned someone on | 14:38:31 |
| 6 | a wave at Lunada Bay; is that correct? | 14:38:35 |
| 7 | MR. CROWLEY:  Same objections. | 14:38:37 |
| 8 | THE WITNESS:  Yeah. | 14:38:38 |
| 9 | BY MS. POOLEY: | 14:38:40 |
| 10 | Q.  Now, you said that there was a pecking order | 14:38:40 |
| 11 | at Lunada Bay; correct? | 14:38:45 |
| 12 | A.  Uh-huh. | 14:38:49 |
| 13 | Q.  And what is the order? | 14:38:49 |
| 14 | A.  There really it's just people that have been | 14:38:54 |
| 15 | there longer. | 14:38:57 |
| 16 | Q.  Who is at the top of the pecking order? | 14:38:58 |
| 17 | A.  I don't know.  That would be -- it's a hard | 14:39:00 |
| 18 | thing because someone might think he is.  Someone | 14:39:06 |
| 19 | might think they are. | 14:39:10 |
| 20 | There's no real one person who is at the top | 14:39:11 |
| 21 | of the pecking order.  That could be anybody who was | 14:39:14 |
| 22 | there longer than me.  There's no one person. | 14:39:18 |
| 23 | Q.  So, the pecking order is just you and | 14:39:19 |
| 24 | everybody who has been there before you, there's just | 14:39:22 |
| 25 | two levels to the pecking order? | 14:39:26 |

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  There's the people that have been there, and | 14:39:27 |
| 2 | between those people there are people who was there | 14:39:30 |
| 3 | first kind of, the older people. | 14:39:32 |
| 4 | Q.  And based on your knowledge and experience -- | 14:39:35 |
| 5 | A.  Uh-huh. | 14:39:37 |
| 6 | Q.  -- from your perspective -- | 14:39:37 |
| 7 | A.  Yeah. | 14:39:39 |
| 8 | Q.  -- who is at the top of the pecking order at | 14:39:39 |
| 9 | Lunada Bay? | 14:39:44 |
| 10 | MR. CROWLEY:  Objection, incomplete | 14:39:46 |
| 11 | hypothetical. | 14:39:48 |
| 12 | THE WITNESS:  Right now? | 14:39:48 |
| 13 | BY MS. POOLEY: | 14:39:49 |
| 14 | Q.  Sure. | 14:39:50 |
| 15 | MS. BACON:  No foundation. | 14:39:51 |
| 16 | THE WITNESS:  It's hard to say.  Let's say | 14:39:52 |
| 17 | even like Frankie Ferrara, if he came out he would | 14:39:54 |
| 18 | be, but he has not surfed in a long time, or even | 14:39:58 |
| 19 | like Brant or Joe. | 14:40:02 |
| 20 | BY MS. POOLEY: | 14:40:07 |
| 21 | Q.  Brant Blakeman and Joe -- | 14:40:08 |
| 22 | A.  Bark or even like Zen Del Rio.  Just like any | 14:40:10 |
| 23 | guys older than me that I respect.  And I have been | 14:40:15 |
| 24 | there a long time. | 14:40:20 |
| 25 | Q.  So, those four that you just named are guys | 14:40:21 |

213

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  I think it was on Yarmouth, possibly it was | 14:53:16 |
| 2 | like a long time ago that I think it was for a | 14:53:20 |
| 3 | rolling stop. | 14:53:25 |
| 4 | Q.  Do you believe that there's localism at | 14:53:32 |
| 5 | Lunada Bay? | 14:53:53 |
| 6 | MR. CROWLEY:  Objection, vague and ambiguous. | 14:53:54 |
| 7 | THE WITNESS:  I don't know anything localism. | 14:53:57 |
| 8 | There's maybe a little bit, kind of. | 14:54:00 |
| 9 | BY MS. POOLEY: | 14:54:05 |
| 10 | Q.  And why do you say that? | 14:54:06 |
| 11 | A.  Because people get heckled and I heckle | 14:54:07 |
| 12 | people.  So, I guess you would consider that | 14:54:11 |
| 13 | localism.  I don't know. | 14:54:14 |
| 14 | Q.  And people that get heckled are the non-local | 14:54:17 |
| 15 | outsider folks? | 14:54:23 |
| 16 | A.  Not always.  We heckle our own people, too, | 14:54:24 |
| 17 | just as a joke.  I get heckled if I fall on a wave. | 14:54:27 |
| 18 | They will yell at me and call me a kook. | 14:54:32 |
| 19 | Q.  So, how is it that heckling people is | 14:54:35 |
| 20 | localism at Lunada Bay? | 14:54:42 |
| 21 | MR. CROWLEY:  Objection, that's vague and | 14:54:45 |
| 22 | ambiguous. | 14:54:46 |
| 23 | THE WITNESS:  I don't know that. | 14:54:47 |
| 24 | I'm just telling you that I'm guessing if you | 14:54:48 |
| 25 | think heckling is some part of localism. | 14:54:51 |

