# EXHIBIT 39

**RONSIN**
**WALNUT CA, 91789**
**Phone: (909) 594-5995 Fax: (909) 598-2308**

Case Name: CORY SPENCER, ET AL.
vs.
LUNADA BAY BOYS, ET AL.

Case Number: 2:16-CV-02129-SJO (RAOX)

## ATTACHMENT 3

The records to be produced are described as follows:

THE RECORDS REQUESTED ARE from 01/01/2014 to 01/01/2017 FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL RECORDS THAT INCLUDE OUTGOING AND INCOMING CALLS AND TEXTS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY RELATING TO OUR CLIENT, SANG LEE, DOB: ████████, CELL PHONE NO. ████-0699, ACCT#: ████████.

452867-01/GENATT3

**Information Provided To:**

T··Mobile·

| | |
|---|---|
| Agency: | Civil Attorney |
| Requestor: | TERA LUTZ |
| Agent Address: | 633 WEST 5TH ST |
| Billing City, State, Zip: | LOS ANGELES, CA 90071-0000 |
| Provided On: | April 20, 2017 |

**Request Submission Response**

This is in response to the Subpoena, 2:16-CV-02129-SJO, dated February 22, 2017, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: ▇▇▇▇0699. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/2015 | 00:49:12 | 218 | mSOriginating | Outgoing | 0699 | 9111 | 9111 | 9111 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 00:53:59 | 1262 | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:18:54 | 47 | mSOriginating | Outgoing | 0699 | 8004 | 8004 | 8004 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:22:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:22:34 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:23:16 | 45 | mSOriginating | Outgoing | 0699 | 9245 | 9245 | 9245 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:23:06 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4539 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:24:20 | 217 | mSOriginating | Outgoing | 0699 | 2138003940 | 3940 | 3940 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:37:05 | 60 | mSTerminatingSMSinMSC | Incoming | 4539 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:37:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4539 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:20:27 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 5005 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:20:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 5005 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:24:21 | 116 | mSTerminating | Incoming | 5005 | | 0699 | | 8539 | 750 | Completed Successfully | 11 | DAMSS343 |
| 04/20/2015 | 13:58:28 | 9 | callForwarding | Outgoing | 9111 | 7249 | 7249 | 7249 | 8539 | | Completed Successfully | 011;2B | IEMSS341 |
| 04/20/2015 | 14:12:30 | 20 | mSOriginating | Outgoing | 0699 | 111 | 9111 | 9111 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:12:57 | 3 | mSOriginating | Outgoing | 0699 | 7243 | 7243 | 9999 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:13:06 | 60 | mSTerminatingSMSinMSC | Incoming | 129 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:20:20 | 60 | mSTerminatingSMSinMSC | Incoming | 8004 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:29:12 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:50:17 | 128 | mSOriginating | Outgoing | 0699 | 8947 | 8947 | 8947 | 8539 | 750 | Completed Successfully | | DAMSS343 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 569

0008

| Date | Time | | Type | Direction | | | | | | | | Status | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/2016 | 19:16:07 | 60 | mSTerminatingSMSinMSC | Incoming | 6790 | | 0699 | | 8539 | | 7750 | Completed Successfully | SPMSS346 |
| 01/29/2016 | 21:30:38 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:30:50 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:30:56 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:03 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:08 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:14 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:21 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:31 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:40 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:46 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:31:53 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:03 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:09 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:16 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:22 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:30 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:36 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:46 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:32:52 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:00 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:09 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:16 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:24 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:38 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:45 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:33:52 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:34:01 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:34:08 | | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | | 7750 | Abnormal Completion | SPMSS346 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 266 of 569

0273

| Date | Time | | Type | Direction | | | | | | | | | | Status | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/2016 | 21:34:14 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:34:27 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:34:42 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:34:58 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:06 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:12 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:29 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:37 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:43 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:49 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:35:56 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:36:04 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:36:50 | 5 | mSOriginating | Outgoing | | 0699 | 7934 | 7934 | 7934 | | 8539 | | 7750 | Completed Successfully | SPMSS346 |
| 01/29/2016 | 21:37:03 | | mSOriginating | Outgoing | | 0699 | 7934 | 7934 | 7934 | | 8539 | | 7750 | Completed Successfully | SPMSS346 |
| 01/29/2016 | 21:37:13 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:37:19 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:38:07 | 2 | mSOriginating | Outgoing | | 0699 | 1711 | 1711 | 1711 | | 8539 | | 7750 | Completed Successfully | SPMSS346 |
| 01/29/2016 | 21:38:23 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:38:34 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:38:47 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:40:06 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:40:13 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:40:52 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:40:59 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:41:46 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:41:52 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:42:45 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:42:52 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |
| 01/29/2016 | 21:44:11 | | mSOriginating | Outgoing | | 0699 | 3917 | 3917 | 3917 | | 8539 | | 7750 | Abnormal Completion | SPMSS346 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 267 of 569

0274



Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 268 of 569

0275