# EXHIBIT 40

**RONSIN**
**WALNUT CA, 91789**
Phone: (909) 594-5995 Fax: (909) 598-2308

Case Number: 2:16-CV-02129-SJO (RAOX)
Case Name: CORY SPENCER, ET AL.
vs.
LUNADA BAY BOYS, ET AL.

## ATTACHMENT 3

The records to be produced are described as follows:

THE RECORDS REQUESTED ARE from 01/01/2014 to 01/01/2017 FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL RECORDS THAT INCLUDE OUTGOING AND INCOMING CALLS AND TEXTS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY RELATING TO OUR CLIENT, SANG LEE, DOB: ▓▓▓▓▓▓, CELL PHONE NO. ▓▓▓▓-0699, ACCT#: ▓▓▓▓▓.

452867-01/GENATT3

0007

**Information Provided To:**

| | |
|---|---|
| Agency: | Civil Attorney |
| Requestor: | TERA LUTZ |
| Agent Address: | 633 WEST 5TH ST |
| Billing City, State, Zip: | LOS ANGELES, CA 90071-0000 |
| Provided On: | April 20, 2017 |

**T··Mobile·**

**Request Submission Response**

This is in response to the Subpoena, 2:16-CV-02129-SJO, dated February 22, 2017, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: ▇▇▇▇0699. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/2015 | 00:49:12 | 218 | mSOriginating | Outgoing | 0699 | 9111 | 9111 | 9111 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 00:53:59 | 1262 | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:18:54 | 47 | mSOriginating | Outgoing | 0699 | 8004 | 8004 | 8004 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:22:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:22:34 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 01:23:16 | 45 | mSOriginating | Outgoing | 0699 | 9245 | 9245 | 9245 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:23:06 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4539 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:24:20 | 217 | mSOriginating | Outgoing | 0699 | 2138003940 | 3940 | 3940 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:37:05 | 60 | mSTerminatingSMSinMSC | Incoming | 4539 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 02:37:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4539 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:20:27 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 5005 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:20:30 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 5005 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 04:24:21 | 116 | mSTerminating | Incoming | 5005 | | 0699 | | 8539 | 750 | Completed Successfully | 11 | DAMSS343 |
| 04/20/2015 | 13:58:28 | 9 | callForwarding | Outgoing | 9111 | 7249 | 7249 | 7249 | 8539 | 750 | Completed Successfully | 011;2B | IEMSS341 |
| 04/20/2015 | 14:12:30 | 20 | mSOriginating | Outgoing | 0699 | 111 | 9111 | 9111 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:12:57 | 3 | mSOriginating | Outgoing | 0699 | 7243 | 7243 | 9999 | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:13:06 | 60 | mSTerminatingSMSinMSC | Incoming | 129 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:20:20 | 60 | mSTerminatingSMSinMSC | Incoming | 8004 | | 0699 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:29:12 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8004 | | 8539 | 750 | Completed Successfully | | DAMSS343 |
| 04/20/2015 | 14:50:17 | 128 | mSOriginating | Outgoing | 0699 | 8947 | 8947 | 8947 | 8539 | 750 | Completed Successfully | | DAMSS343 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 569

0008

| Date | Time | Dur | Type | Direction | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Status | Code | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2016 | 22:27:57 | 60 | mSTerminatingSMSinMSC | Incoming | 129 | | 0699 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:28:25 | 4 | mSOriginating | Outgoing | 0699 | 9561 | 9561 | 9561 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:33:05 | 153 | mSTerminating | Incoming | 9111 | | 0699 | | 8539 | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/28/2016 | 22:36:15 | 2 | mSOriginating | Outgoing | 0699 | 9561 | 9561 | 9561 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:36:49 | 122 | mSOriginating | Outgoing | 0699 | 3917 | 3917 | 3917 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:40:20 | 60 | mSOriginatingSMSinMSC | Outgoing | 10699 | | 9656 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:41:52 | 60 | mSTerminatingSMSinMSC | Incoming | 29656 | | 0699 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:42:29 | 60 | mSOriginatingSMSinMSC | Outgoing | 10699 | | 9656 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/28/2016 | 22:58:16 | 553 | mSTerminating | Incoming | 0060 | | 0699 | | 8539 | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/28/2016 | 23:29:46 | 10 | callForwarding | Outgoing | 6790 | 77249 | 77249 | 77249 | 8539 | | Completed Successfully | 011;2A | CRMSS345 |
| 01/28/2016 | 23:29:46 | | mSTerminating | Incoming | 6790 | | 0699 | | 8539 | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/29/2016 | 00:09:08 | 4 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 6790 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:09:22 | 3 | mSOriginating | Outgoing | 0699 | 77243 | 77243 | 9999 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:09:29 | 60 | mSTerminatingSMSinMSC | Incoming | | | 0699 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:09:41 | | mSOriginating | Outgoing | 0699 | 1711 | 1711 | 1711 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:10:10 | 3 | mSOriginating | Outgoing | 0699 | 9561 | 9561 | 9561 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:15:29 | 4 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 6790 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:15:54 | 174 | mSOriginating | Outgoing | 0699 | 1505 | 1505 | 1505 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:19:15 | 150 | mSOriginating | Outgoing | 0699 | 9561 | 9561 | 9561 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:23:35 | 3 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 6790 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:24:07 | 407 | mSOriginating | Outgoing | 0699 | 8947 | 8947 | 8947 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:28:59 | 60 | mSTerminatingSMSinMSC | Incoming | 57722 | | 0699 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:32:49 | 3 | mSOriginating | Outgoing | 0699 | 3940 | 3940 | 3940 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:33:55 | 3 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 6790 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 00:58:42 | 337 | mSTerminating | Incoming | 6790 | | 0699 | | | 7750 | Completed Successfully | 41 | SFMSS347 |
| 01/29/2016 | 01:04:20 | 195 | mSTerminating | Incoming | 2463 | | 0699 | | | 7750 | Completed Successfully | 41 | SFMSS347 |
| 01/29/2016 | 01:08:09 | 4 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 6790 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:19:21 | | mSOriginating | Outgoing | 0699 | 0737 | 0737 | 0737 | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:22:16 | | mSOriginating | Outgoing | 0699 | 9561 | 9561 | 9561 | 8539 | 7750 | Completed Successfully | | SFMSS347 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 260 of 569

