# EXHIBIT 42

BUCHALTER
A Professional Corporation
ROBERT S. COOPER (SBN: 158878)
AUDREY S. OLSON (SBN: 304195)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: rcooper@buchalter.com

Attorneys for Defendant
Brant Blakeman

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COSTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-CV-02129-SJO-RAO<br>Judge:   Hon. S. James Otero<br><br>**RESPONSES BY DEFENDANT BRANT BLAKEMAN TO PLAINTIFF CORY SPENCER'S FIRST SET OF INTERROGATORIES**<br><br>Complaint Filed: March 29, 2016<br>Trial Date:   November 7, 2017 |

PROPOUNDED BY:   Plaintiff, Cory Spencer

RESPONDED BY:   Defendant, Brant Blakeman

SET NO.:   One (1)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff CORY SPENCER ("Responding Party") hereby submits these objections and responses to Interrogatories, Set One, by Defendant BRANT BLAKEMAN ("Propounding Party").

## PRELIMINARY STATEMENT

Nothing in this response should be construed as an admission by Responding Party with respect to the admissibility or relevance of any fact, or of the truth or accuracy of any characterization or statement of any kind contained in Propounding Party's Interrogatories. Responding Party has not completed its investigation of the facts relating to this case, its discovery or its preparation for trial. All responses and objections contained herein are based only upon information that is presently available to and specifically known by Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the responses set forth herein. The following objections and responses are made without prejudice to Responding Party's right to produce at trial, or otherwise, evidence regarding any subsequently discovered information. Responding Party accordingly reserves the right to modify and amend any and all responses herein as research is completed and contentions are made.

## INTERROGATORIES AND REPONSES

**INTERROGATORY NO. 1:**

Identify the telephone number for each cell phone YOU have owned or for which YOU have been the primary user from January 1, 2012 to present.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Objection: This interrogatory calls for information that violates defendant's right to privacy guaranteed by Article 1, section 1 of the California Constitution,

and is overly broad, and calls for information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, Defendant responds as follows: See Exhibit A, attached hereto.

DATED: May 19, 2017

BUCHALTER
A Professional Corporation

By: /s/ Robert S. Cooper

ROBERT S. COOPER
AUDREY S. OLSON
Attorneys for Defendant
Brant Blakeman

# EXHIBIT A

## CONFIDENTIAL- ATTORNEY'S EYES ONLY

Blakeman cell phone number: ███-7934

## VERIFICATION

### SPENCER V. CITY OF PALOS VERDES ESTATES, et al.

I, Brant Blakeman, am a defendant in the above- referenced lawsuit, and as such I am authorized to make this verification in the above-referenced action. I have read the Supplemental Responses to Plaintiff's Special Interrogatories, (Set One), and I am familiar with the contents thereof; that the same is true of my own knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23 day of May 2017, at Palos Verdes Estates, California

_/s/ Brant W. Blakeman_
Brant Blakeman

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

VERIFICATION

# PROOF OF SERVICE

*Spencer, et al. v. Lunada Bay Boys, et al.*
USDC, Central District of California, Case No. 2:16-cv-02129-SJO (RAOx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

On the date set forth below, I served the foregoing document described as:

**RESPONSES BY DEFENDANT BRANT BLAKEMAN TO PLAINTIFF CORY SPENCER'S FIRST SET OF INTERROGATORIES**

on all other parties and/or their attorney(s) of record to this action by ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on May 26, 2017. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on May 26, 2017. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on May 26, 2017, at Los Angeles, California.

Connie Lazo  _____
                   (Signature)

# SERVICE LIST

*Spencer, et al. v. Lunada Bay Boys, et al.*
USDC, Central District of California, Case No. 2:16-cv-02129-SJO (RAOx)

