HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)** |

| | |
|---|---|
| 1 | |
| 2 |        v. |
| 3 | LUNADA BAY BOYS; THE |
| 4 | INDIVIDUAL MEMBERS OF THE |
|   | LUNADA BAY BOYS, including but |
| 5 | not limited to SANG LEE, BRANT |
| 6 | BLAKEMAN, ALAN JOHNSTON |
|   | AKA JALIAN JOHNSTON, |
| 7 | MICHAEL RAE PAPAYANS, |
| 8 | ANGELO FERRARA, FRANK |
|   | FERRARA, CHARLIE FERRARA, |
| 9 | and N. F.; CITY OF PALOS VERDES |
| 10 | ESTATES; CHIEF OF POLICE JEFF |
|   | KEPLEY, in his representative |
| 11 | capacity; and DOES 1-10, |
| 12 |        Defendants. |

Judge:        Hon. S. James Otero
Date:
Time:
Crtrm.:        10C


Complaint Filed:    March 29, 2016
Trial Date:         November 7, 2017

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 5, 2017, at 9:00 am, or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-entitled Court, the Honorable S. James Otero presiding, Plaintiffs Cory Spencer, Diana Milena Reed and Coastal Protection Rangers, Inc. (collectively referred to as "Plaintiffs") will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 56(d) for an Order denying:

(a)    City of Palos Verdes Estates' and Chief of Police Jeff Kepley's Motion for Summary Judgment (ECF No. 268);

(b)    Sang Lee's Motion for Summary Judgment (ECF No. 274);

(c)    Michael Papayans' Motion for Summary Judgment (ECF No. 278);

(d)    Angelo Ferrara's Motion for Summary Judgment (ECF No. 280);

(e)    Allen Johnston's Motion for Summary Judgment (ECF No. 283);

(f)    Brant Blakeman's Motion for Summary Judgment (ECF No. 284);

(g)    Charlie Ferrara's Motion for Summary Judgment (ECF No. 285); and

Case No. 2:16-cv-02129-SJO (RAOx)
PLTFS' NTC OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)

1      (h)    Frank Ferrara's Motion for Summary Judgment (ECF No. 286)

2

3          Plaintiffs' motion is made on the grounds that, due Defendants' wrongful

4   withholding of discovery—including withholding discovery that Magistrate Judge

5   Oliver ordered them to produce—Plaintiffs have not had the opportunity to present

6   the entirety of the factual record in opposition to Defendants' motions.  Indeed,

7   Defendants' basis for summary judgment is a purported lack of evidence; but to

8   grant summary judgment at this stage would be to reward Defendants' discovery

9   misconduct.  Based on the information Plaintiffs have been able to discover, they

10  have reason to believe that further formal discovery will lead to the discovery of

11  additional evidence that will further support denial of Defendants' motions.

12         This Motion is based upon this Notice of Motion and Motion, the

13  Memorandum of Points and Authorities in Support Thereof, the Declaration of

14  Samantha Wolff, the pleadings and papers filed herein, and upon such other matters

15  as may be presented to the Court at the time of the hearing.  This motion is made

16  following the conference of counsel pursuant to L.R. 7-3.  Decl. Wolff, ¶ 26.

17

18  DATED:  August 8, 2017                HANSON BRIDGETT LLP

19

20

21                          By:     /s/ Samantha Wolff
                                  _____
22                                KURT A. FRANKLIN
                                  LISA M. POOLEY
23                                SAMANTHA D. WOLFF
                                  TYSON M. SHOWER
24                                LANDON D. BAILEY
                                  Attorneys for Plaintiffs
25                                CORY SPENCER, DIANA MILENA
                                  REED, and COASTAL PROTECTION
26                                RANGERS, INC.

27

28