1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:   (415) 777-3200
6  Facsimile:   (415) 541-9366

7  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
8  tshower@hansonbridgett.com
   LANDON D. BAILEY, SBN 240236
9  lbailey@hansonbridgett.com
   500 Capitol Mall, Suite 1500
10 Sacramento, California 95814
   Telephone:   (916) 442-3333
11 Facsimile:   (916) 442-2348

12 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
13 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
14 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
15 Torrance, California 90505
   Telephone:   (310) 378-8533
16 Facsimile:   (310) 347-4225

17 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
18 REED, and COASTAL PROTECTION
   RANGERS, INC.
19

20          **UNITED STATES DISTRICT COURT**

21    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

22

23 CORY SPENCER, an individual;        CASE NO. 2:16-cv-02129-SJO (RAOx)
24 DIANA MILENA REED, an               **[PROPOSED] ORDER GRANTING**
   individual; and COASTAL             **PLAINTIFFS' MOTION FOR**
25 PROTECTION RANGERS, INC., a         **ADMINISTRATIVE RELIEF**
                                       **PURSUANT TO FRCP 56(d)**
26 California non-profit public benefit
   corporation,
27
28          Plaintiffs,

1  
2          v.

| Judge: | Hon. S. James Otero |
| Date: | |
| Time: | |
| Crtrm.: | 10C |

3  LUNADA BAY BOYS; THE
4  INDIVIDUAL MEMBERS OF THE
   LUNADA BAY BOYS, including but
5  not limited to SANG LEE, BRANT
   BLAKEMAN, ALAN JOHNSTON
6  AKA JALIAN JOHNSTON,
7  MICHAEL RAE PAPAYANS,
   ANGELO FERRARA, FRANK
8  FERRARA, CHARLIE FERRARA,
9  and N. F.; CITY OF PALOS VERDES
   ESTATES; CHIEF OF POLICE JEFF
10 KEPLEY, in his representative
11 capacity; and DOES 1-10,
12          Defendants.
13

| Complaint Filed: | March 29, 2016 |
| Trial Date: | November 7, 2017 |

14      This Court, having considered Plaintiffs' Motion for Administrative Relief

15 Pursuant to FRCP 56(d), and good cause appearing, ORDERS AS FOLLOWS.  The

16 following Motions for Summary Judgment are denied:

17      (a)   City of Palos Verdes Estates' and Chief of Police Jeff Kepley's Motion

18 for Summary Judgment (ECF No. 268);

19      (b)   Sang Lee's Motion for Summary Judgment (ECF No. 274);

20      (c)   Michael Papayans' Motion for Summary Judgment (ECF No. 278);

21      (d)   Angelo Ferrara's Motion for Summary Judgment (ECF No. 280);

22      (e)   Allen Johnston's Motion for Summary Judgment (ECF No. 283);

23      (f)   Brant Blakeman's Motion for Summary Judgment (ECF No. 284);

24      (g)   Charlie Ferrara's Motion for Summary Judgment (ECF No. 285); and

25
26
27
28

13679700.1

(h)     Frank Ferrara's Motion for Summary Judgment (ECF No. 286).


IT IS SO ORDERED.


DATED:  August _____, 2017          _____

Hon. S. James Otero
United States District Judge

Case No. 2:16-cv-02129-SJO (RAOx)

13679700.1

[PROPOSED] ORDER GRANTING PLTFS' MOTION FOR ADMINISTRATIVE RELIEF - FRCP 56(d)