UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | August 9, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**     IN CHAMBERS

Plaintiffs' Application for Leave to File Documents Under Seal came before this Court for consideration. After full consideration of the matter, the Court finds as follows: Exhibits 39 (Defendant Sang Lee's cell phone records), 40 (Defendant Sang Lee's cell phone records), 41 (Defendant Alan Johnston's cell phone records), 42 (Defendant Blakeman's interrogatory response), and 8 (Defendant Sang Lee's e-mails) to the Declaration of Samantha Wolff in Support of Plaintiffs' Opposition to Individual Defendants' Motions for Summary Judgment Or, In the Alternative, Summary Adjudication ("Wolf Declaration") contains the private information of Defendants and third parties and therefore are confidential documents containing sensitive material. The Court therefore orders that these documents be filed under seal. IT IS THEREFORE ORDERED that Plaintiffs' Application to File Documents Under Seal is GRANTED. Plaintiffs are ordered to file Exhibits 39, 40, 41, 42, and 8 under seal.

|  | : |
|---|---|
| Initials of Preparer | vpc |