HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR MONETARY SANCTIONS AGAINST CHARLIE FERRARA, FRANK FERRARA AND THEIR COUNSEL OF RECORD BREMER WHYTE BROWN & O'MEARA**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Declaration of Samantha Wolff, and [Proposed Order]* |

| | |
|---|---|
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>    Defendants. | Judge:  Hon. Rozella A. Oliver<br>Date:   August 23, 2017<br>Time:   10:00 a.m.<br>Crtrm.:  *Telephonic*<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:      November 7, 2017 |

**TO CHARLIE FERRARA, FRANK FERRARA, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 23, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Rozella A. Oliver, located in the United States Courthouse, 312 N. Spring St., Los Angeles, CA, 90012, Courtroom F, 9th Floor, Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers ("Plaintiffs") will and hereby do move this Court for monetary sanctions against Defendants Frank Ferrara and Charlie Ferrara, and their counsel of record at Bremer Whyte Brown & O'Meara.

This Motion is made upon the following grounds:

1. Defendants Charlie and Frank Ferrara and their counsel willfully failed to preserve electronically stored information and failed to conduct their due diligence in responding to Plaintiffs' discovery requests, resulting in the spoliation of critical evidence; and

2. Defendants Charlie and Frank Ferrara and their counsel willfully failed to comply with this Court's July 13, 2017 Order.

1  This Motion is based on this Notice of Motion, the attached Memorandum of
2  Points and Authorities, the Declaration of Samantha Wolff filed concurrently
3  herewith, all of the pleadings, files, and records in this proceeding, all other matters
4  of which the Court may take judicial notice, and any argument or evidence that may
5  be presented to or considered by the Court prior to its ruling.

6  DATED:  August 14, 2017            Respectfully submitted,

                                      HANSON BRIDGETT LLP

                                      By:    */s/ Samantha Wolff*
                                      KURT A. FRANKLIN
                                      LISA M. POOLEY
                                      SAMANTHA D. WOLFF
                                      TYSON M. SHOWER
                                      LANDON D. BAILEY
                                      Attorneys for Plaintiffs
                                      CORY SPENCER, DIANA MILENA
                                      REED, and COASTAL PROTECTION
                                      RANGERS, INC.