| | |
|---|---|
| EDWIN J. RICHARDS (SBN 43855)<br>Email: Ed.Richards@kutakrock.com<br>ANTOINETTE P. HEWITT (SBN 181099)<br>Email: Antoinette.hewitt@kutakrock.com<br>CHRISTOPHER D. GLOS (SBN 210877)<br>Email: Christopher.Glos@kutakrock.com<br>KUTAK ROCK LLP<br>Suite 1500<br>5 Park Plaza<br>Irvine, CA 92614-8595<br>Telephone: (949) 417-0999<br>Facsimile: (949) 417-5394<br><br>Attorneys for Defendants<br>CITY OF PALOS VERDES ESTATES and<br>CHIEF OF POLICE JEFF KEPLEY | **[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION**

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>    Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C @ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**[Exempt From Filing Fees Pursuant To Government Code § 6103]**<br><br>**DECLARATION OF CHRISTOPHER D. GLOS IN SUPPORT OF CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FED. RULES OF CIVIL PROCEDURE 56(d)**<br><br>[Filed concurrently with Opposition and Declarations of Howard Liberman and Jacob Song]<br><br>Date: September 5, 2017<br>Time: 10:00 a.m.<br>Ctrm.: 10C; Hon. S. JAMES OTERO<br><br>Complaint Filed: March 29, 2016<br>Trial: November 7, 2017 |

Kutak Rock LLP
Attorneys At Law
Irvine

4834-9872-0844.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO OPPOSITION TO MTN FOR ADMIN. RELIEF

## DECLARATION OF CHRISTOPHER D. GLOS

I, Christopher D. Glos, declare as follows:

1. I am a partner with the law firm Kutak Rock, LLP, counsel of record for Defendants City of Palos Verdes Estates (the "City") and Chief of Police Jeff Kepley ("Kepley") in the above captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. The June 13, 2017 and June 23, 2017 meet-and-confer discussions referenced in the Wolff Declaration [Dkt. 398, ¶ 13] were limited to whether City Councilmember's used their personal electronic devices for City business and, to the extent the devices were used for business purposes, whether the City was obligated to produce that ESI based on Plaintiffs' overly broad discovery requests.

3. Mayor Jim Vanderver, Councilmembers Jennifer King and Betty Peterson, and former Councilmember John Rea's cell phones were imaged and searched pursuant to the terms provided by Plaintiffs on May 12, 2017.

4. The City preserved and imaged all 13 cell phones owned by the City and used by the Palos Verdes Estates Police Department. These City-owned cell phones are issued as follows: Captain Tony Best; Officer Celia Williford; Detective Russel Venegas (2 phones); Watch Commander; Patrol 1; Patrol 2; Detective Charles Reed (2 phones); Corporal Greg Robinson; Administrator Linda Williams; Detective Sergeant Luke Hellinga; and Captain Mark Velez.

5. The City preserved and imaged City-owned cell phones used by City administration officials and employees: City Manager Tony Dahlerbruch; Deputy City Manager and Planning and Building Manager Sheri Repp Loadsman; Public Works Director Ken Rukavina; City Clerk Vickie Kroneberger; and Public Works staff members Joe Mendoza, Steve Beard, Alec Abrego, John Strum, and Pete Tepus.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4834-9872-0844.1
11317-242
- 2 -
2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO OPPOSITION TO MTN FOR ADMIN. RELIEF

6. Blakeman's counsel reviewed the phone on June 1, 2017, and he made no request to withhold any ESI.

7. Plaintiffs scheduled a July 25, 2017 telephonic hearing with Magistrate Judge Oliver to discuss a discovery matter unrelated to the City. On July 24, 2017, Plaintiffs advised that they intended to informally ask Judge Oliver to address objections made during the June 22, 2017 deposition of Sergeant Barber. A true and correct copy of the Plaintiffs' June 22, 2017 email is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of August 2017, at Irvine, California.

s/ *Christopher D. Glos*
Christopher D. Glos

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4834-9872-0844.1
11317-242

- 3 -

2:16-cv-02129-SJO-RAO

DECL. OF CHRISTOPHER D. GLOS ISO OPPOSITION TO MTN FOR ADMIN. RELIEF