# EXHIBIT "1"

## Glos, Christopher D.

| | |
|---|---|
| **From:** | Samantha Wolff <SWolff@hansonbridgett.com> |
| **Sent:** | Monday, July 24, 2017 12:45 PM |
| **To:** | Song, Jacob; Glos, Christopher D.; Richards, Edwin J.; Hewitt, Antoinette P. |
| **Cc:** | Kurt A. Franklin; Victor Otten; Ann D. Ghiorso; Lisa M. Pooley |
| **Subject:** | Lunada Bay Discovery |

Dear All,

We wanted to let you know that at tomorrow morning's telephonic hearing with Magistrate Judge Oliver, we intend to raise the issue of Sgt. Barber being instructed not to answer a line of questions relating to his personal cell phone, including the preservation of evidence and his cell phone number.

Sincerely,
Samantha

Samantha Wolff
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.