**VEATCH CARLSON, LLP**
1055 Wilshire Boulevard, 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
RICHARD P. DIEFFENBACH, State Bar No. 102663
*rdieffenbach@veatchfirm.com*
JOHN E. STOBART, State Bar No. 248741
*jstobart@veatchfirm.com*

**BUCHALTER, APC**
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700

ROBERT S. COOPER, State Bar No. 158878
rcooper@buchalter.com

Attorneys for Defendant,
BRANT BLAKEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | **CASE NO.: 2:16-CV-2129-SJO-RAO**<br>**Hon. S. James Otero, Ctrm. 10C**<br><br>**DECLARATION OF RICHARD P. DIEFFENBACH IN SUPPORT OF DEFENDANT BLAKEMAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER RULE 56(d)**<br><br>DATE: September 5, 2017<br>TIME: 10:00 a.m.<br>CTRM: 10C<br>1st Street Courthouse<br><br>[Filed Concurrently with Defendant Brant Blakeman's Opposition To Plaintiffs' Motion For Administrative Relief Under Rule 56(d)]<br><br>**Action Commenced:** 03/29/2016<br>**Discovery Cutoff:** 08/7/2017<br>**Pretrial Conf.:** 10/23/2017<br>**Trial Date:** 11/07/2017 |

1

**DECLARATION OF RICHARD P. DIEFFENBACH ISO BLAKEMAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER RULE 56(d)**

I, Richard P. Dieffenbach, declare as follows:

1. I am an attorney licensed to practice under the laws of the State of California and am duly admitted to practice before this court. I am an associate with the law firm of Veatch Carlson, LLP, attorneys of record for defendant BRANT BLAKEMAN in this matter.

2. On Feb 27, 2017, by stipulated order we were required to hire San Diego Digital Forensics to view 30 data cards containing videos and photos taken by Blakeman. EFC No. 231. On or around April 17, 2017, San Diego Digital Forensics sent us the pertinent materials they culled from the 30 cards. This included photos, videos, and "metadata" as required. From 30 data cards, 67 separate items were identified as within the parameters of the demand.

3. No further demands for videos were made. We are in full compliance with the RFP and order of the court. The invoices for San Diego Digital Forensics show we spent $6292.45 and $2292.54, a total of $8584.99, or $128.13 per item produced, none of which have been presented in plaintiffs' opposition to Mr. Blakeman's MSJ.

4. Mr. Blakeman's cell phone was issued to him by the City of Palos Verdes Estates because he is a volunteer first responder for the City. The City provided that phone and it s contents in discovery, as shown by the City's response to plaintiff's Interrogatory 12, stating the City had provided all information from Blakeman's phone to plaintiffs. A copy of the City's response to Interrogatory No. 12 is attached hereto as Exhibit A.

I attest under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 15th day of August, 2017, at Los Angeles, California.

/s/ Richard P. Dieffenbach
Richard P. Dieffenbach, Declarant

2
**DECLARATION OF RICHARD P. DIEFFENBACH ISO BLAKEMAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF UNDER RULE 56(d)**

# EXHIBIT A

```
 1  EDWIN J. RICHARDS (SBN 43855)
    Email: Ed.Richards@kutakrock.com
 2  ANTOINETTE P. HEWITT (SBN 181099)
    Email: Antoinette.hewitt@kutakrock.com
 3  CHRISTOPHER D. GLOS (SBN 210877)
    Email: Christopher.Glos@kutakrock.com
 4  JACOB SONG (SBN 265371)
 5  Email: Jacob.Song@kutakrock.com
    KUTAK ROCK LLP
 6  Suite 1500
    5 Park Plaza
 7  Irvine, CA  92614-8595
    Telephone:  (949) 417-0999
 8  Facsimile:   (949) 417-5394
 9
    Attorneys for Defendants
10  CITY OF PALOS VERDES ESTATES and
    CHIEF OF POLICE JEFF KEPLEY
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>            Defendants. | Case No.  2:16-cv-02129-SJO-RAO<br><br>Assigned to<br>District Judge:  Hon. S. James Otero<br>Courtroom: 1<br><br>Assigned Discovery:<br>Magistrate Judge:  Hon. Rozella A. Oliver<br><br>**DEFENDANT CITY OF PALOS VERDES ESTATES' RESPONSES TO INTERROGATORIES SET FOUR PROPOUNDED BY PLAINTIFF CORY SPENCER**<br><br>Complaint Filed:       August 4, 2016 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4843-5859-1051.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

CITY OF PALOS VERDES ESTATES' RESPONSES TO INTERROGATORIES (SET FOUR)

3

The City's discovery and investigation has not yet been completed, and the City reserves the right to supplement, amend, or otherwise modify this response on that basis.

**INTERROGATORY NO. 12:**

State when the CELL PHONE was returned by Defendant Blakeman to the CITY.

**RESPONSE TO INTERROGATORY NO. 12:**

Objection. The City refers to and incorporates by reference its General Objections stated above.

Subject to the foregoing objections, the City responds as follows: The City first learned that Brant Blakeman was in possession of the cell phone identified in early 2017. Upon acquiring said knowledge, the City promptly recalled the phone from Mr. Blakeman. Mr. Blakeman returned the phone to the City in the early 2017 timeframe, and the City preserved the phone in that same timeframe. Requested information preserved and imaged from the cell phone at issue have been produced by the City to all parties.

The City's discovery and investigation has not yet been completed, and the City reserves the right to supplement, amend, or otherwise modify this response on that basis.

Dated: July 31, 2017                KUTAK ROCK LLP


                                    By: /s/ *Edwin J. Richards*
                                        Edwin J. Richards
                                        Antoinette P. Hewitt
                                        Christopher D. Glos
                                        Rebecca L. Wilson
                                        Attorneys for Defendants
                                        CITY OF PALOS VERDES ESTATES
                                        and CHIEF OF POLICE JEFF KEPLEY

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4843-5859-1051.1
11317-242                           - 8 -                    2:16-cv-02129-SJO-RAO

CITY OF PALOS VERDES ESTATES' RESPONSES TO INTERROGATORIES (SET FOUR)

4

# VERIFICATION

*Spencer, et al. v Lunada Bay Boys, et al.*
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
Case No. 2:16-cv-02129-SJO-RAO

I declare that I am a member or agent of Defendant CITY OF PALOS VERDES ESTATES, a party to this action, and I make this verification for that reason.

I have read the foregoing **DEFENDANT CITY OF PALOS VERDES ESTATES' RESPONSES TO INTERROGATORIES SET FOUR PROPOUNDED BY PLAINTIFF CORY SPENCER** and know the contents thereof, and understand them to be true and correct based upon information and belief.

I declare under penalty of perjury under the laws of the State of California and the U.S. Government that the foregoing is true and correct.

Executed this 31st day of July 2017, at Palos Verdes Estates, California.

ANTON DAHLERBRUCH