Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone:  (949) 221-1000
Facsimile:  (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiff,

vs.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Case No. 2:16-cv-2129

Judge:   Hon. S. James Otero
Dept:    Courtroom 10C

Magistrate Judge:
Hon. Rozella A. Oliver

**DECLARATION OF TIFFANY BACON IN SUPPORT OF FRANK FERRARA'S AND CHARLIE FERRARA'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)**

Date: September 5, 2017
Time: 10:00 a.m.
Dept: Courtroom 10C

Complaint Filed:   March 29, 2016
Trial Date:        November 7, 2017

I, Tiffany Bacon, declare as follows:

1.     I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California and am an associate with the law firm of Bremer Whyte Brown & O'Meara LLP, counsel of record for Defendants

1   FRANK FERRARA and CHARLIE FERRARA (hereinafter the "Ferraras") in this

2   action.  Except for those facts stated upon information and belief, I have personal

3   knowledge of the facts set forth in this declaration and, if called as a witness, could

4   and would competently testify to such facts under oath.

5        2.      The Newport Beach office of Bremer Whyte Brown & O'Meara LLP

6   filed notices of appearance in this matter on March 29, 2017.  (Docket Nos. 236 and

7   237.)

8        3.      On April 14, 2017, I received my first email from Plaintiffs' counsel

9   demanding a call with Magistrate Judge Oliver, without receiving any prior efforts

10  from Plaintiffs' counsel to meet and confer regarding Plaintiffs' issues with the

11  Ferraras' discovery responses.  A true and correct copy of these correspondences are

12  attached hereto as **Exhibit A.**

13       4.      I had a telephonic meet and confer with Plaintiffs' counsel, Samantha

14  Wolff, on April 21, 2017.  Ms. Wolff did not respond to my follow-up

15  correspondence until May 1, 2017.

16       5.      Plaintiffs served the Ferrara with six additional sets of discovery on or

17  about June 8, 2917.

18       6.      Plaintiffs' counsel was informed on many occasions that the Ferraras

19  were taking steps to obtain their cell phone records from their provider.

20       7.      On June 27, 2017, I received a letter from Plaintiffs' counsel further

21  demanding a telephonic hearing with Magistrate Judge Oliver.  A true and correct

22  copy of this letter is attached hereto as **Exhibit B**.

23       8.      On or about July 3, 2017, I had a telephone conversation with Plaintiffs'

24  counsel, Ms. Wolff, wherein she requested to me for the first time a full extraction

25  report of the Ferraras' cell phones.

26       9.      My office began talking steps to extract the cell phone data from the

27  Ferraras' cell phones, and Plaintiffs' counsel was informed of these efforts.

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S W BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

1      10.    On July 10, 2017, the date of my client Frank Ferrara's deposition,

2  Plaintiffs' counsel sent an email demanding a telephonic hearing, which I was not

3  able to respond to until the evening after the conclusion of the deposition, as I was

4  counsel defending Frank Ferrara's deposition. A true and correct copy of this

5  correspondence is attached hereto as **Exhibit C**.

6      11.    After a hearing with Magistrate Judge Oliver on July 13, 2017, the

7  Ferraras were given only four days to produce responsive documents from the cell

8  phone imaging and responsive cell phone bills and records, having informed the

9  Court that an extraction of the Ferraras' cell phones was not yet complete and that

10  there was potential the documents might not be ready for production in the allotted

11  time.

12      12.    The Ferraras were unable to complete the extraction of data from their

13  cellular phones until July 16, 2017, which resulted in over 3,200 pages of documents,

14  the majority of which was required to be vetted for actual responsive information to

15  Plaintiffs' document requests.

16      13.    On July 17, 2017, my office produced 1,200 pages of responsive

17  documents in accordance with the July 13, 2017 order of the Court.

18      14.    I received a letter from Plaintiffs' counsel on July 18, 2017 indicating

19  the foregoing production was improperly redacted, to which I explained to Plaintiffs'

20  counsel the redactions were made for the production of only responsive information.

21  True and correct copies of these correspondences are attached hereto as **Exhibit D**.

22      15.    Despite explaining the reasonable basis for the redactions to Plaintiffs'

23  counsel and further informing them the remaining responsive documents would be

24  produced as expeditiously as possible, Plaintiffs' counsel demanded another

25  telephonic hearing with Magistrate Judge Oliver, which was held on July 26, 2017

26  pursuant to the Court's availability. The Court made no further order regarding the

27  Ferraras' production of documents, only setting a briefing schedule for Plaintiffs'

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

3

1    desired motion for sanctions.  See the Court's Order of July 26, 2017 attached as

2    Exhibit 15 to the Wolff Declaration.

3           16.    On or about July 27, 2017, the Ferraras made their last production of

4    documents for those in the possession of the Ferraras.

5           17.    A true and correct copy of excerpts from the Deposition of Sang Lee in

6    this action are attached hereto as **Exhibit E** and incorporated herein by this

7    reference.

8           18.    A true and correct copy of excerpts from the Deposition of Frank

9    Ferrara in this action are attached hereto as **Exhibit F** and incorporated herein by this

10   reference.

11          19.    A true and correct copy of excerpts from the Deposition of Charlie

12   Ferrara in this action are attached hereto as **Exhibit G** and incorporated herein by

13   this reference.

14          20.    A true and correct copy of excerpts from the Deposition of N.F. in this

15   action are attached hereto as **Exhibit H** and incorporated herein by this reference.

16          21.    A true and correct copy of the Declaration of Leo Ferrara is attached

17   hereto as **Exhibit I** and incorporated herein by this reference.

18          I declare under penalty of perjury under the laws of the United States of

19   America that the foregoing is true and correct.

20          Executed on this _15_ day of _August_ 2017, at Newport Beach, California.

21

22          _____

23                              Tiffany Bacon

24

25

26

27

28

# Exhibit A

**Hailey Williams**

| | |
|---|---|
| **From:** | Tiffany L. Bacon |
| **Sent:** | Monday, April 17, 2017 12:24 PM |
| **To:** | Samantha Wolff; Patrick Au; Lital Ruimy; Alison Hurley |
| **Cc:** | Kurt A. Franklin; 'Victor Otten'; Ambra S. Jackson; Ann D. Ghiorso; Tiffany L. Bacon |
| **Subject:** | RE: Lunada Bay - Discovery follow-up |

Samantha,

As you are aware, Ms. Hurley and I have recently filed our notices of appearance in this matter.  It is our understanding the only correspondence you have sent to our offices on this issue was your March 21st email (in which we were not included), on which you are only now following up.  We have received no letter from you requesting a conference or telephone call on this issue.

The local rules of the Central District require a formal conference between the parties prior to seeking any relief from the court.  No such conference has been requested by you or any other counsel on behalf of the Plaintiffs.  There has been no meet and confer in good faith to resolve this issue.  As such, a call with the Magistrate judge is inappropriate at this time until we sufficiently meet and confer on this issue.  Ms. Hurley and I are available this week for a call with you to discuss.  Please let us know when you are free.

Moreover, you do not identify which November 11, 2016 discovery request you are referring to in your recent email so that we can respond accordingly.  Additionally, we do not have possession of the privilege log apparently produced by Defendant Sang Lee in this action.  Please provide us with a courtesy copy of this document so that we may better address your demands.

Please let us know when you are available this week so that we can discuss the foregoing issues.

Thank you,

**Tiffany L. Bacon**
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660

949.221.1000
949.221.1001 fax
www.bremerwhyte.com

# BREMER WHYTE
## BREMER WHYTE BROWN & O'MEARA LLP
*DEVELOPING SOLUTIONS TO MEET YOUR GOALS*
www.bremerwhyte.com

Newport Beach • Las Vegas • Los Angeles • San Diego
Berkeley • Phoenix • Denver • Riverside • Reno

---

**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Friday, April 14, 2017 2:55 PM
**To:** Patrick Au; Lital Ruimy; Alison Hurley; Tiffany L. Bacon
**Cc:** Kurt A. Franklin; 'Victor Otten'; Ambra S. Jackson; Ann D. Ghiorso
**Subject:** RE: Lunada Bay - Discovery follow-up

Dear counsel,

Please provide your availability for a call with the Magistrate next week.  I never received a response to my email below, and more importantly, we never received any responses to the below-referenced interrogatories.

Additionally, several months ago I asked Ms. Bell to let me know whether your clients would be providing copies of their phone bills  and text messages in accordance with our November 11, 2016 discovery request.  Although your clients stated that they do not possess any documents in response to these requests, not only do they have access to their phone bills (and are thus obligated to produce them), but they also have communicated with co-defendants in this matter (as demonstrated in Sang Lee's privilege log which references text messages between these co-defendants).  These communications must be produced, and we will therefore also seek the Magistrate's assistance in this regard.

Thank you.

Sincerely,
Samantha

---

**From:** Samantha Wolff
**Sent:** Tuesday, March 21, 2017 3:37 PM
**To:** 'pau@bremerwhyte.com' <pau@bremerwhyte.com>; Eileen Gaisford (egaisford@bremerwhyte.com) <egaisford@bremerwhyte.com>; Lital Ruimy (lruimy@bremerwhyte.com) <lruimy@bremerwhyte.com>
**Cc:** Kurt A. Franklin <kfranklin@hansonbridgett.com>; Victor Otten <vic@ottenlawpc.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>; Ann D. Ghiorso <aghiorso@hansonbridgett.com>
**Subject:** Lunada Bay - Discovery follow-up

Dear Eileen,

I'm writing regarding Plaintiff Spencer's first set of interrogatories to Defendants Charlie and Frank Ferrara (consisting of one interrogatory to each defendant) served January 13, 2017, and Plaintiff Reed's first set of interrogatories to Defendant Frank Ferrara (consisting of 18 interrogatories) served February 1, 2017.  We received no responses to any of these discovery requests, and certainly Defendants' opportunity to assert objections is now waived.  Please provide responses to these interrogatories by Friday, March 24th.  If your clients fail to do so, we will seek relief from the court.

Thank you for your anticipated cooperation.

Sincerely,
Samantha

---

**Samantha Wolff**
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please

immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

# Exhibit B

**SAMANTHA D. WOLFF**
PARTNER
DIRECT DIAL (415) 995-5020
DIRECT FAX (415) 995-3547
E-MAIL swolff@hansonbridgett.com



June 27, 2017

VIA ELECTRONIC MAIL ONLY

Alison Hurley
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
ahurley@bremerwhyte.com

Tiffany Bacon
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
tbacon@bremerwhyte.com

Re:     *Cory Spencer, et al. v. Lunada Bay Boys, et al.*

Dear Ms. Hurley and Ms. Bacon:

On November 16, 2016, Plaintiffs propounded requests for production of documents on Defendants Charlie and Frank Ferrara.  Among other items, the requests sought copies of these defendants' cell phone bills and relevant text messages.  (*See* Request Nos. 5 (text messages with surfers who regularly surf Lunada Bay), 7 (text messages or records of phone calls with a co-defendant), 40 (cell phone bills since January 1, 2013), attached.)  Both defendants responded that they did not possess any responsive documents to any document request.  And to date, neither defendant has produced any documents in this case.

Beginning in January 2017, I met and conferred with your predecessor, Laura Bell, several times to discuss this issue.  Specifically, I requested that your clients produce their phone records (including call logs) and text messages.  Although both Charlie and Frank Ferrara's discovery responses stated that they did not possess any responsive documents, a review of co-Defendant Sang Lee's privilege log indicates that he regularly communicated with Charlie and Frank Ferrara.  (*See, e.g.*, December 29, 2016 Sang Lee Privilege Log, at Lee 0000105, Lee 0000106, Lee 0000108, Lee 0000109, referencing incoming and outgoing text messages between Sang Lee, Charlie Ferrara, and "Franky Ferrara," among others.)  No objections on the basis of privilege were asserted by either Defendant in their discovery responses.  Accordingly, there is no basis for Defendants' withholding of relevant and responsive documents.

In accordance with Civil Local Rule 37-1, Plaintiffs are requesting that you make yourselves available for a telephonic meet and confer to discuss this matter further.  I am available the following dates and times, please let me know at your earliest convenience which works best for you:

- Wednesday, June 28th from 9-12 and 1-4
- Thursday, June 29th – all day
- Friday, June 30th – all day
- Monday, July 3rd – all day
- Wednesday, July 5th from 9-12

Tiffany Bacon
Alison Hurley
June 27, 2017
Page 2


Thank you for your attention to this matter.



Sincerely,


Samantha Wolff


Attachments

cc:      Co-counsel

# Exhibit C

**Hailey Williams**

| | |
|---|---|
| **From:** | Tiffany L. Bacon |
| **Sent:** | Monday, July 10, 2017 8:59 PM |
| **To:** | Samantha Wolff |
| **Cc:** | Alison Hurley; Kurt A. Franklin; 'Victor Otten'; Lisa M. Pooley; Ann D. Ghiorso; Tiffany L. Bacon |
| **Subject:** | RE: Lunada Bay - Document production |

Samantha,

My office has never expressed an unwillingness to produce documents.  On the contrary, when we spoke last week, I informed you attempts have been made to obtain records from our clients' phone company with no success to date.  I also informed you we would inquire into imaging the data on our clients' cell phones, which we still intend on doing.

I was unable to respond to you today because, as you know, Mr. Otten was taking my client's deposition, which I was defending.  I ask that you withdraw the request for a call with Magistrate Judge Oliver and that we further meet and confer on this issue.

**Tiffany L. Bacon**
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
e:tbacon@bremerwhyte.com
t: 949.221.1000
f: 949.221.1001
www.bremerwhyte.com



**From:** Samantha Wolff [mailto:SWolff@hansonbridgett.com]
**Sent:** Monday, July 10, 2017 11:09 AM
**To:** Tiffany L. Bacon
**Cc:** Alison Hurley; Kurt A. Franklin; 'Victor Otten'; Lisa M. Pooley; Ann D. Ghiorso
**Subject:** Lunada Bay - Document production

Tiffany,

I'm checking back in on Charlie and Frank Ferrara's cell phone bills and text messages.  I had hoped to hear from you by the end of last week regarding whether or when we could expect production of this information.  Since it seems your clients are unwilling to produce these documents, I will call the Magistrate's clerk and ask for a hearing date this week.  I'll let you know what dates/times are available.

