EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:    (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES
and CHIEF OF POLICE JEFF KEPLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br>Assigned to District Judge: Hon. S. James Otero Courtroom: 10C<br><br>Assigned Discovery:<br>Magistrate Judge:  Hon. Rozella A. Oliver<br><br>**STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF**<br><br>Complaint Filed:     March 29, 2016<br>Trial Date:              November 7, 2017 |

Case No. 2:16-cv-02129-SJO (RAOx)
STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S
PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF

13700791.1

4823-7061-2301.1

Pursuant to Fed. R. Civ. P. 29, Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley ("City Defendants") and Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs") hereby stipulate as follows:

WHEREAS, the Court set the close of non-expert discovery [Docket No. 120] in this matter for Monday, August 7, 2017, and the parties understand the Court's Standing Order requires depositions to commence sufficiently in advance of the discovery cut-off date to allow the deposing party enough time to bring any discovery motion in advance of the cut-off date (S. James Otero Standing Order, ¶22(b));

WHEREAS after filing their motion for summary judgment in this matter on July 14, 2017, to assist in their preparation for trial in this matter, the City Defendants want to take a Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff Coastal Protection Rangers, Inc. ("CPR"), and served a notice to do so Thursday July 27, 2017, for a deposition to take place on Monday, August 7, 2017, or a later date if Plaintiffs stipulated to such later date;

WHEREAS, Plaintiffs' counsel and CPR were not available on Monday, August 7, 2017;

WHEREAS, beyond the unavailability due to scheduling, there was failed communication with respect to the City Defendants' notice, related to the Plaintiffs pursuing numerous discovery motions, taking the deposition of Alan Johnston (Johnston's deposition took place on August 28, pursuant to a Plaintiff-initiated motion to compel), and Plaintiffs opposing eight motions for summary judgment filed by the defendants: (1) City Defendants (opposition due July 31); (2) Defendants Sang Lee (opposition due August 7); (3) Defendant Brant Blakeman (opposition due August 7); (4) Defendant Frank Ferrara (opposition due August 7); (5) Defendant Charlie Ferrara (opposition due August 7); (6) Defendant Angelo

Ferrara (opposition due August 7); (7) Defendant Alan Johnston (opposition due August 7); and (8) Defendant Michael Rae Papayans (opposition due August 7);

WHEREAS, to allow the City Defendants to prepare for trial, the Plaintiffs do not object to the City Defendants taking CPR's person most knowledgeable deposition pursuant to Fed. R. Civ. P. 30(b)(6) in this matter after the close of discovery, and CPR agrees to produce a person most knowledgeable on Thursday, August 24, 2017, in Irvine, California;

WHEREAS, with approval of the Court of a non-expert deposition taking place after the close of discovery, Plaintiffs agree to make CPR available for a 30(b)(6) deposition in advance of trial in this matter in Irvine, California;

WHEREAS, based on the foregoing, good cause exists to modify the discovery cut-off date to permit a Fed. R. Civ. P. 30(b)(6) deposition of CPR in advance of trial;

THEREFORE, subject to the Court's approval and entry of the proposed order, the City Defendants and Plaintiffs stipulate and agree as follows:

1. The discovery cut-off set by the Court is modified to allow a single Fed. R. Civ. P. 30(b)(6) deposition of CPR to occur after the original August 7, 2017 discovery cut-off date;

2. CPR preserves its right to object to an amended deposition notice of CPR pursuant to 30(b)(6); and,

3. In the event that CPR intends to designate more than one witness to be deposed on its behalf, and in the event that all designated witnesses cannot reasonably be deposed on the stipulated August 24, 2017 date, the parties to this stipulation agree to coordinate and cooperate to select further mutually agreeable dates to permit all CPR-designated 30(b)(6) witnesses to be deposed as soon as respective schedules permit, but no later than September 15, 2017.

The City Defendants and Plaintiffs hereby request that the Court enter an

Order consistent with the above-stated Stipulation.

DATED:  August 16, 2017                    KUTAK ROCK LLP


By:     */s/ Edwin J. Richards*
    EDWIN J. RICHARDS
    ANTOINETTE P. HEWITT
    CHRISTOPHER D. GLOS
    Attorneys for Defendants
    CITY OF PALOS VERDES ESTATES
    and CHIEF OF POLICE JEFF KEPLEY


DATED:  August 16, 2017                    HANSON BRIDGETT LLP


By:     */s/ Kurt A. Franklin*
    KURT A. FRANKLIN
    LISA M. POOLEY
    SAMANTHA D. WOLFF
    TYSON M. SHOWER
    LANDON D. BAILEY
    Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
    REED, and COASTAL PROTECTION
    RANGERS, INC.

-4-   Case No. 2:16-cv-02129-SJO (RAOx)
STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF

13700791.1
4823-7061-2301.1