EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone:   (949) 417-0999
Facsimile:    (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES
and CHIEF OF POLICE JEFF KEPLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br>Assigned to District Judge:  Hon. S. James Otero Courtroom: 10C<br><br>Assigned Discovery:<br>Magistrate Judge:  Hon. Rozella A. Oliver<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF**<br><br>Complaint Filed:    March 29, 2016<br>Trial Date:               November 7, 2017 |

Case No. 2:16-cv-02129-SJO (RAOx)

[PROPOSED] ORDER GRANTING STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF

13700840.1

4824-3857-3133.1

The Court, having reviewed the Stipulation to Take Non-Expert Deposition of Coastal Protection Rangers, Inc.'s Person Most Knowledgeable After Discovery Cut-Off by Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley ("City Defendants") and Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. ("Plaintiffs"), and good cause appearing, hereby orders:

1. The discovery cut-off set by the Court is modified to allow a single Fed. R. Civ. P. 30(b)(6) deposition of CPR to occur after the original August 7, 2017 discovery cut-off date;

2. CPR preserves its right to object to an amended deposition notice of CPR pursuant to 30(b)(6); and,

3. In the event that CPR intends to designate more than one witness to be deposed on its behalf, and in the event that all designated witnesses cannot reasonably be deposed on the stipulated August 24, 2017 date, the parties to this stipulation agree to coordinate and cooperate to select further mutually agreeable dates to permit all CPR-designated 30(b)(6) witnesses to be deposed as soon as respective schedules permit, but no later than September 15, 2017.

IT IS SO ORDERED.

DATED: August ___, 2017

S. JAMES OTERO
United States District Court Judge

-2-

Case No. 2:16-cv-02129-SJO (RAOx)

[PROPOSED] ORDER GRANTING STIPULATION TO TAKE NON-EXPERT DEPOSITION OF COASTAL PROTECTION RANGERS, INC.'S PERSON MOST KNOWLEDGEABLE AFTER DISCOVERY CUT-OFF

13700840.1
4824-3857-3133.1