Mark C. Fields (#100668)
Law Offices of Mark C. Fields, APC
333 So. Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 617-5225
Fax: (213)629-4520
Email: fields@markfieldslaw.com

Attorney for Defendant
Angelo Ferrara

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation;<br>            Plaintiffs,<br>v.<br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1 – 10,<br>            Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to District Judge:<br>Hon. S. James Otero; Courtroom: 10C<br>@ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>**DEFENDANT ANGELO FERRARA'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    September 5, 2017<br>Time:   10:00 a.m.<br>Ctrm:   10C; Hon. S. JAMES OTERO<br><br>Complaint Filed:  March 29, 2016<br>Trial:              November 7, 2017 |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendant Angelo Ferrara ("Angelo") hereby respectfully submits the following Reply to Plaintiffs' Opposition to the Individual Defendants' Motions For Summary Judgment. (Docket # 328).

Angelo joins in the Replies filed or to be filed by all Defendants to Plaintiffs' Oppositions to the Motions For Summary Judgment, Partial Summary Judgment, and/or Summary Adjudication filed or to be filed by all the Defendants in this lawsuit. *Vasquez v. Central States Joint Bd.*, 447 F. Supp.2d 833, 867 (N.D. Ill. 2008).

Based on the history of this case, other Defendants will brief the issues so thoroughly that Angelo does not believe it will be helpful or necessary to add to the mountain of paper that continues to accumulate in the case, so this Reply will be extremely brief and will attempt simply to provide some overall perspective.

Plaintiffs' Statement Of Genuine Disputes Of Material Fact pertaining to Angelo (Docket # 340) ("Plaintiffs' Statement Re Angelo") confirms that there is no competent evidence of Angelo engaging in any wrongful behavior. Plaintiffs' Statement Re Angelo engages in semantic quibbling, such as Plaintiff's can't recall meeting Angelo versus Plaintiff's never meeting Angelo. I don't recall meeting versus I didn't meet is a distinction without a difference with respect to the determination of Angelo's Motion For Partial Summary Judgment.

If there were an Olympic sport of throwing spaghetti against a wall to see what would stick, Plaintiffs would take home the gold. For instance, the so-called Expert Declaration Of Peter Neushall (Docket # 380) informs the Court that 58% of African-Americans children do not know how to swim compared to 31% of white children. (Docket #380, p. 4, ll. 24 – 27. OK, what's the Court supposed to do with that factoid?

Plaintiffs' strategy is to bury the Court with endless declarations and exhibits.

Plaintiffs' have submitted Plaintiffs' Additional Material Facts pertaining to all the Individual Defendants (Docket # 329). Plaintiffs to a large extent seem to be attempting to relitigate their (denied) Motion For Class Certification. Plaintiffs have unleashed a tsunami of paper, but to what point? What does it add up to? Blakeman is rude?; Johnston a jerk? And none of it pertains to Angelo, who stands accused of surfing at Lunada Bay for fifty years without a single incident or act of wrongful conduct being perpetrated by him, who just wants to live his life and fix cars at his auto body shop rather than being engulfed in this maelstrom of an overpled and overblown federal case, with maritime jurisdiction established by a thread.

Dated: August 17, 2017

LAW OFFICES OF MARK C. FIELDS, APC

By _____
Mark C. Fields
Attorneys for Defendant
Angelo Ferrara