**LEWIS BRISBOIS BISGAARD & SMITH** LLP
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, SANG LEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>           Plaintiffs,<br><br>       vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and ___N.F.___; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>           Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DEFENDANT SANG LEE'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Opposition & Objections to Request for Judicial Notice; Response to Additional Material Facts; and Evidentiary Objections]*<br><br>Date:   September 5, 2017<br>Time:   10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint filed: March 29, 2016<br>Trial Date:      November 7, 2017 |

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

/ / /

Defendant Sang Lee ("Defendant Lee") hereby replies to Plaintiffs' Opposition to Individual Defendants' Motions For Summary Judgment (Plaintiffs' Opposition).

## I. THE BAY BOYS

Plaintiffs have failed to address any of the claims raised by Defendant Lee in his motion for partial summary judgment. Instead, plaintiffs make broad sweeping claims about the "Bay Boys." While plaintiffs allege that the "Bay Boys" have threatened, coerced, and committed torts against plaintiffs, there is no evidence to suggest that Defendant Lee threatened, coerced, or committed torts against plaintiffs. Particularly, since Defendant Lee never interacted with plaintiffs. [Separate Statement of Uncontroverted Facts ("SSUF") 5, 10].

## II. PLAINTIFFS LACK EVIDENCE REQUIRED TO SUPPORT A CONSPIRACY CLAIM

"Under California law, a conspiracy is an agreement entered into between two or more persons with the specific intent to agree to commit a specified crime, with the further specific intent to commit that crime, followed by an overt act committed in the state by one (or more) of the parties for the purpose of accomplishing the object of the agreement." (*United States v. Fernandez* (9th Cir. 2004) 388 F.3d 1199, 1225).

Plaintiffs allege the Lunada Bay Boys are comprised of the eight individually named defendants and Does 1-10 [(Docket No. 1, ¶7) (Plaintiffs' Additional Matieral Facts ("PAMF") 24-88)]. However, plaintiffs rely on evidence of Defendant Lee's communication with non-Bay Boys to support their claim for conspiracy. [(PAMF 25)[1] (PAMF 26)[2]]. Not only is this evidence irrelevant, but it

---

[1] Plaintiffs site to an email from Sang Lee to Brad Ringer, Charlie Beukema, Charlie Mowatt, Colm Gallagher, David Camplin, Dave Mello, David Millcreek, Derek Debraal, Eric Binz, Geoff Dsena, Greg Jehelkas, Jay Duston, Joe Bark, John Camplin, Andy Patch, Art Rozzi, Mark Griep, Michael Papayans, Woddy Ris, Peter Babros, Reno Caldwell, Steven Fairbrother, and Tom Sullivan.

fails to prove that Defendant Lee conspired with the named defendants in this suit. While defendant Michael Papayans is included in one of the emails, the remaining twenty-two (22) recipients are not defendants in this suit.

Plaintiffs also rely on evidence that Defendant Lee made phone calls to individuals named Charlie Mowat and David Melo (PAMF 42). Not only do plaintiffs fail to provide evidence that the phone numbers they allege in fact belong to Mr. Mowat and Mr. Melo, but even if they did, these phone records do not prove a conspiracy between the "Bay Boys" as Mowat and Melo are not defendants to this suit.

Plaintiffs further argue that Defendant Lee is a member of the Bay Boys because he attended Palos Verdes High School. (PAMF 28). This is not sufficient evidence to prove that someone is part of a conspiracy.

Plaintiffs also claim that Defendant Lee called Defendant Brant Blakeman sixty-two (62) times on January 29, 2016. (Plaintiffs' Opposition p.7:26-27). However, plaintiffs fail to provide any evidence that it was in fact Brant Blakeman who Defendant Lee was calling. Plaintiffs allege Defendant Lee made phone calls that day to a phone number with the last four digits of "3917." (PAMF 40). However, plaintiffs have provided no evidence to suggest the last four digits of Brant Blakeman's phone number are "3917." In fact, plaintiffs allege that the last four digits of Brant Blakeman's phone number are either "7934" or "7634." (PAMF 43).

While the records indicate Defendant Lee made two phone calls on January 29, 2016 to a phone number with the last four digits of "7934," even if we assume this was Brant Blakeman's phone number, two phone calls do not create evidence of a conspiracy.

---

[2] Plaintiffs site to another email between Sang Lee and Tom Sullivan.

### III. DEFENDNAT LEE DID NOT INTERACT WITH PLAINTIFFS

While plaintiffs continue to attempt to structure this suit like a class action lawsuit, the claims in this suit are being brought by plaintiffs Cory Spencer ("Spencer"), Diana Milena Reed ("Reed"), and the Coastal Protection Rangers solely. Spencer has only seen Lee on one occasion. (SSUF 3). Lee has never spoken to Spencer. (SSUF 5). Lee has never threatened Spencer. (SSUF 6). Lee has never made any physical contact with Spencer. (SSUF 7). Reed has never had any interaction with Lee and did not see him during any of her visits to Lunada Bay. (SSUF 10).

### IV. CONCLUSION

For the foregoing reasons, and those set forth in the Motion, Defendant Lee respectfully requests the Court to grant partial summary judgment.

DATED: August _17_, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     /s/ Tera A. Lutz
        Dana Alden Fox
        Edward E. Ward, Jr.
        Tera A. Lutz
        Attorneys for Defendant SANG LEE