**VEATCH CARLSON, LLP**
A Partnership Including Professional Corporations
1055 Wilshire Boulevard, 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
RICHARD P. DIEFFENBACH, State Bar No. 102663
*rdieffenbach@veatchfirm.com*
JOHN E. STOBART, State Bar No. 248741
*jstobart@veatchfirm.com*

**BUCHALTER, APC**
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700
ROBERT S. COOPER, State Bar No. 158878
rcooper@buchalter.com

Attorneys for Defendant,
BRANT BLAKEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | **CASE NO.: 2:16-CV-2129-SJO-RAO**<br>**Hon. S. James Otero, Ctrm. 10C**<br><br>**OPPOSITION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>DATE:   September 5, 2017<br>TIME:   10:00 a.m.<br>CTRM:   10C<br>1st Street Courthouse<br><br>[Filed Concurrently with Defendant's Reply in Support of Motion For Summary Judgment, and Motion to Strike]<br><br>**Action Commenced:**   03/29/2016<br>**Discovery Cutoff:**   08/17/2017<br>**Pretrial Conf.:**   10/23/2017<br>**Trial Date:**   11/07/2017 |

1
**OPPOSITION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs seek to introduce newspaper articles via Rule 201(b)(2). EFC No. 303 and 330. Plaintiffs then cite to quotations found in the newspapers in their opposition to defendant's motion for summary judgment. See, EFC No. 328, pgs. 1:20, 2:3, 4:8, 6:26. However, the newspaper articles themselves are hearsay. *Fed.R.Evid.* 801 Furthermore, "Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.' (Citation.)" *Von Saher v. Norton Simon Museum of Art at Pasadena.* 592 F.3d 954, 960 (9th Cir. 2010).

Dated: August 17, 2017          **VEATCH CARLSON, LLP**

                                By: /s/ John E. Stobart
                                    RICHARD P. DIEFFENBACH
                                    JOHN E. STOBART
                                    Attorneys for Defendant,
                                    BRANT BLAKEMAN

Dated: August 17, 2017          **BUCHALTER NEMER**

                                By: /s/ Robert S. Cooper
                                    ROBERT S. COOPER
                                    Attorneys for Defendant,
                                    BRANT BLAKEMAN