**VEATCH CARLSON, LLP**
A Partnership Including Professional Corporations
1055 Wilshire Boulevard, 11th Floor
Los Angeles, California 90017
Telephone (213) 381-2861
Facsimile (213) 383-6370

ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
RICHARD P. DIEFFENBACH, State Bar No. 102663
*rdieffenbach@veatchfirm.com*
JOHN E. STOBART, State Bar No. 248741
*jstobart@veatchfirm.com*

**BUCHALTER, APC**
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700
ROBERT S. COOPER, State Bar No. 158878
rcooper@buchalter.com

Attorneys for Defendant,
BRANT BLAKEMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, <br><br> Defendants. | **CASE NO.: 2:16-CV-2129-SJO-RAO** <br> **Hon. S. James Otero, Ctrm. 10C** <br><br> **DEFENDANT BLAKEMAN'S MOTION TO STRIKE** <br><br> DATE:         September 5, 2017 <br> TIME:         10:00 a.m. <br> CTRM:        10C <br>                     1st Street Courthouse <br><br> [Filed Concurrently with Defendant's Reply in Support of Motion For Summary Judgment, and Opposition to Plaintiffs' Request for Judicial Notice] <br><br> **Action Commenced:     03/29/2016** <br> **Discovery Cutoff:         08/17/2017** <br> **Pretrial Conf.:             10/23/2017** <br> **Trial Date:                  11/07/2017** |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Defendant BRANT BLAKEMAN seeks to strike the following Exhibits filed in opposition to his motion for summary judgment because they lack foundation, they are unauthenticated, and they are hearsay. Fed.R.Evid. 602, 801, and 901. Furthermore, the conversation was illegally recorded. *Cal. Penal Code* §632; EFC No. 362, p. 4 "**Man:** You know, I don't even know that you see, like are you recording? I don't know. **Woman:** No, I'm not recording."

    (1) Exhibit 38, EFC No. 385, Audio conversation with Plaintiff Diana Reed.

    (2) Exhibit 43, EFC 362, Transcript of conversation between a "Man" and a "Woman"

Defendant BRANT BLAKEMAN seeks to strike the following declarations because they do not have "any conceivable relevance to the matters [the Court is] called upon to decide in resolving the Summary Judgment Motion." *In re Aircraft Investor Resources, LLC* 2011 WL 2292313, at *2 (Bankr. D. Or., 2011).

    (1)    Exhibit 12    ECF No. 347: Declaration of Bruce Bacon ISO plaintiff's Motion for Class Certification.

    (2)    Exhibit 16    ECF No. 354: Declaration of James Conn ISO plaintiffs Motion for Class Certification.

    (3)    Exhibit 17    ECF No. 356: Declaration of Michael Alexander ISO plaintiffs Motion for Class Certification.

    (4)    Exhibit 18    ECF No. 361: Declaration of Jason Gersch ISO plaintiffs Motion for Class Certification.

    (5)    Exhibit 19    ECF No. 364: Declaration of John Geoffrey ISO plaintiffs Motion for Class Certification.

    (6)    Exhibit 20    ECF No. 366: Declaration of John W. Innis ISO plaintiffs Motion for Class Certification.

    (7)    Exhibit 21    ECF No. 368: Declaration of Daniel Jongeward ISO plaintiffs Motion for Class Certification.

(8)     Exhibit 22   ECF  No. 370: Declaration of Sef Krell ISO plaintiffs Motion for Class Certification.

(9)     Exhibit 23   ECF  No. 372: Declaration of Joseph Lanning ISO plaintiffs Motion for Class Certification.

(10)   Exhibit 24   ECF  No. 373: Declaration of John Macharg ISO plaintiffs Motion for Class Certification.

(11)   Exhibit 25   ECF  No. 375: Declaration of Carl Marsch ISO plaintiffs Motion for Class Certification.

(12)   Exhibit 26   ECF  No. 381: Declaration of Stephen Neushul ISO plaintiffs Motion for Class Certification.

(13)   Exhibit 27   ECF  No. 383: Declaration of Peter Neushul ISO plaintiffs Motion for Class Certification.

(14)   Exhibit 29   ECF  No. 382: Declaration of Sharlean Perez ISO plaintiffs Motion for Class Certification.

(15)   Exhibit 31   ECF  No. 378: Declaration of Bejamin Slounit.

(16)   Exhibit 32   ECF  No. 378: Declaration of Michael Sisson ISO plaintiffs Motion for Class Certification.

(17)   Exhibit 33   ECF  No. 377: Declaration of Mark Slatten ISO plaintiffs Motion for Class Certification.

(18)   Exhibit 35   ECF  No. 375: Declaration of Blake Will ISO plaintiffs Motion for Class Certification.

(19)   Exhibit 37   ECF  No. 372: Declaration of Stephen W. Young ISO plaintiffs Motion for Class Certification.

Dated: August 17, 2017                         **VEATCH CARLSON, LLP**


                                 By:  /s/ John E. Stobart
                                 RICHARD P. DIEFFENBACH
                                 JOHN E. STOBART
                                 Attorneys for Defendant,
                                 BRANT BLAKEMAN