**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant SANG LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and ___N.F.___; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DEFENDANT SANG LEE'S OPPOSITION AND OBJECTION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>*[Filed concurrently with Reply; Response to Additional Material Facts; Evidentiary Objections]*<br><br>Date:   September 5, 2017<br>Time:   10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint filed:  March 29, 2016<br>Trial Date:        November 7, 2017 |

/ / /

4831-1844-6669.1                                                                   2:16-cv-2129
DEFENDANT SANG LEE'S OPPOSITION AND OBJECTION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

Defendant Sang Lee ("Defendant Lee") opposes and objects to Plaintiffs' Request for Judicial Notice in Opposition to Individual Defendants' Motions For Summary Judgment or, in the alternative, Summary Adjudication. Defendant Lee requests the right "to be heard on the propriety of taking judicial notice and the nature of the fact[s] to be noticed." Fed. R. Evid. 201 (e); *1-800-411-Pain Referral Service, LLC v. Otto,* 744 F.3d 1045, 1063 fn.13 (8th Cit. 2014). If the Court declines to conduct a formal hearing, Defendant Lee respectfully requests that the Court look to Plaintiffs' Request for Judicial Notice and this opposition and objection in making its determination regarding judicial notice. *See Center for Biological Diversity, Inc. v. BP America Production Co.,* 704 F.3d 413, 423 (5th Cir. 2013)- Fed. R. Evid. 201(b) does not require a formal hearing under all circumstances.

Plaintiffs' Exhibits A, B, and C are newspaper articles, which generally cannot be judicially noticed as sources to establish facts as indisputable. *See Cofield v. Alabama Pub. Serv. Comm'n,* 936 F.2d 512, 517 (11th Cir. 1991). Plaintiffs attempt to establish additional material facts by reference to these exhibits. *See* Dkt. No. 301, ¶¶ 152-153. Courts may take judicial notice of newspaper articles for certain limited purposes other than for the truth contained in those articles. *See, e.g., Voh Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010)- judicial notice taken to indicate whether contents of the articles were in fact true; *United States ex rel. Osheroff v. Humana Inc.,* 776 F.3d 805, 811 fn.4 (11th Cir. 2015)- judicial notice taken of statements contained in documents, but not for deciding truth of those statements.

/ / /
/ / /
/ / /
/ / /

Because Plaintiffs fail to provide any information, legal authority, or other support for the Request for Judicial Notice, the nature and purpose of the requested judicial notice cannot be ascertained. Therefore, Defendant Lee respectfully requests that the Court decline to exercise judicial notice of these newspaper articles in any capacity.

Based upon the foregoing, Defendant Lee opposes and objects to Plaintiffs' Request for Judicial Notice, and asks the Court to deny the Request for Judicial Notice.

DATED: August __17__, 2017    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Tera A. Lutz_____
Dana Alden Fox
Edward E. Ward, Jr.
Tera A. Lutz
Attorneys for Defendant SANG LEE