**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
EDWARD EARL WARD JR. SB#249006
  E-Mail: Edward.Ward@lewisbrisbois.com
TERA A. LUTZ, SB# 305304
  E-Mail: Tera.Lutz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant SANG LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; and ____N.F.____; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>Assigned District Judge Hon. S. James Otero, Courtroom 10C<br><br>Discovery Assigned to Magistrate Judge Hon. Rozella A. Oliver<br><br>**DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:   September 5, 2017<br>Time:  10:00 a.m.<br>Crtrm.: 10C<br><br>Complaint filed:   March 29, 2016<br>Trial Date:           November 7, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1    Defendant Sang Lee ("Defendant Lee") hereby submits the following

2    Response in Opposition to Plaintiffs' Additional Material Facts in Opposition to

3    Individual Defendants' Motions for Summary Judgment or, in the alternative,

4    Summary Adjudication ("Motion").

5                          **RESPONSE TO**

6    **Issue #1:    Lunada Bay Is A Unique Part Of the California Coast And A**

7    **Public Beach Owned By the City, And Under A Grant From The State of**

8    **California, Is Reserved To the People of California**

| Plaintiffs' Additional Material Facts: | Defendant Lee's Response to Plaintiffs' Additional Material Facts: |
|---|---|
| 1.  Palos Verdes Estates Shoreline Preserve and specifically Lunada Bay constitute an asset of priceless value, and exceptional and dramatic beauty.  Lunada Bay is owned by the City and is a world class wave. | 1.  Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |

**Plaintiffs' Evidence:**

City Responses to Plaintiffs' Separate Statement.  Undisputed Material Facts ISO Class Certification [Docket No. 189] Nos. 1 ("Lunada Bay is owned by the City of Palos Verdes Estates and is a public beach") ("Lunada Bay is a unique world class surfing site, and offers many recreational opportunities"), 5; Willis Decl. ISO Opp. to City MSJ, ¶¶

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | Plaintiffs' Additional Material Facts: | Defendant Lee's Response to Plaintiffs' Additional Material Facts: |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | 8, 9, 10, 11, 15 [Docket No. 309] | |
| 4 | ("Lunada Bay is a world class wave . . ") | |
| 5 | and Ex. 4 ("Palos Verdes Estates | |
| 6 | Shoreline Preserve constitutes an asset of | |
| 7 | priceless value." p. 87) (Palos Verdes | |
| 8 | "has a shoreline of exceptional and | |
| 9 | dramatic scenic beauty . . .") (p. 115); | |
| 10 | Johnston Depo. 44:10-25. ("Q. If Ms. | |
| 11 | Lawry quoted you in an article as saying | |
| 12 | that a good day surfing with my friends | |
| 13 | is like 5 grand to me, do you have any | |
| 14 | reason to doubt that she accurately | |
| 15 | quoted you? A. I might have said that. I | |
| 16 | mean, now that I -- now that I'm | |
| 17 | thinking about it, it's worth more than | |
| 18 | that, and it's worth less than that. You | |
| 19 | can't put a monetary value on surfing, | |
| 20 | you know. It cost money to travel and | |
| 21 | stay in hotels and surfboards cost money | |
| 22 | and stuff, but the feeling is -- you can't | |
| 23 | equate like to anything financial. "); Lee | |
| 24 | Depo. 88:22-25, 89:("[I] am not a rich | |
| 25 | person , all [I] have is my word , my | |
| 26 | good friends ( who back me up 110% n | |
| 27 | not 98 % ), [I] am not going to have a | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Plaintiffs' Additional Material Facts: | Defendant Lee's Response to Plaintiffs' Additional Material Facts: |
|---|---|
| mansion on the cliff or drive a $ 100,000 car but what [but what I] have is priceless ….. this place has given me soooooooooo much [I] cant even start.....” ); Barber Depo. 112:18-22, Ex. 263 (“Q:  And I'm going to – 263 I'm going to put in front of you, Sergeant Barber. Do you recognize that as being a map of the general Lunada Bay coastal area? A:  Yes.”). | |
| 2.  The State of California granted Lunada Bay and the rest of the Palos Verdes Estates Shoreline Preserve to the City, but it is reserved for the People of California.<br><br>**Plaintiffs' Evidence:**<br>Willis Decl., ¶¶ 8-11[Docket No. 309]. | 2. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |

**Issue #2: Plaintiffs Coastal Protection Rangers, Reed, and Spencer Have Standing to Obtain Relief Against The Individual Defendants**

| Plaintiffs' Additional Material Facts: | Defendant Lee's Response to Plaintiffs' Additional Material Facts: |
|---|---|
| 3.  Coastal Protection Rangers (CPR) is a California non-profit public | 3. Undisputed. However, this fact is irrelevant to the claims against |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1  benefit corporation whose mission | Defendant Lee. |
| 2  is dedicated to ensuring public | |
| 3  access to the California coast. | |
| 4  **Plaintiffs' Evidence:** | |
| 5  City Responses to Plaintiffs' Separate | |
| 6  Statement of Undisputed Facts ISO Class | |
| 7  Certification No. 14 ("The Coastal | |
| 8  Protection Rangers, Inc. is a nonprofit | |
| 9  dedicated to ensuring beach access and | |
| 10  environmental justice.  CPR believes all | |
| 11  visitors should be able to visit Lunada | |
| 12  Bay without fear of attack or vandalism. | |
| 13  Undisputed")  [Docket No. 189]; Slatten | |
| 14  Decl. ISO Motion for Class Certification | |
| 15  ¶ 2 [Docket No. 159-6]; Apostol Decl. | |
| 16  ISO Opp. City MSJ, ¶¶ 2,3 [Docket No. | |
| 17  304]. | |
| 18  4.  Non-profit coastal advocacy | 4. Undisputed. However, this fact |
| 19  groups like CPR provide | is irrelevant to the claims against |
| 20  important support to the California | Defendant Lee. |
| 21  Coastal Commission. | |
| 22  **Plaintiffs' Evidence:** | |
| 23  Willis Decl. ISO Opp. City MSJ, ¶¶ 3, 4, | |
| 24  5, 6, 7, 11, 12 [Docket No. 309]. | |
| 25  5.  To CPR, the beach represents | 5. Undisputed. However, this fact |
| 26  freedom, a place to gather with | is irrelevant to the claims against |
| 27  friends, and a place for people to | Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| express themselves.<br><br>**Plaintiffs' Evidence:**<br><br>Slatten Decl. ISO Motion for Class Certification ¶ 4 [Docket No. 159-6]. | |
| 6. To CPR, the California coast is the largest open space near urban areas that have too little access to recreation, parks, nature and the outdoors.<br><br>**Plaintiffs' Evidence:**<br><br>Slatten Decl. ISO Motion for Class Certification ¶ 4 [Docket No. 159-6]. | 6. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 7. Beach access is central to CPR's mission.<br><br>**Plaintiffs' Evidence:**<br><br>Slatten Decl. ISO Motion for Class Certification ¶ 8 [Docket No. 159-6]; Apostol Decl. Opp. ISO City MSJ, ¶¶ 2, 3, 4, 8, 9, 10, 11,14,16 [Docket No. 304]. | 7. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 8. CPR board members, members, and/or volunteers have suffered from unlawful exclusion by the City (and by the Bay Boys and its members, including the individual Defendants) at Lunada Bay, including exclusion based on where they live, race and gender. | 8. Plaintiffs evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

6

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| **Plaintiffs' Evidence:** Slatten Decl. ISO Motion for Class Certification ¶ 7 [Docket No. 159-6]; Apostol Decl. Opp. ISO City MSJ, ¶¶ 4, 6, 9, 10, 12, 13, 14, 16 [Docket No. 304]. | |
| 9.  CPR's members, volunteers and the people it helps include people of color, people with disabilities, women, and people of different sexual orientations who are concerned about illegal exclusion from the coast.<br>**Plaintiffs' Evidence:**<br>Apostol Decl. Opp. ISO City MSJ, ¶¶ 3, 6, 8, 9, 10, 11, 12, 14, 16 [Docket No. 304]. | 9. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 10. CPR has investigated illegal exclusion by the Bay Boys and the City, and on behalf of its members and volunteers wants to remedy unequal treatment against persons of color, women, the poor, and other protected categories – and on behalf of its members and volunteers specifically desires to address civil rights issues as they relate to beach access. | 10. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| **Plaintiffs' Evidence:** Slatten Decl. ISO Motion for Class Certification ¶¶ 9,10, 11, 13 [Docket No. 159-6]; Apostol Decl. Opp. ISO City MSJ, ¶¶ 3, 5, 6, 7, 8, 10, 11, 12, 14 [Docket No. 304]. | |
| 11. CPR has diverted resources to achieve open access for all at Lunada Bay, and if it were not for the illegal exclusivity by the Bay Boys and City, these resources could be used for other important CPR projects related to coastal access.<br>**Plaintiffs' Evidence:**<br>Apostol Decl. Opp. ISO City MSJ, ¶ 15 [Docket No. 304]. | 11. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. This fact is irrelevant to the claims against Defendant Lee. |
| 12.The Bay Boys, along with the City, are causing CPR's members and volunteers irreparable harm.<br>**Plaintiffs' Evidence:**<br>Willis Decl. ISO Opp. to City MSJ, ¶ 4 [Docket No. 309] ("Without judicial assistance, I am of the opinion that the potential remains that beachgoers are being denied access to Lunada Bay in violation of the law, and, thus, are | 12. Plaintiffs evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | continuing to suffer irreparable harm."). | |
| 2 | 13. Diana Reed is a female outsider | 13. Plaintiffs evidence lacks |
| 3 | who has been harassed at Lunada | support that Defendant Lee is a |
| 4 | Bay by the Bay Boys, and is | member of the Bay Boys. |
| 5 | deterred from visiting Lunada | Therefore, this fact is irrelevant to |
| 6 | Bay. | the claims against Defendant Lee. |
| 7 | **Plaintiffs' Evidence:** | |
| 8 | Reed Decl. ISO Motion for Class | |
| 9 | Certification ¶¶ 1, 5-11, 17-28 [Docket | |
| 10 | No. 159-5]; Franklin Decl., ¶ 25, Ex. 17 | |
| 11 | [Docket No. 324] ("fucking sexy | |
| 12 | baby…want to film it?"; "I seen you and | |
| 13 | I think I touched myself a little bit"; "I | |
| 14 | can do whatever I want."); Reed Depo. | |
| 15 | (Vol. II) 204:15-20 ("I witnessed Mr. | |
| 16 | Johnston moaning towards her, | |
| 17 | oscillating his body in a sexual manner, | |
| 18 | you know, other things, but it's hard for | |
| 19 | me to remember because I was mostly | |
| 20 | focused on what was happening to me | |
| 21 | and I was so scared that I, you know, I | |
| 22 | wasn't thinking very clearly."); Reed | |
| 23 | Depo. (Vol. II) 207: 1:5 ("I think that I | |
| 24 | wanted an escort at the time because of | |
| 25 | the previous incident in January where I | |
| 26 | was yelled at by the other individual | |
| 27 | [David Melo]. Q: Okay. What did you | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  want the escort for?  A:  For safety.");

2  Reed Depo. (Vol. II) 207:21-23

3  ("Q:  Did you want the escort to go to

4  the fort with you?  A:  I did want them to

5  escort me there."); Reed Depo.

6  (Vol. II) 208: 9-13 ("I just remember --

7  yeah, I just remember speaking to the

8  police and requesting someone to escort

9  me.  I remember, you know, the idea of

10  doing that, but it's hard for me to

11  remember, you know, anything that was

12  said specifically."); Reed Depo. (Vol. II)

13  211:18-20 ("Did they tell you they

14  weren't available or did they refuse your

15  request?  A:  Is there a difference

16  between that?"); Reed Depo. (Vol. II)

17  300:15-25, 301:1-25, 302:1-7 ("Q:  Did

18  you ever see Brant Blakeman do

19  anything besides filming or speaking to

20  you as you told us at the bay area?

21  A:  Well, during the incident that

22  occurred on February 13th, it appeared

23  as though he had orchestrated that event

24  with Mr. Jalian Johnston.  Q:  What

25  specifically did he do that made you

26  think that he had orchestrated that?

27  A:  It appeared as though they had

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1   planned the event out in an attempt to try

2   to ruin my camera and in an attempt to

3   try to intimidate me.  Q:  What

4   specifically was done or did you see that

5   caused you to believe that?  A:  The fact

6   that when they entered the fort it seemed

7   like all of their actions were orchestrated,

8   they immediately rushed towards me.

9   Johnston immediately opened the can of

10  beer and, you know, sprayed it on me

11  and on my camera in what I believe they

12  intended to appear as an accident but to

13  me it felt very intentional.  The way that,

14  you know, he was -- he was filming

15  Johnston as though it was like a planned

16  performance it seemed like, you know.

17  The fact that he was holding the camera

18  just right, right next to my face in a way

19  that made me feel threatened or

20  intimidated.  Q:  Go ahead.  A:  A lot of

21  the actions at Lunada Bay between the

22  locals all appeared to be orchestrated

23  based on what I've seen and what I've

24  heard in the surf community.  Q:  Can

25  you give me any specifics as to why you

26  thought the February 13th episode was

27  orchestrated or scripted or somehow

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                                                11                                                          2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1 created by Mr. Blakeman or with his
2 direction?  A:  I don't know who planned
3 it.  I don't know who planned it but it
4 appeared that they were following a very
5 distinct plan to try to intimidate me and
6 try to ruin my camera.  Q:  Can you give
7 me any specifics as to why you think
8 that?  A:  I think that because of the way
9 that that the actions unfolded that I just
10 described."); Reed Depo. (Vol. II)
11 305:12-24 ("Q:  Was Mr. Blakeman
12 doing anything as he entered?  A:  Yes,
13 as I was saying, he was holding the
14 camera on some kind of tripod device
15 recording, very menacing, threatening
16 look on his face that made me extremely
17 fearful.  Mr. Johnston was -- also had a
18 very menacing and fearful expression.
19 The way that they walked and their body
20 language also appeared threatening.
21 They were making big, loud steps and
22 just a lot of heavy, you know, frightening
23 movements that made me feel that they
24 were there in an aggressive and hostile
25 way."); Reed Depo. (Vol. II) 307:14-25
26 ("Yes, Mr. Johnston appeared to be
27 forging a celebration, and, you know, he
28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  was raising his voice and saying woo-

2  hoo, you know, L.A. Times, and he was -

3  - as I can assume now, attempting to

4  celebrate the fact that the L.A. Times had

5  published an article about Lunada Bay

6  and it was on the front page that day.

7  And I was unaware of that fact at the

8  time.  Q:  When you say "forging a

9  celebration," what do you mean?

10  A:  What I mean is that they were

11  obviously there to intimidate and harass

12  me, and the way that they wanted to do

13  it, I guess, was to pretend that they were

14  celebrating the fact that the article came

15  out but clearly they were upset about the

16  article."); Reed Depo. (Vol. II) 308: 1-7

17  ("When you say "rushing towards me,"

18  what do you mean?  A:  By that, I mean I

19  remember him walking, you know,

20  moving towards me quickly, I wouldn't

21  say walking, but moving towards me in

22  an extremely quick and frightening way

23  to where he was in my personal space,

24  very close."); Reed Depo. (Vol. II) 319:

25  17-25, 320:1-11 ("Q:  I wasn't there so I

26  don't know what to ask you except to

27  ask you to tell me what other things you

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    can recall about the episode on the 13th

2    specifically with regard to Mr. Blakeman

3    that you haven't told me about already.

4    You told me that he had a camera, that

5    he took videos, that he looked menacing

6    to you, that he videotaped or whatever?

7    A:  Yeah, I remember that he wouldn't

8    stop videotaping me.  I think I might

9    have asked him to stop -- I mean, I

10    definitely asked him why they're doing

11    that. I feel like his role was to record

12    rather than to speak and to intimidate

13    through his camera.  So I remember him,

14    like I said, getting very close to me and

15    being -- felt like he was right in my face

16    with the camera.  I remember asking

17    them why they're filming me and they

18    said they're filming me because I'm sexy

19    and because I turn them on and that was

20    what Mr. Johnston was saying."); Reed

21    Depo. (Vol. II) 321: 13-23 ("Q:  What is

22    a menacing expression to you, what does

23    that mean? A: I mean, he looked like -- I

24    mean, he was -- obviously, he was

25    scowling, he was -- his body language

26    conveyed that he was hostile, he -- I

27    mean, they were making -- he was

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   making sexual comments, Mr. Johnston

2   was.  And I just felt very frightened like

3   anything could happen, you know.");

4   Reed Depo. (Vol. II) 276:13-25, 277:1-3

5   ("Q:  Now, the pain and suffering that

6   you attribute, how have you experienced

7   pain and suffering?  Describe your

8   symptoms with the pain and suffering

9   you suffered?  A:  I've had loss of

10  sleep -- you mean the entire -- the entire

11  course of events that happened to me at

12  the fort was extremely traumatic, you

13  know, I felt -- felt like I could have even

14  been raped.  I mean, it was incredibly

15  frightening,  I felt helpless.  Just that

16  whole memory of the event has caused

17  me to be fearful and just really affected

18  my piece of mind.  Q:  Did it cause you

19  to be fearful of going to Lunada Bay

20  after February 13th?  A:  Of course.

21  Yeah, it caused that as well, hmm-mm.

22  Q:  Okay.  And you did go to Lunada

23  Bay after that, February 13th; right?

24  A:  I did go back.  And the reason why is

25  because I don't believe in bullying.  I

26  will stand up to bullies.  I will do what's

27  right, it's a public beach, and if I don't

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                          15                                          2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1 go then who else will go.  And, you
2 know, I just, you know, I don't believe in
3 them bullying me into being fearful of
4 going somewhere that's beautiful and
5 should be accessible to all people.");
6 Reed Depo. (Vol. I), 170:9-25
7 ("Q:  What do you remember about
8 being approached by individual
9 defendants with a case of beer?  A:  I
10 remember that they approached me very
11 rapidly and I was caught by surprise.  I
12 remember that they rushed towards me
13 in a hostile manner.  I remember, you
14 know, declining that I wanted to drink
15 beer.  I remember being videotaped by
16 Brant Blakeman.  I remember there were
17 times when I was being videotaped very
18 close to my face and it felt very
19 intimidating and definitely felt like I was
20 being harassed.  And I think that I asked
21 them, you know, why they're
22 videotaping me because it made me very
23 uncomfortable.  I remember Mr.
24 Johnston opening the can of beer in a
25 way that sprayed my arm and my
26 camera.  I remember him chucking beer
27 and throwing beer cans on the floor.  I
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                                                                        2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1   remember him being very loud and very

2   scary, very intimidating, and acting in a

3   sexual manner."); Reed Depo. (Vol. I)

4   175:8-14 ("Q:  Do you recall trying to

5   leave the fort and being unable to do so

6   because you were blocked?

7   MR. FRANKLIN:  Vague and

8   ambiguous.  A:  I recall them standing in

9   front of me, and the way to leave would

10  be to go, you know, to get close to them.

11  And I do recall attempting to call the

12  police but not having cell phone

13  service."); Johnston Depo. 148:19-21

14  (admitting he said he touched himself

15  and that he drank three beers during his

16  interaction with Reed); Frank Ferrara

17  Depo. 208:6-9 (questioning why an

18  outsider woman would be at Lunada

19  Bay) ("And I know that Diana talked

20  about she wants to be an accomplished

21  big wave surfer.  And she has got her

22  makeup and she's looking like she's

23  ready to go out on a date and she's on

24  the patio."); Mowat Depo. 190:12-14

25  (stating in reference to Reed, "I could

26  tell people's body language and the way

27  people are and she just looked like a

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1   bitch to me and a liar."); Blakeman Mot. | |
| 2   Summ. J. at 4:17-18 [Docket No. 284] | |
| 3   (trivializing Plaintiff Reed's assault and | |
| 4   victim-blaming her, stating: "Reed can | |
| 5   be seen throughout the video smiling, | |
| 6   smirking, and in no apparent distress."); | |
| 7   Blakeman Depo. 196:24-197:10 | |
| 8   (Blakeman acknowledging the men's | |
| 9   locker-room atmosphere at Lunada Bay | |
| 10  and authenticating a photo of him | |
| 11  changing at the shoreline), Ex. 178. | |
| 12  14. After being first harassed, on | 14. Undisputed. However, this fact |
| 13       February 13, 2016, Reed returned | is irrelevant to the claims against |
| 14       to Lunada Bay and asked the | Defendant Lee. |
| 15       police for an escort from the bluffs | |
| 16       to the beach but was told no | |
| 17       officers were available. | |
| 18  **Plaintiffs' Evidence:** | |
| 19  Reed Decl. ISO Motion for Class | |
| 20  Certification ¶18 [Docket No. 159-5]; | |
| 21  *see* Plaintiffs Additional Material Facts | |
| 22  Opposition to City Defendants Motion | |
| 23  for Summary Judgment [Docket No. | |
| 24  323] No. 119. | |
| 25  15. On February 13, 2016, the day | 15. Plaintiffs evidence lacks |
| 26       Reed is harassed a second time, | support that Defendant Lee is a |
| 27       (i) the City had cancelled a | member of the Bay Boys. |

4851-8905-6589.1                                                                18                                            2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| planned undercover operation at Lunada Bay because it was "leaked" to the Bay Boys the day before, (ii) Reed was sexually harassed by Bay Boys Alan Johnston and Brant Blakeman, and (iii) the day before Bay Boy Michael Thiel directs the City Manager to not hold an undercover operation. | Therefore, this fact is irrelevant to the claims against Defendant Lee. |
| **Plaintiffs' Evidence:**<br><br>Reed Decl. ISO Motion for Class Certification ¶¶18-27 [Docket No. 159-5]; Best Depo. 169:16-25, 170:1-10, 20-25, 171:1-4, 172:9-25, 173:1-25, 174:1-5; Kepley Depo. 184:7-25, 185:1-16; Franklin Decl., ¶25 Ex. 17 [Docket No. 324] ("fucking sexy baby…want to film it?"; "I seen you and I think I touched myself a little bit"; "I can do whatever I want." *See also* Plaintiffs' Additional Material Facts Opposition to City Defendant's Motion for Summary Judgment [Docket No. 323] Nos. 119 and 185. | |
| 16. Unbeknownst to Reed at the time, the individual defendants and the | 16. Plaintiffs' evidence lacks support that Defendant Lee |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| rest of the Bay Boys had conspired to assault outsiders like Reed on February 13, 2016 to deter her and others from returning to Lunada Bay. | conspired with the Bay Boys. This fact is irrelevant to the claims against Lee. (Lutz Decl. ¶4, Reed depo, p. 366:23-25; p.367:1-18). |
| **Plaintiffs' Evidence:** See PAMF 24 to 63. | |
| 17. In response to her desire to return, the City told her to carry a cell phone and travel in a large group. The Chief of Police told her it was not safe to go to Lunada Bay, that he wouldn't even tell a man to go down there, and that he viewed it as a long term problem. | 17. This fact is irrelevant to the claims against Defendant Lee. |
| **Plaintiffs' Evidence:** Reed Decl. ISO Motion for Class Certification ¶31.  [Docket No. 159-5] | |
| 18. Reed suffers irreparable harm: As an outsider, she is denied access to a public area granted to the City from the State. | 18. This fact is irrelevant to the claims against Defendant Lee. |
| **Plaintiffs' Evidence:** Reed Decl. ISO Motion for Class Certification ¶¶ 9, 11, 12, 14, 15, 18, 19, 20, 21, 22, 24, 27, 30, 31, 40, 41 [Docket No. 159-5]; Willis Decl. ISO Opp. to | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| City MSJ ¶¶ 3, 4 [Docket No. 309]. | |
| 19. Cory Spencer is an outsider who lives in the inland community of Norco, California more than 60 miles from Palos Verdes Estates. Like Reed, he has been harassed by outsiders with City complicity. He grew up in La Mirada, more than 30 miles Palos Verdes Estates.<br>**Plaintiffs' Evidence:**<br>Spencer Decl. ISO Motion for Class Certification ¶¶1, 2.  [Docket No. 159-4] | 19. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 20.Because of its reputation for localism, Spencer is afraid to surf Lunada Bay.<br>**Plaintiffs' Evidence:**<br>C. Spencer Decl. ISO Motion for Class Certification ¶¶3, 4, 5. [Docket No. 159-4] | 20. Undisputed, however this fact is irrelevant to the claims against Defendant Lee. |
| 21. Supported by other outsiders, Spencer decided to address his fear and attempt to surf Lunada Bay in 2016.<br>**Plaintiffs' Evidence:**<br>C. Spencer Decl. ISO Motion for Class Certification ¶¶8, 9, 10.  [Docket | 21. Undisputed, however this fact is irrelevant to the claims against Defendant Lee. |

4851-8905-6589.1

21

2:16-cv-2129

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| No. 159-4] | |
| 22. Upon arrival at Lunada Bay, Spencer was intimidated and harassed as an outsider on land, blocked from surfing (in water granted to the City from the State) and run over in the water – all of this was planned and coordinated by the Bay Boys. *See* PAMF 24 to 63. Even though Spencer had given the City advance notice that he and other outsiders would be coming to use Lunada Bay, the City failed to arrive as requested and failed to patrol the shoreline near the water. Moreover, even though he had been purposefully run over by a local and attempted to tell a City policeman, the City showed no interest in an investigation of a crime against an outsider, even though Spencer himself is a police officer but from another jurisdiction. | 22. Plaintiffs evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

**Plaintiffs' Evidence:**

C. Spencer Decl. ISO Motion for Class Certification ¶¶11-31 [Docket No. 159-

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   4]; Wolff Decl., ¶ 35 & Ex 34; Spencer

2   Depo. 39:1-18 ("A:  Let me just say this.

3   Around 2002 or 2003, somewhere in the

4   early 2000s, I was almost ecstatic when

5   my police chief was looking for

6   volunteers of officers to go surf at

7   Lunada Bay to take care of a problem

8   that supposedly either the police chief or

9   the city at the time wanted to take care

10  of, and I was going to go in the capacity

11  of a police officer; be able to undercover

12  surf in a place that I wanted to surf since

13  I was probably 15 years old and take

14  care of a bullying problem.  I thought at

15  that time, hey, these guys are going to do

16  it.  You know, this is -- this is going to

17  happen, and I'm going to be a part of it.

18  And that was -- that was exciting to me.

19  Yeah, I was excited.  I thought at that

20  time it was going to be taken care of.

21  But, for whatever reason, that

22  undercover operation, or whatever they

23  were planning on doing with us, was

24  called off; and, again, nothing happened.

25  That was a letdown."); Spencer Depo.

26  44:4-16 ("Q:  And 'cause I don't know.

27  I don't understand undercover

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  operations.  A:  Well, I think the

2  expectation speaks for itself on the

3  undercover operation.  You go in

4  undercover expecting that things that

5  have been reported for the last 30 or 40

6  years would happen to you as an

7  undiscovered outsider; and you, being an

8  on-duty police officer, would be able to

9  make and effect a proper arrest or a

10  citation and send a message that -- when

11  I say, 'we,' meaning 'we' as the Palos

12  Verdes Estates police are not going to

13  tolerate a gang in the water and on the

14  beach, and the problem would go away.

15  Almost instantaneously within a couple

16  weeks this could be cleared up.  We

17  would not be sitting here today.");

18  Spencer Depo. 56:5-14 ("A:  Let's go

19  back to that.  When you see -- you

20  question why you can't go there; and,

21  then, you start inquiring in the surfing

22  world why you can't go there, and you

23  hear the stories that have gone on for as

24  long as they have up into that point.  You

25  immediately get fearful.  You don't want

26  to go somewhere where you're going to

27  get your tires slashed; your windows

28



4851-8905-6589.1                                                                    2:16-cv-2129

1  egged; your property thrown in the

2  ocean.  Those were the stories that you

3  get; so, you become fearful right away,

4  right?  Or I did."); Spencer Depo. 59:18-

5  21 ("Fearful?  Just going there I was in

6  fear.  Just driving up the Palos Verdes

7  Peninsula road, you know, or whatever

8  road it is to get up there, you're a little

9  afraid because you've heard stories.");

10  Spencer Depo. 60:2-8 ("I don't know

11  how to answer that any other way than I

12  already did.  When you drive up, you --

13  because of the lure, the stories, you feel

14  fearful of, hey, is this real?  Is this -- is

15  this place really like they say it is?  Am I

16  going to get my property vandalized?

17  Am I going to get, you know, in some

18  type of confrontation?  That's a fear.");

19  Spencer Depo. 103:11-25 ("Q:  Did these

20  statements cause fear for you?  A:  Yeah.

21  Q:  Okay.  A:  Yes.  Sorry.  Q:  Did

22  anything else occur in the 20 minutes

23  that caused fear for you?  A:  Yes.

24  Q:  What was that?  A:  More -- more of

25  the same statements by a specific

26  individual, who I could identify.  I don't

27  know his name.  Same things.  It was

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    more of a – more of a closer, I guess,

2    encounter with the same language all the

3    way down the trail; jumping into the

4    water; same individual just keep, you

5    know, heckling."); Spencer

6    Depo. 105:12-21 ("A:  A very

7    uncomfortable feeling when the -- who I

8    now know -- did not know at the time --

9    was Defendant Blakeman paddling

10   around myself and Chris and, more

11   specifically, Chris in a very tight circle;

12   blocking Chris from getting any waves;

13   never saying a word; just looking --

14   staring at both he and I. That was a little

15   weird; fearful. I've never experienced

16   that before in my life in the water like --

17   kind of like a circling you like a shark.

18   You know, it was weird -- just weird.");

19   Spencer Depo. 106:20-25, 107:1-9

20   ("Q:  Once in the water, on his second

21   wave at Lunada Bay, a member of

22   Defendant LUNADA BAY BOYS

23   intentionally ran Spencer over with his

24   surfboard and sliced open Spencer's

25   hand."  Is that true?  A:  Yes.  Q:  All

26   right.  Which hand was that?  A:  The

27   right wrist.  Q:  Okay.  A:  With about a

28



DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  half-inch scar.  Q:  Do you mind

2  showing it to me?  A:  Right there.");

3  Spencer Depo. 108:4-17 ("Q:  Well,

4  that's a bad question.  How do you know

5  that the person who ran you over with

6  the surfboard intentionally did that?

7  A:  I'm not in his brain; but I have surfed

8  for, you know, 30 years, and you can tell

9  when somebody locks eyes with you and

10  is on one path, and they specifically

11  move their board and maneuver their

12  body to make their board go in another

13  path that's directly at you when they

14  could go the more safer, more better part

15  of the wave being closer to the more

16  critical part of the wave, which is more

17  enjoyable to surf than aiming towards

18  somebody paddling out to get back out to

19  the lineup.  In my mind, I determined

20  that, hey, this guy tried to run me

21  over."); Spencer Depo. 109:17-22

22  ("A:  With that individual who ran -- just

23  ran me over; start berating me with

24  comments of, you know, 'What are you'

25  – 'What are you fucking doing out here?'

26  I told you to go home.  I should have ran

27  you over.  Why are you paddling in the

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  sun glare where I can't see you?"  And

2  that's it.  'I should have ran you over.'");

3  Spencer Depo. 110:12-25, 111:1-4, 9-25,

4  112:1 ("Q:  Did you say anything to the

5  person whose surfboard cut your hand?

6  A:  After he made the comment that, 'I

7  should have ran you over,'  I says, 'Well,

8  you did,' and I held up my hand and

9  showed him, and that's when he said,

10  you know, 'Why are you paddling where

11  I can't see you?  You shouldn't paddle in

12  the sunlight,' stuff like that.  Then I kept

13  paddling off.  Q:  Were you fearful of

14  being further injured after that point?

15  A:  That's an understatement.  Q:  So is

16  the answer yes?  A:  Yes.  Q:  Okay.  Did

17  you feel that what had occurred to you

18  getting your hand cut and the way it

19  happened was a crime?  A:  I know it

20  was a crime…. A:  The way his

21  explanation was going down the road of,

22  basically, avoiding taking any

23  responsibility for his actions; blaming it

24  on the sun; blaming, you know, me

25  paddling where I'm not supposed to be

26  paddling -- I was paddling exactly where

27  you're supposed to paddle to avoid

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

28

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  injury; to avoid conflict with any other

2  surfers.  I was paddling back to the

3  channel, which basically gets away from

4  the critical part of the wave, which is

5  where he should have been surfing when

6  he redirected his path to run me over.

7  You know, in my opinion, yeah, it was a

8  crime.  Did I report it?  It's going to be

9  with no witnesses there; no police

10  officers in the water, as there could have

11  been; no police officers down on the

12  beach, as there could have been; on the

13  fort, as there could have been; nothing to

14  corroborate my story, it would have been

15  a 'He said ...'; 'He said ...' go nowhere

16  thing."); Spencer Depo. 112:25, 113:1-

17  25, 114:1 ("Q:  Did you, at that point,

18  have any fear that the same thing would

19  happen to your friend, Chris?

20  A:  Yeah -- yes.  Q:  Okay.  A:  It came

21  alive.  All those stories of 30 or 40 years

22  just happened.  Q:  And given that you

23  had that fear, did you consider that in

24  order to avoid it potentially happening to

25  Chris, that, perhaps, you should take

26  some actions as a police officer -- and I

27  think you said that you felt it was a crime

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   -- to prevent that from happening to
2   Chris?  [OBJECTION]  A:  I felt the best
3   plan of action was to stay clear of these
4   guys, especially since they just assaulted
5   us.  I've got no radio.  I've got no
6   handcuffs.  I've got no gun; no bullet-
7   proof vest.  I'm not a police officer out
8   there.  I'm a citizen; okay?  And the best
9   plan of action was to avoid them; and
10  that was almost, I mean, impossible,
11  when you got a guy circling around
12  you -- not the guy that ran me over but
13  they're all -- they all know each other,
14  and here's the guy that just injured me.
15  He knows his buddy is circling my
16  friend; and, so, it's like let's get out of
17  here; so we caught one more wave after
18  that; and, then, we decided that was --
19  it's getting too crazy out here, and more
20  and more [Bay Boys] started showing up
21  on the fort."); Spencer Depo. 149:7-23
22  ("We discussed Mr. Blakeman's actions.
23  Other than Mr. Blakeman's actions, did
24  you witness any other incidents of the
25  Lunada Bay Boys threatening or taunting
26  surfers that day in February 2016?
27  MR. FRANKLIN:  Asked and answered.
28



DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  THE WITNESS:  Well, I mean, how do I

2  know who's doing the taunting and

3  threatening when it could be all of them,

4  when they're on their phones, and more

5  and more groups, you know, show up to

6  kind of put this stranglehold on the area,

7  in my opinion?  That's taunting and

8  threatening in itself when you have a

9  little goat trail one way to go down there,

10  and you've got two groups of 15 to 20 on

11  each end, and you got a guy going

12  around with a selfie stick and a camera,

13  people -- people yelling at you to fucking

14  get out of there; 'Why are you here?  Go

15  home.  Don't surf here.'  I don't know

16  who they are specifically."); Spencer

17  Depo. 125:10-25, 126:1-25, 127:1

18  ("Q:  Yes, or anything that happened to

19  you that day?  A:  I did not request a

20  formal police report, no. I did not.

21  Q:  Okay.  Did you communicate to

22  anybody at the City of Palos Verdes

23  Estates Police Department with regard to

24  what occurred to you that day at Lunada

25  Bay?  [OBJECTION]  A:  Yes.

26  Q:  Okay.  When was that?  A:  So,

27  shortly after getting changed, I noticed

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  the group of police officers standing to

2  my south talking with what appeared to

3  be another group of newly-formed Bay

4  Boys.  So, the bay is a bay.  There's a

5  north and a south end.  The south group

6  had, you know, trucks and cars and guys

7  standing kind of huddled around in a

8  group of guys, and the police officers

9  were kind of towards the south.  They

10 weren't right up next to the group.  And I

11 did notice that a couple of police officers

12 appeared to be talking with a few

13 members of the group; and, so, I made a

14 point, because there was, in my

15 opinion -- and I don't know if it was

16 directed by my contacts with the captain

17 or whatnot, but I noticed the group of

18 police officers; so, I personally wanted to

19 go over and tell them, you know, 'Hey,

20 thanks for showing up,' you know.  'We

21 appreciate it.'  You know, and the one

22 younger officer -- I don't know his

23 name. I didn't get any of their names. I,

24 basically, you know, told him what

25 happened to me down there, you know;

26 showed him my hand and -- and I told

27 him,  I says, you know, 'The guy is

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  going to claim sun glare and whatnot.'  I

2  just didn't want to -- I knew where it was

3  going to go. 'He said …'"; 'He said ...';

4  and, no, he [the officer] didn't offer to

5  take a report. You know, he didn't ask

6  me to point anybody out.  I know you're

7  going to ask all these questions; so, we'll

8  just cut to the chase.  Q:  He did not offer

9  to take a report?  A:  Right."); Spencer

10  Depo. 187:22-25, 188:1-9, 188:22-23

11  ("Q:  With regard to the pain and

12  suffering that you allege, can you

13  describe how you have suffered that pain

14  and suffering?  A:  Yeah, it's kind of a

15  letdown.  You just feel sad that, you

16  know, things that maybe you'd hoped as

17  a human that really weren't happening

18  down there, actually, when they did

19  happen to you, kind of -- don't know.  I

20  don't want to say a depression 'cause --

21  but just a sadness, you know, that, hey, it

22  actually happened; and kind of suffered,

23  in the sense of, you know, it just kind of

24  a -- it's kind of a bummer that it

25  happened.  You know, I'm -- in my

26  sense, I'm suffering that I'm not able to

27  go enjoy a place that I have a God-given

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 right to go enjoy without being run over;

2 called names; told to leave; so, in that

3 sense, yeah, that's a suffering to me, I

4 mean….. Q: Did you experience any

5 loss of sleep? A: Yes."); Spencer Depo.

6 193:10-25 ("Q: Do you attribute any of

7 those specifically to the actions of Chief

8 Kepley? A: Yes. I'm disappointed in

9 him. I'm disappointed that him and his

10 department are not taking care of the

11 problem, yes. Q: And you're

12 disappointed because Chief Kepley has

13 not eliminated the problem, or do you

14 mean something else by taking care of

15 it? A: Yes, eliminated the problem.

16 Q: All right. You would agree that extra

17 patrols were provided in January and in

18 February of 2016 when you asked for

19 them; right? A: Wholeheartedly agree.

20 MR. FRANKLIN: Vague and

21 ambiguous; calls for speculation; move

22 to strike. 196:2-19Q: Okay. Go ahead.

23 And what are those? A. They haven't --

24 here's the deal. They haven't provided

25 access to an area that is popular for a

26 recreational sport for the public to enjoy.

27 They haven't provided any signage;

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

34

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1 notifications on what to do if there's any

2 type of problems.  There's nothing down

3 there except a set of rocks that divide the

4 asphalt from the dirt.  They're very

5 ineffective in providing access down

6 there, signage, which, in turn, would

7 automatically make it easy to patrol and

8 enforce laws and things that go on down

9 there.  And let me just say they had an

10 opportunity to go through the permitting

11 process.  They've chose to tear down the

12 fort when they could have permitted it.

13 Whatever they want to do, but just make

14 it accessible to any human being that

15 wants to go enjoy it; not let it be

16 controlled by a bunch of pack animals

17 that are acting like bullies.  It's crazy.");

18 Spencer Depo. 274:3-10 ("Q:  What is it

19 about right now that you don't feel

20 comfortable about?  A:  I don't feel the

21 problem has been addressed by the

22 police; by the city.  I believe that there's

23 still Bay Boy members that are going to

24 be there, and I don't want to get into any

25 type of confrontation.").

| | |
|---|---|
| 26  23. Given the long-established | 23. Undisputed. However, this fact |
| 27  custom and practice of | is irrelevant to the claims against |

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| discrimination by the City against outsiders, Spencer is afraid to return to Lunada Bay to recreate in a public area. | Defendant Lee. |
| **Plaintiffs' Evidence:** Spencer Decl. ISO Motion for Class Certification ¶¶ 4, 5, 26 [Docket No. 159-4]; A. Willis Decl. ISO Opp. to City MSJ, ¶¶ 5, 12 [Docket No. 304]; Plaintiffs' Additional Material Facts Opposition to City Defendant's Motion for Summary Judgment [Docket No. 323] Nos. 129, 130. | |

**Issue #3: The Individual Defendants Are Engaged in a Conspiracy to Exclude Outsiders From Lunada Bay**

| <u>Plaintiffs' Additional Material Facts:</u> | <u>Defendant Lee's Response to Plaintiffs' Additional Material Facts:</u> |
|---|---|
| 24. The individual defendants are members of a group known as the "Bay Boys," who bully, threaten, intimidate, and harass "outsiders" to keep them away from Lunada Bay.  Beyond camaraderie -- and a chance to enjoy a world class beach and wave with few others -- the group provides its members an | 24. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1
36
2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| avenue for status, prestige, and respect.  Their main objective is to maintain a takeover of a public beach for private use, preserving it for themselves and their children. | |
| **Plaintiffs' Evidence:** Franklin Decl. Supp. Pls.' Opp to City Defendants' MSJ. ("Franklin Decl."), Ex. 21, Bates CITY7090 ("Chief Kepley told me that shortly after he was hired as chief of police he learned of a long history of alleged 'bullying and hazing' of out-of-town surfers at Lunada Bay by local surfers, often referred to as the 'Bay Boys.'"); See Plaintiff's Additional Material Facts Opposition to City Defendants Motion for Summary Judgment [Docket No. 323] Nos. 163, 164, 166-168, 171, 172; RJN, Ex. A. | |
| 25. The Bay Boys stick together, and refer to themselves as a "fraternity," a "brotherhood," and "family."  Their illegal purpose includes the objective to deter outsiders from using the coastal area and submerged tidelands so that they can have it for | 25. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    themselves.

2    **Plaintiffs' Evidence:**

3    1. Lee Dep., 88:18 to 93:7, Ex. 222 ("Q.

4    Mr. Lee, you've been handed what has

5    been marked as Exhibit 222 which is a

6    three-page bates document, bates number

7    Lee 00001 through 00003.  (Deposition

8    Exhibit 222 was marked for

9    identification and is attached hereto.)  Q.

10    Have you ever seen Exhibit 222 before?

11    A. Have I seen this?  Q. Yes.  A. Yes.

12    Q. And Exhibit 222 contains E-Mails

13    that you sent on January 7th and 8th of

14    2011?  A. What now?  Q. Excuse me.  A.

15    What now?  Q. Does Exhibit 222 contain

16    E-Mails that you  sent on January 7th

17    and 8th of 2011?  A. It just says, yeah,

18    7th and 8th, yeah.  Q. Yes?  A. Yes.  Q.

19    And the E-Mail that's dated January 7,

20    2011, it begins on the bottom of the

21    second page, yeah, the  second page? A.

22    Uh-huh.  Q. Can you identify who you

23    sent that E-Mail to?  A. That's Brad

24    Ringer, I believe that one might  be

25    Charlie Beukema.  Q. The Roxy Quinn is

26    Brad?  A. Excuse me?   Q. You're saying

27    the Roxy --  A. Roxy Quinn, yeah.  Q.

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  That's who?  A. I think that's Charlie
2  Beukema.  Q. And who's next?  A.
3  Colm.  Q. Collin?  A. Colm, C-o-l-m.  Q.
4  Oh, before that isn't there one?  A.
5  Charlie Mowatt.  Q. Charlie Mowatt, and
6  then Colm, and who is that?  A. Just
7  another guy that surfs there.  Q. What's
8  his last name?  A. I believe it's
9  Gallagher.  Q. Is his first name C-o-l-m?
10  A. Yes.  Q. Colm Gallagher, okay, who
11  else?  A. I think that next one was David
12  Camplin.  Q. Okay, and L.B. Control
13  Agency?  A. Yeah, he just makes it.  Q.
14  That's David?  A. Yeah.   Q. And who's
15  next?   A. Dave Mello.   Q. Okay. Who's
16  next?  A. David Millcreek.  Q. Okay.
17  Who's next?  A. Derek Debraal.  Q.
18  Who's next?  A. Eric Binz.  Q. All right.
19  Who's next?  A. Geoff Dsena.  Q. Okay.
20  Who's next?  A. Greg Jehelkas.  Q.
21  Who's next?  A. Jay Duston.  Q. Who's
22  next?  A. Joe Bark.  Q. Who's next?  A.
23  John Camplin.  Q. Who's next?  A. Andy
24  Patch.  Q. Okay. Who's next?  A. Art
25  Rozzi.  Q. Who's next? A. Mark Griep.
26  Q. Does Mark spell his name with a "K"
27  or a "C"?  A. I don't know. Q. Okay.  A.
28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1    And Michael Papayans.  Q. Who's next?

2    A. I don't know who that one is, Woody.

3    Q. Woody Ris at Yahoo Dot Com, you

4    don't know?  A. Yeah. Q. Who's the

5    next one?  A. The next one could be

6    Peter Babros.  Q. Spell his last name.  A.

7    B-a-b-r-o-s.  Q. Okay. Who's next?  A. I

8    don't know that one, Redondo Beach.

9    don't know that one.  Q. Who's next?  A.

10   Reno Caldwell.  Q. Who's next?  A.

11   Steve Fairbrother. Q. Who's next?  A.

12   Tom Sullivan. Q. That's quite a list. Go

13   ahead.  A. And one thing I think that you

14   asked me about  the ashes, I think there

15   has been one time that they  spread the

16   ashes of Danny [Camplin], I think.

17   Q. Were you present for that? A. Yeah,

18   but there were a lot of people there.  So,

19   it was like, you know.  Q. So, you were

20   present when Danny Camplin's  ashes

21   were spread in the water at Lunada Bay;

22   is that  correct?  A. I was there for the

23   ceremony, yeah.  Q. And when was that?

24   A. I think he died in '96. So, it was

25   probably in '96 I think or maybe the

26   following year in '97, but maybe in '96.

27   "); Lee Dep., 158:3 to 165:11, Ex. 224

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  (" MS. POOLEY: Mr. Lee, you've been

2  handed a  one-page document that has

3  been marked as Exhibit 224  to your

4  deposition and is bates stamped Lee

5  00000591. Deposition Exhibit 224 was

6  marked for identification  and is attached

7  hereto.)  Q. Have you seen Exhibit 224

8  before?  A. Yes.  Q. And Exhibit 224

9  contains an E-Mail that you  sent on

10  January 2nd, 2011, on the lower portion;

11  correct?  A. Yes.  Q. And who did you

12  send that E-Mail to?  A. The one on the

13  bottom?  Q. Yes.   A. That's the New

14  Year's resolution. This is   the one I

15  believe that you guys -- I believe this is

16  the one that started the chain of E-Mails.

17  This is   the first one.   Q. And so who

18  did you send it to? A. I don't know

19  exactly, but it was a group, I  believe.  Q.

20  The same group that's listed on the

21  second  page of Exhibit 222?  A. I

22  couldn't tell you, but it was a group,

23  yeah.  Q. There's a reference to, at least

24  not in a  peak; what is the peak?  A.

25  That's the furthest out.   Q. The furthest

26  out from where?   A. Further, like if

27  here's this land, and the waves break this

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  way. The guy sitting the furthest   out on

2  the peak.   Q. At Lunada Bay?  A. Yeah.

3  Q. Okay.   A. Peak means where the

4  wave starts to break.   Q. And then you

5  say, to tell you the truth, I   would rather

6  see an empty unridden wave at the point

7  then to see certain people riding them.

8  And where is the point?  A. That's the

9  right, where we surf.  Q. At Lunada Bay?

10  A. Yeah.  Q. And who are the certain

11  people you would not  like to see riding a

12  wave and prefer an unridden   wave?  A.

13  I wouldn't really care, but if I was there,

14  just the takers, you know.  Q. And who

15  are the takers that you were   referring to

16  here?  A. Like Troy, you know.  Q.

17  Anyone else?  A. There was Chris, but

18  he really doesn't surf  there.  Q. So, were

19  you only referring to Chris?  A. Chris,

20  me and him have personal kind of

21  issues, not in the water. So, I just feel

22  like he's not a real good person, you

23  know.  Other people might differ. So, me

24  and him  have a difference. It has

25  nothing to do with  surfing.  Q. When

26  you say certain people, on this E-Mail of

27  Exhibit 224, were you referring to

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  anyone other  than Troy?  A. No, no.  Q.

2  Because it reads as more than one person

3  when  you say people. So, that's why

4  I'm asking.  A. No. You've got to

5  understand, I wrote this  like kind of like

6  you get all, obviously, you can listen to

7  me, I'm not the best grammar, not

8  talking  stuff.  So, I'm just punching

9  stuff in. It might not  be perfect

10  grammar. I might use words that mean

11  differently, but so.  Q. So, Buffalo head

12  is Troy?  A. Yes.  Q. And then there's a

13  reference to a faggot knee boarder who

14  rides a Stavros surfboard; is that Troy?

15  A. No, that's Chris.  Q. Chris --  A.

16  Peterson.  Q. So, you were referring to

17  Chris Peterson as  well? A. Yeah.  Q. Is

18  Chris Peterson gay?  A. No. And I have

19  to say that I was ignorant.  I should not

20  say that calling him a faggot. I'm not.  I

21  should not have said that. He's not gay

22  Q. And then you say, and does Chris

23  Peterson  ride a knee boarder?  A. Yes.

24  Q. And it's a Stavros knee boarder? A.

25  That's the person who made it.  Q. Okay.

26  And you say, nothing against Mike; who

27  are you referring to; who is Mike?  A.

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  That's Mike Stavros, that's the guy.  Q.

2  You weren't calling Mike Stavros a

3  taker,  he's just the one who made the

4  knee board; is that  correct?  A. No.

5  Mike doesn't live in P.V. He lives in

6  San Pedro. That's a totally different

7  group.  Q. You weren't referring to Mike

8  as someone you  didn't want to see

9  riding the wave; is that correct?  A. Mike

10  Stavros?  Q. Yes.   A. No. I get along

11  with Mike.  Q. And then there's a

12  reference to, one who   makes millions

13  and drives around in his $100,000 car,

14  but never gives --  A. Uh-huh.  Q. -- who

15  is that?  A. Yeah, Mark Aricco.  Q. Mark

16  who?  A. Mark Aricco.   Q. Spell his last

17  name.  A. A-r-i-c-c-o.  Q. Okay. And

18  then were you referring to him as some

19  of the certain people that you would

20  rather not see riding the wave? A. No,

21  me and Mark we have our ups and

22  downs.  I've known him since we were

23  in high school. He makes a lot of money.

24  I wish that he would do more to help out

25  the community. Show up for trash

26  pickup.  Q. In your view is Mark Aricco

27  a taker?  A. It's hard to say because he's

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                            44                                            2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  a nice guy. I get along with Mark, if I

2  saw him right now even though I wrote

3  this. I'm totally cordial with Mark, you

4  know.  Q. That's not really my question.

5  Do you consider Mark Aricco to be a

6  taker?  A. Sometimes when he acts like

7  it, but lately he has been, he's trying to

8  change, I think.   Q. So, in January of

9  2011 did you think of   Mike Aricco as a

10 taker?  A. Yes.  Q. And he grew up

11 where?  A. He grew up in Palos Verdes,

12 also. It's Mark Aricco.  Q. Thank you.

13 So, next you wrote, next time you're out

14 in the water and you see one of these

15 takers taking another wave from your

16 promised land, our church, slash, home,

17 slash, sanctuary, slash, temple, paren,

18 don't think twice and let's take back

19 what they're taking from us; do you see

20 that?  A. Yes. Q. And what did you mean

21 by taking back what they're taking from

22 us? A. Well, I just, nothing specific. I

23 just feel  that they could do more, you

24 know. They just take  waves. They grew

25 up there. They should appreciate  it. So,

26 that's what I basically.  Q. When you say

27 that, that you and the people that you're

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    sending this E-Mail to, let's take back
2    what they're taking from us, how would
3    you take back?  A. Oh, I just mean
4    maybe ride together. We'll just burn
5    them.  Q. So, drop in on them and burn
6    them on their wave?  A. Yeah, that was
7    my suggestion, but understand that the
8    people don't because I said that, they
9    don't do what -- everybody is an
10   individual.  Q. So then you wrote, do not
11   feel guilty when taking back what was
12   ours in the first place.  What were you
13   referring to as yours in the first place?
14   A. Well, I just feel like, I keep it clean. I
15   feel that it's my home. I feel close to it,
16   you know. I put in a lot of time and I put
17   in a lot of effort to keep it clean. Keep it,
18   you know, semi, keep it all respectful
19   and stuff. I have a deep feeling for the
20   place. So, that's what I meant.  Q. And
21   you are referring to Lunada Bay in
22   particular --  A. Yes.  Q. -- as your home
23   --  A. Yes.  Q. -- and your church and
24   your sanctuary and your temple?  A.
25   Sure, yes, yes."); Pltfs.' RJN Supp. Opp
26   to City MSJ., Exs. A & B [7/5/91 &
27   5/8/95 LA Times Articles]; Wolff Decl.,
28

4851-8905-6589.1                                                  2:16-cv-2129
                                      46
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | ¶ 39, Exs. 43 [Transcript of C. Ferrara | |
| 2 | Audio Recording] and 38 [PLTF002027: | |
| 3 | "it's like a fraternity.  They're going to | |
| 4 | be a dick to you because they want to see | |
| 5 | how bad you want it.  You know what I | |
| 6 | mean, like a fraternity, they're going to | |
| 7 | make you drink frickin' piss to see how | |
| 8 | bad you want to be in this fraternity"; | |
| 9 | also stating "we are family"]; RJN, Ex. | |
| 10 | A; see also, PAMF 31. | |
| 11 | 26. The Bay Boys have a pecking | 26. Plaintiffs' evidence lacks support |
| 12 | order, where: (a) the veterans are | that Defendant Lee is a member of the |
| 13 | older Bay Boys who helped shape | Bay Boys. Therefore, this fact is |
| 14 | the rules and have the greatest | irrelevant to the claims against |
| 15 | status and privileges, (b) the | Defendant Lee. |
| 16 | hardcore are those who enforce | |
| 17 | the rules, and (c) the associates are | |
| 18 | those hoping to move up in status, | |
| 19 | or alternatively, those who are | |
| 20 | alumni who have moved away and | |
| 21 | return occasionally.  Wannabes | |
| 22 | must earn a position, and outsiders | |
| 23 | have no place | |
| 24 | **Plaintiffs Evidence:** | |
| 25 | Lee Depo., 211:8-12 (explaining "a | |
| 26 | pecking order" among the surfers at | |
| 27 | Lunada Bay and "no one really goes | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 beyond it.  Lunada Bay people that surf
2 there regularly . . .  pretty much know[]
3 where they sit."), 44:3-7 ("Q. When you
4 say – when you talk about paying dues,
5 what do you mean?  A.  Just like what I
6 just explained, just putting in your time
7 in a place.  Respecting the people that
8 were there before you, you know, just
9 little things."; Wolff Decl., Ex. 8 at Lee
10 00000001 [Sang Lee email January 8,
11 2011: "i [sic] was brought up this way by
12 u [sic] guys (the older boys ( [sic] not the
13 fluffy powder puff ones but the real solid
14 ones . . . . . . . . . . [sic] u [sic] guys
15 made up the rules n [sic] term[s] of
16 engagement n [sic] I WILL DIE BY
17 THESE RULES" (emphasis in original),
18 Lee 00000595 [email from Bay Boy
19 Tom Sullivan to Sang Lee dated January
20 16, 2014, directing Defendant Lee to
21 alert "the whole crew" to a surfing event
22 scheduled to occur at Lunada Bay which
23 was organized by outsiders "so everyone
24 knows and we can all be on the same
25 page", with Bay Boy Charlie Mowat
26 responding "I will be on the patio
27 alllllllll [sic] day on Monday throwing
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | out heckles and sporting a BBQ.";| |
| 2 | Johnson Depo., 26:16-27. | |
| 3 | 27. At about 60 years old, Defendants | 27. Plaintiffs' evidence lacks support |
| 4 | Frank Ferrara, and Angelo Ferrara | that Defendant Lee is a member of the |
| 5 | are among the older members who | Bay Boys. Therefore, this fact is |
| 6 | sit at the top of the Bay Boys' | irrelevant to the claims against |
| 7 | hierarchy. Defendants Brant | Defendant Lee. |
| 8 | Blakeman, Sang Lee, and Alan | |
| 9 | Johnston are part of the hardcore | |
| 10 | enforcers.  Charlie Ferrara and | |
| 11 | Michael Rae Papayans are second | |
| 12 | generation associates. | |

13  **Plaintiffs' Evidence:**

14  Lee Depo., 212:16-213:24, 76:18-77:15

15  (Frank Ferrara has "priority" over a

16  wave because he's been there longer); A.

17  Ferrara Depo. 117:13-19 (identifying

18  Brant Blakeman, Frank Ferrara, Sang

19  Lee, and Alan Johnston as several of

20  "the top ten people that surf [Lunada

21  Bay] regularly for big waves"); F.

22  Ferrara Depo.42:7-25, 43:1-25, 56:8-10,

23  87:10-13, 202:11-25, 203:1-2, 235:25,

24  236:1-2, 262:2-22, 264:23-25, 265:1-3;

25  *see* Plaintiffs' Statement of Additional

26  Material Facts ISO City Defendants'

27  Motion for Summary Judgment, No.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                    49                    2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| 195; Wright Decl. ISO Motion for Class Certification ¶¶ 11, 17, 18 [Docket No. 159-9] | |
| 28. The Bay Boys started as schoolmates, neighbors and extended family, but it grew into criminal activity when they made concerted effort to block outsiders from constitutionally-protected submerged tidelands.  As a general rule, all Bay Boys are "born-and-raised" local: The individual defendants grew up in Palos Verdes Estates, and most of them attended Palos Verdes High School – which is a few blocks away from Lunada Bay. (A few attended Rolling Hills High School, aka, Rancho Palos Verdes High School because Palos Verdes High School had closed for a few years due to a lack of high school age students in the area.) **Plaintiffs Evidence:** Barber Depo. 71:8-72:3 (Charlie Mowat attended high school in Palos Verdes Estates); Blakeman Depo. 49:5-9 | 28. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  (attended Palos Verdes High School ),

2  72:24-73:2 (Defendant Alan Johnston

3  grew up approximately three blocks

4  away from Blakeman), 103:23-24

5  (Defendants Blakeman and Lee have

6  known each other for approximately 25

7  years); A. Ferrara Depo. 27:2-3 (attended

8  Palos Verdes High School); C. Ferrara

9  Depo. 19:14-20 (attended Palos Verdes

10 Peninsula High School); F. Ferrara

11 Depo. 21:12-13 (attended Palos Verdes

12 High School); Johnston Depo. 17:24-

13 18:5 (graduated from Palos Verdes

14 Peninsula High School); Lee Depo.

15 27:14-15 (attended Palos Verdes High

16 School), 127:10-14 (explaining that a

17 non-local is someone who did not grow

18 up in Palos Verdes Estates or attend a

19 high school); N.F. Depo. 93:9-18 (stating

20 his family, including his father,

21 Defendant Angelo Ferrara, grew up

22 together with the family of a current

23 PVE Police Officer, Sean Crisfield);

24 Johnston Depo. 42:20-43:1 (Johnston has

25 surfed at Lunada Bay "with pretty much

26 everyone on the defendant list"); RJN,

27 Ex. A.

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | 29. The Bay Boys have established | 29. Plaintiffs' evidence lacks support |
| 2 | rules, terms, or practices that its | that Defendant Lee is a member of the |
| 3 | members must follow. The | Bay Boys. Therefore, this fact is |
| 4 | foremost rule is come alone and | irrelevant to the claims against |
| 5 | don't bring a friend.  And the | Defendant Lee. |
| 6 | second most important rule is | |
| 7 | deter outsiders from coming, i.e., | |
| 8 | deter them, block them, threaten | |
| 9 | them, "bark" or yell at them, | |
| 10 | provoke them, hurl pejoratives at | |
| 11 | them, damage property, surf | |
| 12 | recklessly near them, do not | |
| 13 | follow surfing etiquette near them, | |
| 14 | fight them if necessary, film them, | |
| 15 | sexually harass them, and | |
| 16 | otherwise make them | |
| 17 | uncomfortable.  Other rules | |
| 18 | include (a) show deference to the | |
| 19 | Bay Boy hierarchy, (b) maintain | |
| 20 | secrecy, (c) don't share surfing | |
| 21 | photos of Lunada Bay, (d) be | |
| 22 | respectful to neighbors and where | |
| 23 | you park your car, and (e) don't | |
| 24 | change in your wetsuit on top of | |
| 25 | the bluff. | |
| 26 | **Plaintiffs' Evidence:** | |
| 27 | Lee Depo. 118:10-20, 119:14-15, | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 120:24-121:1, 123:7-8, 22-23 (although there is no "written rule book" there is "an understanding" among local surfers at Lunada Bay as to the ground rules for surfing there); Johnston Depo. 63:20-64:2; Wolff Decl., Ex. 8 at Lee 00000001 [Def. Sang Lee Deposition Exhibit 222] ("i[sic] am who i[sic] am (with the terms of being a solid person, friend n a pirate) because I was brought up this way by u guys (the older boys)…u guys made up the rules n terms of engagement n I WILL DIE BY THESE RULES … what we have in our backyard is priceless n u cant put a price on it…I want to keep this place sacred like its [sic] supposed to be….this place is not just a surf spot… its [sic] our home n I am not going to share it …."].). | |
| 30. The Bay Boys perpetuate and enforce their rules, terms, or practices by hazing and pressuring newer members and potential members to prove their willingness to follow these rules, terms, or practices.<br><br>**Plaintiffs' Evidence:** | 30. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    Wolff Decl., ¶ 39 & Exs. 43[Transcript
2    of C. Ferrara Audio Recording] and 38
3    [PLTF002027: they will "make you sit
4    down here [at the beach] when it's all
5    sunny or they're gonna make you walk
6    up to a . . . to the liquor store to go get
7    'em ice for their beer and you're, you
8    know, tired, but 'oh, you want a slurpy?
9    You gotta go do that.'")]; "if they came
10   down and showed some respect when the
11   surf's good without the board, and hung
12   out and got to know people who surf
13   here, know the routes, know the
14   background of the people here, that's a
15   start.  That's a start.  The ladder's way
16   up here because, like I'm trying to say,
17   this is all they have."; hazing is "just
18   respect, and it teaches people respect and
19   how to be a man and . . . it's all out of
20   love."]; Spencer Depo., 311:4-15
21   (Defendant Sang Lee had to "start
22   bringing beer for an amount of time . . .
23   to basically get friendly with the guys
24   down at the fort and eventually . . .
25   [there's] an amount of beer that lets you
26   get in."); Lee Depo., 44:20-45:2, 44:5-23
27   (new surfers must "pay their dues" by
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| showing respect to the people who have been there longer, including by "not paddling deeper than them, getting out of their way when riding waves, you know."), Lee Depo., 122:18-8, 123:13-23; 137:6-11; 138:4-15 (Sang Lee showed respect for the older surfers by "not paddling deeper than them, getting out of their way when they're riding waves," "know[ing] [his] place in the line-up," come by himself, wait for hours for a wave and tolerate locals dropping in on him, and say nothing and have a "smiling happy face" when someone dropped in on him.  It took him "years to gradually little bit get further up, further up, further up" in the line-up and 5 to 10 years before locals would stop dropping in on him; Johnston Depo. 26:16-27:8 (when Defendant Johnston grew up, he would get heckled from sun up to sun down and it molded him into the person he is today). | |
| 31. The Bay Boys' rules, terms, or practices include the rule of "no outsiders" at Lunada Bay and respect those above you in the Bay | 31. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Boys' hierarchy. | Defendant Lee. |
| 2 | **Plaintiffs' Evidence:** | |
| 3 | Lee Depo. 86:6-11 ("it's kind of like the | |
| 4 | etiquette up in the area" to not bring | |
| 5 | friends), 114:19-25 (younger locals must | |
| 6 | be deferential to and respectful of the | |
| 7 | older locals, meaning, "just being out of | |
| 8 | their way."), 118:10-20, 119:14-15, | |
| 9 | 120:24-121:1, 123:7-8, 22-23, 189:8-12 | |
| 10 | ("Q. Did you say, you can't have friends | |
| 11 | outside here because they're going to | |
| 12 | want to come out here and surf and you | |
| 13 | have to pick and choose like FaceBook? | |
| 14 | A. Yes."); Blakeman Depo. 158:7-12 | |
| 15 | (surfers at Lunada Bay nee189:8-12 ' to | |
| 16 | "stay[] out of the way of people."), | |
| 17 | 234:1-8 (Blakeman doesn't "invite | |
| 18 | anyone to surf the Bay" because "[i]f | |
| 19 | someone invited someone, then they | |
| 20 | invited someone."); Hagins Decl. Supp. | |
| 21 | Pls.' Mot. Class Cert ("Hagins Decl."), | |
| 22 | Ex. 6 [Surfer Magazine interviewed | |
| 23 | Frank Ferrara in 1991 and published the | |
| 24 | following statement by Frank Ferrara, | |
| 25 | stating in part: "One guy comes and surfs | |
| 26 | it, and then he brings two or three guys | |
| 27 | and they bring three or four of their | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  friends and it snowballs and gets out of

2  hand. That's exactly why we want to

3  protect it," he is quoted as saying. "I've

4  got two little boys who are 7 and 5 and I

5  hope one day they they'll be out there

6  shralping and tearing it up without a

7  crowd."); Franklin Decl., Ex. 37 [Docket

8  No. 324] [The Guardian Video of Sang

9  Lee stating, "[Y]ou can't have friends

10  outside here because they're going to

11  want to come out here and surf and you

12  have to pick and choose like

13  FaceBook."; F. Ferrara Depo. 149:21-25,

14  150:1- 22, Ex. 285, ("MR. OTTEN:

15  Let's mark that document as Exhibit 285.

16  [OBJECTION]  Q. This was the article

17  that you were mentioning earlier; is that

18  correct? A. Yes. Q. Do you know who

19  did the interview?  A. I don't remember

20  the guy's name, but they called me

21  several times. Q. Okay. A. They called

22  me several times to do an interview. And

23  I declined a couple of times. And  then

24  when Jim had called me, hey, would you

25  do this, I said all right.  Q. Right. A. So

26  then I agreed to do it. Q. And when you

27  say Jim, that's Jim Russi; is  that correct?

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  A. Yes. Q. Was Jim working for, is it

2  Surfer?  A. Yeah, Surfer. Q. Was Jim

3  working for Surfer? A. Yeah. I believe

4  that Jim worked for about  Surfer and

5  Surfing at the same time, both

6  magazines.”), 156:11-25, 157:1-2,

7  159:23-25, 160:1-3, 160:9-25, 161:1-4

8  (“Q. Okay. So, he says to you in this

9  article, 14:15:38 what is your -- A. I

10  know it by heart. Q. What’s your local

11  spot. And you say, just  call it a secret

12  spot. A. Uh-huh. Q. What did you mean

13  by that? .A It’s none of anyone’s

14  business where I surf. If the article was

15  about me, why would they talk 14:16:08

16  about the surfing spot. Q. I don’t know.

17  A. I’m just sharing with you. That’s why

18  he didn’t need the name of it. Q. Why

19  not just say Lunada Bay? A. It doesn’t

20  need to be exposed. [OBJECTION] A:

21  That was my choice. Q. When you say,

22  the people who have come up there in

23  the past haven’t really respected it,

24  excuse  me, what did you mean by that?

25  A. Probably people that don’t surf there

26  on a  regular basis is maybe what I meant

27  at that time. Remember, it’s 1991. Q.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE’S RESPONSE IN OPPOSITION TO PLAINTIFFS’ ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS’ MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1   And have your opinions with respect to

2   anything about Lunada Bay changed as

3   you've gotten older? [OBJECTION] A.

4   Well, I'm glad that they got rid of the

5   patio. Q. I figured you would be; right?

6   A. That's how it was when I started

7   surfing there. There was no patio. It

8   seems like it's brought back to the same

9   environment. Q. That was the idea. A.

10  You guys did it, so, there it is.  Q. And

11  that's a good thing for you; right, I mean,

12  who wants to go party at the beach if

13  you're there to go surfing; right.

14  [OBJECTION] A: I didn't care, either

15  way, but that's how it was when I started

16  surfing there. So, me personally, that's

17  how it was when I started, so, it's

18  nice."), F. Ferrara Depo. 166:11-25

19  167:1-11 ("Q. All right. We're almost at

20  the end of this. Do you see where it says,

21  as far as pecking order goes at Palos

22  Verdes, are you on the upper ring. You

23  say there are some older guys that surf

24  there, but we're still fanatics; what did

25  you mean by that? A. Well, the older

26  guys that surf there now live in Hawaii.

27  They were from, believe it or not,

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Hermosa. They were Hermosa guys that
2  were the older guys. And then the guys
3  like three to five years above me that I
4  started surfing with, it was like the wave
5  at Lunada Bay, you kind of find a spot
6  where you would like to sit. And that's
7  where you would want to sit. And that's
8  where they would call it kind of the
9  pecking order.  If you want to choose the
10  most critical or non-critical, towards the
11  end of the wave or deep spot on the
12  wave. That's what we meant by the
13  pecking order. Q. So, the younger people
14  give deference to the older folks that
15  have been surfing there longer?  A. I
16  believe it's the older folks have found a
17  spot in the line-up where they like to sit
18  and takeoff."), 168:22-25; 169:1-25;
19  170:1-25; 171:1-10; 174:18-25; 175:1-7
20  ("(Deposition Exhibit 287 was marked
21  for identification and is attached hereto.)
22  Q. This is entitled, Today's Lesson:
23  Don't Be A Kook. And I think that you
24  said that this was what you wrote in
25  response to the last exhibit which was
26  called, Teach the Children Well? A.
27  Yes.[OBJECTION] Q. And you wrote
28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    this; correct? A. Yes. Q. And did you

2    write it in the year of 1992? A.

3    Whenever the date was. Q. So, this is

4    responding, it says, responding to Teach

5    The Children Well letter, February of

6    1992; it would have been in that time

7    frame? A. Yeah. Q. You say responding

8    to the Teach The Children Well letter,

9    February of 1992 by the Kook, Don

10    Boller, of Long Beach, California.  I

11    know there's no surf in Long Beach,

12    Don. So now I know why you have to

13    travel to surf. That's your problem, not

14    mine. Q:What did you mean by that? A.

15    Just what it says." F. Ferrara Depo.,

16    220:1-16; "Ferrara acknowledged that he

17    was quoted Surfer Magazine in 1991,

18    explaining that the Peninsula surfers,

19    quote, protect the break so it can be

20    enjoyed by them and their children

21    without a crowd.  A. I didn't state that

22    like that. Q. Okay. What's wrong with

23    the way that she wrote it? A. Well, she

24    said Ferrara acknowledged he was

25    quoted in Surfer Magazine in 1991

26    explaining that Peninsula surfers protect

27    the break so it can be enjoyed by them

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| 1  and their children without a crowd. She | |
| 2  missed shralping it up without a crowd. | |
| 3  Q. Okay. A. It sounds a little fun. | |
| 4  Lighten it up. You got the shralping; | |
| 5  right." ); Johnston Depo. 35:3-10 | |
| 6  (Johnston has never brought any friends | |
| 7  from outside the area to surf at Lunada | |
| 8  Bay because he thinks "it's just | |
| 9  disrespectful just for everyone that has | |
| 10  paid dues to grow up there or just – it's | |
| 11  just something that you don't do in the | |
| 12  surfing world."); A. Ferrara Depo. | |
| 13  64:24-65:2 ("Yeah, that's always kind of | |
| 14  etiquette, you know.  Like, wait your | |
| 15  turn.  A lot of people don't understand | |
| 16  that.  They just keep coming back for | |
| 17  another wave everywhere."), 140:11-13 | |
| 18  ("Do other people that surf Lunada Bay | |
| 19  welcome outsiders? No."). | |
| 20     32. Defendants Angelo Ferrara and | 32. Undisputed for the limited purpose of |
| 21        Frank Ferrara (father to Defendant | the Motion, however Defendant Lee |
| 22        Charlie Ferrara), "made up the | reserves all rights regarding this issue. |
| 23        rules [and] terms of engagement" | This fact is irrelevant to the claims |
| 24        decades ago. | against Defendant Lee. |
| 25 **Plaintiffs' Evidence:** | |
| 26 Lee Depo. 121:5-16, 107:17-24; Wolff | |
| 27 Decl., Exs. 8 [Def. Sang Lee Deposition | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1
62
2:16-cv-2129

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| 1 Exhibit 222, Lee 00000001]; 43<br>2 [Transcript of C. Ferrara Audio<br>3 Recording], & 37 [PLTF002027: "It's<br>4 the way it's been here for . . . as long as<br>5 my dad was a kid.  My dad's 59 years<br>6 old.  For 59 years it's been like that.<br>7 Who are you to come here and change<br>8 something?"]; Wright Decl. ISO Motion<br>9 for Class Certification ¶17 [Docket<br>10 No. 159-9]. | |
| 11    33. The Bay Boys' purpose and<br>12         common effort is to exclude<br>13         "outsiders" or "non-locals" from<br>14         visiting or surfing at Lunada Bay.<br>15 **Plaintiffs' Evidence:**<br>16 Wolff Decl., Exs. 8 [Def. Sang Lee<br>17 Deposition Exhibit 222, Lee 00000001]<br>18 (Lunada Bay "is not just a surf spot" but<br>19 instead "its [sic] our home . . . n [sic] I<br>20 am not going to share it with people who<br>21 r [sic] selfish n [sic] not understanding of<br>22 their surroundings."; "I want to keep our<br>23 home the way it should be kept (nice n<br>24 [sic] clean with no takers).")]; Lee<br>25 Depo., 93:8-24; 125:21-126:3<br>26 ("everything would get destroyed" and it<br>27 would "ruin everything" if outsiders | 33.  Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

28

4851-8905-6589.1                    63                    2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  were allowed to surf at Lunada Bay);

2  Wolff Decl., ¶ 39 & Exs. 43[Transcript

3  of C. Ferrara Audio Recording] and 38

4  [PLTF002027: [Charlie Ferrara stating

5  "the reason is one person gets along –

6  oh, they're cool – everyone gets along,

7  and then it turns into Rincon and Malibu.

8  Oh, they got the sweet ticket . . . why

9  didn't I get the golden ticket?  Trust me,

10  it's how it goes."]; RJN, Ex. B & Wolff

11  Decl. ¶ 45 [5/8/95 LA Times Article]

12  (the exclusion of outsiders is "not just a

13  barbaric thing, it is done for a purpose.");

14  Blakeman Depo. 298:20-299:7; 301:19-

15  24; 307:14-21 ("Q. Would it be, in your

16  opinion, safer if there were trail

17  improvement? . . . A. I think it'd be more

18  dangerous because more people would

19  access it"); Pltfs.' RJN Supp. Opp to

20  City MSJ., Ex. A [7/5/91 LA Times

21  Article (The Bay Boys exclude outsiders

22  so they can "have [their] own little

23  sanctuary" while other beaches are filled

24  with intense crowds.)]; Johnston Depo.

25  26:16-28:2 (Johnston believes that the

26  Lunada Bay "surf break is just really

27  crowded and there isn't any excess

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | waves for outsiders"), 28:2-15 (outsiders are "people who don't know everybody at the surf break," referring to Lunada Bay). | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | 34. The Lunada Bay locals have a gang mentality, and attempt to dissuade outsiders from coming to City.  They are territorial, discourage outsiders from using the beach, and intimidate outsiders. | 34. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys or a member of the "Lunada Bay locals." Therefore, this fact is irrelevant to the claims against Defendant Lee. |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | **Plaintiffs' Evidence:** | |
| 13 | Best Depo. 157:22-25, 158: 1-25, 159:1- | |
| 14 | 21; Kepley Depo. 67:15-27, 68:1-12 | |
| 15 | ("Q:  Now, you said that the Bay Boys | |
| 16 | have a gang like mentality or a gang | |
| 17 | mentality, what did you mean by | |
| 18 | that?..[objections and colloquially]… | |
| 19 | A:  Okay.  So the gang like mentality | |
| 20 | that I referred to was the way in which | |
| 21 | gangs, street gangs, often claim a | |
| 22 | territory.  And will confront people who | |
| 23 | come into their territory, where you | |
| 24 | from, what are you doing, type of thing. | |
| 25 | Some of what was relayed to me with | |
| 26 | respect to those involved in disputes | |
| 27 | down on Lunada Bay in dissuading them | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 from coming to surf there, because they | |
| 2 are not from there.  That was a similarity | |
| 3 to how some gang members might speak | |
| 4 to a person coming into a particular | |
| 5 area."); Kepley Depo. 221:4-8 | |
| 6 ("Q:  Earlier you said you thought they | |
| 7 had a gang mentality, but they are not a | |
| 8 gang because they are not shooting | |
| 9 people and they are not stabbing people; | |
| 10 is that right?  A:  I did make statements | |
| 11 like that, yes.); Franklin Decl. ¶26, Ex. | |
| 12 18; see also Plaintiffs' Additional | |
| 13 Material Facts ISO Opp. to City's MSJ. | |
| 14 Plaintiffs' Additional Material Facts | |
| 15 [Docket No. 323] Nos. 163, 166, 171, | |
| 16 172. | |
| 17 35. The Bay Boys' longstanding rules, | 35. Plaintiffs' evidence lacks support |
| 18 terms, or practices include | that Defendant Lee is a member of the |
| 19 harassing and intimidating | Bay Boys. Therefore, this fact is |
| 20 "outsiders"  who visit or try to surf | irrelevant to the claims against |
| 21 at Lunada Bay, including through | Defendant Lee. |
| 22 seeking to have large numbers of | |
| 23 Bay Boys present when visitors | |
| 24 come to Lunada Bay, directing | |
| 25 pejoratives at outsiders ("faggot" | |
| 26 "bitch" "whore" "kook" and even | |
| 27 dressing in black face on Martin | |

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   Luther King Jr. Day), approaching
2   visitors aggressively, blocking
3   paths to the shoreline, telling
4   visitors they cannot or should not
5   be coming to Lunada Bay,
6   heckling, starting or trying to start
7   fights, throwing rocks, vandalizing
8   cars, circling surfers in the water
9   so that they cannot catch waves,
10  and "dropping in" on or "burning"
11  surfers.

12  **Plaintiffs' Evidence:**

13  Neushul Decl. ISO Motion for Class
14  Certification ¶18 [Docket No. 184-1]
15  ("Because of its reputation, most non-
16  City-residents and visiting surfers avoid
17  Lunada Bay.  This is because of the Bay
18  Boys' efforts to discourage visitors from
19  coming to Lunada Bay is a deterrent.
20  Indeed, while it's a prized wave, Lunada
21  Bay is known to only have a few surfers
22  using it."); Neushul Decl. ISO Motion
23  for Class Certification ¶19 [Docket No.
24  184-1] ("I have long known of the
25  reputation of the Bay Boys as a longtime
26  resident of Southern California, surfer,
27  and a surf historian."); Barber Depo.

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   101:8-22 ("Q:  How about a name, Peter

2   McCollum?  Do you know that name? A:

3   I know the name.  Q:  How do you know

4   the name?  A:  He was involved in an

5   incident – '95.  I don't know.  I has just

6   gotten on, I believe.  There was a – an

7   argument, and it made the news.  I know

8   he was on it.  I know the video shows

9   him kid of yelling on the video, but

10   that's all.  I've never met Mr. McCollum

11   in my life, though.  Q:  Okay.  So the

12   video of Mr. McCollum yelling on the

13   top of the bluff – I think it's Mr. Hagens

14   and Hamboy [sic] [a boy].  Do you recall

15   seeing the video?  A. Yes, I did see that.

16   Q. When did you see that?  A. Probably

17   not long after it happened."); Franklin

18   Decl.¶17, Ex. 16,¶ ¶ 18,19  ("'You got it

19   son?  You got it?  Hey, I'm not touch'n

20   nobody.  Nothing.  But you won't surf

21   here again boy.  You won't surf here

22   again.  Fuck that.  Fuck you guys.  I've

23   lived here too long for this shit.");

24   Blakeman Depo. 230: 16-25 ("Q:  Have

25   you ever heard of someone standing at

26   the top of either the Middle trail or the

27   Point trail questioning why they're there,

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  in terms of using Lunada Bay?  A:  I'm

2  aware of the Peter McCollum

3  incident."); Johnston Depo. 212:20-

4  213:8 (saying that circling another surfer

5  is the worst thing you could do to

6  someone and likely to make them mad.

7  And, see, e.g., Bacon Decl. ISO Motion

8  for Class Certification [Docket No. 168];

9  Carpenter Decl. ISO Motion for Class

10  Certification [Docket No. 161]; C.

11  Claypool Decl. ISO Motion for Class

12  Certification [Docket No. 176]; K.

13  Claypool Decl. ISO Motion for Class

14  Certification [Docket No. 166], Claypool

15  Decl. Supp. Pls.' Mot. Class Cert.

16  ("Claypool Decl."), ¶¶ 12 ("On

17  November 5, 1995, I attended "Take

18  Back Our Public Beaches Day -- Surf

19  Lunada Bay Peaceful Protest," a public

20  protest of localism in Palos Verdes

21  which was organized by Geoff Hagins.

22  There were people on each side yelling

23  at each other and lots of screaming.  But

24  a few Lunada Bay locals were becoming

25  extra aggressive…. with the Bay Boys

26  screaming and demonstrating physically

27  threatening behavior. It seemed like the

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  locals wanted to start a fight ….

2  someone called in a bomb threat and the

3  police made the visitors and others on

4  the shoreline leave the beach."), ¶ 14

5  ("The first time that I attempted to surf

6  the point where the Lunada Bay locals

7  primarily surf, however, was quite a

8  different experience. …As soon as I

9  reached the lineup, the person began to

10  hassle me.  He paddled over and stated:

11  'So you are bringing the whole circus?'

12  He was about 45 years old.  Even though

13  it was not crowded, this person

14  purposefully and dangerously proceeded

15  to drop in on me on about five waves.  I

16  am confident he was attempting to

17  discourage me from returning by trying

18  to make my experience that day

19  completely miserable."), ¶ 19 ("One

20  morning in February 2014, I went to surf

21  Lunada Bay and arrived at 4:45 am.  I

22  walked to an area of the cliff north of the

23  trail to check the waves.  Suddenly two

24  guys walked up to me - one on each side.

25  They stood unusually close to me,

26  particularly since I did not know them,

27  and stared at me in an effort to intimidate

28



DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  me.  I was so frightened that I walked
2  back to my truck but the two men
3  followed me. The guy on my left was
4  large with sandy blond hair and looked
5  middle aged. The guy on my right and
6  had brown or black hair and was thinner
7  and younger.  I did not feel safe so I got
8  in my car and left."); 20-21 ("March 11,
9  2014 was the first time that I surfed
10  Lunada Bay since ….many years
11  before…. I drove there with my friend
12  Tom Wolley who stayed on the top of
13  the bluff with a camera and cell phone.
14  As I walked down the 'goat trial' nearest
15  the point in front of the Rock Fort, a
16  teenager passed me and turned around.  I
17  think it was Angelo Ferrara's son.
18  Slowly walking backwards, the teenager
19  said: 'You are the one posting on
20  Facebook.  You shouldn't be here.
21  Kook.  You are starting shit on FB.'
22  Around this time, people were posting
23  things on the Aloha Point Facebook to
24  encourage outsiders to surf at Lunada
25  Bay.  I guess this kid thought I had
26  something to do with it.  I then attempted
27  to make my way down the goat trail to
28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

71

2:16-cv-2129

1  the water, but because I had never

2  proceeded down the trail before and

3  because it is not marked, I accidentally

4  took a turn down a wrong extension and

5  could have fallen.  It was extremely

6  frightening.  When I eventually made it

7  to the bottom and started putting on my

8  wetsuit, one of the local surfers

9  immediately got in my face.  He was

10  about 5'10 and wearing faded jeans.  He

11  was within inches of my face yelling

12  how stupid I was and that I had no

13  business being down there.  I could feel

14  spit from his mouth hit my face as he

15  screamed: Go out in the water and see

16  what happens. You should just go now.

17  Get out of here now. You're lucky you

18  did not have to be rescued.  After that

19  guy left, another local came over and

20  made similar comments.  One after

21  another, still more locals would come

22  over and say the same thing: You

23  shouldn't be here – you are not going to

24  catch a wave, go out there and see what

25  happens.  I ended up paddling out but

26  never went to the peak in an effort to

27  avoid them.  I caught a few smaller

28



DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  waves while sitting in the water close to

2  the beach."), 23 (in January 2015, Brant

3  Blakeman yelled at K. Claypool while he

4  was in the water at Lunada Bay, stating

5  "Try and catch a wave and see what

6  happens.  There is no fucking way

7  you're getting a wave."); Wright Decl.

8  ISO Motion for Class Certification ¶ 4

9  [Docket No. 159-9] (When Wright

10  visited Lunada Bay with a friend when

11  he was about 16 years old, "two men in

12  their 30s or 40s who were on the bluff

13  walked over to us and said things

14  including: (a) 'You can't surf here;' (b)

15  'You will have a terrible time if you

16  paddle out here;' (c) 'If you try to go out,

17  everyone will drop in on you;' and (d)

18  'You won't catch any waves if you try to

19  paddle out here.' These men, whom I

20  believe to be Bay Boys, followed us

21  back to the car where my friend's mother

22  waited, and escalated their verbal

23  threats."; Wright Decl. ISO Motion for

24  Class Certification ¶ 9 [Docket No. 159-

25  9] (On January 6, 2012, when Wright

26  visited Lunada Bay and was harassed by

27  Bay Boys upon approaching the

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  shoreline, he got in the water and "was
2  verbally accosted by a new group of Bay
3  Boys, who yelled at me and called me a
4  'fucking kook.' They said, 'What the
5  fuck are you doing surfing here?' Any
6  time I attempted to paddled to the main
7  break, they also said, 'Get the fuck back
8  on the inside. You can't surf out here.' I
9  was dangerously dropped in on several
10  times, which forced me go left towards
11  the rocks and away from the breaking
12  waves. The Bay Boys also shot their
13  surfboards at me in an attempt to knock
14  me off waves as I was catching them.");
15  Wright Decl. ISO Motion for Class
16  Certification ¶ 12 [Docket No. 159-9]
17  (Wright "had been waiting my turn for
18  waves and was the deepest outside and
19  closest to the peak when a set wave came
20  through. By regular surfing norms, I had
21  priority. I caught the 10- to 12-foot-high
22  wave and was up riding for several
23  seconds. A person whom I now
24  understand to be Alan Johnston paddled
25  the wrong way on this wave, dropped in
26  on me going the wrong way on the wave,
27  and yelled, 'Oh no, you don't!'
28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

74

2:16-cv-2129

1  Dropping in on a surfer while going the
2  wrong way is well known to be against
3  normal surf etiquette. Alan Johnston then
4  collided with me, and our leashes got
5  tangled. After we surfaced from the
6  collision, Johnston then got close to me
7  and yelled, 'You had to fucking take that
8  wave, didn't you!'  I took off my leash to
9  get untangled as we were still in the surf
10 and held the leash close to my board.
11 Because there was no flex in my leash
12 since I was holding it close to the board,
13 the next wave that came through then
14 broke my leash plug and the board was
15 carried into the rocks, breaking my board
16 up badly— essentially ruining a new
17 board.  I had to swim in over rocks to get
18 my board and cut my hands on the rocks
19 doing so.  In my more than 20 years of
20 surfing, I'm confident that Johnston was
21 attempt[ing] to purposefully injure
22 me."); Wright Decl. ISO Motion for
23 Class Certification ¶ 13 [Docket
24 No. 159-9] (A Bay Boy yelled "fucking
25 faggots" as Wright was getting ready to
26 go down to surf with Ken Claypool.
27 "The person who called us 'faggots' later



DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  returned when I was leaving and
2  attempted to tell me how I could surf
3  Lunada Bay: 'Go early, come alone, and
4  don't bring a GoPro or you will be a
5  target to be hassled.'"); Wright Decl.
6  ISO Motion for Class Certification ¶ 15
7  [Docket No. 159-9] (After a devising a
8  system to arrive early to avoid the Bay
9  Boys' harassment, on one early morning,
10 "two younger surfers, who I understand
11 to be Bay Boys, were already in the
12 water. These two were in their mid-to-
13 late 20s. I believe one of them could
14 have been one of the younger Ferrara
15 boys. They said words to the effect of,
16 'You think you can sneak up on us by
17 paddling across the bay from Middles
18 and surf here?  No way.  You can't surf
19 today.'  I explained that I'd talked to Zen
20 Del Rio and that he said it was okay if I
21 came alone and came out early.  They
22 said, 'Don't name-drop out here.' And
23 then, they paddled up within a few feet
24 of me. They yelled, 'We can do this the
25 easy way—you paddle in right now. Or
26 we do it the hard way, and you paddle in
27 with a broken nose.'  They raised their
28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

arms like they were going to hit me; I believed they intended to carry out their threat to harm me. I paddled in because I felt they would make good on their threat to cause me harm."); Conn Decl. ISO Motion for Class Certification [Docket No. 174]; Gero Decl. ISO Motion for Class Certification [Docket No. 170]; Gersch Decl. ISO Motion for Class Certification [Docket No. 162]; Hagins Decl. ISO Motion for Class Certification [Docket No. 178]; Innis Decl. ISO Motion for Class Certification [ Docket No. 165]; Jongeward Decl. ISO Motion for Class Certification [Docket No. 177]; Krell Decl. ISO Motion for Class Certification [Docket No. 180]; Lanning Decl. ISO Motion for Class Certification [Docket No. 172]; MacHarg Decl. ISO Motion for Class Certification [Docket No. 160]; Marsch Decl. ISO Motion for Class Certification [Docket No. 179]; Neushul Decl. ISO Motion for Class Certification [Docket No. 173]; Otten Decl. ISO Motion for Class Certification [Docket No. 159-3]; Perez Decl. ISO Motion for Class

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   Certification [Docket No. 164]; Sisson

2   Decl. ISO Motion for Class Certification

3   [Docket No. 169]; Will Decl. ISO

4   Motion for Class Certification [Docket

5   No. 163]; Young Decl. ISO Motion for

6   Class Certification [Docket No. 167];

7   Ollinger Decl. ISO Opp to City MSJ, ¶¶

8   6, 8, 9, 10; Pinkerton  Decl.  ¶¶ 5-7; *see*

9   *also* Plaintiffs' Statement of Additional

10  Material Facts ISO Opposition to City

11  Defendants' Motion for Summary

12  Judgment [Docket No. 323] 155

13  ("During the first Lunada Bay Martin

14  Luther King, Jr. Day event on January

15  20, 2014, with City police present, a

16  native Hawaiian (and later Coastal

17  Protection Ranger volunteer) Christopher

18  Taloa was told by a local wearing

19  blackface and an afro wig: 'You don't

20  pay enough taxes to be here.'), 156

21  ("When Taloa attempted to surf Lunada

22  Bay, he was asked: 'Who are the black

23  guys on the cliff?'  And then he was told

24  by a local surfers that they owned the

25  local police and judges.  Taloa was

26  threatened with this: 'I'm going to have

27  you arrested and have you f*@#&% in

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| the ass by a black or Mexican in the holding cell.' ) 157 ( "In an effort to deter outsiders, local surfers direct pejoratives at them like 'kook,' 'gook,' or 'fucking faggots.'), 158 ("City admits few persons of color and few others in protected categories use Lunada Bay. "), C. Ferrara Depo. 84:6-7 ("I feel like prejudices over in Hawaii. They really didn't like white people."); Johnston Depo. 100:1-25 (Johnston says the word "gay" means "lame" in surfer talk, which is how he uses it.),   100:13-14; 103:8-14 (Johnston says "super gay" he means "super lame."), 101:5-10 (Johnston wears a shirt with "LGBT" on it, with pictures depicting "liberty, guns, beer, and tits" as the true meaning for him.). | |
| 36. Over the years, the Bay Boys have revised and perfected their strategy of exclusion, aiming to make outsiders' experiences at Lunada Bay so miserable that they won't come back.<br><br>**Plaintiffs' Evidence:**<br>Wolff Decl., ¶ 39 & Exs. 43 [Transcript of C. Ferrara Audio Recording] and 38 | 36. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

79

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1   [PLTF002027 (Charlie Ferrara, stating:

2   "I can't tell you you can't be down here.

3   I can't tell you that, you know.  I can't

4   tell you you can't go surfing, but what I

5   can do is make sure you don't have fun

6   out there.  You know what I mean?  And

7   then what's the point of that?  You're

8   going to come here when the surf's good

9   everywhere else and get burned and have

10  a bad day?  That's, cuz that's, you know,

11  that's what we're gonna keep on doing.

12  They want to come out we're just gonna

13  keep on burning them and make them

14  have a bad session because we're going

15  to stick together and like attack cuz we

16  are.  We are family"; "They've been

17  recorded and stuff while they're, you

18  know, rousting [outsiders] and get

19  recorded and they get in trouble . . .

20  that's why now we're not, you know,

21  doing stuff, and now we're just burning

22  people."]; Wolff Decl., Exs. 8 [Exhibit

23  223 to Lee Deposition, Bates Lee

24  000000015 (Defendant Sang Lee

25  reminded other Bay Boys in an email of

26  their preferred strategy to exclude

27  outsiders: "[I] do NOT want to see my

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | friends get in trouble with the law / | |
| 2 | theres [sic] other options to deterr [sic] | |
| 3 | outsiders from surfing our home such as | |
| 4 | we can ride together or its [sic] a long | |
| 5 | walk up the trail in bare feet." | |
| 6 | Defendant Lee further explained that he | |
| 7 | did not want to see other Bay Boys "so | |
| 8 | fired up on trolls" that they "immediately | |
| 9 | get[] into fights or threaten[] the | |
| 10 | outsiders n [sic] get into trouble." | |
| 11 | Instead, he explained "THERES [sic] | |
| 12 | OTHER OPTIONS THAN THREATS N | |
| 13 | [sic] VIOLENCE TO MAKE THEIR | |
| 14 | TIME IN OUR HOME A BUMMER.")]. | |
| 15 | 37. Exclusion of nonlocals by the Bay | 37. Plaintiffs' evidence lacks support |
| 16 | Boys takes many forms.  The Bay | that Defendant Lee is a member of the |
| 17 | Boys will hurl pejoratives, heckle, | Bay Boys. Therefore, this fact is |
| 18 | and hassle outsiders who try to | irrelevant to the claims against |
| 19 | surf at Lunada Bay.  The Bay | Defendant Lee. |
| 20 | Boys will violate the local surf- | |
| 21 | riding ordinance, block outsiders | |
| 22 | movements, and will also drop in | |
| 23 | on the outsiders putting them at | |
| 24 | serious risk of harm.  The Bay | |
| 25 | Boys expect the outsiders to "take | |
| 26 | it, deal with it, and just don't | |
| 27 | mouth out." | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                                             81                                                      2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | **Plaintiffs' Evidence:** | |
| 2 | Lee Depo. 137:8-137:3, 138:4-15; 83:16- | |
| 3 | 18, 84:5-17, 85:2-3, 155:7-16 (Lee | |
| 4 | admits to heckling nonlocals at Lunada | |
| 5 | Bay between 10 and 30 times because he | |
| 6 | "just felt like it."  He also recalls hearing | |
| 7 | others yelling "boo" at outsiders), 225:4- | |
| 8 | 13 (Lee admits there is "maybe a little | |
| 9 | bit [of Localism]" at Lunada Bay | |
| 10 | because "people get heckled and [he] | |
| 11 | heckle[s] people."), 152:17-25, 153:11- | |
| 12 | 13 (explaining that the Bay Boys have a | |
| 13 | variety of means of making outsiders' | |
| 14 | time in "their home" a "total bummer," | |
| 15 | like by dropping in on them or heckling | |
| 16 | them), 75:3-7 (if someone is not | |
| 17 | following proper surfing etiquette, Lee | |
| 18 | "might drop in on them . . . yeah, I'm | |
| 19 | going to go."); Blakeman Depo. 167:17- | |
| 20 | 21, 169:4-9 (stating it is okay to drop in | |
| 21 | on a surfer who doesn't wait his or her | |
| 22 | turn and that he has seen it happen); *see* | |
| 23 | *also* Pltfs.' RJN Supp. Opp to City MSJ., | |
| 24 | Ex. B [5/8/95 LA Times Article]. | |
| 25 | 38. The Bay Boys seek to discover | 38. Plaintiffs' evidence lacks support |
| 26 | plans of "outsiders to visit or surf | that Defendant Lee is a member of the |
| 27 | at Lunada Bay, such as by looking | Bay Boys. Therefore, this fact is |

4851-8905-6589.1            82            2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

28

| | | |
|---|---|---|
| 1 | for references to Lunada Bay in | irrelevant to the claims against |
| 2 | social media, and then coordinate | Defendant Lee. |
| 3 | to be present in large numbers to | |
| 4 | harass the visitors. They | |
| 5 | coordinate by e-mail and text | |
| 6 | messages, among other things. | |
| 7 | **Plaintiffs' Evidence:** | |
| 8 | Wolff Decl., Exs. 8 [Exhibits 225, Bates | |
| 9 | Lee 00000595 & 226, Bates Lee | |
| 10 | 000000596] (On January 16, 2014, Bay | |
| 11 | Boy Tom Sully emailed Defendant Sang | |
| 12 | Lee and asked him to forward an email | |
| 13 | "to the whole crew so everyone knows | |
| 14 | and we can all be on the same page." | |
| 15 | The email related to a Monday, January | |
| 16 | 20, 2014 Martin Luther King, Jr. | |
| 17 | Celebration event that was planned to | |
| 18 | take place at Lunada Bay, much to the | |
| 19 | Bay Boys' chagrin.  Defendant Sang Lee | |
| 20 | dutifully passed along Tom Sully's email | |
| 21 | to "the whole crew."  Bay Boy Charlie | |
| 22 | Mowat responded to Defendant Lee's | |
| 23 | email by stating "I will be on the patio | |
| 24 | alllllllllllll day on Monday throwing out | |
| 25 | heckles and sporting a BBQ.  I'm | |
| 26 | already warming up.  Don't miss the | |
| 27 | fun."  Recipients of this email included | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1    Andy Patch, Charlie Beukema | |
| 2    (Defendant Angelo Ferrara's stepson), | |
| 3    David Melo, Mark Griep, and Zen Del | |
| 4    Rio, among many others.  Charlie | |
| 5    Mowat again wrote to Defendant Lee, | |
| 6    Tom Sully, and several others, to say | |
| 7    "[h]ope you're off Monday for the | |
| 8    fiasco.  I'm going to sponsor a BBQ and | |
| 9    be on the patio all day."); Johnston | |
| 10    Depo. 74:6-77:21, Ex. 342 (Cell Record | |
| 11    Detail) (texts referring to outsiders as | |
| 12    "trolls" and confirming that they didn't | |
| 13    get to surf); Johnston Depo. 156:18-22, | |
| 14    Ex. 344 (Phone Bill Records); Johnston | |
| 15    Depo. 157:1-12 Ex. 345 (Text | |
| 16    Messages). | |
| 17    39. When Bay Boys find "outsiders" | 39. Plaintiffs' evidence lacks support |
| 18         at Lunada Bay, they coordinate to | that Defendant Lee is a member of the |
| 19         have more Bay Boys come to | Bay Boys. Therefore, this fact is |
| 20         Lunada Bay in large numbers. | irrelevant to the claims against |
| 21         They coordinate by mobile phone | Defendant Lee. |
| 22         calls and text messages, among | |
| 23         other things. | |
| 24    **Plaintiffs' Evidence:** | |
| 25    Wolff Decl., ¶ 39 & Exs. 43 [Transcript | |
| 26    of C. Ferrara Audio Recording] and 38 | |
| 27    [PLTF002027 (Charlie Ferrara, stating: | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1  "I was calling people to get down here. | |
| 2  Get the frick out.  We need people | |
| 3  surfing.")]; Wolff Decl., Ex. 6 (Johnston | |
| 4  Depo., Ex. 342) [Alan Johnston Chat | |
| 5  Messages at entries 1036- 1038: "If u | |
| 6  really wanna be a bay boy we might | |
| 7  meet [sic] your help tomm," "Could be a | |
| 8  great help if ur there !!! Supposed to be a | |
| 9  police setup at our spot calling all gards | |
| 10  [sic]."]; Wolff Decl., ¶¶ 40 & Ex. 39 | |
| 11  [Defendant Lee Cell Phone Records at | |
| 12  0273-0275, indicating Sang Lee called | |
| 13  Defendant Blakeman 62 times on | |
| 14  January 29, 2016, the day Plaintiff | |
| 15  Spencer was attacked]; ¶ 42 & Ex. 41 | |
| 16  [Alan Johnston Chat Messages at entries | |
| 17  1033 and 1036 (On February 12, 2016, | |
| 18  Defendant Johnston sent a text message | |
| 19  to a friend, stating: "If u really wanna be | |
| 20  a bay boy we might meet [sic] your help | |
| 21  tomm," to which his friend responded | |
| 22  "Anywhere in Pv especially your home | |
| 23  break is special to me")]. | |
| 24  40. When Bay Boys find "outsiders" | 40. Plaintiffs' evidence lacks support |
| 25  at Lunada Bay, they coordinate | that Defendant Lee is a member of the |
| 26  their harassment and intimidation | Bay Boys. Therefore, this fact is |
| 27  of such visitors. | irrelevant to the claims against |

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | **Plaintiffs' Evidence:** | Defendant Lee. |
| 2 | Reed Depo. 300:18-25 ("Well, during | |
| 3 | the incident that occurred on February | |
| 4 | 13th, it appeared as though he had | |
| 5 | orchestrated that event with Mr. Jalian | |
| 6 | Johnston.  Q. What specifically did he do | |
| 7 | that made you think that he had | |
| 8 | orchestrated that?  A. It appeared as | |
| 9 | though they had planned the event out in | |
| 10 | an attempt to try to ruin my camera and | |
| 11 | in an attempt to try to intimidate me."), | |
| 12 | 320:3-5 ("I feel like [Blakeman's] role in | |
| 13 | the attack was to record rather than to | |
| 14 | speak and to intimidate through his | |
| 15 | camera."); Wright Decl. ISO Motion for | |
| 16 | Class Certification ¶ 8 [Docket No. 159- | |
| 17 | 9] (When Wright tried to visit Lunada | |
| 18 | Bay on January 6, 2012 with his father | |
| 19 | and a friend, he borrowed a board from | |
| 20 | Kennedy Surf Shop where he was | |
| 21 | warned by another surfer "words to the | |
| 22 | effect of 'I grew up in Palos Verdes. | |
| 23 | Don't go there. The Bay Boys protect | |
| 24 | that place and you can't surf there.'" | |
| 25 | When Wright's group arrived at Lunada | |
| 26 | Bay, they "walked to the bluff and were | |
| 27 | approached by a person whom I believe | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  to be a Bay Boy, who said, 'It's really
2  dangerous here today, you shouldn't surf
3  here.' I responded by saying, I surf
4  Mav's and have surfed waves twice this
5  big. This is no problem.' After this, the
6  man became more confrontational and
7  said things in a raised voice like: (a) 'It's
8  still dangerous out there, and you could
9  get hurt;' (b) 'No one out there will let
10 you catch waves if you paddle out;' and
11 (c) 'If you go out, the people out there
12 will make sure you don't have fun.'"
13 Wright's group decided to go down to
14 the water, and "men who I believe are
15 Bay Boys surrounded the entrance to the
16 trail.  They were extremely aggressive
17 and angry, and even though I had not
18 spoken to them and neither had Nurnur
19 nor my dad, they said things about me
20 being from Maverick's.  They filmed and
21 photographed us, and called us kooks. I
22 saw others pull out phones, and what I
23 believed to be a walkie talkie or other
24 type of communication device, and I
25 observed them calling and texting.  At
26 the bottom of the bluff on the shoreline,
27 different men who I believe to be Bay
28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1  Boys were visibly angry and approached
2  us. They repeated the exchange we had
3  with the men at the top of the bluff, even
4  though we had not spoken with any of
5  these men.  As an example, one of them
6  said, 'Oh, you're that guy from
7  Maverick's, huh?'  This leads me to
8  believe the men on the bluff and the men
9  on the shoreline were coordinating their
10  efforts.  Then, the men below yelled
11  things including: (a) 'It's dangerous out
12  here and someone might get hurt!'; (b)
13  'You should not be here!' (c) 'You won't
14  have any fun!'; (d) 'It's too crowded for
15  you to go out!'; and (e) 'Nobody is going
16  to let you catch a wave!'  One of the men
17  saw my dad's [Los Angeles County
18  Sheriff's] badge around his neck and
19  said, "Oh, you're the muscle, huh?
20  That's some fucking bullshit.'  Then,
21  another surfer who I believe to be a Bay
22  Boy approached me—he was less overtly
23  hostile in his tone and body language.
24  This person [said]: 'I will probably get
25  hassled and in trouble just for talking to
26  you. I'm just out of prison and don't like
27  the drama of the other guys. But those
28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 guys may attack you. They will drop in | |
| 2 on you. They will harass you, and you | |
| 3 won't get any waves. It's the way it is.'" | |
| 4 I asked, "If we paddle out and sit on the | |
| 5 inside, won't that be okay? Isn't that | |
| 6 good enough?" He said, "No. Just being | |
| 7 here is too much. But if you insist on | |
| 8 going out, stay on the inside or there will | |
| 9 be a fight."). | |
| 10  41. The Bay Boys also conspire to | 41. Plaintiffs' evidence lacks support |
| 11  exclude outsiders while they are in | that Defendant Lee is a member of the |
| 12  the water at Lunada Bay. | Bay Boys. Therefore, this fact is |
| 13 **Plaintiffs' Evidence:** | irrelevant to the claims against |
| 14 Blakeman Depo. 215:6-12 (surfers on | Defendant Lee. |
| 15 the shore whistle at surfers in the water); | |
| 16 Spencer Depo., 105:12-20, 106:6-12 | |
| 17 (Spencer observed that men in the water, | |
| 18 including Defendant Blakeman, were | |
| 19 coordinating with each other and with | |
| 20 other men in the Rock Fort on the shore | |
| 21 and "could tell they knew each other."); | |
| 22 Wright Decl. ISO Motion for Class | |
| 23 Certification ¶ 18 [Docket No. 159-9] | |
| 24 ("I've seen Brant Blakeman, whom I | |
| 25 understand to be a Bay Boy, surfing | |
| 26 Lunada Bay on many occasions. …  In | |
| 27 the water, he seems to direct other Bay | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                             89                                    2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

28

| | |
|---|---|
| Boys to sit close to visiting surfers. I've observed Bay Boys who seem to be assigned to visiting surfers—they'll sit too close to the visitors, impede their movements, block their surfing, kick at them, splash water at them, and dangerously drop in on them. On one occasion, I saw people whom I believe to be Bay Boys in a boat with surfboards threatening visitors.  In addition to Blakeman, I've seen Michael Papayans, Sang Lee, Alan Johnston, Charlie Ferrara, and David Mello engage in this activity."). | |
| 42. The Bay Boys conspired on and before January 29, 2017 to coordinate an attack on Plaintiff Spencer.  Defendant Blakeman and others participated.<br><br>**Plaintiffs' Evidence:**<br>Wolff Decl., Ex. 40 [Defendant Lee Cell Phone Records at 0267-0269 (On January 29, 2016, Defendant Sang Lee made a significant number of phone calls to Bay Boys, including Charlie Mowat and David Melo.  Defendant Lee contacted Mr. Mowat no less than 15 | 42. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| times before 5:30 a.m. that morning. Defendant Lee and Mr. Mowat exchanged another 11 calls later that same day), 0273-0275 (Defendant Lee contacted or attempted to contact Defendant Brant Blakeman 62 times on January 29, 2017 during an approximately 30-minute timespan. These calls were between Defendant Lee's cell phone and Defendant Blakeman's cell phone and home phone. | |
| 43. The Bay Boys conspired on and before February 12, 2017 – the day before Plaintiff Diana Milena Reed was sexually harassed by Defendants Blakeman, Johnston, and Charlie Ferrara.<br><br>**Plaintiffs' Evidence:**<br>Wolff Decl., ¶ 42 & Ex. 41 [Alan Johnston Chat Messages at entries 1037 and 1038 (Defendant Johnston informed a friend on February 12, 2016 that he had heard about the City's undercover operation planned for the next day, stating: "Could be a great help if ur there !!! Supposed to be a police setup at our spot calling all gards [sic]." Defendant | 43. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

91

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Johnston's friend responded "Fuck ok | |
| 2 | well I am gunna get up and try to crack it | |
| 3 | at BA cuz we're short on crew as well | |
| 4 | but tide could very well plug it and I'll | |
| 5 | shoot over.  Either way I'll hit u up in the | |
| 6 | morning early to see what's the haps")]. | |
| 7 | 44. The Bay Boys have developed a | 44. Plaintiffs' evidence lacks support |
| 8 | close friendship with City police | that Defendant Lee is a member of the |
| 9 | officers, who look the other way | Bay Boys. Therefore, this fact is |
| 10 | when the Bay Boys break the law. | irrelevant to the claims against |
| 11 | Some Bay Boys make | Defendant Lee. |
| 12 | contributions to the Police | |
| 13 | Officers Association, in exchange | |
| 14 | for "badge" challenge coins that | |
| 15 | can be carried, and "badge" decals | |
| 16 | that can be placed on cars. | |
| 17 | **Plaintiffs' Evidence:** | |
| 18 | Blakeman Depo. 243:3-244:17 | |
| 19 | (Blakeman knows Sergeant Barber, Mr. | |
| 20 | Eberhard, Mr. Ackert, Mr. Hellinga, | |
| 21 | Captain Velez, and Rick Delmont; | |
| 22 | Blakeman has known Sergeant Barber | |
| 23 | for approximately 8 years and Mr. | |
| 24 | Ackert approximately 10 or 12 years); | |
| 25 | Barber Depo. 19:10, 25:1-6, 40:2-5 | |
| 26 | (attended high school in Rancho Palos | |
| 27 | Verdes with Angelo Ferrara's wife, | |
| 28 | | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1  Leonora), 93:14-21 (knows Michael | |
| 2  Thiel), 124:5-12 (knows Tom Sullivan), | |
| 3  129:12-16 (knows Sang Lee); 71:8-72:3 | |
| 4  (considers Charlie Mowat to be a friend; | |
| 5  they've gotten to know each other over | |
| 6  the years because Mr. Mowat "is a local | |
| 7  guy" who went to Palos Verdes High | |
| 8  School; Sergeant Barber has socialized at | |
| 9  Mr. Mowat's house for barbecues and | |
| 10 other events). | |
| 11      45. The City helps facilitate the Bay | 45. Plaintiffs' evidence lacks support that |
| 12          Boys' exclusion of outsiders from | Defendant Lee is a member of the Bay |
| 13          Lunada Bay. | Boys. Therefore, this fact is irrelevant to |
| 14 **Plaintiffs' Evidence:** | the claims against Defendant Lee. |
| 15 Defendant Blakeman's Response to | |
| 16 Plaintiff Spencer's First Set of Requests | |
| 17 for Admissions to Defendant Blakeman | |
| 18 ("Blakeman RFAs"), RFA Nos. 1, 2, 3, 6 | |
| 19 (though not a City employee, Defendant | |
| 20 Blakeman used a City-issued cell phone | |
| 21 for personal purposes from at least | |
| 22 October 1, 2015 through April 30, 2016); | |
| 23 Blakeman Depo., 14:10-11 (Q: "How | |
| 24 long have you had your flip phone?  A. | |
| 25 Approximately, five years."), 15:9-17 | |
| 26 (his phone is provided by the City but | |
| 27 he's not an employee); City's Responses | |
| 28 | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | to Plaintiff Spencer's Second Set of | |
| 2 | Requests for Admission ("City RFA"), | |
| 3 | RFA Nos. 6 (no City emergency would | |
| 4 | have warranted use of the cell phone), 7 | |
| 5 | (City paid the cell phone bill); Blakeman | |
| 6 | Interrogatories, Interrogatory No. 14 | |
| 7 | (Blakeman only recently returned the | |
| 8 | cell phone to the City - within 7 or 8 | |
| 9 | months of July 27, 2017); Barber Depo. | |
| 10 | 197:16-23 ("we don't want to traverse | |
| 11 | those trails [from the bluffs down to the | |
| 12 | shoreline], because we may fall and | |
| 13 | break our necks"), 105:25-10 ("Q. About | |
| 14 | how many times had you been down | |
| 15 | there [to the Rock Fort]?  A. Maybe a | |
| 16 | handful.  Maybe four or five times.  Q. | |
| 17 | Four or five times in 20 years or so?  A. | |
| 18 | Yes."). | |
| 19 | 46. With help from the City, the Bay | 46. Plaintiffs' evidence lacks support that |
| 20 | Boys act with impunity. | Defendant Lee is a member of the Bay |
| 21 | **Plaintiffs' Evidence:** | Boys. Therefore, this fact is irrelevant to |
| 22 | Kepley Depo., 40:3-41:13 (PVE police | the claims against Defendant Lee. |
| 23 | planned an undercover operation with | |
| 24 | the Santa Monica Police Department | |
| 25 | where Santa Monica officers agreed to | |
| 26 | pose as surfers); 41:17-42:23 (the | |
| 27 | undercover operation was canceled | |

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  because the Bay Boys learned about the

2  operation the day before it was supposed

3  to occur and called the City Manager to

4  question why the police would be

5  undercover at Lunada Bay); Franklin

6  Decl., Ex. 21, Bates CITY7087-

7  CITY7096 (the undercover operation

8  scheduled for February 13, 2016 was

9  compromised when, on February 12,

10  2016, Bay Boy Michael Thiel met with

11  the City Manager and complained that

12  Chief Kepley was "inappropriately

13  utilizing police resources at Lunada Bay"

14  and that he was aware the next day there

15  was to be a "sting operation," stating

16  "something like, 'I hope tomorrow isn't

17  the sting . . . better not be doing this

18  tomorrow.'"  The City Manager called

19  Chief Kepley, informed him of his

20  meeting with Mr. Thiel, after which time

21  the undercover operation was canceled.

22  Chief Kepley noted that "PVEPD is a

23  small department with many long-

24  tenured officers who police this small

25  community."  Chief Kepley "mentioned

26  Sergeant Steve Barber and Officer Ken

27  Ackert as long-term employees who

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

1   might interface with some of the Bay

2   Boys."  An investigator hired by the City

3   to determine the source of the leak noted

4   that the PVEPD Property Clerk, Jaylin

5   Albao, was in a relationship with former

6   PVEPD officer Rick Delmont, who

7   "'had a close relationship with the Bay

8   Boys . . . perhaps Jaylin overheard

9   something that either intentionally or

10  accidentally conveyed it to Rick

11  Delmont, and then he somehow maybe

12  leaked out to a Bay Boy.'"); Johnston

13  Depo. 80:15-83:13 (admits he knew in

14  advance of the scheduled sting at Lunada

15  Bay on February 13, 2016); Reed Decl.,

16  ¶¶ 14-15 (the police witnessed Plaintiff

17  Reed get verbally attacked by David

18  Melo but did not intervene and instead

19  refused to arrest him; the officers talked

20  Plaintiff Reed out of surfing that

21  morning and did nothing to David

22  Melo); Reed Depo. 227:13-18 (Reed

23  tried multiple times to contact the police

24  and set up a time to identify the

25  individuals who attacked her on

26  February 13, 2016, but she had to "keep

27  calling the police over and over . . . [and]

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | it took a really long time and I felt like, | |
| 2 | you know, they weren't doing enough to | |
| 3 | help me with this."); 238:9-18 ("I do | |
| 4 | remember speaking to someone from the | |
| 5 | police department, you know, telling me | |
| 6 | that it's not safe at Lunada Bay and why | |
| 7 | would I want to go back, it's a rocky | |
| 8 | beach and why would a woman want to | |
| 9 | go to a rocky beach, and it just seemed | |
| 10 | like they weren't doing much to help the | |
| 11 | situation.  I was also surprised that they | |
| 12 | were, you know – they told me that – I | |
| 13 | mean, they implied that women | |
| 14 | shouldn't go down to rocky beaches; I | |
| 15 | found that comment a little bit strange."); | |
| 16 | 239:15-19 ("I probably called maybe | |
| 17 | three times, and, you know, I remember | |
| 18 | then eventually I proceeded to retain my | |
| 19 | attorneys because I felt like that was the | |
| 20 | only course of action I could take | |
| 21 | because the police weren't helping me"); | |
| 22 | Taloa Depo. 306:18-307:2 (Defendant | |
| 23 | Papayans told Taloa the locals own the | |
| 24 | police). | |
| 25 | 47. The Bay Boys continued to | 47. Plaintiffs' evidence lacks support that |
| 26 |     conspire after this lawsuit was | Defendant Lee is a member of the Bay |
| 27 |     filed. | Boys. Therefore, this fact is irrelevant to |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 **Plaintiffs' Evidence:** | the claims against Defendant Lee. |
| 2 Wolff Decl., ¶ 42 & Ex. 41 [Johnston | |
| 3 Text Messages at entries 759-761 (upon | |
| 4 being informed that a lawsuit had been | |
| 5 filed against him, Defendant Johnston | |
| 6 texted several Bay Boys, including | |
| 7 Michael Thiel, and stated: "Yeah saw | |
| 8 that super gay!! Who narked my name!! | |
| 9 So lame!!," to which his Bay Boy friend, | |
| 10 Tom Sullivan, responded "I bet it was | |
| 11 police chief he has photos of all of us she | |
| 12 probably just picked from a line up don't | |
| 13 trip to [sic] hard she has nothin it's not | |
| 14 illegal to be annoying . . just be prepared | |
| 15 for shit show . . ."), Chat Message at | |
| 16 entry 1836 (Defendant Johnston texted a | |
| 17 friend approximately a week after this | |
| 18 lawsuit was filed, on April 6, 2016, with | |
| 19 the following admission: "Haha stir the | |
| 20 pot with heckling!! Bra us locs are | |
| 21 getting sued over here for being locs")]. | |
| 22 48. The Bay Boys conspired to | 48. Plaintiffs' evidence lacks support that |
| 23 withhold evidence in this case. | Defendant Lee is a member of the Bay |
| 24 **Plaintiffs' Evidence:** | Boys. Therefore, this fact is irrelevant to |
| 25 Blakeman Depo. 14:23-25 (Defendant | the claims against Defendant Lee. |
| 26 Blakeman claimed he could not | |
| 27 remember his cell phone number at his | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  deposition and provided Plaintiffs'

2  counsel with an incorrect phone number,

3  identifying the last four digits of his cell

4  phone number as "7634"); Wolff Decl., ¶

5  43 & Ex. 42 (Defendant Blakeman's

6  Response to Plaintiff Diana Reed's First

7  Set of Interrogatories, Interrogatory No.

8  1, identifying the last four digits of his

9  cell phone number as "7934"); Wolff

10  Decl., ¶¶ 50 (In response to a request for

11  production of documents seeking text

12  messages with co-Defendants,

13  Defendants Charlie and Frank Ferrara

14  claimed not to possess any such

15  evidence, whereas Defendant Sang Lee

16  produced a privilege log showing a

17  number of texts between himself and

18  Defendants Charlie and Frank Ferrara

19  during the relevant time period); Decl.

20  Pooley, ¶¶ 21-22 (Defendant Johnston

21  refused to make himself available for

22  deposition until four days after filing a

23  summary-judgment motion), 23-25

24  (counsel for Defendant Blakeman failed

25  to provide Plaintiffs with evidence

26  submitted to the Court in support of his

27  motion for summary judgment).

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                        99                                        2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | 49. Each of the Individual Defendants is a member of the Bay Boys.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 49. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | 50. Defendant Sang Lee is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 50. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |
| 13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | 51. Defendant Sang Lee undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 51. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |
| 24<br>25<br>26<br>27 | 52. Defendant Brant Blakeman is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, | 52. This fact is irrelevant to the claims against Defendant Lee. |

LEWIS<br>BRISBOIS<br>BISGAARD<br>& SMITH LLP<br>ATTORNEYS AT LAW

4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48 | |
| 53. Defendant Brant Blakeman undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 53. This fact is irrelevant to the claims against Defendant Lee. |
| 54. Defendant Alan Johnston is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 54. This fact is irrelevant to the claims against Defendant Lee. |
| 55. Defendant Alan Johnston undertook actions to further the | 55. This fact is irrelevant to the claims against Defendant Lee. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|
| Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | |
| 56. Defendant Michael Papayans is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 56. This fact is irrelevant to the claims against Defendant Lee. |
| 57. Defendant Michael Papayans undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with | 57. This fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS<br>BRISBOIS<br>BISGAARD<br>& SMITH LLP<br>ATTORNEYS AT LAW

| | |
|---|---|
| other Bay Boys regarding such actions.<br><br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | |
| 58. Defendant Angelo Ferrara is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay.<br><br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 58. This fact is irrelevant to the claims against Defendant Lee. |
| 59. Defendant Angelo Ferrara undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions.<br><br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 59. This fact is irrelevant to the claims against Defendant Lee. |
| 60. Defendant Frank Ferrara is aware of and agrees with the Bay Boys' | 60. This fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay. **Plaintiffs' Evidence:** See PAMF 12, 13, 15, 16, 22, 24-48. | |
| 61. Defendant Frank Ferrara undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions. **Plaintiffs' Evidence:** See PAMF 12, 13, 15, 16, 22, 24-48 | 61. This fact is irrelevant to the claims against Defendant Lee. |
| 62. Defendant Charlie Ferrara is aware of and agrees with the Bay Boys' purpose or design to exclude the general public, particularly "outsiders" (or "kooks"), from visiting or surfing at Lunada Bay. **Plaintiffs' Evidence:** See PAMF 12, 13, 15, 16, 22, 24-48. | 62. This fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 63. Defendant Charlie Ferrara undertook actions to further the Bay Boys' purpose and design, including following the Bay Boys' rules, terms, or practices, harassing and intimidating "outsiders," and/or encouraging, facilitating, or coordinating with other Bay Boys regarding such actions.<br>**Plaintiffs' Evidence:**<br>See PAMF 12, 13, 15, 16, 22, 24-48. | 63. This fact is irrelevant to the claims against Defendant Lee. |

**Issue #4: Public Nuisance**

| **Plaintiffs' Additional Material Facts:** | **Defendant Lee's Response to Plaintiffs' Additional Material Facts** |
|---|---|
| 64. Palos Verdes Estates Shoreline Preserve and specifically Lunada Bay constitute an asset of priceless value, and exceptional and dramatic beauty. Lunada Bay is owned by the City and is a world class wave.<br>**Plaintiffs' Evidence:**<br>City Responses to Plaintiffs' Separate Statement Undisputed Material Facts ISO Class Certification [Docket | 64. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 No. 189] Nos. 1 ("Lunada Bay is owned | |
| 2 by the City of Palos Verdes Estates and | |
| 3 is a public beach") ("Lunada Bay is a | |
| 4 unique world class surfing site, and | |
| 5 offers many recreational opportunities"), | |
| 6 5; Willis Decl. ISO Opp. to City MSJ, | |
| 7 ¶¶8, 9, 10, 11. 15 ("Lunada Bay is a | |
| 8 world class wave . . .") and Ex. 4 ("Palos | |
| 9 Verdes Estates Shoreline Preserve | |
| 10 constitutes an asset of priceless value." | |
| 11 p. 87) (Palos Verdes "has a shoreline of | |
| 12 exceptional and dramatic scenic | |
| 13 beauty . . .") (p. 115); Barber | |
| 14 Depo. 112:18-22, Ex. 263 ("Q:  And I'm | |
| 15 going to – 263 I'm going to put in front | |
| 16 of you, Sergeant Barber.  Do you | |
| 17 recognize that as being a map of the | |
| 18 general Lunada Bay coastal area? | |
| 19 A:  Yes.") | |
| 20    65. The State of California granted | 65. Undisputed. However, this fact is |
| 21        Lunada Bay and the rest of the | irrelevant to the claims against |
| 22        Palos Verdes Estates Shoreline | Defendant Lee. |
| 23        Preserve to the City, but it is | |
| 24        reserved for the People of | |
| 25        California. | |
| 26 **Plaintiffs' Evidence:** | |
| 27 Willis Decl. Supp. Pltfs.' Opp to City | |
|    Defs.' MSJ. ("Willis Decl."), ¶¶ 8-11. | |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | 66. The Bay Boys have long acted to |
| 2 | obstruct the public's free access to |
| 3 | Lunada Bay with the City's |
| 4 | knowledge. |
| 5 | **Plaintiffs' Evidence:** |

66. The Bay Boys have long acted to obstruct the public's free access to Lunada Bay with the City's knowledge.

**Plaintiffs' Evidence:**

Franklin Decl., Ex. 21 at bates CITY7090 ("Chief Kepley told me that shortly after he was hired as chief of police he learned of a long history of alleged 'bullying and hazing' of out-of-town surfers at Lunada Bay by local surfers, often referred to as the 'Bay Boys.'"), CITY7091 (Chief Kepley asked Captain Velez to organize a sting operation at Lunada Bay in November or December 2015, but "[h]e wasn't quick to respond to that and over the next month or two I, I would you know, ask him again, and I think he was having difficulty organizing that."); 171; Best Depo.30:16-25, 31:1-17; 150:1-25, 151:1-25; 152:1-6.; 124:22-25, 125:1-25, 126:1-25, 127:1-13; Kepley Depo. 51:19-24 ("When this Guardian video came out, it caused a quick steep learning curve for me to learn some of the history.  And I had heard people from

66. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1    the community and staff members, and | |
| 2    all, tell me that there have been conflicts | |
| 3    and issues in the surfing culture for | |
| 4    many, many years, as many as 50 years | |
| 5    or more."); Kepley Depo. 220:2-7  ("Q: | |
| 6    Sure.  Do you think localism has been a | |
| 7    problem at Lunada Bay this year?  A: | |
| 8    Yes.  Q:  Do you think localism was a | |
| 9    problem at Lunada Bay last year?  A: | |
| 10    Yes); Placek Depo. 74:5-13; Siounit | |
| 11    Decl. ¶ 4 [Docket No. 308]; Franklin | |
| 12    Decl., Ex. 21 at Bates CITY7090 | |
| 13    [Docket No. 324] ("Chief Kepley told | |
| 14    me that shortly after he was hired as | |
| 15    chief of police he learned of a long | |
| 16    history of alleged 'bullying and hazing' | |
| 17    of out-of-town surfers at Lunada Bay by | |
| 18    local surfers, often referred to as the | |
| 19    'Bay Boys.'"); Spencer Depo., 55:11- | |
| 20    56:17, 67:8-10, 79:19-20 (for more than | |
| 21    30 years, Plaintiff Spencer, who lives in | |
| 22    the City of Norco, wanted to surf at | |
| 23    Lunada Bay but avoided it due to fear of | |
| 24    Lunada Bay and its reputation of | |
| 25    violence toward outsiders); | |
| 26         67. The Bay Boys exclude outsiders | 67. Plaintiffs' evidence lacks support that |
| 27         the moment they step onto the | Defendant Lee is a member of the Bay |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| bluffs, making it known outsiders are not welcome through their words and acts. | Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

**Plaintiffs' Evidence:**

Blakeman Depo. 25:25-26:2; Spencer Depo. 98:8-15 (almost instantaneously after arriving, Bay Boys called Spencer a "kook" and told him he couldn't surf there), 102:12-25 (Spencer was told "'Why don't you fucking go home, you fucking kook'" and "'How many other good places did you pass to come here?'"), 103:21-104:5 ("Q. Did anything else occur in the 20 minutes [after your arrival] that caused fear for you? A. Yes . . . It was more of a – more of a closer, I guess, encounter with the same language all the way down the trail; jumping into the water; [the] same individual just keep, you know, heckling."),143:1-4, 9-22 (while standing on the bluff, Bay Boys drove by real slowly, called him names like "kook," and Defendant Blakeman circled him while "sticking his GoPro in our faces for reasons we could only determine were to identify us to their

| | |
|---|---|
| 1  group so that they would know who we | |
| 2  are."), 144:21-25 (Spencer explained | |
| 3  Blakeman's behavior and its impact: | |
| 4  "When you show up to a beach and | |
| 5  someone that you know is one of the | |
| 6  little – the local controllers/harassers of | |
| 7  that place sticking a camera in your face, | |
| 8  why is he doing that?  To intimidate you | |
| 9  and to make you feel uncomfortable."); | |
| 10  Spencer Decl. Supp. Pls.' Mot. Class | |
| 11  Cert. ("Spencer Decl.") ¶ 11; Wolff | |
| 12  Decl., ¶ 47 & Ex. 44 [Los Angeles | |
| 13  Times photograph of Defendant | |
| 14  Blakeman on the bluff video recording | |
| 15  outsiders Ken Claypool and Chris | |
| 16  Taloa]. | |
| 17      68.Using the Rock Fort as a base, the | 68. Plaintiffs' evidence lacks support that |
| 18         Bay Boys restrict outsiders' access | Defendant Lee is a member of the Bay |
| 19         to the shoreline and the water. | Boys. Therefore, this fact is irrelevant to |
| 20  **Plaintiffs' Evidence:** | the claims against Defendant Lee. |
| 21  Franklin Decl., Ex. 21 at Bates | |
| 22  CITY7090 ("Kepley said there is a | |
| 23  masonry stone patio located on the | |
| 24  public coastline; however this structure | |
| 25  is widely viewed as being owned or | |
| 26  controlled by the Bay Boys."); Spencer | |
| 27  Depo., 198:25-199:8 (The Rock Fort | |

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | "provides an operations point for [the | |
| 2 | Bay Boys] to congregate and to prevent | |
| 3 | people from using the beach; [] its very | |
| 4 | existence prevents access."); Lee Depo., | |
| 5 | 53:17-20 (Defendant Lee helped | |
| 6 | improve the Rock Fort by adding "a little | |
| 7 | roofing on the garage door.  I put a cover | |
| 8 | on like a – like a roofing material so that | |
| 9 | it's waterproof."). | |
| 10 | 69. The Bay Boys admit they obstruct | 69. Plaintiffs' evidence lacks support that |
| 11 | nonlocals' free use of Lunada Bay. | Defendant Lee is a member of the Bay |
| 12 | **Plaintiffs' Evidence:** | Boys. Therefore, this fact is irrelevant to |
| 13 | Lee Depo., 143:9-12 (Sang Lee deters | the claims against Defendant Lee. |
| 14 | outsiders by "discourag[ing] them" from | |
| 15 | surfing), 125:21-126:3, 68:16-18 | |
| 16 | ("personally, I probably would not like | |
| 17 | to see other people"), 69:4-5 ("I probably | |
| 18 | wouldn't be happy about it"), 69:13 ("it | |
| 19 | just ruins everything"), 185:12-15 (Sang | |
| 20 | Lee explained that the reason there's "a | |
| 21 | lot of space" at Lunada Bay "is because | |
| 22 | we keep it like that.  We fucking hassle | |
| 23 | people"), 186:11-22 (Sang Lee thinks he | |
| 24 | may have told reporters at Lunada Bay | |
| 25 | that they "shouldn't fucking come down | |
| 26 | here.  Stay away from this area."), 192:3- | |
| 27 | 5 ("I just wanted to discourage people, | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  outsiders coming in with no etiquette

2  that take, that type"), 199:22-200:23 ("Q.

3  Okay.  The reason was to discourage

4  people from coming to Lunada Bay and

5  surfing; is that correct?" "A. Yeah

6  yeah."); Wolff Decl., ¶ 39 & Exs. 43

7  [Transcript of C. Ferrara Audio

8  Recording] and 38 [PLTF002027: "some

9  newcomers come and screw up what we

10 have going on here and, ach!"];

11 Blakeman Depo. 220:13-25 (Defendant

12 Blakeman believes it is acceptable to

13 block someone from catching a wave at

14 Lunada Bay), 222:19-223:2 (Defendant

15 Blakeman admits that on January 29,

16 2017, he got within two or three feet of

17 Mr. Taloa and intentionally blocked him

18 from catching waves at Lunada Bay),

19 223:8-11 (Blakeman admits to

20 "shadowing" or following Mr. Taloa

21 while in the water on January 29, 2017.

22 Blakeman admits that Mr. Taloa was

23 "trying to get away" Blakeman but

24 Blakeman continued to follow him);

25 Franklin Declaration, Ex. 37 [The

26 Guardian Video]; Wolff Decl., ¶ 39 &

27 Exs. 43 [Transcript of C. Ferrara Audio

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Recording] and 38 [PLTF002027
2  (Charlie Ferrara, stating: "I can't tell you
3  you can't be down here.  I can't tell you
4  that, you know.  I can't tell you you can't
5  go surfing, but what I can do is make
6  sure you don't have fun out there.  You
7  know what I mean?  And then what's the
8  point of that?  You're going to come
9  here when the surf's good everywhere
10  else and get burned and have a bad day?
11  That's, cuz that's, you know, that's what
12  we're gonna keep on doing.  They want
13  to come out we're just gonna keep on
14  burning them and make them have a bad
15  session because we're going to stick
16  together and like attack cuz we are.  We
17  are family"; "They've been recorded and
18  stuff while they're, you know, rousting
19  [outsiders] and get recorded and they get
20  in trouble . . . that's why now we're not,
21  you know, doing stuff, and now we're
22  just burning people."]; Wolff Decl., Ex.
23  8 [Exhibit 223 to Lee Deposition, Bates
24  Lee 000000015 (Defendant Sang Lee
25  reminded other Bay Boys in an email of
26  their preferred strategy to exclude
27  outsiders: "[I] do NOT want to see my

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | friends get in trouble with the law / | |
| 2 | theres [sic] other options to deterr [sic] | |
| 3 | outsiders from surfing our home such as | |
| 4 | we can ride together or its [sic] a long | |
| 5 | walk up the trail in bare feet." | |
| 6 | Defendant Lee further explained that he | |
| 7 | did not want to see other Bay Boys "so | |
| 8 | fired up on trolls" that they "immediately | |
| 9 | get[] into fights or threaten[] the | |
| 10 | outsiders n [sic] get into trouble." | |
| 11 | Instead, he explained "THERES [sic] | |
| 12 | OTHER OPTIONS THAN THREATS N | |
| 13 | [sic] VIOLENCE TO MAKE THEIR | |
| 14 | TIME IN OUR HOME A BUMMER.")]. | |
| 15 | 70. Defendants prevented Plaintiff | 70. This fact is irrelevant to the claims |
| 16 | Spencer from enjoying the free | against Defendant Lee..(Lutz Decl. ¶2, |
| 17 | use of Lunada Bay on January 29, | Exhibit A, Spencer Depo., p.308:4-14). |
| 18 | 2016. | |
| 19 | **Plaintiffs' Evidence:** | |
| 20 | Spencer Decl. ¶ 12; Spencer Depo., | |
| 21 | 105:7-20 (Blakeman paddled around | |
| 22 | Spencer), 229:11-230:14 ("you're | |
| 23 | alleging that Mr. Blakeman was circling | |
| 24 | you?  A. I'm not alleging.  He did circle | |
| 25 | me – yes, I am alleging in the complaint, | |
| 26 | yes.  So, he did circle us.  He did circle | |
| 27 | me.  Q.  What's 'circle'?  What do you | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 mean when he circles you?  Is he going a<br>2 complete 360-degree circle around you?<br>3 A. Complete 360 in front; blocking;<br>4 obstructing.  Q. What's he obstructing<br>5 you from?  A. Catching the waves.  Q.<br>6 Well, why do you believe he's<br>7 obstructing you from catching a wave?  .<br>8 . . So, when someone is that close to you<br>9 in front of you when you're trying to<br>10 paddle forward, you don't want to paddle<br>11 and hit them; so when they're in front of<br>12 you, they're trying to prevent you from<br>13 catching waves.  BY MR. WORGUL: Q.<br>14 Could they be trying to catch a wave as<br>15 well? . . . THE WITNESS: On that day,<br>16 in my opinion, Mr. Blakeman was<br>17 obstructing us from catching waves."),<br>18 259:24-260:24 (Blakeman circled<br>19 Plaintiff Spencer in the water, stared him<br>20 down, prevented him from surfing, and<br>21 thrust his "camera in [the] face" of those<br>22 who attempt to access the beach, among<br>23 other things); | |
| 24    71.Defendants prevented Plaintiff<br>25       Spencer from enjoying the free<br>26       use of the public bluffs atop<br>27       Lunada Bay on February 5, 2016. | 71. This fact is irrelevant to the claims<br>against Defendant Lee. (Lutz Decl. ¶2,<br>Exhibit A, Spencer Depo., p.307:11-14). |

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

**Plaintiffs' Evidence:**

Spencer Decl. ¶ 23; Spencer Depo., 143:17-21 ("Defendant Blakeman [was] constantly circling us, everybody who was out there to surf that was not from there; that's not a Bay Boy; sticking his GoPro in our faces for reasons we could only determine were to identify us to their group so that they would know who we are."), 144:17-19 ("Q. Did you feel threatened by [Blakeman's] behavior? A. Of course."), 142:20-143:7 ("Were you harassed while you were watching the property? A. You could – yes. When people call you the same things they called on the first visit, 'kook,' and, you know, 'What are you doing?' Same stuff, that's harassment.  I feel I was harassed."), 145:5-146:9 (while Spencer stood on the bluff, Bay Boys drove by slowly and called Spencer names); Wolff Decl., ¶ 47 & Ex. 44 (A photographer from the LA Times was present and took a photo of Defendant Blakeman following Plaintiff Spencer's friends, Jordan Wright and Christopher Taloa, with his camera along the bluffs)].



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | 72.Defendants prevented Plaintiff | 72. This fact is irrelevant to the claims |
| 2 | Reed from enjoying free use of the | against Defendant Lee. (Lutz Decl. ¶4, |
| 3 | bluffs and public area surrounding | Exhibit C, Reed depo, p.366:23-25; |
| 4 | Lunada Bay on January 29, 2016. | p.367:1-18 ). |
| 5 | **Plaintiffs' Evidence:** | |
| 6 | Reed Depo. 119:25-120:16 ("Q. So at | |
| 7 | some point did you experience any | |
| 8 | harassment or intimidation when you | |
| 9 | were there on January 29th? A. Yes. Q. | |
| 10 | What was that? A. From what I recall | |
| 11 | when, you know, from the moment that | |
| 12 | we arrived we were experiencing | |
| 13 | harassment.  Q. Okay, can you describe | |
| 14 | what the harassment was?  A. I | |
| 15 | remember that people were circling | |
| 16 | around the car when we parked and, you | |
| 17 | know, some people yelled at us and said | |
| 18 | that we we're kooks.  And there were | |
| 19 | other people, other bay boys on the bluff | |
| 20 | that were looking at us and there were | |
| 21 | people recording us.  So the situation | |
| 22 | there seemed very tense.", 121:10-11 ("I | |
| 23 | remember at some point people telling us | |
| 24 | that we can't surf there"), 130:11-14 ("I | |
| 25 | believe there was an instance of people | |
| 26 | telling us that we can't surf there while | |
| 27 | we were on the bluff.  There was the | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1    constant harassment of video cameras

2    everywhere, recording everything.");

3    Reed Decl., ¶ 8 (Plaintiff Reed was

4    harassed by Bay Boys almost

5    immediately after parking her car along

6    the bluffs; she was called a "kook" and

7    told she couldn't surf there), 9 (a group

8    of Bay Books were standing on the

9    bluffs and told Plaintiff Reed should

10    couldn't surf there; Defendant Blakeman

11    was recording Plaintiff Reed while she

12    was on the bluffs), 10 (Plaintiff Reed

13    met Plaintiff Spencer and recalls learning

14    that he is a police officer and was run

15    over in the water by another surfer that

16    morning), 11 (after making her way

17    down to the beach, Plaintiff Reed was

18    verbally accosted by David Melo, who

19    called her a "whore" and continued to

20    yell and scream profanities at Plaintiff

21    Reed; another Bay Boy told Reed to

22    "watch out" and "be careful" and "don't

23    smash your pretty little face on the

24    rocks."), 15 (after being attacked by

25    David Melo, Plaintiff reed was scared

26    and changed out of her wetsuit into her

27    clothes and left Lunada Bay without

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| surfing because she was "completely shaken up" and "felt unsafe to go into the water" so she "decided to go home." | |
| 73. Defendants prevented Plaintiff Reed from enjoying free use of Lunada Bay on February 13, 2016 | 73. This fact is irrelevant to the claims against Defendant Lee.. (Lutz Decl. ¶4, Exhibit C, Reed depo, p.366:23-25; p.367:1-18 ). |

**Plaintiffs' Evidence:**

Reed Depo. 167:17-168:2 ("I remember when we were preparing to walk down the trail, there was a man, middle-aged blond haired man, and a teenage boy that were filming us and they were attempting to block the pathway, and they were telling us that we were done, whatever that means. I do remember some people yelling at us when we were on the bluff . . . I remember once we were at the bottom of the hill on the beach, I remember, you know, people yelling at us, yeah, everyone seemed pretty hostile."), 170:12-171:5 ("I remember that [Defendants Blakeman and Johnston] approached me very rapidly and I was caught by surprise. I remember that they rushed towards me in a hostile manner. I remember, you know, declining that I wanted to drink

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

1  beer.  I remember being videotaped by

2  Brant Blakeman.  I remember there were

3  times when I was being videotaped very

4  close to my face and it felt very

5  intimidating and definitely felt like I was

6  being harassed.  And I think that I asked

7  them, you know, why they're

8  videotaping me because it made me very

9  uncomfortable.  I remember Mr.

10 Johnston opening the can of beer in a

11 way that sprayed my arm and my

12 camera.  I remember him chucking beer

13 and throwing beer cans on the floor.  I

14 remember him being very loud and very

15 scary, very intimidating, and acting in a

16 sexual manner.  Q. Where did this take

17 place?  A. These events took place in the

18 [rock] fort."), 175:8-15 (because of

19 where Blakeman and Johnston were

20 standing, Plaintiff Reed could not leave

21 the rock fort), 177:7-8 ("I was not able to

22 exit the fort, I was frozen in fear"),

23 216:10-12 ("I remember at some point

24 after that Jalian paddled out and left and

25 I felt like it was safe to go back up the

26 hill"), 177:19-178:2 ("I do remember

27 asking, you know, why I was being

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  filmed and, you know, being told that

2  they're filming me because I'm sexy.  I

3  remember Mr. Johnston saying that he's

4  big enough to get the job done while,

5  you know, also, you know, he was also

6  grunting and making – making moans

7  and noises resembling, you know, an

8  orgasm.  He was, you know, thrusting

9  and rubbing his torso in a sexual manner,

10  just acting in a very – very frightening

11  way."), 219:15-18 (Blakeman was trying

12  to intimidate Plaintiff Reed by holding

13  his camera "right up to [her] face, you

14  know, two feet from [her] face"),

15  358:23-359:1 ("I do remember . . . while

16  he had a towel on himself there was a

17  moment when it seemed that he

18  intentionally exposed his penis to me

19  while he was changing"); Reed Decl. ¶¶

20  16-18 (unable to surf because her arm

21  was in a cast so she decided to go to

22  Lunada Bay to take photographs of a

23  friend while he surfed), 20 (while she

24  was in the fort, a man entered and

25  interrogated Plaintiff Reed, asking what

26  her "mission objective" was and why she

27  was there).

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8905-6589.1                                              121                                              2:16-cv-2129
DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | 74. Defendants have continued to obstruct Plaintiff Reed's free passage at Lunada Bay since February 13, 2016. | 74. This fact is irrelevant to the claims against Defendant Lee. (Lutz Decl. ¶4, Exhibit C, Reed depo, p.366:23-25; p.367:1-18 ). |
| 5 | 75. Over the years, the Bay Boys have revised and perfected their strategy of exclusion, aiming to make outsiders' experiences at Lunada Bay so miserable that they won't come back. | 75. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

**Plaintiffs' Evidence:**

Wolff Decl., ¶ 39 & Exs. 43 [Transcript of C. Ferrara Audio Recording] and 38 [PLTF002027 (Charlie Ferrara, stating: "I can't tell you you can't be down here. I can't tell you that, you know.  I can't tell you you can't go surfing, but what I can do is make sure you don't have fun out there.  You know what I mean?  And then what's the point of that?  You're going to come here when the surf's good everywhere else and get burned and have a bad day?  That's, cuz that's, you know, that's what we're gonna keep on doing. They want to come out we're just gonna keep on burning them and make them have a bad session because we're going

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  to stick together and like attack cuz we
2  are.  We are family"; "They've been
3  recorded and stuff while they're, you
4  know, rousting [outsiders] and get
5  recorded and they get in trouble . . .
6  that's why now we're not, you know,
7  doing stuff, and now we're just burning
8  people."]; Wolff Decl., Ex. 8 [Exhibit
9  223 to Lee Deposition, Bates Lee
10 000000015 (Defendant Sang Lee
11 reminded other Bay Boys in an email of
12 their preferred strategy to exclude
13 outsiders: "[I] do NOT want to see my
14 friends get in trouble with the law /
15 theres [sic] other options to deterr [sic]
16 outsiders from surfing our home such as
17 we can ride together or its [sic] a long
18 walk up the trail in bare feet."
19 Defendant Lee further explained that he
20 did not want to see other Bay Boys "so
21 fired up on trolls" that they "immediately
22 get[] into fights or threaten[] the
23 outsiders n [sic] get into trouble."
24 Instead, he explained "THERES [sic]
25 OTHER OPTIONS THAN THREATS N
26 [sic] VIOLENCE TO MAKE THEIR
27 TIME IN OUR HOME A BUMMER.")].
28



4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | |
|---|---|

**Issue #5: Bane Act**

| **Plaintiffs' Additional Material Facts:** | **Defendant Lee's Responses to Plaintiffs' Additional Material Facts:** |
|---|---|
| 76. The Lunada Bay shoreline and bluffs is City-owned land which may be accessed by the Public.<br><br>**Plaintiffs' Evidence:**<br>Willis Decl. Supp. Pltfs.' Opp to City Defs.' MSJ. ("Willis Decl."), ¶¶ 8-11. | 76. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 77. The Bay Boys united – through common goals, symbols, and practices – to deprive Plaintiffs of their right to access the bluffs and shoreline through interference, intimidation, threats and coercion.<br><br>**Plaintiffs' Evidence:**<br>Lee Depo., 31:19-32:6 (Defendant Sang Lee has a "Lunada Bay" tattoo with a Trident head); 46:2-11, 47:10-14 (When it was in existence, Bay Boys would spend time together barbequing, drinking beer, and hanging out at the Rock Fort), 118:10-20, 119:14-15, 120:24-121:1, 123:7-8, 22-23 (although there is no "written rule book" there is "an | 77. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. Therefore, this fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  understanding" among local surfers at

2  Lunada Bay as to the ground rules for

3  surfing there),  276:9-23 (Sang Lee

4  admits to pouring beer on John

5  MacHarg's head one day at the Rock

6  Fort), 285:18-26 (Bay Boys think of

7  themselves as "pirates"); Wolff Decl.,

8  Ex. 8 [Exhibit 222 to Lee Deposition,

9  Bates Lee 00000001]; Johnston Depo.

10  63:20-64:2, 166:21-167:7 (Lunada Bay

11  tattoo); Spencer Decl. ¶ 12; Spencer

12  Depo., 113:21 ("they all know each

13  other"), 198:25-199:8 (The Rock Fort

14  "provides an operations point for [the

15  Bay Boys] to congregate and to prevent

16  people from using the beach; [] its very

17  existence prevents access."); Spencer

18  Depo., 259:24-260:24 (Blakeman circled

19  Plaintiff Spencer in the water, stared him

20  down, prevented him from surfing, and

21  thrust his "camera in [the] face" of those

22  who attempt to access the beach, among

23  other things), 142:20-21, 146:23-147:14,

24  149:12-23; Blakeman Depo. 223:8-11

25  (shadowed Mr. Taloa's movements and

26  intentionally prevented him from

27  catching waves); Spencer Decl. ¶ 22;

28

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Claypool Decl. ¶ 25 (when he finished surfing at Lunada Bay in January 2015, he saw Bay Boys gathering at the top of the bluff near the two trailheads and they were impeding movement); Taloa Depo., 354:17-355:3 (Defendant Papayans harassed Taloa at the bluff when he came to Lunada Bay to surf). | |
| 9 | 78. The PVE PD officers rarely police along the shoreline at Lunada Bay or in the Rock Fort. | 78. Undisputed. However, this fact is irrelevant to the claims against Defendant Lee. |
| 12 | **Plaintiffs' Evidence:** Barber Depo. 105:25-106:10 ("Q. About how many times had you been down there [to the Rock Fort]?  A. Maybe a handful.  Maybe four or five times.  Q. Four or five times in 20 years or so?  A. Yes."); Johnston Depo. 111:25-113:3 (police tell the Bay Boys not to open their beer when the police are down at the Rock Fort). | |

/ / /

## Issue #6: Assault

| **Plaintiffs' Additional Facts** | **Defendant Lee's Response to Plaintiffs' Additional Material Facts** |
|---|---|
| 79. Plaintiff Reed was directly | 79. This fact is irrelevant to the claims |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1   assaulted (sexually and otherwise) | against Defendant Lee. |
| 2   by Defendants Blakeman and | |
| 3   Johnston. | |

**Plaintiffs' Evidence:**

Reed Depo. 219:9-21, 295:1-296:11, 299:2-300:5, 304:13-317:19, 318:7-322:21, 329:7-10, 359:22-25; Reed Depo. 276:20-24 ("I felt – felt like I could have even been raped.  I mean, it was incredibly frightening.  I felt helpless.  Just that whole memory of the event has caused me to be fearful and just really affected my piece of mind."), 329:7-10 ("through [Blakeman's] behavior of being incredibly hostile and intimidating and frightening, he's evoked a lot of fear in me, you know."); 359:22-25 ("I remember there was a moment when he seemed like he purposefully removed his towel in order to expose himself"); Reed Decl. ISO Motion for Class Certification, ¶ 19; 21-23; 27-28 (among other things, Defendants Blakeman and Johnston "rushed" Plaintiff Reed, approached her in a menacing manner, harassed her with sexually aggressive comments, and

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1  intentionally sprayed beer on her and her<br>2  camera.); Franklin Decl., ¶ 25, Ex. 17<br>3  [Docket No. 324] ("fucking sexy<br>4  baby…want to film it?"; "I seen you and<br>5  I think I touched myself a little bit"; "I<br>6  can do whatever I want."). | |
| 7     80. Several Bay Boys, including<br>8          Defendant Charlie Ferrara, were<br>9          present when Plaintiff Reed was<br>10         being assaulted, intentionally<br>11         contributing to the intimidating<br>12         presence and Plaintiff Reed's<br>13         apprehension and fear, and<br>14         behaving in a manner showing<br>15         that they were complicit in, and<br>16         supported, the assault and<br>17         threatening behavior.<br>18  **Plaintiffs' Evidence:**<br>19  Reed Depo., 317:25-318:6; Reed Decl.<br>20  ISO Motion for Class Certification, ¶¶<br>21  21-25; Blakeman Depo. 78:2-9, 101:11-<br>22  16, 238:23-239:9; Frank Ferrara Depo.<br>23  217:2-9 (Q. Did you ever talk to your<br>24  son Charlie about what happened at the<br>25  fort that day?  A.  At the patio, yes.  Q.<br>26  And what did he say?  A.  He said he<br>27  was, um – he said he was a little | 80. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. The fact is irrelevant to the claims against Defendant Lee. |

4851-8905-6589.1

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

| | | |
|---|---|---|
| 1 | discouraged by how they talked to | |
| 2 | Diana.  And he didn't agree with it.  And | |
| 3 | he went surfing."; C. Ferrara Depo. | |
| 4 | 118:15-11; Wolff Decl., ¶ 39 & Exs. 43 | |
| 5 | [Transcript of C. Ferrara Audio | |
| 6 | Recording] and 38 [PLTF002027 | |
| 7 | (Charlie Ferrara explaining to Plaintiff | |
| 8 | Reed that she was "roust[ed]" by the Bay | |
| 9 | Boys "because you're a newcomer.  You | |
| 10 | don't, you didn't know how to approach | |
| 11 | it."; Charlie Ferrara also explained that | |
| 12 | "it's also scary being a guy when you | |
| 13 | have guys barking at you, too, you know. | |
| 14 | It's scary when you're a guy and you | |
| 15 | have fuckin' ten guys you know like, | |
| 16 | you know, getting' gnarly on you.")]. | |
| 17 | 81. Defendant Blakeman withheld | 81. This fact is irrelevant to the claims |
| 18 | evidence of the attack from the | against Defendant Lee. |
| 19 | police. | |
| 20 | **Plaintiffs' Evidence:** | |
| 21 | Barber Depo. 150:11-21 ("they had | |
| 22 | found out that Mr. Blakeman had | |
| 23 | possibly videotaped the incident, so | |
| 24 | because I have a better rapport with | |
| 25 | Brant Blakeman, [Luke Hellinga] asked | |
| 26 | me to go and ask him if he has a copy of | |
| 27 | it. Q. And do you know what happened? | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1   A. Brant said, 'I don't have anything.<br>2   I'm sorry.'  Q. So he told you, 'I don't<br>3   have any video of that'?  A. He wouldn't<br>4   – well, I mean, I wouldn't say he<br>5   wouldn't cooperate, but he just said, 'No,<br>6   I have nothing.  I really don't want to<br>7   comment on it.'"); Blakeman Depo.<br>8   241:25-242:24; *see also* Franklin Decl.,<br>9   Ex. 17 [video of 2/13/16 incident, Bates<br>10   No. DEFT.BB081 and DEFT.BB082]<br>11   [Docket No. 324]. | |
| 12      82. Plaintiff Spencer was also directly<br>13        assaulted by Defendant Blakeman,<br>14        along with other Bay Boys.<br>15 **Plaintiffs' Evidence:**<br>16 Spencer Depo. at 98:5-117:5; 142:24-<br>17 144:19; 172:13-175:12; 223:8-11<br>18 (Plaintiff Spencer recounting being<br>19 assaulted and battered by Bay Boys,<br>20 including Defendant Blakeman); 110:20-<br>21 24 ("Q. Were you fearful of being<br>22 further injured after that point?  A That's<br>23 an understatement.  Q So is the answer<br>24 yes?  A Yes."); 113:25-114:1 ("we<br>25 decided that was – it's getting too crazy<br>26 out here, and more and more [Bay Boys]<br>27 started showing up on the fort."). | 82. Plaintiffs' evidence lacks support that Defendant Lee is a member of the Bay Boys. This fact is irrelevant to the claims against Defendant Lee. |

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Spencer Decl. ISO Motion For Class | |
| 2 | Certification, ¶¶ 11-23 (same); Spencer | |
| 3 | Decl. ISO Class Cert. ¶ 12; Blakeman | |
| 4 | Depo. 223:8-11. | |
| 5 | 83. The Bay Boys also committed | 83. Plaintiffs' evidence lacks support |
| 6 | battery against Plaintiff Spencer, | that Defendant Lee is a member of the |
| 7 | with Defendant Blakeman present | Bay Boys. This fact is irrelevant to the |
| 8 | and directly participating, when a | claims against Defendant Lee. |
| 9 | Bay Boy intentionally collided | |
| 10 | with Plaintiff Spencer while | |
| 11 | surfing, leaving him with a serious | |
| 12 | laceration on his hand. | |
| 13 | **Plaintiffs' Evidence:** | |
| 14 | Spencer Depo. at 98:5-117:5; 142:24- | |
| 15 | 144:19; 172:13-175:12; 223:8-11 | |
| 16 | (Plaintiff Spencer recounting being | |
| 17 | assaulted and battered by Bay Boys, | |
| 18 | including Defendant Blakeman); Spencer | |
| 19 | Decl. ISO Motion For Class | |
| 20 | Certification, ¶¶ 11-23 (same). | |
| 21 | 84. There is ample evidence that the | 84. Plaintiffs' evidence lacks support that |
| 22 | Bay Boys, including each of the | Defendant Lee is a member of the Bay |
| 23 | Individual Defendants, acted with | Boys. This fact is irrelevant to the claims |
| 24 | a common scheme and design to | against Defendant Lee. |
| 25 | utilize intimidation, threats, and | |
| 26 | physical violence when necessary | |
| 27 | to enforce unwritten rules in | |

4851-8905-6589.1

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Lunada Bay, including the exclusion of perceived "outsiders" like Plaintiffs.<br><br>**Plaintiffs' Evidence:**<br><br>Lee Depo. 118:10-20, 119:14-15, 120:24-121:1, 123:7-8, 22-23 (although there is no "written rule book" there is "an understanding" among local surfers at Lunada Bay as to the ground rules for surfing there); Johnston Depo. 63:20-64:2; Spencer Decl. ¶ 12; Spencer Depo., 113:21 ("they all know each other"). | |

**Issue #7: Battery**

| **Plaintiffs' Additional Material Facts:** | **Defendant Lee's Response to Plaintiffs' Additional Material Facts:** |
|---|---|
| 85. Defendant Johnston directly committed battery on Plaintiff Reed when he intentionally sprayed beer on her and her camera<br><br>**Plaintiffs' Evidence:**<br><br>Reed Depo. 170:23-24 ("I remember Mr. Johnston opening the can of beer in a way that sprayed my arm and my camera."); 218:15-22; 301:1-15; 313:13-317:19; Franklin Decl., Ex. 17 [video of | 85. This fact is irrelevant to the claims against Defendant Lee. |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | incident filed by Defendant Blakeman] | |
| 2 | [Docket No. 324]. | |
| 3 | 86. The Bay Boys also committed | 86. Plaintiffs' evidence lacks support that |
| 4 | battery against Plaintiff Spencer, | Defendant Lee is a member of the Bay |
| 5 | with Defendant Blakeman present | Boys. This fact is irrelevant to the claims |
| 6 | and directly participating, when a | against Defendant Lee. |
| 7 | Bay Boy intentionally collided | |
| 8 | with Plaintiff Spencer while | |
| 9 | surfing, leaving him with a serious | |
| 10 | laceration on his hand. | |
| 11 | **Plaintiffs' Evidence:** | |
| 12 | Spencer Depo. at 98:5-117:5; 142:24- | |
| 13 | 144:19; 172:13-175:12; 223:8-11 | |
| 14 | (Plaintiff Spencer recounting being | |
| 15 | assaulted and battered by Bay Boys, | |
| 16 | including Defendant Blakeman); Spencer | |
| 17 | Decl. ISO Motion For Class | |
| 18 | Certification, ¶¶ 11-23 (same). | |
| 19 | 87. Each of these attacks on Plaintiffs | 87. Plaintiffs' evidence lacks support that |
| 20 | Spencer and Reed were | Defendant Lee is a member of the Bay |
| 21 | coordinated and carried out with | Boys. This fact is irrelevant to the claims |
| 22 | assistance from other Bay Boys. | against Defendant Lee. |
| 23 | **Plaintiffs' Evidence:** | |
| 24 | Lee Depo. 118:10-20, 119:14-15, | |
| 25 | 120:24-121:1, 123:7-8, 22-23 (although | |
| 26 | there is no "written rule book" there is | |
| 27 | "an understanding" among local surfers | |

4851-8905-6589.1

133

2:16-cv-2129

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS
IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| at Lunada Bay as to the ground rules for surfing there); Johnston Depo. 63:20-64:2); Spencer Decl. ¶ 12; Spencer Depo., 113:21 ("they all know each other"). | |

**Issue #8: Spoliation- Defendants' Destruction of Evidence**

| Plaintiffs' Additional Material Facts: | Defendant Lee's Response to Plaintiffs' Additional Material Facts: |
|---|---|
| 88. Defendants Charlie Ferrara and Frank Ferrara ignored their duty to preserve evidence in this matter, resulting in the spoliation of critical evidence. | 88. This fact is irrelevant to the claims against Defendant Lee. |

**Plaintiffs' Evidence:**

Wolff Decl., ¶¶ 51 (Despite being served with document requests for cell phone records in November 2016, neither Charlie Ferrara nor Frank Ferrara attempted to obtain documents until approximately June or July 2017), 52 (despite being ordered by Magistrate Judge Oliver to produce all cell phone bills and text messages, counsel for Defendants Charlie and Frank Ferrara ignored the Court's order and failed to produced Defendant Charlie Ferrara's

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SANG LEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' ADDITIONAL MATERIAL FACTS IN OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  cell phone data), 53 (due to Defendants

2  Charlie and Frank Ferrara's failure to

3  preserve evidence, their cell phone

4  records only date back to February 21,

5  2016, and are missing critical data from

6  the dates the Plaintiffs were harassed and

7  attacked – January 29, 2016, February 5,

8  2016 and February 13, 2016) & Ex. 4 at

9  164:13-165:7 (Charlie Ferrara testified

10  that he hasn't "really tried that hard" to

11  locate his cell phone bills), 172:25-4

12  (Charlie Ferrara has not done anything to

13  preserve the information that is on his

14  phone, including photographs and text

15  messages); *see also* Docket No. 267

16  (ordering Defendants Charlie and Frank

17  Ferrara to produce documents).

18

19  DATED: August __17__, 2017          LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21

22                                       By: _____/s/ Tera A. Lutz_____

23                                           Dana Alden Fox

24                                           Edward E. Ward, Jr.

25                                           Tera A. Lutz
                                             Attorneys for Defendant SANG LEE

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW