# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Ann D. Ghiorso | 2a. Contact Phone Number: (415) 995-5129 | 3a. Contact E-mail Address: aghiorso@hansonbridgett.com |
| 1b. Attorney Name (if different) | Kurt A. Franklin | 2b. Attorney Phone Number: (415) 995-5086 | 3b. Attorney E-mail Address: kfranklin@hansonbridgett.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

5. Name & Role of Party Represented: Plaintiffs Cory Spencer, et al.

6. Case Name: Spencer, et al. v. Lunada Bay Boys, et al.

7a. District Court Case Number: 2:16-cv-02129-SJO-RAO

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☒ DIGITALLY RECORDED     ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☐ Non-Appeal  ☐ Criminal  ☒ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g. witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | b. SELECT FORMAT(S) | | | | (CM/ECF access included with purchase of transcript.) | | | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of e-filed transcript, or check to certify none yet on file.) | d. DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PDF (email) | TEXT/ ASCII (email) | PAPER | CONDEN- SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | | |
| 07/25/2017 | R. Oliver | Telephonic Hrg. re Discovery Dispute between Plaintiffs and Defendant Sang Lee Cellular Phone Extraction Report | ● | ○ | ○ | ○ | ○ | ○ | ● | HOURLY (2 hrs) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 18, 2017     Signature: /s/ Ann D. Ghiorso

G-120 (3/16)