Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone:  (949) 221-1000
Facsimile:  (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>                    Defendants. | Case No. 2:16-cv-2129<br><br>Judge:   Hon. S. James Otero<br>Dept:    Courtroom 10C<br><br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>**DECLARATION OF TIFFANY BACON IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR MONETARY SANCTIONS AGAINST CHARLIE FERRARA, FRANK FERRARA AND THIER COUNSEL OF RECORD BREMER WHYTE BROWN & O'MEARA**<br><br>Date:<br>Time: 8:30 a.m.<br><br>Complaint Filed:   March 29, 2016<br>Trial Date:         November 7, 2017 |

I, Tiffany Bacon, declare as follows:

1.      I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California and am an associate with the law firm of Bremer Whyte Brown & O'Meara LLP ("BWBO"), counsel of record for

1 Defendants FRANK FERRARA and CHARLIE FERRARA (hereinafter the

2 "Ferraras") in this action.  Except for those facts stated upon information and belief, I

3 have personal knowledge of the facts set forth in this declaration and, if called as a

4 witness, could and would competently testify to such facts under oath.

5      2.     On April 14, 2017, I received my first email from Plaintiffs' counsel,

6 Samantha Wolff, Esq., demanding a call with Magistrate Judge Oliver regarding the

7 Ferraras' responses to Plaintiffs' discovery.  The email consists of a brief, two

8 paragraph demand.  (Docket No. 403-14.)

9      3.     After exchanging brief email communications on April 17, 2017, I met

10 and conferred with Ms. Wolff telephonically on April 21, 2017 for the first time

11 regarding Plaintiffs' discovery issues.  This call lasted a little over one half hour, and

12 I billed .6 hours for this telephonic meet and confer.

13      4.     On April 26, 2017, I sent an email to Ms. Wolff with a brief summary of

14 the discussion that occurred during the telephonic meet and confer, and Ms. Wolff

15 responded on May 1, 2017 with a one paragraph response in supplement to my

16 summary.  (Docket No. 403-16.)  I billed, in total, .7 hours for these

17 communications.

18      5.     In the midst of meeting and conferring on the Ferraras' responses to

19 Plaintiffs' document requests, Plaintiffs served six additional sets of discovery on the

20 Ferraras, on June 2, 2017 and June 8, 2017.

21      6.     Plaintiffs' counsel sent a one-page letter on June 27, 2017 further

22 demanding a telephonic hearing with Magistrate Judge Oliver.  (Docket 403-17.)

23      7.     On or about July 3, 2017, I spoke with Ms. Wolff regarding the

24 Ferraras' discovery wherein Ms. Wolff, for the first time, requested the Ferraras

25 conduct a full extraction of their cellular phone data.  This call lasted fewer than 15

26 minutes, and I billed .2 hours for this telephonic meet and confer.

27      8.     Ms. Wolff was informed during this brief meet and confer on July 3,

28 2017 that the Ferraras were making diligent efforts to obtain cellular phone records

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S W BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

2

1  from their provider, and that the Ferraras would make efforts toward extracting their

2  cellular phone data in order to produce *responsive documents* to Plaintiffs' requests.

3       9.    On July 10, 2017, the date of Frank Ferrara's deposition which I was

4  personally defending, Ms. Wolff sent me a short, one paragraph email demanding a

5  telephonic hearing with Magistrate Judge Oliver.  Because I was covering my

6  client's deposition, I was unable to respond to Ms. Wolff's email until that evening

7  after the deposition had concluded; however, I informed her that the Ferraras never

8  expressed an unwillingness to produce documents but instead have made efforts to

9  obtain the requested records from their cell phone provider with no success.  (Docket

10  No. 403-19.)

11       10.   On July 12, 2017, I billed another .3 hours for meeting and conferring

12  with Ms. Wolff regarding Plaintiffs' continued dispute over the Ferraras' production.

13       11.   After a telephonic hearing with Magistrate Judge Oliver on July 13,

14  2017, the Ferraras were ordered "to produce responsive documents from the cell

15  phone imaging and responsive cell phone bills and records" within only four days, by

16  July 17, 2017.  (See Docket No. 267.)  This production date is also only ten days

17  after Ms. Wolff made her first request that the Ferraras conduct a full scale extraction

18  of the data from their cell phones.  I billed 1.3 hours for attending the hearing on July

19  13, 2017.

20       12.   On July 17, 2017, the Ferraras produced responsive documents from the

21  cell phone imaging and responsive cell phone bills and records.  The Ferraras could

22  not complete the extraction of data from their cellular phones until July 16, 2017,

23  which resulted in approximately 3,200 pages of documents, the majority of which

24  had to be vetted for actual responsive information to Plaintiffs' document requests.

25  The electronically stored information ("ESI") included information totally irrelevant

26  to this matter, including inspirational texts and bible verses sent by the Ferraras and

27  personal, intimate conversations between the Ferraras and their close family

28  members, including their spouses.

13.     On July 17, 2017, the Ferraras in good faith produced 1,200 pages of responsive documents from cell phone imaging and responsive cell phone bills as part of a rolling production, as 1,200 pages was the amount I was able to review within the exceptionally short time period since extraction was completed only the day before.

14.     Following this production, on July 18, 2017, Plaintiffs' counsel sent a short, one-page letter indicating Plaintiffs' position that the production was improperly redacted.  (Docket No. 403-22.)

15.     I explained to Ms. Wolff the redactions were made in order to produce only responsive information to Plaintiffs' requests.  (Docket No. 403-23.)  Despite informing Plaintiffs' counsel of this fact and that the remaining responsive documents would be produced as expeditiously as possible, Ms. Wolff demanded an additional telephonic hearing with Magistrate Judge Oliver, which took place on July 26, 2017 pursuant to the Court's availability.  I only billed .1 hours for my meet and confer correspondence with Ms. Wolff on July 24, 2017.

16.     On July 26, 2017, I appeared for the further telephonic hearing regarding the Ferraras' production.  I billed .8 hours for this telephonic appearance.

17.     By July 27, 2017, the Ferraras had produced all documents within their possession understood to be responsive to Plaintiffs' discovery requests.  It is my understanding the Ferraras' cell phone billing records, not already produced to Plaintiffs' counsel, are available through their cell phone service provider.  However, such records have not been voluntarily produced despite the Ferraras' multiple requests for these records.

18.     At no time did Plaintiffs' counsel contact BWBO to discuss the potential for reimbursement of the attorneys' fees they incurred in pursuit of the Ferraras' responsive documents.

19.     Having reviewed my billing entries for this matter, I spent approximately 5.5 hours meeting and conferring with Ms. Wolff regarding the

1  Ferraras' production of responsive documents and appearing for the telephonic

2  hearings with Magistrate Judge Oliver.

3     20.   A true and correct copy of excerpts from the deposition of Sang Lee is

4  attached hereto as **Exhibit A**.

5     21.   A true and correct copy of excerpts from the deposition of Frank Ferrara

6  is attached hereto as **Exhibit B**.

7     22.   A true and correct copy of excerpts from the deposition of Charlie

8  Ferrara is attached hereto as **Exhibit C**.

9     I declare under penalty of perjury under the laws of the United States of

10  America that the foregoing is true and correct.

11     Executed on this 21st day of August 2017, at Newport Beach, California.

12

13                                                  _____

14                                                       Tiffany Bacon

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

5

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On August 21, 2017, I served the within document(s) described as:

DECLARATION OF TIFFANY BACON IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR MONETARY SANCTIONS AGAINST CHARLIE FERRARA, FRANK FERRARA AND THIER COUNSEL OF RECORD BREMER WHYTE BROWN & O'MEARA

on the interested parties in this action as stated on the attached mailing list.

[X]   (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _for the above-entitled case.  Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system.  A copy of the  filing receipt page will be maintained with the original document(s) in our office.

Executed on August 21, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Hailey Williams | |
| (Type or print name) | (Signature) |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA  92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

## Cory Spencer v. Lunada Bay Boys et al.,

### Case No. 2:16-cv-2129-SJO

**BWB&O CLIENT:**    **Frank and Charlie Ferrara**
**BWB&O FILE NO.:**    **1178.176**

### SERVICE LIST

| | | |
|---|---|---|
| Samantha Wolff, Esq. **HANSON BRIDGETT** 425 Market Street 26th Floor San Francisco, CA 94105 (415) 777-3200 (415) 541-9366 Fax Attorneys For **PLAINTIFF** swolff@hansonbridgett.com kfranklin@hansonbridgett.com | Tyson M. Shower, Esq. **HANSON BRIDGETT** 500 Capitol Mall Suite 1500 Sacramento, CA 95814 (916) 442-3333 (916) 442-2348 Fax Attorneys For **PLAINTIFFS** tshower@hansonbridgett.com | Victor Otten, Esq. **OTTEN LAW, PC** 3620 Pacific Coast Highway Suite 100 Torrance, CA 90505 (310) 378-8533 (310) 347-4225 Fax Attorneys For **PLAINTIFFS** vic@ottenlawpc.com |
| Jacob Song, Esq. **KUTAK ROCK LLP** 5 Park Plaza Suite 1500 Irvine, CA 92614 (949) 417-0999 (949) 417-5639 Attorney For **CITY OF PALOS VERDES ESTATES** and **JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.** jacob.song@kutakrock.com | J. Patrick Carey, Esq. **LAW OFFICE OF PATRICK CAREY** 1230 Rosecrans Avenue Suite 270 Manhattan Beach, CA 90266 (310) 526-2237 (310) 356-3671 Fax Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON** pat@patcareylaw.com | Aaron G. Miller, Esq. **THE PHILIPS FIRM** 800 Wilshire Boulevard Suite 1550 Los Angeles, CA 90017 (213) 244-9913 (213) 244-9915 Fax Attorneys For **ANGELO FERRARA** amiller@thephillipsfirm.com |
| Mark Fields, Esq. **LAW OFFICES OF MARK C. FIELDS** 333 So. Hope Street Suite 3500 Los Angeles, CA 90071 (213) 617-5225 (213) 629-2420 Fax Attorney For **ANGELO FERRARA an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS** fields@markfieldslaw.com | Peter R. Haven, Esq. **HAVEN LAW** 1230 Rosecrans Avenue Suite 300 Manhattan Beach, CA 90266 (310) 272-5353 (213) 477-2137 Fax Attorneys For **MICHAEL RAY PAPAYANS** peter@havenlaw.com | Dana Alden Fox, Esq. **LEWIS BRISBOIS BISGAARD & SMITH, LLP** 633 W. 5th Street Site 4000 Los Angeles, CA 90071 (213) 580-3858 (213) 250-7900 Fax Attorneys For **SANG LEE** Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

H:\1178\176\PROOF OF SERVICE.docx

# Exhibit A

Atkinson-Baker Court Reporters
www.depo.com

1               UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3                     WESTERN DIVISION

4                         - - -

5   CORY SPENCER, AN INDIVIDUAL;    )
    DIANA MILENA REED, AN           )
6   INDIVIDUAL; AND COASTAL         )
    PROTECTION RANGERS, INC.,       )
7   A CALIFORNIA NON-PROFIT PUBLIC  )
    BENEFIT CORPORATION,            )
8                                   )
                  Plaintiffs,       )
9                                   )
        vs.                         ) No.:  2:16-cv-02129-SJO
10                                  )       (RAOx)
    LUNADA BAY BOYS; THE INDIVIDUAL )
11  MEMBERS OF THE LUNADA BAY BOYS, )
    INCLUDING BUT NOT LIMITED TO    )
12  SANG LEE, BRANT BLAKEMAN, ALAN  )
    JOHNSTON AKA JALIAN JOHNSTON,   )
13  MICHAEL RAE PAPAYANS, ANGELO    )
    FERRARA, FRANK FERRARA,         )
14  CHARLIE FERRARA, ET AL.,        )
                                    )
15                Defendants.       )
    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
16

17               VIDEOTAPED DEPOSITION OF

18                       SANG LEE

19                 COSTA MESA, CALIFORNIA

20                     MAY 31, 2017

21  Atkinson-Baker, Inc.
    Court Reporters
22  www.depo.com
    (800) 288-3376
23

24  REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25  FILE NO:      AB05A10

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4                           -  -  -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                    Plaintiffs,      )
 9                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
10                                   )       (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17

18

19

20          Videotaped deposition of SANG LEE, taken on

21   behalf of the Plaintiffs, at 3420 Bristol Street,

22   Sixth Floor, Costa Mesa, California, 92626, commencing

23   at 9:03 a.m., Wednesday, May 31, 2017, before

24   ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4        HANSON, BRIDGETT, LLP
          BY:  LISA M. POOLEY, ESQ.
 5        AND  VICTOR OTTEN, ESQ.
          425 Market Street
 6        26th Floor
          San Francisco, California 94105
 7

 8

 9   FOR THE DEFENDANTS:

10        BOOTH, MITCHEL & STRANGE, LLP
          BY:  DANIEL M. CROWLEY, ESQ.
11        707 Wilshire Boulevard
          Suite 3000
12        Los Angeles, California 90017

13

14        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
          BY:  EDWARD E. WARD, JR., ESQ.
15        633 West 5th Street
          Suite 4000
16        Los Angeles, California 90071

17

18        BREMER, WHYTE, BROWN & O'MEARA, LLP
          BY:  TIFFANY L. BACON, ESQ.
19        20320 S.W. Birch Street
          Second Floor
20        Newport Beach, California 92660

21

22        VEATCH, CARLSON, LLP
          BY:  RICHARD P. DIEFFENBACH, ESQ.
23        1055 Wilshire Boulevard
          11th Floor
24        Los Angeles, California 90017

25
```

3

```
 1   APPEARANCES CONTINUED:

 2

 3        KUTAK, ROCK, LLP
          BY:  ANTOINETTE P. HEWITT, ESQ.
 4        5 Park Plaza
          Suite 1500
 5        Irvine, California 92614

 6

 7        (BY TELEPHONE)
          BUCHALTER, NEMER, APC
 8        BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
 9        Suite 1500
          Los Angeles, California 90017
10        (213) 891-0700

11

12        (BY TELEPHONE)
13        HAVEN LAW
          BY:  PETER T. HAVEN, ESQ.
14        1230 Rosecrans Avenue
          Suite 300
15        Manhattan Beach, California 90266
          (310) 272-5353
16

17

18        (BY TELEPHONE)
          LAW OFFICES OF MARK C. FIELDS, APC
19        BY:  MARK C. FIELDS, ESQ.
          333 South Hope Street
20        35th Floor
          Los Angeles, California 90071
21

22

23   ALSO PRESENT:

24        Barbra Westmore, Videographer

25
```

4

Atkinson-Baker Court Reporters
www.depo.com

```
 1                        INDEX

 2

 3   WITNESS:  SANG LEE

 4

 5   EXAMINATION BY:                           PAGE

 6        MS. POOLEY                            10

 7

 8   EXAMINATION BY:                           PAGE

 9        BY MS. BACON                         293

10

11

12

13   EXHIBITS

14

15   NUMBER              DESCRIPTION         PAGE

16

17    221     Plaintiffs' Notice of Deposition   17
              of Defendant Sang Lee
18            Dated May 19, 2017
              Consisting of seven pages
19

20

21
      222     Memo From Sang Lee                 88
22            To John Camplin
              Dated 1/8/2011
23            Lee 00000001 - Lee 00000003
              Consisting of three pages
24

25
```

5

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1               EXHIBITS CONTINUED:

 2

 3    223        Memo From Sang Lee                    140
                 To Ringer Surfboards
 4               Dated 1/10/2011
                 Lee 00000015
 5               Consisting of one page

 6

 7    224        Memo From Sang Lee                    158
                 To Zen Del Rio
 8               Dated 1/16/2011
                 Lee 00000591
 9               Consisting of one page

10

11    225        Memo From Charlie Mowat               166
                 To Sang Lee
12               Dated 1/16/2014
                 Lee 00000595
13               Consisting of one page

14

15    226        Memo From Charlie Mowat               172
                 To Andy Patch
16               Dated 1/17/2014
                 Lee 00000596
17               Consisting of one page

18

19    227        Memo From Sang Lee                    177
                 To Yoaks Wagon
20               Dated 1/17/2014
                 Lee 00000014
21               Consisting of one page

22

23

24

25
```

6

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        COSTA MESA, CALIFORNIA, WEDNESDAY, MAY 31, 2017

 2                      9:03 A.M.

 3                       -OOO-

 4                                                      09:02:39

 5        THE VIDEOGRAPHER:  Good morning.  We're on    09:02:39

 6    the record.  My name is Barbra Westmore, your     09:02:48

 7    videographer.                                     09:02:51

 8        And I represent Atkinson-Baker, Inc., located 09:02:51

 9    in Glendale, California.  The date is May 31, 2017, 09:02:55

10    and the time is 9:03 a.m.                          09:02:59

11        This deposition is taking place at            09:03:02

12    3420 Bristol Street in Costa Mesa, California.  The 09:03:05

13    case number is 2:16-CV-02129-SJO, in the matter   09:03:09

14    entitled Corey Spencer versus Lunada Bay Boys.     09:03:19

15        The witness is Sang Lee.  And this deposition 09:03:24

16    is being taken on behalf of the Plaintiffs.  Your  09:03:26

17    court reporter is Angelique Ferrio.                09:03:29

18        Would counsel please state their appearances  09:03:32

19    for the record.                                    09:03:34

20        MS. POOLEY:  Lisa Pooley, Hansen Bridgett on   09:03:35

21    behalf of the Plaintiff.                           09:03:38

22        MR. CROWLEY:  Daniel Crowley of Booth,         09:03:39

23    Mitchel & Strange on behalf of Mr. Lee.            09:03:43

24        MR. WARD:  Edward Ward, Junior, of Lewis,      09:03:43

25    Brisbois on behalf of Mr. Lee as well.             09:03:45
```

7

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. BACON:  Tiffany Bacon with Bremer, Whyte, | 09:03:48 |
| 2 | Brown & O'Meara on behalf of Frank Ferrara and | 09:03:50 |
| 3 | Charlie Ferrara. | 09:03:52 |
| 4 | MR. DIEFFENBACH:  Richard Dieffenbach for | 09:03:52 |
| 5 | Mr. Brant Blakeman, the Defendant. | 09:03:54 |
| 6 | And I'm getting E-Mails from the woman that | 09:03:55 |
| 7 | just came to the door saying that several of the | 09:03:58 |
| 8 | other attorneys are calling in unsuccessfully and | 09:04:00 |
| 9 | can't hook in, Ms. Hewitt, Mr. Fields, and | 09:04:03 |
| 10 | Mr. Cooper. | 09:04:07 |
| 11 | MS. POOLEY:  The phone here indicates that | 09:04:14 |
| 12 | the number is (949) 330-7004. | 09:04:17 |
| 13 | MR. DIEFFENBACH:  It's 330-7004.  Let me text | 09:04:23 |
| 14 | these people to tell them. | 09:04:28 |
| 15 | BY MS. POOLEY: | 09:05:13 |
| 16 | Q.  Mr. Lee, I represent Plaintiffs Corey | 09:05:13 |
| 17 | Spencer, Diana Milena Reed, and the Costal Protection | 09:05:17 |
| 18 | Rangers, Inc., in this lawsuit that they filed | 09:05:21 |
| 19 | against Lunada Bay Boys and the individual members, | 09:05:24 |
| 20 | including you, as well as the City of Palos Verdes | 09:05:27 |
| 21 | Estates and Police Chief Jeff Kepley. | 09:05:30 |
| 22 | Are you represented today by counsel? | 09:05:33 |
| 23 | A.  Yes. | 09:05:36 |
| 24 | Q.  And who is representing you today? | 09:05:38 |
| 25 | A.  Mr. Dan and Ed. | 09:05:39 |

8

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.  Have you ever had your deposition taken | 09:05:47 |
| 2 | before? | 09:05:50 |
| 3 | A.  No, Ma'am. | 09:05:50 |
| 4 | Q.  Have you ever signed any written statements | 09:05:51 |
| 5 | such as a declaration or affidavit related to any | 09:05:56 |
| 6 | litigation? | 09:06:00 |
| 7 | A.  What do you mean? | 09:06:01 |
| 8 | Q.  Have you ever signed any documents under | 09:06:02 |
| 9 | oath? | 09:06:06 |
| 10 | A.  No, Ma'am. | 09:06:06 |
| 11 | Q.  And have you ever testified at a trial? | 09:06:07 |
| 12 | A.  No. | 09:06:11 |
| 13 | Q.  Have you ever given sworn testimony in any | 09:06:12 |
| 14 | case? | 09:06:17 |
| 15 | A.  Sworn testimony? | 09:06:17 |
| 16 | Q.  In any matter, excuse me. | 09:06:18 |
| 17 | A.  No, Ma'am. | 09:06:24 |
| 18 | MS. POOLEY:  Which reminds me, perhaps we | |
| 19 | should swear in the witness. | |
| 20 | | |
| 21 | SANG LEE, | |
| 22 | having first been duly sworn, was | |
| 23 | examined and testified as follows: | |
| 24 | | |
| 25 | | |

9

Sang Lee
May 31, 2017

```
 1                       EXAMINATION

 2

 3   BY MS. POOLEY:

 4        Q.  Has the testimony that you've already given      09:06:39

 5   been truthful?                                            09:06:42

 6        A.  Yes, Ma'am.                                      09:06:42

 7        Q.  Okay.  So, you've been placed under oath.        09:06:43

 8   And it's the same oath that you would take if you         09:06:47

 9   were testifying in a courtroom in front of a judge or     09:06:51

10   a jury.                                                   09:06:54

11        And it has the same force or effect -- force         09:06:55

12   and effect as if you were testifying in that setting;     09:06:59

13   do you understand that?                                   09:07:03

14        A.  Yes, Ma'am.                                      09:07:04

15        Q.  Okay.  The court reporter as she explained a     09:07:04

16   little bit before we got started is going to take         09:07:08

17   down everything that is said.  The questions that I       09:07:10

18   ask, your answers, any objections that are made.          09:07:17

19        And it's important that we try to have one           09:07:19

20   person talk at a time so that the record is clear.        09:07:22

21        So, I will ask that you try to wait until I          09:07:26

22   finish the question before you start your answer.         09:07:30

23   And I will try to wait for you to finish your answer      09:07:33

24   before I ask my next question; all right?                 09:07:36

25        A.  Okay.                                            09:07:37
```

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.   Yes. | 16:31:31 |
| 2 | Q.   Were you actually on the boat during that | 16:31:31 |
| 3 | time? | 16:31:33 |
| 4 | A.   No.   We were on the cliff. | 16:31:33 |
| 5 | Q.   Did you witness the ashes being spread? | 16:31:35 |
| 6 | A.   No.   He was very far away.   The boat was very | 16:31:38 |
| 7 | far away. | 16:31:41 |
| 8 | Q.   Okay.   Do you know exactly how far out the | 16:31:41 |
| 9 | boat was? | 16:31:44 |
| 10 | A.   It was pretty far. | 16:31:45 |
| 11 | Q.   Could you estimate or would that be a guess? | 16:31:47 |
| 12 | A.   It would be a guess.   I think it was -- it | 16:31:51 |
| 13 | was a long time, like in 1984 so. | 16:31:59 |
| 14 | Q.   And you also testified earlier that Frank | 16:32:03 |
| 15 | Ferrara was one of the, quote-unquote, older boys as | 16:32:05 |
| 16 | referenced in the E-Mails, meaning, as you stated, | 16:32:08 |
| 17 | he's just been surfing at Lunada Bay longer than you; | 16:32:13 |
| 18 | do you recall that testimony? | 16:32:17 |
| 19 | A.   Yes. | 16:32:18 |
| 20 | Q.   And you also testified that he has never told | 16:32:19 |
| 21 | you to behave in any certain way when it comes to | 16:32:22 |
| 22 | actions at Lunada Bay? | 16:32:25 |
| 23 | A.   Absolutely not, yeah. | 16:32:26 |
| 24 | Q.   Have you ever had any communications with | 16:32:28 |
| 25 | Frank Ferrara about preventing persons from visiting | 16:32:34 |

294

Sang Lee
May 31, 2017

1    Lunada Bay?                                            16:32:38

2         A.   Absolutely not.                             16:32:39

3         Q.   What about preventing persons from surfing at    16:32:40

4    Lunada Bay?                                           16:32:43

5         A.   Absolutely not.                             16:32:44

6         Q.   Have you ever had any communications with   16:32:45

7    Charlie Ferrara about preventing any person from      16:32:47

8    surfing at Lunada Bay?                                16:32:49

9         A.   Absolutely not.                             16:32:50

10        Q.   Have you ever had any communications with   16:32:50

11   Charlie Ferrara about preventing any persons from     16:32:52

12   visiting Lunada Bay?                                  16:32:54

13        A.   Absolutely not.                             16:32:56

14        Q.   Have you ever witnessed Charlie Ferrara ever  16:32:58

15   attempt to prevent somebody from visiting Lunada Bay?  16:33:18

16        A.   Absolutely not.                             16:33:22

17        Q.   And what about surfing at Lunada Bay?       16:33:23

18        A.   Absolutely not.                             16:33:25

19        Q.   The same questions for Frank.               16:33:27

20             Have you ever witnessed Frank ever try to   16:33:27

21   attempt to prevent anybody from surfing at Lunada     16:33:29

22   Bay?                                                  16:33:30

23        A.   Absolutely not.                             16:33:30

24        Q.   What about visiting Lunada Bay?             16:33:32

25        A.   Absolutely not.                             16:33:35

295

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. BACON:  Those are all of the questions | 16:33:37 |
| 2 | that I have.  Thank you. | 16:33:38 |
| 3 | MR. CROWLEY:  Anybody else in the room? | 16:33:39 |
| 4 | Anybody on the phone? | 16:33:42 |
| 5 | Going once, going twice. | 16:33:46 |
| 6 | MS. POOLEY:  Thank you, Mr. Lee. | 16:33:51 |
| 7 | THE WITNESS:  Thanks. | 16:33:53 |
| 8 | MS. POOLEY:  We may see you again. | 16:33:54 |
| 9 | THE REPORTER:  Did you want a copy of the | 16:33:54 |
| 10 | transcript? | 16:33:54 |
| 11 | MR. CROWLEY:  Yes, please. | 16:34:04 |
| 12 | MR. DIEFFENBACH:  Copy, please. | 16:34:11 |
| 13 | MR. HAVEN:  This is Peter Haven on the phone, | 16:34:12 |
| 14 | I would like a copy of the transcript. | 16:34:19 |
| 15 | MS. BACON:  Copy of the transcript. | 16:34:21 |
| 16 | MS. HEWITT:  Copy of the transcript. | 16:34:24 |
| 17 | THE VIDEOGRAPHER:  This concludes the | 16:34:33 |
| 18 | deposition of Sang Lee.  The time is 4:34 p.m. and | 16:34:34 |
| 19 | we're off the record. | 16:34:38 |
| 20 | MR. DIEFFENBACH:  And I'll take a rough, | 16:35:30 |
| 21 | please. | |
| 22 | (Whereupon, the deposition | |
| 23 | of Sang Lee commenced at | |
| 24 | 9:03 a.m. and concluded at | |
| 25 | 4:34 p.m.) | |

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF CALIFORNIA   )
                           )
 2   COUNTY OF LOS ANGELES )

 3

 4

 5

 6            I, the undersigned, declare under penalty of

 7   perjury that I have read the foregoing transcript, and I

 8   have made any corrections, additions, or deletions that

 9   I was desirous of making; that the foregoing is a true

10   and correct transcript of my testimony contained

11   therein.

12

13            EXECUTED this _____ day of _____,

14   20_____, at _____, _____.

15                        (City)              (State)

16

17

18

19   _____

20   SANG LEE

21

22

23

24

25
```

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

1               REPORTER'S CERTIFICATE

2

3          I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

4    Certified Shorthand Reporter, certify:

5          That the foregoing proceedings were taken

6    before me at the time and place therein set forth, at

7    which time the witness was put under oath by me;

8          That the testimony of the witness and all

9    objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12         That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14         I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17         I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20         Dated this 1st day of June, 2017.

21

22

23         _____

24         Angelique Melody Ferrio
           CSR No. 6979

25

Sang Lee
May 31, 2017

Atkinson-Baker Court Reporters
www.depo.com

1           REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4           I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5    Certified Shorthand Reporter in the State of California,

6    certify that the foregoing pages are a true and correct

7    copy of the original deposition of SANG LEE, taken on

8    Wednesday, May 31, 2017.

9           I declare under penalty of perjury under the

10   laws of the State of California that the foregoing is

11   true and correct.

12           Dated this 1st day of June, 2017.

13

14

15

16

17                   _____

18                   Angelique Melody Ferrio
                     CSR No. 6979

19

20

21

22

23

24

25

# Exhibit B

Atkinson-Baker Court Reporters
www.depo.com

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4                         - - -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                     Plaintiffs,     )
 9                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
10                                   )         (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                     Defendants.     )
16   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                  VIDEOTAPED DEPOSITION OF

18                        FRANK FERRARA

19                      IRVINE, CALIFORNIA

20                       JULY 10, 2017

21   Atkinson-Baker, Inc.
     Court Reporters
22   www.depo.com
     (800) 288-3376
23

24   REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25   FILE NO:      AB06A34
```

1

Atkinson-Baker Court Reporters
www.depo.com

1                       UNITED STATES DISTRICT

2                   COURT CENTRAL DISTRICT OF

3                  CALIFORNIA WESTERN DIVISION

4                             - - -

5

6    CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
7    INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
8    A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
9                                    )
                 Plaintiffs,         )
10                                   )
         vs.                         )  No.:  2:16-cv-02129-SJO
11                                   )        (RAOx)
                                     )
12   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
13   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
14   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
15   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
16                                   )
                 Defendants.         )
17   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

18

19

20          Videotaped deposition of FRANK FERRARA, taken

21   on behalf of the Plaintiffs, at Premier Business Center,

22   2600 Michelson Drive, Suite 1700, Irvine, California,

23   92612, commencing at 9:46 a.m., Monday, July 10, 2017,

24   before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25

Atkinson-Baker Court Reporters
www.depo.com

```
 1              A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4          OTTEN LAW, P.C.
            BY:  VICTOR J. OTTEN, ESQ.
 5          AND  CHRISTINA KIFLOM, Summer Intern
            3620 Pacific Coast Highway
 6          Suite 100
            Torrance, California 90505
 7

 8

 9    FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10          BREMER, WHYTE, BROWN & O'MEARA, LLP
            BY:  TIFFANY BACON, ESQ.
11          20320 S.W. Birch Street
            Second Floor
12          Newport Beach, California 92660

13

14

15    FOR THE DEFENDANT SANG LEE:

16          LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
            BY:  TERA A. LUTZ, ESQ.
17          633 West 5th Street
            Suite 4000
18          Los Angeles, California 90071

19

20

21    FOR THE DEFENDANTS CITY OF PALOS VERDES
      AND CHIEF OF POLICE JEFF KEPLEY:
22
            KUTAK, ROCK, LLP
23          BY:  ANTOINETTE P. HEWITT, ESQ.
            5 Park Plaza
24          Suite 1500
            Irvine, California 92614
25
```

3

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2        .

 3   FOR DEFENDANT SANG LEE:

 4        (BY TELEPHONE)
          BOOTH, MITCHEL & STRANGE, LLP
 5        BY:  JACKIE K. VU, ESQ.
          707 Wilshire Boulevard
 6        Suite 3000
          Los Angeles, California 90017

 7

 8

 9   FOR DEFENDANT BRANT BLAKEMAN:

10        (BY TELEPHONE)
          BUCHALTER, NEMER, APC
11        BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
12        Suite 1500
          Los Angeles, California 90017

13

14

15   FOR DEFENDANT MICHAEL RAY PAPAYANS:

16
          (BY TELEPHONE)
17        HAVEN LAW
          BY:  PETER T. HAVEN, ESQ.
18        1230 Avenue
          Suite 300
19        Manhattan Beach, California 90266

20

21   FOR THE DEFENDANT N.F.:

22        (BY TELEPHONE)
          LAW OFFICES OF MARK C. FIELDS, APC
23        BY:  MARK C. FIELDS, ESQ.
          333 South Hope Street
24        35th Floor
          Los Angeles, California 90071
25   VIDEOGRAPHER: ROBERT ADAMS
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                        INDEX

 2       .

 3   WITNESS:  FRANK FERRARA

 4

 5   EXAMINATION BY:                        PAGE

 6        MR. OTTEN                          12

 7

 8

 9   EXHIBITS

10   NUMBER               DESCRIPTION        PAGE

11    102      Xeroxed Colored Photograph     44
              Consisting of one page
12

13    108      Xeroxed Colored Photograph    234
              Consisting of one page
14

15    113      Xeroxed Colored Photograph     76
              Consisting of one page
16

17    114      Xeroxed Colored Photograph     88
              Consisting of one page
18

19    116      Xeroxed Colored Photograph    242
              Consisting of one page
20

21    119      Xeroxed Colored Photograph    232
              Consisting of one page
22

23    277      Xeroxed Black-And White        72
              Photograph
24            Consisting of one page

25
```

5

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2

 3    278     Plaintiffs' Notice of Deposition    20
              of Defendant Frank Ferrara
 4            Dated June 15, 2017
              Consisting of three pages
 5

 6

 7    279     Xeroxed Black-And White             68
              Photograph
 8            Consisting of one page

 9

10    280     Xeroxed Black-And White             75
              Photograph
11            Consisting of one page

12

13    281     Xeroxed Colored Photograph          92
              Consisting of one page
14

15    282     Los Angeles Times                   117
              Article Collections
16            Consisting of two pages

17

18    283     Xeroxed Colored Photograph          129
              Consisting of one page
19

20    284     Xeroxed Colored Photograph          149
              Consisting of one page
21

22    285     Surf Magazine Article               149
              Consisting of one page
23

24    286     Teach The Children Well             169
              Don Boller, Long Beach
25            Consisting of one page
```

6

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2        .

 3    287    Today's Lesson:  Don't Be A Kook      174
             Frank Ferrara, Lunada Bay, Calif.
 4           Consisting of one page

 5

 6    288    Megan Barnes, Daily Breeze            212
             Posted 4/7/16, 7:50 p.m.
 7           Consisting of two pages

 8

 9    289    Xeroxed Colored Photograph            233
             Consisting of one page
10

11    290    Xeroxed Colored Photograph            237
             Consisting of one page
12

13    291    Xeroxed Colored Photograph            240
             Consisting of one page
14

15    292    Xeroxed Colored Photograph            244
             Consisting of one page
16

17    293    Xeroxed Colored Photograph            245
             Consisting of one page
18

19    294    Xeroxed Colored Photograph            246
             Consisting of one page
20

21    295    Xeroxed Colored Photograph            248
             Consisting of one page
22

23    296    Xeroxed Colored Photograph            249
             Consisting of one page
24

25
```

7

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              EXHIBITS CONTINUED:

 2        .

 3   297      Xeroxed Colored Photograph          251
              Consisting of one page
 4

 5   298      Xeroxed Colored Photograph          253
              Consisting of one page
 6

 7   299      Xeroxed Colored Photograph          254
              Consisting of one page
 8

 9   300      Xeroxed Colored Photograph          254
              Consisting of one page
10

11   301      Xeroxed Colored Photograph          255
              Consisting of one page
12

13   302      Xeroxed Colored Photograph          257
              Consisting of one page
14

15   303      Xeroxed Colored Photograph          261
              Consisting of one page
16

17   304      Xeroxed Colored Photograph          262
              Consisting of one page
18

19   305      Xeroxed Colored Photograph          265
              Consisting of one page
20

21   306      Xeroxed Colored Photograph          266
              Consisting of one page
22

23   307      Xeroxed Colored Photograph          267
              Consisting of one page
24

25
```

Frank Ferrara
July 10, 2017

```
 1            EXHIBITS CONTINUED:

 2       .

 3   308      Xeroxed Colored Photograph          267
              Consisting of one page
 4

 5   309      Xeroxed Colored Photograph          269
              Consisting of one page
 6

 7   310      Xeroxed Colored Photograph          270
              Consisting of one page
 8

 9   311      Xeroxed Colored Photograph          271
              Consisting of one page
10

11   312      Xeroxed Colored Photograph          273
              Consisting of one page
12

13   313      Xeroxed Colored Photograph          274
              Consisting of one page
14

15

16

17   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

18   PAGE      LINE

19   230          15

20   232           7

21   232          16

22

23

24

25
```

9

Atkinson-Baker Court Reporters
www.depo.com

```
 1          IRVINE, CALIFORNIA, MONDAY, JULY 10, 2017
 2                      9:46 A.M.
 3                      -OOO-
 4                                                09:46:23
 5          THE VIDEOGRAPHER:  Good morning, everyone.    09:46:23
 6  My name is Robert Adams.  I'm your videographer.  And  09:46:24
 7  I represent Atkinson-Baker, Incorporated in Glendale,  09:46:27
 8  California.                                   09:46:31
 9          I'm not financially interested in this action  09:46:31
10  nor am I a relative or employee of any attorney or     09:46:33
11  any of the parties.                          09:46:36
12          Today's date is July 10th, 2017.  And the      09:46:37
13  time is 9:46 a.m.                            09:46:40
14          And this deposition is taking place at         09:46:43
15  2600 Michelson Drive, Suite 1700, Irvine, California,  09:46:48
16  92612.                                       09:46:55
17          This is case number 2:16-cv-02129-SJO (RAOx)   09:46:55
18  entitled Spencer versus Lunada Bay Boys.  The          09:47:05
19  deponent is Frank Ferrara.                   09:47:08
20          This deposition is being taken on behalf       09:47:11
21  of the Plaintiffs.  And the court reporter is          09:47:14
22  Angelique Ferrio from Atkinson-Baker.        09:47:16
23          Counsel will now please introduce themselves.  09:47:18
24  After all counsel present have introduced themselves,  09:47:20
25  the witness will be sworn in by the court reporter.    09:47:22
```

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | This is the beginning of D.V.D. Number One, | 09:47:25 |
| 2 | Volume One.  The D.V.D. is running and we are now on | 09:47:27 |
| 3 | the record. | 09:47:30 |
| 4 | MR. OTTEN:  My name is Vic Otten.  And I | 09:47:30 |
| 5 | represent the Plaintiffs. | 09:47:33 |
| 6 | MS. HEWITT:  Antoinette Hewitt for the City | 09:47:34 |
| 7 | and for the Chief Kepley. | 09:47:38 |
| 8 | MS. LUTZ:  Tera Lutz for the Defendant | 09:47:39 |
| 9 | Sang Lee. | 09:47:41 |
| 10 | MS. BACON:  Tiffany Bacon for Defendants | 09:47:41 |
| 11 | Frank Ferrara and Charlie Ferrara. | 09:47:44 |
| 12 | MR. HAVEN:  Peter Haven for Defendant | 09:47:47 |
| 13 | Michael Papayans. | 09:47:52 |
| 14 | MR. COOPER:  Robert Cooper of Buchalter for | 09:47:55 |
| 15 | Defendant Brant Blakeman. | 09:48:01 |
| 16 | MS. VU:  Jackie Vu for the Defendant | 09:48:03 |
| 17 | Sang Lee. | 09:48:06 |
| 18 | MR. FIELDS:  Mark Fields for Defendant | 09:48:06 |
| 19 | Angelo Ferrara and N.F. | 09:48:08 |
| 20 | | |
| 21 | FRANK FERRARA, | |
| 22 | having first been duly sworn, was | |
| 23 | examined and testified as follows: | |
| 24 | | |
| 25 | | |

11

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    EXAMINATION

 2                                                  09:48:20

 3   BY MR. OTTEN:                                  09:48:20

 4        Q.  Can you state your full name for the record,  09:48:21

 5   please.                                        09:48:23

 6        A.  Frank Ferrara.                        09:48:23

 7        Q.  Do you have a middle name?            09:48:25

 8        A.  I don't use it.                       09:48:26

 9        Q.  But do you have one?                  09:48:27

10        A.  I have one.                           09:48:29

11        Q.  What is it?                           09:48:30

12        A.  Joseph.                               09:48:31

13        Q.  Joseph?                               09:48:31

14        A.  Yes.                                  09:48:35

15        Q.  Mr. Ferrara, have you ever had your   09:48:35

16   deposition taken before?                       09:48:38

17        A.  Yes, I have.                          09:48:39

18        Q.  On how many occasions?                09:48:40

19        A.  Once.                                 09:48:42

20        Q.  How long ago was that?                09:48:42

21        A.  Probably about ten years ago.         09:48:44

22        Q.  And just without getting into too much  09:48:46

23   detail, what was the nature of it; was it a civil  09:48:49

24   case?                                          09:48:52

25        A.  It was an insurance case which they, I guess,  09:48:52
```

12

Frank Ferrara
July 10, 2017

| | | |
|---|---|---|
| 1 | BY MR. OTTEN: | 17:03:58 |
| 2 | Q. Okay. | 17:03:59 |
| 3 | A. I know they're family, maybe not. I see them | 17:04:01 |
| 4 | surfing the left. I think I've seen them surf the | 17:04:04 |
| 5 | Bay a couple of times, but he likes mostly surfing | 17:04:09 |
| 6 | the left. | 17:04:12 |
| 7 | Q. Okay. And do the other brothers that you | 17:04:13 |
| 8 | said surf? | 17:04:16 |
| 9 | A. They don't surf, but they're baseball | 17:04:17 |
| 10 | players. | 17:04:19 |
| 11 | Q. Give me a couple of minutes to look at my | 17:04:28 |
| 12 | notes. And I think that we're probably done -- | 17:04:31 |
| 13 | actually, not. | 17:04:38 |
| 14 | Let me refresh your recollection. This | 17:04:54 |
| 15 | lawsuit was filed, I think, March 29, 2016. | 17:04:57 |
| 16 | Do you recall a telephone conversation that | 17:05:04 |
| 17 | you had with Sang Lee on that day? | 17:05:06 |
| 18 | A. I don't know if it was that day, but we had a | 17:05:09 |
| 19 | couple of phone conversations. | 17:05:12 |
| 20 | Q. Let's talk about the first one which I'm | 17:05:14 |
| 21 | going to represent to you from Sang's phone records | 17:05:18 |
| 22 | that there was a conversation with you and a lot of | 17:05:23 |
| 23 | people, actually, on March 30th, right around that | 17:05:27 |
| 24 | time frame. | 17:05:31 |
| 25 | Do you remember what you talked about? | 17:05:32 |

275

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1        A.  I think that we just talked a little bit      17:05:33
 2   about the case a little bit, but I don't remember      17:05:37
 3   exactly what we said to each other.                    17:05:40
 4        Q.  And have you ever spoken with Sang before     17:05:41
 5   that --                                                17:05:49
 6        A.  Yes.                                          17:05:49
 7        Q.  -- by telephone?                              17:05:50
 8        A.  Yeah.  We've talked and texted.  I tried to   17:05:51
 9   help his mom out and buy a car for them.               17:05:54
10        Actually, from them, I was buying a car from      17:06:12
11   them.                                                  17:06:16
12        Q.  And do you recall having another conversation 17:06:16
13   with him in July, just on the phone?                   17:06:18
14        A.  I believe we did because he was asking me if  17:06:25
15   I had been served or not.  And I said that I wasn't    17:06:29
16   served.                                                17:06:32
17        Q.  Anything else that you guys?                  17:06:33
18        A.  No.                                           17:06:35
19        Q.  Other than Sang Lee, what other Defendants    17:06:35
20   have you discussed the lawsuit with?                   17:06:38
21        A.  None.                                         17:06:40
22        Q.  None?                                         17:06:43
23        A.  None.                                         17:06:43
24        Q.  Okay.  So, do you know if Charlie spoke to    17:06:44
25   Sang?                                                  17:06:50
```

276

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1

 2      .

 3              (Whereupon, the deposition of

 4              FRANK FERRARA commenced at

 5              9:46 a.m. and concluded at

 6              5:16 p.m.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Frank Ferrara
July 10, 2017

```
1   STATE OF CALIFORNIA    )
                           )
2   COUNTY OF LOS ANGELES )

3

4

5

6          I, the undersigned, declare under penalty of

7   perjury that I have read the foregoing transcript, and I

8   have made any corrections, additions, or deletions that

9   I was desirous of making; that the foregoing is a true

10  and correct transcript of my testimony contained

11  therein.

12

13         EXECUTED this _____ day of _____,

14  20_____, at _____, _____.

15                      (City)                (State)

16

17

18

19  _____

20  FRANK FERRARA

21

22

23

24

25
```

284

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    REPORTER'S CERTIFICATE

 2

 3         I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

 4   Certified Shorthand Reporter, certify:

 5         That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8         That the testimony of the witness and all

 9   objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12         That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14         I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17         I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20         Dated this 10th day of July, 2017.

21

22

23         _____

24         Angelique Melody Ferrio
           CSR No. 6979
25
```

Frank Ferrara
July 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4          I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5     Certified Shorthand Reporter in the State of California,

6     certify that the foregoing pages are a true and correct

7     copy of the original deposition of FRANK FERRARA, taken

8     on Monday, July 10, 2017.

9          I declare under penalty of perjury under the

10    laws of the State of California that the foregoing is

11    true and correct.

12          Dated this 10th day of July, 2017.

13

14

15

16

17                    _____

18                    Angelique Melody Ferrio
                       CSR No. 6979

19

20

21

22

23

24

25

Frank Ferrara
July 10, 2017

# Exhibit C

Atkinson-Baker Court Reporters
www.depo.com

1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                        WESTERN DIVISION

4                            - - -

5   CORY SPENCER, AN INDIVIDUAL;    )
    DIANA MILENA REED, AN           )
6   INDIVIDUAL; AND COASTAL         )
    PROTECTION RANGERS, INC.,       )
7   A CALIFORNIA NON-PROFIT PUBLIC  )
    BENEFIT CORPORATION,            )
8                                   )
                    Plaintiffs,     )
9                                   )
         vs.                        ) No.:  2:16-cv-02129-SJO
10                                  )        (RAOx)
                                    )
11  LUNADA BAY BOYS; THE INDIVIDUAL )
    MEMBERS OF THE LUNADA BAY BOYS, )
12  INCLUDING BUT NOT LIMITED TO    )
    SANG LEE, BRANT BLAKEMAN, ALAN  )
13  JOHNSTON AKA JALIAN JOHNSTON,   )
    MICHAEL RAE PAPAYANS, ANGELO    )
14  FERRARA, FRANK FERRARA,         )
    CHARLIE FERRARA, ET AL.,        )
15                                  )
                    Defendants.     )
16  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

17                  VIDEOTAPED DEPOSITION OF

18                      CHARLES FERRARA

19                     IRVINE, CALIFORNIA

20                       JULY 7, 2017

21  Atkinson-Baker, Inc.
    Court Reporters
22  www.depo.com
    (800) 288-3376

23

24  REPORTED BY:  ANGELIQUE MELODY FERRIO, CSR NO. 6979

25  FILE NO:      AB06A33

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    UNITED STATES DISTRICT

 2                 COURT CENTRAL DISTRICT OF

 3                CALIFORNIA WESTERN DIVISION

 4                        - - -

 5

 6   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 7   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 8   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 9                                   )
                  Plaintiffs,        )
10                                   )
         vs.                         ) No.:  2:16-cv-02129-SJO
11                                   )         (RAOx)
                                     )
12   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
13   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
14   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
15   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
16                                   )
                  Defendants.        )
17   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

18

19

20          Videotaped deposition of CHARLES FERRARA, taken

21   on behalf of the Plaintiffs, at Premier Business Center,

22   2600 Michelson Drive, Suite 1700, Irvine, California,

23   92612, commencing at 9:36 a.m., Friday, July 7, 2017,

24   before ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4          HANSON, BRIDGETT, LLP
            BY:  SAMANTHA WOLFF, ESQ.
 5          425 Market Street
            26th Floor
 6          San Francisco, California 94105

 7

 8

 9    FOR DEFENDANTS FRANK FERRARA AND CHARLIE FERRARA:

10          BREMER, WHYTE, BROWN & O'MEARA, LLP
            BY:  ALISON K. HURLEY, ESQ.
11          20320 S.W. Birch Street
            Second Floor
12          Newport Beach, California 92660

13

14

15    FOR THE DEFENDANTS CITY OF PALOS VERDES
      AND CHIEF OF POLICE JEFF KEPLEY:
16
            KUTAK, ROCK, LLP
17          BY:  CHRISTOPHER D. GLOS, ESQ.
            5 Park Plaza
18          Suite 1500
            Irvine, California 92614
19

20

21    FOR DEFENDANT SANG LEE:

22          BOOTH, MITCHEL & STRANGE, LLP
            BY:  JACKIE K. VU, ESQ.
23          707 Wilshire Boulevard
            Suite 3000
24          Los Angeles, California 90017

25
```

3

Charles Ferrara
July 7, 2017

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DEFENDANT BRANT BLAKEMAN:

 4        VEATCH, CARLSON, LLP
          BY:  RICHARD P. DIEFFENBACH, ESQ.
 5        1055 Wilshire Boulevard
          11th Floor
 6        Los Angeles, California 90017

 7

 8

 9   FOR THE DEFENDANT SANG LEE:

10        LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
          BY:  KRISTIN A. MCLAUGHLIN, ESQ.
11        633 West 5th Street
          Suite 4000
12        Los Angeles, California 90071

13

14

15   FOR DEFENDANT BRANT BLAKEMAN:

16        (BY TELEPHONE)
          BUCHALTER, NEMER, APC
17        BY:  ROBERT S. COOPER, ESQ.
          1000 Wilshire Boulevard
18        Suite 1500
          Los Angeles, California 90017

19

20

21   FOR DEFENDANT MICHAEL RAY PAPAYANS:

22
          (BY TELEPHONE)
23        HAVEN LAW
          BY:  PETER T. HAVEN, ESQ.
24        1230 Rosecrans Avenue
          Suite 300
25        Manhattan Beach, California 90266
```

4

Atkinson-Baker Court Reporters
www.depo.com

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE DEFENDANT N.F.:

 4

 5        (BY TELEPHONE)
          LAW OFFICES OF MARK C. FIELDS, APC
 6        BY:  MARK C. FIELDS, ESQ.
          333 South Hope Street
 7        35th Floor
          Los Angeles, California 90071

 8

 9

10

11   ALSO PRESENT:  GARY BOWDEN, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

5

Atkinson-Baker Court Reporters
www.depo.com

```
 1                              INDEX

 2

 3   WITNESS:  CHARLES FERRARA

 4

 5   EXAMINATION BY:                           PAGE

 6        MS. WOLFF                             10

 7

 8   EXAMINATION BY:                           PAGE

 9        MR. GLOS                             190

10

11

12   EXHIBITS

13   NUMBER              DESCRIPTION           PAGE

14    266      Plaintiffs' Notice of Deposition    13
              of Defendant Charlie Ferrara
15            Dated June 15, 2017
              Consisting of six pages
16

17

18    267      Transcription of recording        140
              12823269.1
19            Consisting of seven pages

20

21    268      Xeroxed Colored Photograph        146
              Consisting of one page
22

23

24    269      Xeroxed Colored Photograph        148
              Consisting of one page
25
```

6

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1            EXHIBITS CONTINUED:

 2

 3    270      Xeroxed Colored Photograph          151
               Consisting of one page
 4

 5

 6    271      Xeroxed Colored Photograph          153
               Consisting of one page
 7

 8

 9    272      Xeroxed Colored Photograph          155
               Consisting of one page
10

11

12    273      Xeroxed Colored Photograph          156
               Consisting of one page
13

14

15    274      Xeroxed Colored Photograph          178
               Consisting of one page
16

17

18    275      Xeroxed Colored Photograph          182
               Consisting of one page
19

20

21    276      Xeroxed Colored Photograph          186
               Fort Structure in 2016
22             Consisting of one page

23

24    277      Xeroxed Black-And-White             189
               Photograph
25             Consisting of one page
```

7

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    INDEX CONTINUED:

 2

 3    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

 4    PAGE      LINE

 5

 6    16            9

 7    77           19

 8    175          18

 9    176          11

10

11

12    INFORMATION TO BE SUPPLIED:

13    PAGE      LINE

14    (NONE)

15

16

17

18

19

20

21

22

23

24

25
```

8

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              IRVINE, CALIFORNIA, FRIDAY, JULY 7, 2017
 2                        9:36 A.M.
 3                         -OOO-
 4                                                          09:35:44
 5              THE VIDEOGRAPHER:  Good morning.  I'm        09:35:45
 6      Gary Bowden, your videographer.  And I represent    09:35:47
 7      Atkinson-Baker, Incorporated, in Glendale,          09:35:50
 8      California.                                          09:35:50
 9              I'm not financially interested in this action  09:35:53
10      nor am I a relative or employee of any attorney or  09:35:56
11      any of the parties.                                 09:36:00
12              The date is July 7, 2017.  And the time is  09:36:02
13      9:36 a.m.  This deposition is taking place at       09:36:07
14      Premiere Business Center, 2600 Michelson Drive,     09:36:12
15      Suite 1700, Irvine, California.                     09:36:15
16              This is case number 2:16-cv-02129-SJO (RAOx)  09:36:19
17      entitled Spencer versus Lunada Bay Boys.  The       09:36:33
18      deponent is Charles Ferrara.  And this deposition is  09:36:38
19      being taken on behalf of the Plaintiffs.            09:36:44
20              Counsel will now please introduce themselves.  09:36:49
21      After all counsel present have introduced themselves,  09:36:52
22      the witness will be sworn in by the court reporter.  09:36:55
23              This is the beginning of D.V.D. one,        09:36:59
24      Volume One.  The D.V.D. is running and we're now on  09:37:00
25      the record.                                         09:37:03
```

9

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | MS. WOLFF:  Good morning.  Samantha Wolff on | 09:37:04 |
| 2 | behalf of the Plaintiffs. | 09:37:06 |
| 3 | MS. HURLEY:  Good morning.  Alison Hurley on | 09:37:07 |
| 4 | behalf of the witness, Charles Ferrara. | 09:37:09 |
| 5 | MS. MCLAUGHLIN:  Kristin McLaughlin for | 09:37:11 |
| 6 | Defendant Sang Lee. | 09:37:11 |
| 7 | MR. GLOS:  Christopher Glos on behalf of the | 09:37:13 |
| 8 | City and Chief Kepley. | 09:37:17 |
| 9 | MR. FIELDS:  On the phone is Mark Fields, | 09:37:23 |
| 10 | attorney for Angelo Ferrara and N.F. | 09:37:26 |
| 11 | MR. COOPER:  Robert Cooper on behalf of the | 09:37:30 |
| 12 | Defendant Brant Blakeman. | 09:37:32 |
| 13 | | |
| 14 | CHARLES FERRARA, | |
| 15 | having first been duly sworn, was | |
| 16 | examined and testified as follows: | |
| 17 | | |
| 18 | EXAMINATION | |
| 19 | | 09:37:44 |
| 20 | BY MS. WOLFF: | 09:37:44 |
| 21 | Q.  Good morning. | 09:37:45 |
| 22 | A.  Good morning. | 09:37:45 |
| 23 | Q.  Are you represented by counsel today? | 09:37:46 |
| 24 | A.  Yes. | 09:37:48 |
| 25 | Q.  And who is your counsel? | 09:37:49 |

10

Charles Ferrara
July 7, 2017

```
 1         A.   Ms. Bacon -- sorry.                     09:37:50

 2              MS. HURLEY:   That's okay.   Tiffany Bacon   09:37:56

 3    works in my office.                                09:37:58

 4    BY MS. WOLFF:                                      09:38:00

 5         Q.   Are there any other attorneys representing   09:38:00

 6    you other than what you just mentioned?           09:38:03

 7         A.   No.                                      09:38:05

 8         Q.   Can you please spell your name for the   09:38:05

 9    record.                                           09:38:06

10         A.   Charles Michael Ferrara, C-h-a-r-l-e-s,   09:38:06

11    M-i-c-h-a-e-l, F-e-r-r-a-r-a.                     09:38:08

12         Q.   Thank you.                              09:38:16

13              Have you ever had your deposition taken   09:38:17

14    before?                                           09:38:19

15         A.   No.                                      09:38:19

16         Q.   Have you ever signed any written documents   09:38:20

17    like a declaration under penalty of perjury before?   09:38:22

18         A.   No.                                      09:38:25

19         Q.   Have you ever testified in court before?   09:38:26

20         A.   No.                                      09:38:28

21         Q.   So, since you're sort of new to all of this,   09:38:28

22    I'll go over some ground rules.   I'm sure that your   09:38:34

23    attorney probably went over some with you, but just   09:38:37

24    so that you understand how the process works.     09:38:39

25              Now, you're under oath which is the same oath   09:38:42
```

| | | |
|---|---|---|
| 1 | in 2010 or no, 2008, I'm sorry.  I broke my left arm, | 09:53:34 |
| 2 | another racing incident. | 09:53:41 |
| 3 | And then in 2012, I had a really bad one | 09:53:42 |
| 4 | where I was like had some brain sheering.  And I hit | 09:53:48 |
| 5 | my head really hard. | 09:53:53 |
| 6 | And I had to be medevaced out of the track | 09:53:55 |
| 7 | where we were racing.  And I was in the hospital for | 09:53:58 |
| 8 | 30 days. | 09:54:00 |
| 9 | And then I had to do six months of physical | 09:54:01 |
| 10 | therapy cognitive physical.  I had to do, you know, | 09:54:04 |
| 11 | and with that kind of set me back a little bit. | 09:54:10 |
| 12 | I couldn't -- the doctors told me, you're not | 09:54:13 |
| 13 | surfing again like, not to play baseball, not to | 09:54:16 |
| 14 | surf, not to ride a bike. | 09:54:19 |
| 15 | So, I started kind of rehabbing myself and | 09:54:22 |
| 16 | getting better with everything.  And I started | 09:54:26 |
| 17 | surfing again, the winter of 2015 is when I started. | 09:54:28 |
| 18 | I started paddling first.  That summer I was | 09:54:36 |
| 19 | paddling a lot.  And then I kind of worked my way up | 09:54:39 |
| 20 | back to surfing. | 09:54:42 |
| 21 | Q.  What does that mean paddling? | 09:54:43 |
| 22 | A.  Just like going out with my surfboard going | 09:54:45 |
| 23 | on the beach and paddling for a couple of miles and | 09:54:48 |
| 24 | getting conditioned for it. | 09:54:51 |
| 25 | Q.  Understood.  So then you've been surfing | 09:54:55 |

26

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | at Lunada Bay where you see people hanging out before | 10:14:20 |
| 2 | they go surfing at Lunada Bay? | 10:14:23 |
| 3 | A.  No. | 10:14:25 |
| 4 | Q.  Do you know if there are any plans to rebuild | 10:14:26 |
| 5 | a structure where guys who surf there can hang out? | 10:14:28 |
| 6 | A.  No. | 10:14:33 |
| 7 | Q.  Have you ever received a text message from | 10:14:33 |
| 8 | someone asking you to meet up at Lunada Bay to go | 10:14:39 |
| 9 | surfing? | 10:14:42 |
| 10 | A.  No. | 10:14:43 |
| 11 | Q.  Have you ever received a phone call from | 10:14:43 |
| 12 | anyone asking you to meet up at Lunada Bay to go | 10:14:45 |
| 13 | surfing? | 10:14:49 |
| 14 | A.  Can you rephrase the question? | 10:14:49 |
| 15 | Q.  Has anyone called you and said, hey, do you | 10:14:51 |
| 16 | want to meet up and go surfing at Lunada Bay? | 10:14:53 |
| 17 | A.  I've had talks with my dad, if he goes by, | 10:14:56 |
| 18 | we've had those conversations like, hey, the surf | 10:15:00 |
| 19 | looks kind of fun.  So, try if you can get out, let's | 10:15:03 |
| 20 | try to surf, you know, yeah, my father, yes. | 10:15:07 |
| 21 | Q.  Anyone else? | 10:15:10 |
| 22 | A.  No. | 10:15:11 |
| 23 | Q.  What about E-Mails, any E-Mails with -- | 10:15:12 |
| 24 | A.  No. | 10:15:14 |
| 25 | Q.  -- friends or family asking you to go | 10:15:14 |

46

1    surfing?                                               10:15:16

2        A.  No.  So, like I'm computer illiterate.  I can  10:15:17

3    barely open my E-Mail.  It's terrible.                 10:15:21

4        Q.  Do you ever get text messages asking you to    10:15:25

5    hangout at Lunada Bay?                                  10:15:28

6        A.  No.                                             10:15:30

7        Q.  And these texts, I'm sorry, you said phone     10:15:31

8    calls with your dad about surfing at Lunada Bay, has   10:15:39

9    he called you, would you say, in the past three        10:15:41

10   years?                                                 10:15:43

11       A.  Well, before that I wasn't surfing because I   10:15:44

12   had my injuries, but I would say in the last year      10:15:48

13   since '15, '16, there has been a couple of times       10:15:53

14   where I was at work and he would say, try to go        10:15:56

15   straight after work.                                   10:15:59

16          It's worth it to come down.  There's surf or    10:16:00

17   I would drive by and say, dad, there are some waves.   10:16:03

18   It looks like fun.  That's basically it.               10:16:07

19       Q.  How long is the drive from San Pedro to        10:16:10

20   Lunada Bay?                                            10:16:13

21       A.  Oh, it's like a good, it can be, if there's    10:16:14

22   traffic on 25th Street, sometimes it can be like a     10:16:19

23   half hour, you know, 35 minutes, but it's usually      10:16:23

24   like 15 to 20 minutes.                                 10:16:29

25       Q.  Do you communicate with Sang Lee by cell       10:16:31

47

| | | |
|---|---|---|
| 1 | phone? | 10:16:43 |
| 2 | A.  No. | 10:16:43 |
| 3 | Q.  Have you ever texted or called him? | 10:16:44 |
| 4 | A.  Yes.  I used to work with him like a few | 10:16:47 |
| 5 | years ago.  We would do some -- he's a roofer.  And | 10:16:50 |
| 6 | he had some work for me.  So, I worked with him so. | 10:16:55 |
| 7 | Q.  Do you recall approximately the dates that | 10:16:59 |
| 8 | you worked with him? | 10:17:01 |
| 9 | A.  The years probably, let me think, um, | 10:17:02 |
| 10 | probably 2013 -- well, no, no, it's before that.  So, | 10:17:10 |
| 11 | about 2008.  And then 2014 a couple little side jobs. | 10:17:23 |
| 12 | That's pretty much it. | 10:17:36 |
| 13 | Q.  It's just working with him kind of | 10:17:37 |
| 14 | sporadically? | 10:17:40 |
| 15 | A.  Exactly. | 10:17:41 |
| 16 | Q.  Other than talking about roofing jobs, it | 10:17:42 |
| 17 | sounds like were there any other times that you | 10:17:44 |
| 18 | communicated with Sang Lee? | 10:17:47 |
| 19 | A.  No, no. | 10:17:48 |
| 20 | Q.  And that was by text or phone? | 10:17:49 |
| 21 | A.  Phone, I believe, phone. | 10:17:52 |
| 22 | Q.  And have you communicated with any other | 10:17:55 |
| 23 | Defendant by phone in the past four years? | 10:18:05 |
| 24 | MS. HURLEY:  Objection, lacks foundation, | 10:18:07 |
| 25 | calls for speculation, if you even know who the | 10:18:09 |

48

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | she's going to sit on the beach and take pictures of | 12:43:45 |
| 2 | me surfing. | 12:43:50 |
| 3 | Q.  It's understandable. | 12:43:50 |
| 4 | Has anyone sent you videos of yourself | 12:43:52 |
| 5 | surfing? | 12:43:56 |
| 6 | A.  No. | 12:43:57 |
| 7 | Q.  Have you taken videos of anyone surfing at | 12:43:57 |
| 8 | Lunada Bay? | 12:44:01 |
| 9 | A.  No. | 12:44:01 |
| 10 | Q.  So, you don't share photographs or videos | 12:44:01 |
| 11 | with people that you surf with? | 12:44:10 |
| 12 | A.  No. | 12:44:11 |
| 13 | Q.  Can you tell me what efforts you've made to | 12:44:12 |
| 14 | locate prior cell phone bills from January of 2013 to | 12:44:26 |
| 15 | the present time? | 12:44:31 |
| 16 | A.  Um, yeah.  I just talked to my mom about the | 12:44:31 |
| 17 | AT&T thing.  Sorry.  What were the dates for that? | 12:44:35 |
| 18 | Q.  January of 2013 to the present time. | 12:44:39 |
| 19 | A.  Um, yeah, it's getting a hold of Sprint, and | 12:44:42 |
| 20 | before that, so, that was after my accident because | 12:44:48 |
| 21 | that was '12. | 12:44:50 |
| 22 | So, it would have been Sprint and then AT&T. | 12:44:51 |
| 23 | So, the Sprint one they're very hard to deal with | 12:44:55 |
| 24 | them still. | 12:45:01 |
| 25 | They ended up -- I think I'm almost done with | 12:45:01 |

164

Charles Ferrara
July 7, 2017

```
 1    paying them off.  I've got, AT&T bought the contract        12:45:05
 2    from Sprint.  So, yeah, it was, it's a little hard          12:45:10
 3    dealing with Sprint a little bit.                           12:45:15
 4          They're not that helpful and neither is AT&T.         12:45:17
 5    They don't really want to help me, even give me the         12:45:21
 6    files.  And I haven't really tried that hard,               12:45:25
 7    honestly.                                                   12:45:28
 8       Q.  Have you personally reached out to --                12:45:29
 9       A.  Yes.  I try tried to reach out to AT&T and           12:45:30
10    Sprint just one time, but I didn't proceed.  I think        12:45:34
11    they were just send you like a booklet and you have        12:45:36
12    to go through.  I don't know exactly.                       12:45:40
13          My mom tried, yeah.  I think that she tried,          12:45:42
14    too, to get something from AT&T because it's on her         12:45:45
15    account.  And the Sprint thing I got nowhere with          12:45:49
16    Sprint.                                                     12:45:51
17       Q.  And you said that you think that they sent          12:45:51
18    you a booklet; did you receive anything?                    12:45:54
19       A.  Yeah, I'm sorry, I didn't receive anything.         12:45:56
20    I just know from the Sprint because that was my            12:45:59
21    account.                                                    12:46:02
22          It was just kind of getting, they talk to            12:46:02
23    this person, talk to that person, giving me a run          12:46:05
24    around.                                                     12:46:09
25          And AT&T my mom said it was under her name           12:46:09
```

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | for her account.  So, she just said that she couldn't | 12:46:13 |
| 2 | get something.  And I did hear somewhere that maybe | 12:46:16 |
| 3 | sending her a booklet or book with every phone call | 12:46:19 |
| 4 | or text, so, but she never got it. | 12:46:23 |
| 5 | Q.  Do you know if she ever followed up? | 12:46:26 |
| 6 | A.  I don't think so. | 12:46:28 |
| 7 | Q.  And, I'm sorry, I don't remember, when did | 12:46:28 |
| 8 | you switch from Sprint to AT&T; do you remember what | 12:46:34 |
| 9 | year or month? | 12:46:37 |
| 10 | A.  It was, not that long ago, um, 2016, like | 12:46:38 |
| 11 | April of 2016. | 12:46:50 |
| 12 | Q.  That you switched? | 12:46:52 |
| 13 | A.  Yeah. | 12:46:53 |
| 14 | Q.  Okay. | 12:46:54 |
| 15 | A.  A year ago probably, a little more than a | 12:46:55 |
| 16 | year. | 12:47:00 |
| 17 | Q.  And what steps have you taken to locate any | 12:47:00 |
| 18 | photographs that were taken at Lunada Bay? | 12:47:07 |
| 19 | MS. HURLEY:  Objection, lacks foundation, | 12:47:10 |
| 20 | vague and ambiguous. | 12:47:12 |
| 21 | BY MS. WOLFF: | 12:47:13 |
| 22 | Q.  Let me rephrase that. | 12:47:14 |
| 23 | Have you taken any steps to locate any | 12:47:17 |
| 24 | photographs of Lunada Bay that in your possession? | 12:47:18 |
| 25 | A.  No, because I don't take pictures at | 12:47:21 |

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

1              THE REPORTER:  Counsel, do you want a copy

2    of the deposition?

3              MR. GLOS:  Yes.

4              MS. VU:  No.

5              MR. DIEFFENBACH:  Yes.

6              MS. MCLAUGHLIN:  Yes.

7              MS. HURLEY:  Yes.

8              MR. HAVEN:  Yes.

9

10

11              (Whereupon, the deposition of

12              CHARLES FERRARA commenced at

13              9:36 a.m. and concluded at

14              1:40 p.m.)

15

16

17

18

19

20

21

22

23

24

25

194

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    STATE OF CALIFORNIA    )
                             )
 2    COUNTY OF LOS ANGELES )

 3

 4

 5

 6         I, the undersigned, declare under penalty of

 7    perjury that I have read the foregoing transcript, and I

 8    have made any corrections, additions, or deletions that

 9    I was desirous of making; that the foregoing is a true

10    and correct transcript of my testimony contained

11    therein.

12

13         EXECUTED this _____ day of _____,

14    20_____, at _____, _____.

15                        (City)              (State)

16

17

18

19

20    _____
      CHARLES FERRARA

21

22

23

24

25
```

195

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                   REPORTER'S CERTIFICATE

 2

 3          I, ANGELIQUE MELODY FERRIO, C.S.R. NO. 6979, a

 4   Certified Shorthand Reporter, certify:

 5          That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8          That the testimony of the witness and all

 9   objections made at the time of the examination were

10   recorded stenographically by me and were thereafter

11   transcribed;

12          That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14          I further certify that I am not a relative or

15   employee of any attorney or of any of the parties, nor

16   financially interested in the action.

17          I declare under penalty of perjury under the

18   law of the State of California that the foregoing is

19   true and correct.

20          Dated this 7th day of July, 2017.

21

22

23          _____

24          Angelique Melody Ferrio
            CSR No. 6979
25
```

196

Charles Ferrara
July 7, 2017

Atkinson-Baker Court Reporters
www.depo.com

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3

4          I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a

5    Certified Shorthand Reporter in the State of California,

6    certify that the foregoing pages are a true and correct

7    copy of the original deposition of CHARLES FERRARA,

8    taken on Friday, July 7, 2017.

9          I declare under penalty of perjury under the

10   laws of the State of California that the foregoing is

11   true and correct.

12          Dated this 7th day of July, 2017.

13

14

15

16

17          _____

18          Angelique Melody Ferrio
            CSR No. 6979

19

20

21

22

23

24

25

Charles Ferrara
July 7, 2017