Alison K. Hurley, State Bar No. 234042
ahurley@bremerwhyte.com
Tiffany L. Bacon, State Bar No. 292426
tbacon@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
FRANK FERRARA and CHARLIE FERRARA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-2129<br><br>Judge:  Hon. S. James Otero<br>Dept:   Courtroom 10C<br><br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>**EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR MONETARY SANCTIONS**<br><br>Date: August 23, 2017<br>Time: 10:00 a.m.<br>Dept: Telephonic<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:       November 7, 2017 |

Defendants, FRANK FERRARA and CHARLIE FERRARA (hereinafter, the "Ferraras"), and their counsel of record, Bremer Whyte Brown & O'Meara LLP ("BWBO"), hereby submit the following evidentiary objections to the Declaration of Samantha D. Wolff filed in support of Plaintiffs', CORY SPENCER, DIANA

MILENA REED and COASTAL PROTECTION RANGERS, INC., Motion for Monetary Sanctions Against Defendants Charlie Ferrara, Frank Ferrara and Their Counsel of Record Bremer Whyte Brown & O'Meara ("Motion").

///

///

**Objections to the Declaration of Samantha D. Wolff in Support of Plaintiffs' Motion for Monetary Sanctions**

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: | RULING: |
|---|---|---|
| 1. Paragraph 2, pg. 1:25-2:5: "Although Charlie and Frank Ferrara were not served with the Complaint until on or around July 29, 2016, I believe at least Frank Ferrara was aware of this action well before he was served. See Docket No. 115. He was quoted in a Daily Breeze article related to this matter, authored by Megan Barnes, "Alleged Lunada Bay boy named in lawsuit says surf gang doesn't exist," published on April 7, 2016. I downloaded this article from the Daily Breeze's website at http://www.dailybreeze.com/lifestyle/20160407/alleged-lunada-bay-boy-named-in-lawsuit-says-surf-gang-doesnt-exist&template=printart and a true and | 1. Objection. The Ferraras and BWBO object that the statement and referenced document lack foundation, call for speculation, lack relevance (Fed. R. Evid. 401 and 402), constitute inadmissible hearsay and double hearsay (Fed. R. Evid. 801 and 802), and that the declaration lacks personal knowledge (Fed. R. Evid. 602 and 701). | ___ Sustained<br><br>___ Overruled |

BREMER WHYTE BROWN &
O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

| | |
|---|---|
| 1 | correct copy of this article is attached as |
| 2 | Exhibit 1. |

3

4  Dated: August 21, 2017        BREMER WHYTE BROWN & O'MEARA LLP

5

6

7                By: _____
                  Alison K. Hurley
8                 Tiffany L. Bacon
                  Attorneys for Defendants
9                 FRANK FERRARA and CHARLIE FERRARA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On August 21, 2017, I served the within document(s) described as:

EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR MONETARY SANCTIONS

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _ for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the filing receipt page will be maintained with the original document(s) in our office.

Executed on August 21, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Hailey Williams_____         _____(Signature)_____
(Type or print name)

BREMER WHYTE BROWN & O'MEARA LLP
20320 S W BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1

H:\1178\176\PROOF OF SERVICE.docx

<u>Cory Spencer v. Lunada Bay Boys et al.,</u>

Case No. 2:16-cv-2129-SJO

BWB&O CLIENT: Frank and Charlie Ferrara
BWB&O FILE NO.: 1178.176

<u>**SERVICE LIST**</u>

| | | |
|---|---|---|
| Samantha Wolff, Esq.<br>**HANSON BRIDGETT**<br>425 Market Street<br>26th Floor<br>San Francisco, CA 94105<br>(415) 777-3200<br>(415) 541-9366 Fax<br>Attorneys For **PLAINTIFF**<br><br>swolff@hansonbridgett.com<br>kfranklin@hansonbridgett.com | Tyson M. Shower, Esq.<br>**HANSON BRIDGETT**<br>500 Capitol Mall<br>Suite 1500<br>Sacramento, CA 95814<br>(916) 442-3333<br>(916) 442-2348 Fax<br>Attorneys For **PLAINTIFFS**<br><br>tshower@hansonbridgett.com | Victor Otten, Esq.<br>**OTTEN LAW, PC**<br>3620 Pacific Coast Highway<br>Suite 100<br>Torrance, CA 90505<br>(310) 378-8533<br>(310) 347-4225 Fax<br>Attorneys For **PLAINTIFFS**<br><br>vic@ottenlawpc.com |
| Jacob Song, Esq.<br>**KUTAK ROCK LLP**<br>5 Park Plaza<br>Suite 1500<br>Irvine, CA 92614<br>(949) 417-0999<br>(949) 417-5639<br>Attorney For **CITY OF PALOS VERDES ESTATES and JEFF KEPLEY, in his representative capacity, serves as the Chief of Police Department of Defendant City of Palos Verdes Estates.**<br><br>jacob.song@kutakrock.com | J. Patrick Carey, Esq.<br>**LAW OFFICE OF PATRICK CAREY**<br>1230 Rosecrans Avenue<br>Suite 270<br>Manhattan Beach, CA 90266<br>(310) 526-2237<br>(310) 356-3671 Fax<br>Attorney For **ALAN JOHNSTON individual membeer of LUNADA BAY BOYS aka JALIAN JOHNSTON**<br><br>pat@patcareylaw.com | Aaron G. Miller, Esq.<br>**THE PHILIPS FIRM**<br>800 Wilshire Boulevard<br>Suite 1550<br>Los Angeles, CA 90017<br>(213) 244-9913<br>(213) 244-9915 Fax<br>Attorneys For **ANGELO FERRARA**<br><br>amiller@thephillipsfirm.com |
| Mark Fields, Esq.<br>**LAW OFFICES OF MARK C. FIELDS**<br>333 So. Hope Street<br>Suite 3500<br>Los Angeles, CA 90071<br>(213) 617-5225<br>(213) 629-2420 Fax<br>Attorney For **ANGELO FERRARA**<br>**an individual member of LUNADA BAY BOYS and N.F. an individual member of LUNADA BAY BOYS**<br><br>fields@markfieldslaw.com | Peter R. Haven, Esq.<br>**HAVEN LAW**<br>1230 Rosecrans Avenue<br>Suite 300<br>Manhattan Beach, CA 90266<br>(310) 272-5353<br>(213) 477-2137 Fax<br>Attorneys For **MICHAEL RAY PAPAYANS**<br><br>peter@havenlaw.com | Dana Alden Fox, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>633 W. 5th Street<br>Site 4000<br>Los Angeles, CA 90071<br>(213) 580-3858<br>(213) 250-7900 Fax<br>Attorneys For **SANG LEE**<br><br>Dana.Fox@lewisbrisbois.com |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\1178\176\PROOF OF SERVICE.docx