HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:    (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>　　v. | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST DEFENDANTS CHARLIE FERRARA, FRANK FERRARA AND SANG LEE**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Declaration of Samantha Wolff, and [Proposed Order]* |

| | |
|---|---|
| LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:   Hon. S. James Otero<br>Date:    September 25, 2017<br>Time:    10:00 a.m.<br>Crtrm.:  Courtroom 10C, 350 W. 1st Street<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:       November 7, 2017 |

**TO DEFENDANTS CHARLIE FERRARA, FRANK FERRARA, AND SANG LEE AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 25, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable S. James Otero, located in the United States Courthouse, 350 W. 1st Street, Los Angeles, CA, 90012, Courtroom 10C, Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers ("Plaintiffs") will and hereby do move this Court for sanctions against Defendants Frank Ferrara, Charlie Ferrara, and Sang Lee.

This Motion is made upon the following grounds:

1.  Defendants Charlie Ferrara and Frank Ferrara failed to perform due diligence when responding to discovery, provided untruthful discovery responses, withheld evidence in violation of the Federal Rules of Civil Procedure and this Court's Order, and destroyed critical evidence; and

2.  Defendant Sang Lee similarly improperly withheld vital evidence and failed to preserve it, resulting in the spoliation of relevant evidence.

This Motion is based on this Notice of Motion, the attached Memorandum of

Points and Authorities, the Declaration of Samantha Wolff filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 15, 2017.  *See* Wolff Decl., ¶ 31.

DATED:  August 22, 2017              Respectfully submitted,

HANSON BRIDGETT LLP

By:     */s/ Samantha Wolff*
KURT A. FRANKLIN
LISA M. POOLEY
SAMANTHA D. WOLFF
TYSON M. SHOWER
LANDON D. BAILEY
Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.