1   HANSON BRIDGETT LLP
    KURT A. FRANKLIN, SBN 172715
2   kfranklin@hansonbridgett.com
    LISA M. POOLEY, SBN 168737
3   lpooley@hansonbridgett.com
    SAMANTHA WOLFF, SBN 240280
4   swolff@hansonbridgett.com
    425 Market Street, 26th Floor
5   San Francisco, California 94105
    Telephone:   (415) 777-3200
6   Facsimile:   (415) 541-9366

7   HANSON BRIDGETT LLP
    TYSON M. SHOWER, SBN 190375
8   tshower@hansonbridgett.com
    LANDON D. BAILEY, SBN 240236
9   lbailey@hansonbridgett.com
    500 Capitol Mall, Suite 1500
10  Sacramento, California 95814
    Telephone:   (916) 442-3333
11  Facsimile:   (916) 442-2348

12  OTTEN LAW, PC
    VICTOR OTTEN, SBN 165800
13  vic@ottenlawpc.com
    KAVITA TEKCHANDANI, SBN 234873
14  kavita@ottenlawpc.com
    3620 Pacific Coast Highway, #100
15  Torrance, California 90505
    Telephone:   (310) 378-8533
16  Facsimile:   (310) 347-4225

17  Attorneys for Plaintiffs
    CORY SPENCER, DIANA MILENA
18  REED, and COASTAL PROTECTION
    RANGERS, INC.
19

20              UNITED STATES DISTRICT COURT

21      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

22

23  CORY SPENCER, an individual;        CASE NO. 2:16-cv-02129-SJO (RAOx)
24  DIANA MILENA REED, an               PLAINTIFFS' APPLICATION FOR
    individual; and COASTAL             LEAVE TO FILE DOCUMENTS
25  PROTECTION RANGERS, INC., a         UNDER SEAL
26  California non-profit public benefit Filed Concurrently with Declaration of
    corporation,                        Samantha Wolff; Redacted Version of
27                                      Documents Proposed to be Filed Under
                                        Seal; Unredacted Version of Documents
28              Plaintiffs,             Proposed to be Filed Under Seal; and

                                    -1-                Case No. 2:16-cv-02129-SJO (RAOx)

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF THE
LUNADA BAY BOYS, including but
not limited to SANG LEE, BRANT
BLAKEMAN, ALAN JOHNSTON
AKA JALIAN JOHNSTON,
MICHAEL RAE PAPAYANS,
ANGELO FERRARA, FRANK
FERRARA, CHARLIE FERRARA,
and N. F.; CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE JEFF
KEPLEY, in his representative
capacity; and DOES 1-10,

Defendants.

[Proposed] Order

Complaint Filed:      March 29, 2016
Trial Date:           November 7, 2017

Pursuant to Local Rule 79-5, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") hereby apply for leave of Court to file **Exhibit 25** to the Declaration of Samantha Wolff In Support of Plaintiffs' Motion for Sanctions ("Wolff Declaration"), under seal.  Exhibit 25 consists of Defendant Sang Lee's cell phone extraction report.  This document was produced in discovery by Defendant Lee and contains information – including the cell phone numbers of third parties and co-defendants – that is protected from disclosure pursuant to the parties' stipulated protective order.

Counsel for Sang Lee was informed of Plaintiffs' intent to seek leave to file these exhibits under seal.  *See* Declaration of Samantha Wolff In Support of Application for Leave to File Under Seal.

/ / /

/ / /

/ / /

/ / /

-2-
Case No. 2:16-cv-02129-SJO (RAOx)
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

1   DATED:  August 22, 2017                    HANSON BRIDGETT LLP

2

3

4                                     By:      /s/ Samantha D. Wolff

5                                           KURT A. FRANKLIN
                                            LISA M. POOLEY
6                                           SAMANTHA D. WOLFF
                                            TYSON M. SHOWER
7                                           LANDON D. BAILEY
8                                           Attorneys for Plaintiffs
                                            CORY SPENCER, DIANA MILENA
9                                           REED, and COASTAL PROTECTION
                                            RANGERS, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13700548.1
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL