HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:  (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:  (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)** |

13703759.1

Case No. 2:16-cv-02129-SJO (RAOx)
WOLFF DECL. ISO PLTFS' REPLY ISO MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge:   Hon. S. James Otero<br>Date:    September 5, 2017<br>Time:    10:00 a.m.<br>Crtrm.:  10C<br><br>Complaint Filed: March 29, 2016<br>Trial Date:      November 7, 2017 |

I, Samantha Wolff, declare as follows:

1. I am a Partner with the law firm Hanson Bridgett LLP, counsel of record in this matter for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs"). I have personal knowledge of the matters set forth in this declaration and could and would competently testify to them. All of the matters stated here are known to me personally, unless stated on information and belief; and with regard to those statements, I am informed and reasonably believe them to be true. I submit this declaration in support of Plaintiffs' Reply in Support of its Motion for Administrative Relief Pursuant to FRCP 56(d).

2. On March 6, 2017, I engaged in a telephonic meet and confer with counsel for the City of Palos Verdes Estates ("the City") to discuss the City's progress in preserving and reviewing relevant discovery.

3. As of June 1, 2017, the City had only produced 4,843 pages of documents.

4. On June 5, 2017, I met and conferred with Jacob Song and Christopher

13703759.1

-2-   Case No. 2:16-cv-02129-SJO (RAOx)
WOLFF DECL. ISO PLTFS' REPLY ISO MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)

Glos, counsel for the City, to discuss a number of outstanding discovery issues, including the City's failure to produce relevant police department emails, personal email accounts used for City business by City officials, and cell phone records for City-issued phones.

5. On July 11, 2017, Mr. Glos informed me via email that the City was planning on producing "responsive, non-privileged text/chat messages from City Councilmember personal phones by the end of this week" with one exception. One councilmember, Mr. Rea, "is an attorney and expressed concerns about attorney-client privilege and/or work product that may be on his phone." Mr. Glos stated that the City was "working through those issues with Mr. Rea's law firm" and would produce relevant, non-privileged materials as soon as possible. Mr. Glos further indicated that, despite this outstanding discovery, the City would "proceed with filing our motion [for summary judgment] because of the fast approaching cut-off date." Attached as **Exhibit A** is a true and correct copy of Mr. Glos' July 11, 2017 email.

6. On June 13, 2017, I met and conferred again with Mr. Song to discuss several categories of documents that were missing from the City's production set, including texts and emails contained on both city-issued and personal devices, of all city employees.

7. Attached as **Exhibit B** is a true and correct copy of relevant excerpts from the Transcript of the Deposition of Sergeant Steven Barber, which was taken on June 22, 2017.

8. I conducted a further meet and confer Mr. Glos, counsel for the City, on June 23, 2017 – the day after Sergeant Barber's deposition. During that call, we again discussed a number of shortcomings with respect to the City's document productions. I reiterated Plaintiffs' request for confirmation whether City officials are using personal devices and accounts for City business. Mr. Glos indicated that he would look into it and let me know.

9. Between July 7 and July 14, the City produced documents having Bates ranges CITY007223-022986.

10. Upon review of the City's July productions, it became clear that the City and other Defendants continued to withhold numerous categories of relevant documents. Plaintiffs sought to rectify this issue through hearings with Magistrate Judge Oliver on July 25 and 26, 2017. In particular, my co-counsel sought assistance from Magistrate Judge Oliver with issues relating to the City's failure to produce relevant information on July 25, 2017. Attached as **Exhibit C** is a true and correct copy of the Transcript of Proceedings Before the Honorable Rozella A. Oliver (July 25, 2017).

11. On August 3 and 4, 2017, the City produced documents with Bates ranges CITY023466-CITY023509. But that production left a gap in the production numbers of CITY022987-CITY023465. The City finally produced the missing 497 pages on August 15, 2017, after briefing on its motion for summary judgment had closed.

12. Defendants Charlie and Frank Ferrara were ordered by Magistrate Judge Oliver to produce all relevant cell phone data – including cell phone bills and cell phone extraction reports – by 5:00 p.m. on Monday, July 17, 2017. The Ferraras sent an incomplete production via email at 5:13 p.m. on July 17, 2017. They sent another incomplete production via email after 5:00 p.m. on July 21, 2017. I met and conferred with their counsel, Tiffany Bacon, the following Monday – July 24, 2017. Ms. Bacon admitted they had not produced Charlie Ferrara's cell phone extraction report. His cell phone extraction report was eventually produced – following another telephonic hearing with Magistrate Judge Oliver – on July 26, 2017. Both of the Ferraras' extraction reports are heavily redacted and were not produced with a privilege log.

I declare under penalty of perjury under the laws of the United States of

1 | America that the foregoing is true and correct.  Executed in Walnut Creek,
2 | California on August 22, 2017
3 |
4 |                                        <u>    /s/ Samantha D. Wolff    </u>
5 |                                            SAMANTHA D. WOLFF

13703759.1

-5-   Case No. 2:16-cv-02129-SJO (RAOx)
WOLFF DECL. ISO PLTFS' REPLY ISO MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO FRCP 56(d)