# EXHIBIT B

Atkinson-Baker Court Reporters
www.depo.com

```
 1                UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3                          -  -  -
 4   CORY SPENCER, an individual,   )
     DIANA MILENA REED, an          )
 5   individual; and COASTAL        )
     PROTECTION RANGERS, INC., a    )
 6   California non-profit public   )
     benefit corporation,           )
 7                                  )
                 Plaintiffs,        )
 8                                  )
            vs.                     ) No. 2:16-cv-02129-SJO (RAOx)
 9                                  )
     LUNADA BAY BOYS; THE           )
10   INDIVIDUAL MEMBERS OF THE      )
     LUNADA BAY BOYS, including     )
11   but not limited to SANG LEE,   )
     BRANT BLAKEMAN, ALAN           )
12   JOHNSTON, MICHAEL RAE          )
     PAPAYANS, ANGELO FERRARA,      )
13   FRANK FERRARA, CHARLIE         )
     FERRARA, and N.F.; CITY OF     )
14   PALOS VERDES ESTATES; CHIEF    )
     OF POLICE JEFF KEPLEY, in his  )
15   representative capacity; and   )
     DOES 1-10,                     )
16                                  )
                 Defendants.        )
17   _____)
18                        DEPOSITION OF
19                       STEVEN BARBER
20                     IRVINE, CALIFORNIA
21                      JUNE 22, 2017
22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
     REPORTED BY: DENISE J. PAGANO, CSR. 7233
25   FILE NO.: AB064C5
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3                          - - -
 4   CORY SPENCER, an individual,  )
     DIANA MILENA REED, an         )
 5   individual; and COASTAL       )
     PROTECTION RANGERS, INC., a   )
 6   California non-profit public  )
     benefit corporation,          )
 7                                 )
                   Plaintiffs,     )
 8                                 )
              vs.                  ) No. 2:16-cv-02129-SJO (RAOx)
 9                                 )
     LUNADA BAY BOYS; THE          )
10   INDIVIDUAL MEMBERS OF THE     )
     LUNADA BAY BOYS, including    )
11   but not limited to SANG LEE,  )
     BRANT BLAKEMAN, ALAN          )
12   JOHNSTON, MICHAEL RAE         )
     PAPAYANS, ANGELO FERRARA,     )
13   FRANK FERRARA, CHARLIE        )
     FERRARA, and N.F.; CITY OF    )
14   PALOS VERDES ESTATES; CHIEF   )
     OF POLICE JEFF KEPLEY, in his )
15   representative capacity; and  )
     DOES 1-10,                    )
16                                 )
                   Defendants.     )
17   _____)
18
19
20
21
22         Deposition of STEVEN BARBER, taken on behalf
23   of Plaintiffs, at 19200 Von Karman Avenue, Fourth Floor,
24   Irvine, California, commencing at 10:35 a.m., Thursday,
25   June 22, 2017, before Denise J. Pagano, CSR No. 7233.
```

Atkinson-Baker Court Reporters
www.depo.com

|    |   |   |   |
|---|---|---|---|
| 1  | A | I'm sure. | 12:08 |
| 2  | Q | Do you know if the Ferraras have ever made a |
| 3  |   | donation? |
| 4  | A | I have no idea if the Ferraras have. |
| 5  | Q | How about someone named Charlie Mowat? |
| 6  | A | Charlie probably has made a donation in the past. |
| 7  |   | He's a resident. |
| 8  | Q | Do you know Mr. Mowat? |
| 9  | A | Yes, I do. |
| 10 | Q | And do you know him permanently? |
| 11 | A | I do. |
| 12 | Q | And how do you know him personally? |
| 13 | A | I've probably gotten to know Charlie just over the |
| 14 |   | years of seeing him around in the city.  He went to -- he's |
| 15 |   | a local guy.  He went to Palos Verdes High School, went to | 12:09 |
| 16 |   | Margate Intermediate.  He's a pilot.  Just become friendly |
| 17 |   | with him over the years.  Nice guy, and so I consider |
| 18 |   | Charlie a friend. |
| 19 | Q | Okay. |
| 20 | A | Yeah. |
| 21 | Q | And does -- consider him a friend, does that mean |
| 22 |   | family vacations and that type of thing? |
| 23 | A | Nothing like that; not that close, no. |
| 24 | Q | Okay.  But over to his house for events and that |
| 25 |   | type of thing? |

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    I have been, yes.                                    12:10
 2      Q    Okay.  Barbecues?
 3      A    Yes.
 4      Q    Poker?
 5      A    No, never played poker with Charlie.
 6      Q    Is there -- do any of the officers play poker with
 7  any of the residents, do you know?
 8      A    No, not that I know of, no.
 9      Q    How about -- do you know if Brant Blakeman has made
10  any donations to the POA?
11      A    I'm not sure if Brant has or not.
12      Q    How about his wife?  Would you know if she's made a
13  donation?
14      A    Like I said, I can't remember the last time I
15  actually looked at a list of who donated.                     12:10
16      Q    And I'm going to ask about a few -- how about
17  Mr. Papayans?  Do you know the Papayans family?
18      A    I do.
19      Q    And is there a -- there is a Michael more senior
20  Papayans.  Do you know that person?
21      A    Yes.
22      Q    Do you know if he's ever made a donation?
23      A    Like I said, I don't know.
24      Q    Do you recall any other donations by any
25  individuals?
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1  it or to a private entity or --                              12:34
 2      A    That would be normally how we would do things.
 3      Q    To another police department first?
 4      A    If they're available and can do it, yes.  And we
 5  usually ask for permission through, you know, a captain or a
 6  sergeant from their department.
 7      Q    And are there -- in terms of the evidence, is there
 8  a -- if a phone -- is there a chain of custody log that goes
 9  to another department where --
10      A    Of course, yes.
11      Q    And then it gets locked up by whomever that is that
12  takes receipt of it on the other end?
13      A    Yes.
14      Q    As you sit here today, you don't know what happened
15  in those -- N.F.'s phone in particular from that day?         12:35
16      A    I do not, no.
17      Q    Is there a rule at Palos Verdes Estates where
18  officers are not permitted to bring their cell phones into
19  the field, personal cell phones?
20      A    Personal cell phones?  No.
21      Q    Do officers bring their personal cell phones into
22  the field?
23      A    Yes, they do.
24      Q    Is there -- how do officers -- do -- have you ever
25  received a text from another officer in the field?
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1        MR. FLAUTT:  Vague and ambiguous as to how?  What         12:36
 2   phone?
 3   BY MR. FRANKLIN:
 4        Q    On your personal phone?
 5        A    Yes.
 6        Q    And how often might you receive a text from another
 7   officer when he or she is in the field or you are in the
 8   field?
 9        A    It could be a couple times a day.
10        Q    Do you have the cell phone numbers of the other
11   officers available to you?
12        A    Yes, I do.  Not all.
13        Q    Is there a -- what type of -- what type of personal
14   phone do you have that might go into the field?
15        A    My personal cell phone?                              12:37
16        Q    When I say what type, is it an Apple or --
17        A    It's an Apple iPhone.
18        Q    Do you know what -- kids know better than me --
19   what?
20        A    Oh, what type it is?
21        Q    Yes.
22        A    6S Plus.
23        Q    Okay.  And do you -- do you carry that into the
24   field with you virtually every time you go into the field?
25        A    Yes.
```

```
 1    Q    And would it be more common for people than not for        12:37
 2  people to bring their personal phones into the field?
 3    A    It's probably more common.
 4    Q    Does the City issue a phone available for officers?
 5    A    They do -- they do issue a phone for certain
 6  positions, and then we do have patrol assigned phones in
 7  case we need to contact a victim or something.
 8    Q    So your personal phone, they don't get your
 9  personal number when you call?  Is that the idea?
10    A    No, it's a separate phone from the City that they
11  issue to us, that they issue to the office who is out in the
12  field; so there are two patrol phones and one watch
13  commander phone that is a City phone.
14    Q    So that goes back to the staffing.  There is --
15  each car has a phone --                                            12:38
16    A    Correct --
17    Q    -- in it?
18    A    -- that is assigned.
19    Q    Okay.  And what type of phones are in the patrol
20  cars when they go out?
21    A    Apple, Apple iPhones, and they're old, so I don't
22  know what kind.
23    Q    Something older than 6S?
24    A    Oh, yeah.
25    Q    How often -- is it more -- because they're old, do
```

87

Atkinson-Baker Court Reporters
www.depo.com

```
 1   officers use their personal phones more frequently than the      12:39
 2   City-assigned phones or --
 3       A    For only --
 4            MR. FLAUTT:  Object to the extent it calls for
 5   speculation.
 6            Answer if you know.
 7   BY MR. FRANKLIN:
 8       Q    In your experience?
 9       A    Just for personal calls to family and friends.
10       Q    So what would -- so they use their -- they use
11   their phone for calls to family and friends.  Occasionally,
12   to other officers; is that right?
13       A    Which is usually just personal stuff.
14       Q    Have you ever texted -- I'll as you personally --
15   or have you ever received a text from an officer that might    12:39
16   be even tangentially work-related?
17            MR. FLAUTT:  Object.  Vague and ambiguous as to
18   what it was received on.  Was it received on a work phone?
19   On a personal phone?
20            MR. FRANKLIN:  We're talking about his personal
21   phone.
22            MR. FLAUTT:  Okay.  Object to the extent that it
23   violates his privacy rights under the California
24   Constitution and the U.S. Constitution to his only personal
25   phone and the contents thereof.
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1   BY MR. FRANKLIN:                                        12:40
 2       Q    I'm not asking about the contents.  I'm asking have
 3   you ever received something --
 4       A    Related to work?
 5       Q    Yes.
 6            MR. FLAUTT:  Vague and ambiguous as to related to
 7   work.
 8            Can we get a little bit more definition?
 9            MR. FRANKLIN:  No.
10   BY MR. FRANKLIN:
11       Q    Do you understand what related to work means?
12            MR. FLAUTT:  Do you understand?
13            THE WITNESS:  It could be a multitude of different
14   things.  I mean, I don't --
15            MR. FLAUTT:  For instance, if he's calling in sick   12:40
16   or somebody else was.
17            MR. FRANKLIN:  Well, let's have it related to work.
18   BY MR. FRANKLIN:
19       Q    How about related to something you observed in the
20   field?
21       A    No.
22       Q    How about related to something where somebody else
23   observed in the field?
24       A    No.
25       Q    That's never happened?
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1              MR. FRANKLIN:  I think we have his number, so I        16:49
 2     don't know that that's right.
 3              MR. RICHARDS:  You didn't get it from us.
 4              MR. FRANKLIN:  Okay.  So, Counsel, if you want to
 5     state that objection so we're gonna have to adjourn at some
 6     point, and we'll go to Magistrate Oliver on this and get a
 7     ruling.
 8              MR. FLAUTT:  And just ahead of time, we're going
 9     to request briefing on the issue as well, because we do
10     believe it's a fairly complicated --
11              MR. FRANKLIN:  Sure, there is a Protective Order in
12     place with, say -- so that's fine with us on that.
13     BY MR. FRANKLIN:
14        Q     Has anyone from the City asked you to provide them
15     your cell phone related to this case?                            16:50
16        A     My personal?
17        Q     Yes.
18        A     No.
19        Q     So no one has approached you and said we need your
20     cell phone with related to any surfing incidents in Lunada
21     Bay?
22        A     No.
23        Q     Do you know whether the cell phones that are in the
24     police cars that are the City's phones whether those have
25     been taken out of service so they can be searched for --
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1   STATE OF _____)
                                  ) ss.
 2   COUNTY OF _____)
 3
 4
 5
 6
 7         I, the undersigned, declare under penalty of
 8   perjury that I have read the foregoing transcript, and I
 9   have made any corrections, additions or deletions that I was
10   desirous of making; that the foregoing is a true and correct
11   transcript of my testimony contained therein.
12         EXECUTED this _____ day of _____,
13   20 ____, at _____, _____.
14
15
16
17                                  _____
                                           STEVEN BARBER
18
19
20
21
22
23
24
25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4         I, DENISE J. PAGANO, CSR. No. 7233, Certified
 5   Shorthand Reporter, certify;
 6         That the foregoing proceedings were taken before me
 7   at the time and place therein set forth, at which time the
 8   witness, STEVEN BARBER, was put under oath by me;
 9         That the testimony of the witness, the questions
10   propounded, and all objections and statements made at the
11   time of the examination were recorded stenographically by me
12   and were thereafter transcribed;
13         That the foregoing is a true and correct transcript
14   of my shorthand notes so taken.
15         I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18         I declare under penalty of perjury under the laws
19   of California that the foregoing is true and correct.
20         Dated this 5th day of July, 2017.
21
22
23
                      _____
24                    DENISE J. PAGANO, CSR NO. 7233
25
```