UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | August 23, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS:

This matter is before the Court on Plaintiffs' Application for Leave to File Documents Under Seal. (See ECF No. 426.)  After full consideration of the matter, this Court finds as follows: Exhibit 25 (Bates Nos. LEE 00000597-00000678) to the Declaration of Samantha Wolff filed in support of Plaintiffs' Application for Leave to File Documents Under Seal ("Wolff Declaration") contains private information relating both to Defendant Sang Lee and to third parties and therefore should be sealed from public view.  The Court therefore ORDERS that this document be filed under seal.

|  | : | 0/00 |
|---|---|---|
| Initials of Preparer | | vpc |