UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 16-2129-SJO-RAO                                    Date: August 29, 2017
Title: Cory Spencer et al v. Lunada Bay Boys et al

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson for Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **CALL-IN INFORMATION RE TELEPHONIC CONFERENCE**

   **A Telephonic status conference** has been scheduled for **September 5, 2017, at 10:00am**.

   The following is the call-in information:

   Call-in Number:  **(213) 894.3669**

   User Password:  **129663#**

*Note:* The lines will open 15 minutes before & 15 minutes after

*To mute the Hold Music, the first participant in the conference should enter \*99 after entering the meeting and hearing the music. As participants enter the meeting they will be announced as usual.*

*If you have any problems connecting to this call, please contact the Space & Facilities Help Desk at 213.894.1400.*

                                                                                            :
                                                        Initials of Preparer        gr