UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-02129 SJO (RAOx) | Date | August 31, 2017 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**   IN CHAMBERS:

The Court Denies the REQUEST for Extension of Time to File Plaintiffs Opposition to Defendants' Motions for Summary Judgment filed by Plaintiffs [ECF #282] as moot.

|  | : | 0/00 |
|---|---|---|
| Initials of Preparer | | vpc |