HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:   (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA
REED, and COASTAL PROTECTION
RANGERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF SAMANTHA WOLFF REGARDING PLAINTIFFS' MOTION FOR MONETARY SANCTIONS**<br><br>Judge:  Hon. Magistrate Judge Rosella Oliver |

| | |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Complaint Filed: March 29, 2016<br>Trial Date: November 7, 2017 |

I, Samantha Wolff, declare as follow:

1. I am attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would competently testify to the matters stated herein.

2. On August 23, 2017, this Court granted Plaintiffs' Motion for Monetary Sanctions against Charlie Ferrara, Frank Ferrara and their Counsel of Record Bremer Whyte Brown & O'Meara ("Monetary Sanctions Motion," Dkt. 403) as to Defendants' failure to comply with this Court's July 13, 2017 Order. (Dkt. 432.) The Court also directed Plaintiffs' counsel to submit a further declaration to detail the expenses caused by this failure. (*Id.*)

3. On August 23, 2017, the Court also declined to rule on Plaintiffs' Sanction Motion to the extent it was based on alleged spoliation of evidence because

the issue was intertwined with issues raised in multiple motions pending before the District Judge in this case.  (Dkt. 432.)

4. After this Court's August 23, 2017 ruling, the parties agreed to resolve Plaintiffs' Monetary Sanctions Motion (Dkt. 403) through Defendants' payment of the amount sought by Plaintiffs in their motion.

5. Thus, Plaintiffs now consider their Monetary Sanctions Motion (Dkt. 403) resolved and no longer seek the Court's assistance in determining the amount to be awarded for Defendants' failure to comply with this Court's July 13, 2017 Order.  Additionally, Plaintiffs will not seek any further monetary sanctions from the Court for the alleged spoliation of evidence raised in Plaintiffs' Monetary Sanctions Motion.

6. Plaintiffs will continue to pursue their pending Motion for Sanctions Against Defendants Charlie Ferrara, Frank Ferrara and Sang Lee, which seeks evidentiary sanctions and an adverse inference.  (*See* Dkt. 425.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Walnut Creek, California on September 5, 2017.

      */s/ Samantha Wolff*
      SAMANTHA WOLFF