# EXHIBIT 11

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        WESTERN DIVISION

 4                          -  -  -

 5   CORY SPENCER, AN INDIVIDUAL;    )
     DIANA MILENA REED, AN           )
 6   INDIVIDUAL; AND COASTAL         )
     PROTECTION RANGERS, INC.,       )
 7   A CALIFORNIA NON-PROFIT PUBLIC  )
     BENEFIT CORPORATION,            )
 8                                   )
                    Plaintiffs,      )
 9                                   )
          vs.                        ) No.:  2:16-cv-02129-SJO
10                                   )     (RAOx)
                                     )
11   LUNADA BAY BOYS; THE INDIVIDUAL )
     MEMBERS OF THE LUNADA BAY BOYS, )
12   INCLUDING BUT NOT LIMITED TO    )
     SANG LEE, BRANT BLAKEMAN, ALAN  )
13   JOHNSTON AKA JALIAN JOHNSTON,   )
     MICHAEL RAE PAPAYANS, ANGELO    )
14   FERRARA, FRANK FERRARA,         )
     CHARLIE FERRARA, ET AL.,        )
15                                   )
                    Defendants.      )
16   - - - - - - - - - - - - - - - - )

17

18

19          Videotaped deposition of CATHERINE PLACEK,

20   taken on behalf of the Plaintiffs, at Premier Business

21   Center At The Atrium, 19200 Von Karman Avenue,

22   Sixth Floor, Irvine, California, 92612, commencing

23   at 10:09 a.m., Friday, June 23, 2017, before

24   ANGELIQUE MELODY FERRIO, CSR No. 6979.

25
```

2

Catherine Placek
June 23, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | that entire video; had you heard the first part of | 12:15:13 |
| 2 | the video before? | 12:15:16 |
| 3 | MR. FLAUTT:  Vague and ambiguous, assumes | 12:15:17 |
| 4 | facts not in evidence, lacks foundation, calls for | 12:15:19 |
| 5 | speculation.  She doesn't even know that it's a | 12:15:22 |
| 6 | complete video.  Please answer. | 12:15:25 |
| 7 | THE WITNESS:  I'm not sure.  I think it | 12:15:26 |
| 8 | sounds somewhat familiar. | 12:15:29 |
| 9 | BY MR. FRANKLIN: | 12:15:30 |
| 10 | Q.  But you think that you might have just | 12:15:31 |
| 11 | listened to it one time before? | 12:15:33 |
| 12 | A.  Possibly, yes. | 12:15:34 |
| 13 | Q.  More than one time, do you know? | 12:15:35 |
| 14 | A.  No.  It wouldn't have been more than one | 12:15:37 |
| 15 | time. | 12:15:39 |
| 16 | Q.  Okay.  Did you have an occasion to listen to | 12:15:39 |
| 17 | it with Mr. Wellington Hengst? | 12:15:43 |
| 18 | A.  No. | 12:15:45 |
| 19 | Q.  How about did you have an occasion to listen | 12:15:46 |
| 20 | to it with the Chief of Police Jeff Kepley? | 12:15:49 |
| 21 | A.  No. | 12:15:52 |
| 22 | Q.  In terms of the phrase, we know all of them, | 12:15:52 |
| 23 | in terms of your understanding, do you know what you | 12:16:06 |
| 24 | meant by that? | 12:16:08 |
| 25 | A.  What I meant is that we're a small community | 12:16:10 |

90

Catherine Placek
June 23, 2017

| | | |
|---|---|---|
| 1 | and we know a lot of residents within the City.  And | 12:16:14 |
| 2 | we know people that frequently surf the area. | 12:16:19 |
| 3 | Q.  And were you referring to anybody in | 12:16:27 |
| 4 | particular when you said that? | 12:16:29 |
| 5 | A.  Pertaining to what? | 12:16:31 |
| 6 | Q.  We know all of them? | 12:16:32 |
| 7 | MS. BACON:  Lacks foundation, calls for | 12:16:36 |
| 8 | speculation. | 12:16:38 |
| 9 | THE WITNESS:  I'm confused.  Are you asking | 12:16:41 |
| 10 | about the "we" or the "them" part? | 12:16:42 |
| 11 | BY MR. FRANKLIN: | 12:16:44 |
| 12 | Q.  I guess it's both. | 12:16:44 |
| 13 | What were you referring to when you say "we"? | 12:16:46 |
| 14 | MR. FLAUTT:  Vague and ambiguous, lacks | 12:16:48 |
| 15 | foundation, calls for speculation.  Please answer. | 12:16:50 |
| 16 | THE WITNESS:  Certain people in the | 12:16:52 |
| 17 | department are familiar with people that surf in that | 12:16:54 |
| 18 | area. | 12:16:57 |
| 19 | BY MR. FRANKLIN: | 12:16:57 |
| 20 | Q.  Were you including yourself as part of that | 12:16:57 |
| 21 | "we"? | 12:17:00 |
| 22 | A.  No. | 12:17:01 |
| 23 | Q.  And so are you referring to the Police | 12:17:02 |
| 24 | Department? | 12:17:05 |
| 25 | A.  Certain members of the Police Department. | 12:17:05 |

Catherine Placek
June 23, 2017

Atkinson-Baker Court Reporters
www.depo.com

| 1  | Q.  What members were you referring to? | 12:17:07 |
| 2  | A.  Specifically, Sergeant Barber. | 12:17:09 |
| 3  | Q.  And anybody else besides Sergeant Barber? | 12:17:14 |
| 4  | A.  No. | 12:17:17 |
| 5  | Q.  And why is it that you were referring to | 12:17:17 |
| 6  | Sergeant Barber? | 12:17:20 |
| 7  | A.  He was the subject that I believe knows a lot | 12:17:21 |
| 8  | of the subjects that surf in the area. | 12:17:24 |
| 9  | Q.  And how do you know that? | 12:17:27 |
| 10 | A.  I don't know for sure that he knows everyone. | 12:17:29 |
| 11 | I just know that he knows people that surf in the | 12:17:34 |
| 12 | area. | 12:17:37 |
| 13 | My understanding is that he grew up around | 12:17:38 |
| 14 | the area.  So, he would know people that live in this | 12:17:41 |
| 15 | area. | 12:17:45 |
| 16 | Q.  Okay.  And do you have an understanding of | 12:17:45 |
| 17 | Sergeant Barber being friends with some of people | 12:17:47 |
| 18 | that surf down there? | 12:17:51 |
| 19 | MR. FLAUTT:  Vague and ambiguous, lacks | 12:17:55 |
| 20 | foundation, calls for speculation, calls for double | 12:17:57 |
| 21 | hearsay.  Please answer. | 12:17:59 |
| 22 | THE WITNESS:  I don't know who he's friends | 12:18:02 |
| 23 | with. | 12:18:05 |
| 24 | BY MR. FRANKLIN: | 12:18:06 |
| 25 | Q.  But you did have an understanding that he had | 12:18:07 |

92

Catherine Placek
June 23, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | some familiarity with people that surf Lunada Bay? | 12:18:09 |
| 2 | MR. FLAUTT:  Objection, vague and ambiguous, | 12:18:13 |
| 3 | lacks foundation, calls for speculation, calls for | 12:18:16 |
| 4 | double hearsay. | 12:18:19 |
| 5 | THE WITNESS:  I know that he knows a lot of | 12:18:20 |
| 6 | people around that area. | 12:18:22 |
| 7 | BY MR. FRANKLIN: | 12:18:23 |
| 8 | Q.  And when it was "them", what were you | 12:18:23 |
| 9 | referring to when you said "them"; were those the | 12:18:29 |
| 10 | people that surf Lunada Bay? | 12:18:32 |
| 11 | A.  Yes. | 12:18:35 |
| 12 | Q.  And when you said they're infamous around | 12:18:35 |
| 13 | here, what did you mean with "they"; would it be the | 12:18:42 |
| 14 | surfers again around Lunada Bay? | 12:18:45 |
| 15 | A.  Yes. | 12:18:48 |
| 16 | Q.  And infamous, what did you mean my infamous? | 12:18:48 |
| 17 | A.  A lot of people know that area as a surf | 12:18:52 |
| 18 | spot -- | 12:18:57 |
| 19 | Q.  Okay. | 12:18:57 |
| 20 | A.  -- and that people surf there. | 12:18:58 |
| 21 | Q.  Anything else? | 12:19:00 |
| 22 | A.  No. | 12:19:01 |
| 23 | Q.  And you used infamous as opposed to famous; | 12:19:02 |
| 24 | is there a reason that you used infamous? | 12:19:06 |
| 25 | A.  Just poor word choice. | 12:19:08 |

Catherine Placek
June 23, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q.   Around here, what were you referring to, the | 12:19:11 |
| 2 | City of Palos Verdes Estates or the police | 12:19:14 |
| 3 | department? | 12:19:17 |
| 4 | A.   The City of Palos Verdes Estates. | 12:19:17 |
| 5 | Q.   So, you were saying that they are well-known | 12:19:20 |
| 6 | in the City of Palos Verdes Estates? | 12:19:22 |
| 7 | A.   Yes. | 12:19:25 |
| 8 | Q.   When you say, they're pretty much grown men, | 12:19:25 |
| 9 | what were you referring to when you said "they", what | 12:19:28 |
| 10 | was "they" in that context? | 12:19:31 |
| 11 | MS. BACON:  Lacks foundation, calls for | 12:19:33 |
| 12 | speculation. | 12:19:35 |
| 13 | THE WITNESS:  People that surf in that area. | 12:19:36 |
| 14 | BY MR. FRANKLIN: | 12:19:40 |
| 15 | Q.   And then later you said in the next sentence, | 12:19:40 |
| 16 | they don't like anyone that's not one of the Bay Boys | 12:19:44 |
| 17 | surfing down there. | 12:19:50 |
| 18 | When you say that "they", does that refer to | 12:19:51 |
| 19 | the surfers from Lunada Bay? | 12:19:55 |
| 20 | A.   Yes. | 12:19:57 |
| 21 | MS. BACON:  Same objection. | 12:19:59 |
| 22 | BY MR. FRANKLIN: | 12:20:00 |
| 23 | Q.   And not one of the Bay Boys, were you | 12:20:00 |
| 24 | referring to the Bay Boys being the surfers from | 12:20:02 |
| 25 | Lunada Bay? | 12:20:05 |

Catherine Placek
June 23, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | A.   The people that frequently surf in Lunada | 12:20:05 |
| 2 | Bay. | 12:20:09 |
| 3 | MR. FLAUTT:   Belated objection, vague and | 12:20:09 |
| 4 | ambiguous, compound, lacks foundation. | 12:20:10 |
| 5 | MS. BACON:   Join. | 12:20:13 |
| 6 | BY MR. FRANKLIN: | 12:20:14 |
| 7 | Q.   When you said it's literally like a game with | 12:20:14 |
| 8 | kids on a school yard to them, is that "them" also | 12:20:20 |
| 9 | referring to the surfers that regularly surf Lunada | 12:20:23 |
| 10 | Bay? | 12:20:27 |
| 11 | A.   Yes. | 12:20:27 |
| 12 | Q.   And they don't want you playing on their | 12:20:28 |
| 13 | swing set, that "they" you were referring to the | 12:20:32 |
| 14 | surfers that regularly frequent Lunada Bay again? | 12:20:34 |
| 15 | A.   Yes. | 12:20:38 |
| 16 | MS. BACON:   Same objection. | 12:20:39 |
| 17 | BY MR. FRANKLIN: | 12:20:40 |
| 18 | Q.   When you said, but you know it is what it is, | 12:20:40 |
| 19 | what did that phrase mean to you? | 12:20:44 |
| 20 | MR. FLAUTT:   Vague and ambiguous, lacks | 12:20:46 |
| 21 | foundation, calls for speculation. | 12:20:48 |
| 22 | MS. BACON:   Join. | 12:20:50 |
| 23 | THE WITNESS:   As I said previously, it was | 12:20:52 |
| 24 | geared towards their mindset.   Their mindset of them | 12:20:54 |
| 25 | not wanting to, you know, as I quoted there, their | 12:20:58 |

Catherine Placek
June 23, 2017

REPORTER'S CERTIFICATION OF CERTIFIED COPY

1
2
3
4          I, ANGELIQUE MELODY FERRIO, CSR No. 6979, a
5   Certified Shorthand Reporter in the State of California,
6   certify that the foregoing pages are a true and correct
7   copy of the original deposition of CATHERINE PLACEK,
8   taken on Friday, June 23, 2017.
9          I declare under penalty of perjury under the
10  laws of the State of California that the foregoing is
11  true and correct.
12         Dated this 23rd day of June, 2017.
13
            (SIGNATURE WAIVED)
14
15
16
17
18         Angelique Melody Ferrio
            CSR No. 6979
19
20
21
22
23
24
25

# EXHIBIT 12

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4    _____ )

CORY SPENCER, an individual; DIANA )

5    MILENA REED, an individual; and   )

COASTAL PROTECTION RANGERS, INC., a)

6    California non-profit public       )

benefit corporation,                )

7                                       )

          Plaintiffs,                  )

8                                       )

          vs.                          ) Case No: 2:16-cv-

9                                       ) 02129-SJO (RAOx)

LUNADA BAY BOYS; THE INDIVIDUAL    )

10   MEMBERS OF THE LUNADA BAY BOYS,    )

including but not limited to SANG  )

11   LEE, BRANT BLAKEMAN, ALAN JOHNSTON )

AKA JALIAN JOHNSTON, MICHAEL RAE   )

12   PAPAYANS, ANGELO FERRARA, FRANK    )

FERRARA, CHARLIE FERRARA, and N.F.;)

13   CITY OF PALOS VERDES ESTATES; CHIEF)

OF POLICE JEFF KEPLEY, in his      )

14   representative capacity; and DOES  )

1-10,                              )

15                                       )

          Defendants.                  )

16   _____ )

17

18      DEPOSITION OF THE CITY OF PALOS VERDES ESTATES

19              THROUGH AND BY TONY BEST

20                 IRVINE, CALIFORNIA

21             WEDNESDAY, JULY 12, 2017

22

ATKINSON-BAKER, INC.

23   COURT REPORTERS

www.depo.com

24   (800)288-3376

REPORTED BY:  GEHANE CASSIS.  CSR No. 13020

25   FILE NO: AB06B06

1

| | | |
|---|---|---|
| 1 | the facts, but you can answer. | 10:19 |
| 2 |    A   No. | 10:19 |
| 3 | BY MR. FRANKLIN: | 10:19 |
| 4 |    Q   So if he's out there recording, that's not on | 10:19 |
| 5 | behalf of the police department; that's fair to say? | 10:19 |
| 6 |    A   Yes. | 10:19 |
| 7 |    Q   Other than the cameras -- how often were the | 10:19 |
| 8 | camcorders used, in your understanding? | 10:19 |
| 9 |    A   We used the camcorders during the planned | 10:19 |
| 10 | events.  So the Aloha event for the past two years from | 10:19 |
| 11 | when it started, just to record and document the | 10:20 |
| 12 | activity. | 10:20 |
| 13 |    Q   So there was some documentation of the | 10:20 |
| 14 | activities.  I think the Aloha events, were both on | 10:20 |
| 15 | Martin Luther King Days; does that sound about right? | 10:20 |
| 16 |    A   Yes. | 10:20 |
| 17 |    Q   And the first one was it -- do you remember -- | 10:20 |
| 18 | in 2015 or was it '16? | 10:20 |
| 19 |    A   It must have been '15. | 10:20 |
| 20 |    Q   And in terms of that recording, was that kept | 10:20 |
| 21 | somewhere? | 10:20 |
| 22 |    A   I believe so. | 10:20 |
| 23 |    Q   Do you know is it still around? | 10:20 |
| 24 |    A   I'd have to check. | 10:20 |
| 25 |    Q   Are there more than one camera that would have | 10:20 |

| | | |
|---|---|---|
| 1 | been deployed for that event? | 10:21 |
| 2 | A    Possibility. | 10:21 |
| 3 | Q    Okay.  Who would be the person that would know | 10:21 |
| 4 | about that? | 10:21 |
| 5 | A    The Detective Sergeant Hellinga. | 10:21 |
| 6 | Q    And would it be the same Detective sergeant | 10:21 |
| 7 | for both Martin Luther King Days events? | 10:21 |
| 8 | A    Yes. | 10:21 |
| 9 | Q    Do you recall the camcorders being deployed at | 10:21 |
| 10 | any other times as you sit here today? | 10:21 |
| 11 | A    In -- | 10:22 |
| 12 | Q    Lunada Bay specifically. | 10:22 |
| 13 | A    No. | 10:22 |
| 14 | Q    And then other than the camera that was | 10:22 |
| 15 | installed during the four months ago and twice the | 10:22 |
| 16 | portable camera that was used on the Martin Luther King | 10:22 |
| 17 | events, were there any other police cameras used to | 10:22 |
| 18 | monitor Lunada Bay? | 10:22 |
| 19 | A    No. | 10:22 |
| 20 | Q    Okay.  After the cameras, what else has been | 10:22 |
| 21 | done to address the issue of localism at Lunada Bay? | 10:22 |
| 22 | A    Extra patrols to the area.  So the officers | 10:23 |
| 23 | frequent that area to put themselves in positions to | 10:23 |
| 24 | observe violations or to have people who are in the area | 10:23 |
| 25 | if they experienced localism or felt harassed or believe | 10:23 |

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | they witnessed a crime, the officer would be in the area | 10:23 |
| 2 | available for them to report it. | 10:23 |
| 3 | Q    And in terms of the extra patrols, when did -- | 10:23 |
| 4 | was there a certain time when those started? | 10:23 |
| 5 | A    It was always just one of the areas that the | 10:23 |
| 6 | sergeant would always direct officers.  On nice days or | 10:23 |
| 7 | high surf we would make sure the officers were out and | 10:23 |
| 8 | active in the area, just like if there was a large crowd | 10:23 |
| 9 | at one of the schools just for the police presence where | 10:24 |
| 10 | there is lots of people. | 10:24 |
| 11 | Q    And in terms of these extra patrols, are | 10:24 |
| 12 | officers instructed to get out of their cars to go to | 10:24 |
| 13 | the beach?  Or what type of instruction is given to the | 10:24 |
| 14 | sergeants? | 10:24 |
| 15 | A    So we instituted a specific nature call in our | 10:24 |
| 16 | CAD system, which is the computer dispatch system that | 10:24 |
| 17 | records all the police activity that's transmitted over | 10:24 |
| 18 | the radio.  So the officers gave location instead of | 10:24 |
| 19 | just driving-by location.  We started documenting when | 10:24 |
| 20 | we were there. | 10:24 |
| 21 | For instance, we created a Nature Code for | 10:24 |
| 22 | Bluff Cove, Lunada Bay, the other surf areas.  And the | 10:24 |
| 23 | officers would call out on the radio that they were | 10:25 |
| 24 | there; they'd gather cars, walk the trail at the bluff | 10:25 |
| 25 | top, observe if there is any surf activity on the | 10:25 |

| | | |
|---|---|---|
| 1 | trailhead or on the trail leading down on the beach. | 10:25 |
| 2 | How many surfers were in the water to give indication | 10:25 |
| 3 | of.  If there is 30 surfers in the water, we know there | 10:25 |
| 4 | is going to be more people in the area.  Or if there is | 10:25 |
| 5 | no surfers or if the surfs are really bad, sometimes | 10:25 |
| 6 | people observe storms.  So to get a general sense of the | 10:25 |
| 7 | activity level and to put themselves in a position where | 10:25 |
| 8 | if something did take place, they can report it. | 10:25 |
| 9 | Q    When did this -- you called it nature -- | 10:25 |
| 10 | A    The Nature Codes. | 10:25 |
| 11 | Q    The Nature Codes, when was that implemented? | 10:25 |
| 12 | A    I believe, over a year ago. | 10:25 |
| 13 | Q    So was that implemented under Chief Kepley's | 10:26 |
| 14 | watch? | 10:26 |
| 15 | A    Yes, the Nature Codes.  Yes.  Prior to that, | 10:26 |
| 16 | we also had a -- we created a surf related specific | 10:26 |
| 17 | Nature Code for any incident where we took a report that | 10:26 |
| 18 | involved surf-related activity or crimes or harassment | 10:26 |
| 19 | or incident reports that didn't rise to the level of | 10:26 |
| 20 | criminality, but just for the documentation purposes. | 10:26 |
| 21 | And those could occur in any other beaches or any of the | 10:26 |
| 22 | surf spots in the city. | 10:26 |
| 23 | Q    And back to the Nature Code, you mentioned | 10:26 |
| 24 | that the officers would count the number of surfers in | 10:26 |
| 25 | the water? | 10:27 |

51

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:27 |
| 2 | Q | And those are put into a CAD system? | 10:27 |
| 3 | A | Yes, they call it on the radio.  So a typical | 10:27 |
| 4 | call -- the area unit would call a surf check on the | | 10:27 |
| 5 | Lunada Bay, enter the call in the Nature.  The officer | | 10:27 |
| 6 | would get out of the car, walk to the edge, he could | | 10:27 |
| 7 | clear the call, get back in his car and say I'm 108, | | 10:27 |
| 8 | which is I'm clear for calls.  No surfers in the water. | | 10:27 |
| 9 | No surfers on the bluff top. | | 10:27 |
| 10 | Q | And would that be recorded by the dispatcher | 10:27 |
| 11 | then? | | 10:27 |
| 12 | A | In the call notes. | 10:27 |
| 13 | Q | Okay.  Had you in your preparation for today | 10:27 |
| 14 | had the occasion to review any of those Nature-related | | 10:27 |
| 15 | call as to Lunada Bay? | | 10:28 |
| 16 | A | I did not. | 10:28 |
| 17 | Q | Have you reviewed those ever before? | 10:28 |
| 18 | A | Those are produced in e-mail -- the patrol | 10:28 |
| 19 | log.  So all the activity that took place in that day is | | 10:28 |
| 20 | e-mailed to -- I know I get it, Mark Valez, the captain | | 10:28 |
| 21 | gets it.  And we'll scan it to look for things that are | | 10:28 |
| 22 | kind of out of the ordinary or major crimes that | | 10:28 |
| 23 | occurred that we've been kind of following.  If | | 10:28 |
| 24 | detectives find out if this is something that's going to | | 10:28 |
| 25 | carry out the next day or a school incident. | | 10:28 |

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q     And in terms of your 21 and a half years        10:28
 2   working for the city, do some of the beaches seem to     10:28
 3   have more surfers in the water than others?              10:28
 4      A     Yes.                                             10:29
 5      Q     Which ones have the most?                        10:29
 6      A     Bluff Cove.  It's a substantially larger beach   10:29
 7   and easy access.  And Rat Beach or Haggert's which is    10:29
 8   the boarder of Torrance and PV Estates.  And I think     10:29
 9   it's because of the easy access.                         10:29
10      Q     And how many if you had to estimate on what's    10:29
11   the most number of humans in the water you've seen in    10:29
12   those beaches?                                           10:29
13      A     Thirty to 40, maybe.                             10:29
14      Q     And in terms of the CAD system, the officers     10:29
15   do headcounts now for the last year at the beaches, like 10:29
16   estimate there is 30 or 40 surfers in the water?         10:30
17      A     I think a headcount is pretty scientific.        10:30
18   This is kind of a general estimate.                      10:30
19      Q     Yeah.  So do they give an estimate of how many  10:30
20   people are in the water?                                 10:30
21      A     Yes.                                             10:30
22      Q     And in terms of Lunada Bay and the number of    10:30
23   the people in the water, is it ever fewer than Bluff     10:30
24   Cove?                                                    10:30
25           MR. GLOS:  Objection.  Vague.                    10:30
```

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | by the City to address the issue of localism? | 12:15 |
| 2 | MR. GLOS:  And I'll just object as overbroad. | 12:16 |
| 3 | A    We've conducted several surveillance and | 12:16 |
| 4 | undercover operations in regards to surfing in the area. | 12:16 |
| 5 | BY MR. FRANKLIN: | 12:16 |
| 6 | Q    When was the first time a undercover operation | 12:16 |
| 7 | conducted? | 12:16 |
| 8 | A    The one I was aware of and was working that | 12:16 |
| 9 | day was in '99 or 2000.  It was a officer from Hawthorne | 12:16 |
| 10 | Police Department drove some type of van or had some | 12:16 |
| 11 | kind of markings that said surf tours, or something on | 12:17 |
| 12 | it, and parked it in the area in hopes that somebody | 12:17 |
| 13 | would -- well, not hopes, but I guess to see if he was | 12:17 |
| 14 | going to be harassed or assaulted or the vehicle | 12:17 |
| 15 | vandalized. | 12:17 |
| 16 | Q    Any other undercover operations that you're | 12:17 |
| 17 | aware of? | 12:17 |
| 18 | A    On the first MLK Day, Aloha event, we had | 12:17 |
| 19 | undercover officers on the beach and up on the bluff | 12:17 |
| 20 | during the entire incident. | 12:17 |
| 21 | Q    What was the purpose of those undercover | 12:17 |
| 22 | officers? | 12:17 |
| 23 | A    To get a non-uniform perspective on what was | 12:17 |
| 24 | taking place down there.  Obviously, we talked about | 12:18 |
| 25 | physical presence of a police officer in uniform could | 12:18 |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | have an effect on someone's behavior.  We wanted to | 12:18 |
| 2 | gauge what that behavior would look like if those people | 12:18 |
| 3 | that were at the bottom of the cliff or at top believed | 12:18 |
| 4 | that there was no police presence. | 12:18 |
| 5 |     Q    Is there a report of that particular | 12:18 |
| 6 | undercover operation? | 12:18 |
| 7 |     A    There is. | 12:18 |
| 8 |     Q    Do you recall the results of that report? | 12:18 |
| 9 |     A    I don't believe there were any major incidents | 12:18 |
| 10 | or arrests in that.  And that was the one I commented on | 12:18 |
| 11 | earlier on when I encountered the surfer from Oxnard | 12:18 |
| 12 | saying that -- in regards to I asked him if he was | 12:19 |
| 13 | harassed down there, and his comment was "Nothing more | 12:19 |
| 14 | than I do to people that come surf my area." | 12:19 |
| 15 |     Q    And in terms of who was in charge of putting | 12:19 |
| 16 | that undercover operation, was that Chief Kepley? | 12:19 |
| 17 |     A    I was. | 12:19 |
| 18 |     Q    Oh, you were.  And were you the author of that | 12:19 |
| 19 | report? | 12:19 |
| 20 |     A    Of the operations plan, yes. | 12:19 |
| 21 |     Q    So there was an operations plan in addition to | 12:19 |
| 22 | a report? | 12:19 |
| 23 |     A    It was a operations plan, and then I believe | 12:19 |
| 24 | there was a follow-up report.  I'd have to check to just | 12:19 |
| 25 | kind of have an overview stating how many people | 12:20 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | attended, there were no major incidents, how many | 12:20 |
| 2 | parking cites were issued, how many arrests were made if | 12:20 |
| 3 | any, how many citations were issued.  And that was the | 12:20 |
| 4 | first year we -- that event took place. | 12:20 |
| 5 | Q    And in terms of undercover operations between | 12:20 |
| 6 | the one in '99 or 2000 and the one that was on Martin | 12:20 |
| 7 | Luther King in 2015, were there any other undercover | 12:20 |
| 8 | operations that you're aware of? | 12:20 |
| 9 | A    No. | 12:20 |
| 10 | Q    And then in terms of the one in '99 or 2000, | 12:20 |
| 11 | do you know who was in charge of that one? | 12:20 |
| 12 | A    I do not. | 12:20 |
| 13 | Q    And in terms of the one on MLK Day, the | 12:20 |
| 14 | officers you put down below, are those from people at | 12:20 |
| 15 | Palos Verdes Estates or were those reserve officer of | 12:21 |
| 16 | some other jurisdiction? | 12:21 |
| 17 | A    They were a combination of our officers and | 12:21 |
| 18 | officers from other jurisdictions. | 12:21 |
| 19 | Q    And in terms of -- city officers, I assume | 12:21 |
| 20 | that's what you mean by they are? | 12:21 |
| 21 | A    Yes. | 12:21 |
| 22 | Q    And in terms of city officers, were they | 12:21 |
| 23 | reserve officers or were they full-time officers? | 12:21 |
| 24 | A    I believe, both. | 12:21 |
| 25 | Q    And were the people down below on the | 12:21 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | undercover operation on Martin Luther King Day in 2015 | 12:21 |
| 2 | they were not in uniform? | 12:21 |
| 3 | A    Correct. | 12:21 |
| 4 | Q    And how about -- do you recall what | 12:21 |
| 5 | jurisdictions were involved in terms of -- | 12:21 |
| 6 | A    It was coordinated through our use of what's | 12:21 |
| 7 | called SIU Redondo Beach PD.  There were | 12:21 |
| 8 | multi-jurisdiction of our unit.  We actually had an | 12:22 |
| 9 | officer assigned to the SIU Unit and they dealt with | 12:22 |
| 10 | career criminal, burglars, kind of crime trends in the | 12:22 |
| 11 | area.  And they did a lot of surveillance.  And since we | 12:22 |
| 12 | had an officer on that detail, we requested and used | 12:22 |
| 13 | their service. | 12:22 |
| 14 | Q    Do you remember how many people they provided? | 12:22 |
| 15 | A    I believe SIU alone, five but that would be on | 12:22 |
| 16 | the Ops plan. | 12:22 |
| 17 | Q    And then in terms of the report, did you | 12:22 |
| 18 | interview those five officers afterwards, or how did you | 12:22 |
| 19 | get the information that they learned from it? | 12:22 |
| 20 | A    From the watch commander and the officers on | 12:22 |
| 21 | the scene. | 12:23 |
| 22 | Q    So did the officers from -- who worked that | 12:23 |
| 23 | Palos Verdes Estates, they reported to the watch | 12:23 |
| 24 | commander and the officers on the scene subsequently? | 12:23 |
| 25 | A    No, that's who I got the information from.  So | 12:23 |

Atkinson-Baker Court Reporters
www.depo.com

```
 1    I wouldn't necessarily interview every officer on the        12:23
 2    scene.  If there were incidents to report, they would        12:23
 3    report them and those would get reported up.                 12:23
 4         Q    Okay.                                               12:23
 5         A    Does that make sense?                               12:23
 6         Q    I think I understand what you're saying.  So        12:23
 7    unless they reported something to you, there wasn't an       12:23
 8    interview of each officer of what took place, what did       12:23
 9    you learn, that type of thing?                               12:23
10         A    Correct.                                            12:23
11         Q    And then any other undercover operations other     12:23
12    than those two that you're aware of?                         12:23
13         A    Other than me being a runner and a hiker.          12:24
14         Q    Anybody else go down there besides you that        12:24
15    you're aware of?                                             12:24
16         A    You're talking about sightseeing capacity?         12:24
17         Q    Yeah, in terms of people who would have            12:24
18    familiarity with things that go down at Lunada Bay, is      12:24
19    there any anybody else who likes to walk down to Lunada     12:24
20    Bay other than you that five or six times per year that     12:24
21    you've been doing it for the last five years?              12:24
22         A    I don't think so.                                  12:24
23         Q    It's 12:25.  Why don't we take lunch.             12:24
24              MR. GLOS:  Fine with me.                           12:25
25                       (Recess taken.)                           12:25
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A    Based on the facts of the case and after        03:03
 2  being -- all the reports are approved by a sergeant.     03:03
 3  The watch commander or a corporate who is a watch        03:03
 4  commander.  Based on the facts of those cases, the       03:03
 5  approving watch commander will determine if it's a crime 03:03
 6  report or an incident report.                            03:03
 7      Q    And in terms of I think you mentioned that      03:04
 8  Sergeant Barber, he was the sergeant in charge of that   03:04
 9  particular event with Diana Milena Reed?                 03:04
10          MR. GLOS:  Objection.  Vague.  Which incident?  03:04
11  Can you just be more specific?                           03:04
12          MR. FRANKLIN:  It's February 13th, 2016.        03:04
13          MR. GLOS:  Thank you.                           03:04
14      A    Yes.                                            03:04
15  BY MR. FRANKLIN:                                         03:04
16      Q    And then do you have some understanding in     03:04
17  terms of there had been a undercover operation set for   03:04
18  that same day?                                           03:04
19      A    Yes.                                            03:04
20      Q    And what is your understanding of that         03:04
21  undercover operation that was set for February 13th,     03:04
22  2016?                                                    03:05
23      A    My understanding of it was through a           03:05
24  coordination with the detective bureau and Captain Mark  03:05
25  Valez and the chief, they planned an undercover          03:05
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    operation with outside resources from another          03:05
 2    department.  And I didn't know when that was to take   03:05
 3    place, what time.  It was kind of -- information wasn't 03:05
 4    distributed about it.  And I learned about its canceling 03:05
 5    when the chief called me and he -- he was -- he said the 03:05
 6    operation at Lunada Bay is canceled and he was not      03:05
 7    happy.  And I was going to -- okay.  I wasn't part of   03:06
 8    the planning or execution of this, so I don't know if he 03:06
 9    was trying to get a hold of Mark, but he told me it was 03:06
10    canceled I said okay.  That's the extent of the        03:06
11    information I had on that operation.                    03:06
12        Q    In terms of your preparation for today, did   03:06
13    you do any research in terms of testifying on behalf of 03:06
14    the City on that undercover operation?                 03:06
15        A    No.                                           03:06
16        Q    And has the report that was prepared on that  03:06
17    undercover operation by Norman A. Trobin Association,   03:06
18    has that been made available to you?                   03:06
19        A    No.                                           03:06
20        Q    What information do you have about was there a 03:06
21    reason why that was canceled?                          03:06
22        A    It was an officer safety issue with -- somehow 03:07
23    the information -- someone had called the chief and     03:07
24    asked him about an operation that was planned for Lunada 03:07
25    Bay.  The chief took that information, and from my      03:07
```

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | understanding, felt that there was an officer safety | 03:07 |
| 2 | issue.  That someone commented on an operation in Lunada | 03:07 |
| 3 | Bay and there was one in the works, so he felt it was | 03:07 |
| 4 | best to cancel it. | 03:07 |
| 5 | Q    And in terms of officer's safety, is that | 03:07 |
| 6 | because they're worried about harm to officers down at | 03:07 |
| 7 | Lunada Bay related to the issue of localism? | 03:07 |
| 8 | A    I think it would be in any operation where | 03:07 |
| 9 | you're trying to, I guess, get pure unaltered data or | 03:07 |
| 10 | responses from people when you -- if the information is | 03:08 |
| 11 | leaked, that could be leaked to other sources or other | 03:08 |
| 12 | people, and just for the overall integrity of the | 03:08 |
| 13 | investigation and the operation and for the, I guess, | 03:08 |
| 14 | respect of time of -- of the other agency who was | 03:08 |
| 15 | offering up officers. | 03:08 |
| 16 | Q    And in terms of -- do you understand that this | 03:08 |
| 17 | leaked information or statement was made to the chief of | 03:08 |
| 18 | police, or do you understand it was made to the City | 03:08 |
| 19 | manager or do you have no idea? | 03:08 |
| 20 | A    My recollection, it was to the chief. | 03:08 |
| 21 | Q    Okay.  And if it had been made to the City | 03:08 |
| 22 | manager, you wouldn't know about that? | 03:09 |
| 23 | A    No. | 03:09 |
| 24 | Q    Do you know a person named Mike Thiel? | 03:09 |
| 25 | A    I do not know him.  No. | 03:09 |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q    Have you heard of that name being associated | 03:09 |
| 2 | with someone who frequents Lunada Bay? | 03:09 |
| 3 | A    Yes. | 03:09 |
| 4 | Q    What do you know about Mr. Thiel? | 03:09 |
| 5 | A    That he's associated with Lunada Bay. | 03:09 |
| 6 | Q    Anything else other than him being associated | 03:09 |
| 7 | Lunada Bay? | 03:09 |
| 8 | A    I don't.  Sorry. | 03:09 |
| 9 | Q    And do you know, was there any follow-up in | 03:09 |
| 10 | terms of the day that Diana Milena Reed was harassed | 03:09 |
| 11 | down there is the same day someone said there better not | 03:09 |
| 12 | be an undercover operations down there? | 03:09 |
| 13 | MR. COOPER:  Objection.  Assumes facts not in | 03:10 |
| 14 | evidence.  Argumentative. | 03:10 |
| 15 | MR. FRANKLIN:  Let me finish the question I'm | 03:10 |
| 16 | happy to ask the question if you just let me finish it | 03:10 |
| 17 | before you object. | 03:10 |
| 18 | MR. COOPER:  I apologize.  I thought you had | 03:10 |
| 19 | finished.  Very eager. | 03:10 |
| 20 | BY MR. FRANKLIN: | 03:10 |
| 21 | Q    The question is:  Has there been any | 03:10 |
| 22 | investigation or has it come to your attention today as | 03:10 |
| 23 | someone in management that the first time -- the very | 03:10 |
| 24 | first day that Diana Milena Reed was harassed on | 03:10 |
| 25 | February 13th is also the day that was the planned | 03:10 |

| | | |
|---|---|---|
| 1 | undercover operation? | 03:10 |
| 2 | MR. COOPER:  Objection.  Assumes facts not in | 03:10 |
| 3 | evidence.  Argumentative and harassing.  The video for | 03:10 |
| 4 | that speaks for itself.  Again Robert Cooper for -- | 03:10 |
| 5 | A    So the question:  Was there an | 03:11 |
| 6 | investigation -- | 03:11 |
| 7 | BY MR. FRANKLIN: | 03:11 |
| 8 | Q    Was that taken into consideration in terms of | 03:11 |
| 9 | Diana Milena Reed investigation, the day she's harassed | 03:11 |
| 10 | is also the day set for the undercover operation? | 03:11 |
| 11 | MR. COOPER:  Same objection. | 03:11 |
| 12 | MR. GLOS:  And I'll just object as vague. | 03:11 |
| 13 | Taking into consideration the investigation which one or | 03:11 |
| 14 | both? | 03:11 |
| 15 | MR. FRANKLIN:  Both.  Did you know that before | 03:11 |
| 16 | today -- did you know before today -- did you know the | 03:11 |
| 17 | day she had her interaction with Mr. Blakeman and | 03:11 |
| 18 | Mr. Johnston down at the Rockfort structure is the very | 03:11 |
| 19 | day that was set for the undercover operation? | 03:11 |
| 20 | A    No. | 03:11 |
| 21 | Q    And if the undercover operation was canceled, | 03:11 |
| 22 | would that -- there would be no extra people deployed | 03:12 |
| 23 | down to the area at that time, or how would that | 03:12 |
| 24 | normally work? | 03:12 |
| 25 | A    If there was no undercover operation planned, | 03:12 |

173

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | we would operate where the patrol officer patrols the | 03:12 |
| 2 | area, periodically do surf checks.  I don't know if VIP | 03:12 |
| 3 | or park land were on duty at that time.  There wouldn't | 03:12 |
| 4 | be anything to suggest that we should deploy extra | 03:12 |
| 5 | people. | 03:12 |
| 6 | Q    And then before today, were you aware that -- | 03:12 |
| 7 | I'm going to make this representation -- Defendant | 03:12 |
| 8 | Blakeman had a cell phone issued to him by the City of | 03:12 |
| 9 | Palos Verdes Estates; he was using it in communicating | 03:13 |
| 10 | with various surfers down at Lunada Bay.  Did you know | 03:13 |
| 11 | that before today? | 03:13 |
| 12 | MR. COOPER:  Objection.  Assumes facts not in | 03:13 |
| 13 | evidence. | 03:13 |
| 14 | MR. GLOS:  Join.  Lacks foundation.  You can | 03:13 |
| 15 | answer. | 03:13 |
| 16 | A    There is a lot wrapped up in there.  When he | 03:13 |
| 17 | was issued the phone; he communicated the surfers with | 03:13 |
| 18 | Lunada Bay. | 03:13 |
| 19 | He was not issued the phone.  Are you familiar | 03:13 |
| 20 | with the DDP Program? | 03:13 |
| 21 | BY MR. FRANKLIN: | 03:13 |
| 22 | Q    Tell me about the DDP. | 03:13 |
| 23 | A    Disaster District Program.  Each of the school | 03:13 |
| 24 | sites in our City has a storage container.  It contains | 03:13 |
| 25 | a cash of emergency supplies and equipment.  In the | 03:13 |

174

| | | |
|---|---|---|
| 1 | event there is an emergency in the City, a natural | 03:13 |
| 2 | disaster, we have disaster service workers and | 03:13 |
| 3 | volunteers who report to those containers.  There is a | 03:13 |
| 4 | container lead.  Inside of those containers are not | 03:13 |
| 5 | supplies for the residents, but they're supplies for the | 03:14 |
| 6 | service workers to go out and do assessments on -- I was | 03:14 |
| 7 | going to say bridges, but the one bridge we have in the | 03:14 |
| 8 | City -- landslides, gas lines, general assessment.  And | 03:14 |
| 9 | they can report back to the police department and to the | 03:14 |
| 10 | emergency operation center.  The container lead has a | 03:14 |
| 11 | go-bag issued to them.  In that go-bag there is a cell | 03:14 |
| 12 | phone, and that's the City cell phone that I believe | 03:14 |
| 13 | you're referring to.  That particular continuer lead was | 03:14 |
| 14 | Sandy Durko who lived in Lunada Bay.  And he -- from | 03:14 |
| 15 | what I understand -- went out of state and handed the | 03:14 |
| 16 | go-bag to Brant Blakeman who is a volunteer and part of | 03:14 |
| 17 | the duty program to assist in the event of emergency in | 03:14 |
| 18 | the City. | 03:15 |
| 19 | I did -- I'm also in charge of the budget of | 03:15 |
| 20 | the police department.  I pay the bills.  Periodically, | 03:15 |
| 21 | I do audits and certain processes we have and one of | 03:15 |
| 22 | them was cell phones.  I looked -- I call them disaster | 03:15 |
| 23 | phones -- that there was activity on it.  I contacted | 03:15 |
| 24 | Marcelle McCaullin, who is the emergency services | 03:15 |
| 25 | coordinator and community relations officer for the City | 03:15 |

Atkinson-Baker Court Reporters
www.depo.com

| | | | |
|---|---|---|---|
| 1 | to get a roaster of the phones.  And through short | | 03:15 |
| 2 | investigation found out that the phone with the activity | | 03:15 |
| 3 | was in possession of Brant Blakeman. | | 03:15 |
| 4 | BY MR. FRANKLIN: | | 03:15 |
| 5 | Q | And when did you learn about that? | 03:15 |
| 6 | A | I have to check it would be easy to find out | 03:15 |
| 7 | because it's when we took possession of the phone. | | 03:16 |
| 8 | Q | Was that at the beginning of this year 2017? | 03:16 |
| 9 | A | I would say so yes. | 03:16 |
| 10 | Q | Did you speak to Sandy Durko to follow up with | 03:16 |
| 11 | him in terms of when the phone was last in his | | 03:16 |
| 12 | possession? | | 03:16 |
| 13 | A | No. | 03:16 |
| 14 | Q | And did you have an understanding that the | 03:16 |
| 15 | phone had been in Mr. Blakeman's possession for almost a | | 03:16 |
| 16 | full year at least prior to that time? | | 03:16 |
| 17 | A | I believe I found out that information through | 03:16 |
| 18 | Marcel McCaullin through the DDP Program.  And we also | | 03:16 |
| 19 | kind of established we really didn't have a policy that | | 03:16 |
| 20 | they sign for phones and say it's not to be used for any | | 03:16 |
| 21 | purposes other than a natural disaster or activation. | | 03:16 |
| 22 | Q | There is no policy like that or there is? | 03:17 |
| 23 | A | There was not. | 03:17 |
| 24 | Q | Okay. | 03:17 |
| 25 | A | So we recalled the phone.  We asked Brant | 03:17 |

PMK: Tony Best
July 12, 2017

| | | |
|---|---|---|
| 1 | Blakeman for the phone.  He gave us the phone and we | 03:17 |
| 2 | preserved that in the state that we received it in. | 03:17 |
| 3 | Q    And Mr. Blakeman in his deposition referred to | 03:17 |
| 4 | it as being a CERT Program.  Is that the same thing? | 03:17 |
| 5 | A    CERT is the Community Response Team and DDP | 03:17 |
| 6 | being the perform -- they perform similar functions. | 03:17 |
| 7 | CERT is a type of training that people receive.  Most of | 03:17 |
| 8 | our DDP members are part of CERT. | 03:17 |
| 9 | We have some engineers, structural engineers, | 03:17 |
| 10 | some doctors, people who have very specific skill sets | 03:17 |
| 11 | that are on DDP to help the community.  And we believe | 03:18 |
| 12 | when the big one hits California, that PV Estates is | 03:18 |
| 13 | going to be isolated from water and from services | 03:18 |
| 14 | because most of the services are going to be drawn to | 03:18 |
| 15 | the larger population centers of Los Angeles in the | 03:18 |
| 16 | greater area. | 03:18 |
| 17 | Q    So Mr. Blakeman, I'm going to represent, | 03:18 |
| 18 | testified during his testimony that he's a | 03:18 |
| 19 | transportation technician.  He's a mover. | 03:18 |
| 20 | Is that someone whose skill set is needed for | 03:18 |
| 21 | the DDP Program? | 03:18 |
| 22 | A    You know I don't necessarily think -- I don't | 03:18 |
| 23 | -- we don't have certain skill sets that we require. | 03:18 |
| 24 | Some are bonuses.  Obviously, structural engineer is to | 03:18 |
| 25 | have on your cadre of volunteers is very good.  A lot of | 03:18 |

```
 1   the -- the activities that the DDP and the disaster        03:18
 2   district workers perform is observing report.  So they     03:19
 3   go out in the community in teams and report back.          03:19
 4            So as far as volunteer go, I would take any       03:19
 5   hard-working volunteer.                                    03:19
 6       Q    So in terms of -- back to the phone, you          03:19
 7   didn't understand that Mr. Blakeman had possession of      03:19
 8   the phone until sometime early in 2017?                    03:19
 9       A    Correct.                                          03:19
10       Q    And is it fair to say that policy or no           03:19
11   policy, the City really didn't anticipate private          03:19
12   citizens would be using the City's cell phone for          03:19
13   personal or other uses?                                    03:19
14       A    Correct.                                          03:19
15       Q    And is Captain Valez, he's the one the phone      03:19
16   bill goes to him?                                          03:19
17       A    The phone bill is in his name, but he used to     03:19
18   be in charge of the budget.  And if it's his Verizon or    03:19
19   Frontier or any of the utilities, they all come to me to   03:20
20   pay.                                                       03:20
21       Q    And in terms of until the beginning of this       03:20
22   year, you just had notice that there had been extra        03:20
23   calls or charges related to that phone?                    03:20
24       A    Correct.                                          03:20
25       Q    How many -- how many cell phone bills do you      03:20
```

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | review? | 03:20 |
| 2 | A    Well, we have the cell phone bills are | 03:20 |
| 3 | co-mingled with radio lines -- or were co-mingled with | 03:20 |
| 4 | radio lines to the City, the City business lines.  There | 03:20 |
| 5 | is quite a few lines on there.  So it's hard to say. | 03:20 |
| 6 | Q    Are there more than a dozen? | 03:20 |
| 7 | A    There is probably 30 or 40. | 03:21 |
| 8 | Q    Thirty or 40 phones. | 03:21 |
| 9 | MR. GLOS:  Counsel, we've been going for about | 03:21 |
| 10 | two hours.  When you get to a point of transition -- | 03:21 |
| 11 | MR. FRANKLIN:  That's fine. | 03:21 |
| 12 | (Recess taken.) | 03:21 |
| 13 | BY MR. FRANKLIN: | 03:33 |
| 14 | Q    Captain Best, you're still under oath.  Do you | 03:34 |
| 15 | understand that? | 03:34 |
| 16 | A    Yes. | 03:34 |
| 17 | Q    Can you -- in terms of the reserve officers, | 03:34 |
| 18 | was there a reserve Officer Robert Van Lingden? | 03:34 |
| 19 | A    Yes. | 03:34 |
| 20 | Q    When did he stop working during working for | 03:34 |
| 21 | the City? | 03:34 |
| 22 | A    I believe, about a year ago. | 03:34 |
| 23 | Q    So you think sometime in July 2016? | 03:34 |
| 24 | A    Yes, I'd be able to recall the exact dates. | 03:34 |
| 25 | Q    And in terms of Mr. Van Lingden, is it | 03:34 |

PMK: Tony Best
July 12, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1                                                    05:39

2

3

4          I, the undersigned, a Certified Shorthand

5   Reporter of the State of California, do hereby certify:

6          That the foregoing proceedings were taken before

7   me at the time and place herein set forth; that any

8   witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is an accurate

13  transcription thereof.

14          I further certify that I am neither financially

15  interested in the action nor a relative or employee or

16  attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date subscribed

18  my name.

19

20  Dated: 07/13/2017.

21  (Reading and Signing was not requested.)

22

23                    _____

24                    GEHANE CASSIS
                      CSR No. 13020

25
```

256

PMK: Tony Best
July 12, 2017