# EXHIBIT 13

| | |
|---|---|
| **From:** | Victor Otten <vic@ottenlawpc.com> |
| **Sent:** | Thursday, July 20, 2017 11:30 AM |
| **To:** | jacob.song@kutakrock.com; ed.richards@kutakrock.com |
| **Cc:** | Kurt A. Franklin; Samantha Wolff; Kavita Tekchandan |
| **Subject:** | Documents not produced |

Jacob,
In reviewing the deposition testimony of Tony Best, he mentions several items that I do not believe have been provided in your discovery responses:
1. The City used camcorders to police Lunada Bay. Both MLK events were recorded. (P. 48, lns 9-8)
2. Operations plan and follow up Re undercover officers at MLK Day 2014 or 2015. (P. 113, lns 5-7)

Please provide the above documents ASAP.
Vic

# OTTEN LAW, PC
### ATTORNEYS

3620 Pacific Coast Hwy #100 | Torrance, California 90505
P (310) 378-8533 | F (310) 347-4225 | E vic@ottenlawpc.com | W www.ottenlawpc.com

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Rosa at 310-378-8533 if you need assistance.

Please consider the environment before printing this e-mail message.

# EXHIBIT 14

| | |
|---|---|
| **From:** | Samantha Wolff |
| **Sent:** | Monday, July 24, 2017 12:45 PM |
| **To:** | Song, Jacob (Jacob.Song@KutakRock.com); christopher.glos@kutakrock.com; Ed.Richards@kutakrock.com; Hewitt, Antoinette P. (Antoinette.Hewitt@KutakRock.com) |
| **Cc:** | Kurt A. Franklin; Victor Otten; Ann D. Ghiorso; Lisa M. Pooley |
| **Subject:** | Lunada Bay Discovery |

Dear All,

We wanted to let you know that at tomorrow morning's telephonic hearing with Magistrate Judge Oliver, we intend to raise the issue of Sgt. Barber being instructed not to answer a line of questions relating to his personal cell phone, including the preservation of evidence and his cell phone number.

Sincerely,
Samantha

---

Samantha Wolff
**Partner**
Hanson Bridgett LLP
(415) 995-5020 Direct
(415) 995-3547 Fax
swolff@hansonbridgett.com





---

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

# EXHIBIT 15

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| CORY SPENCER, ET AL., ) | CASE NO: 2:16-CV-02129-SJO-RAO |
| ) | |
| Plaintiffs, ) | CIVIL |
| ) | |
| vs. ) | Los Angeles, California |
| ) | |
| LUNADA BAY BOYS, ET AL., ) | Tuesday, September 5, 2017 |
| ) | |
| Defendants. ) | (10:05 a.m. to 10:59 a.m.) |

TELEPHONIC HEARING ON OUTSTANDING DISCOVERY DISPUTES

BEFORE THE HONORABLE ROZELLA A. OLIVER,
UNITED STATES MAGISTRATE JUDGE

Appearances:        See Next Page

Court Reporter:     Recorded; CourtSmart

Deputy Clerk:       Sandra L. Butler

Transcriber:        Exceptional Reporting Services, Inc.
                    P.O. Box 18668
                    Corpus Christi, TX 78480-8668
                    361 949-2988

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

2

APPEARANCES FOR:

Plaintiffs:          SAMANTHA D. WOLFF, ESQ.
                     KURT A. FRANKLIN, ESQ.
                     LISA M. POOLEY, ESQ.
                     Hanson Bridgett, LLP
                     425 Market Street, 26th Floor
                     San Francisco, CA 94105

Michael Papayans:    PETER T. HAVEN, ESQ.
                     1230 Rosecrans Ave., Suite 300
                     Manhattan Beach, CA 90266

Alan Johnston:       J PATRICK CAREY, ESQ.
                     1230 Rosecrans Ave., Suite 270
                     Manhattan Beach, CA 90266

Frank Ferrara,       ALISON K. HURLEY, ESQ.
Charlie Ferrara:     TIFFANY L. BACON, ESQ.
                     Bremer Whyte Brown & O'Meara, LLP
                     20320 SW Birch Street, 2nd Floor
                     Newport Beach, CA 92660

Brant Blakeman:      ROBERT S. COOPER, ESQ.
                     Buchalter APC
                     1000 Wilshire Blvd., Suite 1500
                     Los Angeles, CA 90017

                     JOHN E. STOBART, ESQ.
                     RICHARD P. DIEFFENBACH, ESQ.
                     JOHN P. WORGUL, ESQ.
                     Veatch Carlson, LLP
                     1055 Wilshire Blvd., 11th Floor
                     Los Angeles, CA 90017

Sang Lee:            TERA A. LUTZ, ESQ.
                     Lewis Brisbois Bisgaard & Smith, LLP
                     633 W. Fifth Street, Suite 4000
                     Los Angeles, CA 90071

                     DANIEL M. CROWLEY, ESQ.
                     Booth Mitchel & Strange
                     707 Wilshire Blvd., Suite 3000
                     Los Angeles, CA 90017

3

**APPEARANCES FOR:**          CONTINUED


Angelo Ferrara:              MARK FIELDS, ESQ.
                             Law Offices of Mark C. Fields, APC
                             333 S. Hope Street, Suite 3500
                             Los Angeles, CA 90071

City of Palos Verdes         EDWIN J. RICHARDS, JR., ESQ.
Estates, Jeff Kepley:        CHRISTOPHER D. GLOS, ESQ.
                             JACOB SONG, ESQ.
                             Kutak Rock, LLP
                             5 Park Plaza, Suite 1500
                             Irvine, CA 92614-8595

Palos Verdes POA:            KEVIN FLAUTT, ESQ.

27

1  **MS. WOLFF:** And it's from Captain Tony Best to all
2  patrol personnel. And it's essentially discussing what the
3  city's response will be or should be to this planned event on
4  January 20th, 2014.
5  **THE COURT:** I see what you're saying. Okay. And was
6  this -- and when was it produced?
7  **MS. WOLFF:** August 3rd, I believe, 2016 -- I'm sorry,
8  2017.
9  **THE COURT:** Okay. Mr. Song, do you have any response
10 to that? It's kind of a -- would seem to be clearly -- clearly
11 responsive.
12 **MR. GLOS:** This is Christopher Glos. If I could
13 respond to that? I was at the deposition of Tony Best. It's
14 the first time that the report had been identified. It was the
15 first that it had been known. I don't recall the exact date of
16 Mr. Best's deposition, but I think it was either late June or
17 late July.
18         The report was produced as quickly as it could, after
19 it was identified. The city has produced something like 25,000
20 documents. We've expended something close to 100,000 --- if
21 not more -- dollars, on ESI. We've used the terms that the
22 Plaintiffs have provided us to do searches electronically for
23 documents throughout the city system.
24         I don't think it's very fair for the Plaintiffs to
25 conclude that we haven't complied or done anything with respect

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____          September 9, 2017

TONI HUDSON, TRANSCRIBER