UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-02129-SJO (RAOx)     Date: November 14, 2017
Title: Cory Spencer, et al. v. Lunada Bay Boys, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **MINUTE ORDER SETTING BRIEFING SCHEDULE AND HEARING RE: MOTION FOR SANCTIONS [508]**

On November 13, 2017, District Judge Otero referred to the undersigned Plaintiffs' Ex Parte Application for Order for Setting Hearing on Plaintiffs' Motion for Sanctions ("Application"), filed October 30, 2017. Dkt. No. 520. Judge Otero's referral order evaluated the Application as a request for leave to file the Application and granted that request. *Id.* The referral order authorizes the undersigned to set a briefing schedule on Plaintiffs' Motion for Sanctions and conduct further hearings and proceedings as may be appropriate or necessary. *Id.*

Plaintiffs' Motion for Sanctions is set forth as exhibits to its Application, filed at Docket No. 508. Defendant Brant Blakeman and Defendant City of Palos Verdes Estates shall file their briefs in opposition to the Motion for Sanctions by **November 27, 2017**. Plaintiffs shall file any replies by **December 4, 2017**. An in-person hearing is hereby scheduled for **December 6, 2017 at 1:30 p.m.** in Courtroom F, 9th Floor of the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, California.[1] Only counsel for the relevant parties are required to attend, but other parties may also attend.

**IT IS SO ORDERED.**

:
Initials of Preparer    slb

---

[1] If any counsel for the relevant parties is unavailable for an in-person hearing at the specified time, that counsel shall contact the Court's Courtroom Deputy immediately.