UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | CV 16-02129-SJO (RAOx) | Date: December 6, 2017 |
| Title: | Cory Spencer, et al. v. Lunada Bay Boys, et al. | |

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| | |
|---|---|
| Sandra L. Butler | CS 12/6/2017 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Samantha Wolff | Christopher Glos |
| Kurt Franklin | Robert Cooper |
| | Richard Dieffenbach |

**Proceedings:**   **MINUTE ORDER RE: HEARING ON MOTION FOR SANCTIONS [508]**

The case was called and counsel for the parties entered their appearances. The Court and the parties discussed Plaintiffs' Motion for Sanctions Against Defendants Brant Blakeman and City of Palos Verdes Estates. *See* Dkt. No. 508. The Court took the matter under submission.

**IT IS SO ORDERED.**

|  |  | 1 | : | 31 |
|---|---|---|---|---|
| | Initials of Preparer | | slb | |