EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.Hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION**

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

Case No. 2:16-cv-02129-SJO-RAO

Assigned to District Judge:
Hon. S. James Otero; Courtroom: 10C
@ 350 W. First Street, L.A., CA 90012

Assigned Discovery:
Magistrate Judge: Hon. Rozella A. Oliver

**[Exempt From Filing Fees Pursuant To Government Code § 6103]**

**NOTICE OF ERRATA RE STIPULATION (DOCUMENT 532)**

Complaint Filed: March 29, 2016
Trial: February 6, 2018

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

Defendant CITY OF PALOS VERDES ESTATES AND CHIEF KEPLEY hereby files this Notice of Errata regarding the electronic submission of the STIPULATION AND (PROPOSED) ORDER FOR EXTENDING DEADLINE FOR L.R. 16-2 MEETING (Document No. 532).

First, Attorney Antoinette P. Hewitt was inadvertently added to the following Defendants, Brant Blakeman, N.F. (dismissed party), Angelo Ferrara, Charlie Ferrara, Frank Ferrara, Alan Johnston, Sang Lee, Michael Rae Papayans and Lunada Bay Boys (party has yet to appear).

Second the document was inadvertently filed by multiple defendants and should have been submitted by Defendants CITY OF PALOS VERDES ESTATES and CHIEF KEPLEY only.

Dated: December 11, 2017

KUTAK ROCK LLP

By: /s/ *Antoinette P. Hewitt*
Edwin J. Richards
Antoinette P. Hewitt
Christopher D. Glos
Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and CHIEF OF POLICE JEFF KEPLEY