EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES
and CHIEF OF POLICE JEFF KEPLEY

FILED
CLERK, U.S. DISTRICT COURT
December 11, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,

Plaintiffs,

v.

LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,

Defendants.

CASE NO. 2:16-cv-02129-SJO (RAOx)
Assigned to District Judge: Hon. S. James Otero Courtroom: 10C

Assigned Discovery:
Magistrate Judge: Hon. Rozella A. Oliver

**~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR L.R. 16-2 MEETING**

Complaint Filed: March 29, 2016
Trial Date: February 6, 2018

1  FOR GOOD CAUSE IT IS ORDERED THAT:

2  The deadline for the Meeting of Counsel Before Final Pretrial Conference
3  pursuant to LR 16-2, which is current December 13, 2017, shall be, and is hereby,
4  extended until and through December 20, 2017.

5

6  Dated: December 11, 2017
7
8  *S. James Otero*
   HON. S. JAMES OTERO
   United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-  Case No. 2:16-cv-02129-SJO (RAOx)
13889865.1  [PROPOSED] ORDER EXTENDING DEADLINE FOR L.R. 16-2 MEETING
4816-3084-4504.1