```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                January 8, 2018

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: ____VPC____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>        Defendants. | Case No. CV 16-02129-SJO (RAOx)<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Motion for Sanctions Against Defendants Charlie Ferrara, Frank Ferrara and Sang Lee ("Motion"), the objecting and replying papers, all of the other records and files herein, and the Amended Report and Recommendation of United States Magistrate

Judge filed on November 29, 2017 ("Amended Report"). The time for filing objections to the Amended Report has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Plaintiff's Motion for Sanctions is GRANTED-IN-PART and DENIED-IN-PART. It is HEREBY ORDERED that Plaintiffs are permitted to depose Defendants Sang Lee, Charlie Ferrara, and Frank Ferrara regarding issues relevant to spoliation, with costs to be shared by Plaintiffs and the deposed Defendants. At trial, the parties will be permitted to present evidence and argument related to the unrecoverable text messages for Defendant Lee and the Ferrara Defendants and the unavailable cellular billing records for Charlie Ferrara.

IT IS SO ORDERED.

DATED: January 8, 2018

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE