UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 16-02129-SJO (RAOx) | Date: February 15, 2018 |
| Title: Cory Spencer, et al. v. Lunada Bay Boys, et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo, Relief | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **MINUTE ORDER RE FURTHER DEPOSITIONS**

The Court is in receipt of communications from Plaintiffs' counsel and counsel for Charlie and Frank Ferrara (the "Ferrara Defendants") requesting clarification on whether further depositions of Defendant Lee, the Ferrara Defendants and Defendant Blakeman can take place given Judge Otero's February 12, 2018 Order (Dkt. No. 545).

Any further discovery, including depositions, must occur pursuant to discovery in the state court action. However, with respect to Defendant Blakeman, Plaintiffs may include in their application for monetary award a reasonable amount that approximates the costs and fees that would have been incurred had Defendant Blakeman's further deposition taken place.

The Court originally recommended that Plaintiffs' declaration in support of monetary sanctions against Defendant Blakeman be due thirty days from the date of any Order adopting its recommendation to allow Plaintiffs to take the additional deposition and include those fees and costs in their declaration. Because Plaintiffs will not be taking any further discovery in this action, the Court will advance the deadlines for the further submissions. Plaintiffs shall submit their declaration in support of reasonable attorneys' fees and costs by **February 22, 2018**. Defendant Blakeman shall file any response by **March 1, 2018**.

**IT IS SO ORDERED.**

| | : |
|---|---|
| | Initials of Preparer dl |