FILED
CLERK, U.S. DISTRICT COURT

February 20, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

Not JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to<br>District Judge: Hon. S. James Otero;<br>Courtroom: 10C<br>@ 350 W. First Street, L.A., CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge:<br>Hon. Rozella A. Oliver<br><br>X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶ **[PROPOSED] JUDGMENT**<br><br>Complaint Filed: March 29, 2016 |

This Court, having reviewed and considered Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley's (collectively, "City Defendants") Motion for Summary Judgment ("Motion"), Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc.'s (collectively, "Plaintiffs") opposition, the City's reply, Plaintiffs' supplemental opposition, City Defendants' supplemental reply, and all pleadings and papers on file in this action, issued a February 12, 2018 Order [Dkt. No. 545] on the merits (1) granting City Defendants' Motion and (2) sua sponte dismissing Plaintiffs' state law claims.

ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT AS FOLLOWS:

1. Judgment is entered in favor of the City Defendants;

2. Plaintiffs take nothing by way of their Complaint from City Defendants;

3. City Defendants are awarded their costs; and

4. Plaintiffs' remaining state law claims are dismissed.

IT IS SO ORDERED.

Dated: February 20, 2018

*S. James Otero*
_____
Honorable S. James Otero
United States District Court