EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
REBECCA L. WILSON (SBN 257613)
Email: Rebecca.Wilson@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>          Defendants. | Case No. 2:16-cv-02129-SJO-RAO<br><br>Assigned to<br>District Judge: Hon. S. James Otero<br>Courtroom: 10C @ 350 W. First Street, Los Angeles, CA 90012<br><br>Assigned Discovery:<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]<br><br>**NOTICE OF ENTRY OF JUDGMENT AGAINST PLAINTIFFS AND IN FAVOR OF DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY**<br><br>Complaint Filed: March 29, 2016<br>Trial: Vacated |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-4484-6174.1
11317-242

- 1 -

2:16-cv-02129-SJO-RAO

NOTICE OF ENTRY OF JUDGMENT FOR THE CITY OF PALOS VERDES ESTATE AND CHIEF KEPLEY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 20, 2018, this Court entered Judgment in favor of Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley (collectively, "City Defendants") and against Plaintiffs Cory Spencer, Diana Milena Reed, and Coastal Protection Rangers, Inc. (collectively, "Plaintiffs") in the above-entitled action. A true and correct copy of the Judgment is attached as Exhibit "A" hereto and incorporated by this reference.

Dated: February 21, 2018                KUTAK ROCK LLP

By: /s/ *Christopher D. Glos*
    Edwin J. Richards
    Antoinette P. Hewitt
    Christopher D. Glos
    Rebecca L. Wilson
    Attorneys for Defendants
    CITY OF PALOS VERDES ESTATES
    and CHIEF OF POLICE JEFF KEPLEY

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-4484-6174.1
11317-242

- 2 -

2:16-cv-02129-SJO-RAO

NOTICE OF ENTRY OF JUDGMENT FOR THE CITY OF PALOS VERDES ESTATE AND CHIEF KEPLEY