HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
SAMANTHA WOLFF, SBN 240280
swolff@hansonbridgett.com
RUSSELL C. PETERSEN, SBN 264245
russ.petersen@hansonbridgett.com
CANDICE P. SHIH, SBN 294251
cshih@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
TYSON M. SHOWER, SBN 190375
tshower@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:   (916) 442-2348

OTTEN LAW, PC
VICTOR OTTEN, SBN 165800
vic@ottenlawpc.com
KAVITA TEKCHANDANI, SBN 234873
kavita@ottenlawpc.com
3620 Pacific Coast Highway, #100
Torrance, California 90505
Telephone:  (310) 378-8533
Facsimile:   (310) 347-4225

Attorneys for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**DECLARATION OF VICTOR OTTEN IN SUPPORT OF MONETARY SANCTIONS AGAINST DEFENDANT BRANT BLAKEMAN** |

|   |   |
|---|---|
| | Plaintiffs, |
| | v. |
| | LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10, |
| | Defendants. |

I, Victor Otten, declare as follows:

1. I am employed by the law firm Otten Law, PC, counsel of record in this matter for Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers, Inc. ("Plaintiffs"). This declaration is filed in support Plaintiffs' Motion for Monetary Sanctions against Defendant Brant Blakeman and is submitted in accordance with this Court's December 13, 2017 Report and Recommendation of United States Magistrate Judge on Plaintiffs' Motion for Sanctions Against Defendants Brant Blakeman and City of Palos Verdes Estates (Dock. No. 538), this Court's February 12, 2018 Order Accepting Report and Recommendations (Dock. No. 544), and this Court's February 15, 2018 Minute Order (Dock. No. 546). I have personal knowledge of the matters set forth in this declaration and could and would competently testify to them.

2. My law firm Otten Law, PC, and my co-counsel Hanson Bridgett LLP represent Plaintiffs in this matter on a *pro bono* basis. Since October 1, 2017, my

firm expended a total of 9.2 hours representing Plaintiffs in relation to their motion for sanctions against Defendant Blakeman, which included analyzing discovery responses, meeting and conferring with opposing counsel, and reviewing the briefs and the pleadings related to the motion.  In total, my firm incurred $5,922.50 to date in fees with respect to Plaintiffs' motion for sanctions against Defendant Blakeman.  Attached as **Exhibit 1** is a true and correct chart reflecting all fees related to my firm's time related to Plaintiffs' motion for sanctions against Defendant Blakeman.  I also anticipate that I would have incurred an additional $2,420.00 in fees relating to the second deposition of Defendant Blakeman regarding the issue of spoliation.  *See id.* and Paragraph 8, *infra*.  Thus, my firm's total request for fees related to Plaintiffs' motion for sanctions against Defendant Blakeman is $8,342.50.

3. As is reflected in Exhibit 1, my billing rate in 2017 was $575/hour and increased to $605/hour in 2018.

4. The hourly rates that were charged for the legal services provided by my firm are the standard rates for an attorney with my experience in Los Angeles.  I have been practicing law for over 22 years.  I have extensive litigation and trial experience and environmental experience.  From approximately 2008 to 2010, I was Chair of the Conservation Legal Committee of Los Angeles Chapter of the Sierra Club.  From 2010 through approximately 2013, I have served as Vice Chair, Legal Committee, of Los Angeles Chapter of the Sierra Club.

5. I have handled several high-profile cases and clients which gained the firm media attention. Don Kilmer and I were the trial attorneys on the case *Silvester v. Harris*, 41 F. Supp. 3d 927, 2014.  The trial court found that the 10-day waiting period law governing the purchase of a firearm violated the Second Amendment as applied to certain people.  I obtained a published appellate opinion in the case *Michel v. Palos Verdes Network Group, Inc.* (2007) 156 Cal.App.4th 756, which addressed disclosures in the real estate context.  This case has been cited by numerous legal treatises and has resulted in California jury instructions based off its

1  holding.

2      6.    I have lectured on environmental matters including the following CEQA presentations: 1) Toxics (RCRA CERCLA, TSCA, FIFRA, California Analogs), Workshop on Land Use & Global Warming Law for Environmental Activists, Loyola Law School (March 22, 2008). CEQA Overview Environmental Law Series, Workshop VI: CEQA, NEPA & Open Government 2013 presented by Sierra Club Angeles Chapter Legal Committee and Loyola Law; and 2) C.E.Q.A. Overview, Workshop on CEQA, Global Warming, Endangered Species, Environmental Law Series Presented by Sierra Club Angeles Chapter Legal Committee and Loyola Law School Environmental Law Society, Loyola Law School (March 27, 2010).

12      7.    On October 2, 2017, I wrote and sent a meet and confer letter to counsel for Defendants Papayans, Blakeman, Johnston, Angelo Ferrara, and the City, requesting their participation in a telephonic meet and confer discussion. My October 2, 2017 letter advised Defendants that Plaintiffs intended to file a motion for sanctions under Federal Rule of Civil Procedure 37 as a result of their discovery abuses. A true and correct copy of my October 2, 2017 letter to counsel for Defendant Blakeman is attached as Exhibit 3 to the Declaration of Samantha Wolff, filed herewith.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

8. For purposes of estimating costs that Plaintiffs would have likely incurred with respect to the second deposition of Defendant Blakeman, Plaintiffs anticipated that Ms. Pooley would depose Mr. Blakeman in early March 2018, and that Mr. Franklin and I would provide strategic advice and consultation to aid in her preparation. I estimate that I would have spent 3 hours consulting and strategizing with Ms. Pooley in this regard. *See* Exhibit 1 to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2017, at Torrance, California.

*/s/ Victor Otten*
Victor Otten