# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

CORY SPENCER, an individual; et al.,

V.                              Case Number:  2:16-cv-02129-SJO-RAO

LUNADA BAY BOYS; et al.,

Judgment was entered in this action on  2/20/2018  /  548  against  All Plaintiffs
                                        ‾‾‾‾‾‾‾‾‾      ‾‾‾           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾.
                                         Date      Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $0.00 |
| Fees for service of process: see L.R. 54-3.2 | $0.00 |
| United States Marshal's fees: see L.R. 54-3.3 | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $23,296.04 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $0.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $0.00 |
| Docket fees: see L.R. 54-3.8 | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $3,237.96 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | $0.00 |
| Other Costs: see L.R. 54-3.12 (attach court order) | $0.00 |
| State Court costs: see L.R. 54-3.13 | $0.00 |
| Costs on appeal: see L.R. 54-4 | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | $0.00 |
| **TOTAL** | $26,534.00 |

<u>**NOTE:**</u> **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

*s/ Christopher D. Glos*                    Christopher D. Glos
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature                                   Print Name

Attorney for: Defendants: City of Palos Verdes Estates and Chief of Police Jeff Kepley

Costs are taxed in the amount of  _____

_____     By: _____     _____
Clerk of Court                   Deputy Clerk                Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |