UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

================================================================

**CASE NO.:** CV 16-02129 SJO (RAOx)   **DATE:** April 17, 2018

**TITLE:** Spencer et al. v. Lunada Bay Boys et al.

================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFFS:**             **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                     Not Present

================================================================

**PROCEEDINGS (in chambers): ORDER DENYING DEFENDANT BRANT BLAKEMAN'S MOTION FOR AWARD OF COSTS** [Docket No. 554]

This matter is before the Court on Defendant Brant Blakeman's ("Defendant" or "Blakeman") Motion for Award of Costs ("Motion"), filed March 6, 2018. Plaintiffs Cory Spencer ("Spencer"), Diana Milena Reed ("Reed"), and Coastal Protection Rangers, Inc. ("CPRI") (together, "Plaintiffs") opposed the Motion ("Opposition") on March 19, 2018. The Court found this matter suitable for disposition without oral argument and vacated the hearing set for April 2, 2018. *See* Fed. R. Civ. P. 78(b).

Under 28 U.S.C.A. § 1919, the Court has the discretion to "order the payment of just costs" when a suit is dismissed in any district court for want of jurisdiction. 28 U.S.C.A. § 1919. On February 12, 2018, the Court issued an order declining supplemental jurisdiction over Plaintiffs' state law claims against Defendant. (ECF No. 545.) Having read and considered the parties' arguments, the Court declines to award the payment of costs to Defendant. The Motion is accordingly **DENIED**.

IT IS SO ORDERED.