1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   SAMANTHA WOLFF, SBN 240280
4  swolff@hansonbridgett.com
   RUSSELL C. PETERSEN, SBN 264245
5  russ.petersen@hansonbridgett.com
   CANDICE P. SHIH, SBN 294251
6  cshih@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, California 94105
   Telephone:  (415) 777-3200
8  Facsimile:  (415) 541-9366

9  HANSON BRIDGETT LLP
   TYSON M. SHOWER, SBN 190375
10 tshower@hansonbridgett.com
   500 Capitol Mall, Suite 1500
11 Sacramento, California 95814
   Telephone:  (916) 442-3333
12 Facsimile:  (916) 442-2348

13 OTTEN LAW, PC
   VICTOR OTTEN, SBN 165800
14 vic@ottenlawpc.com
   KAVITA TEKCHANDANI, SBN 234873
15 kavita@ottenlawpc.com
   3620 Pacific Coast Highway, #100
16 Torrance, California 90505
   Telephone:  (310) 378-8533
17 Facsimile:  (310) 347-4225

18 Attorneys for Plaintiffs
   CORY SPENCER, DIANA MILENA
19 REED, and COASTAL PROTECTION
   RANGERS, INC.

20

21                    **UNITED STATES DISTRICT COURT**

22           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 23  CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs, | CASE NO. 2:16-cv-02129-SJO (RAOx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RE-TAX COSTS** |

|  |  |
|---|---|
| v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON AKA JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA, and N. F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity; and DOES 1-10,<br><br>Defendants. | Judge: Honorable S. James Otero<br>Date: June 4, 2018<br>Time: 10:00 a.m.<br>Ctrm.: 10C<br><br>Complaint Filed: March 29, 2016 |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 4, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable S. James Otero, located in Courtroom 10C, United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs Cory Spencer, Diana Milena Reed, and the Coastal Protection Rangers ("Plaintiffs") will and hereby do move this Court pursuant to L.R. 54-8 to retax costs and award no costs to Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley, in his representative capacity.

This Motion is made on the grounds that costs should not be taxed against Plaintiffs in this civil rights action, because taxing costs will discourage future plaintiffs from pursuing civil rights claims and other claims to hold the government accountable. Moreover, substantial issues remain to be tried in the co-pending state court, and taxing costs is speculative and premature. The Coastal Act Claim, brought with the Section 1983 claims at the outset, has yet to be heard. Finally, the

issues that were decided in litigation were close and hard-fought, causing the City to take localism more seriously and pushing it to, among other things, remove the illegal headquarters of the Lunada Bay Boys referred to in this case as the Rock Fort.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on April 30 and May 1.[1]

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Russell C. Petersen with attached Exhibits A-G, both filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED:  May 4, 2018                          HANSON BRIDGETT LLP

By:      /s/ Russell C. Petersen
RUSSELL C. PETERSEN
Attorney for Plaintiffs
CORY SPENCER, DIANA MILENA REED, and COASTAL PROTECTION RANGERS, INC.

---

[1] On Friday, April 27, 2018, the clerk issued the taxation of costs.  Under L.R. 54-8, this motion was due within seven days.  Within hours of receipt of the order, Plaintiffs requested a meet and confer with the City Defendants.  As noted above, that meeting took place on the next two business days.