UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORY SPENCER, an individual; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> LUNADA BAY BOYS; et al., <br><br> Defendants-Appellees. | No. 18-55364 <br><br> D.C. No. 2:16-cv-02129-SJO-RAO Central District of California, Los Angeles <br><br> ORDER |
| CORY SPENCER, an individual; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BRANT BLAKEMAN, an individual member of the Lunada Bay Boys, <br><br> Defendant-Appellant. | No. 18-55383 <br><br> D.C. No. 2:16-cv-02129-SJO-RAO |

Before: Peter L. Shaw, Appellate Commissioner.

     Plaintiffs' opposed motion (Docket Entry No. 26) for a second extension of time to file the opening brief is granted. The first cross-appeal brief for plaintiffs is due October 25, 2018.

     The second briefs on cross-appeal for defendants are due November 26, 2018. The third brief on cross-appeal for plaintiffs is due December 26, 2018. The optional reply briefs on cross-appeal for plaintiffs are due 21 days after service of the third brief on cross-appeal.

Pro Mo commish 23July2018