UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02129 SJO (RAOx) | Date | January 31, 2020 |
|---|---|---|---|
| Title | Cory Spencer et al v. Lunada Bay Boys et al | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** IN CHAMBERS

The Court denies as moot ECF Nos. 274, 278, 279, 283, 284, 285, 286 (all denied as moot in light of ECF No. 545).

|  | : |  |
|---|---|---|
| | Initials of Preparer | vpc |