# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY SPENCER, an individual; DIANA MILENA REED, an individual; and COASTAL PROTECTION RANGERS, INC., a California non-profit public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUNADA BAY BOYS; THE INDIVIDUAL MEMBERS OF THE LUNADA BAY BOYS, including but not limited to SANG LEE, BRANT BLAKEMAN, ALAN JOHNSTON aka JALIAN JOHNSTON, MICHAEL RAE PAPAYANS, ANGELO FERRARA, FRANK FERRARA, CHARLIE FERRARA and N.F.; CITY OF PALOS VERDES ESTATES; CHIEF OF POLICE JEFF KEPLEY, in his representative capacity,<br><br>Defendants. | Case No. CV 16-2129-MWF (RAOx)<br><br>**JUDGMENT** |

This Court has granted the Motion for Entry of Judgement filed by Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley.  Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and the mandate of the United States Court of Appeals for the Ninth Circuit,

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be
2  entered as follows:
3      1. Judgment is entered in favor of Defendants City of Palos Verdes Estates and
4         Chief of Police Jeff Kepley and against Plaintiffs; and
5      2. Defendants City of Palos Verdes Estates and Chief of Police Jeff Kepley are
6         awarded $23,119.11 in costs as provided by law.

Dated:  June 15, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge