EDWIN J. RICHARDS (SBN 43855)
Email: Ed.Richards@kutakrock.com
ANTOINETTE P. HEWITT (SBN 181099)
Email: Antoinette.hewitt@kutakrock.com
CHRISTOPHER D. GLOS (SBN 210877)
Email: Christopher.Glos@kutakrock.com
KEVIN J. GROCHOW (SBN 288586)
Email: Kevin.Grochow@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

Attorneys for Defendants
CITY OF PALOS VERDES ESTATES and
CHIEF OF POLICE JEFF KEPLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA; WESTERN DIVISION

CORY SPENCER, an individual;
DIANA MILENA REED, an
individual; and COASTAL
PROTECTION RANGERS, INC., a
California non-profit public benefit
corporation,

Plaintiffs,

v.

LUNADA BAY BOYS; THE
INDIVIDUAL MEMBERS OF
THE LUNADA BAY BOYS,
including but not limited to SANG
LEE, BRANT BLAKEMAN,
ALAN JOHNSTON aka JALIAN
JOHNSTON, MICHAEL RAE
PAPAYANS, ANGELO
FERRARA, FRANK FERRARA,
CHARLIE FERRARA and N.F.;
CITY OF PALOS VERDES
ESTATES; CHIEF OF POLICE
JEFF KEPLEY, in his
representative capacity; and DOES
1-10,

Defendants.

Case No.  2:16-cv-02129-MWF-RAO

Assigned to
District Judge:  Hon. Michael W. Fitzgerald
Courtroom: 5A First Street Courthouse

Assigned Discovery:
Magistrate Judge:  Hon. Rozella A. Oliver

**[EXEMPT FROM FILING FEES PURSUANT TO GOVERNMENT CODE § 6103]**

**DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S SUR-REPLY TO PLAINTIFFS' MOTION TO STAY ENFORCEMENT OF COSTS JUDGMENT**

*Vacated Date:*   July 20, 2020

Complaint Filed:   March 29, 2016
Trial:   N/A

**I.     DEFENDANT CITY OF PALOS VERDES ESTATES' MOTION FOR JUDGMENT ON THE PLEADINGS IN THE STATE COURT ACTION WAS GRANTED ON JULY 14, 2020**

Plaintiffs' primary argument in support of a stay on the enforcement of the costs judgment in this action was that they were likely to succeed on the merits of their California Coastal Act claim in the State Court Action, despite facing the July 9, 2020 hearing on Defendant's Motion for Judgment on the Pleadings in that matter. (Dkt. 640, at 3:12-15, fn. 3; 8:13-20.)  **However, having taken the matter under submission after oral argument on July 9, 2020, Judge Hogue in Los Angeles Superior Court granted Defendant's Motion for Judgment on the Pleadings** on July 14, 2020, with limited leave to amend to file a Fifth Amended Complaint. (Supplemental Declaration of Kevin J. Grochow ("Supp. Grochow Decl."), ¶¶ 2-3, Ex. A, B.)

In order to state a viable claim Judge Hogue ordered that "Plaintiffs must allege that City employees constructed unpermitted structures or formed agreements directing others to construct them." (Supp. Grochow Decl., ¶ 2, Ex. A, at 25:21-25.)  At oral argument, counsel for Plaintiffs conceded that they "can't prove" that "City employees actually constructed physical structures on the beach or formed agreements to do so." (Supp. Grochow Decl., ¶ 4, Ex. C, at 11:25 – 12:2.)  They requested that if Judge Hogue was going to stick with her tentative ruling ordering the same—which she did—"that the Court simply stay the proceedings with respect to the remaining defendants so that we can adjudicate this issue on appeal." (Supp. Grochow Decl., ¶ 4, Ex. C, at 12:3-7.)  This is because they acknowledge that "Plaintiffs are unable to amend to allege that the city was actively involved in the construction of the rock fort." (Supp. Grochow Decl., ¶ 4, Ex. C, at 22:15-18.)  As for the other alleged conduct by the City, Judge Hogue concluded that "it is not actionable under the Coastal Act." (Supp. Grochow Decl., ¶ 4, Ex. A, at 25:24-25.)

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

2:16-cv-02129-MWF-RAO

DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S SUR-REPLY TO PLAINTIFFS' MOTION TO STAY ENFORCEMENT OF COSTS JUDGMENT
4829-0608-6595.1

1    Accordingly, Defendants respectfully request that this Court deny Plaintiffs'

2    request for a stay on enforcement of the costs judgment in this matter, particularly

3    in light of these recent developments affecting Plaintiffs' likelihood of success on

4    the State Court Action.

5

6    Dated:  July 15, 2020              KUTAK ROCK LLP

7

8                                      By: /s/ *Kevin J. Grochow*
                                          Edwin J. Richards
9                                         Antoinette P. Hewitt
                                          Christopher D. Glos
10                                        Kevin J. Grochow
                                          Attorneys for Defendants
11                                        CITY OF PALOS VERDES ESTATES
                                          and CHIEF OF POLICE JEFF KEPLEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

2:16-cv-02129-MWF-RAO

DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S SUR-REPLY
TO PLAINTIFFS' MOTION TO STAY ENFORCEMENT OF COSTS JUDGMENT
4829-0608-6595.1

## CERTIFICATE/PROOF OF SERVICE

*Spencer, et al. v. Lunada Bay Boys, et al.*

USDC Central District Case No. 2:16-cv-02129-MWF-RAO

I, Joanne Kenney, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 5 Park Plaza, Suite 1500, Irvine, California 92614-8595.

On **July 15, 2020,** I electronically filed the attached document:

**DEFENDANTS CITY OF PALOS VERDES ESTATES AND CHIEF OF POLICE JEFF KEPLEY'S SUR-REPLY TO PLAINTIFFS' MOTION TO STAY ENFORCEMENT OF COSTS JUDGMENT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Alison Kathleen Hurley | ahurley@bremerwhyte.com |
| Candice P. Shih | cshih@hansonbridgett.com |
| Courtney Marie Serrato | cserrato@bremerwhyte.com |
| Dana Alden Fox | dana.fox@lewisbrisbois.com |
| Daniel Michael Crowley | dmcrowley@boothmitchel.com |
| Edward E. Ward, Jr. | edward.ward@lewisbrisbois.com |
| J. Patrick Carey | pat@patcareylaw.com |
| John Peter Worgul | jworgul@veatchfirm.com |
| Kavita Tekchandani | kavita@ottenlawpc.com |
| Kurt A. Franklin | kfranklin@hansonbridgett.com |
| Lisa M. Pooley | lpooley@hansonbridgett.com |
| Mark Fields | fields@markfields.com |
| Peter H. Crossin | pcrossin@veatchfirm.com |
| Peter T. Haven | peter@havenlaw.com |
| Richard Paul Dieffenbach | rdieffenbach@veatchfirm.com |
| Robert Scott Cooper | rcooper@buchalter.com |
| Samantha D. Wolff | swolff@hansonbridgett.com |
| Serena Lee Nervez | snervez@veatchfirm.com |
| Thomas M. Phillips | tphillips@thephillipsfirm.com |
| Tyson M. Shower | tshower@hansonbridgett.com |
| Victor J. Otten | vic@ottenlawpc.com |

I hereby certify that I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing documents for mailing.  Under that practice, this(these) document(s) will be deposited with the

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4829-0608-6595.1

U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 15, 2020**, at Irvine, California.

Margo Reyes

Margo Reyes

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4829-0608-6595.1

CERTIFICATE/PROOF OF SERVICE
2:16-cv-02129

## <u>SERVICE LIST</u>

*Spencer, et al. v. Lunada Bay Boys, et al.*

USDC Central District Case No. 2:16-cv-02129-MWF-RAO

Tera A. Lutz, Esq.
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

SERVICE LIST
2:16-cv-02129

4829-0608-6595.1