225

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| 1 | A.  Well, I feel that, because I wasn't very good | 16:01:11 |
| 2 | so, you know.  I had to earn it.  I earned it, you | 16:01:18 |
| 3 | know, I feel like. | 16:01:23 |
| 4 | Q.  And how did you earn it? | 16:01:23 |
| 5 | A.  Because years of just not open, just keeping | 16:01:25 |
| 6 | my mouth shut, being respectful.  People might drop | 16:01:30 |
| 7 | in on me at the beginning.  And I was just happy to | 16:01:35 |
| 8 | be there, you know. | 16:01:39 |
| 9 | Q.  Do you know John MacHard? | 16:01:40 |
| 10 | A.  Yeah. | 16:01:43 |
| 11 | Q.  How do you know him? | 16:01:43 |
| 12 | A.  I've known him since high school. | 16:01:45 |
| 13 | Q.  Is he older than you or the same age? | 16:01:47 |
| 14 | A.  No.  He's a little older.  He's a little | 16:01:52 |
| 15 | older. | 16:01:56 |
| 16 | Q.  And did you ever pour beer on his head? | 16:01:58 |
| 17 | A.  I did. | 16:02:02 |
| 18 | Q.  When did you do that? | 16:02:03 |
| 19 | A.  One day at the Bay out on the patio. | 16:02:05 |
| 20 | Q.  And why did you do that? | 16:02:10 |
| 21 | A.  He had just come in from surfing.  And I was | 16:02:11 |
| 22 | on the patio on the wall, perimeter wall.  And we | 16:02:15 |
| 23 | were talking. | 16:02:22 |
| 24 | And he kind of got in a conversation of how, | 16:02:22 |
| 25 | you know, this place should be open to everyone.  And | 16:02:25 |

276

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    BY MS. POOLEY:                                       16:11:13

 2        Q.  You don't think of anyone else as a pirate?  16:11:13

 3        A.  No.  I don't know.                           16:11:17

 4        Q.  You only think of yourself as a pirate?      16:11:19

 5        A.  Well, it's kind of, yeah.  I can't really,   16:11:23

 6    it's kind of a weird thing.  I don't know.           16:11:33

 7        Q.  Is it correct that in your mind you're the   16:11:34

 8    only pirate --                                       16:11:38

 9        A.  No, no --                                    16:11:39

10        Q.  -- as a surfer at Luna Bay; is that correct? 16:11:40

11            MR. CROWLEY:  Let her finish.                16:11:43

12            THE WITNESS:  -- no, because I would think   16:11:45

13    that people that surf there are pirates I would, but 16:11:46

14    to some of them or most of them, I don't know.  They 16:11:52

15    might not think that.                                16:11:55

16    BY MS. POOLEY:                                       16:11:56

17        Q.  I'm just asking what you think.              16:11:57

18            Who do you think of as the pirates who surf  16:11:58

19    at Lunada Bay, other than yourself?                  16:12:02

20        A.  I think just people like that surf there     16:12:04

21    regularly kind of.                                   16:12:08

22        Q.  And who are those people?                    16:12:09

23        A.  Just like Charlie Mowatt, like Andy Patch.   16:12:11

24        Q.  Andy Patch?                                  16:12:24

25        A.  And Brad Ringer.                             16:12:26
```

285

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    Lunada Bay?                                               16:32:38

2         A.   Absolutely not.                                 16:32:39

3         Q.   What about preventing persons from surfing at   16:32:40

4    Lunada Bay?                                               16:32:43

5         A.   Absolutely not.                                 16:32:44

6         Q.   Have you ever had any communications with       16:32:45

7    Charlie Ferrara about preventing any person from         16:32:47

8    surfing at Lunada Bay?                                    16:32:49

9         A.   Absolutely not.                                 16:32:50

10        Q.   Have you ever had any communications with       16:32:50

11   Charlie Ferrara about preventing any persons from        16:32:52

12   visiting Lunada Bay?                                      16:32:54

13        A.   Absolutely not.                                 16:32:56

14        Q.   Have you ever witnessed Charlie Ferrara ever    16:32:58

15   attempt to prevent somebody from visiting Lunada Bay?    16:33:18

16        A.   Absolutely not.                                 16:33:22

17        Q.   And what about surfing at Lunada Bay?           16:33:23

18        A.   Absolutely not.                                 16:33:25

19        Q.   The same questions for Frank.                   16:33:27

20             Have you ever witnessed Frank ever try to       16:33:27

21   attempt to prevent anybody from surfing at Lunada        16:33:29

22   Bay?                                                      16:33:30

23        A.   Absolutely not.                                 16:33:30

24        Q.   What about visiting Lunada Bay?                 16:33:32

25        A.   Absolutely not.                                 16:33:35

295

Sang Lee
May 31, 2017

1 | HANSON BRIDGETT LLP
  | KURT A. FRANKLIN, SBN 172715
2 | kfranklin@hansonbridgett.com
  | SAMANTHA WOLFF, SBN 240280
3 | swolff@hansonbridgett.com
  | JENNIFER ANIKO FOLDVARY, SBN 292216
4 | jfoldvary@hansonbridgett.com
  | 425 Market Street, 26th Floor
5 | San Francisco, California 94105
  | Telephone: (415) 777-3200
6 | Facsimile:  (415) 541-9366

7 | HANSON BRIDGETT LLP
  | TYSON M. SHOWER, SBN 190375
8 | tshower@hansonbridgett.com
  | LANDON D. BAILEY, SBN 240236
9 | lbailey@hansonbridgett.com
  | 500 Capitol Mall, Suite 1500
10 | Sacramento, California 95814
  | Telephone: (916) 442-3333
11 | Facsimile:  (916) 442-2348

12 | OTTEN LAW, PC
  | VICTOR OTTEN, SBN 165800
13 | vic@ottenlawpc.com
  | KAVITA TEKCHANDANI, SBN 234873
14 | kavita@ottenlawpc.com
  | 3620 Pacific Coast Highway, #100
15 | Torrance, California 90505
  | Telephone: (310) 378-8533
16 | Facsimile:  (310) 347-4225

17 | Attorneys for Plaintiffs
  | CORY SPENCER, DIANA MILENA
18 | REED, and COASTAL PROTECTION
  | RANGERS, INC.
19 |

*EXHIBIT 22 5/3/17 LEE  PENGAD 800-631-6989  187*

20 |                    UNITED STATES DISTRICT COURT

21 |         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

22 |

23 | CORY SPENCER, an individual;        CASE NO. 2:16-cv-02129-SJO (RAOx)
24 | DIANA MILENA REED, an
   | individual; and COASTAL            **PLAINTIFFS' NOTICE OF**
   | PROTECTION RANGERS, INC., a        **DEPOSITION OF DEFENDANT**
25 |                                     **SANG LEE**
   | California non-profit public benefit
26 | corporation,
27 |
   |             Plaintiffs,            Complaint Filed:   March 29, 2016
28 |                                     Trial Date:        November 7, 2017

Case No. 2:16-cv-02129-SJO (RAOx)

1

2　　　　v.

3　LUNADA BAY BOYS; THE
　　INDIVIDUAL MEMBERS OF THE
4　LUNADA BAY BOYS, including but
5　not limited to SANG LEE, BRANT
　　BLAKEMAN, ALAN JOHNSTON
6　AKA JALIAN JOHNSTON,
7　MICHAEL RAE PAPAYANS,
　　ANGELO FERRARA, FRANK
8　FERRARA, CHARLIE FERRARA,
9　and N. F.; CITY OF PALOS
　　VERDES ESTATES; CHIEF OF
10　POLICE JEFF KEPLEY, in his
11　representative capacity; and DOES
　　1-10,
12

13　　　　　　Defendants.

14

15

16　TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17　　　　Please take notice that on May 31, 2017, at 9:00 a.m., Plaintiffs Cory

18　Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc.

19　("Plaintiffs") will take the deposition of Sang Lee at TechSpace, 3420 Bristol

20　Street, 6th Floor, Costa Mesa, CA  92626.  The deposition will be taken from

21　day to day thereafter until completed.

22　　　　NOTICE IS FURTHER GIVEN that the deposing party intends to

23　cause the proceedings to be recorded stenographically through the instant

24　/ / /

25　/ / /

26　/ / /

27　/ / /

28　/ / /

1   visual display of the testimony and will also be recorded by videotape and

2   audiotape.

3

4   DATED:  May 19, 2017                    HANSON BRIDGETT LLP

5

6

7   By: _____

8           KURT A. FRANKLIN
            SAMANTHA D. WOLFF
9           JENNIFER ANIKO FOLDVARY
            TYSON M. SHOWER
10          LANDON D. BAILEY
            Attorneys for Plaintiffs
11          CORY SPENCER, DIANA MILENA
            REED, and COASTAL PROTECTION
12          RANGERS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13509552.1

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On **May 19, 2017**, I served true copies of the following document(s) described as:

### PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT SANG LEE

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 19, 2017**, at San Francisco, California.

Ann D. Ghiorso
Ann D. Ghiorso

1

## SERVICE LIST

2

*Spencer, et al. v. Lunada Bay Boys, et al.;*
USDC, Central District of California, Case No. 2:16-cv-02129-SJO (RAOx)

3

4   Robert T. Mackey
    Peter H. Crossin

5   Richard P. Dieffenbach
    John P. Worgul

6   John E. Stobart
    VEATCH CARLSON, LLP

7   1055 Wilshire Blvd., 11th Floor
    Los Angeles, CA  90017

8

9

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel:   213.381.2861
Fax:  213.383.6370
E-Mail: rmackey@veatchfirm.com
          pcrossin@veatchfirm.com
          rdieffenbach@veatchfirm.com
          jworgul@veatchfirm.com
          jstobart@veatchfirm.com

10  Robert S. Cooper
    Audrey S. Olson

11  BUCHALTER NEMER, APC
    1000 Wilshire Blvd., Suite 1500

12  Los Angeles, CA  90017

13

14

*(Attorneys for Defendant BRANT BLAKEMAN)*

Tel:   213.891.0700
Fax:  213.896.0400
E-Mail: rcooper@buchalter.com
          aolson@buchalter.com

15  J. Patrick Carey
    LAW OFFICES OF J. PATRICK

16  CAREY
    1230 Rosecrans Ave., Suite 300

17  Manhattan Beach, CA  90266

18

*(Attorney for Defendant ALAN JOHNSTON a/k/a JALIAN JOHNSTON)*

Tel:   310.526.2237
Fax:  424.456.3131
E-Mail: pat@patcareylaw.com

19  Peter T. Haven
    HAVEN LAW

20  1230 Rosecrans Ave., Suite 300
    Manhattan Beach, CA  90266

21

22

*(Attorney for Defendant MICHAEL RAY PAPAYANS)*

Tel:   310.272.5353
Fax:  213.477.2137
E-Mail: peter@havenlaw.com

23

24

25

26

27

28

Case No. 2:16-cv-02129-SJO (RAOx)

PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT SANG LEE

| | | |
|---|---|---|
| 1 | Edwin J. Richards<br>Antoinette P. Hewitt | *(Attorneys for Defendants CITY OF PALOS VERDES and CHIEF OF POLICE JEFF KEPLEY)* |
| 2 | Rebecca L. Wilson<br>Jacob Song | |
| 3 | Christopher D. Glos<br>KUTAK ROCK LLP | Tel:   949.417.0999<br>Fax:  949.417.5394 |
| 4 | 5 Park Plaza, Suite 1500<br>Irvine, CA  92614-8595 | E-Mail: ed.richards@kutakrock.com<br>      jacob.song@kutakrock.com |
| 5 | | antoinette.hewitt@kutakrock.com<br>rebecca.wilson@kutakrock.com |
| 6 | | |
| 7 | Dana Alden Fox<br>Edward E. Ward, Jr. | *(Attorneys for Defendant SANG LEE)* |
| 8 | Eric Y. Kizirian<br>Tera Lutz | Tel:   213.580.3858<br>Fax:  213.250.7900 |
| 9 | LEWIS BRISBOIS BISGAARD &<br>SMITH LLP | E-Mail: dana.fox@lewisbrisbois.com<br>      edward.ward@lewisbrisbois.com |
| 10 | 633 W. 5th Street, Suite 4000<br>Los Angeles, CA  90071 | eric.kizirian@lewisbrisbois.com<br>tera.lutz@lewisbrisbois.com |
| 11 | | |
| 12 | Daniel M. Crowley<br>BOOTH, MITCHEL & STRANGE | *(Attorneys for Defendant SANG LEE)* |
| 13 | LLP<br>707 Wilshire Blvd., Suite 4450 | Tel:   213.738.0100<br>Fax:  213.380.3308 |
| 14 | Los Angeles, CA  90017 | E-Mail: dmcrowley@boothmitchel.com |
| 15 | | |
| 16 | Mark C. Fields<br>LAW OFFICES OF MARK C. | *(Attorney for Defendant ANGELO FERRARA and Defendant N. F. appearing through Guardian Ad Litem, Leonora Ferrara)* |
| 17 | FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA  90071 | |
| 18 | | Tel:   213.948.2349<br>Fax:  213.629.4520 |
| 19 | | E-Mail: fields@markfieldslaw.com |
| 20 | | |
| 21 | Thomas M. Phillips<br>THE PHILLIPS FIRM | *(Attorneys for Defendant ANGELO FERRARA)* |
| 22 | 800 Wilshire Blvd., Suite 1550<br>Los Angeles, CA  90017 | Tel:   213.244.9913<br>Fax:  213.250.7900 |
| 23 | | E-Mail: tphillips@thephillipsfirm.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. 2:16-cv-02129-SJO (RAOx)

1 | Alison K. Hurley
Tiffany L. Bacon
2 | BREMER WHYTE BROWN &
O'MEARA, LLP
3 | 20320 S.W. Birch St., 2nd Floor
Newport Beach, CA  92660
4 |

*(Attorneys for Defendants FRANK FERRARA and CHARLIE FERRARA)*

Tel:   949.221.1000
Fax:   949.221.1001
E-Mail: ahurley@bremerwhyte.com
         tbacon@bremerwhyte.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:16-cv-02129-SJO (RAOx)

13509552.1

| From: | Sang Lee |
|---|---|
| To: | John Camplin; ringersurfboards@████████  roxygwen@██████  cmowat@████████ colm31136@████████  lbcontrolagency@████████  davemelo2002@████ yoaksswagon@████████  derek.debral@████████  ericbinz@████████  geoff.dsena@████████ gjehelkas@████████  jayduston@████████  joe@████████ patchman@████████  arthurrozzi@████████  me.griep@████████  mpaps@████████ woodyris@████████  peterb@████████  credondobeach@████████  renocaldwel ssfairbro@████████  sullymusic@████████ |
| Sent: | 1/8/2011 6:42:20 PM |
| Subject: | Re: bible |

sorry , john i thought u wrote it but it was ur brother dave ( i still love all u camplins ) ............... i looked up my contact n it was late at night ( pass midnite / i think i had insomnia because i was soooooooooo flustered n i quit burnning a few day ago to clear out my lungs n i was sure i read ur name ............ i know i was wrong ............ SORRY john / i was actually quite hurt when i thought it was u because i have  highest up most respect for u ........................ SORRY again for thinking it was u .................... my bad ........................ love u like my older brother john / through thick n thin ............................... n dave , i love u also but my feelings towards this issue still stands ..................... as long as i live on this earth i will do everything i can to preserve the magic of that we have in our backyard .......................... love u all   sang ................................................

---

**From:** John Camplin
**To:** Sang Lee ; ringersurfboards@████████  roxygwen@████████  t; cmowat@████████  colm31136@████ lbcontrolagency@████████  davemelo2002@████████  ; yoakswagon@████████  ; derek.debraal@████████  ; ericbinz@████████  geoff.dsena@████████  ; gjehelkas@████████  ; jayduston@████████  ; joe@████████  ; patchman@████████  arthurrozzi@████████  ; me.griep@████████  ; mpaps@████████  t; woodyris@████████  ; peterb@████████  ; credondobeach@████████  ; renocaldwel████████  ; ssfairbro@████████  sullymusic@████████
**Sent:** Sat, January 8, 2011 6:02:05 PM
**Subject:** Re: bible

Sanger,
Didn't write it.  If I did I would of signed my name.
Just curious why you assumed it was me?
John C
PS. It's all about Passion and you got it Bro. Yea!

Sent from my Samsung Epic™ 4G

Sang Lee <sangdangdoodle@████████> wrote:

>wow john  c. , i cant believe u wrote this ................  why
>?????????????????   u know how much i care for our home n everyone that deserves
>to be here ............  john , u got to know me pretty well from living with
>ur brother dave ( all the good times n bad times we've been through  (the tragic
>times also ) n u know i will be there for all my friends ( that deserves it )
>....... i would give the shirt off my back or the last piece of bread on the
>table for u ................  u know , i am who i am ( with the terms of being a
>solid person , friend n a pirate ) because i was brought up this way by u guys (
>the older boys ( not the fluffy powder puff ones but the real solid
>ones...............!  u guys made up the rules n term of engagement n I WILL DIE
>BY THESE RULES ...............  I DONT UNDERSTAND WHY ALL OF SUDDEN UR CHANGING
>EVERYTHING FOR THE WORSE ..........  so u dont mind if troy ( buffalo head )
>back paddles jesse or kailee ................  ?????????????/   u know what we
>have here in our backyard is priceless n u cant put a price on it .............
>john I LOVE U AS A OLDER BROTHER  but i have to totally disagree  with u 100%
>.............  i want to keep the bay sacred like its suppose to be
>...........  these takers dont do shitttttttttttttttttt ...............   they

EXHIBIT
222
PENGAD 800-631-6989
LEE
183
5/31/
Lee 00000001



>dont even pick up trash or anything like that ................... as we all
>get older n have different priorities  now than before such as making ends meet
>or trying to make money maybe u forgot the rules u guys made up ?????????????
>fuck all the takers .......................   they arent getting nothing from me
>......................  especially my respect ..................   i was
>taught long time ago "to earn respect ONE HAS TO GIVE RESPECT " n those takers
>dont give a shit .............  all they do is take ....................   prime
>example / u remember that one time at ta's that friend of urs ( the rich one
>with all the money ) that came down with jesse ......  n u said he was a nice
>guy ( the one who had the house at the bay ) but that dick was trying to drop
>in on everyone out there including KAILEE .............  u want those type of
>people to be around the hill ????????????????    john , i am not a rich person
>, all i have is my word , my good friends ( who back me up 110 % n not 98 % ) ,
>i am not going to have a mansion on the cliff or drive a $ 100,000 car but what
>i have is priceless ( those fuckn rich a holes or takers will never have
>...........  )  .  this place has given me sooooooooo much i cant even start
>.................  ( good friends ........................  priceless
>................  this is no clickidy ( M. beach type bull shit
>)..............  this place has so much soul ones has to be inside to really
>realize what we have ..............  my god john our brothers n our loved ones
>ashes are out there .................  i hope when i die i want to be there
>also...............  this place is not just a surf spot
>......................  its our home john n i am not going to share it with
>people who r selfish n not understanding of their surroundings
>....................  u know im no bull shitter , i try to be there for my
>friends n family  ( i actually think im a pretty solid person as far as being
>solid person  ) n our home RUNS DEEP IN MY VEINS .....................  i care
>more about this place than a lot of people because i know how special it is
>............  n u know what john all these takers that people say " oh , his a
>nice guy or whatever / thats total bullshit /  nice guy to them but what have
>they done for the hill or the bay ???????????????   NOTHING ................
>they just come n TAKE ..................   fuck im over it , starting with
>nickel head .................   ( n i will tell that to zen right in front of
>him ) ..............  i might not have surfed here when u guys were ruling the
>place in the 70's but my feelings n love for our home runs DEEP  INSIDE MY HEART
>......................................  N NOTHINGS GOING TO CHANGE THAT NOTHING
>( NOT EVEN UR OPINION ) ...................     i still love u as a
>brother n I ALWAYS WILL NO MATTER WHAT ...............   hey , im not perfect
>nobody is ...............  i just want to keep our home the way it should be
>kept  ( nice n clean with no takers ) ...............  john do u know after ur
>brothers funeral i was like born again ..............  i realized that this
>place is so special because it brings those special people together as one (
>thats when i decided to get the ink on my back ) ....................  i say
>these things about certain people not because im an asshole ( maybe a few people
>might think so ) but because i DONT WANT THE MAGIC TO DISAPPEAR
>..............................  still  love u john
>
>
>
>
>_____
>From: Sang Lee <sangdangdoodle@            >
>To: ringersurfboards@            ; roxygwen@            ; cmowat@            ;
>colm31136@            ; lbcontrolagency@            ; davemelo2002@            ;
>yoakswagon@            derek.debraal@            ericbinz@            ;
>geoff.dsena@            ; gjehelkas@            jayduston@            ;
>joe@            ; jc2332@            ; patchman@            ; arthurrozzi@            ;
>me.griep@            mpaps@            ; woodyris@            ; peterb@            ;
>credondobeach@            , renocaldwell@            ssfairbro@            
>sullymusic@            t
>Sent: Fri, January 7, 2011 10:13:52 PM
>Subject: bible
>

>
>ok people , someone sent an e-mail to chach about love , bible versus and
>quotes on how we should all just get along with one another...............
>what a joke ....................  to whoever wrote this " ur a f***n JOKE for
>trying to bring religion into the surf culture scene ........... this culture
>isnt just here in our backyard ............... its everywhere in the world
>................ ur such a holy person for saying what ur saying ( u dont
>even have the balls to say ur name .....................  so u write it under
>lbcontrol agency / what a joke ..........  u should write this under
>lbtrollagency ............. yeah thats uuuuuuuuuuuuuuuu ............ what u
>think because u know some sentences from the bible makes u special
>............  well than go surf  somewhere else .................  why then
>do u surf in a place where there's all these things happen that goes on
>.............  ur basically reaping off the surf culture that u r so
>against ...................  if u want to voice ur opinion about this subject
>man up n come out n talk in person ............  not hiding behind ur computer
>keyboard .................  if u do i would respect u a little more ( very
>little ) ......................  havent u heard the saying  " AS LONG AS
>THERES RELIGION IN THIS WORLD THERE WILL BE WAR ......................  ur
>holliness...............
>
>
>
>

From:      Sang Lee
To:      ringersurfboards@█████; roxygwen@█████; cmowat@█████
     colm31136█████; lbcontrolagency@█████; davemelo2002@█████
     yoakswagon█████; derek.debraal@█████; ericbinz@█████; geoff.dsena█████
     gjehelkas@█████; jayduston@█████; joe@█████; jc2332@█████
     patchman@█████; arthurrozzi@█████; me.griep@█████; mpaps@█████
     woodyris@█████; peterb@█████; credondobeach@█████; renocaldwell@█████
     ssfairbro@█████; sullymusic@█████

Sent:      1/10/2011 5:58:45 PM
Subject:      Re: bible

hi fellow friends , its me again ( this will be my last posting on this subject  / i hope ) ............. i just want to say one thing ................ i really appreciate all the positive feedbacks i've recieved  but i just want to clear one thing up . i just want us ( locals ) to police ourselves not just with outsiders ( not condonning violence / do NOT want to see my friends get in trouble with the law / theres other options to deterr outsiders from surfing our home such as we can ride together or its a long walk up the trail in bare feet ............. etc .......... ) i dont want people so fired up on trolls because of these e-mails n immediately getting into fights or threatenning the outsiders n getting into trouble .  believe me its a TOTAL BUMMER to go to jail or go to court over threats ( i went through it with that dick head / todd clark / costed me a lot of money n 5 years restrainning order put on me / it sucked / do not want my friends to go through what i went through )  THERES OTHER OPTIONS  THAN THREATS N VIOLENCE TO MAKE THEIR TIME IN OUR HOME A BUMMER  but if they just get violent with us first than its on ..........  we just need to police among ourselves by being respectful toward the local homeowners such as / dont make butt on the cliff / dont park in front of their mail boxes , pick up trash .......... etc. trust me my friends these little things we can do will make our home a better place n gain respect from people ....................      thanks for ur support ........................   n nickel head / i am going to deal with him personally .................................      love u all ...............................

---

From: Sang Lee
To: ringersurfboards@█████; roxygwen@█████; cmowat@█████; colm31136@█████;
lbcontrolagency█████; davemelo2002@█████; yoakswagon@█████; derek.debraal@█████
ericbinz█████; geoff.dsena█████; gjehelkas@█████; jayduston@█████; joe█████
jc2332@█████; patchman@█████; arthurrozzi@█████; me.griep@█████; mpaps@█████;
woodyris@█████ peterb@█████; credondobeach@█████; renocaldwell@█████; ssfairbro@█████;
sullymusic@█████
Sent: Fri, January 7, 2011 10:13:52 PM
Subject: bible

ok people , someone sent an e-mail to chach about love , bible versus and quotes on how we should all just get along with one another................ what a joke ...................  to whoever wrote this  " ur a f***n JOKE for trying to bring religion into the surf culture scene ..........  this culture isnt just here in our backyard ........  its everywhere in the world ................  ur such a holy person for saying what ur saying ( u dont even have the balls to say ur name ...................  so u write it under lbcontrol agency / what a joke .......... u should write this under lbtrollagency ...........  yeah thats uuuuuuuuuuuuuuuu ...........  what u think because u know some sentences from the bible makes u special .............  well than go surf  somewhere else .................  why  then do u surf in a place where there's all these things happen that goes on .............  ur basically reaping off the surf culture that u r so against ................  if u want to voice ur opinion about this subject man up n come out n talk in person ...........  not hiding behind ur computer keyboard .................  if u do i would respect u a little more ( very little ) ......................  havent u heard the saying  " AS LONG AS THERES RELIGION IN THIS WORLD THERE WILL BE WAR ........................  ur holliness...............

EXHIBIT
223
LEE

| | |
|---|---|
| **From:** | Sang Lee |
| **To:** | zen del rio |
| **Sent:** | 1/16/2011 7:43:13 PM |
| **Subject:** | Fw: new year resolution |

----- Forwarded Message ----
**From:** "artrozzi@⬛⬛⬛⬛"
**To:** Joe Bark ; Sang Lee
**Cc:** patchman@⬛⬛⬛ ; ringersurfboards@⬛⬛⬛ ; roxygwen@⬛⬛⬛ ; cmowat@⬛⬛⬛ ;
colm31136@⬛⬛⬛ ; lbcontrolagency@⬛⬛⬛ ; davemelo2002@⬛⬛⬛ ; yoakswagor⬛⬛⬛ ;
derek.debraal@⬛⬛⬛ ; ericbinz@⬛⬛⬛ ; geoff.dsena⬛⬛⬛ ; jayduston@⬛⬛⬛ ; joe⬛⬛⬛ ;
jc2332@⬛⬛⬛ ; arthurrozzi@⬛⬛⬛ ; me.griep@⬛⬛⬛ ; mpaps@⬛⬛⬛ ; woodyris@⬛⬛⬛ ; peterb@⬛⬛⬛ ;
credondobeach@⬛⬛⬛ ; renocaldwell@⬛⬛⬛ ; ssfairbro@⬛⬛⬛ ; tom sullivan
**Sent:** Sun, January 2, 2011 5:25:14 PM
**Subject:** Re: new year resolution

I love this Sang! Well put.

Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** Joe Bark
**Date:** Sun, 2 Jan 2011 16:05:13 -0800
**To:** Sang Lee
**Cc:** : : : : : : : : : : : : : : : : : : : : : : : : tom sullivan
**Subject:** Re: new year resolution

Sang
I love the flavor.Takers only take and we need none of that
Thanks For seeing what is going on and helping to fix it
Sang for President
Joe

On Sun, Jan 2, 2011 at 3:56 PM, Sang Lee <sangdangdoodle@⬛⬛⬛> wrote:
 hi friends , just wanted to wish everyone a happy new year ..................... i just want to suggest a new year
resolution  " NO MORE TAKERS ..................  WE KNOW WHO THEY R ...................  WHO NEEDS THEM
???????????????????  WE SURE DONT NEED THEM ( AT LEAST NOT IN THE PEAK OR ANYWHERE NEAR
THE PEAK ...................  TO TELL U THE TRUTH I WOULD RATHER SEE AN EMPTY UNRIDDEN WAVE AT
THE POINT THEN TO SEE CERTAIN PEOPLE RIDING THEM ....................  ( LIKE BUFFALO HEAD ,
FAGGIT KNEEBOARDER WHO RIDES A STAVROS SURFBOARD ( nothing against mike / i actually like him / its
the PRINCIPLE  ) , ONE WHO MAKES MILLIONS AND DRIVES AROUND IN HIS $100'000 CAR  BUT
NEVER GIVES N WISHALWAYS TAKES / ONLY TIME HE GIVES IS IF HE GETS SOMETHING OUT OF IT
..............................  SO NEXT TIME UR OUT IN THE WATER N U SEE ONE OF THESE TAKERS TAKING
ANOTHER WAVE FROM OUR PROMISE LAND ( OUR CHURCH / HOME / SANCTUARY / TEMPLE )  DONT
THINK TWICE N  LETS TAKE BACK WHAT THEY R TAKING FROM US ...............................  ( DO
NOT FEEL GUILTY WHEN TAKING BACK WHAT WAS OURS IN THE FIRST PLACE  / THESE PEOPLE R
SHALLOW N DONT GIVE A SHIT ABOUT US OR THE BAY .............  ALL THEY CARE ABOUT IS THEIR
WAVE ............. ..................  )                         love u all     SANG

EXHIBIT
224
LEE
Lee 00000591

| | |
|---|---|
| **From:** | Charlie Mowat |
| **To:** | Sang Lee |
| **CC:** | andy patch; brad ringer; charlie beukema; pete babros; john cohen; john camplan; chris; colm; ray warner; reno caldwell; dave melo; dave yoakley; derek debraal; geoff dsena; mark griep; mike kent; paul woodward; zen rio |
| **Sent:** | 1/16/2014 3:26:56 PM |
| **Subject:** | Re: Fw: problems on monday |

I will be on the patio allllllllllll day on Monday throwing out heckles and sporting a BBQ.  I'm already warming up.  Don't miss the fun

On Thu, Jan 16, 2014 at 3:00 PM, Sang Lee <sangdangdoodle@▮▮▮▮▮> wrote:

On Thursday, January 16, 2014 9:43 AM, "sully@▮▮▮▮▮▮" <sully@▮▮▮▮▮> wrote:
 Sang please forward this message to the whole crew so everyone knows and we can all be on the same page
thanks
sully

-------- Original Message --------
Subject:
From: Zach Stafford <zachjamesstafford@▮▮▮▮
Date: Wed, January 15, 2014 11:50 pm
To: "sully@▮▮▮▮▮" <sully@▮▮▮▮▮>

http://www.facebook.com/l.php?u=http%3A%2F%2Fwww.reddit.com%2Fr%2Fsurfing%2Fcomments%2F1vaprb%2Fmonday_january_20th_lunada_bay_be h=4AQGaT_AC

Sent from my iPhone



| From: | Charlie Mowat |
|-------|---------------|
| To: | andy patch; sangdangdoodle .; Paul Woodward; sully@█████████ pete babros; peterb@███████; dave yoak |
| Sent: | 1/17/2014 6:45:57 AM |
| Subject: | Mano |

Stuffs coming bros.  I should be back Sunday and have all next week off.  Hope you're off Monday for the fiasco.  I'm going to sponsor a BBQ and be on the patio all day.

http://www.surfline.com/surfline/forecasts4/forecast_vbgst.cfm



| From: | Sang Lee |
|---|---|
| To: | yoakswagon@⬛; davemelo2002@⬛; cmowat@⬛; geoff.dsena@⬛; derek.debraal@⬛; patchman@⬛; ringersurfboards@⬛; sullymusic@⬛; feeogle@⬛; renocaldwell@⬛; peterb@⬛; me.griep@⬛; mkent@⬛; 4bacons@⬛; woodyris@⬛; credondobeach@⬛; jc2332@⬛; mpaps@⬛; colm31136⬛; ssfairbro@⬛; zendelri⬛; dj90274@⬛; joe@⬛; cstrong@⬛; OlSusana@⬛; jcbeukema@⬛ |
| Sent: | 1/17/2014 5:37:28 PM |
| Subject: | surfing monday |

everyone we should all try to surf this coming Monday ....................... don't get in trouble but just surf ................



Lee 00000014