0267



| Date | Time | Duration | Type | Direction | | | | | | | | Status | | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/2016 | 01:23:49 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 561 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:28:04 | 9 | mSOriginating | Outgoing | 0699 | 3940 | 940 | 3940 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:28:33 | 515 | mSOriginating | Outgoing | 0699 | 0804 | 0804 | 0804 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:35:45 | 60 | mSTerminatingSMSinMSC | Incoming | 9561 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:36:31 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 561 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:36:46 | 60 | mSTerminatingSMSinMSC | Incoming | 9561 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:49:31 | 60 | mSTerminatingSMSinMSC | Incoming | 9561 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 01:59:32 | | mSTerminating | Incoming | 1817 | | 0699 | | | 8539 | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/29/2016 | 02:07:49 | | mSTerminating | Incoming | 5878 | | 0699 | | | 8539 | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/29/2016 | 02:11:24 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 561 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:11:46 | 36 | mSOriginating | Outgoing | 0699 | 5878 | 5878 | 5878 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:12:39 | 98 | mSOriginating | Outgoing | 0699 | 1817 | 1817 | 1817 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:15:58 | 147 | mSOriginating | Outgoing | 0699 | 2410 | 2410 | 2410 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:26:50 | 8 | mSOriginating | Outgoing | 0699 | 3940 | 940 | 3940 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:27:26 | 9 | mSOriginating | Outgoing | 0699 | 6790 | 790 | 6790 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:34:30 | 60 | mSTerminatingSMSinMSC | Incoming | 2300 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:34:40 | 60 | mSTerminatingSMSinMSC | Incoming | 2300 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:35:49 | 60 | mSTerminatingSMSinMSC | Incoming | 2300 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:35:52 | 60 | mSTerminatingSMSinMSC | Incoming | 2300 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:50:06 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 906 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:50:09 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 906 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:50:49 | 60 | mSTerminatingSMSinMSC | Incoming | 3906 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:54:50 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 3949 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 02:56:23 | 6 | mSOriginating | Outgoing | 0699 | 3940 | 940 | 3940 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 03:01:58 | 60 | mSTerminatingSMSinMSC | Incoming | 3949 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 03:02:24 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 3949 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 03:41:29 | 59 | mSOriginating | Outgoing | 0699 | 2090 | 2090 | 2090 | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 03:56:47 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 457 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:05:58 | 60 | mSTerminatingSMSinMSC | Incoming | 1457 | | 0699 | | | 8539 | 7750 | Completed Successfully | | SFMSS347 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 261 of 569

0268

| Date | Time | Dur | Type | Direction | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Status | Col9 | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/2016 | 04:06:19 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 1457 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:06:27 | 151 | mSTerminating | Incoming | 1457 | | 0699 | | 8539 | | 7750 | Completed Successfully | 11 | SFMSS347 |
| 01/29/2016 | 04:15:52 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 9561 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:36:58 | 60 | mSTerminatingSMSinMSC | Incoming | 9561 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:37:54 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 9561 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:38:21 | 60 | mSTerminatingSMSinMSC | Incoming | 9561 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:40:32 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 9561 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:45:50 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8418 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:45:53 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 0111 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:45:55 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 9339 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:45:58 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4314 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:00 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 9561 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:03 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 8336 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:05 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 7317 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:08 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 4537 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:23 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 1104 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:26 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 5005 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:28 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 7722 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:31 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 2463 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:46:59 | 60 | mSTerminatingSMSinMSC | Incoming | 7722 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:47:24 | 60 | mSTerminatingSMSinMSC | Incoming | 4537 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:47:29 | 60 | mSTerminatingSMSinMSC | Incoming | 8418 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 04:49:40 | 17 | mSOriginating | Outgoing | 0699 | 3940 | 3940 | 12138003940 | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:12:30 | 60 | mSTerminatingSMSinMSC | Incoming | 6790 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:17:38 | 3 | mSOriginating | Outgoing | 0699 | 6790 | 6790 | 13103866790 | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:18:50 | 60 | mSOriginatingSMSinMSC | Outgoing | 0699 | | 6790 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:23:22 | 60 | mSTerminatingSMSinMSC | Incoming | 6790 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:23:27 | 60 | mSTerminatingSMSinMSC | Incoming | 6790 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |
| 01/29/2016 | 05:23:54 | 60 | mSTerminatingSMSinMSC | Incoming | 6790 | | 0699 | | 8539 | | 7750 | Completed Successfully | | SFMSS347 |

Information Provided By:
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 262 of 569

0269