| | |
|---|---|
| Peter H. Crossin, Esq.<br>Richard P. Dieffenbach, Esq.<br>John P. Worgul, Esq.<br>John E. Stobart, Esq.<br>VEATCH, CARLSON, LLP<br>1055 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90017 | (*Attorneys for Defendant BRANT BLAKEMAN*)<br><br>Tel: 213.381.2861<br>Fax: 213.383.6370<br>E-Mail: rmackey@veatchfirm.com<br>perossin@veatchfirm.com<br>rdieffenbach@veatchfirm.com<br>iworgul@veatchfirm.com |
| J. Patrick Carey, Esq.<br>LAW OFFICES OF J. PATRICK CAREY<br>1230 Rosecrans Ave., Suite 300<br>Manhattan Beach, CA 90266 | (*Attorney for Defendant ALAN JOHNSTON a/k/a ALLAN JOHNSTON*)<br><br>Tel: 310.526.2237<br>Fax: 424.456.3131<br>E-Mail: pat@patcareylaw.com<br>pat@southbaydefenselawyer.com |
| Peter T. Haven, Esq.<br>HAVEN LAW<br>1230 Rosecrans Ave., Suite 300<br>Manhattan Beach,, CA 90266 | (*Attorney for Defendant MICHAEL RAY PAPAYANS*)<br><br>Tel: 310.272.5353<br>Fax: 213.477.2137<br>E-Mail: peter@hblwfirm.us<br>Peter@havenlaw.com |
| Christopher D. Glos, Esq.<br>Edwin J. Richards, Jr., Esq.<br>Antoinette P. Hewitt, Esq.<br>Rebecca L. Wilson, Esq.<br>Jacob Song, Esq.<br>KUTAK ROCK LLP<br>5 Park Plaza, Suite 1500<br>Irvine, CA 92614-8595 | (*Attorneys for Defendants CITY OF PALOS VERDES and CHIEF OF POLICE JEFF KEPLEY*)<br><br>Tel: 949.417.0999<br>Fax: 949.417.5394<br>E-Mail: ed.richards@kutakrock.com<br>jacob.song@kutakrock.com<br>antoinette.hewitt@kutakrock.com<br>rebecca.wilson@kutakrock.com |
| Dana Alden Fox, Esq.<br>Edward E. Ward, Jr., Esq.<br>Eric Y. Kizirian<br>Tera Lutz, Esq.<br>Matthew P. Harrison, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 W. 5th Street, Suite 4000<br>Los Angeles,, CA 90071 | (*Attorneys for Defendant SANG LEE*)<br><br>Tel: 213.580.3858<br>Fax: 213.250.7900<br>E-Mail: dana.fox@lewisbrisbois.com<br>edward.ward@lewisbrisbois.com<br>eric.kizirian@lewisbrisbois.com<br>tera.lutz@lewisbrisbois.com |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

## SERVICE LIST (cont.)

*Spencer, et al. v. Lunada Bay Boys, et al.*
USDC, Central District of California, Case No. 2:16-cv-02129-SJO (RAOx)

| | |
|---|---|
| Daniel M. Crowley, Esq.<br>BOOTH, MITCHEL & STRANGE LLP<br>707 Wilshire Blvd., Suite 3000<br>Los Angeles, CA 90017 | (Attorneys for Defendant SANG LEE)<br><br>Tel: 213.738.0100<br>Fax: 213.380.3308<br>E-Mail: dmcrowley@boothmitchel.com |
| Mark C. Fields, Esq.<br>LAW OFFICES OF MARK C. FIELDS, APC<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | *(Attorney for Defendant ANGELO FERRARA and Defendant N. F. appearing through Guardian Ad Litem, Leonora Ferrara)*<br><br>Tel: 213.948.2349<br>Fax: 213.629.4520<br>E-Mail: fields@markfieldslaw.com |
| Thomas M. Phillip, Esq.<br>Aaron G. Miller, Esq.<br>THE PHILLIPS FIRM<br>800 Wilshire Blvd., Suite 1550<br>Los Angeles, CA 90017 | *(Attorneys for Defendant ANGELO FERRARA)*<br><br>Tel: 213.244.9913<br>Fax: 213.250.7900<br>E-Mail: tphillips@thephillipsfirm.com |
| Patrick Au, Esq.<br>Eileen J. Gaisford, Esq.<br>Laura L. Lipcomb, Esq.<br>BREMER WHYTE BROWN & O'MEARA, LLP<br>21271 Burbank Blvd., Suite 110<br>Woodland Hills, CA 91367 | *(Attorneys for Defendants FRANK FERRARA and CHARLIE FERRARA)*<br><br>Tel: 818.712.9800<br>Fax: 818.712.9900<br>E-Mail: pau@bremerwhyte.com<br>lbell@bremerwhyte.com |
| Caroline E. Lee, Esq.<br>Jennifer A. Foldvary, Esq.<br>Samantha Wolff, Esq.<br>Kurt A. Franklin, Esq.<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | *(Attorneys for Plaintiff CORY SPENCER)*<br><br>Tel: 213.381.2861<br>Fax: 213.383.6370<br>E-Mail: rmackey@veatchfirm.com |
| Victor Otten, Esq.<br>Kavita Tekchandani, Esq.<br>OTTEN LAW PC<br>3620 Pacific Coast Highway, #100<br>Torrance, CA 90505 | *(Attorneys for Plaintiff CORY SPENCER)*<br><br>Tel: 213.381.2861<br>Fax: 213.383.6370<br>E-Mail: rmackey@veatchfirm.com |

**Buchalter**
A Professional Corporation

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Caroline E. Lee, Esq.
Jennifer A. Foldvary, Esq.
Samantha Wolff, Esq.
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

HANSON BRIDGETT
RECEIVED
MAY 31 2017
CALENDAR DEPARTMENT