Samantha

**Samantha Wolff**

**Partner**

Hanson Bridgett LLP

(415) 995-5020 Direct

(415) 995-3547 Fax

swolff@hansonbridgett.com



This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

# Exhibit D



**SAMANTHA D. WOLFF**
PARTNER
DIRECT DIAL (415) 995-5020
DIRECT FAX (415) 995-3547
E-MAIL swolff@hansonbridgett.com

July 18, 2017

<u>VIA ELECTRONIC MAIL</u>

Tiffany L. Bacon, Esq.
Alison Hurley, Esq.
Bremer Whyte Brown & O'Meara, LLP
20320 W.W. Birch Street 2nd Flr.
Newport Beach, CA 92660

Re:     *Spencer, et al. v. Lunada Bay Boys, et al.*

Dear Counsel:

We are in receipt of your recent production and write to advise you of the following deficiencies, which we intend to raise with Magistrate Judge Oliver:

1.   The production is heavily redacted, but Defendants Charlie and Frank Ferrara waived any right they may have had to assert any privilege.  Moreover, no privilege or redaction log was produced in conjunction with the production.  Accordingly, all redactions are inappropriate.

2.   It  appears the production only contains Frank Ferrara's cell phone bills and text messages, though it is difficult to ascertain due to the significant redactions.  To the extent the production omits Charlie Ferrara's cell phone bills and text messages entirely, such an omission is in violation of the Court's order.

3.   The production only contains Frank Ferrara's cell phone bills from February 21, 2016 to present, but the document request sought his bills from January 1, 2013 to present.  Thus, it appears that over three years' worth of bills are missing from this production.

4.   Sang Lee's privilege log references text communications with Frank and/or Charlie Ferrara from 3/30/16-4/12/16, 4/14/16-5/6/16, 6/18/16-7/6/16, and 7/6/16-7/30/16.  Yet it appears that no such text messages were included in the production by either Frank or Charlie Ferrara.

We will advise the court of these deficiencies and seek appropriate remedies.

 Very truly yours,

Samantha Wolff

SDT
cc: All Counsel

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA 94105    hansonbridgett.com

13644024.1

**Hailey Williams**

| | |
|---|---|
| **From:** | Tiffany L. Bacon |
| **Sent:** | Thursday, July 20, 2017 4:54 PM |
| **To:** | Samantha Wolff |
| **Cc:** | Kurt A. Franklin; 'vic@ottenlawpc.com'; Alison Hurley; Ambra S. Jackson; Lisa M. Pooley; Tiffany L. Bacon |
| **Subject:** | RE: Spencer v. Lunada Bay Boys |

Hi Samantha,

Yes, I am available on Monday at 9:30 a.m..

Thank you,

Tiffany L. Bacon
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
e:tbacon@bremerwhyte.com
t: 949.221.1000
f: 949.221.1001
www.bremerwhyte.com

-----Original Message-----
From: Samantha Wolff [mailto:SWolff@hansonbridgett.com]
Sent: Wednesday, July 19, 2017 9:21 PM
To: Tiffany L. Bacon
Cc: Kurt A. Franklin; 'vic@ottenlawpc.com'; Alison Hurley; Ambra S. Jackson; Lisa M. Pooley
Subject: RE: Spencer v. Lunada Bay Boys

Hi Tiffany,

Let's talk Monday morning and I will request that the hearing occur on Tuesday if need be.  Can you talk Monday at 9:30 or 10?

Thanks,
Samantha

-----Original Message-----
From: Tiffany L. Bacon [mailto:tbacon@bremerwhyte.com]
Sent: Tuesday, July 18, 2017 5:17 PM
To: Samantha Wolff <SWolff@hansonbridgett.com>
Cc: Kurt A. Franklin <kfranklin@hansonbridgett.com>; 'vic@ottenlawpc.com' <vic@ottenlawpc.com>; Alison Hurley <ahurley@bremerwhyte.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>; Lisa M. Pooley <lpooley@hansonbridgett.com>; Tiffany L. Bacon <tbacon@bremerwhyte.com>
Subject: RE: Spencer v. Lunada Bay Boys

Hi Samantha,

I am available on Monday morning to discuss.  If you are not available until Monday, I would ask that the telephonic hearing be scheduled for Tuesday, so that we can sufficiently meet and confer on this issue.

Please let me know what time works for you on Monday or, alternatively, what times work for you later on this week.

Thank you,

Tiffany L. Bacon
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
e:tbacon@bremerwhyte.com
t: 949.221.1000
f: 949.221.1001
http://www.bremerwhyte.com


-----Original Message-----
From: Samantha Wolff [mailto:SWolff@hansonbridgett.com]
Sent: Tuesday, July 18, 2017 4:45 PM
To: Tiffany L. Bacon
Cc: Kurt A. Franklin; 'vic@ottenlawpc.com'; Alison Hurley; Tiffany L. Bacon; Ambra S. Jackson; Lisa M. Pooley
Subject: RE: Spencer v. Lunada Bay Boys

Tiffany,

Are you available Monday and/or Tuesday next week for a telephonic hearing with the judge, if necessary?

Also, can we set up a time to speak Monday morning?

Thanks,
Samantha



From: Tiffany L. Bacon <tbacon@bremerwhyte.com<mailto:tbacon@bremerwhyte.com>>
Date: Tuesday, Jul 18, 2017, 11:11 AM
To: Samantha Wolff <SWolff@hansonbridgett.com<mailto:SWolff@hansonbridgett.com>>
Cc: Kurt A. Franklin <kfranklin@hansonbridgett.com<mailto:kfranklin@hansonbridgett.com>>, 'vic@ottenlawpc.com'
<vic@ottenlawpc.com<mailto:vic@ottenlawpc.com>>, Alison Hurley
<ahurley@bremerwhyte.com<mailto:ahurley@bremerwhyte.com>>, Tiffany L. Bacon
<tbacon@bremerwhyte.com<mailto:tbacon@bremerwhyte.com>>
Subject: FW: Spencer v. Lunada Bay Boys

Samantha,

I am currently attending the deposition of Michael Papayans in this case and am presently unavailable to have a call with you to discuss your letter.  The production is redacted to include only relevant information that was requested by Plaintiffs.  Moreover, if you review the cell phone bills, you will see that Charlie Ferrara's communications are included in the cell phone bills.

I understand you are out of the office this week; however, I would request that we have a call to further meet and confer regarding the production and your letter.  Please let me know when you are available.

Thank you,

Tiffany L. Bacon
Bremer Whyte Brown & O'Meara, LLP
20320 S.W. Birch Street 2nd Floor
Newport Beach, CA 92660
e:tbacon@bremerwhyte.com
t: 949.221.1000
f: 949.221.1001
http://www.bremerwhyte.com<http://www.bremerwhyte.com/>

[cid:image001.jpg@01D2815B.036B33D0]

From: Ambra S. Jackson [mailto:AJackson@hansonbridgett.com]
Sent: Tuesday, July 18, 2017 11:02 AM
To: Tiffany L. Bacon; Alison Hurley
Cc: Kurt A. Franklin; Tyson M. Shower; 'vic@ottenlawpc.com'; 'jacob.song@kutakrock.com';
'amiller@thephillipsfirm.com'; 'fields@marksfieldslaw.com'; 'peter@havenlaw.com'; 'dana.fox@lewisbrisbois.com';
'rcooper@buchalter.com'; 'pcrossin@veatchfirm.com'; 'dmcrowley@boothmitchel.com';
'RDieffenbach@veatchfirm.com'; 'Antoinette.Hewitt@KutakRock.com'; 'Edward.Ward@lewisbrisbois.com'; Hailey
Williams; 'macey@bremerwhyte.com'; Ann D. Ghiorso
Subject: Spencer v. Lunada Bay Boys

Hello,

Please see attached correspondence for the above referenced matter.   Should you have any questions, please do not hesitate to contact our office.

Thank you,
Ambra Jackson
Assistant to Samantha D. Wolff

_____


Ambra S. Jackson

Legal Secretary

Hanson Bridgett LLP

(415) 995-6455 Direct

(415) 541-9366 Fax

AJackson@hansonbridgett.com<mailto:AJackson@hansonbridgett.com>

[https://www.hansonbridgett.com/img/signature/facebook-clear.png]<https://www.facebook.com/HansonBridgettLLP>
[https://www.hansonbridgett.com/img/signature/twitter-clear.png] <https://twitter.com/HansonBridgett>


[https://remote.hansonbridgett.com/images/email/HB-logo-signature.gif]<https://www.hansonbridgett.com/>


_____


This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.
The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

# Exhibit E

Atkinson-Baker Court Reporters
www.depo.com

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4                      - - -

5   CORY SPENCER, AN INDIVIDUAL;     )
    DIANA MILENA REED, AN            )
6   INDIVIDUAL; AND COASTAL          )
    PROTECTION RANGERS, INC.,        )
7   A CALIFORNIA NON-PROFIT PUBLIC   )
    BENEFIT CORPORATION,             )
8                                    )
                  Plaintiffs,        )
9                                    )
        vs.                          ) No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
    LUNADA BAY BOYS; THE INDIVIDUAL  )
11  MEMBERS OF THE LUNADA BAY BOYS,  )
    INCLUDING BUT NOT LIMITED TO     )
12  SANG LEE, BRANT BLAKEMAN, ALAN   )
    JOHNSTON AKA JALIAN JOHNSTON,    )
13  MICHAEL RAE PAPAYANS, ANGELO     )
    FERRARA, FRANK FERRARA,          )
14  CHARLIE FERRARA, ET AL.,         )
                                     )
15                Defendants.        )
    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

16

17              VIDEOTAPED DEPOSITION OF

18                     SANG LEE

19               COSTA MESA, CALIFORNIA

20                   MAY 31, 2017

21  Atkinson-Baker, Inc.
    Court Reporters
22  www.depo.com
    (800) 288-3376

23

24  REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25  FILE NO:      AB05A10

                                                        1

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                    WESTERN DIVISION

 4                       -  -  -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                    Plaintiffs,      )
 9                                   )
          vs.                        )  No.:  2:16-cv-02129-SJO
10                                   )        (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)

17

18

19

20          Videotaped deposition of SANG LEE, taken on

21   behalf of the Plaintiffs, at 3420 Bristol Street,

22   Sixth Floor, Costa Mesa, California, 92626, commencing

23   at 9:03 a.m., Wednesday, May 31, 2017, before

24   ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        HANSON, BRIDGETT, LLP
          BY:  LISA M. POOLEY, ESQ.
 5        AND  VICTOR OTTEN, ESQ.
          425 Market Street
 6        26th Floor
          San Francisco, California 94105
 7

 8

 9   FOR THE DEFENDANTS:

10        BOOTH, MITCHEL & STRANGE, LLP
          BY:  DANIEL M. CROWLEY, ESQ.
11        707 Wilshire Boulevard
          Suite 3000
12        Los Angeles, California 90017

13

14        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
          BY:  EDWARD E. WARD, JR., ESQ.
15        633 West 5th Street
          Suite 4000
16        Los Angeles, California 90071

17

18        BREMER, WHYTE, BROWN & O'MEARA, LLP
          BY:  TIFFANY L. BACON, ESQ.
19        20320 S.W. Birch Street
          Second Floor
20        Newport Beach, California 92660

21

22        VEATCH, CARLSON, LLP
          BY:  RICHARD P. DIEFFENBACH, ESQ.
23        1055 Wilshire Boulevard
          11th Floor
24        Los Angeles, California 90017

25
```

3

Atkinson-Baker Court Reporters
www.depo.com

```
1    APPEARANCES CONTINUED:

2

3         KUTAK, ROCK, LLP
          BY:  ANTOINETTE P. HEWITT, ESQ.
4         5 Park Plaza
          Suite 1500
5         Irvine, California 92614

6

7         (BY TELEPHONE)
          BUCHALTER, NEMER, APC
8         BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
9         Suite 1500
          Los Angeles, California 90017
10        (213) 891-0700

11

12
          (BY TELEPHONE)
13        HAVEN LAW
          BY:  PETER T. HAVEN, ESQ.
14        1230 Rosecrans Avenue
          Suite 300
15        Manhattan Beach, California 90266
          (310) 272-5353
16

17

18        (BY TELEPHONE)
          LAW OFFICES OF MARK C. FIELDS, APC
19        BY:  MARK C. FIELDS, ESQ.
          333 South Hope Street
20        35th Floor
          Los Angeles, California 90071
21

22

23   ALSO PRESENT:

24        Barbra Westmore, Videographer

25
```

4

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                          INDEX

 2

 3   WITNESS:  SANG LEE

 4

 5   EXAMINATION BY:                        PAGE

 6       MS. POOLEY                           10

 7

 8   EXAMINATION BY:                        PAGE

 9       BY MS. BACON                        293

10

11

12

13   EXHIBITS

14

15
     NUMBER              DESCRIPTION        PAGE
16

17    221    Plaintiffs' Notice of Deposition    17
             of Defendant Sang Lee
18           Dated May 19, 2017
             Consisting of seven pages
19

20

21
      222    Memo From Sang Lee                   88
22           To John Camplin
             Dated 1/8/2011
23           Lee 00000001 - Lee 00000003
             Consisting of three pages
24

25
```

5

Sang Lee
May 31, 2017

```
 1              EXHIBITS CONTINUED:

 2

 3    223     Memo From Sang Lee                 140
              To Ringer Surfboards
 4            Dated 1/10/2011
              Lee 00000015
 5            Consisting of one page

 6

 7    224     Memo From Sang Lee                 158
              To Zen Del Rio
 8            Dated 1/16/2011
              Lee 00000591
 9            Consisting of one page

10

11    225     Memo From Charlie Mowat            166
              To Sang Lee
12            Dated 1/16/2014
              Lee 00000595
13            Consisting of one page

14

15    226     Memo From Charlie Mowat            172
              To Andy Patch
16            Dated 1/17/2014
              Lee 00000596
17            Consisting of one page

18

19    227     Memo From Sang Lee                 177
              To Yoaks Wagon
20            Dated 1/17/2014
              Lee 00000014
21            Consisting of one page

22

23

24

25
```

6

Atkinson-Baker Court Reporters
www.depo.com

```
 1        COSTA MESA, CALIFORNIA, WEDNESDAY, MAY 31, 2017
 2                        9:03 A.M.
 3                          -OOO-
 4                                                      09:02:39
 5        THE VIDEOGRAPHER:  Good morning.  We're on    09:02:39
 6   the record.  My name is Barbra Westmore, your      09:02:48
 7   videographer.                                       09:02:51
 8        And I represent Atkinson-Baker, Inc., located 09:02:51
 9   in Glendale, California.  The date is May 31, 2017, 09:02:55
10   and the time is 9:03 a.m.                           09:02:59
11        This deposition is taking place at             09:03:02
12   3420 Bristol Street in Costa Mesa, California.  The 09:03:05
13   case number is 2:16-CV-02129-SJO, in the matter     09:03:09
14   entitled Corey Spencer versus Lunada Bay Boys.      09:03:19
15        The witness is Sang Lee.  And this deposition  09:03:24
16   is being taken on behalf of the Plaintiffs.  Your   09:03:26
17   court reporter is Angelique Ferrio.                 09:03:29
18        Would counsel please state their appearances   09:03:32
19   for the record.                                     09:03:34
20        MS. POOLEY:  Lisa Pooley, Hansen Bridgett on   09:03:35
21   behalf of the Plaintiff.                            09:03:38
22        MR. CROWLEY:  Daniel Crowley of Booth,         09:03:39
23   Mitchel & Strange on behalf of Mr. Lee.            09:03:43
24        MR. WARD:  Edward Ward, Junior, of Lewis,      09:03:43
25   Brisbois on behalf of Mr. Lee as well.              09:03:45
```

7

| | | |
|---|---|---|
| 1 | MS. BACON:  Tiffany Bacon with Bremer, Whyte, | 09:03:48 |
| 2 | Brown & O'Meara on behalf of Frank Ferrara and | 09:03:50 |
| 3 | Charlie Ferrara. | 09:03:52 |
| 4 | MR. DIEFFENBACH:  Richard Dieffenbach for | 09:03:52 |
| 5 | Mr. Brant Blakeman, the Defendant. | 09:03:54 |
| 6 | And I'm getting E-Mails from the woman that | 09:03:55 |
| 7 | just came to the door saying that several of the | 09:03:58 |
| 8 | other attorneys are calling in unsuccessfully and | 09:04:00 |
| 9 | can't hook in, Ms. Hewitt, Mr. Fields, and | 09:04:03 |
| 10 | Mr. Cooper. | 09:04:07 |
| 11 | MS. POOLEY:  The phone here indicates that | 09:04:14 |
| 12 | the number is (949) 330-7004. | 09:04:17 |
| 13 | MR. DIEFFENBACH:  It's 330-7004.  Let me text | 09:04:23 |
| 14 | these people to tell them. | 09:04:28 |
| 15 | BY MS. POOLEY: | 09:05:13 |
| 16 | Q.  Mr. Lee, I represent Plaintiffs Corey | 09:05:13 |
| 17 | Spencer, Diana Milena Reed, and the Costal Protection | 09:05:17 |
| 18 | Rangers, Inc., in this lawsuit that they filed | 09:05:21 |
| 19 | against Lunada Bay Boys and the individual members, | 09:05:24 |
| 20 | including you, as well as the City of Palos Verdes | 09:05:27 |
| 21 | Estates and Police Chief Jeff Kepley. | 09:05:30 |
| 22 | Are you represented today by counsel? | 09:05:33 |
| 23 | A.  Yes. | 09:05:36 |
| 24 | Q.  And who is representing you today? | 09:05:38 |
| 25 | A.  Mr. Dan and Ed. | 09:05:39 |

8

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  Have you ever had your deposition taken | 09:05:47 |
| 2 | before? | 09:05:50 |
| 3 | A.  No, Ma'am. | 09:05:50 |
| 4 | Q.  Have you ever signed any written statements | 09:05:51 |
| 5 | such as a declaration or affidavit related to any | 09:05:56 |
| 6 | litigation? | 09:06:00 |
| 7 | A.  What do you mean? | 09:06:01 |
| 8 | Q.  Have you ever signed any documents under | 09:06:02 |
| 9 | oath? | 09:06:06 |
| 10 | A.  No, Ma'am. | 09:06:06 |
| 11 | Q.  And have you ever testified at a trial? | 09:06:07 |
| 12 | A.  No. | 09:06:11 |
| 13 | Q.  Have you ever given sworn testimony in any | 09:06:12 |
| 14 | case? | 09:06:17 |
| 15 | A.  Sworn testimony? | 09:06:17 |
| 16 | Q.  In any matter, excuse me. | 09:06:18 |
| 17 | A.  No, Ma'am. | 09:06:24 |
| 18 | MS. POOLEY:  Which reminds me, perhaps we | |
| 19 | should swear in the witness. | |
| 20 | | |
| 21 | SANG LEE, | |
| 22 | having first been duly sworn, was | |
| 23 | examined and testified as follows: | |
| 24 | | |
| 25 | | |

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                      EXAMINATION

 2

 3   BY MS. POOLEY:

 4        Q.  Has the testimony that you've already given    09:06:39

 5   been truthful?                                          09:06:42

 6        A.  Yes, Ma'am.                                    09:06:42

 7        Q.  Okay.  So, you've been placed under oath.      09:06:43

 8   And it's the same oath that you would take if you       09:06:47

 9   were testifying in a courtroom in front of a judge or   09:06:51

10   a jury.                                                 09:06:54

11        And it has the same force or effect -- force       09:06:55

12   and effect as if you were testifying in that setting;   09:06:59

13   do you understand that?                                 09:07:03

14        A.  Yes, Ma'am.                                    09:07:04

15        Q.  Okay.  The court reporter as she explained a   09:07:04

16   little bit before we got started is going to take       09:07:08

17   down everything that is said.  The questions that I     09:07:10

18   ask, your answers, any objections that are made.        09:07:17

19        And it's important that we try to have one         09:07:19

20   person talk at a time so that the record is clear.      09:07:22

21        So, I will ask that you try to wait until I        09:07:26

22   finish the question before you start your answer.       09:07:30

23   And I will try to wait for you to finish your answer    09:07:33

24   before I ask my next question; all right?               09:07:36

25        A.  Okay.                                          09:07:37
```

10

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.  Yes. | 16:31:31 |
| 2 | Q.  Were you actually on the boat during that | 16:31:31 |
| 3 | time? | 16:31:33 |
| 4 | A.  No.  We were on the cliff. | 16:31:33 |
| 5 | Q.  Did you witness the ashes being spread? | 16:31:35 |
| 6 | A.  No.  He was very far away.  The boat was very | 16:31:38 |
| 7 | far away. | 16:31:41 |
| 8 | Q.  Okay.  Do you know exactly how far out the | 16:31:41 |
| 9 | boat was? | 16:31:44 |
| 10 | A.  It was pretty far. | 16:31:45 |
| 11 | Q.  Could you estimate or would that be a guess? | 16:31:47 |
| 12 | A.  It would be a guess.  I think it was -- it | 16:31:51 |
| 13 | was a long time, like in 1984 so. | 16:31:59 |
| 14 | Q.  And you also testified earlier that Frank | 16:32:03 |
| 15 | Ferrara was one of the, quote-unquote, older boys as | 16:32:05 |
| 16 | referenced in the E-Mails, meaning, as you stated, | 16:32:08 |
| 17 | he's just been surfing at Lunada Bay longer than you; | 16:32:13 |
| 18 | do you recall that testimony? | 16:32:17 |
| 19 | A.  Yes. | 16:32:18 |
| 20 | Q.  And you also testified that he has never told | 16:32:19 |
| 21 | you to behave in any certain way when it comes to | 16:32:22 |
| 22 | actions at Lunada Bay? | 16:32:25 |
| 23 | A.  Absolutely not, yeah. | 16:32:26 |
| 24 | Q.  Have you ever had any communications with | 16:32:28 |
| 25 | Frank Ferrara about preventing persons from visiting | 16:32:34 |

294

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Lunada Bay? | 16:32:38 |
| 2 | A.   Absolutely not. | 16:32:39 |
| 3 | Q.   What about preventing persons from surfing at | 16:32:40 |
| 4 | Lunada Bay? | 16:32:43 |
| 5 | A.   Absolutely not. | 16:32:44 |
| 6 | Q.   Have you ever had any communications with | 16:32:45 |
| 7 | Charlie Ferrara about preventing any person from | 16:32:47 |
| 8 | surfing at Lunada Bay? | 16:32:49 |
| 9 | A.   Absolutely not. | 16:32:50 |
| 10 | Q.   Have you ever had any communications with | 16:32:50 |
| 11 | Charlie Ferrara about preventing any persons from | 16:32:52 |
| 12 | visiting Lunada Bay? | 16:32:54 |
| 13 | A.   Absolutely not. | 16:32:56 |
| 14 | Q.   Have you ever witnessed Charlie Ferrara ever | 16:32:58 |
| 15 | attempt to prevent somebody from visiting Lunada Bay? | 16:33:18 |
| 16 | A.   Absolutely not. | 16:33:22 |
| 17 | Q.   And what about surfing at Lunada Bay? | 16:33:23 |
| 18 | A.   Absolutely not. | 16:33:25 |
| 19 | Q.   The same questions for Frank. | 16:33:27 |
| 20 | Have you ever witnessed Frank ever try to | 16:33:27 |
| 21 | attempt to prevent anybody from surfing at Lunada | 16:33:29 |
| 22 | Bay? | 16:33:30 |
| 23 | A.   Absolutely not. | 16:33:30 |
| 24 | Q.   What about visiting Lunada Bay? | 16:33:32 |
| 25 | A.   Absolutely not. | 16:33:35 |

295

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. BACON:  Those are all of the questions | 16:33:37 |
| 2 | that I have.  Thank you. | 16:33:38 |
| 3 | MR. CROWLEY:  Anybody else in the room? | 16:33:39 |
| 4 | Anybody on the phone? | 16:33:42 |
| 5 | Going once, going twice. | 16:33:46 |
| 6 | MS. POOLEY:  Thank you, Mr. Lee. | 16:33:51 |
| 7 | THE WITNESS:  Thanks. | 16:33:53 |
| 8 | MS. POOLEY:  We may see you again. | 16:33:54 |
| 9 | THE REPORTER:  Did you want a copy of the | 16:33:54 |
| 10 | transcript? | 16:33:54 |
| 11 | MR. CROWLEY:  Yes, please. | 16:34:04 |
| 12 | MR. DIEFFENBACH:  Copy, please. | 16:34:11 |
| 13 | MR. HAVEN:  This is Peter Haven on the phone, | 16:34:12 |
| 14 | I would like a copy of the transcript. | 16:34:19 |
| 15 | MS. BACON:  Copy of the transcript. | 16:34:21 |
| 16 | MS. HEWITT:  Copy of the transcript. | 16:34:24 |
| 17 | THE VIDEOGRAPHER:  This concludes the | 16:34:33 |
| 18 | deposition of Sang Lee.  The time is 4:34 p.m. and | 16:34:34 |
| 19 | we're off the record. | 16:34:38 |
| 20 | MR. DIEFFENBACH:  And I'll take a rough, | 16:35:30 |
| 21 | please. | |
| 22 | (Whereupon, the deposition | |
| 23 | of Sang Lee commenced at | |
| 24 | 9:03 a.m. and concluded at | |
| 25 | 4:34 p.m.) | |

296

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF CALIFORNIA   )
                           )
 2   COUNTY OF LOS ANGELES )

 3

 4

 5

 6          I, the undersigned, declare under penalty of

 7   perjury that I have read the foregoing transcript, and I

 8   have made any corrections, additions, or deletions that

 9   I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13          EXECUTED this _____ day of _____,

14   20_____, at _____, _____.
                          (City)              (State)
15

16

17

18

19
     _____
20   SANG LEE

21

22

23

24

25
```

297

1                 REPORTER'S CERTIFICATE

2

3        I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

4  Certified Shorthand Reporter, certify:

5        That the foregoing proceedings were taken

6  before me at the time and place therein set forth, at

7  which time the witness was put under oath by me;

8        That the testimony of the witness and all

9  objections made at the time of the examination were

10  recorded stenographically by me and were thereafter

11  transcribed;

12        That the foregoing is a true and correct

13  transcript of my shorthand notes so taken.

14        I further certify that I am not a relative or

15  employee of any attorney or of any of the parties, nor

16  financially interested in the action.

17        I declare under penalty of perjury under the

18  law of the State of California that the foregoing is

19  true and correct.

20        Dated this 1st day of June, 2017.

21

22

23            _____

24            Angelique Melody Ferrio
               CSR No. 6979

25

Atkinson-Baker Court Reporters
www.depo.com

1        REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4        I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5  Certified Shorthand Reporter in the State of California,

6  certify that the foregoing pages are a true and correct

7  copy of the original deposition of SANG LEE, taken on

8  Wednesday, May 31, 2017.

9        I declare under penalty of perjury under the

10  laws of the State of California that the foregoing is

11  true and correct.

12        Dated this 1st day of June, 2017.

13

14

15

16

17                    _____

18                    Angelique Melody Ferrio
                      CSR No. 6979
19

20

21

22

23

24

25

# Exhibit F

Case 2:16-cv-02129-SJO-RAO  Document 407-1  Filed 08/15/17  Page 39 of 105  Page ID
#:14282
Atkinson-Baker Court Reporters
www.depo.com

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                     WESTERN DIVISION

 4                        - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                    Plaintiffs,      )
 9                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
10                                   )        (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                 VIDEOTAPED DEPOSITION OF

18                      FRANK FERRARA

19                    IRVINE, CALIFORNIA

20                     JULY 10, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A34
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1                 UNITED STATES DISTRICT

 2               COURT CENTRAL DISTRICT OF

 3               CALIFORNIA WESTERN DIVISION

 4                       - - -

 5

 6    CORY SPENCER, AN INDIVIDUAL;    )
      DIANA MILENA REED, AN           )
 7    INDIVIDUAL; AND COASTAL         )
      PROTECTION RANGERS, INC.,       )
 8    A CALIFORNIA NON-PROFIT PUBLIC  )
      BENEFIT CORPORATION,            )
 9                                    )
                    Plaintiffs,       )
10                                    )
          vs.                         ) No.:  2:16-cv-02129-SJO
11                                    )        (RAOx)
                                      )
12    LUNADA BAY BOYS; THE INDIVIDUAL )
      MEMBERS OF THE LUNADA BAY BOYS, )
13    INCLUDING BUT NOT LIMITED TO    )
      SANG LEE, BRANT BLAKEMAN, ALAN  )
14    JOHNSTON AKA JALIAN JOHNSTON,   )
      MICHAEL RAE PAPAYANS, ANGELO    )
15    FERRARA, FRANK FERRARA,         )
      CHARLIE FERRARA, ET AL.,        )
16                                    )
                    Defendants.       )
17    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

18

19

20          Videotaped deposition of FRANK FERRARA, taken

21    on behalf of the Plaintiffs, at Premier Business Center,

22    2600 Michelson Drive, Suite 1700, Irvine, California,

23    92612, commencing at 9:46 a.m., Monday, July 10, 2017,

24    before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFFS:

 4          OTTEN LAW, P.C.
            BY:  VICTOR J. OTTEN, ESQ.
 5          AND  CHRISTINA KIFLOM, Summer Intern
            3620 Pacific Coast Highway
 6          Suite 100
            Torrance, California 90505

 7

 8

 9     FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10          BREMER, WHYTE, BROWN & O'MEARA, LLP
            BY:  TIFFANY BACON, ESQ.
11          20320 S.W. Birch Street
            Second Floor
12          Newport Beach, California 92660

13

14

15     FOR THE DEFENDANT SANG LEE:

16          LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
            BY:  TERA A. LUTZ, ESQ.
17          633 West 5th Street
            Suite 4000
18          Los Angeles, California 90071

19

20

21     FOR THE DEFENDANTS CITY OF PALOS VERDES
       AND CHIEF OF POLICE JEFF KEPLEY:
22
            KUTAK, ROCK, LLP
23          BY:  ANTOINETTE P. HEWITT, ESQ.
            5 Park Plaza
24          Suite 1500
            Irvine, California 92614

25
```

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DEFENDANT SANG LEE:

 4       (BY TELEPHONE)
         BOOTH, MITCHEL & STRANGE, LLP
 5       BY:  JACKIE K. VU, ESQ.
         707 Wilshire Boulevard
 6       Suite 3000
         Los Angeles, California 90017
 7

 8

 9   FOR DEFENDANT BRANT BLAKEMAN:

10       (BY TELEPHONE)
         BUCHALTER, NEMER, APC
11       BY:  ROBERT S. COOPER, ESQ.
         1000 Wilshire Boulevard
12       Suite 1500
         Los Angeles, California 90017
13

14

15   FOR DEFENDANT MICHAEL RAY PAPAYANS:

16
         (BY TELEPHONE)
17       HAVEN LAW
         BY:  PETER T. HAVEN, ESQ.
18       1230 Avenue
         Suite 300
19       Manhattan Beach, California 90266

20

21   FOR THE DEFENDANT N.F.:

22       (BY TELEPHONE)
         LAW OFFICES OF MARK C. FIELDS, APC
23       BY:  MARK C. FIELDS, ESQ.
         333 South Hope Street
24       35th Floor
         Los Angeles, California 90071
25   VIDEOGRAPHER: ROBERT ADAMS
```

4

Frank Ferrara
July 10, 2017

```
 1                           INDEX

 2         .

 3    WITNESS:  FRANK FERRARA

 4

 5    EXAMINATION BY:                          PAGE

 6        MR. OTTEN                             12

 7

 8

 9    EXHIBITS

10    NUMBER              DESCRIPTION         PAGE

11     102       Xeroxed Colored Photograph      44
                 Consisting of one page
12

13     108       Xeroxed Colored Photograph     234
                 Consisting of one page
14

15     113       Xeroxed Colored Photograph      76
                 Consisting of one page
16

17     114       Xeroxed Colored Photograph      88
                 Consisting of one page
18

19     116       Xeroxed Colored Photograph     242
                 Consisting of one page
20

21     119       Xeroxed Colored Photograph     232
                 Consisting of one page
22

23     277       Xeroxed Black-And White         72
                 Photograph
24               Consisting of one page

25
```

5

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2       .

 3    278    Plaintiffs' Notice of Deposition      20
             of Defendant Frank Ferrara
 4           Dated June 15, 2017
             Consisting of three pages
 5

 6

 7    279    Xeroxed Black-And White              68
             Photograph
 8           Consisting of one page

 9

10    280    Xeroxed Black-And White              75
             Photograph
11           Consisting of one page

12

13    281    Xeroxed Colored Photograph           92
             Consisting of one page
14

15    282    Los Angeles Times                    117
             Article Collections
16           Consisting of two pages

17

18    283    Xeroxed Colored Photograph           129
             Consisting of one page
19

20    284    Xeroxed Colored Photograph           149
             Consisting of one page
21

22    285    Surf Magazine Article                149
             Consisting of one page
23

24    286    Teach The Children Well              169
             Don Boller, Long Beach
25           Consisting of one page
```

6

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2

 3    287    Today's Lesson:  Don't Be A Kook      174
             Frank Ferrara, Lunada Bay, Calif.
 4           Consisting of one page

 5

 6    288    Megan Barnes, Daily Breeze           212
             Posted 4/7/16, 7:50 p.m.
 7           Consisting of two pages

 8

 9    289    Xeroxed Colored Photograph           233
             Consisting of one page
10

11    290    Xeroxed Colored Photograph           237
             Consisting of one page
12

13    291    Xeroxed Colored Photograph           240
             Consisting of one page
14

15    292    Xeroxed Colored Photograph           244
             Consisting of one page
16

17    293    Xeroxed Colored Photograph           245
             Consisting of one page
18

19    294    Xeroxed Colored Photograph           246
             Consisting of one page
20

21    295    Xeroxed Colored Photograph           248
             Consisting of one page
22

23    296    Xeroxed Colored Photograph           249
             Consisting of one page
24

25
```

7

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2        .

 3    297    Xeroxed Colored Photograph          251
             Consisting of one page
 4

 5    298    Xeroxed Colored Photograph          253
             Consisting of one page
 6

 7    299    Xeroxed Colored Photograph          254
             Consisting of one page
 8

 9    300    Xeroxed Colored Photograph          254
             Consisting of one page
10

11    301    Xeroxed Colored Photograph          255
             Consisting of one page
12

13    302    Xeroxed Colored Photograph          257
             Consisting of one page
14

15    303    Xeroxed Colored Photograph          261
             Consisting of one page
16

17    304    Xeroxed Colored Photograph          262
             Consisting of one page
18

19    305    Xeroxed Colored Photograph          265
             Consisting of one page
20

21    306    Xeroxed Colored Photograph          266
             Consisting of one page
22

23    307    Xeroxed Colored Photograph          267
             Consisting of one page
24

25
```

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1            EXHIBITS CONTINUED:

 2         .

 3   308     Xeroxed Colored Photograph          267
             Consisting of one page
 4

 5   309     Xeroxed Colored Photograph          269
             Consisting of one page
 6

 7   310     Xeroxed Colored Photograph          270
             Consisting of one page
 8

 9   311     Xeroxed Colored Photograph          271
             Consisting of one page
10

11   312     Xeroxed Colored Photograph          273
             Consisting of one page
12

13   313     Xeroxed Colored Photograph          274
             Consisting of one page
14

15

16

17   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

18   PAGE     LINE

19   230        15

20   232         7

21   232        16

22

23

24

25
```

9

Atkinson-Baker Court Reporters
www.depo.com

```
 1            IRVINE, CALIFORNIA, MONDAY, JULY 10, 2017
 2                         9:46 A.M.
 3                          -oOo-
 4                                                    09:46:23
 5            THE VIDEOGRAPHER:  Good morning, everyone.   09:46:23
 6    My name is Robert Adams.  I'm your videographer.  And  09:46:24
 7    I represent Atkinson-Baker, Incorporated in Glendale,  09:46:27
 8    California.                                            09:46:31
 9            I'm not financially interested in this action  09:46:31
10    nor am I a relative or employee of any attorney or     09:46:33
11    any of the parties.                                    09:46:36
12            Today's date is July 10th, 2017.  And the      09:46:37
13    time is 9:46 a.m.                                      09:46:40
14            And this deposition is taking place at         09:46:43
15    2600 Michelson Drive, Suite 1700, Irvine, California,  09:46:48
16    92612.                                                 09:46:55
17            This is case number 2:16-cv-02129-SJO (RAOx)   09:46:55
18    entitled Spencer versus Lunada Bay Boys.  The          09:47:05
19    deponent is Frank Ferrara.                             09:47:08
20            This deposition is being taken on behalf       09:47:11
21    of the Plaintiffs.  And the court reporter is          09:47:14
22    Angelique Ferrio from Atkinson-Baker.                  09:47:16
23            Counsel will now please introduce themselves.  09:47:18
24    After all counsel present have introduced themselves,  09:47:20
25    the witness will be sworn in by the court reporter.    09:47:22
```

10

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | This is the beginning of D.V.D. Number One, | 09:47:25 |
| 2 | Volume One.  The D.V.D. is running and we are now on | 09:47:27 |
| 3 | the record. | 09:47:30 |
| 4 | MR. OTTEN:  My name is Vic Otten.  And I | 09:47:30 |
| 5 | represent the Plaintiffs. | 09:47:33 |
| 6 | MS. HEWITT:  Antoinette Hewitt for the City | 09:47:34 |
| 7 | and for the Chief Kepley. | 09:47:38 |
| 8 | MS. LUTZ:  Tera Lutz for the Defendant | 09:47:39 |
| 9 | Sang Lee. | 09:47:41 |
| 10 | MS. BACON:  Tiffany Bacon for Defendants | 09:47:41 |
| 11 | Frank Ferrara and Charlie Ferrara. | 09:47:44 |
| 12 | MR. HAVEN:  Peter Haven for Defendant | 09:47:47 |
| 13 | Michael Papayans. | 09:47:52 |
| 14 | MR. COOPER:  Robert Cooper of Buchalter for | 09:47:55 |
| 15 | Defendant Brant Blakeman. | 09:48:01 |
| 16 | MS. VU:  Jackie Vu for the Defendant | 09:48:03 |
| 17 | Sang Lee. | 09:48:06 |
| 18 | MR. FIELDS:  Mark Fields for Defendant | 09:48:06 |
| 19 | Angelo Ferrara and N.F. | 09:48:08 |
| 20 | | |
| 21 | FRANK FERRARA, | |
| 22 | having first been duly sworn, was | |
| 23 | examined and testified as follows: | |
| 24 | | |
| 25 | | |

11

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    EXAMINATION
 2                                                  09:48:20
 3    BY MR. OTTEN:                                 09:48:20
 4         Q.  Can you state your full name for the record,  09:48:21
 5    please.                                       09:48:23
 6         A.  Frank Ferrara.                       09:48:23
 7         Q.  Do you have a middle name?           09:48:25
 8         A.  I don't use it.                      09:48:26
 9         Q.  But do you have one?                 09:48:27
10         A.  I have one.                          09:48:29
11         Q.  What is it?                          09:48:30
12         A.  Joseph.                              09:48:31
13         Q.  Joseph?                              09:48:31
14         A.  Yes.                                 09:48:35
15         Q.  Mr. Ferrara, have you ever had your  09:48:35
16    deposition taken before?                      09:48:38
17         A.  Yes, I have.                         09:48:39
18         Q.  On how many occasions?               09:48:40
19         A.  Once.                                09:48:42
20         Q.  How long ago was that?               09:48:42
21         A.  Probably about ten years ago.        09:48:44
22         Q.  And just without getting into too much  09:48:46
23    detail, what was the nature of it; was it a civil  09:48:49
24    case?                                         09:48:52
25         A.  It was an insurance case which they, I guess,  09:48:52
```

12

Frank Ferrara
July 10, 2017

```
1    BY MR. OTTEN:                                          17:03:58

2         Q.  Okay.                                         17:03:59

3         A.  I know they're family, maybe not.  I see them 17:04:01

4    surfing the left.  I think I've seen them surf the     17:04:04

5    Bay a couple of times, but he likes mostly surfing     17:04:09

6    the left.                                              17:04:12

7         Q.  Okay.  And do the other brothers that you     17:04:13

8    said surf?                                             17:04:16

9         A.  They don't surf, but they're baseball         17:04:17

10   players.                                               17:04:19

11        Q.  Give me a couple of minutes to look at my     17:04:28

12   notes.  And I think that we're probably done --        17:04:31

13   actually, not.                                         17:04:38

14            Let me refresh your recollection.  This       17:04:54

15   lawsuit was filed, I think, March 29, 2016.            17:04:57

16            Do you recall a telephone conversation that   17:05:04

17   you had with Sang Lee on that day?                     17:05:06

18        A.  I don't know if it was that day, but we had a 17:05:09

19   couple of phone conversations.                         17:05:12

20        Q.  Let's talk about the first one which I'm      17:05:14

21   going to represent to you from Sang's phone records    17:05:18

22   that there was a conversation with you and a lot of    17:05:23

23   people, actually, on March 30th, right around that     17:05:27

24   time frame.                                            17:05:31

25            Do you remember what you talked about?        17:05:32
```

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  I think that we just talked a little bit        17:05:33
 2   about the case a little bit, but I don't remember         17:05:37
 3   exactly what we said to each other.                       17:05:40
 4        Q.  And have you ever spoken with Sang before        17:05:41
 5   that --                                                   17:05:49
 6        A.  Yes.                                             17:05:49
 7        Q.  -- by telephone?                                 17:05:50
 8        A.  Yeah.  We've talked and texted.  I tried to      17:05:51
 9   help his mom out and buy a car for them.                  17:05:54
10            Actually, from them, I was buying a car from     17:06:12
11   them.                                                     17:06:16
12        Q.  And do you recall having another conversation    17:06:16
13   with him in July, just on the phone?                      17:06:18
14        A.  I believe we did because he was asking me if     17:06:25
15   I had been served or not.  And I said that I wasn't       17:06:29
16   served.                                                   17:06:32
17        Q.  Anything else that you guys?                     17:06:33
18        A.  No.                                              17:06:35
19        Q.  Other than Sang Lee, what other Defendants       17:06:35
20   have you discussed the lawsuit with?                      17:06:38
21        A.  None.                                            17:06:40
22        Q.  None?                                            17:06:43
23        A.  None.                                            17:06:43
24        Q.  Okay.  So, do you know if Charlie spoke to       17:06:44
25   Sang?                                                     17:06:50
```

276

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1

 2      .

 3              (Whereupon, the deposition of

 4         FRANK FERRARA commenced at

 5         9:46 a.m. and concluded at

 6         5:16 p.m.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

283

Frank Ferrara
July 10, 2017

```
1    STATE OF CALIFORNIA    )
                            )
2    COUNTY OF LOS ANGELES )

3

4

5

6         I, the undersigned, declare under penalty of

7    perjury that I have read the foregoing transcript, and I

8    have made any corrections, additions, or deletions that

9    I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13        EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                      (City)            (State)

16

17

18

19   _____
20   FRANK FERRARA

21

22

23

24

25
```

284

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

1              REPORTER'S CERTIFICATE

2

3         I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

4    Certified Shorthand Reporter, certify:

5         That the foregoing proceedings were taken

6    before me at the time and place therein set forth, at

7    which time the witness was put under oath by me;

8         That the testimony of the witness and all

9    objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12        That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14        I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17        I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20        Dated this 10th day of July, 2017.

21

22

23        _____

24        Angelique Melody Ferrio
          CSR No. 6979

25

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

1        REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4        I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5   Certified Shorthand Reporter in the State of California,

6   certify that the foregoing pages are a true and correct

7   copy of the original deposition of FRANK FERRARA, taken

8   on Monday, July 10, 2017.

9        I declare under penalty of perjury under the

10  laws of the State of California that the foregoing is

11  true and correct.

12       Dated this 10th day of July, 2017.

13

14

15

16

17               _____

18               Angelique Melody Ferrio
                      CSR No. 6979

19

20

21

22

23

24

25

Frank Ferrara
July 10, 2017

# Exhibit G

Case 2:16-cv-02129-SJO-RAO  Document 407-1  Filed 08/15/17  Page 58 of 105  Page ID #:14301
Atkinson-Baker Court Reporters
www.depo.com

1                     UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                         WESTERN DIVISION

4                              - - -

5    CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
6    INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
7    A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
8                                    )
                  Plaintiffs,        )
9                                    )
          vs.                        ) No.:  2:16-cv-02129-SJO
10                                   )        (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                  Defendants.        )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                    VIDEOTAPED DEPOSITION OF

18                        CHARLES FERRARA

19                       IRVINE, CALIFORNIA

20                         JULY 7, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376

23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A33

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    UNITED STATES DISTRICT

 2               COURT CENTRAL DISTRICT OF

 3              CALIFORNIA WESTERN DIVISION

 4                        - - -

 5

 6   CORY SPENCER, AN INDIVIDUAL;     )
     DIANA MILENA REED, AN            )
 7   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,        )
 8   A CALIFORNIA NON-PROFIT PUBLIC   )
     BENEFIT CORPORATION,             )
 9                                    )
                  Plaintiffs,         )
10                                    )
         vs.                          ) No.:  2:16-cv-02129-SJO
11                                    )         (RAOx)
                                      )
12   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
13   INCLUDING BUT NOT LIMITED TO     )
     SANG LEE, BRANT BLAKEMAN, ALAN   )
14   JOHNSTON AKA JALIAN JOHNSTON,    )
     MICHAEL RAE PAPAYANS, ANGELO     )
15   FERRARA, FRANK FERRARA,          )
     CHARLIE FERRARA, ET AL.,         )
16                                    )
                  Defendants.         )
17   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

18

19

20         Videotaped deposition of CHARLES FERRARA, taken

21   on behalf of the Plaintiffs, at Premier Business Center,

22   2600 Michelson Drive, Suite 1700, Irvine, California,

23   92612, commencing at 9:36 a.m., Friday, July 7, 2017,

24   before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        HANSON, BRIDGETT, LLP
          BY:  SAMANTHA WOLFF, ESQ.
 5        425 Market Street
          26th Floor
 6        San Francisco, California 94105

 7

 8

 9   FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10        BREMER, WHYTE, BROWN & O'MEARA, LLP
          BY:  ALISON K. HURLEY, ESQ.
11        20320 S.W. Birch Street
          Second Floor
12        Newport Beach, California 92660

13

14

15   FOR THE DEFENDANTS CITY OF PALOS VERDES
     AND CHIEF OF POLICE JEFF KEPLEY:
16
          KUTAK, ROCK, LLP
17        BY:  CHRISTOPHER D. GLOS, ESQ.
          5 Park Plaza
18        Suite 1500
          Irvine, California 92614
19

20

21   FOR DEFENDANT SANG LEE:

22        BOOTH, MITCHEL & STRANGE, LLP
          BY:  JACKIE K. VU, ESQ.
23        707 Wilshire Boulevard
          Suite 3000
24        Los Angeles, California 90017

25
```

3

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR DEFENDANT BRANT BLAKEMAN:

 4         VEATCH, CARLSON, LLP
           BY:  RICHARD P. DIEFFENBACH, ESQ.
 5         1055 Wilshire Boulevard
           11th Floor
 6         Los Angeles, California 90017

 7

 8

 9    FOR THE DEFENDANT SANG LEE:

10         LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
           BY:  KRISTIN A. MCLAUGHLIN, ESQ.
11         633 West 5th Street
           Suite 4000
12         Los Angeles, California 90071

13

14

15    FOR DEFENDANT BRANT BLAKEMAN:

16         (BY TELEPHONE)
           BUCHALTER, NEMER, APC
17         BY:  ROBERT S. COOPER, ESQ.
           1000 Wilshire Boulevard
18         Suite 1500
           Los Angeles, California 90017

19

20

21    FOR DEFENDANT MICHAEL RAY PAPAYANS:

22
           (BY TELEPHONE)
23         HAVEN LAW
           BY:  PETER T. HAVEN, ESQ.
24         1230 Rosecrans Avenue
           Suite 300
25         Manhattan Beach, California 90266
```

4

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANT N.F.:

 4

 5         (BY TELEPHONE)
           LAW OFFICES OF MARK C. FIELDS, APC
 6         BY:  MARK C. FIELDS, ESQ.
           333 South Hope Street
 7         35th Floor
           Los Angeles, California 90071
 8

 9

10

11    ALSO PRESENT:  GARY BOWDEN, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                          INDEX

 2

 3    WITNESS:  CHARLES FERRARA

 4

 5    EXAMINATION BY:                          PAGE

 6         MS. WOLFF                             10

 7

 8    EXAMINATION BY:                          PAGE

 9         MR. GLOS                             190

10

11

12    EXHIBITS

13    NUMBER              DESCRIPTION         PAGE

14     266      Plaintiffs' Notice of Deposition   13
                of Defendant Charlie Ferrara
15              Dated June 15, 2017
                Consisting of six pages
16

17

18     267      Transcription of recording        140
                12823269.1
19              Consisting of seven pages

20

21     268      Xeroxed Colored Photograph        146
                Consisting of one page
22

23

24     269      Xeroxed Colored Photograph        148
                Consisting of one page
25
```

6

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2

 3    270        Xeroxed Colored Photograph          151
                 Consisting of one page
 4

 5

 6    271        Xeroxed Colored Photograph          153
                 Consisting of one page
 7

 8

 9    272        Xeroxed Colored Photograph          155
                 Consisting of one page
10

11

12    273        Xeroxed Colored Photograph          156
                 Consisting of one page
13

14

15    274        Xeroxed Colored Photograph          178
                 Consisting of one page
16

17

18    275        Xeroxed Colored Photograph          182
                 Consisting of one page
19

20

21    276        Xeroxed Colored Photograph          186
                 Fort Structure in 2016
22               Consisting of one page

23

24    277        Xeroxed Black-And-White             189
                 Photograph
25               Consisting of one page
```

7

Charles Ferrara
July 7, 2017

```
1    INDEX CONTINUED:

2

3    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

4    PAGE      LINE

5

6    16          9

7    77         19

8    175        18

9    176        11

10

11

12   INFORMATION TO BE SUPPLIED:

13   PAGE      LINE

14   (NONE)

15

16

17

18

19

20

21

22

23

24

25
```

8

```
 1              IRVINE, CALIFORNIA, FRIDAY, JULY 7, 2017

 2                        9:36 A.M.

 3                          -OOo-

 4                                                        09:35:44

 5         THE VIDEOGRAPHER:  Good morning.  I'm          09:35:45

 6    Gary Bowden, your videographer.  And I represent    09:35:47

 7    Atkinson-Baker, Incorporated, in Glendale,          09:35:50

 8    California.                                          09:35:50

 9         I'm not financially interested in this action  09:35:53

10    nor am I a relative or employee of any attorney or  09:35:56

11    any of the parties.                                 09:36:00

12         The date is July 7, 2017.  And the time is     09:36:02

13    9:36 a.m.  This deposition is taking place at       09:36:07

14    Premiere Business Center, 2600 Michelson Drive,     09:36:12

15    Suite 1700, Irvine, California.                     09:36:15

16         This is case number 2:16-cv-02129-SJO (RAOx)   09:36:19

17    entitled Spencer versus Lunada Bay Boys.  The       09:36:33

18    deponent is Charles Ferrara.  And this deposition is 09:36:38

19    being taken on behalf of the Plaintiffs.            09:36:44

20         Counsel will now please introduce themselves.  09:36:49

21    After all counsel present have introduced themselves, 09:36:52

22    the witness will be sworn in by the court reporter.  09:36:55

23         This is the beginning of D.V.D. one,           09:36:59

24    Volume One.  The D.V.D. is running and we're now on  09:37:00

25    the record.                                         09:37:03
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. WOLFF:  Good morning.  Samantha Wolff on | 09:37:04 |
| 2 | behalf of the Plaintiffs. | 09:37:06 |
| 3 | MS. HURLEY:  Good morning.  Alison Hurley on | 09:37:07 |
| 4 | behalf of the witness, Charles Ferrara. | 09:37:09 |
| 5 | MS. MCLAUGHLIN:  Kristin McLaughlin for | 09:37:11 |
| 6 | Defendant Sang Lee. | 09:37:11 |
| 7 | MR. GLOS:  Christopher Glos on behalf of the | 09:37:13 |
| 8 | City and Chief Kepley. | 09:37:17 |
| 9 | MR. FIELDS:  On the phone is Mark Fields, | 09:37:23 |
| 10 | attorney for Angelo Ferrara and N.F. | 09:37:26 |
| 11 | MR. COOPER:  Robert Cooper on behalf of the | 09:37:30 |
| 12 | Defendant Brant Blakeman. | 09:37:32 |
| 13 | | |
| 14 | CHARLES FERRARA, | |
| 15 | having first been duly sworn, was | |
| 16 | examined and testified as follows: | |
| 17 | | |
| 18 | EXAMINATION | |
| 19 | | 09:37:44 |
| 20 | BY MS. WOLFF: | 09:37:44 |
| 21 | Q.  Good morning. | 09:37:45 |
| 22 | A.  Good morning. | 09:37:45 |
| 23 | Q.  Are you represented by counsel today? | 09:37:46 |
| 24 | A.  Yes. | 09:37:48 |
| 25 | Q.  And who is your counsel? | 09:37:49 |

10

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  Ms. Bacon -- sorry.                        09:37:50

 2            MS. HURLEY:  That's okay.  Tiffany Bacon    09:37:56

 3    works in my office.                                09:37:58

 4    BY MS. WOLFF:                                      09:38:00

 5        Q.  Are there any other attorneys representing 09:38:00

 6    you other than what you just mentioned?            09:38:03

 7        A.  No.                                        09:38:05

 8        Q.  Can you please spell your name for the     09:38:05

 9    record.                                            09:38:06

10        A.  Charles Michael Ferrara, C-h-a-r-l-e-s,    09:38:06

11    M-i-c-h-a-e-l, F-e-r-r-a-r-a.                      09:38:08

12        Q.  Thank you.                                 09:38:16

13            Have you ever had your deposition taken    09:38:17

14    before?                                            09:38:19

15        A.  No.                                        09:38:19

16        Q.  Have you ever signed any written documents 09:38:20

17    like a declaration under penalty of perjury before? 09:38:22

18        A.  No.                                        09:38:25

19        Q.  Have you ever testified in court before?   09:38:26

20        A.  No.                                        09:38:28

21        Q.  So, since you're sort of new to all of this, 09:38:28

22    I'll go over some ground rules.  I'm sure that your 09:38:34

23    attorney probably went over some with you, but just 09:38:37

24    so that you understand how the process works.      09:38:39

25            Now, you're under oath which is the same oath 09:38:42
```

11

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | in 2010 or no, 2008, I'm sorry.  I broke my left arm, | 09:53:34 |
| 2 | another racing incident. | 09:53:41 |
| 3 | And then in 2012, I had a really bad one | 09:53:42 |
| 4 | where I was like had some brain sheering.  And I hit | 09:53:48 |
| 5 | my head really hard. | 09:53:53 |
| 6 | And I had to be medevaced out of the track | 09:53:55 |
| 7 | where we were racing.  And I was in the hospital for | 09:53:58 |
| 8 | 30 days. | 09:54:00 |
| 9 | And then I had to do six months of physical | 09:54:01 |
| 10 | therapy cognitive physical.  I had to do, you know, | 09:54:04 |
| 11 | and with that kind of set me back a little bit. | 09:54:10 |
| 12 | I couldn't -- the doctors told me, you're not | 09:54:13 |
| 13 | surfing again like, not to play baseball, not to | 09:54:16 |
| 14 | surf, not to ride a bike. | 09:54:19 |
| 15 | So, I started kind of rehabbing myself and | 09:54:22 |
| 16 | getting better with everything.  And I started | 09:54:26 |
| 17 | surfing again, the winter of 2015 is when I started. | 09:54:28 |
| 18 | I started paddling first.  That summer I was | 09:54:36 |
| 19 | paddling a lot.  And then I kind of worked my way up | 09:54:39 |
| 20 | back to surfing. | 09:54:42 |
| 21 | Q.  What does that mean paddling? | 09:54:43 |
| 22 | A.  Just like going out with my surfboard going | 09:54:45 |
| 23 | on the beach and paddling for a couple of miles and | 09:54:48 |
| 24 | getting conditioned for it. | 09:54:51 |
| 25 | Q.  Understood.  So then you've been surfing | 09:54:55 |

26

Charles Ferrara
July 7, 2017

| | | |
|---|---|---|
| 1 | at Lunada Bay where you see people hanging out before | 10:14:20 |
| 2 | they go surfing at Lunada Bay? | 10:14:23 |
| 3 |     A.   No. | 10:14:25 |
| 4 |     Q.   Do you know if there are any plans to rebuild | 10:14:26 |
| 5 | a structure where guys who surf there can hang out? | 10:14:28 |
| 6 |     A.   No. | 10:14:33 |
| 7 |     Q.   Have you ever received a text message from | 10:14:33 |
| 8 | someone asking you to meet up at Lunada Bay to go | 10:14:39 |
| 9 | surfing? | 10:14:42 |
| 10 |     A.   No. | 10:14:43 |
| 11 |     Q.   Have you ever received a phone call from | 10:14:43 |
| 12 | anyone asking you to meet up at Lunada Bay to go | 10:14:45 |
| 13 | surfing? | 10:14:49 |
| 14 |     A.   Can you rephrase the question? | 10:14:49 |
| 15 |     Q.   Has anyone called you and said, hey, do you | 10:14:51 |
| 16 | want to meet up and go surfing at Lunada Bay? | 10:14:53 |
| 17 |     A.   I've had talks with my dad, if he goes by, | 10:14:56 |
| 18 | we've had those conversations like, hey, the surf | 10:15:00 |
| 19 | looks kind of fun.  So, try if you can get out, let's | 10:15:03 |
| 20 | try to surf, you know, yeah, my father, yes. | 10:15:07 |
| 21 |     Q.   Anyone else? | 10:15:10 |
| 22 |     A.   No. | 10:15:11 |
| 23 |     Q.   What about E-Mails, any E-Mails with -- | 10:15:12 |
| 24 |     A.   No. | 10:15:14 |
| 25 |     Q.   -- friends or family asking you to go | 10:15:14 |

46

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | surfing? | 10:15:16 |
| 2 | A.  No.  So, like I'm computer illiterate.  I can | 10:15:17 |
| 3 | barely open my E-Mail.  It's terrible. | 10:15:21 |
| 4 | Q.  Do you ever get text messages asking you to | 10:15:25 |
| 5 | hangout at Lunada Bay? | 10:15:28 |
| 6 | A.  No. | 10:15:30 |
| 7 | Q.  And these texts, I'm sorry, you said phone | 10:15:31 |
| 8 | calls with your dad about surfing at Lunada Bay, has | 10:15:39 |
| 9 | he called you, would you say, in the past three | 10:15:41 |
| 10 | years? | 10:15:43 |
| 11 | A.  Well, before that I wasn't surfing because I | 10:15:44 |
| 12 | had my injuries, but I would say in the last year | 10:15:48 |
| 13 | since '15, '16, there has been a couple of times | 10:15:53 |
| 14 | where I was at work and he would say, try to go | 10:15:56 |
| 15 | straight after work. | 10:15:59 |
| 16 | It's worth it to come down.  There's surf or | 10:16:00 |
| 17 | I would drive by and say, dad, there are some waves. | 10:16:03 |
| 18 | It looks like fun.  That's basically it. | 10:16:07 |
| 19 | Q.  How long is the drive from San Pedro to | 10:16:10 |
| 20 | Lunada Bay? | 10:16:13 |
| 21 | A.  Oh, it's like a good, it can be, if there's | 10:16:14 |
| 22 | traffic on 25th Street, sometimes it can be like a | 10:16:19 |
| 23 | half hour, you know, 35 minutes, but it's usually | 10:16:23 |
| 24 | like 15 to 20 minutes. | 10:16:29 |
| 25 | Q.  Do you communicate with Sang Lee by cell | 10:16:31 |

Charles Ferrara
July 7, 2017

| | | |
|---|---|---|
| 1 | phone? | 10:16:43 |
| 2 | A.  No. | 10:16:43 |
| 3 | Q.  Have you ever texted or called him? | 10:16:44 |
| 4 | A.  Yes.  I used to work with him like a few | 10:16:47 |
| 5 | years ago.  We would do some -- he's a roofer.  And | 10:16:50 |
| 6 | he had some work for me.  So, I worked with him so. | 10:16:55 |
| 7 | Q.  Do you recall approximately the dates that | 10:16:59 |
| 8 | you worked with him? | 10:17:01 |
| 9 | A.  The years probably, let me think, um, | 10:17:02 |
| 10 | probably 2013 -- well, no, no, it's before that.  So, | 10:17:10 |
| 11 | about 2008.  And then 2014 a couple little side jobs. | 10:17:23 |
| 12 | That's pretty much it. | 10:17:36 |
| 13 | Q.  It's just working with him kind of | 10:17:37 |
| 14 | sporadically? | 10:17:40 |
| 15 | A.  Exactly. | 10:17:41 |
| 16 | Q.  Other than talking about roofing jobs, it | 10:17:42 |
| 17 | sounds like were there any other times that you | 10:17:44 |
| 18 | communicated with Sang Lee? | 10:17:47 |
| 19 | A.  No, no. | 10:17:48 |
| 20 | Q.  And that was by text or phone? | 10:17:49 |
| 21 | A.  Phone, I believe, phone. | 10:17:52 |
| 22 | Q.  And have you communicated with any other | 10:17:55 |
| 23 | Defendant by phone in the past four years? | 10:18:05 |
| 24 | MS. HURLEY:  Objection, lacks foundation, | 10:18:07 |
| 25 | calls for speculation, if you even know who the | 10:18:09 |

48

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Defendants are. | 10:18:13 |
| 2 | THE WITNESS:  Yes, can I just look? | 10:18:15 |
| 3 | BY MS. WOLFF: | 10:18:16 |
| 4 | Q.  Yes, please. | 10:18:16 |
| 5 | A.  How many years is that? | 10:18:17 |
| 6 | Q.  In the past four years? | 10:18:18 |
| 7 | A.  Four years -- | 10:18:20 |
| 8 | MS. HURLEY:  For the record the witness is | 10:18:20 |
| 9 | referring to only the list of the Defendants on the | 10:18:22 |
| 10 | caption that was part of Exhibit 266. | 10:18:24 |
| 11 | THE WITNESS:  So, that would mean that I have | 10:18:28 |
| 12 | talked with Sang Lee because that was in those four | 10:18:30 |
| 13 | years about working. | 10:18:32 |
| 14 | Um, I don't talk to Brant. | 10:18:35 |
| 15 | I haven't talked to Alan. | 10:18:40 |
| 16 | I don't talk to Michael. | 10:18:42 |
| 17 | I've talked to my Uncle Angelo. | 10:18:44 |
| 18 | BY MS. WOLFF: | 10:18:47 |
| 19 | Q.  You didn't talk to your Uncle Angelo? | 10:18:48 |
| 20 | A.  No.  I've talked to Angelo. | 10:18:51 |
| 21 | And I've talked to my dad. | 10:18:54 |
| 22 | And I've talked to Nick. | 10:18:55 |
| 23 | Q.  And when you've had discussions with your | 10:18:57 |
| 24 | Uncle Angelo was that about surfing at Lunada Bay? | 10:19:08 |
| 25 | MS. HURLEY:  Objection, over broad, vague and | 10:19:12 |

49

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | ambiguous. | 10:19:14 |
| 2 | THE WITNESS:  No.  It was about work. | 10:19:14 |
| 3 | BY MS. WOLFF: | 10:19:16 |
| 4 | Q.  And the same question with respect to your | 10:19:17 |
| 5 | Cousin Nick, was it ever about surfing? | 10:19:21 |
| 6 | A.  No.  It's about work.  I'm trying to have him | 10:19:25 |
| 7 | work with me a little bit.  I'm trying to get him | 10:19:29 |
| 8 | work. | 10:19:32 |
| 9 | Q.  You're trying to get your Cousin Nick some | 10:19:33 |
| 10 | work? | 10:19:35 |
| 11 | A.  Yeah, a little work, yeah, so. | 10:19:35 |
| 12 | Q.  I apologize if I have asked this before.  I | 10:19:40 |
| 13 | don't think that I have. | 10:19:46 |
| 14 | Have you ever E-Mailed any Defendant in this | 10:19:47 |
| 15 | lawsuit related to surfing at Lunada Bay within the | 10:19:49 |
| 16 | past four years? | 10:19:53 |
| 17 | A.  No. | 10:19:55 |
| 18 | Q.  Have you ever E-Mailed any Defendant in this | 10:19:55 |
| 19 | lawsuit about non-locals accessing Lunada Bay in the | 10:20:01 |
| 20 | last four years? | 10:20:06 |
| 21 | A.  No. | 10:20:07 |
| 22 | Q.  Do you know if there's a day each year when | 10:20:07 |
| 23 | locals come together to pickup trash at Lunada Bay? | 10:20:14 |
| 24 | A.  I've heard, I think, on Earth day.  I don't | 10:20:18 |
| 25 | know the exact date.  We just naturally just try to | 10:20:23 |

50

| | | |
|---|---|---|
| 1 | D-F-T point BB.000082. | 12:06:36 |
| 2 | MS. HURLEY:  Okay. | 12:06:44 |
| 3 | BY MS. WOLFF: | 12:06:45 |
| 4 | Q.  Do you recall seeing that interaction that's | 12:06:45 |
| 5 | recorded on that video while you were there that day? | 12:06:48 |
| 6 | A.  No. | 12:06:51 |
| 7 | Q.  Had you gone surfing by then do you think? | 12:06:51 |
| 8 | A.  Yeah, yeah. | 12:06:54 |
| 9 | Q.  Okay.  And again, that was Alan Johnston in | 12:06:54 |
| 10 | the video? | 12:06:59 |
| 11 | A.  Yes. | 12:07:00 |
| 12 | Q.  Did you hear Brant Blakeman's voice as well | 12:07:00 |
| 13 | in that video? | 12:07:03 |
| 14 | A.  Yeah. | 12:07:04 |
| 15 | Q.  And those were the two women that you recall | 12:07:04 |
| 16 | seeing that day as well -- | 12:07:07 |
| 17 | A.  Yes. | 12:07:08 |
| 18 | Q.  -- in the video? | 12:07:08 |
| 19 | A.  Uh-huh. | 12:07:09 |
| 20 | Q.  And you spoke with Ms. Reed on another | 12:07:10 |
| 21 | occasion after that incident; didn't you? | 12:07:17 |
| 22 | A.  No. | 12:07:20 |
| 23 | Q.  That was the only time that you've ever | 12:07:20 |
| 24 | spoken with her? | 12:07:23 |
| 25 | A.  Yeah. | 12:07:25 |

134

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.  Have you ever seen her since then?          12:07:25

 2        A.  I saw her one other time, yes.              12:07:28

 3        Q.  Do you remember when that was?              12:07:30

 4        A.  That was -- I don't remember.  It was after 12:07:32

 5   that happened, a couple of months, maybe a month     12:07:40

 6   after.                                               12:07:43

 7        Q.  And what was -- I'm sorry.                   12:07:43

 8            Where did you see her?                       12:07:47

 9        A.  She was just down at the -- she was at the   12:07:48

10   cliff where we surf down at the Bay and just sitting 12:07:52

11   down there.                                          12:07:56

12        Q.  At the patio?                                12:07:56

13        A.  Yeah.                                        12:07:58

14        Q.  And what were you doing that day?            12:07:58

15        A.  I was surfing.                               12:08:00

16        Q.  Were you in the water when you saw her?      12:08:01

17        A.  No.  I came in and I just saw her.  She was  12:08:03

18   sitting at the patio and that's all.                 12:08:05

19        Q.  Did you go to the patio at all?              12:08:08

20        A.  No, but I kind of put my stuff by the patio. 12:08:10

21   So, I just saw her there, you know.                  12:08:13

22        Q.  And you didn't say anything to her?          12:08:15

23        A.  No, not one thing.                           12:08:18

24        Q.  Was anyone else there that day on the patio? 12:08:19

25   I'm sorry.                                           12:08:23
```

Charles Ferrara
July 7, 2017

1    A.  There were a couple of people.  I don't know    12:08:23

2  exactly who it was, but there were a couple of people    12:08:26

3  there.    12:08:29

4    Q.  On the patio with her?    12:08:29

5    A.  On the patio, yeah.    12:08:30

6    Q.  Do you recall who was there?    12:08:32

7    A.  I don't recall who was there exactly, but I    12:08:33

8  know that there were a couple of people.    12:08:36

9    Q.  Do you know if they were people that you knew    12:08:38

10  at the time or were they people that you had never    12:08:40

11  seen before?    12:08:43

12    A.  I don't know exactly.  My stuff wasn't on the    12:08:45

13  patio.  She was, you know, there's not that many,    12:08:49

14  she's pretty noticeable in the area.    12:08:53

15    I saw her, that was the girl that I saw that    12:08:56

16  came down the other time.  I got my stuff and went up    12:09:00

17  the trail.  That's what I usually do.    12:09:04

18    Q.  So, you saw her when you were on your way in    12:09:06

19  from surfing?    12:09:10

20    A.  Yeah.    12:09:10

21    MS. WOLFF:  So, Ms. Reed had a conversation    12:09:13

22  with a surfer at Lunada Bay after the February 13th    12:09:15

23  incident.  And she recorded the conversation on her    12:09:20

24  phone.    12:09:22

25    And there's only audio.  There's not video to    12:09:23

Atkinson-Baker Court Reporters
www.depo.com

1    she's going to sit on the beach and take pictures of        12:43:45

2    me surfing.                                                  12:43:50

3         Q.  It's understandable.                               12:43:50

4             Has anyone sent you videos of yourself             12:43:52

5    surfing?                                                     12:43:56

6         A.  No.                                                 12:43:57

7         Q.  Have you taken videos of anyone surfing at         12:43:57

8    Lunada Bay?                                                  12:44:01

9         A.  No.                                                 12:44:01

10        Q.  So, you don't share photographs or videos          12:44:01

11   with people that you surf with?                              12:44:10

12        A.  No.                                                 12:44:11

13        Q.  Can you tell me what efforts you've made to        12:44:12

14   locate prior cell phone bills from January of 2013 to       12:44:26

15   the present time?                                            12:44:31

16        A.  Um, yeah.  I just talked to my mom about the       12:44:31

17   AT&T thing.  Sorry.  What were the dates for that?          12:44:35

18        Q.  January of 2013 to the present time.               12:44:39

19        A.  Um, yeah, it's getting a hold of Sprint, and       12:44:42

20   before that, so, that was after my accident because         12:44:48

21   that was '12.                                                12:44:50

22             So, it would have been Sprint and then AT&T.       12:44:51

23   So, the Sprint one they're very hard to deal with            12:44:55

24   them still.                                                  12:45:01

25             They ended up -- I think I'm almost done with     12:45:01

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    paying them off.  I've got, AT&T bought the contract          12:45:05

2    from Sprint.  So, yeah, it was, it's a little hard            12:45:10

3    dealing with Sprint a little bit.                             12:45:15

4         They're not that helpful and neither is AT&T.            12:45:17

5    They don't really want to help me, even give me the           12:45:21

6    files.  And I haven't really tried that hard,                 12:45:25

7    honestly.                                                     12:45:28

8         Q.  Have you personally reached out to --                12:45:29

9         A.  Yes.  I try tried to reach out to AT&T and           12:45:30

10   Sprint just one time, but I didn't proceed.  I think          12:45:34

11   they were just send you like a booklet and you have           12:45:36

12   to go through.  I don't know exactly.                         12:45:40

13        My mom tried, yeah.  I think that she tried,             12:45:42

14   too, to get something from AT&T because it's on her           12:45:45

15   account.  And the Sprint thing I got nowhere with             12:45:49

16   Sprint.                                                       12:45:51

17        Q.  And you said that you think that they sent           12:45:51

18   you a booklet; did you receive anything?                      12:45:54

19        A.  Yeah, I'm sorry, I didn't receive anything.          12:45:56

20   I just know from the Sprint because that was my               12:45:59

21   account.                                                      12:46:02

22        It was just kind of getting, they talk to               12:46:02

23   this person, talk to that person, giving me a run             12:46:05

24   around.                                                       12:46:09

25        And AT&T my mom said it was under her name               12:46:09

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | for her account.  So, she just said that she couldn't | 12:46:13 |
| 2 | get something.  And I did hear somewhere that maybe | 12:46:16 |
| 3 | sending her a booklet or book with every phone call | 12:46:19 |
| 4 | or text, so, but she never got it. | 12:46:23 |
| 5 | Q.  Do you know if she ever followed up? | 12:46:26 |
| 6 | A.  I don't think so. | 12:46:28 |
| 7 | Q.  And, I'm sorry, I don't remember, when did | 12:46:28 |
| 8 | you switch from Sprint to AT&T; do you remember what | 12:46:34 |
| 9 | year or month? | 12:46:37 |
| 10 | A.  It was, not that long ago, um, 2016, like | 12:46:38 |
| 11 | April of 2016. | 12:46:50 |
| 12 | Q.  That you switched? | 12:46:52 |
| 13 | A.  Yeah. | 12:46:53 |
| 14 | Q.  Okay. | 12:46:54 |
| 15 | A.  A year ago probably, a little more than a | 12:46:55 |
| 16 | year. | 12:47:00 |
| 17 | Q.  And what steps have you taken to locate any | 12:47:00 |
| 18 | photographs that were taken at Lunada Bay? | 12:47:07 |
| 19 | MS. HURLEY:  Objection, lacks foundation, | 12:47:10 |
| 20 | vague and ambiguous. | 12:47:12 |
| 21 | BY MS. WOLFF: | 12:47:13 |
| 22 | Q.  Let me rephrase that. | 12:47:14 |
| 23 | Have you taken any steps to locate any | 12:47:17 |
| 24 | photographs of Lunada Bay that in your possession? | 12:47:18 |
| 25 | A.  No, because I don't take pictures at | 12:47:21 |

166

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              THE REPORTER:  Counsel, do you want a copy
 2    of the deposition?
 3              MR. GLOS:  Yes.
 4              MS. VU:  No.
 5              MR. DIEFFENBACH:  Yes.
 6              MS. MCLAUGHLIN:  Yes.
 7              MS. HURLEY:  Yes.
 8              MR. HAVEN:  Yes.
 9
10
11              (Whereupon, the deposition of
12              CHARLES FERRARA commenced at
13              9:36 a.m. and concluded at
14              1:40 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF CALIFORNIA   )
                           )
 2   COUNTY OF LOS ANGELES )

 3

 4

 5

 6          I, the undersigned, declare under penalty of

 7   perjury that I have read the foregoing transcript, and I

 8   have made any corrections, additions, or deletions that

 9   I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13          EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                         (City)            (State)

16

17

18

19

     _____
20   CHARLES FERRARA

21

22

23

24

25
```

195

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                     REPORTER'S CERTIFICATE

 2

 3              I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

 4      Certified Shorthand Reporter, certify:

 5              That the foregoing proceedings were taken

 6      before me at the time and place therein set forth, at

 7      which time the witness was put under oath by me;

 8              That the testimony of the witness and all

 9      objections made at the time of the examination were

10      recorded stenographically by me and were thereafter

11      transcribed;

12              That the foregoing is a true and correct

13      transcript of my shorthand notes so taken.

14              I further certify that I am not a relative or

15      employee of any attorney or of any of the parties, nor

16      financially interested in the action.

17              I declare under penalty of perjury under the

18      law of the State of California that the foregoing is

19      true and correct.

20              Dated this 7th day of July, 2017.

21

22

23              _____

24              Angelique Melody Ferrio
                CSR No. 6979
25
```

196

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1           REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4           I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5    Certified Shorthand Reporter in the State of California,

6    certify that the foregoing pages are a true and correct

7    copy of the original deposition of CHARLES FERRARA,

8    taken on Friday, July 7, 2017.

9           I declare under penalty of perjury under the

10   laws of the State of California that the foregoing is

11   true and correct.

12           Dated this 7th day of July, 2017.

13

14

15

16

17                    _____

18                    Angelique Melody Ferrio
                      CSR No. 6979
19

20

21

22

23

24

25
```

197

Charles Ferrara
July 7, 2017

# Exhibit H

Atkinson-Baker Court Reporters
www.depo.com

```
  1              UNITED STATES DISTRICT COURT

  2              CENTRAL DISTRICT OF CALIFORNIA

  3                   WESTERN DIVISION

  4                      - - -

  5   CORY SPENCER, AN INDIVIDUAL;    )
      DIANA MILENA REED, AN           )
  6   INDIVIDUAL; AND COASTAL         )
      PROTECTION RANGERS, INC.,       )
  7   A CALIFORNIA NON-PROFIT PUBLIC  )
      BENEFIT CORPORATION,            )
  8                                   )
                     Plaintiffs,      )
  9                                   )
          vs.                         ) No.:  2:16-cv-02129-SJO
 10                                   )       (RAOx)
                                      )
 11   LUNADA BAY BOYS; THE INDIVIDUAL )
      MEMBERS OF THE LUNADA BAY BOYS, )
 12   INCLUDING BUT NOT LIMITED TO    )
      SANG LEE, BRANT BLAKEMAN, ALAN  )
 13   JOHNSTON AKA JALIAN JOHNSTON,   )
      MICHAEL RAE PAPAYANS, ANGELO    )
 14   FERRARA, FRANK FERRARA,         )
      CHARLIE FERRARA, ET AL.,        )
 15                                   )
                     Defendants.      )
 16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

 17              VIDEOTAPED DEPOSITION OF

 18                      N.F.

 19                 IRVINE, CALIFORNIA

 20                  JULY 6, 2017

 21   Atkinson-Baker, Inc.
      Court Reporters
 22   www.depo.com
      (800) 288-3376
 23

 24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

 25   FILE NO:     AB06A32
```

1

Case 2:16-cv-02129-SJO-RAO   Document 407-1   Filed 08/15/17   Page 87 of 105   Page ID #:14330
Atkinson-Baker Court Reporters
www.depo.com

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4                          - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                    Plaintiffs,      )
 9                                   )
          vs.                        ) No.:  2:16-cv-02129-SJO
10                                   )        (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17

18

19

20          Videotaped deposition of N.F., taken on

21   behalf of the Plaintiffs, at Premier Business Center,

22   2600 Michelson Drive, Suite 1700, Irvine, California,

23   92612, commencing at 9:53 a.m., Thursday, July 6, 2017,

24   before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

```
 1                A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        HANSON, BRIDGETT, LLP
          BY:  SAMANTHA WOLFF, ESQ.
 5        425 Market Street
          26th Floor
 6        San Francisco, California 94105

 7

 8        OTTEN LAW, P.C.
          BY:  VICTOR J. OTTEN, ESQ.
 9        3620 Pacific Coast Highway
          Suite 100
10        Torrance, California 90505

11

12

13   FOR THE WITNESS:

14        LAW OFFICES OF MARK C. FIELDS, APC
          BY:  MARK C. FIELDS, ESQ.
15        333 South Hope Street
          35th Floor
16        Los Angeles, California 90071

17

18

19        KUTAK, ROCK, LLP
          BY:  ANTOINETTE P. HEWITT, ESQ.
20        5 Park Plaza
          Suite 1500
21        Irvine, California 92614?

22

23

24

25
```

3

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2

 3       FOR THE DEFENDANT SANG LEE:

 4       LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
         BY:  EDWARD E. WARD, JR., ESQ.
 5       633 West 5th Street
         Suite 4000
 6       Los Angeles, California 90071

 7

 8

 9       FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10       BREMER, WHYTE, BROWN & O'MEARA, LLP
         BY:  COURTNEY M. SERRATO, ESQ.
11       20320 S.W. Birch Street
         Second Floor
12       Newport Beach, California 92660

13

14

15       FOR DEFENDANT ALAN JOHNSTON:

16       LAW OFFICES OF JOHN PATRICK CAREY
         BY:  JOHN PATRICK CAREY, ESQ.
17       1230 Rosecrans Avenue
         Suite 270
18       Manhattan Beach, California 90266

19

20

21       (BY TELEPHONE)
         FOR DEFENDANT BRANT BLAKEMAN:
22
         VEATCH, CARLSON, LLP
23       BY:  JEFFREY MORRIS, ESQ.
         1055 Wilshire Boulevard
24       11th Floor
         Los Angeles, California 90017
25
```

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2

 3        (BY TELEPHONE)
          BUCHALTER, NEMER, APC
 4        BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
 5        Suite 1500
          Los Angeles, California 90017
 6

 7

 8        (BY TELEPHONE)
          HAVEN LAW
 9        BY:  PETER T. HAVEN, ESQ.
          1230 Rosecrans Avenue
10        Suite 300
          Manhattan Beach, California 90266
11

12

13

14        (BY TELEPHONE)
          BOOTH, MITCHEL & STRANGE, LLP
15        BY:  JACKIE VU, ESQ.
          707 Wilshire Boulevard
16        Suite 3000
          Los Angeles, California 90017
17

18

19

20   ALSO PRESENT:

21        Joseph Aldo Bussino, Videographer

22

23

24

25
```

5

Atkinson-Baker Court Reporters
www.depo.com

```
1                         I N D E X

2

3    WITNESS:  N.F.

4

5    EXAMINATION:                                PAGE

6        By MS. WOLFF                              9

7

8

9    EXHIBITS

10                       PLAINTIFF'S
     NUMBER              DESCRIPTION             PAGE

11   265          Plaintiffs' Notice of Deposition   14
                  of Defendant N.F.
12                Dated June 15, 2017
                  Consisting of six pages
13

14

15

16   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

17   PAGE      LINE

18    13        10

19

20   INFORMATION TO BE SUPPLIED:

21   PAGE      LINE

22       (NONE)

23

24

25
```

6

N. F.
July 6, 2017

|  |  |  |
|---|---|---|
| 1 | IRVINE, CALIFORNIA, THURSDAY, JULY 6, 2017 | |
| 2 | 9:53 A.M. | |
| 3 | -oOo- | |
| 4 | | 09:52:46 |
| 5 | THE VIDEOGRAPHER:  Good morning.  My name is | 09:53:05 |
| 6 | Joseph Aldo Bussino, your videographer.  And I | 09:53:07 |
| 7 | represent Atkinson-Baker, Incorporated in Glendale, | 09:53:11 |
| 8 | California. | 09:53:13 |
| 9 | I'm a Certified Legal Video Specialist and | 09:53:14 |
| 10 | Notary Public.  I'm not financially interested in | 09:53:16 |
| 11 | this action nor am I a relative or an employee of any | 09:53:19 |
| 12 | of the attorneys or any of the parties. | 09:53:23 |
| 13 | Today's date is July 6th, 2017.  And the time | 09:53:25 |
| 14 | on the video monitor is approximately 9:53 a.m. | 09:53:31 |
| 15 | The deposition is taking place at the | 09:53:36 |
| 16 | Premiere Business Center, 2600 Michelson Drive, | 09:53:38 |
| 17 | Suite 1700, Irvine, California, 92612. | 09:53:43 |
| 18 | The case number is 2:16-cv-02129-SJO (RAOx) | 09:53:48 |
| 19 | entitled Corey Spencer, et al., versus Lunada Bay | 09:54:01 |
| 20 | Boys, et al.  The deponent is N.F. | 09:54:06 |
| 21 | The deposition is taken on behalf of | 09:54:11 |
| 22 | Plaintiffs' counsel.  And your court reporter this | 09:54:13 |
| 23 | morning is Angelique Ferrio, also representing | 09:54:16 |
| 24 | Atkinson-Baker, Incorporated. | 09:54:19 |
| 25 | Would all counsel present in the room please | 09:54:22 |

7

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | introduce yourselves for the record and state whom | 09:54:25 |
| 2 | you represent. | 09:54:27 |
| 3 |       MS. WOLFF:  Good morning, Samantha Wolff from | 09:54:28 |
| 4 | Hanson Bridgett representing the Plaintiffs. | 09:54:31 |
| 5 |       MS. SERRATO:  Courtney Serrato representing | 09:54:33 |
| 6 | Defendants Charlie Ferrara and Frank Ferrara. | 09:54:35 |
| 7 |       MR. WARD:  Edward Ward, Junior, on behalf of | 09:54:37 |
| 8 | Sang Lee. | 09:54:40 |
| 9 |       MS. HEWITT:  Antoinette Hewitt for the City | 09:54:41 |
| 10 | and for Chief Kepley. | 09:54:43 |
| 11 |       MR. CAREY:  Pat Carey for Alan Johnston. | 09:54:44 |
| 12 |       MR. FIELDS:  Mark Fields for Angela Ferrera | 09:54:48 |
| 13 | and N.F. | 09:54:51 |
| 14 |       THE VIDEOGRAPHER:  Would counsel on the phone | 09:54:52 |
| 15 | please identify yourselves for the record. | 09:54:54 |
| 16 |       MR. COOPER:  Robert Cooper on behalf of | 09:54:58 |
| 17 | Defendant Brant Blakeman. | 09:55:00 |
| 18 |       MR. MORRIS:  Jeff Morris also on behalf of | 09:55:02 |
| 19 | Brant Blakeman. | 09:55:06 |
| 20 |       MS. VU:  Jackie Vu on behalf of Sang Lee. | 09:55:08 |
| 21 |       THE VIDEOGRAPHER:  Would the court reporter | 09:55:12 |
| 22 | please swear in the witness. | 09:55:13 |
| 23 |               N.F., | 09:55:13 |
| 24 |       having first been duly sworn, was | 09:55:13 |
| 25 |       examined and testified as follows: | 09:55:13 |

8

| | | |
|---|---|---|
| 1 | EXAMINATION | 09:55:13 |
| 2 | | 09:55:25 |
| 3 | BY MS. WOLFF: | 09:55:25 |
| 4 | Q.  Good morning.  Are you represented today by | 09:55:31 |
| 5 | counsel? | 09:55:34 |
| 6 | A.  Yes. | 09:55:34 |
| 7 | Q.  Who is that? | 09:55:34 |
| 8 | A.  Mark Fields. | 09:55:35 |
| 9 | Q.  Anyone else? | 09:55:35 |
| 10 | A.  No. | 09:55:36 |
| 11 | Q.  Can you state your name for the record, | 09:55:36 |
| 12 | please. | 09:55:38 |
| 13 | A.  N.F. | 09:55:38 |
| 14 | Q.  And how old are you today? | 09:55:39 |
| 15 | A.  18. | 09:55:41 |
| 16 | Q.  When was your birthday? | 09:55:41 |
| 17 | A.  May 18, 1999. | 09:55:43 |
| 18 | Q.  When this lawsuit was first filed in March of | 09:55:51 |
| 19 | 2016, you were under the age of 18? | 09:55:55 |
| 20 | A.  Yes. | 09:55:57 |
| 21 | Q.  You're referred to in this case frequently as | 09:55:57 |
| 22 | N.F.; right? | 09:56:01 |
| 23 | A.  Yes. | 09:56:02 |
| 24 | MS. WOLFF:  So, I'll ask that the transcript | 09:56:02 |
| 25 | refer to you only as N.F. and omit all references to | 09:56:04 |

9

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Diana Reed, had a conversation at Lunada Bay with one | 13:40:52 |
| 2 | of the guys who regularly surfs down there. | 13:40:55 |
| 3 | She says it was with Charlie Ferrera, but | 13:40:57 |
| 4 | we've heard that your brother has also taken credit | 13:41:00 |
| 5 | for it.  So, I'm going to play you a short clip and | 13:41:03 |
| 6 | ask you some questions about it. | 13:41:07 |
| 7 | A.  Okay. | 13:41:09 |
| 8 | MR. FIELDS:  And I'll object that I believe | 13:41:09 |
| 9 | that recording was illegally recorded.  We're going | 13:41:15 |
| 10 | to be making a motion in limine. | 13:41:18 |
| 11 | So, subject to that, you can ask the | 13:41:21 |
| 12 | questions that you like. | 13:41:24 |
| 13 | MS. WOLFF:  Actually, I don't need the | 13:41:27 |
| 14 | content of the video.  I don't think that it's | 13:41:29 |
| 15 | necessary. | 13:41:36 |
| 16 | MR. FIELDS:  Is that video or audio? | 13:41:55 |
| 17 | MS. WOLFF:  There's no audio. | 13:41:58 |
| 18 | MR. FIELDS:  This whole line of questioning | 13:42:01 |
| 19 | is subject to objection and that it's illegally | 13:42:02 |
| 20 | recorded. | 13:42:05 |
| 21 | | 13:42:12 |
| 22 | (Discussion held off the record.) | 13:42:12 |
| 23 | | 13:45:06 |
| 24 | MS. WOLFF:  It was produced as bates | 13:45:06 |
| 25 | Plaintiff or it's PLTF 002027. | 13:45:07 |

142

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | BY MS. WOLFF: | 13:45:13 |
| 2 | Q.  Does that voice sound familiar to you? | 13:45:13 |
| 3 | A.  Yeah. | 13:45:15 |
| 4 | Q.  Who do you think that is? | 13:45:15 |
| 5 | A.  My brother. | 13:45:17 |
| 6 | Q.  Leo? | 13:45:17 |
| 7 | A.  Yeah. | 13:45:18 |
| 8 | Q.  You don't think that's Charlie? | 13:45:19 |
| 9 | A.  No. | 13:45:20 |
| 10 | Q.  And so Leo says, essentially, that everyone | 13:45:21 |
| 11 | gets the wrong vibe because that's the hazing.  It's | 13:45:26 |
| 12 | like a fraternity. | 13:45:28 |
| 13 | Do you agree that the group of surfers at | 13:45:29 |
| 14 | Lunada Bay is like a fraternity? | 13:45:32 |
| 15 | A.  I don't think that it's like a fraternity. | 13:45:35 |
| 16 | I've never been to a fraternity.  I don't think that | 13:45:38 |
| 17 | it's like a fraternity.  I've heard how fraternities | 13:45:38 |
| 18 | are. | 13:45:45 |
| 19 | Q.  And do you disagree with him that there's | 13:45:45 |
| 20 | hazing? | 13:45:48 |
| 21 | A.  I've never had hazing.  I've never seen | 13:45:48 |
| 22 | anybody get hazed.  It's kind of different how | 13:45:52 |
| 23 | people -- | 13:45:54 |
| 24 | MR. FIELDS:  You've answered the question. | 13:45:55 |
| 25 | THE WITNESS:  Yeah. | 13:45:56 |

143

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

1        MR. FIELDS:  Copy

2        MR. MORRIS:  Copy.

3        MR. CAREY:  Copy.

4

5

6        (Whereupon, the deposition of

7        N.F. commenced at 9:53 a.m.

8        and concluded at 2:35 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1   STATE OF CALIFORNIA    )
                           )
2   COUNTY OF LOS ANGELES )

3

4

5

6            I, the undersigned, declare under penalty of

7    perjury that I have read the foregoing transcript, and I

8    have made any corrections, additions, or deletions that

9    I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13           EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                        (City)              (State)

16

17

18

19
     _____
20   N.F.

21

22

23

24

25
```

171

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

 4    Certified Shorthand Reporter, certify:

 5           That the foregoing proceedings were taken

 6    before me at the time and place therein set forth, at

 7    which time the witness was put under oath by me;

 8           That the testimony of the witness and all

 9    objections made at the time of the examination were

10    recorded stenographically by me and were thereafter

11    transcribed;

12           That the foregoing is a true and correct

13    transcript of my shorthand notes so taken.

14           I further certify that I am not a relative or

15    employee of any attorney or of any of the parties, nor

16    financially interested in the action.

17           I declare under penalty of perjury under the

18    law of the State of California that the foregoing is

19    true and correct.

20           Dated this 6th day of July, 2017.

21

22

23           _____

24           Angelique Melody Ferrio
             CSR No. 6979
25
```

N. F.
July 6, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4        I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5  Certified Shorthand Reporter in the State of California,

6  certify that the foregoing pages are a true and correct

7  copy of the original deposition of N.F., taken on

8  Thursday, July 6, 2017.

9        I declare under penalty of perjury under the

10  laws of the State of California that the foregoing is

11  true and correct.

12        Dated this 6th day of July, 2017.

13

14

15

16

17        _____

18        Angelique Melody Ferrio
          CSR No. 6979

19

20

21

22

23

24

25

# Exhibit I

1 | Mark C. Fields (#100668)
Law Offices of Mark C. Fields, APC
2 | 333 So. Hope Street, 35th Floor
Los Angeles, California 90071
3 | Tel: (213) 617-5225
Fax: (213)629-4520
4 | Email: fields@markfieldslaw.com

5 | Attorneys for Defendants
Angelo Ferrara and N.F.

6

7 | UNITED STATES DISTRICT COURT

8 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

9

10 | CORY SPENCER, an individual;
DIANA MILENA REED, an
11 | individual; and COASTAL
PROTECTION RANGERS, INC., a
12 | California non-profit public benefit
corporation;
13 |                          Plaintiffs,
14 |         v.
15 | LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
16 | not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON aka
17 | JALIAN JOHNSTON, MICHAEL
RAE PAPAYANS, ANGELO
18 | FERRARA, FRANK FERRARA,
CHARLIE FERRARA, and N.F.; CITY
19 | OF PALOS VERDES ESTATES;
CHIEF OF POLICE JEFF KEPLEY, in
20 | his representative capacity; and DOES 1
– 10,
21
22 |                          Defendants.

Case No. 2:16-cv-2129-SJO (RAOx)
The Hon. S. James Otero, Ctrm. 10C

**DECLARATION OF LEO FRANK
FERRARA**

Action Commenced:   3/29/2016
Trial Date:               11/7/2017

23
24
25
26
27
28

DECLARATION OF LEO FRANK FERRARA

FERRARA00001

2136294520                                          02:03:28 p.m.   04-14-2017      3/3

# DECLARATION OF LEO FRANK FERRARA

I, Leo Frank Ferrara, declare:

1.    The facts set forth in this declaration are personally known to me and I have first-hand knowledge of them.  I am twenty-one years old, and not a party to this action.  If called as a witness to testify, I could and would testify competently to the same.

2.    I have listened to the audio recording of a conversation between Plaintiff Diana Milena Reed and a person who she has mistakenly identified as my cousin, Charlie Ferrara.  I am the person whom Ms. Reed is speaking to during that conversation.

3.    Ms. Reed made the audio recording of my conversation with her surreptitiously and without my consent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th of April, 2017, at Palos Verdes Estates, California.

_____
LEO FRANK FERRARA

2

**FERRARA00002**

1

## **PROOF OF SERVICE**

2

3      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 20320 S.W. Birch Street, Second Floor,
4      Newport Beach, California 92660.

5      On August 15, 2017, I served the within document(s) described as:

6      DECLARATION OF TIFFANY BACON IN SUPPORT OF FRANK FERRARA'S AND CHARLIE FERRARA'S OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE
7      RELIEF PURSUANT TO FRCP 56(d)

8      on the interested parties in this action as stated on the attached mailing list.

9   [X]   (BY ELECTRONIC MAIL SERVICE) Based upon CRC Rule 2.251 or an agreement of the parties to accept electronic service I caused such document(s) to be Electronically Mailed
10          through Bremer, Whyte, Brown & O'Meara electronic mail system for the above entitled case.  Should your office require a hard copy of said document, please contact our office.

11
        Executed on August 15, 2017, at Newport Beach, California.
12
        I declare under penalty of perjury under the laws of the State of California that the
13      foregoing is true and correct.

14
        _____              _____
15          Hailey Williams                      (Signature)
            (Type or print name)

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

<u>Cory Spencer v. Lunada Bay Boys et al.,</u>

**Case No. 2:16-cv-2129-SJO**

**BWB&O CLIENT:**  **Frank and Charlie Ferrara**
**BWB&O FILE NO.:**  **1178.176**

<u>SERVICE LIST</u>

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES** and **JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |